UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Alex Petroski, on behalf of himself and all others similarly situated, | § § § | |
| PLAINTIFF | § § | |
| v. | § § | Civil Action No. 3:24-cv-00757-L |
| AT&T INC., | § § § | |
| DEFENDANT. | § | |

## NOTICE OF APPEARANCE OF COUNSEL – C. SHAWN CLEVELAND

PLEASE TAKE NOTICE that C. Shawn Cleveland enters an appearance as counsel of record for Defendant AT&T Inc. The undersigned consents to notification and service of all notices and filings in this action via the Court's ECF system at scleveland@bakerlaw.com.

Dated: April 9, 2024

Respectfully submitted,

**AT&T INC.**

By:   */s/ C. Shawn Cleveland*
C. Shawn Cleveland (Texas No. 24012433)
BAKER & HOSTETLER LLP
2850 North Harwood Street, Suite 1100
Dallas, TX 75201
Phone: 214-210-1200
Fax: 214-210-1201
scleveland@bakerlaw.com

**ATTORNEYS FOR DEFENDANT AT&T INC.**

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been served via the court's electronic case filing system and via e-mail upon the following counsel of record on April 9, 2024:

Joe Kendall
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Ste. 825
Dallas, Texas 75219
E-mail: jkendall@kendalllawgroup.com

Gary Klinger
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
E-mail: gklinger@milberg.com

James J. Pizzirusso
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Email: jpizzirusso@hausfeld.com

Steven M. Nathan
HAUSFELD LLP
33 Whitehall Street, Fourteenth Floor
New York, NY 10004
Email: snathan@hausfeld.com

*Counsel for Plaintiff*

                                                     */s/ C. Shawn Cleveland*
                                                    C. Shawn Cleveland