# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | § § § § § § § § § § § § | Case No. 3:24-cv-00757-E<br><br>MDL No. 3114 |

# MAJORITY PLAINTIFFS' STATUS REPORT

Pursuant to the Court's Order Granting Plaintiffs' Unopposed Motion to Consolidate Related Class Actions Under F.R.C.P. 42(a) dated April 22, 2024 (ECF 17), Plaintiffs Alex Petroski, Andrew March, Nicholas Nelli, Mike Montoya, Matthew Barkley, Jeffrey Cumo, Tiara Alston, Richard Slovenkay, Wesley Hansen, Patricia Dean, Alison Williamson, Aurora Rosario, Ryan Aquino, Joseph Casey, Raquel Agee, Dan Hearon, Geri Sherwood, Kylin Smith, Scott Mathews, Paola Williams, Elaine Hernandez, Nella Citino, Daniel Mizell, Brandon Huyler, M. Andrew Stover, Cameron King, R.D. Randall, Brian Patterson, Ahmed Abdellatif, Philip Eisen, Randall McGee, Rachel Lee Orejudos, Jean Felix, Stephen Head, and Bart Gillen (the "Majority Plaintiffs") respectfully submit this status report.[1]

On June 5, 2024, the United States Judicial Panel on Multidistrict Litigation ("JPML") granted Plaintiff Alex Petroski's motion under 28 U.S.C. § 1407 to centralize this litigation in the Northern District of Texas, and transferred one action to this District (MDL No. 3114, ECF 139). The JPML further assigned this litigation to the Hon. Ada E. Brown. On June 6, the JPML entered a Conditional Transfer Order ("CTO") of a further 18 actions from seven judicial districts, which will be transferred to this District unless an objection is filed by June 13 (ECF 140). On June 12, the JPML entered a second CTO, relating to a further five actions from five judicial districts, which will be transferred to this District unless an objection is filed by June 20 (ECF 145). As of the filing of this Status Report, no objection has been filed to the transfer of any action subject to either of the two CTOs. Accordingly, all cases are now pending before this Court, or will likely be so by June 21.

The majority of Plaintiffs have self-organized and will submit a proposed leadership

---

[1] This Status Report is submitted on behalf of 35 plaintiffs, who represent 27 out of 40 cases currently pending before this Court.

structure within seven days. Plaintiffs further propose that deadlines for filing a consolidated class action complaint and Defendant's response thereto be set after the Court appoints lead counsel.

| | |
|---|---|
| Dated: June 12, 2024 | Respectfully submitted, |
| | |
| | /s/Joe Kendall |
| | Joe Kendall |
| | Texas Bar No. 11260700 |
| | **KENDALL LAW GROUP, PLLC** |
| | 3811 Turtle Creek, Suite 825 |
| | Dallas, TX 75219 |
| | Tel.: (214) 744-3000 |
| | Fax: (877) 744-3728 |
| | Email: jkendall@kendalllawgroup.com |

James J. Pizzirusso (*pro hac vice*)
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Tel.: (202) 540-7200
Fax: (202) 540-7201
Email: jpizzirusso@hausfeld.com

Steven M. Nathan (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, Fourteenth Floor
New York, NY 10004
Tel.: (646) 357-1100
Fax: (212) 202-4322
Email: snathan@hausfeld.com

Krysta Kauble Pachman*
Michael Gervais*
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA. 90067
Tel.: (310) 789-3100
Fax: (310) 789-3150
Email: kpachman@susmangodfrey.com
Email: mgervais@susmangodfrey.com

Gary M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100

Chicago, IL 60606
Tel.: 866-252-0878
Email: gklinger@milberg.com

Terence R. Coates (*pro hac vice*)
Justin C. Walker (*pro hac vice*)
Jonathan T. Deters (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
Email: tcoates@msdlegal.com
Email: jwalker@msdlegal.com
Email: jdeters@msdlegal.com

*Counsel for Majority Plaintiffs*

\* Motion for *pro hac vice* admission forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record on June 12, 2024 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

/s/ *Joe Kendall*
JOE KENDALL