# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-CV-00757-E<br>MDL DOCKET NO.: 3114 |
|---|---|

## RESPONSE TO JUNE 12 STATUS REPORT

Undersigned Counsel represents Plaintiffs Stephanie Doss, Aimee Jarvis, and Bethany Miller and respectfully submit this Response to the Status Report filed by certain plaintiffs on June 12, 2024 (ECF No. 56). That Status Report and a subsequent Response by other plaintiffs (ECF No. 57) indicate that leadership applications may be forthcoming by those two groups of plaintiffs.

Undersigned Counsel is unaware of any orders being entered by this Court establishing a schedule for leadership applications for this newly formed MDL. As cases are still being filed and consolidated into this MDL proceeding, any proposed leadership filing at this stage would a) be premature, b) be unfair to the counsel who are awaiting the transfer of their case, and c) not conserve judicial resources.

Plaintiffs Stephanie Doss, Aimee Jarvis, and Bethany Miller respectfully request this Court clarify that leadership applications from plaintiffs' counsel should not be filed until the appropriate time as established by this Court so that all counsel have the opportunity to fully participate in this MDL and be adequately considered for leadership positions by the Court.

Respectfully submitted,

*/s/ Maureen M. Brady*

Maureen M. Brady    MO#57800
MCSHANE & BRADY, LLC
4006 Central Street

Kansas City, MO 64111
Telephone:  (816) 888-8010
Facsimile:  (816) 332-6295
E-mail:<mbrady@mcshanebradylaw.com>
**ATTORNEYS FOR PLAINTIFFS**