UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 3:24-CV-00757-E |
|---|---|
| | MDL DOCKET NO.: 3114 |

### PLAINTIFF JENNIFER TURNER'S RESPONSE TO JUNE 12 STATUS REPORT

Plaintiff Jennifer Turner, Plaintiff in Case No. 3:24-cv-00864-X, through her undersigned counsel Michael K. Hurst, Julie Pettit, and Laurence D. King (the "Hurst/Pettit Group"), respectfully submits this Response to the June 12, 2024 Status Report (ECF No. 56, the "Status Report") and additional filings made by other plaintiffs in this matter.

In addition to reviewing the Status Report, the Hurst/Pettit Group has reviewed the filings made on behalf of other Plaintiffs in this matter, specifically the *Sanford* and *Carrasco* Plaintiffs' Response to June 12, 2024 Status Report (ECF No. 57), C. Mario Jaramillo's Response to June 12, 2024 Status Report (ECF No. 63), Plaintiffs Stephanie Doss, Aimee Jarvis, and Bethany Miller's Response to June 12 Status Report (ECF No. 74), and the Supplemental Status Report (ECF No. 73). While the Hurst/Pettit Group believes these filings are premature insofar as the Court has not yet set an initial MDL conference, it is necessary to respond to protect Plaintiff Turner's rights and interests.

None of counsel for the Plaintiffs identified above have reached out to the Hurst/Pettit Group to discuss leadership or any other topic. Nevertheless, the Hurst/Pettit Group would welcome such discussions and will promptly reach out to other counsel.

In addition, the Hurst/Pettit Group shares the view set forth in the Response to June 12 Status Report filed by Maureen Brady (ECF No. 74) that given the large number of constituent actions in this MDL, it is preferable that any leadership applications should only be made in an organized fashion pursuant to a schedule set by the Court. This would ensure that all interested Plaintiffs and their counsel are on equal footing and can receive adequate consideration by the Court for a leadership role in this important litigation. The Hurst/Pettit Group believes that it is well-suited for a leadership role given the strong track record in this District and experience in data breach litigation its attorneys and law firms collectively bring to bear.

Respectfully submitted,

DATED: July 10, 2024

**LYNN PINKER HURST & SCHWEGMANN, LLP**

By: */s/Michael K. Hurst*
    Michael K. Hurst

2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839
Email: *mhurst@lynnllp.com*

**THE PETTIT LAW FIRM**
Julie Pettit
2101 Cedar Springs, Suite 1540
Dallas, Texas 75201
Telephone: (214) 329-0151
Facsimile: (214) 329-4076
Email: *jpettit@pettitfirm.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King
Matthew B. George
Blair E. Reed
Clarissa R. Olivares
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
Email:   lking@kaplanfox.com
          mgeorge@kaplanfox.com
          breed@kaplanfox.com
          colivares@kaplanfox.com

*Attorneys for Plaintiff Jennifer Turner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record on July 10, 2024 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

*/s/ Michael K. Hurst*
Michael K. Hurst

3