UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: AT&T DATA BREACH LITIGATION | § § § § § § § § § § § § | Civil Action No. 3:24-cv-00757 |

### NOTICE OF APPEARANCE OF COUNSEL – ETHAN BINDER

PLEASE TAKE NOTICE that Ethan Binder enters an appearance as counsel of record for Plaintiff Marjorie Morgenstern. The undersigned consents to notification and service of all notices and filings in this action via the Court's ECF system at ebinder@scott-scott.com .

Dated: July 26, 2024

Respectfully submitted,

**Scott+Scott Attorneys at Law, LLP**

By:  */s/ Ethan Binder*
Ethan Binder (Pro Hac Vice)
Scott+Scott Attorneys at Law, LLP
230 Park Avenue, 17th Floor,
New York, NY 10017
Phone: (212) 776-8259
ebinder@scott-scott.com

**ATTORNEYS FOR PLAINTIFF
MARJORIE MORGENSTERN**

## **CERTIFICATE OF SERVICE**

On July 26, 2024, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I served the document on all counsel of record by filing it with the court's electronic-filing system.

                                                 */s/ Ethan Binder*
                                                 Ethan Binder