## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: AT&T Inc. CUSTOMER DATA SECURITY BREACH LITIGATION | § | CASE NO. 3:24-cv-00757-E |
| ------------------------------------------------- | § | |
| This Document Relates to All Cases | § | MDL NO. 3:24-md-03114-E |
| ------------------------------------------------- | § | |

## JEFF OSTROW'S PLAINTIFF STEERING COMMITTEE APPLICATION

Pursuant to the Court's Case Management Order #1 of July 24, 2024 (DE 97), I respectfully apply for appointment to the Plaintiff Steering Committee ("PSC").

I have almost exclusively litigated class actions for 15 years and have significant MDL experience. I efficiently manage complex litigation and have a steadfast commitment to high quality work. I am well-positioned to support lead PSC counsel in this data breach. From serving as a lead or on a steering committee in dozens of privacy cases, I know what it takes to lead, but *also* to support.

I am currently Co-Lead in MDL 3090, *In re: Fortra File Transfer Software Data Sec. Breach Litig.*, 24-md-3090 (S.D. Fla.), a data breach involving 10 defendants with an intricate "hub-and-spoke" relationship. I oversee the work of nearly two dozen law firms; serve as the Court's and defendants' primary contact; help oversee all phases of litigation; and handle settlement negotiations. I act in similar capacities as court-appointed Co-Lead in many other data breach cases, two of which include: *Crowe v. Managed Care of N. Am., Inc.*, 23-cv-61065 (S.D. Fla.) (9 million victims); and *Stallone v. Fin. Bus. & Consumer Sols., Inc.*, 2:24-cv-1876 (E.D. Pa.) (5 million victims). In this District, I am court-appointed Co-Lead in *Harrell v. WebTPA Emp'r Servs.*, LLC, 3:24-cv-1160 (N.D. Tex.) (2.4 million victims) and *Wilson v. Frontier Comm'ns Parent, Inc.*, 3:23-cv-1418-L (N.D. Tex.) (750,000 victims). I also serve as supporting counsel in numerous other cases.

I believe I have the respect of other plaintiff and defense attorneys, including those I anticipate applying for leadership here. This is because I work well with

others, pride myself on my ethics, integrity, and quality of work, and have the utmost respect for the judiciary. In *Farrell v. Bank of America, N.A.*, 327 F.R.D. 422, 432 (S.D. Cal. 2018), upon final approval of a settlement of a case I led on behalf of millions of consumers where we obtained a $68 million cash recovery and $1.2 billion in injunctive relief, U.S. District Judge James Lorenz observed:

> Class Counsel achieved this result through tenacity and great skill. In all of their written submissions and in their presentation at the Final Approval Hearing, Class Counsel's arguments were laudably clear and precise, no small feat given the complexity of the legal questions at issue here. It is clear that substantial preparation went into all of Class Counsel's work on this case.

My firm has six attorneys, a paralegal, and two clerks devoted primarily to litigating privacy cases. We have the necessary financial and technological resources for this case. We have no debt and self-fund all case costs from operating revenue.

Although this MDL indisputably involves one of the largest breaches in history, in my opinion this single defendant action will not require a large leadership structure often seen in multi-defendant cases. The Court may consider a PSC with two Co-Leads familiar to the Court, plus a maximum of six others. Co-Leads should have flexibility to delegate to the others. There will be many qualified attorneys applying, and I have successfully worked with most of them. Of this highly talented pool, the following are likewise worthy of appointment: Jean Martin, Gary Klinger, Joe Kendall, Mark Lanier, Gerard Stranch, James Cecchi, and Christopher Seeger.

Finally, the Court may find it helpful to contact the Honorable Rudolfo A. Ruiz II, the *Fortra* MDL Judge, who is familiar with my current work in that MDL.

Dated: August 5, 2024.                             Respectfully Submitted,

By: /s/ *Jeff Ostrow*
Jeff Ostrow (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954.332.4200
ostrow@kolawyers.com