# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T Inc. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Cases | CASE NO. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Shauna B. Itri, Esq. of the law firm of Seeger Weiss, LLP, hereby enters her appearance as an attorney for Plaintiff Daphne Kansas Carrasco in the above-reference matter. The undersigned consents to notification and service of all notices and filings in this action via the Court's ECF system at sitri@seegerweiss.com.

Dated: August 6, 2024

                                                              Respectfully submitted,

                                                              /s/ *Shauna B. Itri*
                                                              Shauna B. Itri
                                                              **SEEGER WEISS LLP**
                                                              325 Chestnut Street, Suite 917
                                                              Philadelphia, PA 19106
                                                              Telephone: (215) 564-2300
                                                              sitri@seegerweiss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2024, I caused a copy of the foregoing to be served upon all counsel of record via the Court's Electronic Filing System.

/s/ *Shauna B. Itri*
Shauna B. Itri