IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:24-cv-0757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sabita J. Soneji of Tycko & Zavareei LLP, hereby enters her appearance as an attorney for Plaintiff Cameron King in the above-referenced matter. The undersigned consents to notifications and services of all notices and filings in this action via the Court's ECF system at ssoneji@tzlegal.com.

Dated: August 6, 2024

Respectfully submitted,

*/s/ Sabita J. Soneji*
Sabita J. Soneji
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
(510) 254-6808
ssoneji@tzlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2024, I caused a copy of the foregoing to be served upon all counsel of record via the Court's Electronic Filing System.

>                               */s/ Sabita J. Soneji*
>                               Sabita J. Soneji