**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: AT & T Inc. CUSTOMER DATA SECURITY BREACH LITIGATION § § § § § § § § § § | CASE NO. 3:24-cv-0757-E<br><br>MDL DOCKET NO. 3:24-MD-3114-E |
| This Document Relates to:<br>Case No. 3:24-cv-1438 | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF GWENDOLYN CROCKRAN'S CLAIMS PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gwendolyn Crockran ("Plaintiff") hereby dismisses her individual claims without prejudice.

DATED: August 6, 2024          Respectfully submitted,

**FOSTER YARBOROUGH PLLC**

<u>/s/ Patrick Yarborough</u>
Patrick Yarborough
Texas Bar No. 24084129
917 Franklin Street, Suite 220
Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
Email: patrick@fosteryarborough.com

**GEORGE FELDMAN McDONALD PLLC**

Lori G. Feldman
102 Half Moon Bay Drive
(Admitted *pro hac vice*)
Croton-on-Hudson, New York 10520
Telephone: (917) 983-9321
Email: lfeldman@4-justice.com
Email: eservice@4-justice.com

**MATHIAS RAPHAEL PLLC**

Ori Raphael
Texas Bar No. 24088273
Damon Mathias
Texas Bar No. 24080170
13101 Preston Road, Suite 501
Dallas, Texas 75240
Telephone: (214) 739-0100
Fax: (214) 739-0551
Email: ori@mr.law
Email: damon@mr.law

**GEORGE FELDMAN MCDONALD PLLC**

David J. George
9897 Lake Worth Road, Suite 302
Lake Worth, Florida 33467
Telephone: (561) 295-4990
Email:  dgeorge@4-justice.com
Email:  eservice@4-justice.com

**COUNSEL FOR PLAINTIFF
GWENDOLYN CROCKRAN**

**CERTIFICATE OF SERVICE**

I, Patrick Yarborough, hereby certify that I caused the foregoing Notice of Voluntary Dismissal without Prejudice of Plaintiff Gwendolyn Crockran's Claims Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) to be filed using the Court's CM/ECF system on today's date, thereby causing it to be served on all counsel of record in this matter.

                                          */s/ Patrick Yarborough*
                                          Patrick Yarborough