UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re: AT&T Inc Customer Data Security Breach Litigation<br><br><br><br><br>This document relates to<br>*Peter Telford 3:24-cv-00798* | Case No. 3:24-cv-00757-E<br><br>MDL No. 3:24-md-03114-E |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Bryan F. Aylstock, of the firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, hereby enters his appearance as counsel of record on behalf of Peter Telford.

DATED: August 9, 2024            Respectfully submitted,

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock
FL Bar No.: 78263
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
17 E. Main Street, Ste. 200
Pensacola, Florida 32502
T: (850) 202-1010
F: (850) 916-7449
EMAIL: baylstock@awkolaw.com
*Counsel for Plaintiff, Peter Telford*