IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T Inc. CUSTOMER DATA SECURITY BREACH LITIGATION | § § § CASE NO. 3:24-cv-00757-E § § § MDL DOCKET NO.: 3:24-md-03114-E |
| This Document Relates to All Cases | § § |

### CASE MANAGEMENT ORDER #2

On July 24, 2024, the Court entered its Case Management Order #1, which instructed counsel for Plaintiffs and Defendant to file application(s) regarding leadership for respective counsel in accordance with the *Manual for Complex Litigation, Fourth*. (ECF No. 97 at 5-7). The Court requested applications from interested counsel. (ECF No. 97 at 5-7). The Court received several applications from counsel on Plaintiff's Steering Committee and none from Defense Counsel.

Having carefully considered the submissions by counsel and the criteria set forth in the *Manual for Complex Litigation*, the Court hereby appoints the below leadership structure for Plaintiffs. *See* Organizational Structures, Ann. Manual Complex Lit. § 10.221 (4th ed.). The Court has reviewed the applications counsel submitted and concludes that all of the lawyers applying for leadership positions have satisfactory qualifications, credentials, and experience to serve in leadership roles in the litigation. *See* Court's Responsibilities, Ann. Manual Complex Lit. § 10.224 (4th ed.).

(*This space left blank intentionally*).

I. **PLAINTIFF'S LEAD COUNSEL, LIAISON COUNSEL, AND EXECUTIVE COMMITTEE**

A. *Appointment of Plaintiff's Lead and Liaison Counsel -* The Court hereby appoints as Lead and Liaison Counsel for Plaintiffs ("Lead Counsel"):

    a. **W. Mark Lanier**[1]
   THE LANIER LAW FIRM, P.C.
   10940 W. Sam Houston Pkwy N. Ste. 100
   Houston, Texas 77064
   Tel: 713-659-5200/Fax: 713-659-2204
   Mark.Lanier@lanierlawfirm.com

B. *Appointment of Plaintiff's Executive Committee –* The Court hereby appoints the following counsel as the Executive Committee for Plaintiffs ("Executive Committee") in no particular order:

    a. **Shauna Itri**[2]
   Seeger Weiss LLP
   325 Chestnut Street, Suite 917
   Philadelphia, PA 19106
   Telephone: 215-553-7981
   sitri@seegerweiss.com

    b. **James E Cecchi**[3]
   Carella Byrne Cecchi Brody & Agnello PC
   5 Becker Farm Road
   Roseland, NJ 07068
   973-994-1700
   Email: jcecchi@carellabyrne.com

    c. **Jean Sutton Martin**[4]
   Morgan & Morgan Mass Tort Dept.
   201 N Franklin Street 6th Floor
   Tampa, FL 33602
   813-559-4908
   Email: jeanmartin@forthepeople.com

---

[1] (*See* ECF No. 139).
[2] (*See* ECF No. 157).
[3] (*See* ECF No. 158).
[4] (*See* ECF No. 125).

    d. **Sean S Modjarrad**[5]
       Modjarrad Abusaad & Said
       212 W Spring Valley Road
       Richardson, TX 75081
       972-789-1664
       Fax: 972-789-1665
       Email: smodjarrad@mas.law

C. *Appointment of Plaintiff's Steering Committee* – The Court hereby appoints the following counsel as the Steering Committee for Plaintiffs ("Steering Committee") in no particular order:

    a. **Charles E Schaffer**[6]
       Levin Sedran & Berman LLP
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106
       215-592-1500
       Fax: 215-592-4663
       Email: cschaffer@lfsblaw.com

    b. **Joseph P Guglielmo**[7]
       Scott+Scott Attorneys at Law LLP
       230 Park Avenue, 17th Floor
       New York, NY 10169
       212-776-8259
       Fax: 212-223-6334
       Email: jguglielmo@scott-scott.com

    c. **Larry A Golston, Jr.**[8]
       Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
       272 Commerce Street
       Montgomery, AL 36104
       334-269-2343
       Fax: 334-954-7555
       Email: larry.golston@beasleyallen.com

(*This space left blank intentionally*).

---

[5] (*See* ECF No. 119).
[6] (*See* ECF No. 138).
[7] (*See* ECF No. 117).
[8] (*See* ECF No. 148).

    d. **Nicholas R Lange**[9]
       Freed Kanner London & Millen LLC
       100 Tri-State International Drive, Suite 128
       Lincolnshire, IL 60069
       224-632-4510
       Fax: 224-632-4521
       Email: nlange@fklmlaw.com

    e. **Rebecca L Solomon**[10]
       Tousley Brain Stephens PLLC
       1200 5th Ave, Ste 1700
       Seattle, WA 98101
       206-682-5600
       Email: rsolomon@tousley.com

    f. **Thomas E Loeser**[11]
       Cotchett Pitre & McCarthy LLP
       999 N Northlake Way, Suite 215
       Seattle, WA 98103
       206-970-8181
       Email: tloeser@cpmlegal.com

D. The Court reserves the right to make changes and adjustments to Plaintiffs' leadership as necessary. The Court intends to periodically review these appointments and make changes as necessary. (*See* ECF No. 97 at 5-7).

## II.  STATUS CONFERENCE

The Court shall set an initial status conference in an order to follow.

    **SO ORDERED this day of August 14, 2024.**

                                                                                     _____
                                                                                     ADA BROWN
                                                                                     UNITED STATES DISTRICT JUDGE

---

[9] (*See* ECF No. 147).
[10] (*See* ECF No. 143).
[11] (*See* ECF No. 123).