## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T Inc. CUSTOMER DATA SECURITY BREACH LITIGATION § <br><br> ------------------------------------------------- <br> This Document Relates to: <br><br> *Nelli v. AT&T Inc.*, No. 3:24-cv-579 (N.D. Tex.) <br><br> ------------------------------------------------- | CASE NO. 3:24-cv-00757-E |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJDUICE

Plaintiff Nicholas Nelli ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismisses his member case, *Nelli v. AT&T Inc.*, No. 3:24-cv-579 (N.D. Tex.), as follows:

1. All claims of Plaintiff, individually, are dismissed without prejudice; and

2. All claims of any unnamed member of the proposed class are dismissed without prejudice.

Dated: August 20, 2024     Respectfully submitted,

           By: */s/ Jeff Ostrow*
           Jeff Ostrow (admitted *pro hac vice*)
           **KOPELOWITZ OSTROW**
           **FERGUSON WEISELBERG GILBERT**
           One West Las Olas Blvd., Suite 500
           Fort Lauderdale, Florida 33301
           Tel: 954-525-4100
           ostrow@kolawyers.com

           Bruce W. Steckler, TX Bar No. 00785039
           **STECKLER WAYNE & LOVE, PLLC**
           12720 Hillcrest Road, Suite 1045
           Dallas, TX 75230
           Tel: (972) 387-4040
           Fax: (972) 387-4041

bruce@swclaw.com

Gary Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

J. Gerard Stranch, IV
**STRANCH, JENNINGS &
GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com

*Counsel for Plaintiff and the Putative Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

*/s/ Jeff Ostrow*      
Jeff Ostrow
