**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: AT&T Inc. CUSTOMER DATA SECURITY BREACH LITIGATION | § § § § § § § § § | CASE NO. 3:24-cv-00757-E |
| This Document Relates to All Cases | | MDL DOCKET NO.: 3:24-md-03114-E |

**CASE MANAGEMENT ORDER #5**

An Initial Case Management Conference is set for **September 18, 2024, at 10:00 a.m. at 1100 Commerce Street, Room 1310, Dallas, Texas 75242-1003**. The Court anticipates the conference shall last approximately two hours in total. Lead and liaison counsel shall be expected to attend in person along with defense counsel. Members of Plaintiff's Executive Committee and Steering Committee may attend in person, as desired. Others may attend remotely. Instructions on remote participation for the Initial Case Management Conference shall be circulated prior to the hearing. This Initial Case Management Conference is open to all Parties.

A. *Preservation of Rights* – A party will not, by designating an attorney to represent its interests at the conference, be precluded from other representation during the litigation, and attendance at the conference will not waive objections to jurisdiction, venue, or service. *See generally* Fed. R. Civ. P. 16(c)(1) (discussing attendance at pretrial conference(s)).

B. *Topics for Conference* – The primary purpose of the initial conference will be to discuss (i) whether Plaintiffs anticipate the filing of a consolidated complaint and Defendants' position on that issue; (ii) the Parties' anticipated schedule regarding pleadings, motion(s) to dismiss, or other procedural motion(s); and (iii) a brief discussion of the special master(s). *See generally*

Fed. R. Civ. P. 16(a) (enumerating the purposes of a pretrial conference). The Court will further

consider the Parties' respective positions as to the following:

1. identifying the principal factual and legal issues likely to be presented in the MDL proceedings;

2. how and when the parties will exchange information about the factual bases for their claims and defenses;

3. whether consolidated pleadings should be prepared to account for multiple actions included in the MDL proceedings;

4. a proposed plan for discovery, including methods to handle it efficiently;

5. any likely pretrial motions and a plan for addressing them;

6. a schedule for additional management conferences with the court;

7. whether the court should consider measures to facilitate settlement of some or all actions before the court, including measures identified in Rule 16(c)(2)(I);[1]

8. how to manage the filing of new actions in the MDL proceedings;

9. whether related actions have been filed or are expected to be filed in other courts, and whether to consider possible methods for coordinating with them; and

The Court intends for the Parties to further confer following the September 18, 2024 Initial Case

Management Conference in the interest of filing a consolidated joint status report, with further

instructions to follow.

**SO ORDERED this 27th day of August, 2024.**

ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] *See* Fed. R. Civ. P. 16(c)(2)(I) ("settling the case and using special procedures to assist in resolving the dispute when authorized by statute or local rule[.]").

---

CASE MANAGEMENT ORDER #5                                                                    Page **2** of **2**