UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to All Cases* | Case No. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

## NOTICE OF INTENT TO OBJECT TO MOTION FOR PRELIMINARY APPROVAL AND REQUEST FOR BRIEFING SCHEDULE

To: The Clerk of Court and all Parties of Record

Please take notice that the undersigned counsel represents claimants seeking to pursue individual arbitrations against AT&T and intends to file an objection to the Motion for Preliminary Approval of the Class Action Settlement filed on May 30, 2025, including the proposed injunction on proceeding in arbitration and the opt-out procedures. These individuals are pursuing their right to arbitration against AT&T pursuant to the company's Terms of Service and should be excluded from the definition of the class; the opt-out procedures are improper; and the proposed injunction preventing individual arbitration oversteps Rule 23.

Consistent with the 2018 Amendments to Rule 23(e) encouraging the Court to "frontload" issues related to preliminary approval, a briefing schedule related to the motion should be promptly set by the Court.

Dated: June 2, 2025

Respectfully submitted,

*/s/ Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) – 714-7100 – telephone
siegel@stuevesiegel.com

*Attorney for Arbitration Claimants*

2