UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to All Cases* | Case No. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md03114-E |

**NOTICE OF ARBITRATION CLAIMANTS' INTENT TO FILE OBJECTION TO MOTION FOR PRELIMINARY APPROVAL AND REQUEST FOR ORAL ARGUMENT**

To the Clerk

Please that notice that arbitration claimants represented by the undersigned counsel intend to file an objection to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 283) ("Approval Motion"). These individuals have been pursuing claims against AT&T pursuant to the company's Terms of Service and their rights are directly affected by this settlement. Arbitration Claimants respectfully request that the Court set a briefing schedule for the filing of the objection and schedule oral argument upon completion of briefing.

| | |
|---|---|
| Dated: June 3, 2025 | /s/ Kiley L. Grombacher<br>Marcus J. Bradley, Esq. (SBN 174156)<br>Kiley L. Grombacher, Esq. (SBN 245960)<br>**BRADLEY/GROMBACHER, LLP**<br>31365 Oak Crest Drive, Suite 240<br>Westlake Village, California 91361<br>Telephone: (805) 270-7100<br>Facsimile:  (805) 270-7589<br>mbradley@bradleygrombacher.com<br>kgrombacher@bradleygrombacher.com |

Bryan F. Aylstock (Fla. Bar 78263)
Sin-Ting Mary Liu (Cal. Bar No. 282884)
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
baylstock@awkolaw.com
mliu@awkolaw.com
khelton@awkolaw.com


Brian Levin
**Levin Law, P.A.**
2665 South Bayshore Drive, PH2B
Miami, Florida 33133
(305) 613-0318 (Mobile)
(305) 539-0593 (Miami - Direct Dial)
(248) 270-7338 (Bloomfield Hills)
brian@levinlawpa.com

Attorneys for Arbitration Claimants