# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This document relates to All Cases.* | Civil Action No.   3:24-cv-00757-E<br><br>MDL DOCKET NO.   3:24-md-03114-E |

## ABL ARBITRATION CLAIMANTS' MOTION FOR TO INTERVENE AND FOR RECONSIDERATION OF THE PRELIMINARY APPROVAL ORDER

Comes now more than 57,000 individuals who had retained Aylstock, Witkin, Kreis & Overholtz, PLLC, Bradley Grombacher, LLP, and Levin Law, P.A. to institute arbitrations against AT&T ("ABL Arbitration Claimants") who, by and through counsel, and pursuant to Rules 24 and 60(b) of the Federal Rules of Civil Procedure hereby file a Motion for Leave to Intervene and for Reconsideration. In support of this motion, the ABL Arbitration Claimants submit a memorandum of points and authorities, proposed order, supporting declaration and exhibits. The ABL Arbitration Claimants were part of the AT&T Inc. Customer Data Security Breaches and chose to pursue arbitration rather than a class action or settlement. But under the provisional approval order, the ABL Arbitration Claimants are being enjoined from pursuing binding and mandatory arbitration. Furthermore, the approved settlement agreement violates Federal Rules of Civil Procedure 23 typicality and adequacy

requirement, wrongfully seeks to circulate class notice to those with arbitration agreements, violates the All Writs Act, and overly burdens Arbitration Claimants from opting out of settlement. For the foregoing reasons, the ABL Arbitration Claimants respectfully requests that the Court grant the Motion to Intervene and For Reconsideration of Preliminary Approval Order. We have met and conferred with counsel for the named Plaintiffs for the putative class and Defendant AT&T, Inc. who we believe will both oppose this motion.

Date: July 3, 2025

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock (Florida Bar 78623)
**AYLSTOCK, WITKIN, KREIS &
    OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Tel: (850) 202-1010
Fax: (850) 916-7449
Emails: BAylstock@awkolaw.com

**Attorney for the ABL Arbitration Claimants**

# CERTIFICATE OF CONFERENCE

I hereby certify that the parties have met and conferred regarding this matter on July July 2–3, 2025. Specifically, I sent an e-mail on July 2, 2025, to Mark Lanier, Christopher Seeger, Michael W McTigue Jr., Devlan Geddes, Lisa Collins, and Gilbert Keteltas. My co-counsel, Brian Levin, also spoke with Mr. McTigue by phone on July 3, 2025. It is our understanding that the named Plaintiffs for the putative class and Defendant AT&T, Inc. both oppose this motion.

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock
FL Bar No.: 78263
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
baylstock@awkolaw.com
**Attorney for the ABL Arbitration Claimants**