UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This document relates to All Cases.* | Civil Action No. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

**[PROPOSED] ORDER GRANTING ABL ARBITRATION CLAIMANTS' MOTION TO INTERVENE AND FOR RECONSIDERATION OF THE PRELIMINARY APPROVAL ORDER**

After considering the ABL Arbitration Claimants' Motion to Intervene and for Reconsideration of the Preliminary Approval Order, and supporting materials, and good cause appearing, this Court hereby:

1. Grants the ABL Arbitration Claimants' motion to intervene and for reconsideration;

2. Modifies the preliminary approval order (ECF No. 298) to exclude from the class definition natural persons and entities who filed or served on AT&T or its counsel a document purporting to be a written arbitration demand or arbitration petition related to the data breaches at issue in this matter as well as anyone who provided AT&T or its counsel with written notice of its intent to pursue arbitration against AT&T related to the data breach;

3. Modifies the preliminary approval order (ECF No. 298) to permit potential class members to use documents with electronic signatures, provide only names and two pieces of contact information, and opt-out in mass or groups via counsel;

4. Requires counsel for the proposed class (and, if necessary, AT&T, Inc.) to make all modifications to the class settlement agreement, notice program, and other elements of the order necessary to effectuate the foregoing changes; and

5. Lifts, terminates, and extinguishes effective immediately, the entirety of the preliminary approval order (ECF No. 298)'s injunction against arbitrations related to this matter.

DONE AND ORDERED this ____ day of July 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE