# EXHIBIT D

| | |
|---|---|
| **From:** | Amanda Polvi |
| **To:** | Mass Arbitration |
| **Cc:** | Bryan Aylstock; Kiley Grombacher (External); Maria Valle-Lomeli (External); Jody Rosen; Linda Gutierrez; gerri.powell@skadden.com |
| **Bcc:** | Amanda Polvi |
| **Subject:** | Aylstock, Witkin, Kreis and Overholtz AAA Submission 6/13/2025 |
| **Date:** | Monday, June 23, 2025 10:48:00 AM |
| **Attachments:** | 2025-06-13 - AWKO Ltr to Arb Encl. Required Docs.pdf |

Good morning,

Please find the attached cover letter. The following documents have been uploaded to the ShareFile:

1. Demand for Arbitration Consumer
2. Affirmation of Bryan F. Aylstock
3. List of Representatives/Counsels
4. Spreadsheet (List of 5248 Claimants)

Please note the individual claimants reserve all rights to object to the implementation of any arbitration protocols that did not exist as of the date of the arbitration agreements, however, we are submitting the spreadsheet to expedite the filing process.

We have also uploaded a copy of these documents to the SharePoint we provided to the counsel for AT&T.

Thank you,

| | |
|---|---|
| **Amanda Polvi** <br> Case Manager <br> Aylstock, Witkin, Kreis & Overholtz | 17 E. Main Street, Suite 200 <br> Pensacola, FL 32502 <br> Phone: (850) 202-1010 <br> Toll Free: (877) 810-4808 <br> Facsimile: (850) 916-7449 <br> Email: apolvi@awkolaw.com <br> CaseLocker: <br> **awko.caselocker.com** |