# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T Inc. CUSTOMER DATA SECURITY BREACH LITIGATION | § § § CASE NO. 3:24-cv-00757-E § § § MDL DOCKET NO.: 3:24-md-03114-E § |
| This Document Relates to All Cases | § § |

## ORDER

Before the Court are the following motions:

1. Carol Surowiec's Motion for Leave of Court to File Motion to Sever and Enter Partial Summary Judgment to Enforce Class Action Waiver Against AT&T and Remand Cases, (ECF No. 299), and

2. ABL Arbitration Claimants' Motion for to Intervene and for Reconsideration of the Preliminary Approval Order, (ECF No. 300).

The Court has reviewed these motions and corresponding filings. The Court determines that these motions should be denied at this time, without prejudice. The Parties are welcome to re-urge the requested relief at the Wednesday, December 3, 2025, hearing. (*See* ECF No. 298 at 15-17).

**SO ORDERED this 10th day of July, 2025.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE