# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Document Relates to All Cases* | Case No. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md- 03114-E<br><br>**NOTICE OF ATTORNEYS' CHANGE OF LAW FIRM AFFILIATION** |

**TO THE CLERK OF THE COURT, THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Ariana J. Tadler and A.J. de Bartolomeo are now affiliated with Kaplan Fox & Kilsheimer LLP and will continue to represent plaintiffs in this action along with other counsel in this case. Pursuant to L.R. 83.13, counsel will promptly update the ECF contact information.

Dated: July 15, 2025

Respectfully submitted,
**KAPLAN FOX & KILSHEIMER LLP**

By: _____

A.J. de BARTOLOMEO, Esq.
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Phone**:** (415) 772-4700

ARIANA J. TADLER, Esq.
800 Third Avenue
38th Floor
New York, NY 10022
Phone: (212) 687-1980
Fax: (212) 687-7714

*Attorneys for Plaintiff Amanda Zwald*

1