United States District Court for the Northern District of Texas

Dallas Division

Docket Number 3:24-cv-00757-E

| | |
|---|---|
| IN RE AT&T INC. <br> CUSTOMER DATA SECURITY <br> BREACH LITIGATION | } <br> } <br> } <br> }  Notice of Appeal <br> } <br> } |

    Osa Massen, Audrey Jones, Susan Savala appeal to the United States Court of Appeals for the Fifth Circuit from the Preliminary Approval Order and Order Denying Proposed Intervenors' Motion to Intervene, ECF No. 298, entered on June 20, 2025.

                             *s/ Sarah E. Hillier*_____
                             Attorney for Proposed Intervenors
                             Address:  Gibbs Mura LLP
                                        1111 Broadway, Suite 2100
                                        Oakland, CA 94607