# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

1. August Wakat,

   **Plaintiff,**

   v.

2. ATT Inc., Customer Data Security Breach Litigation, et al.,

   **Defendants.**

Case No. 3:24-md-03114-E

## OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT BY SETTLEMENT CLASS MEMBER AUGUST WAKAT

**COMES NOW**, Settlement Class Member **August Wakat**, Class Member ID: **83231P1S5FRM1**, individually and on behalf of his affected business, **Poe Boy Fleming Auto Salvage Inc.**, and pursuant to the procedures set forth in the Notice of Proposed Settlement and applicable law, respectfully **submits this Objection** to the proposed class action settlement and **requests that this matter be set for individual trial** in light of the severity, scope, and distinct harms suffered personally and through the business entity.

### I. INTRODUCTION

3. **On or about March 30, 2024**, AT&T publicly acknowledged a catastrophic data breach involving unauthorized disclosure of sensitive customer data, including names, Social Security numbers, addresses, dates of birth, and account information. The undersigned has been identified as a member of the affected class.

## II. GROUNDS FOR OBJECTION

4. **Prolonged and Intentional Conduct by Defendant**

   The data breach was not an isolated incident but occurred over a **prolonged period exceeding one year**, during which AT&T was placed on **notice of multiple security vulnerabilities** and failed to take corrective measures. This amounts to **willful disregard** for Plaintiff's rights and a pattern of gross negligence, if not **intentional misconduct**.

5. *Under 15 U.S.C. § 45(a) (FTC Act),* corporations have a duty to protect consumer data and avoid **unfair or deceptive practices**, including inadequate data security. AT&T's failure to act despite notice constitutes a violation of this federal obligation. See also:

   - **In re Equifax Inc. Customer Data Sec. Breach Litig.**, 999 F.3d 1247, 1261 (11th Cir. 2021) (holding that failure to maintain proper cybersecurity measures in face of known risks gives rise to plausible claims of willful misconduct).

   - **Remijas v. Neiman Marcus Group, LLC**, 794 F.3d 688, 694 (7th Cir. 2015) ("It is easy to infer that [defendant] failed to put in place the necessary safeguards, and now that the harm has materialized, plaintiffs should have their day in court.")

6. **Inadequate Relief Compared to Harm**

   The settlement proposes non-individualized relief in a lump sum format, which grossly **undercompensates victims** like Plaintiff who experienced long-term identity threats, financial losses, and reputational harm far beyond any offered remedy.

7. **Violation of Due Process Rights**

   The proposed settlement, if approved, would effectively bar Plaintiff from pursuing **full redress** in a court of law, violating Plaintiff's constitutional right to a **meaningful opportunity to be**

heard and access to justice. See:

- **Mathews v. Eldridge**, 424 U.S. 319 (1976)
- **Logan v. Zimmerman Brush Co.**, 455 U.S. 422 (1982)

## IV. REQUEST FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests:

8. That this Court **deny final approval** of the proposed class settlement;

9. In the alternative, that Plaintiff be **excluded from the settlement** and permitted to **pursue individual claims** through trial;

10. That a hearing be scheduled to address Plaintiff's objections and evidence of actual damages;

11. Any other relief this Court deems just and proper.

Respectfully submitted this 5th day of August, 2025.

*[signature]*

**August Wakat, Pro Se**
33050 Tall Timber Trace
Trinidad, Colorado 81082
Email: elroi81082@gmail.com
Phone: (719) 680-1335
Class Member ID: 83231P1S5FRM1

## CERTIFICATE OF SERVICE

I, **August Wakat**, certify that on this 5th day of August, 2025, I placed a true and correct copy of the correspondence titled **OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT BY SETTLEMENT CLASS MEMBER AUGUST WAKAT** in the **U.S. Mail**, first-class postage prepaid, and also served the same via **electronic mail**, to the following individuals and offices involved in the matter:

12. **Clerk of Court,** U.S. District Court – Northern District of Texas
    1100 Commerce St., Room 1452, Dallas, TX 75242

13. **Craig D. Ball** – Craig D. Ball PC, 3251 Laurel St., New Orleans, LA 70115
    Email: craig@ball.net | Tel: (713) 320-6066

14. **W. Mark Lanier** – The Lanier Law Firm, 10940 W Sam Houston Pkwy N, Ste. 100, Houston, TX 77064, Email: Mark.Lanier@LanierLawFirm.com | Tel: (713) 659-5200 | Fax: (713) 659-2204

15. **James E. Cecchi** – Carella Byrne Cecchi Brody & Agnello PC, 5 Becker Farm Rd., 2nd Fl., Roseland, NJ 07068, Email: jcecchi@carellabyrne.com | Tel: (973) 994-1700 | Fax: (973) 994-1744

16. **Jean Sutton Martin** – Morgan & Morgan CLG, 201 N Franklin St., Ste. 700, Tampa, FL 33602
    Email: jeanmartin@forthepeople.com | Tel: (813) 223-5505 | Fax: (813) 222-2434

17. **Shauna Itri** – Seeger Weiss LLP, 325 Chestnut St., Ste. 917, Philadelphia, PA 19106
    Email: sitri@seegerweiss.com | Tel: (215) 553-7981

18. **Charles E. Schaffer** – Levin Sedran & Berman LLP, 510 Walnut St., Ste. 500, Philadelphia, PA 19106, Email: cschaffer@lfsblaw.com | Tel: (215) 592-1500 | Fax: (215) 592-4663

19. **Joseph P. Guglielmo** – Scott+Scott LLP, 230 Park Ave., 17th Fl., New York, NY 10169
    Email: jguglielmo@scott-scott.com | Tel: (212) 223-6444

20. **Larry A. Golston, Jr.** – Beasley Allen, 272 Commerce St., Montgomery, AL 36104
    Email: larry.golston@beasleyallen.com | Tel: (334) 269-2343 | Fax: (334) 954-7555

21. **Nicholas R. Lange** – Freed Kanner LLP, 100 Tri-State Intl Dr., Ste. 128, Lincolnshire, IL 60069, Email: nlange@fklmlaw.com | Tel: (224) 632-4510 | Fax: (224) 632-4521

22. **Rebecca L. Solomon** – Tousley Brain Stephens PLLC, 1200 5th Ave., Ste. 1700, Seattle, WA 98101, Email: rsolomon@tousley.com | Tel: (206) 682-5600

23. **Thomas E. Loeser** – Cotchett Pitre & McCarthy LLP, 1809 7th Ave., Ste. 1610, Seattle, WA 98101, Email: tloeser@cpmlegal.com | Tel: (206) 802-1272 | Fax: (206) 299-4184

## DEFENSE COUNSEL FOR AT&T INC.

24. **Tamara D. Baggett** – Baker Hostetler, 2850 N. Harwood St., Ste. 1100, Dallas, TX 75201
    Email: tbaggett@bakerlaw.com | Tel: (214) 210-1208 | Fax: (214) 210-1201

25. **Edward J. Jacobs** – Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111
    Email: ejacobs@bakerlaw.com | Tel: (212) 589-4200

Respectfully Submitted,

*[signature]*

August Wakat, Pro Se'