# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | Case No. 3:24-cv-00757-E |
| | MDL DOCKET NO. 3:24-md-03114-E |
| *This Document Relates to All Cases* | |

**ORDER DENYING LEAVE TO FILE MOTION TO DISMISS (ECF No. 340)**

IT IS HEREBY ORDERED AS FOLLOWS:

On June 20, 2025, the Court granted preliminary approval of a settlement in this matter. *See* ECF No. 298 (hereinafter, "Order"). As part of that approval, the Court ordered that "[a]ll pretrial proceedings in this Action are stayed and suspended until further order of this Court, except such actions as may be necessary to implement the Settlement and this Preliminary Approval Order." (ECF No. 298 at 14, ¶ 21).

On September 26, 2025, counsel representing 49 individual plaintiffs,[1] sought leave on behalf of those plaintiffs to file a motion styled as a "Motion to Dismiss Class Action or, in the Alternative, Motion to Amend Order Approving Class Action Settlement and Enjoin AT&T from Asserting Res Judicata or Claim Preclusion." (ECF No. 340-1) ("Motion"). In addition to seeking dismissal of "this class action," (ECF No. 340-2, at 1), these 49 plaintiffs ask the Court to amend the Preliminary Approval Order,[2] "to require consumers who wish to participate in the class action to affirmatively **opt in**" rather than opt-out of the Settlement. (ECF No. 340-2, at 6) (emphasis in original).

---

[1] (*See* ECF No. 340-3 at 4).
[2] (ECF No. 298).

Having reviewed the Motion and the supporting materials, the Court DENIES WITHOUT PREJUDICE the Motion. (ECF No. 340). The Court determines the Motion is not "necessary to implement the Settlement and this Preliminary Approval Order." (ECF No. 298 at 14, ¶ 21).

Further, the Court notes that the Motion seeks to amend the Preliminary Approval Order, and requests procedures other than those provided for in that Order. If the movants object to the proposed settlement or the procedures provided for in the Preliminary Approval Order, the movants may file objections pursuant to the procedures set out in the Preliminary Approval Order. (ECF No. 298 at 10-13, ¶¶ 16-17); (*see also* ECF No. 342) (amending several Preliminary Approval Order deadlines).

**IT IS SO ORDERED THIS 14TH DAY OF OCTOBER, 2025.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE