UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

IN RE AT&T INC. CUSTOMER DATA SECURITY

BREACH LITIGATION

MDL Docket No. 3:24-md-03114-E

Before the Honorable Judge Ada E Brown

OBJECTION TO PROPOSED CLASS

ACTION SETTLEMENT AND NOTICE OF

INTENT TO APPEAR

I, Shanee Jackson, a member of the proposed settlement class, herby submit this written

Objection to the proposed Class Action Settlement in the above-captioned matter and provide notice of my intent to appear at the Final Approval Hearing.

### I. IDENTIFICATION OF OBJECTOR

Name: Shanee Jackson

Address: 431 Woodlawn Ave NE Atlanta, GA 30318

Telephone Number: 404 809 5956

Email Address: Jacksonsha.79@gmail.com

Class Membership: Overlap Settlement Class

Member (eligible under both AT&T 1 and AT&T 2 Settlement Classes)

## II. GROUNDS FOR OBJECTION

I respectfully object to the proposed Settlement on the following grounds:

1. The proposed settlement amount is unreasonably low.

The total compensation available to Settlement Class Members is disproportionate to the scale and duration of the harm suffered by individuals whose sensitive personal date including Social Security number and account details were compromised in both the AT&T 1 and AT&T 2 Data incidents. The Monetary relief fails to adequately account for the risk of ongoing and future identity theft, credit impact, and loss of privacy.

2. The attorneys' fees are excessive relative to the benefits to class members.

The proposed allocation of net recovery available to individual Settlement Class Members. This imbalance raises concern that the settlement primarily benefits counsel rather than the affected consumers. The Court should scrutinize and reduce these fees to align with the actual relief provided to the class.

3. The Settlement unfairly treats Overlap Members.

Individuals like myself, who fall into both the AT&T 1 and AT&T 2 Settlement Classes, face limitations that prevent full compensation for cumulative harm. The restriction against using the same documentation for both incidents further diminishes fairness and equity for those whose date was compromised multiple times.

## III. REQUEST FOR RELIEF

I respectfully request that the Court:

Consider my individual objection and ensure that I, as an Overlap Settlement Class Member, receive a fair and reasonable payment the adequately reflects the harm, inconvenience, and ongoing risk I have experienced as a result of both the AT&T 1 and AT&T 2 Data Incidents.

Specifically, I request that the Court award or direct the Settlement Administrator to provide and increased or equitable payment to me personally, in recognition of the compounded exposure of my date in both incidents and the inadequacy of the current proposed tiered cash payment structure.

## IV. CONCLUSION

For the foregoing reason, I respectfully request that the Court sustain my objection and ensure that I personally receive fair and adequate compensation in light of my individual harm and overlapping exposure.

Respectfully submitted,


Shanee Jackson
431 Woodlawn Ave NE
Atlanta, GA 30318
Phone Number: 404 809 5956
Email: Jacksonsha.79@gmail.com
Date: October 18th, 2025


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Objection has been mailed or otherwise serviced upon the Settlement Administrator, Class Counsel, and Defense Counsel in accordance with the instructions provided in the Settlement Notice and the Court's Order Preliminarily Approving Settlement.



Shanee Jackson
Date: October 18th, 2025

