UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 1 3 2025

CLERK, U.S. DISTRICT COURT
By _____
Deputy

3:24-cv-757

| | |
|---|---|
| PEGGY A. WILLIAMS, pro se<br><br>Plaintiff<br><br>v.<br><br>AT&T, INC.<br><br>Defendant | MDL Case No. 3:24-md-03114-E<br><br><br>**MOTION TO OPT OUT OF CLASS ACTION AND PROCEED WITH INDIVIDUAL CLAIM** |

COMES NOW the Plaintiff, Peggy A. Williams, and respectfully moves this Honorable Court for an order permitting Plaintiff to opt out of the pending class action and proceed with an individual claim. In support of this motion, Plaintiff states as follows:

1. Plaintiff is a member of the proposed class in the matter of AT&T Inc, which alleges harm resulting from the unauthorized disclosure of personally identifiable information (PII).

2. Plaintiff has suffered specific and individualized personal injuries (PI) directly tied to the exposure of their PII, including but not limited to identity theft, financial loss, emotional distress, and business disruption. The Plaintiff has the right to make a claim without fear, intimidation, or the use of abusive and coercive tactics.

3. The nature and extent of Plaintiff's damages exceed those contemplated by the class settlement and are not adequately addressed by the class-wide relief.

4. Plaintiff seeks to preserve the right to pursue full and fair compensation through an individual claim, which allows for a more thorough presentation of facts and damages.

5. Plaintiff has timely submitted a request to opt out of the class action in accordance with the procedures outlined in the class notice.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion to Opt Out of the Class Action;

- Permit Plaintiff to proceed with an individual claim against Defendant;

- And grant such other relief as the Court deems just and proper.

Respectfully submitted,

_____

Peggy A. Williams, pro se
P.O. Box 21971
San Jose, CA 95151
408-520-8022
pawwil@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the above document to be filed with the Clerk of the Court using physical mail, which will send notification of such document to counsel of record.

In accordance with the Court's standing order to be served a true and correct copy to Defendant's Counsel, via physical mail at the following addresses:

Gilbert S. Keteltas
BakerHostetler – Washington, D.C. Office
1050 Connecticut Avenue NW, Suite 1100
Washington, D.C. 20036

Dated:  November 6, 2025

_____
Peggy A. Williams

## CERTIFICATE OF COMPLIANCE

The Plaintiff below hereby certifies that this document was prepared in Times New Roman 14-point font, double-spaced, with margins of not less than 1 inch.

Dated: November 6, 2025

_____

Peggy A. Williams

Peggy A. Williams
P.O. Box 21971
San Jose, CA 95151
pawwil@yahoo.com



November 6, 2025

Clerk of the Court
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1312
Dallas, Texas 75242-1003

Please find enclosed a copy of the proposed Motion to Opt Out of Class Action and Proceed with Individual Claim. After a subpoena and several discouraging phone calls and emails from the class action Lead Attorneys, except one, I have decided to opt out and proceed as an individual.

For the reasons explained above and the deadlines, I am requesting that the Court grant permission for the support of pro se in this matter.

Thank you for your time and consideration.

Respectfully,

                              Peggy A. Williams, pro se
                              P.O. Box 21971
                              San Jose, CA 95151
                              408-520-8022
                              pawwil@yahoo.com

