

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

1. **Estella Wakat-Aikins,**

    **Objector,**

    v.

2. ATT Inc., Customer Data Security Breach Litigation, et al.,

    **Defendants.**

Case No. 3:24-md-03114-E

3:24-cv-757

### ENTRY OF APPEARANCE AND OBJECTION

3. Under **28 U.S.C. § 1654**, the undersigned Petitioners appear **pro se** in this action:

4. Estella Wakat-Aikins, **4000 Pamela Way Montgomery Texas 77316 Phone: (936) 217-3074**
   Email:cwakat@yahoo.com

## I. INTRODUCTION AND RELIEF

5. I hereby appear on behalf of myself and Poeboys Salvage Inc., as Vice President, Auto Salvage Inc. located at address 23780 East Admiral Place Catoosa OK 74015 Phone: (918) 425-4477.

6. I enter in this appearance of Objection and request Investigation regarding the missing business phone numbers in the ATT Data Breach account number 1718004855001 and 80032927008 described as phone numbers 800-856-6292, 918-425-7202, 918-266-5001, and 918-266-7394 this instant.

### CERTIFICATE OF SERVICE

I, certify that on this 17th day of November, 2025, I placed a true and correct copy of the correspondence titled **ENTRY OF APPEARANCE AND OBJECTION** in the **U.S. Mail**, first-class postage prepaid, and also served the same via **electronic mail**, to the following individuals and offices involved in the matter:

7. **Clerk of Court,** U.S. District Court – Northern District of Texas
   1100 Commerce St., Room 1452, Dallas, TX 75242

Respectfully Submitted,

*Estella Wakat-Aikins*

**Estella Wakat-Aikins, Plaintiff**
4000 Pamela Way
Montgomery, TX 77316
(936) 217-3074
cwakat@gmail.com

Total pages including exhibits_____.