Terran Hardy

225 West 96th st

Indianapolis, IN 46260

November 13, 2025



Clerk of the court

United States District Court
1100 Commerce St. Room 1452
Dallas, TX 75242

Letter of Objection, class member ID # **83231ZD808R4H**

Dear, Clerk of the court

I'm writing this letter to object to the settlement on the grounds that I do not agree with the proposed document loss cash payment amount or any class member benefit stated in the settlement for AT&T settlement class members. Within the past few months I have had my phone hacked into and received calls and texts from numbers I do not recognize. While utilizing Google maps to travel I have experienced strange events or occurrences with people in proximity to my physical location that caused me to question if I was being watched or stalked. These experiences spanned different locations and of course these experiences are frightening and have affected my mental health.

It states in the email I received on August 20, 2025 that certain call records had been unlawfully downloaded from a third party cloud platform. AT&T has not disclosed which call records of mine were downloaded. I'm well aware that hackers can use call records that contain metadata that can be used to track a person's whereabouts and routines by analyzing their call history. This information can be used for stalking as well as location tracking and so many other things that negatively impact my privacy.

 Since my data was already breached at some point, which AT&T is not disclosing to me when, even after I received my email on August 20, 2025 I still continued to have my phone hacked into and my data compromised even after switching phone lines. Therefore, I do not agree with the proposed benefit amount. I do not think it will suffice considering everything I have experienced and should be reconsidered for a higher amount. I'm not using any legal support for this objection. I have objected to a class

settlement 0 times within 5 years.  I do not intend to personally appear at the final approval hearing.

Sincerely,

Terran hardy

*Terran Hardy* (signature)

Terran Hardy
225 west 96th street
Indianapolis, IN 46260

Clerk of the Court
United States District Court
1100 Commerce St. Room 1452
Dallas, TX 75242

RECEIVED - 2
NOV 18 2025
MAILROOM