UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to All Cases* | Case No. 3:24-cv-00757-E<br><br>MDL DOCKET No. 3:24-md- 03114-E |

NOTICE OF JOINDER INTO THE OBJECTIONS OF
MICHAEL VONLUNEN AND SUSAN BARROW TO PLAINTIFFS'
MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

COME NOW, Adriana Acosta and LaTonyia McClain (the "Joining Objectors"), through counsel, and join in, adopt and incorporate herein by reference as if it were their own, the Objections of Michael VonLunen and Susan Barrow to Plaintiff's Motion for Final Approval of Class Action Settlement (the "Objection").

**I.    Information About the Joining Objectors Required by Class Action Notice**

**A.    The objector's full name, mailing address, all AT&T telephone number(s), current telephone number; and for former AT&T customers all AT&T account number(s), and email address (if any) or an attestation that the former customer is unable to obtain their AT&T account number(s) or email address (if any)**;

1. Adriana Acosta
   5328 W. 30th Place
   Cicero, IL 60804
   AT&T Phone No. (708) 323-5546
   AT&T Acct. No. 232104404595
   Email: dreeeacosta3@gmail.com

2. LaTonyia McClain
   22543 Spencer Ave.
   Sauk Village, IL 60411
   AT&T Phone No(s). (219) 218-3982, (219) 368-3965, (219) 501-2485, (219) 670-7053, (219) 802-9000, (464) 251-2771, (tablet) (773) 300-7888
   Current Phone No. (219) 670-7053

1

Email: barrowsusan13@yahoo.com
AT&T 2 Settlement Class
Class Member ID: 83231NJBNM29Z

**B.     All grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel**;

The Joining Objector's grounds for objection and legal support are contained in the Objection and accompanying affidavit(s) or declaration(s).

**C.     The number of times the objector has objected to a class action settlement within the 5 years preceding the date that the objector files the objection, the caption of each case in which the objector has made such objection, and a copy of any orders related to or ruling upon the objector's prior objections that were issued by the trial and appellate courts in each listed case**;

1.    Adriana Acosta – None.

2.    LaTonyia McClain – None.

**D.     The identity of all counsel who represent the objector, including (1) any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement and/or Application for Attorneys' Fees, Costs, and Service Awards; (2) a description of the counsel's legal background and prior experience in connection with class action litigation; (3) a statement regarding whether fees to be sought will be calculated on the basis of a lodestar, contingency, or other method; (4) an estimate of the amount of fees to be sought; (5) the factual and legal justification for any fees to be sought; (6) the number of hours already spent by the counsel; and (7) an estimate of the hours to be spent in the future; and the attorney's hourly rate**.

Both Joining Objectors are represented by Harrer Law, P.C. Seth McCormick is a partner at Harrer Law, P.C. His qualifications and legal background, and other requirements of this section are set forth in the Declaration of Seth McCormick filed contemporaneously with the Objection.

**E.     The number of times in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the five years preceding the date of the filed objection, the caption of each case in which counsel or the firm has made such objection and a copy of any orders related to or ruling upon counsel's or the counsel's law firm's prior objections that were issued by the trial and appellate courts in each listed case in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the preceding five years**;

1. Harrer Law, P.C. – None.

2. Seth McCormick – None.

**F.    The identity of all counsel (if any) representing the objector who will appear at the Final Approval Hearing**;

   Seth McCormick

**G.    Four dates between the deadline for objections and a date two weeks before the Final Approval Hearing, during which the objector is available to be deposed by counsel for the Parties**;

Any proposed deposition can be set at a mutually agreeable time and date through consultation with Joining Objectors' counsel.

**H.    A list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any)**;

Joining Objectors have not yet determined who they will call to testify at the Final Approval Hearing. Joining Objectors will provide notice when such determination is made.

**I.    A statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing; and**

Joining Objectors do not currently intend to personally appear and/or testify at the Final Approval Hearing, but may change that determination based on the conduct of the parties and the necessity of testimony to forward their objections.

**J.    The objector's signature (an attorney's signature is not sufficient)**.

See the signature block following this Joinder.

**II.    Notice of Joinder in the Objection and  Request for Relief**

For the reasons set forth in the Objection, the undersigned Class Members/Joining Objectors respectfully request that the Motion for Final Approval of Class Action Settlement be denied, and the Court reject the proposed settlement, and  further request that the Court issue an order (1) denying Final Approval of the Settlement; (2) decertifying the Settlement Classes; (3)

finding the Class Representatives inadequate; (4) finding Class Counsel inadequate; (5) denying Class Counsels' attorneys' fees request; (6) denying the Class Representatives' service awards; and (7) sustaining this Objection in all respects; and (8) for such further relief as the Court deems just.

Dated: December 11, 2025

Respectfully submitted,

By: s/ Seth McCormick<br>
One of Plaintiff's Attorneys

Seth McCormick<br>
Harrer Law, P.C. (Firm ID 102120)<br>
650 Warrenville Road, Suite 100<br>
Lisle, Illinois 60532<br>
Tel: (312) 858-3240<br>
seth@harrerlaw.com

## CERTIFICATE OF WORD COUNT

The undersigned, an attorney, hereby certifies that this Joinder contains 1059 words.

By: <i>/s/ Seth McCormick</i>

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the date indicated above, a copy of this document was filed electronically with the Clerk of the District Court, through an approved electronic filing service provider (EFSP), which will cause a copy to be sent by electronic mail through the EFSP system to all counsel of record at the time the filing is accepted, along with receipt of service pursuant to Texas Supreme Court Rule 21(d).

By: <i>/s/ Seth McCormick</i>

**Attestation**:

By my signature below, I attest that I am represented by Harrer Law, P.C. related to the Objection and my Joinder in the Objection, and that I adopt the Objection as my own in all respects. To the extent any information I provided which is required by Section XI of the Settlement Agreement, including without limitation my AT&T Account Number or the email address associated with my account, I attest that after a diligent search I was unable to obtain the account number or recall which email address was associated with the account.

*Adriana Acosta*
_____
Adriana Acosta

**Attestation**:

By my signature below, I attest that I am represented by Harrer Law, P.C. related to the Objection and my Joinder in the Objection, and that I adopt the Objection as my own in all respects. To the extent any information I provided which is required by Section XI of the Settlement Agreement, including without limitation my AT&T Account Number or the email address associated with my account, I attest that after a diligent search I was unable to obtain the account number or recall which email address was associated with the account.

*LaTonyia mcclain*
_____
LaTonyia McClain