# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 3:24-cv-00757-E |
| *This Document Relates to All Cases* | MDL DOCKET NO. 3:24-md-03114-E |

## NOTICE OF IN-CAMERA FILING

The court is in receipt of AT&T Defendants' Opposition to Objectors Michael Von Lunen And Susan Barrow's (1) Motion for in Camera Inspection of Communications and Testimony and (2) Certain Objections to Motion for Final Approval of Class Action Settlement Premised on Confidential Mediation Information. This filing shall be reserved for the Court's in-camera review, only.

**SO ENTERED this 15th day of December, 2025.**

_____
**ADA BROWN**
**UNITED STATES DISTRICT JUDGE**