# EXHIBIT A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Document Relates to All Cases* | Case No. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

## SUPPLEMENTAL DECLARATION OF JEANNE C. FINEGAN OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT

I, Jeanne C. Finegan, declare and state as follows:

## INTRODUCTION

1.      I am the Managing Director and Head of Kroll Notice Media Solutions ("Kroll Media"),[1] a business unit of Kroll Settlement Administration LLC ("Kroll"), the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. This declaration is based upon my personal knowledge as well as information provided to me by my associates and

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement and Release entered into for the Actions.

staff. This declaration is being filed in connection with Final Approval of the Settlement.

2.        This declaration supplements the *Declaration of Jeanne C. Finegan of Kroll Settlement Administration LLC in Connection with Plaintiffs' Unopposed Motion for Final Approval of Settlement*, filed on November 3, 2025 (the "Initial Declaration"), in order to provide updated information to the Court regarding Claim Forms and opt-out requests received by Kroll. The Initial Declaration is incorporated herein by reference in its entirety.

## CLAIM ACTIVITY

3.        As of December 16, 2025, Kroll has received 4,016,231 Claim Forms submitted electronically through the Settlement Website and 127,012 Claim Forms through the mail.

4.        Of the 4,143,243 Claim Forms received as of December 16, 2025, 2,231,079 Claim Forms are associated with AT&T 1 Settlement Class Member records; 1,398,836 Claim Forms are associated with AT&T 2 Settlement Class Member records; 467,515 Claim Forms are associated with Overlap Settlement Class Member records; and 45,813 are not yet confirmed to be associated with a Settlement Class Member record.

5.     Based on the claims received to date, Kroll anticipates that the final claim rate will be greater than 4%. This claims rate is higher than the claims rate in the majority of data breach class action cases that Kroll has administered.

6.     The chart below shows the number of Claims associated with each category of Settlement Class Member records and whether they are claiming Tier Cash Payment and/or Documented Loss Cash Payment.

| Settlement Class | Tier Cash Count | Documented Loss Count |
|---|---|---|
| AT&T 1 | 2,153,790 | 16,151 |
| AT&T 2 | 1,303,567 | 101,207 |
| Overlap | 446,985 | 3,120 |

7.     The Claim Deadline is December 18, 2025, and Kroll expects additional timely Claim Forms will be submitted.

8.     Kroll is still in the process of reviewing and validating Claim Forms and confirming whether Claims for Documented Loss Cash Payments are substantiated by supporting documents. Notices of Deficiency will be sent consistent with the terms of the Agreement to aid Settlement Class Members in submitting Valid Claims.

## OPT-OUTS REQUESTS AND OBJECTIONS

9.     As of December 16, 2025, Kroll has received 9,575 opt-out requests. Of these, 9,132 opt-out requests indicate that the individual submitting the opt-out is represented by counsel, and 443 opt-out requests have no such indication.

10.     As of December 16, 2025, Kroll has received 39 objection documents for 45 objectors, plus the Potter Handy LLP mass objection. All objections received by Kroll since the Initial Declaration are attached hereto as **Exhibits 14(P) through 14(TT)**.

11.     A chart summarizing the administrative details of all objections received is attached hereto as **Exhibit 15.**

## <u>CERTIFICATION</u>

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on December 18, 2025, in Tigard, Oregon.

Jeanne C. Finegan

# Exhibit 14(P)

83231
COR0001604

COR0001604

## Re: Objection to Proposed Settlement – In re: AT&T Inc. Breach Litigation

**MDL Docket No. 3:24-md-03114-E**

Dear Judge Ada E. Brown,

I am a member of the AT&T 2 Settlement Class, Class Member ID ▇▇▇▇▇▇▇. I am writing to formally object to the proposed settlement because the relief offered is inadequate given the significant and ongoing harm I suffered due to the AT&T 2 Data Breach.

Following the breach, my phone number and related call records appear to have been accessed and sold or distributed. I began receiving **20 to 30 scam or robocalls per day**, every day, including calls:

- Between **7:00 a.m. and 10:30 p.m.**
- While I was working, interrupting my job duties and drawing negative attention from supervisors.
- During important calls regarding my autistic son's school and medical needs.

Many of these calls were "dead air" calls where the line went silent and disconnected, or spoofed numbers that could not be called back. This harassment disrupted my work, personal life, and my ability to respond quickly to emergency matters concerning my son.

Because I could not simply change my number during the school year without disrupting emergency contact systems for my son, I endured this harassment for an extended period. I eventually had to:

- Pay **Optery** for **8 months** to remove my personal information from **over 500 online databases and calling lists**.
- Despite this removal, the scam/robocalls continued at the same high rate.
- Cancel my AT&T service entirely, purchase a new phone, and move to a new carrier (Mint Mobile) to escape the harassment.
- Spend additional money addressing the ongoing harassment, totaling over **$2,000–$3,000 in out-of-pocket expenses** (not counting lost productivity or emotional distress).

This breach has caused **substantial financial loss, emotional stress, and disruption of daily life**. The proposed settlement amount is insufficient to cover these harms, especially for class members like me with documented expenses and specific, measurable damages caused by the breach.

I respectfully request that the Court:

1. Increase the maximum recovery for documented losses beyond $2,500 to reflect real-world costs.
2. Include an additional category for harassment-related damages when the breach results in sustained, verifiable robocall or scam call activity.

Attached are descriptions of my expenses, confirmation of FTC/FCC complaints I filed, and proof of my Optery subscription, carrier change, and payments.

Sincerely,

Ollie N. Talbott Jr.

*Retail*

 

10150

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
BLUE ISLAND, IL 60406
SEP 04, 2025

**$1.39**

S2324Y500637-56

In re Evolve Bank & Trust Data Breach
Settlement
C/o Kroll Settlement Administration
P.O. Box 225391
New York, NY 10150-5391

# Exhibit 14(Q)

# Letter Objecting to Settlement Amount (Social Security Number Leak)

Jacob Ihara-

**Date:** 11.3.2025

3: 24 · cv -757

**Case Name and Number:** Kroll Settlement- Unique ID:

**To:** Kroll Settlement AT&T Data Incident Settlement

c/o Kroll Settlement Administration LLC

P.O. Box 5324

New York, NY 10150-5324



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 1 3 2025

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

## Subject: Objection to Proposed Settlement and Claim for Increased Compensation Due to Direct Damages

Dear Clerk of the Court:

I am writing to formally **object** to the proposed settlement amount in the above-referenced case. I am a class member and received notice of the data breach that exposed my **Social Security Number (SSN)** and other personal information. I believe the settlement is **not fair, reasonable, or adequate** in light of the specific and demonstrable harm I have already suffered as a direct result of this data breach.

The settlement fails to appropriately account for the severe and ongoing risk and the actual financial and time-related losses I have incurred due to the exposure of my SSN.

### Specific Evidence of Harm and Damages

Unlike many class members who may have only suffered potential future risk, my information has already been **actively exploited** by criminals, creating a proven, long-term threat to my financial security.

- **Actual Attempted Fraud:** My stolen Social Security Number was used to attempt to purchase **two (2) separate vehicles** on two distinct occasions. My bank contacted me directly regarding these fraudulent attempts, which clearly demonstrates that the leaked data is in active use by identity thieves.

- **Forced Credit Monitoring and Protection:** Due to these attempted vehicle purchases and the confirmed misuse of my SSN, I was forced to immediately purchase and/or implement a **credit monitoring and identity theft protection**

**service**. I am now locked into a mandatory, long-term commitment to monitor my credit and financial accounts, which is a direct, ongoing financial and time-based burden caused by the defendant's data security failure.

- **Time and Stress:** I have spent, and will continue to spend, significant time and emotional energy addressing the immediate fraud attempts, placing alerts and freezes on my credit, and continually monitoring my financial profile to prevent future identity theft.

The unauthorized use of a Social Security Number poses a **permanent risk** to a person's identity and financial life, as an SSN cannot be changed. The risk of future tax fraud, medical identity theft, and loan fraud remains exceptionally high. The current settlement amount does not adequately compensate me for the confirmed misuse of my SSN, the resulting direct financial and time costs, or the severe, lifelong risk I now face.

Therefore, I request that the settlement terms be reconsidered to provide me with **increased financial compensation** to cover the full extent of my demonstrable damages, including documented time spent and the long-term costs of necessary credit monitoring services.

I reserve all my rights as a class member and request that this objection be considered at the final approval hearing.

Sincerely,

Jacob Ihara **Class Member ID (if provided):**

RECEIVED - 5

NOV 1 2025
ROOM

75242-131052

UNITED STATES DISTRICT COURT
1100 COMMERCE ST. ROOM 1452
DALLAS, TX 75242

ATLANTA GA RPDC 302
8 NOV 2025 AM 3 L

FOREVER

Exhibit 14(R)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION**

*This Document Relates to All Cases*

Case No. 3:24-cv-00757-E

MDL DOCKET No. 3:24-md- 03114-E

## OBJECTIONS OF MICHAEL VON LUNEN AND SUSAN BARROW TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

COME NOW, Objecting Class Members Michael Von Lunen and Susan Barrow (the "Objectors") and submit their objections to the Motion for Final Approval of Class Action Settlement filed by Plaintiffs in this action, and in support thereof state as follows:

**TABLE OF CONTENTS**

TABLE OF CONTENTS...................................................................................................... ii

TABLE OF AUTHORITIES ............................................................................................... iii

I.    INFORMATION ABOUT OBJECTORS REQUIRED BY CLASS ACTION NOTICE ...... 1

II.   INTRODUCTION: ........................................................................................................... 3

III. LEGAL STANDARD: ..................................................................................................... 6

IV. ARGUMENT: .................................................................................................................. 8

   A.     The Settlement Fails Predominance ...................................................................... 9

      1.    The Settlement Proponents Failed to Provide a Damage Model "Establishing that

            Damages are Capable of Measurement on a Class Wide Basis" ................................. 10

      2.    Variations in State Law Defeat Predominance ............................................................. 13

   B.     The Settlement is Unfair, Unreasonable and Inadequate, and Rule 23(e) Mandates and
Independent Judicial Review to Determine Whether the Record Affirmative Establishes that
the Settlement is "Fair, Adequate and Reasonable" to Absent Class Members ...................... 16

      1.    AT&T Colluded with Plaintiffs and Conducted a Reverse Auction ............................ 18

      3.    The Proposed Settlement Relief is Inadequate ............................................................. 24

      4.    The Releases Should Only Be Effective Against Class Members Whose Claims are Paid

             .................................................................................................................................... 25

      5.    The Cumbersome Claims Procedures and Opt-Out Requirements Made It More Likely

            that Consumers Would Not Claim Benefits or Opt-Out ............................................... 26

      6.    The Releases are Impermissibly Broad ........................................................................ 27

      7.    The Releases Lack Consideration ................................................................................. 29

      8.    Plaintiffs and Their Counsel Put Their Interests Above the Interests of the Class ....... 30

V.   CONCLUSION ............................................................................................................... 31

## TABLE OF AUTHORITIES

CASES

*Abernathy v. DoorDash, Inc*., 438 F. Supp. 3d 1062 (N.D. Cal. 2020) ......................................... 23

*Bell Atl. Corp. v. AT&T Corp*., 339 F.3d 294 (5th Cir. 2003) ...................................................... 10

*Casa Orlando Apartments, Ltd. v. Fed. Nat. Mortg. Ass'n*, 624 F.3d 185 (5th Cir. 2010) .... 12, 14

*City of Detroit v. Grinnell Corp*., 495 F.2d 448 (2d Cir. 1974)..................................................... 17

*Comcast Corp. v. Behrend*, 569 U.S. 27 (2013)............................................................................ 10

*Crutchfield v. Sewerage & Water Bd. of New Orleans*, 829 F.3d 370 (5th Cir. 2016)................... 7

*Eubank v. Pella Corp*., 753 F.3d 718 (7th Cir. 2014).................................................................... 25

*Frego v. Settlement Class Counsel (In re Chinese-Manufactured Drywall Prods. Litig.),* 16 F.4th

1181 (5th Cir. 2021) ................................................................................................................. 23

*Gene & Gene LLC v. BioPay LLC,* 541 F.3d 318 (5th Cir. 2008) .................................................. 7

*Grady v. RCM Techs, Inc*., 671 F. Supp. 3d 1065 (C.D. Cal. 2023) ............................................ 21

*Hansberry v. Lee,* 311 U.S. 32 (1940)........................................................................................... 30

*In re Bluetooth Headsets Prods. Liability Litig*., 654 F.3d 935 (9th Cir. 2011) ........................... 16

*In re Cmty. Bank of N. Virginia*, 418 F.3d 277, 307-308 (3d Cir. 2005) ...................................... 18

*In re Corrugated Container Antitrust Litig*., 643 F.2d 195 (5th Cir. 1981) .................................... 6

*In re Ephedra Prods. Liab. Litig*., 231 F.R.D. 167 (S.D.N.Y. 2005) ............................................. 8

*In re Vitamins Antitrust, Litig*., 209 F.R.D. 251 (D.D.C. 2002) ..................................................... 9

*Katrina Canal Breaches Litig. v. Bd. O Comm'rs*, 628 F.3d 185 (5th Cir. 2010).................. 23, 24

*Lane v. Facebook, Inc*., 696 F.3d 811 (9th Cir. 2012).................................................................. 16

*Litty v. Merrill Lynch & Co.*, 2015 WL 4698475 (C.D. Cal. 2015).............................................. 17

*O'Sullivan v. Countrywide Home Loans, Inc*., 319 F.3d 732 (5th Cir. 2003) ................................ 9

*Ortiz v. Fibreboard,* 527 U.S. 815 (1999) ..................................................................................... 30

*Phillips Petroleum Co. v. Shutts*, 472 U.S. 797 (1985) ................................................................ 30

*Ponzio v. Pinon*, 87 F.4th 487 (11th Cir. 2023) ............................................................................... 7

*Reynolds v. Ben. Nat'l Bank*, 288 F.3d 277 (7th Cir. 2002) ................................................... 18, 29

*Rodriguez v. West Publ'g Corp.*, 563 F.3d 948 (9th Cir. 2009) ................................................... 21

*Sacred Heart Health Sys., Inc. v. Humana Military Healthcare Servs. Inc*. 601 F.3d 1159 (11th Cir.

    2010) ......................................................................................................................................... 14

*Susman v. Lincoln American Corp.,* 561 F.2d 86 (7th Cir. 1977) ................................................ 30

*Tech. Training Assocs. v. Buccaneers Ltd. P'ship,* 874 F.3d 692 (11th Cir. 2017) ........... 18, 19, 20

*Tech. Training Assocs. v. Buccaneers*, 2019 U.S.Dist. LEXIS 169334 (M.D. Fla. Sept. 30, 2019)

    ................................................................................................................................................. 19

*Unger v. Amedisys Inc*., 401 F.3d 316 (5th Cir. 2005) .................................................................. 6

*Wilson v. J.B. Hunt Logistics, Inc*., 2020 U.S. Dist. LEXIS 259007 (C.D. Cal. Nov. 13, 2020 ... 21

**STATUTES**

11 TXBC 521.151 ........................................................................................................................... 13

241 CTGS 13a-267 ......................................................................................................................... 13

35 VC 59.1-442 .............................................................................................................................. 13

44 UTC 13-44-101, *et seq*. .............................................................................................................. 13

501 FLC 171 ................................................................................................................................... 13

61 IAC 2.14 .................................................................................................................................... 13

815 ILCS 505/1, *et seq*. .............................................................................................................. 13, 14

815 ILCS 530/1, *et seq*. .............................................................................................................. 13, 14

CIV. 1798.3 .................................................................................................................................... 13

CRS 6-1-713.5 ................................................................................................................................ 13

IC 35-43-5-1 ..................................................................................................... 13

MC 2-17-552 ................................................................................................... 13

ORS 192.377 ................................................................................................... 13

TC 47-18-2107 ................................................................................................ 13

**RULES**

Fed. R. Civ. P. 23 .................................................................................. 7, 15, 30

**TREATISES**

4 Newberg and Rubenstein on Class Actions §13:60 (6th ed.) ............................. 18, 23

## I.  INFORMATION ABOUT OBJECTORS REQUIRED BY CLASS ACTION NOTICE

**A.  The objector's full name, mailing address, all AT&T telephone number(s), current telephone number; and for former AT&T customers all AT&T account number(s), and email address (if any) or an attestation that the former customer is unable to obtain their AT&T account number(s) or email address (if any)**;

1. Michael Von Lunen



2. Susan Dee Barrow



**B.  All grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel**;

The Objector's grounds for objection and legal support are contained in this Objection and accompanying affidavit(s) or declaration(s).

**C.  The number of times the objector has objected to a class action settlement within the 5 years preceding the date that the objector files the objection, the caption of each case in which the objector has made such objection, and a copy of any orders related to or ruling upon the objector's prior objections that were issued by the trial and appellate courts in each listed case**;

1.  Michael Von Lunen – None.

2.  Susan Dee Barron – None.

**D.     The identity of all counsel who represent the objector, including (1) any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement and/or Application for Attorneys' Fees, Costs, and Service Awards; (2) a description of the counsel's legal background and prior experience in connection with class action litigation; (3) a statement regarding whether fees to be sought will be calculated on the basis of a lodestar, contingency, or other method; (4) an estimate of the amount of fees to be sought; (5) the factual and legal justification for any fees to be sought; (6) the number of hours already spent by the counsel; and (7) an estimate of the hours to be spent in the future; and the attorney's hourly rate**.

Both Objectors are represented by Harrer Law, P.C. Seth McCormick is a partner at Harrer Law, P.C. His qualifications and legal background, and other requirements of this section are set forth in the Declaration of Seth McCormick filed contemporaneously with this Objection.

**E.     The number of times in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the five years preceding the date of the filed objection, the caption of each case in which counsel or the firm has made such objection and a copy of any orders related to or ruling upon counsel's or the counsel's law firm's prior objections that were issued by the trial and appellate courts in each listed case in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the preceding five years**;

1.  Harrer Law, P.C. – None.

2.  Seth McCormick – None.

**F.     The identity of all counsel (if any) representing the objector who will appear at the Final Approval Hearing**;

Seth McCormick

**G.     Four dates between the deadline for objections and a date two weeks before the Final Approval Hearing, during which the objector is available to be deposed by counsel for the Parties**;

Any proposed deposition can be set at a mutually agreeable time and date through consultation with Objectors' counsel. Tentatively, Objectors are available November 19, 2025; November 20, 2025, December 15, 2025 and December 16, 2025.

**H.     A list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any)**;

Objectors have not yet determined who they will  call to testify at the Final Approval Hearing. Objectors will provide notice when such determination is made.

**I.      A statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing**; **and**

Objectors do not currently intend to personally appear and/or testify at the Final Approval Hearing, but may change that determination based on the conduct of the parties and the necessity of testimony to forward their objections.

**J.      The objector's signature (an attorney's signature is not sufficient)**.

See the signature block following this Objection.

## II.    INTRODUCTION:

As evidenced by the Kroll Affidavit, this Settlement is an unmitigated disaster. Indeed, at least 794,955 AT&T 2 Settlement Class Members **who filed Valid Claims** for Tier 3 Cash Payments will receive $0 in the settlement. Kroll does not disclose the breakout of Tier 1 and Tier 2 AT&T 1 Settlement Class Members who filed Valid Claims, so it is impossible to know how much, if anything, of the estimated $68,410,284.65 left for Tier 1 and Tier 2 AT&T 1 Settlement Class Members will receive after administrative costs, exorbitant attorneys' fees, service awards, Documented Loss Payments, and taxes.[1]

The $42,727,382.50 in Documented Loss Payments claimed by AT&T 2 Settlement Class Members juxtaposed by the $28,000,000 settlement payment for the AT&T 2 Settlement Class (before being diluted by 43% vis-à-vis the administrative costs, attorneys' fees and  service awards) alone demonstrates the inadequacy of the settlement and Class Counsel who did not investigate their clients' claims, perform due diligence, or negotiate a deal that made any economic sense to the Class. The fact that nearly 1 million AT&T 2 Settlement Class Members who actually filed

---

[1] The remaining 91 million AT&T customers affected by the Data Breaches will receive nothing.

claims will get $0 is absurd. The failures of Class Counsel to secure a settlement that would be even remotely just demonstrates their inadequacy without much additional evidence necessary.

But there is additional evidence: both circumstantial and direct evidence demonstrate that this settlement was reached through collusion. Indeed, AT&T knew it had a complete defense to the class claims in the form of the airtight class waiver and mandatory arbitration provision contained in its Terms and Conditions. AT&T also knew that with 79 million consumers affected by AT&T 1 Data Breach and 109 million customers affected by the AT&T 2 Data Breach, and the sensitivity of the information accessed, potential arbitration claims could be in the tens, if not hundreds, of thousands. Consequently, AT&T bided its time, allowed the MDL to form, and monitored the "solicitation activity" of known plaintiff's firms who were engaging clients to file individual arbitration claims. When it became clear that the administrative fees associated with mounting individual arbitration claims would become more expensive than a class settlement, AT&T decided a class settlement would be more economically advantageous. AT&T then settled this case with the Plaintiffs at gun point offering *plato o plomo* (silver or lead). Class Counsel could either accept a deal that grossly undervalued the class claims and receive a handsome attorneys' fee award, or face a motion to compel arbitration.

Once AT&T decided that it was in its best economic interest to reach a class settlement, AT&T commenced a "dog and pony show" of a mediation with an ineffective mediator and invited Class Counsel and all of the arbitration claimants' attorneys. AT&T then proceeded to cancel the first day and half of the three-day mediation for the arbitration claimants and only negotiated this settlement with Class Counsel. After settling with the class, which settlement created unprecedented and unnecessary hurdles for arbitration claimants to opt-out, AT&T offered the arbitration claimants many multiples (for some Tiers more than ███ times) what its stated target was

for the separate Tiers here, while at the same time leveraging the onerous "wet ink" opt-out and objection requirements contained in the Settlement forecasting, fully expecting that the arbitration claimant's attorneys would not incur the cost and expense of complying with the opt-out requirements.

Though the arbitration settlements are still undervalued, the settlements AT&T offered arbitration claimants' counsel far exceed the amounts AT&T negotiated to pay to the Class. When those efforts failed, AT&T offered to sweeten the pot to the arbitration claimant's attorneys by offering ███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████. In doing so, AT&T limited the risk of having to arbitrate those claims, which due to the administrative costs alone would have eclipsed the combined settlement payment here.

This is the type of settlement that courts and commentators frequently warn about. It promises large attorneys' fees to Class Counsel but will provide very little to the Class. Most class members – even the class members who filed Valid Claims – will receive nothing. Yet, AT&T and the Released Parties – who unquestionably made hundreds of millions of dollars from the Class Members – will be absolved from liability if the Court approves this proposed Settlement. The Court should not do so on this limited record.

The Parties do a lot of hand waiving around other settlements and repeating the refrain that this settlement is fair and equitable but have offered no proof. The Parties hope that this Court will blindly approve the settlement and fee request without meeting the requirements of Rule 23 or the *Reed* Factors. The Parties have not submitted a damage model to support their predominance argument. The Parties have not submitted an opinion letter from Robert Meyer – the Puppet Mediator – who did no such thing. The Parties have not explained why they created such barriers

for opt-outs or objectors. The Parties have not explained why there are parties receiving releases without providing any form of consideration for those releases. The Parties have not explained what work they did for $60 million in attorneys' fees for a case that settled pre-answer, pre-discovery, and demonstratively before Class Counsel had done any actual investigation.

Until the parties come forward with proof demonstrating the adequacy and fairness of the Settlement, the requested attorneys' fees, or explain the ruse of a reverse auction, the Court should deny the Motion.

## III.      LEGAL STANDARD:

A class action settlement requires court approval, Fed. R. Civ. P. 23(e), "to protect the rights of the many absent class members who were not involved in the negotiations leading to settlement," *In re Corrugated Container Antitrust Litig.*, 643 F.2d 195, 225 (5th Cir. 1981). This Court must exercise "careful scrutiny" in its "role as a fiduciary serving as a guardian" of the rights of absent class members.; *see also United States v. Miami,* 614 F.2d 1322, 1331 (5th Cir. 1980) Indeed, "[w]here, as here, a settlement is negotiated prior to formal class certification," the "agreement[] must withstand an even higher level of scrutiny for evidence of collusion or other conflicts of interest than is ordinarily required under Rule 23(e) before securing the court's approval as fair." *Drazen v. Pinto*, 106 F.4th 1302, 1328 (11th Cir. 2024) (cleaned up) (cleaned up) (collecting cases). This is because there is a "greater potential for a breach of fiduciary duty owed the class" in such circumstances. *Id.*

In fulfilling its roles as a guardian and fiduciary of the Class, this Court must make two findings: (1) "that it will likely be able to approve the proposal [the settlement] under Rule 23(e)(2)" and (2) that "it will likely be able to … certify the class for purposes of judgment on the proposal." *Drazen*, 106 F.4th at 1328 (cleaned up); *see also Amchem Prods. v. Windsor*, 521 U.S.

591, 621 (1997) Plaintiffs "bear the burden" of demonstrating that approval should be given. *Unger v. Amedisys Inc*., 401 F.3d 316, 320 (5th Cir. 2005). For the first inquiry, the Court must consider whether the settlement is "fair, reasonable and adequate" under Rule 23(e)(2). *Amchem,* 521 U.S. at 607; *Miami*, 614 F.2d at 1330. Rule 23(e)(2) requires the Court to consider whether:

> (A) the class representatives and class counsel have adequately represented the class;
>
> (B) the proposal was negotiated at arm's length;
>
> (C) the relief provided for the class is adequate, ...; and
>
> (D) the proposal treats class members equitably relative to each other.

Fed. R. Civ. P. 23(e)(2); *accord Crutchfield v. Sewerage & Water Bd. of New Orleans*, 829 F.3d 370, 375 (5th Cir. 2016); *Jones v. Singing River Health Servs. Found*., 865 F.3d 285, 293 (5th Cir. 2017).

Appellate Courts have described these as the "core concerns" of Rule 23(e) and the "primary considerations in evaluating proposed agreements." *Ponzio v. Pinon*, 87 F.4th 487, 495 (11th Cir. 2023) (cleaned up). But the Fifth Circuit has also prescribed a six-factor test "the *Reed* factors" to complement the core concerns, and instructed courts to continue to apply the *Reed* factors. "to determine the appropriateness of a proposed settlement." *Jones,* 865 F.3d 293. The *Reed* factors are: (1) the existence of fraud or collusion behind the settlement; (2) the complexity, expense, and likely duration of the litigation; (3) the stage of the proceedings and the amount of discovery completed; (4) the probability of plaintiffs' success on the merits; (5) the range of possible recovery; and (6) the opinions of the class counsel, class representatives, and absent class members. *Reed v. Gen. Motors Corp*., 703 F.2d 170. 172 (5th Cir. 1983).

As for the second inquiry, class certification is proper only when the proposed class satifies "Rule 23(a)'s four threshold requirements (numerosity, commonality, typicality, and adequacy of representation), as well as the requirements of Rule 23(b)(1), (2) or (3)" *Gene & Gene LLC v.*

*BioPay LLC,* 541 F.3d 318, 325 (5th Cir. 2008). "[P]roposed settlement classes sometimes warrant more, not less, caution on the question of certification." *In re Ephedra Prods. Liab. Litig.*, 231 F.R.D. 167, 170 (S.D.N.Y. 2005) (quoting *Amchem*, 521 U.S. at 620 n.16). Though settlement may moot trial-management issues, the "other specifications of [Rule 23]—those designed to protect absentees by blocking unwarranted or overbroad class definitions—demand undiluted, even heightened, attention in the settlement context." *Id.*

## IV.    ARGUMENT:

The Court should decline to certify the class or give final approval of the settlement for three main reasons: *First*, individual issues, not common issues, predominate the Classes, including that certification of a nationwide class of AT&T customers who were victims of AT&T's failure to protect the consumer's PPI and subsequent delay in notifying the consumers of the breach, without appropriately separating the Class(es) into sub-classes, fails to recognize the wildly disparate state law claims held by the consumers, which are specifically related to the handling and disclosure requirements in data breaches. These state statutes have different definitions of PII, classify levels of PII separately, have different mechanisms for enforcement, and differ in the damages that a consumer may recover when a company, such as AT&T, violates the statute. Plaintiffs' failure to recognize or address this in structuring the settlement, renders the settlement inferior to other available methods for the fair and efficient adjudication of consumer's claims. Plaintiffs have also failed to offer a damages model adequate to support its class treatment and have failed to establish that damages are capable of measurement on a class-wide basis.

*Second*, the settlement is unfair, unreasonable, and inadequate under Rule 23(e)(2), particularly because the settlement (a) resulted from an improper reverse auction, (b) the relief is inadequate, (c) the releases are impermissible broad, (d) certain released parties are providing no

consideration for the releases they are set to receive, and (e) Plaintiffs and their counsel have failed to adequately represent the Class(es). Finally, the settlement cannot be approved because, according to Plaintiffs and AT&T, the Snowflake claimants lack Article III standing.

### A.    The Settlement Fails Predominance

Critical to the Court's duty to scrutinize class certification is Rule 23(b)(3)'s predominance requirement. The predominance requirement is two-fold.

> Before certifying a class under Rule 23(b)(3), a court must determine that "questions of law or fact common to the members of the class predominate over any questions affecting only individual members and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy."

*Madison v. Chalmette Ref., L.L.C.*, 637 F3d 551, 555 (5th Cir. 2011). Evaluating predominance requires a court to "inquire how the case will be tried." *O'Sullivan v. Countrywide Home Loans, Inc.*, 319 F.3d 732, 738 (5th Cir. 2003). The question is what substantive issues will control the outcome, which issues will predominate, and whether those issues are common. *Id*. In general, predominance requires "generalized evidence which proves or disproves an element on a simultaneous class-wide basis" and which "obviates the need to examine each class members' individual position. *In re Vitamins Antitrust, Litig*., 209 F.R.D. 251, 262 (D.D.C. 2002).

Here, there may be common questions of fact in that AT&T consumers' data was compromised. However, that is where the commonality ends, and the Plaintiffs do not address the issues of law that unravel this commonality, or address the second prong of the predominance test. Plaintiffs failure to address superiority is a thinly veiled attempt to avoid crucial discussion regarding the disparate treatment of damages under state law across the country, the insufficiency of proposed settlement funds to each class, and their attempt to secure a wholly prejudicial and insufficient settlement to force absent members to be silenced while handsomely rewarding pliant attorneys who sold out their clients in exchange for a hefty fee. The Fifth Circuit emphasized that

crucial to the determination of predominance is the requirement that "district courts . . . consider 'how a trial on the merits would be conducted if a class were certified." *Madison*, 637 F.3d at 555. Furthermore, the Fifth Circuit has been quick to overturn the lower courts' decisions where they "fail[ed] to afford [their] predominance determination the 'rigorous analysis' that Rule 23 requires." *Id.* at 556.

**1. The Settlement Proponents Failed to Provide a Damage Model "Establishing that Damages are Capable of Measurement on a Class Wide Basis"**

Even if Plaintiffs can overcome the hurdle posed by the variations in state law that, as discussed below defeat predominance, and demonstrate that common issues predominate on questions of liability, Plaintiffs have failed to support the proposed settlement with a damage model. Failure to submit a damage model in support of confirmation of the classes and final approval of the settlement is fatal to the proposed settlement.

The Fifth Circuit requires that "[e]ven where plaintiffs seeking class certification show that common issues predominate on questions of liability, they must also present a damages model 'establishing that damages are capable of measurement on a classwide basis.'" *Cruson v. Jackson Nat'l Life Ins. Co*., 954 F.3d 240, 258 (5th Cir. 2020) (*quoting Comcast Corp. v. Behrend*, 569 U.S. 27, 34 (2013)). "The issue of damages may defeat predominance 'where the calculation of damages is not susceptible to a mathematical or formulaic calculation.'" *Id*. (quoting *Bell Atl. Corp. v. AT&T Corp*., 339 F.3d 294, 307 (5th Cir. 2003).

Here, Plaintiffs submit no damage model, and even though Class Counsel claims to have "engaged experts," they have not identified or offered an affidavit from an expert to support their proposed treatment of the classes. Plaintiffs separate the Classes into Tiers – offering a Documented Loss Cash Payment, a Tier 1 Cash Payment (for AT&T 1 Class Members whose SSNs were accessed, which payment shall be five times payments from lower tiers), a Tier 2 Cash

Payment (for AT&T 1 Class Members whose SSNs were not accessed), and Tier 3 Cash Payments (for AT&T 2 Settlement Class Members who had information involved in the AT&T 2 Data Incident). Class Action Settlement Agreement and Release at ¶¶ 30, 34, 37, 43, 50, 53, 68, 111-16. For the Documented Loss Cash Payments, AT&T 1 Class Members can receive "up to" $5,000 in documented losses so long as the total amount of AT&T 1 Data Breach Documented Loss claims do not exceed $25 million, in which case the AT&T Class Members Documented Loss Cash Payments will be distributed *pro rata* of the $25 million. AT&T 2 Data Breach Documented Loss Cash Payments are capped at $2,500 per class member, but there is no cap on the total amount of AT&T 2 Data Breach Documented Loss payment claims.

Plaintiffs do not explain this complicated structure except to explain that the Tiered Cash Payments "are structured so as to provide greater relief for those Settlement Class Members who had more sensitive personal information exposes in the Data" Breaches. Motion, p. 32. This theory is unsupported by any evidence, any model, or any expert opinion. The theory is also belied by the $42,772,382.50 of Documented Loss claims already submitted by AT&T 2 Data Breach Class Members who are to share $28,000,000 (less $2.8 million administrative costs, $9.3 million in attorneys' fees, $10,500 in Service Awards). The massive number of Documented Loss claims for AT&T 2 Data Breach Claims entirely depletes the pool of money allocated for Tier 3 – meaning that the ***794,955 Class Members who submitted Valid Claims for a Tier 3 Cash Payment will receive $0,*** and the Class Members submitting Documented Loss Cash Payment claims for AT&T 2 Data Breach Incident will have received approximately 1/3 of their documented Claims after the administrative costs eat up 43% of the $28,000,000 settlement.

[see chart on following page]

11

|  | AT&T 2 Class Members | |
|---|---|---|
| *Total Class Members* | 36,478,631 | Motion, p. 9 |
| *Participating Class Members* | 808,927 | Kroll Aff, ¶25 |
| *Documented Loss Claims* | 17,926 | Kroll Aff, ¶26 |
| *Tier 3 Cash Claims* | 794,955 | Kroll Aff, ¶26 |

|  | AT&T Class Settlement | |
|---|---|---|
| *Payment* | $28,000,000.00 | SA, ¶52 |
| *Administrative Costs* | ($2,800,000.00) | Kroll Aff, ¶30 |
| *Attorneys' Fees* | ($9,333,333.33) | Fee Aff, ¶9 |
| *Service Awards* | ($10,500.00) | SA, ¶179 |
| *Documented Loss Pmt.* | ($42,772,382.50) | Kroll Aff, ¶26 |
| *Taxes* | $0.00 | Assumed |
| ***Total:*** | ($26,916,215.83) | |

Plaintiff's theory that the exposure of "more sensitive personal information" creates an entitlement to "five times" the damages of any other class member is not borne out in the evidence, and is not supported by any expert opinion. Plaintiffs have failed to provide the "relevant mathematical calculations appropriately applied," and have not even offered the "preliminary overview of how [these] damages might be calculated," which the Fifth Circuit found insufficient for class certification and settlement approval in *Cruson. Cruson v. Jackson Nat'l Life Ins. Co.*, 954 F.3d at 258-259. Plaintiffs' failure to support the class treatment with a damage model or an expert report – especially when its proposed treatment has *in reality* devastated the recoveries for the class apparently most harmed – renders the settlement unapprovable, and the Motion must be denied.

### 2. Variations in State Law Defeat Predominance

Not only have Plaintiffs failed to support class treatment with a damage model, Plaintiffs also failed to address at all how variations in state law might affect predominance; and the Court cannot certify a class or approve a nationwide settlement involving multiple jurisdictions where consideration of "variations in state law" have not been addressed. Plaintiffs failed to carry their burden to prove that variations in state law do not preclude certification. *See Casa Orlando Apartments, Ltd. v. Fed. Nat. Mortg. Ass'n*, 624 F.3d. 185, 195 (5th Cir. 2010).

"A district court's duty to determine whether the plaintiff has borne its burden on class certification requires that a court consider variations in state law when a class action involves multiple jurisdictions." *Castano v. Am. Tobacco Co*. 84 F.3d 734, 741 (5th Cir. 1996), The failure to consider how variations in state law affect predominance and superiority "mandates reversal." *Id*.

In seeking provisional certification for purposes of settlement, Plaintiffs do not even acknowledge that certifying a nationwide class requires considering variations in state law. They do not survey state law claims or state law principles, and the Plaintiffs provide no information to the District Court concerning state variations. These variations are particularly important here, where – although they are cagey about it – AT&T took the position that no PII was exposed in the AT&T 2 Data Incident and Class Counsel have been hand waiving around those damages ever since.

Variations in state law, however, could have strengthened that litigation position if Class Counsel weren't so busy negotiating $9 million in attorneys' fees that they forgot to investigate their clients' claims. Specifically, at least 13 states have adopted discrete and comprehensive data privacy laws, including: Illinois (815 ILCS 530/1 *et seq*.), Texas (11 TXBC 521.151), California

13

(CIV. 1798.3), Virginia (35 VC 59.1-442) , Colorado (CRS 6-1-713.5), Connecticut (241 CTGS 13a-267), Utah (44 UTC 13-44-101 *et seq*.), Iowa (61 IAC 2.14), Indiana (IC 35-43-5-1), Tennessee (TC 47-18-2107), Montana (MC 2-17-552), Florida (501 FLC 171), and Oregon (ORS 192.377). Each state's act has differing enforcement mechanisms, separate standards of the definition of PII, and varying levels of PII, separate liability standards, and separate  relief, including damages awardable for a corporation's violation of the state act.

To highlight these differences, a comparison of the Illinois Personal Information Protection Act, 815 ILCS 530/1 *et seq.* ("IL PIPA") and the Texas Identity Theft Enforcement and Protection Act ("TITEPA") demonstrates the variable features applicable to this case. For example, a violation under TITEPA can only be enforced by the Texas Attorney General, who may levy civil penalties of ranging from $2,000 to $50,000 per violation and seek injunctive relief. Tex. Bus. & Com. Code Ann. § 521.151 (West 2025). There is no private right of action afforced to consumers for violations of the TITEPA or "any other law."

In sharp contrast, under IL PIPA, the primary enforcement mechanism is a private right of action under the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, *et seq*. ("ICFA"). *See*, 815 ILCS 530/2 ("A violation of [IL PIPA] constitutes an unlawful practice under the Consumer Fraud and Deceptive Business Practices Act"). IL PIPA is strict liability, contingent only on damages, and under ICFA, a consumer is entitled to recover actual damages and attorneys' fees, and punitive damages are also available under certain circumstances. *See*, 815 ILCS 505/10a.

The two state statutes differ in other ways as well. For example, TITEPA differentiates between "Personal identifying information" and "Sensitive personal information," while IL PIPA broadly defines all protected information as "Personal information," and includes "user name or

14

email address, in combination with a password or security question and answer that would permit access to an online account," which concept is not included in TITEPA.

Plaintiffs fail to provide any serious consideration of any variations in state law applicable to these statutes. *Sacred Heart Health Sys., Inc. v. Humana Military Healthcare Servs. Inc*. 601 F.3d 1159, 1180-83 (11th Cir. 2010) (noting significant state variations in the law of waiver in reversing class certification). Plaintiffs have the responsibility to demonstrate that state law variations do not preclude the certification of a nationwide class. *Casa Orlando Apartments, Ltd. v. Fed. Nat. Mortg. Ass'n*, 624 F.3d. at 195.[2]

Adjudicating the variations in state law and the effect those laws have on the information accessed as compared to the definitions provided in the state statute, whether a private right of action exists, the liability standard, and the damages allowed require a complicated series of individual mini-trials under varying state laws. At a minimum, the variation in state laws will have a material effect on the appropriate Tier classification that Plaintiffs have simply lumped into three buckets based on their perceived sensitivity without support. The Documented Loss claims from Tier 3 demonstrate the fallacy of that logic, and Plaintiffs' failure to consider the manner in which variations in state law impact predominance requires denial of the provisional certification of the class and approval of the settlement.

---

[2] Plaintiffs may argue that they didn't bring statutory claims, but that argument is unavailing as named plaintiffs live in states where these claims are available and should have been brought. Compl., ¶¶ 17-60. Moreover, pursuant to the extraordinarily broad Releases, the Class Members release these claims whether Plaintiffs asserted them or not. Settlement Agreement,¶¶ 49-52.

**B. The Settlement is Unfair, Unreasonable and Inadequate, and Rule 23(e) Mandates and Independent Judicial Review to Determine Whether the Record Affirmative Establishes that the Settlement is "Fair, Adequate and Reasonable" to Absent Class Members**

Under Rule 23, the Court may approve a class action settlement "only after a hearing and on finding that the settlement... is fair, reasonable, and adequate." Fed. R. Civ. P. 23(e)(1)(c). Under this standard, the bottom line consideration is "whether the interests of the class are better served by the settlement than by further litigation." Complex Litig. Manual (Fourth) § 21.61.

In conducting this inquiry, the court must be cognizant that there is "typically not [a] client with the motivation, knowledge, and resources to protect its own interests." *Id*. As a result, "the judge must adopt the role of a skeptical client" by "critically examin[ing] the class certification elements, the proposed settlement terms, and procedures for implementation." *Id*. Judicial scrutiny must be applied all the more vigorously where settlement is attempted before an adversarial class certification motion. At this stage "there is an even greater potential for a breach of fiduciary duty owed the class during settlement." *In re Bluetooth Headsets Prods. Liability Litig*., 654 F.3d 935, 946 (9th Cir. 2011). Thus, when "the settlement takes place before formal class certification, settlement approval requires a higher standard of fairness." *Lane v. Facebook, Inc*., 696 F.3d 811, 819 (9th Cir. 2012); *see also Amchem,* 521 U.S. at 620 and *Miami*, 614 F.2d at 1331.

Further "Class actions certified solely for settlement, particularly early in the case, sometimes make meaningful judicial review more difficult and more important." Complex Litig. Manual (Fourth) § 21.612 (2004). Such "settlement class actions" require "closer judicial scrutiny than approval of settlements reached only after class certification has been litigated through the adversary process." *Id*. Moreover, there are "a number of recurring potential abuses in class action litigation that judges should be wary of as they review proposed settlements." *Id*. They include, among other things, conducting a "reverse auction," in which a defendant, seeing competing class

16

cases, cherry-picks the attorneys willing to accept the lowest class recovery, in exchange for enhanced fees; the voluntary dismissal of class claims for "strategic purposes," such as forum shopping or to obtain more favorable settlement terms; cumbersome claims procedures that make it likely that many members will not claim benefits, particularly if the settlement provides that the unclaimed portions of the fund will revert to the defendants; and releasing claims against parties who did not contribute to the class settlement. *Id*. (describing a "reverse auction" settlement as one in which a defendant seeks to settle with counsel willing to accept the lowest offer); *Cullan & Cullan v. M-Qube, Inc.,* 2014 U.S. Dist. LEXIS 11524, *24-25 (D. Neb. Jan. 30, 2014).

Indeed, unfair "sweetheart deals" are most likely where, as here, the Defendant is attempting to use the settlement with one plaintiff as a vehicle to release the claims pending in other actions. Under the circumstances, if the plaintiff agrees to a broad release despite a "weak negotiating position" and lack of discovery, and the Defendant agrees to not oppose a substantial attorney fee in award in return, the court may properly draw a strong circumstantial inference that the resulting settlement is unfair and inadequate for the absent class members. *Litty v. Merrill Lynch & Co.*, 2015 WL 4698475, *10 (C.D. Cal. 2015).

A further mandatory safeguard requires the court to determine that the proposed settlement class actually meets each of the requirements for class certification under Rule 23. And, the "[t]he proposed settlement cannot be judged without reference to the strength of plaintiffs' claims" and that "the most important factor is the strength of the case for plaintiff on the merits, balanced against the amount offered in settlement." *City of Detroit v. Grinnell Corp.*, 495 F.2d 448, 455 (2d Cir. 1974).

Here, as discussed below, all of the hallmarks of an unfair settlement are present. This Court cannot approve a settlement where the sufficiency of the consideration is unsupported or

supported by vague assurances that counsel and the class representatives believe the value of the settlement outweighs the potential risks of litigation, and there is both circumstantial evidence of collusion and actual evidence of AT&T conducting a "reverse auction."

### 1. AT&T Colluded with Plaintiffs and Conducted a Reverse Auction

Faced with hundreds of thousands of individual arbitrations, AT&T conducted a "reverse auction" to drive down its potential liability from the estimated 250,000 individual claimants who had already hired attorneys to pursue those individual arbitrations on their behalf.

Any reverse auction class action settlement requires heightened scrutiny. A "reverse auction" occurs when a defendant, seeing competing proceedings, cherry-picks the attorneys willing to accept the lowest class recovery in exchange for enhanced fees. See Complex Litig. Manual, § 21.61 and 21.71 (describing a "reverse auction" settlement as one in which a defendant seeks to settle with counsel willing to accept the lowest offer); *see also Cullan & Cullan v. M-Qube, Inc.*, 2014 U.S. Dist. LEXIS 11524, *24-25 (D. Neb. Jan. 30, 2014). "The problem in the reverse auction situation is that the class' interests have been sold out, and class members get less than the full value of their claims." 4 Newberg and Rubenstein on Class Actions §13:60 (6th ed.). Factors that raise suspicions include a quick settlement with "a plaintiff with weaker claims and weaker counsel in an effort to negotiate a more favorable settlement" and class counsel that "underbids… in an effort to collect attorney's fees." *Tech. Training Assocs. v. Buccaneers Ltd. P'ship,* 874 F.3d 692, 695-697 (11th Cir. 2017). The circumstances here reek of an improper reverse auction, and there is direct and circumstantial evidence to support a finding of a reverse auction.

Settlements that result from reverse auctions do not satisfy the requirements of Rule 23(e). *E.g., In re Cmty. Bank of N. Virginia*, 418 F.3d 277, 307-308, 318 (3d Cir. 2005) (reversing approval of a proposed settlement where the settlement had indicia of a "reverse auction," including (i) "no

formal discovery" and (ii) the release of claims beyond those at issue in the case); *Reynolds v. Ben. Nat'l Bank,* 288 F.3d 277, 283-85 (7th Cir. 2002) (reversing approval of a settlement because the district court failed to assess whether the proposed settlement was "actually collusive in the reverse-auction sense").

In *Buccaneers*, the plaintiffs (Technology Training Associates and Back to Basics Family Chiropractic) sued the defendant under the Telephone Consumer Protection Act (the "TCPA") after they received unsolicited faxes offering Tampa Bay Buccaneers tickets. *Tech. Training Assocs. v. Buccaneers Ltd. P'ship,* 874 F.3d at 695. The Technology Training plaintiffs filed their suit after the statute of limitations for a TCPA claim expired. *Id*. Shortly after filing suit, the parties filed their motion for preliminary approval. *Id*.

A different plaintiff (Cin-Q Automobiles) had already filed a nearly identical lawsuit against Bucanneers over the same faxes and filed within the statute of limitations period. *Id*. After the preliminary approval motion was filed in the Technology Training case, the Cin-Q court stayed consideration of Cin-Q's class certification motion and the Cin-Q plaintiffs attempted to intervene in the Technology Training matter arguing that the settlement was inadequate and the result of a reverse auction. The District Court denied the motion to intervene, and Cin-Q appealed. *Id*.

Upon review, the Eleventh Circuit reversed, holding that the Technology Training "plaintiffs have a greater incentive to settle because their claims may be barred by the statute of limitations… while the movants have no statute of limitations issue." *Id*. More broadly, the appellate court found that "plaintiffs' counsel… deliberately underbid the movants in an effort to collect attorney's fees" and if plaintiff's counsel was "indeed motivated by a desire to grab attorneys' fees instead of a desire to secure the best settlement possible for the class, it violated its ethical duty to the class." *Id*. Finally, the court observed that "it is plain from the record that during

the negotiations the interests of named plaintiffs and of [plaintiff's attorneys] were aligned with those of Bucaneers and adverse to the" Cin-Q plaintiffs' interests. *Id*. at 697-98.

On remand, the Cin-Q plaintiffs were permitted to intervene. They promptly moved to decertify the class, and the district court granted the motion based on the "reverse auction" conducted by the Technology Training plaintiffs. *Tech. Training Assocs. v. Buccaneers*, 2019 U.S.Dist. LEXIS 169334, *63-64 (M.D. Fla. Sept. 30, 2019).

This case is on all fours with *Buccaneers*. The only difference lies in the facts of the "weaker claim" discussed by the Eleventh Circuit. In *Buccaneers*, the weaker claim was the statute of limitations defense, and, here, the weaker claim is the class action waiver and mandatory - individual arbitration provision. *Tech. Training Assocs. v. Buccaneers Ltd. P'ship,* 874 F.3d at 697-98. Both weaknesses lead to the same result – dismissal of the class action claim. AT&T and Class Counsel knew this. So, they conspired to settle this matter for a fraction of the value of the claims to the Class Members. As a condition to the settlement, AT&T demanded that Class Counsel include onerous opt-out, objection, and claims submission provisions and agreed to fork out $60 million in attorneys' fees for the favor. The "wet ink" opt-out provisions were designed to discourage actual opt-outs, and the objection and claims provisions were designed to discourage any participation by Class Members.[3]

Once the deal was struck, AT&T turned around and offered all of the 250,000+ arbitration claimants many multiples of the amount intended for the class settlement. Indeed, at the mediation AT&T's counsel stated that it had settled with the class for the following amounts: ██ for

---

[3] Plaintiffs and AT&T may argue that the Objectors' view of the Settlement is skewed and that the Objectors' attorney is striking out because the arbitration claimants were out maneuvered. This is simply not true. As the Eleventh Circuit observed: Attorneys who earlier rejected poor settlements based on the same claims should file objections if the settlement is indeed objectionable—not because of "sour grapes" but because the settlement is, in fact, inadequate and unfair. *See, e.g., Tech. Training Assoc., Inc. v. Buccaneers L.P.*, 874 F.3d 692, 694 (11th Cir. 2017).

customers whose SSN was accessed in the AT&T 1 Data Breach (Tier 1); ███ for customers whose

PIII (but not their SSN) was accessed in the AT&T I Data Breach (Tier 2); and "less than ███" for

customers who were affected by Snowflake (Tier 3).[4] *Id*., ¶31. After the deal with the class was

secure, AT&T offered ███ for Tier 1; ███ for Tier 2; and ███ for Tier 3. The offer was take it or

leave it and AT&T insisted that "We are not deviating from these terms." *Id*., ¶35.

AT&T thus knew that the true value of the claims was at least: ███ times the amount it

agreed to pay the Class for Tier 1; ███ times the amount it agreed to pay the Class for Tier 2;

and ██ times the amount it agreed to pay the Class for Tier 3. *Id*., ¶36. After the mediation

concluded without a sufficient number of arbitration claimants agreeing to the deal, AT&T

followed up and agreed to (a) ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████ " *Id*., ¶42-43. AT&T thus appealed to

attorney greed – just as it had done with Class Counsel.

Plaintiffs may argue that used a mediator to settle the class and arbitration claims. As set

forth in the McCormick Declaration, Robert Meyer, the mediator, did no mediating at all. ¶¶27-

44. Instead, he followed AT&T's counsel around the halls of JAMS echoing AT&T's counsel's

puffing and refusing to engage in any form of discussion. He was more of herder of cats than a

*bona fide* mediator. *Id*. Despite the ruse of a mediation, "[a]n experienced and impartial mediator's

supervision is not a guarantee of settlement fairness and adequacy." *Grady v. RCM Techs, Inc*., 671

---

[4] Submitted concurrently herewith is the Declaration of Seth McCormick (the "McCormick Declaration"). Mr.
McCormick attended the "mediation" and testifies regarding the events leading up to and the mediation and the
settlement offers made to Harrer Law's clients at the mediation, which settlement offers far exceeded that amounts
offered to all of the Class Members here. The Objectors are also filing a motion for in camera inspection by the Court
to review the details of the settlement discussions between AT&T and the arbitration claimants at the mediation and
after. The in camera motion is necessary due to the confidentiality provisions in the agreement to mediate.

F. Supp. 3d 1065, 1077 (C.D. Cal. 2023); *see also, Wilson v. J.B. Hunt Logistics, Inc.*, 2020 U.S. Dist. LEXIS 259007, *6 (C.D. Cal. Nov. 13, 2020 ("While courts often look to participation in mediation as evidence that negotiations were non-collusive, a mediated settlement is not guaranteed to serve the best interests of class members") (citing *Rodriguez v. West Publ'g Corp.*, 563 F.3d 948, 965 (9th Cir. 2009)). This is one of those cases.

AT&T capitalized on the weak litigating position of the Plaintiffs and the prospect of Class Counsel not receiving fees to leverage a "sweetheart" settlement with Plaintiffs and their counsel. AT&T then leveraged the arbitration claimants by including ridiculous opt-out provisions in the Settlement stating "the class has negotiated 'no exclusion' for claimant's asserting arbitration, and a wet signature opt-out requirement for both classes" and stating "we are confident these terms will be confirmed." *Id.*, ¶33. After gaining leverage on the arbitration claimants, AT&T offered each arbitration claimant amounts that eclipsed in all respects the amount any Class Member might receive, and offered to add attorneys' fees on top. *Id.*, ¶¶42-43. AT&T colluded to leverage weak negotiating positions of the class to protect itself, and Plaintiffs and Class Counsel permitted it. In fact, they embraced it.[5]

All of the other hallmarks of a reverse auction are present. The Settlement occurred prior to any litigation or discovery taking place. The Settlement occurred prior to the parties truly understanding the strength or weaknesses of the plaintiff's claims, and the risk posed to the defendant. Class Counsel boast that they "hired experts" and "interviewed hundreds of claimants." This representation is not borne in the evidence. Class Counsel did not present any expert report in support of its class treatment, and did not prepare a damages model. It also apparently interview

---

[5] Further circumstantial evidence of this collusion and AT&T's requirement that the Settlement be economically advantageous to AT&T is the "secret" blow up provision that provides for AT&T to withdraw from the settlement if an undisclosed number of customers Opt-Out. Settlement Agreement at 52, ¶190.

enough claimants to understand that the Documented Loss Cash Payments claims for Tier 3 would double the amount of of the settlement  for Tier 3 claims, and that more than a million Class Members would file claims and receive $0.

Class Counsel also boasts that it did "informal" and "confirmatory" discovery with AT&T, but it is more likely that AT&T sold them a bill of goods and Class Counsel didn't even kick the tires. Class Counsel knew that if it didn't get in line, its $60 million would go up in smoke. The result of the collusion between Plaintiffs, Plaintiffs' Counsel and AT&T resulted in a Settlement that is inadequate, unfair and unreasonable. The Court should permit the Objectors to conduct discovery into the collusion if the Court is not satisfied by the evidence presented in the McCormick Declaration to determine the scope of the collusion. In the alternative, the Court should reject the settlement as unfair. *See Frego v. Settlement Class Counsel (In re Chinese-Manufactured Drywall Prods. Litig.),* 16 F.4th 1181, 1185-86 (5th Cir. 2021).

## 2. The Settlement Contained an Unlawful Injunction Against Parallel Proceedings

Based on incomplete and deceptive information provided by Class Counsel and AT&T Counsel, this Court issued the preliminary approval order containing an extraordinary injunction that bars Class Members from "asserting any claims or initiating or continuing in any litigation or arbitration against AT&T and/or the Released Parties arising out of, relating to, or in connection with the Releases Claims prior to the Court's decision as to whether to grant Final Approval of the Settlement" Preliminary Approval Order, at ¶22. This injunction purports to bar Opt-Out Claimants from pursuing their right to arbitrate and continuing down the arduous path required by AT&T's Terms and Conditions. Moreover, a court may not stay the mass arbitration pending a class action settlement. *Abernathy v. DoorDash, Inc*., 438 F. Supp. 3d 1062 (N.D. Cal. 2020).

### 3.   The Proposed Settlement Relief is Inadequate

The reverse auction led to the intended result: the proposed settlement relief falls below what is fair, reasonable, and adequate in view of AT&T and the Release Parties' liability and ability to pay. This is an independent, albeit related, ground for rejecting the proposed settlement.

Class settlement approval in the Fifth Circuit requires that parties and courts consider the "range of possible recovery." *Reed*, 703 F.2d at 172. "The court must be assured that the settlement secures an adequate advantage for the class in return for the surrender of litigation rights against the defendants." *Katrina Canal Breaches Litig. v. Bd. O Comm'rs*, 628 F.3d 185, 195 (5th Cir. 2010) (quoting 4 Newberg §11:46 at 133) (reversing approval of settlement "because there has been no demonstration on the record below that the settlement will benefit the class in any way, either through the disbursement of individual checks or through a cy pres distribution"). In *Katrina Can Breaches Litig.*, the Fifth Circuit reversed the final approval of the settlement because "the district court erred by approving a settlement without any assurance that attorneys' costs and administrative costs will not cannibalize" the settlement, and "we are unable to definitively state, based on the record, below, that the class will receive any benefit from the settlement." *Id*. at 196-97.

Here, the Court has certainty – Class Counsel and Kroll have assured the Court that at least 794,955 Tier 3 Settlement Class Members who filed Valid Claims for Tier 3 Cash Payments **will receive $0** for the release of their claims. Indeed, Kroll initially estimated $1.08 million for administrative costs related to AT&T 2 Class. Mot. for Prelim. Approval at ¶20. In its affidavit attached to the Motion, it states it has accrued $2.8 million in administrative costs, which are "subject to change based on factors…." Declaration of Jeanne C. Finegan of Kroll Settlement Administration LLC in Connection with Plaintiffs' Unopposed Motion for Final Approval of

Settlement (the "Kroll Affidavit"), ¶30. The Kroll Affidavit also discloses that Kroll has received **$42,772,382.30** in valid Documented Loss Cash Payments claims for the AT&T 2 Settlement Class, which payments are paid ahead of Tier 3 Cash Payments from the $28,000,000 AT&T 2 Settlement Fund (but after administrative claims). *Id.* at ¶115.

Then, Class Counsel notified the Court that it was requesting 33.33% of the $28,000,000. Motion, p. 48. All in, the AT&T 2 Net Settlement Fund is ostensibly $26,916,216.83 **in the hole before** any payment is to be paid to a Tier 3 Settlement Class Member filing a Valid Claim for a Tier 3 Cash Payment; and of the AT&T 2 Settlement Class Members who filed a Valid Claim for a Documented Loss Cash Payment, each will receive less than 50% of their documented claim.

### 4. The Releases Should Only Be Effective Against Class Members Whose Claims are Paid

Judge Posner, in an opinion penned for the Seventh Circuit, explained that "[o]pting out of a class action is very rare. Virtually no one who receives notice that he is a member of a class in a class action suit opts out. He doesn't know what he could do as an opt-out. He'd unlikely to hire a lawyer to litigate over a window [the case involved defective windows]." *Eubank v. Pella Corp.*, 753 F.3d 718, 728 (7th Cir. 2014). AT&T, therefore, has an incentive to push through a claims-made settlement that will result in a small number of claims, very few opt-outs and a broad release. In *Pella*, the appellate court rejected that approach and reversed the district court's order approving the settlement. *Id.* This Court should deny final approval of this settlement until the parties provide additional information to support the fairness of Settlement, including how much, if any, money will be distributed to each claimant, and then provide the Class Members sufficient opportunity to opt out if they will not receive or will receive a *de minimus* settlement payment.

Alternatively, if the Court approves the Settlement, the release should only be effective against Settlement Class members who have been paid the settlement proceeds. Approving the

release only against class members who have been paid protects the Classes from overreaching by Defendants.

### 5. The Cumbersome Claims Procedures and Opt-Out Requirements Made It More Likely that Consumers Would Not Claim Benefits or Opt-Out

The Settlement Agreement contains cumbersome claims, opt-out and objection processes that are designed to discourage filing claims, and minimize opt-outs and objectors. Unless a proof of claims process is essential to distribution of a class settlement, the negative aspects of the process militate against requiring class members to go to additional time and trouble to obtain redress. This is both pragmatic – a recognition that a small percentage of class members will likely file claims – and principled – based on the concept that class members should not have to expend additional time and effort to obtain money that was wrongfully taken from them by Defendants. The purported need for requiring a claims process in this case is the assertion by Defendants that they can't calculate the amounts of late fees they collected from their own customers. Leaving aside the problematic nature of this assertion by a member of a regulated industry that has consistently alleged that it is thoroughly regulated, the claims process should not be any more onerous on Class Members than necessary to overcome Defendants' alleged inability to access their own records. The lion's share of Class Members – at least in Tier 1 and Tier 2 – are current AT&T customers, and AT&T has their current contact information.

Moreover, the Opt-Out procedures and Objection procedures are absurd. The lion's share of opt-outs will be consumers who have already initiated the arbitration process because they have chosen – even before this settlement was reached – to pursue their claims in arbitration. The have hired counsel who has vetted them, and substantially all of those claimants participated in mediation through counsel. Prior to participating in the mediation, arbitration counsel provided claimant lists, which AT&T vetted and identified prior to the mediation. The "wet ink" signature

requirement, together with the laundry list of information required to opt-out, only serves to permit

AT&T and the Administrator to foot-fault opt-outs for failing to strictly comply with the opt-out

procedures and unwittingly be bound by a class settlement they do not wish to be a party to.

Similarly, Kroll pointed out, and Plaintiff's argue in their Motion, that the Court "should

overrule all objections" because the "objections received to date largely fail to comply with the

Court's requirements for consideration." Motion, at 33. These cumbersome objection, claims and

opt-out requirements are only intended to chill participation in the class and to prevent opposition

to the settlement. Complex Litig. Manual (Fourth) § 21.612 (2004); *see also, Cullan & Cullan v.*

*M-Qube, Inc.,* 2014 U.S. Dist. LEXIS at *24-25.

> ### 6.   The Releases are Impermissibly Broad

Putting all these other defects aside, the language detailing the scope of the Release of

claims by Class Members in this case is unfairly overbroad. It encompasses all claims, including

those that were *not* asserted in the action. As pointed out above, a number of claims could have

been asserted on behalf of the residents of the thirteen states whose legislatures have passed data

breach legislation, including claims under the IL PIPA and similar statutes. The remedial scheme

under those statutes authorizes an award of punitive damages, emotional distress damages,

injunctive relief, attorneys fees and other damages that are not pled by the Plaintiffs and are not

prayed for in the Complaint. *See, e.g., See*, 815 ILCS 505/10a. There is simply no justification for

a release of this magnitude, especially in light of the paltry relief that is being provided to the class.

Moreover, there is ambiguity surrounding the separate treatment and definition of the

"Release Claims" for participating Class Members and the "claims" a Class Member who opts out

actually retains. The Settlement Agreement defines the term "Released Claims" broadly to

encompass:

> all *claims*, defenses, demands, causes of action, rights, offsets, setoffs, suits, remedies, damages, lawsuits, costs, relief for contempt, losses, attorneys' fees, expense or liabilities of any kind whatsoever, in law or in equity, for any relief whatsoever, including monetary sanctions or damage for contempt, injunctive or declaratory relief, recission, general compensatory, special, liquidated, indirect, incidental, consequential, or punitive damages, *as well as any and all claims for treble damages, penalties, interest, attorneys' fees, costs or expenses, whether a known or unknown claim, suspected or unsuspected, existing or potential, asserted or unasserted, contingent or vested, accrued or not accrued, liquidated or unliquidated, matured or unmatured, that in any way concern, arise out of or related to the Data Incidents*, including any theories of recovery that were, or could have been, raised at any point in the Actions

Settlement Agreement, ¶183 (emphasis added). Bucking the rhetorical statement "why use one word when fifteen will do" used to mock the verbosity of lawyers, this robust definition of "Released Claims" is necessary as the lion's share of the words aside from "claims" have separate and distinct meanings from the word "claim" and failure to include those variations of a claim could lead settling Class Members to belief they could pursue individual claims absent the robust release.

In sharp contrast to the fulsome definition of Release Claims, the Settlement Agreement provides that "Individuals in the Settlement Classes who timely and validly opt out of the Settlement do not release their ***individual claims*** and will not obtain any benefits under the Settlement." *Id*., ¶157 (emphasis added). The use of the phrase "individual claims" rather than the use of a defined term or a robust recitation of rights released in the definition of "Release Claims" leaves one to wonder whether gamesmanship is afoot or whether AT&T intends to suppress the rights of the Opt-Outs pursuing individual claims by arguing the only thing not released was the claims, but the remaining laundry list of rights were released.

For clarity's sake, the Settlement Agreement should be far more clear by including language using the same defined terms used throughout the agreement, or including statement that

after exercising the right to opt-out, nothing contained in the Settlement Agreement is enforceable in any respect to a Class Member who opts out of the agreement.

### 7. The Releases Lack Consideration

Not only are the Releases overly broad, but the Class Members are releasing claims against parties that are not party to this case, and for which the Released Parties are providing and the Class Members are receiving no consideration. Indeed, the Released Parties include the "Defendants" and "Snowflake, Inc.," and its "agents… consultants representatives, partners, joint venturers, licensees, licensors, independent contractors, subrogees, trustees, executors, administrators, clients, customers, data owners, associated third Parties, predecessors, successors and assigns." Settlement Agreement at ¶99. Snowflake, Inc. ("Snowflake") is not a party to the Settlement Agreement, and none of its agents, consultants, joint venturers, independent contractors, clients, customers, data owners or associated third parties are identified sufficiently to determine if they warrant a Release. Further, the Settlement Funds are being funded solely by "AT&T" or "Defendants," not Snowflake. Neither Plaintiffs nor Defendants offer any support or consideration that Snowflake provided to receive the Releases from the Released Parties.

The Seventh Circuit reversed the final approval of a settlement release for this precise reason in *Reynolds v. Ben. Nat'l Bank,* 288 F.3d at 283-84 . In that case, an Illinois court approved a class action settlement between Beneficial National Bank regarding its deceptive tax refund loan program with H&R Block. *Id*. at 282. H&R Block was not a party to the class action but agreed to foot the bill for half class settlement in exchange for releases. *Id*. at 281. At preliminary approval, the Illinois court enjoined a class action pending in Texas where H&R Block was a defendant, and the Texas case was set for trial. *Id*. at 283. The appellate court reversed the district court, finding that for the release "of potentially substantial claims against H&R Block the settlement class

29

received no consideration. In fact, the settlement class received no consideration for the release of any claims against Block." *Id*. at 283-84.

At least in *Reynolds*, H&R Block footed half the bill. Here, neither Snowflake nor its agents, consultants, joint venturers, independent contractors, clients, customers, data owners or associated third parties are funding the settlement to the Classes, but yet are receiving Third Party Beneficiary status in exchange. This lack of consideration prevents approval of the Releases.

**8.  Plaintiffs and Their Counsel Put Their Interests Above the Interests of the Class**

Absent class members can be bound by a class action settlement if "they are in fact adequately represented." *Hansberry v. Lee,* 311 U.S. 32, 42–43 (1940). That representation must exist at "all times." *Phillips Petroleum Co. v. Shutts,* 472 U.S. 797, 812 (1985); *see also Ortiz v. Fibreboard,* 527 U.S. 815, 848, n. 24 (1999); *Susman v. Lincoln American Corp.,* 561 F.2d 86, 89–90 (7th Cir. 1977) (courts are required to undertake a stringent and continuing examination of representation . . . at all stages of litigation). *Sine qua non* is adequacy of representation of absent class members by the named plaintiffs and their counsel. *See* Fed. R. Civ. P. 23(a), (b); *Amchem* 521 U.S. at 622–26. Class counsel who collude with defendants' counsel are *per se* inadequate.

Taken together, it would be highly prejudicial, against public policy, and directly contrary to persuasive and controlling case law for this Court to authorize the Settlement Agreement as written. This Court should find that not only did Plaintiffs' Counsel fail to adhere to their duties to the class but also that the hurried attempt to push a settlement through is indicative of a reverse auction, which will undoubtedly prejudice the millions of absent class members by denying them further recourse and denying them any damages for their compensable harm.

## V.    CONCLUSION

For all the foregoing reasons, the Court must reject the proposed settlement. Objectors, Michael Von Lunen and Susan Barrow request that the Court issue an order (1) denying Final Approval of the Settlement; (2) decertifying the Settlement Classes; (3) finding the Class Representatives inadequate; (4) finding Class Counsel inadequate; (5) denying Class Counsels' attorneys' fees request; (6) denying the Class Representatives' service awards; and (7) sustaining this Objection in all respects; and (8) for such further relief as the Court deems just.

Dated: November 17, 2025

Respectfully submitted,

By: s/ Seth McCormick
One of Plaintiff's Attorneys

Seth McCormick
Harrer Law, P.C. (Firm ID 102120)
650 Warrenville Road, Suite 100
Lisle, Illinois 60532
Tel: (312) 858-3240
seth@harrerlaw.com

**Attestation:**

By my signature below, I attest that I am represented by Harrer Law, P.C. related to this Objection, and that I adopt this Objection as my own in all respects. To the extent any information I provided which is required by Section XI of the Settlement Agreement, including without limitation my AT&T Account Number or the email address associated with my account, I attest that after a diligent search I was unable to obtain the account number or recall which email address was associated with the account.

Michael Van Luwen                                    Susan Barrow

**Attestation**:

By my signature below, I attest that I am represented by Harrer Law, P.C. related to this Objection, and that I adopt this Objection as my own in all respects. To the extent any information I provided which is required by Section XI of the Settlement Agreement, including without limitation my AT&T Account Number or the email address associated with my account, I attest that after a diligent search I was unable to obtain the account number or recall which email address was associated with the account.

_Susan Barrow_

_____                    _____
Michael Von Lunen                                               Susan Barrow

Exhibit 14(S)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: AT&T INC. CUSTOMER | § | |
| DATA SECURITY BREACH | § | |
| LITIGATION | § | CASE NO. 3:24-cv-00757-E |
| | § | |
| | § | MDL DOCKET NO. 3:24-md- |
| This Document Relates to All Cases | § | 03114-E |
| | § | |

## APPENDIX IN SUPPORT OF OBJECTION
## TO CLASS CERTIFICATION AND CLASS SETTLEMENT

Respectfully submitted,

**BEIGHLEY, MYRICK, UDELL
& ZEICHMAN PA**

Maury L. Udell, Esq.
Fla. Bar No. 121673
mudell@bmulaw.com
2601 S. Bayshore Drive, Suite 770
Miami, Florida 33133
Tele: (305) 349-3930
Fax: (305) 349-3931

**BUTLER SNOW LLP**

By: */s/ Amanda G. Taylor*
Amanda G. Taylor
Texas Bar No. 24045921
Amanda.taylor@butlersnow.com
1400 Lavaca St., Suite 1000
Austin, Texas 78701
Tele: (737) 802-1800
Fax: (737) 802-1801

Kyle Miller
MS Bar No. 102227
Kyle.miller@butlersnow.com
1020 Highland Colony Pkwy, Ste. 1400
Ridgeland, Mississippi 39157
Tele: (601) 948-5711
Fax: (601) 985-4500

**ATTORNEYS FOR OBJECTORS SCOTT GHERMAN, BRADLEY JOHNSON, BRITTANI KAYE, ROB CARUSO, AND BRITTANY BONNER**

**INDEX**

| Tab | Document | Pages |
|-----|----------|-------|
| 1 | AT&T Customer Service Agreement ("CSA") | 4-50 |
| 2 | AT&T Notice of Data Breach | 51-55 |
| 3 | Statement of Objector, Scott Gherman | 56-59 |
| 4 | Statement of Objector, Bradley Johnson | 60-63 |
| 5 | Statement of Objector, Brittani Kaye | 64-67 |
| 6 | Statement of Objector, Rob Caruso | 68-71 |
| 7 | Statement of Objector, Brittany Bonner | 72-74 |
| 8 | Affidavit of Maury L. Udell | 75-77 |
| 9 | Affidavit of Amanda G. Taylor | 78-84 |

# Appendix 1:

AT&T Customer Service Agreement ("CSA")

# AT&T Consumer Service Agreement

Print

## 1.0
## General Terms

Welcome to AT&T!

By activating, using, or paying for any AT&T products or services ("AT&T Service(s)" or "Service(s)"), you agree to be bound by this Consumer Service Agreement ("Agreement"). If you don't agree, please contact us immediately to cancel your order and/or service and return any products. For AT&T Services, visit att.com/contactus, and for FirstNet, visit firstnet.com.

**Please read this Agreement carefully. It requires you and AT&T to resolve disputes through arbitration on an individual basis rather than jury trials or class actions. It also governs how we handle your information, including information related to your AT&T Account and your location.**

## 1.1 Our Agreement

In this Agreement, unless otherwise specified, "AT&T" and "we" mean the AT&T affiliated companies and their successors and assigns.

AT&T offers many products and services. This Agreement includes a set of universal terms ("General Terms") and specific Service terms ("Service Terms"). You're bound by the General Terms and the Service Terms for each AT&T Service you purchase or use. In addition, your Agreement incorporates AT&T's Privacy Notice (at att.com/privacy), Acceptable Use Policy (at att.com/legal/terms.aup.html), any Customer Service Summary provided to you, and any other documents or terms specifically referenced in the applicable General Terms and Service Terms. In the event of a conflict between the General Terms and the applicable Service Terms, the Service Terms will govern our relationship with you.

Please use these links to view the Service Terms for each specific Service:

- **If you have postpaid AT&T Wireless service** (including FirstNet Subscriber Paid User service), your Wireless Service Terms are in Section 2.
- **If you have prepaid AT&T Wireless service**, you're subject to the Prepaid Wireless Service Terms in Section 3 as well as the Wireless Service Terms in Section 2.
- **If you have a DataConnect/Session-based Wireless plan**, you're subject to the Service Terms in Section 4, in addition to the Wireless Service Terms in Section 2 and (if your data plan is prepaid) the Prepaid Wireless Service Terms in Section 3.
- **If you're an AT&T Phone or AT&T Phone – Advanced customer**, your Service Terms are in Section 5.
- **If you have home internet from AT&T, including AT&T Fiber, AT&T Internet, AT&T Internet Air, AT&T Fixed Wireless, or AT&T DSL service**, your Service Terms are in Section 6. If your home internet service is provided via the AT&T Wireless Network, you will also be subject to the applicable sections of the Wireless Services Terms in Section 2.
- **If you have Business Internet service** (for small business), you're subject to the Business Internet Service Terms in Section 7 as well as the Internet Service Terms in Section 6.

## 1.2 Your AT&T Account and Account Access

You may need to set up one or more accounts ("AT&T Account(s)" or "Account(s)") in order to purchase or use AT&T Services. You must ensure that any information you provide us in connection with your AT&T Accounts and AT&T Services, including contact information and billing information, is accurate and current.

You're responsible for any activity that occurs on or through your AT&T Accounts. We do not guarantee the security of your AT&T Accounts. You must ensure that your Account information and password(s) for accessing your Accounts and personal information are secure. If you learn of any unauthorized use of any AT&T Account, please contact us immediately.

**You agree that all users of your AT&T Services (including minors), are subject to the limitations and obligations of this Agreement, including its arbitration provision and Privacy Notice.** It's your duty to inform them of their limitations and obligations and to provide this Agreement to them.

You may designate individuals (such as family members) to act on your behalf ("Authorized Users"). Authorized Users can manage your AT&T Accounts, including changing or adding Services. You're responsible for all actions, changes, and additions made by any Authorized Users, and any other persons accessing or using your Account or device(s). This includes, but is not limited to, purchases of apps and other add-on products and additional AT&T Services.

If you are not present or do not identify yourself when an AT&T Service is installed, you authorize any adult (the minimum age may differ by state or territory) present to act on your behalf, regardless of whether you designated that adult as an Authorized User. You also authorize this adult to accept any related terms and conditions, agreements, and charges,. Further, you authorize us to provide information about and make changes to your AT&T Accounts (as well as to perform any credit checks on you that we deem appropriate to implement the changes or respond to questions) at the direction of this adult. AT&T reserves the right to refuse to

has failed to provide sufficient identifying information or cannot answer questions about you or your AT&T Accounts to our satisfaction.

You may have previously been given the option to combine credentials to log onto multiple AT&T Accounts and/or third-party accounts. In AT&T's sole discretion, we may end this option and require separate credentials for different accounts.

## 1.3 Dispute Resolution

**Please read this carefully. It affects your rights.**

### 1.3.1 Summary:

This part of the Agreement outlines how disputes between you and AT&T will be resolved through our informal dispute resolution process, individual arbitration, or small claims court. The informal dispute resolution process gives you the opportunity to explain what happened to someone in, or working with, our legal department. Under the terms of this Agreement, AT&T is encouraged to resolve issues early, without going any further.

An "arbitration" is a less formal alternative to a lawsuit or jury trial in court. A neutral third party, called an arbitrator, decides the dispute. The arbitrator applies the same law and can award the same individualized remedies that a court could award, but uses streamlined procedures and limits discovery to simplify the process and reduce costs. The arbitrator's decision is legally binding, and it is subject to very limited review by courts. **You and AT&T agree that arbitration will take place on an individual basis. Class arbitrations, class actions, and representative actions are not permitted. This means that you and AT&T will neither file a lawsuit (in any court other than a small claims court), nor pursue or participate in an action seeking relief on behalf of others.**

**While subsection 1.3.2 lays out the specifics, here are the steps you would take to resolve a dispute:**

**Contact customer service.** We encourage you to give customer service a call first. A phone call, chat session, or email with us is usually the quickest way to resolve an issue. Check out att.com/contactus to find the right service or product team for your issue.

**You choose.** If you aren't satisfied after talking to customer service, you can choose to file your individual claim in small claims court or send us a Notice of Dispute, which is required before starting arbitration.

**Let's work it out.** If you decide not to go to small claims court, start the informal dispute resolution process by sending a Notice of Dispute to our legal department, which you can complete and send online. You and AT&T agree to give each other at least 60 days to share information and try to reach an agreement. (We'll use the same process if we have a dispute with you.) At your or our request, we'll schedule an Informal Settlement Conference to try to reach an agreement by phone or videoconference.

**Pursue an arbitration.** If the dispute still isn't resolved, you can pursue an individual arbitration. The nation's largest non-profit arbitration provider, the American Arbitration Association (AAA), will administer the arbitration and select the neutral arbitrator, with input from both you and AT&T. Some things to keep in mind:

- AT&T will usually pay all of the arbitration fees (with some exceptions).
- Any hearings will be in the same county as your billing address, or they might be held by phone or videoconference.
- In some cases, if you win, we will pay double attorney's fees (if any) and a minimum of $10,000.

There are special rules for coordinated (or mass) arbitrations, where the same lawyers or a group of coordinated lawyers seek to file 25 or more similar arbitrations. If you choose to be part of those proceedings, the cases will proceed in stages, so it might take longer to arbitrate your dispute than it would otherwise.

### 1.3.2 Arbitration Agreement

#### 1.3.2.1 Claims Subject to Arbitration:

To the greatest extent permitted by law, AT&T and you agree to arbitrate all disputes and claims between you and AT&T, except for claims arising from bodily injury or death. This arbitration provision is intended to be broadly interpreted. It includes, but is not limited to:

- claims arising out of or relating to any aspect of the relationship between us, whether based in contract, tort, fraud, misrepresentation, or any other statutory or common-law legal theory;
- claims that arose before the existence of this or any prior Agreement (including, but not limited to, claims relating to advertising);
- claims for mental or emotional distress or injury not arising out of bodily injury;
- claims that are currently the subject of purported class action litigation in which you are not a member of a certified class; and
- claims that may arise after the termination of this Agreement.

References in Section 1.3 to "AT&T" or "we" include our past, present, and future parents, subsidiaries, affiliates, and related entities, as well as AT&T's and all of those entities' officers, agents, employees, licensors, predecessors in interest, successors, and assigns. References in Section 1.3 to "you" include your past, present, and future parents, subsidiaries, affiliates, related entities, agents, employees, predecessors in interest, successors, and assigns; and all authorized or unauthorized users or beneficiaries of AT&T Services or products under past, present, or future Agreements between you and AT&T.

**Small Claims Option.** Despite this arbitration provision, either you or AT&T may bring an action seeking only individualized relief in the small claims court for the county (or parish) of your billing address, so long as the action is not removed or appealed to a court of general jurisdiction.

This arbitration provision does not preclude you from bringing issues to the attention of federal, state, or local agencies, including, for example, the Federal Communications Commission. Those agencies can, if the law allows, seek relief against us on your behalf. **By entering into this Agreement, you and AT&T are each waiving the right to a trial by jury or to participate in a class action.** This Agreement evidences a transaction in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this arbitration provision. This arbitration provision will survive termination of this Agreement.

#### 1.3.2.2 Pre-Arbitration Informal Dispute Resolution Process:

Customer service is available to help and usually can resolve any concerns you may have. If that does not work, the first step in the dispute resolution process is to send a written Notice of Dispute ("Notice"). (We'll also send you a Notice to your billing address if we have a dispute with you.) You may download the Notice form at

Office #2900.13, Dallas, Texas 75202 (the "Notice Address") or, alternatively, submitted electronically by following the instructions at att.com/noticeofdispute. The Notice must include all of the information requested on the Notice form, including: (a) the claimant's name, address, and phone number; (b) the Account number at issue; (c) the services (if any) to which the claim pertains; (d) a description of the nature and basis of the claim or dispute; and (e) an explanation of the specific relief sought and the basis for the calculations. The Notice must be personally signed by you (if you are the claimant) or by an AT&T representative (if we are the claimant). To safeguard your Account, you might be required to provide both your authentication and consent for us to discuss your Account or share your Account information with anyone but you, including an attorney ("Authentication and Consent").

Whoever sends the Notice must give the other party 60 days after receipt of a complete Notice (including your Authentication and Consent, if required) to investigate the claim. During that period, either you or AT&T may request an individualized discussion (by phone call or videoconference) regarding settlement ("Informal Settlement Conference"). You and AT&T must work together in good faith to select a mutually agreeable time for the Informal Settlement Conference (which can be after the 60-day period). You and an AT&T representative must personally participate, unless otherwise agreed in writing. Your and AT&T's lawyers (if any) also can participate.

**Any applicable statute of limitations or contractual limitations period will be tolled** for the claims and requested relief in the Notice during the "Informal Resolution Period." The Informal Resolution Period is the number of days between the date that the complete Notice (and Authentication and Consent, if required) is received by the other party, and the later of (1) 60 days later or (2) the date the Informal Settlement Conference is completed, if timely requested.

Any arbitration proceeding cannot be commenced until after the Informal Resolution Period has ended. (Subsection 1.3.2.7 contains additional requirements for commencing certain coordinated arbitrations.) All of the pre-arbitration dispute resolution requirements are essential so that you and AT&T have a meaningful chance to resolve disputes informally. If any aspect of these requirements has not been met, a court can enjoin the filing or prosecution of an arbitration. In addition, unless prohibited by law, the AAA may not accept, administer, assess, or demand fees in connection with such an arbitration. If the arbitration already is pending, it must be dismissed.

**1.3.2.3 Arbitration Procedure:**
You may download a form to initiate arbitration at att.com/arbitration-forms. In addition, information on how to commence an arbitration proceeding, including how to file a consumer arbitration online, is at adr.org/support. A copy of the arbitration demand must be sent to AAA and the Notice Address, and a copy of the Notice must be attached to your arbitration demand.

The arbitration will be governed by the then-current Consumer Arbitration Rules ("AAA Rules") of the AAA, as modified by this arbitration provision, and will be administered by AAA. (If AAA refuses to enforce any part of this arbitration provision, you and AT&T will select another arbitration provider. If there is no agreement, the court will do so.) The AAA Rules are available online at adr.org or may be requested by writing to the Notice Address. (You may obtain information that is designed for non-lawyers about the arbitration process at att.com/arbitration-information.)

As in court, you and AT&T agree that any counsel representing someone in arbitration certifies that they're complying with the requirements of Federal Rule of Civil Procedure 11(b), including a certification that the claim or the relief sought is neither frivolous nor brought for an improper purpose. The arbitrator is authorized to impose any sanctions available under AAA Rules, Federal Rule of Civil Procedure 11, or applicable federal or state law against all appropriate represented parties and counsel.

All issues are for the arbitrator to decide, except only a court can decide the following:

- issues relating to the scope and enforceability of the arbitration provision,
- whether a dispute can or must be brought in arbitration,
- whether the AAA cannot or will not administer the arbitration in accordance with this arbitration provision,
- whether subsection 1.3.2.2 has been complied with or violated for purposes of awarding relief under that subsection that a court can award, and
- whether subsections 1.3.2.6, 1.3.2.7, or 1.3.2.8 have been complied with or violated.

The arbitrator may consider rulings in other arbitrations involving different customers, but an arbitrator's ruling will not be binding in proceedings involving different customers.

Unless you and AT&T agree otherwise, any arbitration hearings will take place in the county (or parish) of your billing address. If your claim is valued at $10,000 or less, you may choose whether the arbitration will be conducted solely based on documents submitted to the arbitrator or through a telephonic, videoconference, or in-person hearing under AAA Rules. If your claim exceeds $10,000, the right to a hearing will be determined by AAA Rules. During the arbitration, the amount of any settlement offers must not be disclosed to the arbitrator until after the arbitrator determines the relief, if any, to which you or AT&T is entitled. Regardless of how the arbitration is conducted, the arbitrator must issue a reasoned written decision sufficient to explain the essential findings and conclusions on which his or her decision is based. Except as provided in subsection 1.3.2.6 below, the arbitrator can award the same damages and relief that a court can award under applicable law.

**1.3.2.4 Arbitration Fees:**
We will pay all AAA filing, administration, case-management, hearing, and arbitrator fees if we initiate an arbitration. If you initiate arbitration of claims valued at $75,000 or less, we will pay those fees, so long as you have fully complied with the requirements in subsection 1.3.2.2. In such cases, we will pay the filing fee directly to AAA upon receiving a written request from you at the Notice Address or, if AAA requires you to pay the filing fee to commence arbitration, we will send that amount to AAA and request that AAA reimburse you. If, however, the arbitrator finds that either the substance of your claim or the relief sought is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the allocation and payment of all such fees will be governed by AAA Rules.

**1.3.2.5 Alternative Payment and Attorney Premium:**
If you fully complied with the requirements above in subsection 1.3.2.2 and the arbitrator issues an award in your favor that is greater than the value of our last written settlement offer made before the arbitrator was selected, then we will:

- pay you the amount of the award or $10,000 (the "Alternative Payment"), whichever is greater; and
- pay the attorney you retained, if any, twice the amount of attorneys' fees and reimburse any expenses (including expert witness fees and costs) that your attorney reasonably incurs for investigating, preparing, and pursuing your claim in arbitration (the "Attorney Premium").

attorney will be entitled to receive the Alternative Payment and the Attorney Premium, respectively.

Disputes regarding the payment and reimbursement of attorneys' fees, expenses, the Alternative Payment, and the Attorney Premium may be resolved by the arbitrator upon request from either party made within 14 days of the arbitrator's ruling on the merits. In assessing whether an award that includes attorneys' fees and expenses is greater than the value of our last written settlement offer, the calculation will include only the reasonable attorneys' fees and expenses you incurred pursuing this arbitration through the date of our settlement offer.

The right to the Attorney Premium supplements any right to attorneys' fees and expenses you may have under applicable law. Thus, if you would be entitled to a larger amount under the applicable law, this arbitration provision does not preclude the arbitrator from awarding you that amount. However, you may not recover both the Attorney Premium and a duplicative award of attorneys' fees or expenses.

#### 1.3.2.6 Requirement of Individual Arbitration:

The arbitrator may award relief (including, but not limited to, damages, restitution, declaratory relief, and injunctive relief) only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. YOU AND AT&T AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL PROCEEDING. Further, unless both you and AT&T agree otherwise, the arbitrator may not consolidate more than one person's or entity's claims and may not otherwise preside over any form of a representative, class, private attorney general, or public injunction proceeding.

If a court (after exhaustion of all appeals) declares unenforceable any of these prohibitions on consolidation or non-individualized relief (such as class, representative, private attorney general, or public injunctive relief), then all other aspects of the case must be arbitrated first. After completing arbitration, the remaining (non-arbitrable) aspects of the case will then be decided by a court.

#### 1.3.2.7 Administration of Coordinated Arbitrations:

If 25 or more claimants submit Notices or seek to file arbitrations raising similar claims and are represented by the same or coordinated counsel (whether such cases are pursued simultaneously or not), all the cases must be resolved in staged proceedings. **You agree to this process even though it may delay the arbitration of your claim.** In the first stage, claimants' counsel and AT&T will each select 25 cases (50 cases total) to be filed in arbitration and resolved individually by different arbitrators. If feasible, the arbitrators will be from the respective claimants' home states. If there are fewer than 50 cases, all will be filed in arbitration. In the meantime, no other cases may be filed or proceed in arbitration, and the AAA must not assess or demand payment of fees for the remaining cases or administer or accept them.

The arbitrators are encouraged to resolve the cases within 120 days of appointment or as swiftly as possible thereafter, consistent with fairness to the parties. After the first stage is completed, the parties must engage in a single mediation of all remaining cases, and AT&T will pay the mediation fee. If the parties cannot agree how to resolve the remaining cases after mediation, they will repeat the process of selecting and filing 50 cases to be resolved individually by different arbitrators, followed by mediation.

If any claims remain after the second stage, the process will be repeated until all claims are resolved, with four differences. First, a total of 100 cases may be filed in the third and later stages. Second, the cases will be randomly selected. Third, arbitrators who decided cases in the first two stages may be appointed in later stages if different arbitrators are not available. Fourth, mediation is optional at the election of counsel for the claimants.

Between stages, counsel will meet and confer regarding ways to improve the efficiency of the staged proceedings, including whether to increase the number of cases filed in each stage. Either party may also negotiate with AAA regarding the amount or timing of AAA fees.

If this subsection applies to a Notice, the Informal Resolution Period for the claims and relief set forth in that Notice will be extended (including the tolling of any applicable statute of limitations or contractual limitations period for the claims and requested relief) until that Notice is selected for a staged proceeding, withdrawn, or otherwise resolved. A court will have the authority to enforce this subsection, including by enjoining the mass filing, the prosecution or administration of arbitrations, or the assessment or collection of AAA fees.

This subsection and each of its requirements are intended to be severable from the rest of this arbitration provision. If, after exhaustion of all appeals, a court decides that the staging process in this subsection is not enforceable, then the cases may be filed in arbitration and the payment of AAA filing, administration, case-management, hearing, and arbitrator fees will be assessed as the arbitrations advance and arbitrators are appointed rather than when the arbitrations are initiated.

#### 1.3.2.8 Future Changes to Arbitration Provision:

Notwithstanding any provision in this Agreement to the contrary, if AT&T makes any future change to this arbitration provision (other than a change to the Notice Address), you may reject any such change by sending us written notice via U.S. Mail within 30 days of the first notice of the change to Legal Department – Revised Arbitration Opt-Out, AT&T, 208 S. Akard, Office #2900.13, Dallas, Texas 75202. Include your name, address, phone number, account number, and a statement personally signed by you that you wish to reject the change to the arbitration provision. By rejecting any future change, you are agreeing that you will arbitrate any dispute between you and AT&T in accordance with the language of this version of the arbitration provision.

#### 1.3.2.9 Puerto Rico Customers:

For Puerto Rico customers, all references to "small claims court" in this arbitration provision should be understood to mean the Puerto Rico Telecommunications Regulatory Board.

### 1.3.3 Forum Selection:

Unless you and AT&T agree otherwise, to the greatest extent permitted by law, the state and federal courts in Dallas, Texas will have exclusive jurisdiction over any disputes (except for disputes brought in small claims court) that are not subject to arbitration or over any action involving the applicability or enforceability of the arbitration provision or any of its parts. You and AT&T consent to the jurisdiction of those courts and waive any objections as to personal jurisdiction or as to the laying of venue in such courts due to inconvenient forum or any other basis or any right to seek to transfer or change venue of any such action to another court.

## 1.4 How We May Contact You

Case 2:24-cv-00757-E D Document 40-5    Filed 12/18/25    Page 62 of 497   PageID 38473

example, outside collection agencies), can contact you regarding your Accounts, your AT&T Services, and additional products and services that we or third parties may offer, using any means or method (including by phone, mail, email, text message (such as SMS/MMS), chat (such as RCS), push notifications, or other medium), as well as by including messages on or inserts with bills for your AT&T Services.

You agree that notices provided to you using any of these methods are considered received by you. You agree to provide accurate, current contact information about yourself, that you have authority to consent to communications to any phone numbers or email addresses you provide, and that you will promptly notify us if your contact information has changed.

You also agree that AT&T and its current and future affiliates, assignees, successors, employees, agents, and others acting or purporting to act on our behalf (for example, outside collection agencies) can at any time send you email or other electronic messages to any phone number or email address associated with your AT&T Services by any means, including an automated system that sends preset messages.

You further agree that any calls or messages sent to numbers or email addresses you provide to AT&T or its current and future affiliates, assignees, successors, employees, agents, and others acting or purporting to act on our behalf (for example, outside collection agencies), or to numbers or email addresses associated with your AT&T Services, may be sent using an automatic telephone dialing system, artificial or prerecorded voices, or other automated dialing equipment such as a predictive dialer, and that you cannot revoke your consent to be contacted in this manner.

**Please review your bill for messages and inserts.** We will send important messages to you through bill messages and/or bill inserts. If you have electronic billing, you are considered to have received these notices once your electronic bill is available for viewing. If you get a paper bill, you are considered to have received these notices three days after we mail the bill to you.

Communications to you may include, but are not limited to, emergency alerts, updates to this Agreement, communications regarding payments or past-due balances, and information concerning promotions regarding any AT&T Services or products or services offered by our third-party partners. You are not required to agree to receive promotional communications to purchase any AT&T Services. **You can unsubscribe from promotional emails, calls, or messages by following the unsubscribe options** in the promotional communication itself or in the AT&T Privacy Notice. For more information about your rights and choices regarding how we communicate with you, visit about.att.com/privacy/privacy-notice.html#privacy-choices.

## 1.5 Termination or Suspension of AT&T Services

You may cancel or terminate any of your AT&T Services at any time. If you cancel an AT&T Service:

- you might lose any discounts you obtained from bundling AT&T Services together;

- if you have an active installment plan for devices or accessories associated with the cancelled AT&T Services, your agreement for that installment plan might specify that your termination of AT&T Service is a default that triggers acceleration of the remaining installment plan payments; and

- some AT&T Services may not work (or work the same way) after the cancellation of a bundled service.

AT&T reserves the right to modify, suspend, or discontinue any function or feature of any AT&T Service, including your rates or charges, or to terminate your AT&T Service entirely, for any reason, including but not limited to:

- compliance with an order by a state or federal agency, court, or arbitrator;

- any interruption or loss of either your or AT&T's rights to access any part of the network facilities required to provide your services, including rights to access the land or buildings where the facilities are located; or

- any Misconduct by you or any user of your AT&T. "Misconduct" includes but is not limited to:

  ○ any conduct that we believe violates this Agreement or AT&T's Acceptable Use Policy;

  ○ any conduct that involves the use of abusive, threatening, or unreasonable conduct toward any of our employees or representatives, whether in person, over the phone, or in writing;

  ○ any abusive, fraudulent, or unlawful use of any AT&T Services;

  ○ providing us with false or misleading information about you, users of your AT&T Services, or use of AT&T Services, including inaccurate information related to your creditworthiness;

  ○ any use of AT&T Services in a manner that negatively affects our or other entities' networks, customers, or operations, or that infringes anyone's intellectual property rights, violates others' privacy, generates spam or abusive messaging or calling, or results in the publication of threatening, offensive, or illegal materials;

  ○ any reselling of AT&T Services (including selling of use of or access to AT&T Services); or

  ○ any failure to make all required payments when due or to maintain sufficient amounts on deposit or pay another form of credit security, as well as any change that we determine creates a risk of non-payment (such as a deterioration in your creditworthiness).

Regardless of the reason or whether you or we terminate your AT&T Services:

- unless required by applicable law, there is no proration of charges and you are still responsible for the full month's payment even if your AT&T Services are terminated before the end of a billing cycle;

- any Account balance or unused portion for the terminated AT&T Service (such as a prepaid service) will not be refunded or credited back;

- your licenses to use any associated software are terminated;

- you are obligated to return any Equipment associated with the terminated AT&T Service (if required by the applicable Service Terms or other agreement); and

- we reserve the right to delete any data, files, or other information associated with you or your AT&T Account or terminated AT&T Services.

In addition, if a term commitment to maintain service or programming for a particular length of time is not met, and either you cancel an AT&T Service or we terminate it for misconduct, you will be subject to any applicable early-termination fee(s) under subsection 1.9.6.

**9**

if your AT&T Service is suspended, you will be responsible for paying any applicable charges for that reactivation.

## 1.6 Disclaimer of Warranties

**You're using AT&T Services at your own risk. Unless expressly set out in this Agreement, AT&T Services are provided on an "as is" and "as available" basis, without warranties or guaranties of any kind. To the greatest extent permitted by law, AT&T (including our past, present, and future parents, subsidiaries, affiliates, related entities, as well as AT&T's and all of those entities' officers, agents, employees, licensors, predecessors in interest, successors, and assigns) expressly disclaims all warranties of any kind, whether oral, express, implied, or statutory, including but not limited to the implied warranties of title, merchantability, fitness for a particular purpose, non-infringement, and any warranties implied by a course of performance, course of dealing, or usage of trade.** No one is authorized to make warranties on our behalf. We do not guarantee that AT&T Services will meet your requirements, be of a particular quality or speed, or will be uninterrupted, accurate, secure, maintained, and kept free from viruses or other harmful components. There is no security or protection guarantee against unauthorized access to your AT&T Services, personal information, or AT&T Account. We do not guarantee that AT&T Services are suitable for use in situations in which absolutely accurate data transmission or security is required or that could result in personal injury, property damage, or financial loss. We also do not guarantee that AT&T Services will be interoperable with your hardware or software and that incompatibility won't lead to damage or loss of data.

## 1.7 Limitations of Liability

You agree that:

- AT&T is not an insurer of AT&T Services, nor can it insure the accuracy of your information or the privacy or security of your AT&T Accounts;

- AT&T has no control over the acts and conduct of third parties;

- AT&T is not responsible for losses incurred as a result of your or a third-party's use of your AT&T wireless number or other AT&T Service as a source of authentication or verification in connection with any social media, email, financial, cryptocurrency or other account;

**To the greatest extent permitted by law, AT&T is not liable for any reason to you, or any user or beneficiary of AT&T Services, for any indirect, incidental, special, consequential, treble, punitive, or exemplary damages**, including but not limited to damages for personal injury; property damage; or loss of revenue, profits, business, goodwill, use, data, or other tangible or intangible losses (even if we've been told of the possibility of those damages) resulting from, for example:

- use of AT&T Services (which includes equipment, software, and inside or outside wiring);

- the performance or nonperformance of AT&T Services;

- the actions or inaction of AT&T or its agents with respect to the provision or delivery of any AT&T Services or that relate to your AT&T Account or our relationship with you;

- any action of a third-party, such as unauthorized access to your AT&T Accounts or AT&T Services (including the use of your AT&T Accounts or AT&T Services to access a third-party account); or

- any alleged actions or representations, statements, promises, or agreements by AT&T that are not expressly set forth in this Agreement regarding the use, performance, suitability, safety, reliability, security, or any other aspect or attribute of AT&T Services;

To the greatest extent permitted by law, **AT&T is not liable to you for any damages of any kind** resulting in any way from:

- the installation, maintenance, removal, or technical support of AT&T Services, **even if the damage results from the ordinary negligence of our installer or other representative**;

- any unauthorized access to your AT&T Accounts or AT&T Services (including the use of your AT&T Accounts or AT&T Services to access a third-party account), **even if the unauthorized access was the result of ordinary negligence by an AT&T employee, representative, agent, or any person or entity purporting to act on AT&T's behalf**;

- any inability to reach 911 or other emergency services, any alleged interference with alarm or medical monitoring signals, or any failure of alarm or medical monitoring signals to reach their intended monitoring stations;

- the use, inability to use, or the lack of interoperability between AT&T Services and any third-party hardware, software, or service, even if charges for the third-party hardware, software, or service appear on your AT&T bill;

- the loss of your information, such as missed or deleted voicemails, text messages, emails, pictures, or files; or

- any interruption, error, limitation, delay in any AT&T Service, or any other problem caused, in whole or in part, by you or something outside of our control, including, but not limited to, environmental conditions, emergency conditions, power or network outages, transmission errors, equipment damage or repairs, limits in system capacity, unavailability of radio frequency channels, governmental actions, labor disputes, riots, terrorism, or the acts of third parties.

To the greatest extent permitted by law, **our total liability to you (under any legal theory) is a credit or refund that must not exceed the total amount of charges you paid us for the applicable AT&T Service during the shorter of (i) the preceding 24-month period or (ii) the period in which you experienced the issue giving rise to your claims.** If you are disputing a charge on your bill, Section 1.10 requires you either to notify customer service or submit a Notice of Dispute within 180 days of the bill date.

To the greatest extent permitted by law, **you must commence any legal action, whether by filing a lawsuit in small claims court or by filing a demand for arbitration, within two years of the date of the event or facts giving rise to the dispute or you waive the right to pursue that claim** (this contractual limitations period is tolled by the submission of a valid Notice of Dispute under subsection 1.3 of this Agreement).

Each of the limitations of liability in this Agreement will apply to claims you bring against third parties to the extent that we would be required to indemnify that third-party. If applicable law prohibits a limitation in this Agreement, all other limitations will apply to the greatest extent permitted by law. References in Section 1.7 to "AT&T" and "we" include our past, present, and future parents, subsidiaries, affiliates, and related entities, as well as AT&T's and all of those entities' officers, agents, employees, licensors, predecessors in interest, successors, and assigns.

## 1.8 Indemnification

To the fullest extent allowed by applicable law, you agree to release, hold harmless, indemnify, and defend AT&T (including our past, present, and future parents, subsidiaries, affiliates, and related entities, as well as AT&T's and all of those entities' officers, agents, employees, licensors, predecessors in interest, successors, and assigns) from any and all claims of any person or entity for damages, fines, penalties, or expenses of any nature arising out of or relating to, directly or indirectly:

- your or your Authorized Users' access to, use of, or inability to access or use any AT&T Service;

- any violation by you or your Authorized Users of this Agreement;

- your or your Authorized Users' violation of law (including negligence, willful misconduct, and infringement of anyone's intellectual property rights); or

- any other claim, demand, action, or complaint by any person or entity claiming by or through you or your Authorized Users that in any way arises out of or relates to this Agreement or any AT&T Service.

## 1.9 Charges and Payments

### 1.9.1 Credit Check:

By applying for or using AT&T Services, you're giving us permission to obtain your credit information from consumer credit reporting agencies at any time and for any reason. We also may share information about your credit with AT&T's current and future affiliates, assignees, successors, employees, agents, and others acting or purporting to act on our behalf at any time and for any reason. We may refuse to provide AT&T Services or require an advance payment, a nonrefundable payment, or other form of credit requirement if we determine that you may be a credit risk due to (1) your credit rating; (2) insufficient credit history; (3) previous late payments, suspension, disconnection or restoral of service; or (4) fraudulent or abusive use of any AT&T Services within the last five years. We will not pay interest on advance payments or deposits unless required by law. We may, however, require special payment terms, such as additional advance payments or deposits, if we determine that the initial payment was inadequate. We may establish limits and restrict AT&T Services or features as we deem appropriate. And we may immediately interrupt or suspend AT&T Services until your balance is brought below the limit we set for you. Any charges you incur in excess of your limit become immediately due. Upon determination solely by us of satisfactory payment history or as required by law, we may begin refunding deposits through bill credits or cash payments or as otherwise determined solely by us. If you are delinquent in any payment to us, you also authorize us to report any late payment or nonpayment to credit reporting agencies.

### 1.9.2 Billing:

**Different AT&T Services bill in different ways.** Please see the Service Terms for each AT&T Service for details and applicable fees and charges. In addition, you agree to pay your amounts due in full each billing cycle (usually once every 30 days): (1) the then-current monthly charges for your AT&T Services; (2) any applicable charges for equipment required for AT&T Services; (3) activation fees, connection, or installation charges, if any; (4) late fees and AT&T Service restoral fees, if any; (5) AT&T fees and other AT&T charges disclosed in the Service Terms; (6) charges for third-party content or services purchased or ordered using your AT&T Services or equipment; and (7) any applicable taxes and fees that AT&T pays to municipalities and other governmental entities and may pass on to you, regardless of whether applicable law assesses them on you or us. You are responsible for paying all charges specified in this Agreement, including charges incurred by any person who gains access to your AT&T Services or equipment, even if you did not authorize the charges. Please note that billing will begin as soon as your AT&T Service is provisioned or activated for you, even if you have not used it or installed it.

### 1.9.3 Late-Payment Charge and Dishonored Check Fee:

You agree that, for each bill not paid in full by the payment due date, we may assess a late-payment charge (subject to applicable law and except as expressly agreed in writing). Our acceptance of late or partial payments (even if marked "Paid in Full") won't waive any of our rights to demand payment of the full amount due. You will also be charged a fee for each and any check or other forms of payment made (including credit card charge-backs) that are returned unpaid for any reason (subject to applicable law and except as expressly agreed in writing).

### 1.9.4 Collections:

If you don't pay your bill in full and on time, you agree that you may be subject to collections either by us or a third-party collections agency. To the extent permitted by law, you must pay us any costs and fees, including attorneys' fees, we reasonably incur to collect amounts you owe us. Subject to applicable law, you agree that we're not responsible or liable for any negative consequences that may arise as a result of our reporting your Account, payment information, or history to any third-party credit reporting or collections agency.

### 1.9.5 Autopay:

If you enroll in an automatic credit card billing, automatic payment, or electronic funds transfer plan, you authorize us or our agent to charge or place holds on the credit or debit card or financial institution account number you provide to us, without requiring a signed receipt. You certify you are the owner of the payment method, authorize us to store this information, and authorize us to automatically charge the amount of your monthly bill(s) each month on the date indicated on your monthly bill, and to charge any amounts outstanding if you cancel AT&T Service. If you were required to provide a credit card when you started an AT&T Service, you also authorize us to charge that card (in lieu of your autopay card, if different) for any amounts outstanding if you cancel AT&T Service. You agree to provide us with updated credit or debit card or bank account information when needed by calling the customer care number on your bill or online at att.com/myatt. You acknowledge that, if your card-issuing bank participates in a card updater program and unless you opt out of this service, your bank may provide us with updated card numbers and expiration dates, and we will update our files with this information and continue to charge your card. You agree that we're not responsible for any insufficient funds or other charges you might incur as a result of any attempts to charge or place holds on your credit or debit card or to transfer funds. When payment is made by credit or debit card, payment will also be subject to the terms and conditions established by the credit or debit card issuer. If charges cannot be processed through your credit or debit card, or if your bank draft or electronic funds transfer is returned for insufficient funds, we may charge you an additional fee.

**on your bill or online at** att.com/myatt. If you do so, you may lose certain promotions or discounts. You also should contact your card issuer or financial institution to advise that you have cancelled your enrollment.

**1.9.6 Early Termination Fee:**

Your Customer Service Summary, order confirmation, or applicable fee schedule for your AT&T Service may include a minimum period in which you must maintain service on an eligible plan ("Service Commitment") or maintain certain programming ("Programming Commitment"). If you do not meet that commitment, you agree to pay an early termination fee. That fee is not a penalty, but rather is an alternative means for you to perform your obligations under the Agreement that partially compensates us for the fact that the Service Commitment or Programming Commitment on which your monthly rate is based was not completed.

**1.9.7 Application of Credits:**

Any amounts refunded in the form of bill credits, cash payments, or any other form will include all applicable taxes, fees and surcharges that were originally paid on such amounts. Credit amounts, such as customer loyalty rewards, that do not represent a refund of, or a discount to, the price paid for any good or AT&T Service will not result in the refund of any tax, fee, or surcharge you previously paid.

**1.9.8 Business or Government Benefits:**

You may receive or be eligible for certain discounts, credits, promotions, and other benefits ("Benefits") through a business or government customer's agreement with us ("Business Agreement") or if you are otherwise eligible to participate in our military/government discount or benefit programs. All such Benefits are provided to you solely as a result of the corresponding Business Agreement or at our discretion and may be modified or terminated without notice. You may also be eligible for certain additional rate plans and/or other Services. For Wireless Services, please see att.com/iru-additional-terms for additional terms.

If a business or government entity pays your charges or is otherwise liable for the charges, you authorize us to share your Account information with it or its authorized agents. If you use Service(s) and/or receive certain Benefits pursuant to or arising from a Business Agreement with us, but you're liable for your own charges, then you authorize us to share enough Account information with your business or government entity, or its authorized agents, to verify your continuing eligibility for those Services or Benefits. You also agree we may contact you to confirm your continued eligibility for the Services and/or Benefits.

You may receive Benefits because of your agreement to have the charges for your Services, billed by a company affiliated with AT&T ("Joint Billing") or because you subscribe to certain services provided by an affiliate. If you cancel Joint Billing or the service from the affiliate, your rates will be adjusted without notice to a rate plan for which you qualify.

Benefits may vary and are subject to the corresponding Business Agreement and ongoing eligibility/enrollment criteria, which we may verify or audit in our discretion. FirstNet individual users must also satisfy the eligibility criteria for FirstNet service and will be subject to re-verification of eligibility from time-to-time.

## 1.10 Questions or Disputes Regarding Charges

If you believe that there's something wrong with your bill, please contact customer service as soon as possible. If you're not satisfied with customer service's resolution, you may send us a Notice of Dispute pursuant to subsection 1.3.

**If you have a billing dispute, you have 180 days from the date of the bill either to notify customer service or submit a Notice of Dispute. Otherwise, you'll have waived your rights to dispute the bill and to participate in any legal action raising that dispute. This limitations period does not apply in any state in which this contractual notice provision is prohibited.**

## 1.11 Privacy

**1.11.1 Privacy Notice:**

We take your privacy seriously. For more information about how we collect, use, and protect your personal information, including your location information, please see the AT&T Privacy Notice located at att.com/privacy. FirstNet individual users should review the FirstNet Privacy Notice at firstnet.com.

**1.11.2 Use by Children:**

Children under the age of 13 should not be permitted to access AT&T Services unless allowed by an Account holder who is their legal guardian. By permitting a child to access an AT&T Service, you are giving your child access to all features (such as email, texts, and device applications), the internet, and a broad range of third-party content. It is your sole responsibility to determine whether the features are appropriate for a minor.

AT&T is not responsible for any content accessed by you or minors. In addition, AT&T does not guarantee the accuracy of any access controls available from AT&T, and you agree that you will not hold us liable for any loss or damage of any kind incurred as a result of the use of any such access controls.

## 1.12 Governing Law

The law of the state in which we currently provide you with AT&T Services (or, for wireless service, the state of your current billing address or current address of record) governs this Agreement, except to the extent that law is preempted by or inconsistent with applicable federal law.

## 1.13 End User Licensing Terms

**12**

vendors, your use of the Software is subject to this Agreement and any End User License Agreement ("EULA") for the Software.

### 1.13.1 Definition of Software:

The term "Software" means the following: (a) any application related to the Services or this Agreement, including, without limitation, any software code, scripts, interfaces, graphics, displays, text, documentation, and other components; (b) any updates, modifications, or enhancements to it; and (c) any specific AT&T or vendor web site to which the Software directs you via any browser.

### 1.13.2 License Grant:

We (or for vendors' Software, the vendor) remain the owner of the Software, which isn't being sold to you. So long as you comply with the terms of this Agreement and any EULA provided with the Software, AT&T grants you a revocable, nonexclusive, nontransferable, limited right to install and use the Software on a single computer or device that you own and control and to access and use the Software on such device. We're not responsible for any material or content that you transmit, store, delete, record, or play using the Software.

### 1.13.3 Restrictions on Use:

You may use the Software only in strict adherence to the terms of this Agreement, the EULA, and the terms of any other agreements associated with your device. You may not: (a) decompile, reverse engineer, disassemble, attempt to derive the source code or decrypt the Software; (b) make any modification, adaptation, improvement, enhancement, translation, or derivative work from the Software; (c) violate any applicable laws, rules, or regulations in connection with your access or use of the Software; (d) remove, alter, or obscure any proprietary notice (including any notice of copyright or trademark) of AT&T, its suppliers, or the licensors of the Software; (e) other than resale by an AT&T-authorized reseller, use the Software for any revenue-generating endeavor or commercial enterprise other than the use of this Software to participate in our Services; (f) use the Software for creating a product, Service, or software that is, directly or indirectly, competitive with or in any way a substitute for any Services, product, or software offered by us; (g) use the Software to send automated queries to any web site or to send any unsolicited commercial email; or (h) use any proprietary information or interfaces of AT&T or other intellectual property of AT&T in the design, development, manufacture, licensing, or distribution of any applications, accessories, or devices for use with the Software.

### 1.13.4 Export Limits:

None of the Software or underlying information or technology may be downloaded or otherwise exported or re-exported: (a) into (or to a national or resident of) any country to which the United States has embargoed goods; or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Deny Orders. The Software and any underlying technology may not be exported outside the United States or to any foreign entity or "foreign person" as defined by U.S. government regulations, including without limitation, anyone who is not a citizen, national, or lawful permanent resident of the United States.

## 1.14 Intellectual Property Rights

### 1.14.1 AT&T IP:

You agree that Software, AT&T Services, and AT&T equipment ("AT&T IP") are protected by trademark, copyright, patent and intellectual property laws, and/or international treaty provisions. You also agree that the source and object code of AT&T IP and the format, directories, queries, algorithms, structure, and organization of AT&T IP are the intellectual property and proprietary and confidential information of AT&T, its suppliers, and its licensors. Except as expressly stated in this Agreement, you are not granted any intellectual property rights in or to AT&T IP by implication, estoppel, or other legal theory, and all rights in and to AT&T IP not expressly granted in this Agreement are hereby reserved and retained by us. Nor do you have any intellectual or other property rights in any information that we provide or use to deliver AT&T Services, such as any Account or phone numbers or email addresses assigned to you.

### 1.14.2 Third-Party Software:

AT&T IP may utilize or include third-party software that is subject to open source and third-party license terms ("Third-Party Software"). You acknowledge and agree that your right to use such Third-Party Software as part of the Services is subject to and is governed by the terms and conditions of the open source or third-party license applicable to such Third-Party Software, including, without limitation, any applicable acknowledgements, license terms, and disclaimers contained therein ("Third-Party Software Notices") and including all posted changes to Third-Party Software Notices. In the event of a conflict between the terms of this Agreement and the terms of those licenses, the terms of those licenses will control your use of the relevant Third-Party Software. In no event will the Application or components thereof be deemed to be "open source" or "publicly available" software. You agree that your use of AT&T IP is subject to the terms of all Third-Party Software Notices.

### 1.14.3 AT&T Marks:

You agree that the AT&T names and their related logos and all related product and service names, design marks, and slogans are trademarks and service marks owned by and used under license from AT&T (the "AT&T Marks"). You are not authorized to use the AT&T Marks in any advertising, publicity, or in any other commercial manner without the prior written consent of AT&T, which may be withheld for any or no reason.

### 1.14.4 Copyright Infringement and Digital Millennium Copyright Act:

AT&T respects the intellectual property rights of others. If you believe that your work has been copied and has been posted, stored, or transmitted in connection with AT&T Services in a way that constitutes copyright infringement, in accordance with the Digital Millennium Copyright Act ("DMCA"), please tell us by providing the information listed at att.com/legal/terms.dmca.html to our Copyright Agent for notice of claims of copyright infringement to copyright@att.com. For more information about AT&T's copyright protection practices under the DMCA and for information on how to contact our DMCA agent, please refer to att.com/legal/terms.dmca.html.

### 1.14.5 Copyright Infringement Program:

communications services pursuant to 17 U.S.C. § 512(a). For more information on the AT&T CIP, please visit copyright.att.net.

Under the AT&T CIP, content owners may submit notifications to us of alleged copyright infringement. If a content owner or its authorized agent submits an infringement notice identifying an IP address that we can, with reasonable efforts, trace to a particular and identifiable AT&T subscriber as of the date and time identified in the notice, we will forward a copyright alert to the contact information on file for the subscriber Account, advising the Account holder of the allegation and providing information about online copyright infringement.

If you receive a copyright alert, it is your responsibility to take immediate action to check your internet connected devices and your local network to ensure that you don't generate additional copyright infringement notices. If we continue to receive copyright infringement notices that are traceable to an IP address associated with your Account, we may take further action consistent with 17 U.S.C. § 512(i), which may ultimately result in termination of your AT&T Services.

The Account holders' personally identifiable information is protected throughout this process. We will not provide such information to content owners unless required to do so by court order. For more information about AT&T's Copyright Infringement Program, please go to: copyright.att.net.

Our policies may be periodically revised. By using the AT&T Services, you agree that we have the right, but not the obligation, to challenge on your behalf the legitimacy of any notification of copyright infringement which we receive, and you agree to grant us such limited authority as may be necessary to allow for such a challenge.

## 1.15 Information, Content, Services, And Applications Provided By Third Parties

WE ARE NOT A PUBLISHER OF THIRD-PARTY INFORMATION, APPLICATIONS, SERVICES, OR OTHER CONTENT AND WE ARE NOT RESPONSIBLE FOR ANY OPINIONS, ADVICE, STATEMENTS, OTHER INFORMATION, SERVICES, OR GOODS PROVIDED BY THIRD PARTIES. AT&T, its service providers, and its suppliers—in providing information, services, applications, content, or products—do not underwrite, or assume your risk in any manner whatsoever. You agree that your use of third-party information, applications, services, content, or products is at your own risk, for which we're neither responsible nor warrant their safety, quality, or appropriateness and we do not provide customer service, repairs, or other support.

Third-party content or service providers may impose additional charges. Any information you provide to third parties is governed by their policies or terms.

Some services give you the ability to access, view, listen to, interact with, record, and/or store third-party audio and visual content ("Third-Party Content"). You understand that we don't guarantee the access to or availability of any particular Third-Party Content, or the length of time any particular Third-Party Content may remain available. You also understand that Third-Party Content is the copyrighted material of the third-party that supplies it, is protected by copyright and other applicable laws, and may not be reproduced, published, broadcast, rewritten, or redistributed without the written permission of the third-party that supplied it, except to the extent allowed under the "fair use" provisions of the U.S. copyright laws or comparable provisions of foreign laws. You agree that we will have no liability to you, or to anyone else who uses your AT&T Account or your AT&T services, with regard to any Third-Party Content.

We reserve the right in our sole discretion to restrict or deny access to any Third-Party Content or other third-party information, application, services, or products.

## 1.16 Assignment and Third Parties

### 1.16.1 Assignment:

We may assign this Agreement or parts of this Agreement to any third party without your consent and without notice to you, but you cannot assign the Agreement or any rights or legal claims arising from it without our prior written permission. Upon any assignment of this Agreement by AT&T, all references in this Agreement to "AT&T" "we," "us," or "our" shall refer solely to the assignee of this Agreement and shall no longer refer to AT&T or its affiliates. From the date of an assignment by AT&T, we will no longer be your service provider and the assignee shall be responsible for providing your services. You acknowledge and agree that AT&T will have no liability or obligation to you if this Agreement is assigned by AT&T, and your recourse for any liabilities or obligations will be solely limited to the assignee of this Agreement.

### 1.16.2 Third parties:

Except as stated in this Agreement, anyone who uses or benefits from your AT&T Services is not a third-party beneficiary who can enforce this Agreement against you, us, or anyone else.

## 1.17 About this Agreement

### 1.17.1 Your Ability to Contract:

By agreeing, acknowledging, or signing any agreement or terms and conditions or otherwise activating, using, or paying for any AT&T Service – which constitutes acceptance of this Agreement – you're confirming that you're over the age of majority and have the capacity to enter into binding contracts. In addition, if you're using AT&T Services on behalf of any entity, such as a corporation or other organization, you're accepting this Agreement on that entity's behalf. If that entity has separately entered into a business agreement with us, those business terms control.

### 1.17.2 Changes to Agreement:

We may add, modify, or delete any terms, conditions, rates, or fees for any AT&T Service at any time. We will provide you with notice of changes that are materially adverse to you (this does not include changes in fees or surcharges imposed by the government and passed onto you or changes to rates, fees, or surcharges within limits set forth in this Agreement or any incorporated documents) by email, bill insert or message, text or other message, posting on the website for your AT&T Service, mail, or other method we deem practicable. We also may provide you with notice of non-material changes in our sole discretion. Your continued use or payment for AT&T Services after the effective date of the change means you have accepted the change. If we notify you of a materially adverse change concerning an AT&T Service during your Service or Programming Commitment, and if you don't accept the change, you must cancel the AT&T Service within 14 days of the notice to avoid an early termination fee, if applicable. Continued use of the AT&T Service is your acceptance of any changes.

**14**

### 1.17.3 Conflicting Terms

This Agreement supersedes any prior agreement between us regarding your AT&T Services. In the event of a conflict between this Agreement and an applicable EULA, this Agreement controls unless the EULA specifically states otherwise. The English version of this Agreement is the original one. If there is a conflict between it and any translated version, the English version controls.

### 1.17.4 Severability:

If any provision of this Agreement is found to be unenforceable, **the remaining provisions will remain in full force and effect.**

### 1.17.5 Survival:

Although you or we can terminate this Agreement, some terms will continue to apply after termination. These terms include, but are not limited to, the provisions regarding dispute resolution (subsection 1.3), disclaimer of warranties (subsection 1.6), limitations of liability (subsection 1.7), indemnification (subsection 1.8), and governing law (subsection 1.12).

### 1.17.6 Entire Agreement:

This Agreement constitutes our entire agreement and supersedes any prior or contemporaneous agreements or understandings between us, either written or oral. This integration clause means that, to the greatest extent permitted by applicable law, you cannot rely on marketing materials or statements or promises by our employees or agents to modify the terms of this Agreement.

### 1.17.7 Operational Limits/Force Majeure:

Our ability to provide AT&T Services to you is subject to the availability and the operational limitations of the equipment and associated facilities, including third-party networks that AT&T does not control. You understand and agree that temporary interruptions or delays of AT&T Services may occur, and that AT&T is not liable for them. In addition, we aren't responsible for interruptions or delays caused by events outside our control, such as war, acts or threats of terrorism, civil disorder, labor strikes or disruptions, natural disasters (including fires, floods, earthquakes, and severe weather), medical epidemics, pandemics or outbreaks, destruction of network facilities or transportation infrastructure, or any other events beyond our reasonable control.

### 1.17.8 Non-Waiver of Rights:

We may decide not to enforce rights or remedies under this Agreement in specific instances. That decision is not a waiver of any of our rights or remedies.

### 1.17.9 AT&T Guarantee:

Notwithstanding the disclaimers or limitations set forth in Sections 1.6 or 1.7, AT&T may elect to grant Customer benefits for AT&T Service as outlined in the AT&T Guarantee program, which may be updated from time to time: See att.com/guarantee and att.com/businessguarantee for additional details.

# 2.0
# AT&T Wireless Service Terms

AT&T wireless service, including FirstNet individual users' wireless service ("Wireless Service"), is provided by AT&T Mobility LLC, acting on behalf of its FCC-licensed affiliates or AT&T's assignee or successor ("AT&T" or "us" in these Wireless Service Terms).

Section 2 contains terms applicable to all AT&T Wireless Services. Section 3 contains supplemental terms for AT&T PREPAID Wireless Service and Section 4 contains supplemental terms for DataConnect/Session-based Wireless plans. If terms in Section 2 conflict with terms in either Section 3 or 4, the terms in Section 3 or 4 will control.

For questions about Wireless Service, please call 800.331.0500 for postpaid service and 800.901.9878 for prepaid service.

## 2.1 Wireless Service Agreement

Your Wireless Service Agreement includes the following:

- Your Customer Service Summary;
- Your Wireless Service terms and conditions found in the brochures that are available in the retail store and online at att.com/plans/wireless at the time of your purchase; and
- Additional terms and conditions that apply to your use of AT&T apps, features and services, which are available in the app, on your Device and online at att.com/appterms or the associated service page at att.com.

AT&T's wireless network may provide broadband access to the internet. For more information about how AT&T helps transmit information to points on the internet and how we manage our network, please see att.com/broadbandinfo. The information provided on the broadband information page is not part of your Agreement.

## 2.2 Wireless Service Description

Your Wireless Service includes:

you exceed your rate plan's monthly usage allotment; pay-per-use rates; and your coverage area. Unless specified otherwise in your rate plan terms, any unused allotment of voice, messaging and data services, from one billing cycle will not carry over to any other billing cycle.

- Any optional features and services you add to any line on your Account, which may be subject to additional charges and terms and conditions.

Unless otherwise specified in your rate plan, your Wireless Service does not include—and additional charges may apply for use of—other carriers' networks in the U.S. or while traveling internationally.

AT&T Wireless Service may be used with: (a) a mobile device that contains a SIM that is assigned to your Account or (b) a device that is designed and purchased for use exclusively on AT&T's network (referred to in the Wireless Service Terms interchangeably as "Device" or "Equipment").

### 2.2.1 Voice Service:

If your rate plan includes voice service, subject to the limitations in this Agreement, you can make and receive calls within your rate plan's coverage area ("Voice Service"). Additional charges may apply for Voice Service used outside your rate plan's coverage area.

### 2.2.2 Messaging Service:

If your rate plan includes the ability to send and receive AT&T text (SMS), pictures or video (MMS), and/or Advanced Messaging (RCS) chat messages (collectively "Messages"), subject to the limitations in this Agreement, you will be able to receive and send such messages ("Messaging Service"). Apps that use other messaging protocols and over the top third-party messaging apps may incur data charges. Messages sent from or received on tablets, laptops, smart watches, or other connected devices are treated as data usage, not messages. AT&T does not guarantee delivery of messages. Messages, including downloaded content, not delivered within 72 hours will be deleted and no longer available. AT&T reserves the right to change this delivery period as needed without notification.

Advanced Messaging will not work if messaging or data has been blocked on your line. For more information on Advanced Messaging, visit att.com/advancedmessaging. Maximum limits on group message size apply depending on device mix and capabilities. MMS and SMS Messaging Service and data plan may need to be provisioned on an account in order to use Messaging. Some elements of Messages may not be accessible, viewable, or heard due to limitations on certain wireless devices. AT&T reserves the right to change the Message size limit at any time without notification. Text message notifications may be sent to non-Picture/Video Messaging subscribers if they subscribe to Text Messaging. You may receive unsolicited messages from third parties as a result of visiting internet sites.

### 2.2.3 Data Service:

If your rate plan includes data, subject to the limitations in this Agreement, you will be able to browse the internet and access wireless services, content and apps, including those that enable sending and receiving of emails, use of GPS navigation, streaming of video, and other customary mobile internet-enabled capabilities ("Data Service"). Services provided via the Data Service may be provided by AT&T or its affiliates, assignees, successors, or by third parties subject to service-specific terms and conditions.

### 2.2.4 AT&T Wi-Fi Service:

If you have a qualified rate plan and a Wi-Fi capable device, AT&T W-Fi Service in the U.S. may be available to you at no additional charge and your device may auto-authenticate at AT&T Wi-Fi Service locations. Use of AT&T Wi-Fi Service in the U.S. is subject to the Wi-Fi Terms of Service ("Wi-Fi Terms") found at att.com/legal/terms.wiFiServices.html. If you auto-authenticate at our Wi-Fi Service locations, your use may be subject to the Wi-Fi Terms and the URL filtering choices of the location owner or operator. Auto-authentication can be disabled on your device, e.g., by turning off Wi-Fi. Certain information about you or your Device may be collected when you use AT&T's Wi-Fi Service. (Note that AT&T Wi-Fi Service is for Wireless customers; home networking Wi-Fi for Internet Service customers is subject instead to the terms in subsection 6.2.4.)

### 2.2.5 Caller ID:

Your caller identification ("Caller ID") information (such as your name and phone number) may be displayed on the Device or bill of the person receiving your call; technical limitations may, in some circumstances, prevent you from blocking the transmission of Caller ID information. Contact customer service for information on blocking the display of your name and number. Caller ID blocking may not be available when using Data Services. If applicable to your rate plan and Device, an in-coming call identification feature may apply that will notify of in-coming calls and that may apply generic labels such as telemarketing, suspected spam, and/or suspected fraud to some of those calls.

## 2.3 Where can I use my Wireless Service?

To activate and maintain your Wireless Service you must have a U.S. mailing address and live within AT&T's, its assignee's or its successor's owned and operated network coverage area. Our coverage maps can be found at att.com/coverageviewer. There are gaps in coverage maps, which, by their nature, are only approximations of actual coverage. Please be aware that even within your coverage area many things can affect the availability and quality of your Wireless Service, including, but not limited to, network capacity, your Device, your rate plan, terrain, buildings, foliage and weather. Wireless Service or particular wireless technologies (such as 5G) will not be available in all areas at all times.

We utilize different network technologies in our wireless network and not all Devices work on all wireless technologies. We do not guarantee that you will receive any specific network capability at any given time, including any particular network speed. Actual network speeds depend upon device characteristics, network technology, availability, coverage, tasks, file characteristics, applications and other factors.

Wireless Service may be interrupted, delayed, or otherwise limited for a variety of reasons, including environmental conditions, unavailability of radio frequency channels, system capacity, network management, priority access by National Security and Emergency Preparedness personnel in the event of a disaster or emergency, coordination with other systems, equipment modifications and repairs, and problems with the facilities of interconnecting carriers.

## 2.4 Service Activation and Term Commitment

### 2.4.1 Establishing Service and Service Term:

To establish Wireless Service, you may have been required to provide a credit card. You may use this or another credit or debit card to establish recurring payments. See Section 2.35 regarding payment upon cancellation. These Wireless Service Terms begin on the day we activate your Wireless Service and continue through termination of your Wireless Service for any reason.

### 2.4.2 Term Commitment:

If you have agreed to a Service Commitment, you are required to maintain Wireless Service on an eligible plan for the Service Commitment period. Once you complete your Service Commitment, your contract for Wireless Service will continue on a month-to-month basis and automatically renews unless you cancel it or your Wireless Service is otherwise terminated. If you do not have a Service Commitment (for example, you purchase your Device from us at full retail price, under an installment plan, or bring your own Device), your Service is provided on a month-to-month basis and automatically renews unless cancelled or terminated. See att.com/howtocancel for details on how to cancel.

### 2.4.3 Device Activation:

You agree to activate Wireless Service on the Device within seven (7) days of the purchase or shipment date, whichever is later. If your Device is not activated by you, for post-paid Wireless Service, we may activate the Device for you within a month of shipping and your monthly recurring charges, and any applicable Service Commitment, will begin.

### 2.4.4 Early Termination Fee ("ETF"):

If you terminate your Agreement before completion of your Service Commitment, you agree to pay an ETF unless the ETF is waived by subsection 2.4.5. The ETF amount will be an amount up to your purchase price and will reduce each full month of your Service Commitment that you complete. For details, see att.com/equipmentETF.

### 2.4.5 Your Termination Rights and Ability to Change Wireless Service:

You can cancel any individual line of Wireless Service on your Account or your whole Account at any time. You must pay all amounts owed for Wireless Service used prior to cancellation including applicable taxes, surcharges, AT&T fees, and other fees. Authorized agents may charge additional fees. If you cancel your Wireless Service within the first 3 days of activation, we will refund your activation fee, if applicable. If you have a Service Commitment, you can cancel Wireless Service within 14 days of activation by returning the Device you purchased, and you will not be required to pay an ETF. Your Device must be in like-new condition with original packaging to be eligible for return. See att.com/returns for details. AT&T also may charge you a restocking fee for any returns. If you cancel prior to end of your billing period, your monthly Wireless Service charges are not refunded or prorated.

You also can change your Wireless Service at any time, but the Wireless Service available to you depends on your Device. Your Device may require certain Wireless Service, for example, smartphone users must have a rate plan that includes both voice and data.

## 2.5 Prohibited Uses of Wireless Services

Our wireless network is a shared resource, which we manage for the benefit of all of our customers. To ensure the activities of some users do not impair the ability of all our customers to have access to reliable services provided at reasonable costs, we forbid certain activities and uses ("Prohibited Network Uses"). We may take any and all reasonable actions necessary to prevent and stop Prohibited Network Uses or any other violation of AT&T's Acceptable Use Policy. Prohibited Network Uses include use of AT&T Wireless Service that, in AT&T's sole discretion:

- hinders other customers' access to the wireless network;

- involves a mechanism that is used to originate, amplify, enhance, retransmit or generate a radio frequency signal without our permission;

- negatively affects our network or compromises network security or capacity;

- excessively and disproportionately contributes to network congestion;

- adversely impacts network service levels or legitimate data flows;

- degrades network performance;

- causes harm to other customers;

- tethers a wireless Device to a computing or internet of things ("IOT") device if you have not subscribed to a rate plan with a tethering feature;

- tethers a wireless Device to a home gateway or router as an Internet backup unless the home gateway or router allows AT&T to actively manage wireless traffic volumes originating at the gateway or router to prevent network congestion;

- uses any Device for Wireless Service with an ineligible rate plan;

- constitutes the reselling of any Wireless Service; or

- is excessive or unreasonable.

### 2.5.1 Examples of Prohibited Network Uses of Voice Service:

Our unlimited Voice Service is provided primarily for live dialogue between individuals. If your use of unlimited Voice Service for call forwarding, conference calling or purposes other than live dialogue between individuals exceeds 1,000 minutes per month, AT&T may terminate your Service or change you to a rate plan with no unlimited voice usage components. Our unlimited Voice Service may not be used for any other commercial purposes, including, but not limited to: (1) maintaining an

recorded materials; or (4) telemarketing.

### 2.5.2 Examples of Prohibited Network Uses of Messaging Service:

Our Messaging Services are provided solely for communication between, and/or initiated by, individuals for personal use. You may not use Messaging Services for commercial purposes, including, but not limited to: (1) sending unsolicited, unauthorized, spam, or other unwanted messages (whether SMS, MMS, RCS, or other); (2) sending or receiving unusually high numbers of messages or messages not originated on your Device; or (3) reselling or transferring messaging capabilities. See the Acceptable Use Policy (located at att.com/legal/terms.aup.html) for more information. We may terminate or restrict your Messaging Service for tethered messaging, excessive use, or misuse.

### 2.5.3 Examples of Prohibited Network Uses of Data Service:

Unless otherwise permitted by AT&T in this Agreement, Data Service may not be used in any manner that: defeats, obstructs, penetrates, or attempts to defeat, obstruct, or penetrate, the security measures of AT&T's wireless network or systems, or another entity's network or systems; accesses, or attempts to access without authority, the accounts of others; or adversely affects the ability of other people or systems to use either AT&T's Wireless Services or other parties' internet-based resources. For example, this prohibition includes, but is not limited to: malicious software or "malware" that is designed, intentionally or unintentionally, to infiltrate a network or computer system such as spyware, worms, Trojan horses, rootkits, and/or crimeware; "denial of service" attacks against a network host or individual user; and "spam" or unsolicited commercial or bulk email (or activities that have the effect of facilitating unsolicited commercial or bulk email).

Unless otherwise permitted by AT&T in this Agreement, Data Service may not be used in any manner that has the effect of excessively contributing to network congestion, hindering other customers' access to the network, or degrading network performance. For example, this includes, but is not limited to: server devices or host computer applications such as continuous Web camera posts or broadcasts, automatic data feeds, or automated machine-to-machine connections; "auto-responders," "cancel bots," or similar automated or manual routines that generate excessive amounts of traffic or that disrupt user groups or email use by others; use of the Wireless Service as a substitute or backup for private lines or full-time or dedicated data connections; peer-to-peer (P2P) file sharing services; and software or other devices that maintain continuous active internet connections when a connection would otherwise be idle or any "keep alive" functions.

Data Service also may not be used with high bandwidth applications, services and content that are not optimized to work with Data Service and, therefore disproportionately and excessively contribute to network congestion. This includes, but is not limited to, redirecting television signals for viewing on computing devices; web broadcasting; and/or the operation of servers, telemetry devices, or supervisory control and data acquisition devices.

## 2.6 Unlimited Data Service

If you are subscribed to an AT&T unlimited data plan, you agree that "unlimited" means you pay a single monthly flat rate for wireless Data Service regardless of how much data you use. You further agree that "unlimited" does not mean that wireless data will be transmitted at any particular speed or that you can use AT&T's wireless Data Service in any way that you choose or for any Prohibited Network Uses. If you use your unlimited data plan in any manner that is prohibited, AT&T can limit, restrict, suspend or terminate your Data Service. We may also migrate you from the unlimited data plan to a tiered data plan and charge you the appropriate monthly fees. We will provide you with notice of this change at least one billing period in advance either by a bill message, email, text message, or other appropriate means.

Except for FirstNet individual users, AT&T may also reduce your data throughput speeds at any time based on the terms of your data plan, which may include times when your usage exceeds an applicable, identified data usage threshold during any billing period. Reduced data throughput speeds mean you may experience reduced data speeds and increased latency, which may cause websites to load more slowly and affect the performance of data-heavy activities such as video streaming.

Reduced data throughput speeds apply when using Data Services at times and in areas experiencing network congestion compared to other customers using the same cell site. Standard speeds will resume once the cell site is no longer congested or when your data session moves to an uncongested cell site, and speeds will no longer be reduced during periods of network congestion at the start of your next billing period, unless your usage again exceeds an applicable, identified data usage threshold for that next billing period.

There are no mobile network-related speed reductions if you use Wi-Fi, and Wi-Fi data usage does not count against a monthly data usage threshold for wireless Data service. For more information, go to att.com/broadbandinfo and att.com/datainfo.

## 2.7 AT&T's Rights to Change, Reduce, Cancel, Suspend, Interrupt or Terminate Wireless Service or the Agreement

AT&T can take any and all actions necessary to protect the AT&T wireless network, ensure compliance with this Agreement and prevent and/or stop Prohibited Network Uses. AT&T may also change, reduce, interrupt, suspend, limit or cancel your Wireless Service or terminate your Agreement without advance notice for any reason, including, but not limited to the following actions by you or any user of your Device or on your Account:

- misconduct described by subsection 1.5;

- living or predominantly using Wireless Service outside of the AT&T owned and operated domestic network coverage area;

- exceeding our off-net roaming usage allowances; and

- engaging or attempting to engage in Prohibited Network Uses.

If you lose your eligibility for a particular Wireless Service, we may modify, remove, or change your Wireless Service to one for which you qualify. **If we determine that you are using your Device without the correct rate plan, we reserve the right to switch you to the required rate plan and charge you the appropriate monthly charges and fees.** If we change your rate plan, you may change to another eligible rate plan. We may engage in any reasonable network management practice to enhance customer service, to reduce network congestion, to adapt to advances and changes in technology, and/or to respond to the limited availability of wireless bandwidth and spectrum. We may reduce your data throughput speeds at any time or place according to your rate plan.

addition to interrupting, suspending, modifying, or terminating your Wireless Service and Agreement.

## 2.8 Use of Wireless Service on Other Wireless Carrier Networks

AT&T has agreements with other wireless carriers that allow you to use Wireless Service outside of AT&T's owned and operated wireless network. Within the U.S. and certain U.S. territories, the use of other carrier networks is referred to as domestic off-net usage. Use of other carrier networks while traveling internationally is called international roaming or international off-net usage. Both off-net usage and international roaming are dependent upon the agreements we have at any given time with other wireless carriers, and the network technology, frequencies, and functionality of those networks. Availability, quality of coverage, and speed for Wireless Service for off-net usage and international roaming are not guaranteed and may be changed without notice. AT&T may also reduce speeds (to 2G or other speeds) or suspend wireless Data Service for off-net and international roaming at any time without notice and without regard to the amount of data you have consumed during the billing period.

### 2.8.1 Limits on Use of Other Wireless Carrier Networks in the U.S.:

In most cases you are not charged separately for domestic off-net usage. Please check your rate plan terms to determine whether any extra charges apply for domestic roaming. However, if your rate plan provides for off-net usage, you still must use your Device predominantly within the AT&T owned and operated wireless network. Thus, if we provide you with off-net usage, we may suspend, limit or cancel your continued use of other carriers' networks if you exceed the following off-net thresholds:

- **Voice:** If you use more than 750 minutes during any month.
- **Data:** If you use more than 100 megabytes of data during any month.
- **Messaging:** If you use more than 3,000 messages during any month.

We will provide you with notice if we take action because you exceed any of these thresholds.

For current information about our coverage, please visit att.com/coveragereviewer. Please be aware that your Device may connect to another wireless carrier's network even when you are located within the AT&T owned and operated network coverage area.

### 2.8.2 Use of Wireless Service while Outside the U.S.:

Your rate plan may include the capability to send and receive calls and text messages and use data for international roaming. Certain eligibility restrictions may apply to international roaming, which may be based on Wireless Service tenure, payment history and/or credit. We may in our sole discretion block or remove your ability to use international roaming until our eligibility criteria is met.

International roaming rates apply to any calls made or received, messages sent, and data used while outside the U.S. International roaming rates are subject to change without notice and vary by country.

If you travel internationally anywhere AT&T offers the AT&T International Day Pass® (IDP) feature (excluding FirstNet Subscriber Paid plans), AT&T will attempt to add the IDP feature automatically to your line. You will receive a text message notification when the feature is successfully added, or if your line already has the feature, informing you of applicable daily fees for voice, messaging and data services. You may decline the IDP feature by replying to the text message, contacting AT&T customer service, or by managing your account on-line at att.com/myatt. However, AT&T cannot guarantee you will receive these text messages, nor that the technology of AT&T and its off-net partner carriers will identify you as roaming internationally without the feature or successfully add it to your line. When using talk, text, or data under IDP, you will be charged the applicable daily fees. For full terms and conditions, visit www.att.com/idpterms.

**If you do not subscribe to an international roaming package or plan, or if an international roaming package or plan does not automatically apply to your wireless plan, you will be charged pay-per-use rates that may be substantially higher on a per unit basis than international package rates.** Coverage within other countries and territories may vary depending on your Device type, plan and package and may be changed by us at any time without notice. For rates, coverage, countries and details, see att.com/global. We may send courtesy "alert" messages when your Device connects to a wireless network in another country to notify you of international roaming data use. There is no guarantee you will receive these alerts and they are not a guarantee of a particular bill limit.

You may be charged international roaming voice airtime usage rates when incoming calls are routed to voicemail, even if no message is left, for both the incoming call and the call forward to voicemail. You may also incur those roaming charges for unanswered calls if your Device is powered off if you previously had turned it on and allowed it to register on a foreign carrier's network; there may be a lag time between when you power off your Device and when you are no longer registered on the foreign carrier's network. You will be charged for all data usage, including without limitation your use of messaging apps, visual voicemail and access to cloud-based services. You may also be charged taxes on international roaming rates. Billing for international roaming usage may be delayed up to three billing cycles due to the time it takes for wireless carriers to report international roaming usage.

**Please note that substantial charges may be incurred if your Device is taken out of the U.S. even if international roaming is not intentionally used.** Many Devices have preloaded and downloaded apps that transmit and receive data without user intervention and can generate unexpected charges when your Device is powered on outside the U.S. **If you want to block international roaming services, please call 314.925.6925 (at no charge from your AT&T wireless phone).**

## 2.9 Use of Wireless Service for Calls or Messages to International Phone Numbers

International long distance includes calls or messages made from the U.S. to any other country. **Unless you subscribe to a package or rate plan that includes international long distance, you will be charged pay-per-use rates for calls or messages initiated from the U.S. to any other country.** International long distance calling rates are charged on a per-minute basis and are subject to change without notice. **Unless a foreign country is included as a calling destination within your rate plan's coverage area, international long distance rates are charged for each call in addition to usage of your rate plan voice airtime minutes.** Calling or messaging to some countries may not be available. Calls to international wireless numbers may cost more than calls to wireline numbers. If a

Additional charges apply to numbers for premium rated services. For rates and details visit att.com/global.

## 2.10 Wi-Fi Calling for AT&T Wireless Customers

**Important Information about Wi-Fi Calling for AT&T Wireless Service Customers**

<u>**TTY Devices are not compatible with Wi-Fi Calling**</u>: Wi-Fi Calling lets you call and text over Wi-Fi when cellular coverage is limited or unavailable. Your Device must be set to AT&T HD voice and have internet access. Loss of your internet connection during voice Wi-Fi calling will disconnect your call, including 911 calls. In the U.S. or internationally, you can use Wi-Fi Calling to call numbers in the U.S. at no additional charge (excluding 411 calls and other premium numbers). International long distance rates/plans apply when calling international numbers from within the U.S. International roaming rates apply when calling international numbers while traveling outside the U.S. Certain countries restrict Wi-Fi calling. No Wi-Fi Calling to 211, 311, 511, and 811. See att.com/wificalling for more.

<u>**911 Calling with TTY & Real-time Text**</u>: Due to technical limitations, **Wi-Fi Calling cannot be used with TTY devices and will not support TTY 911 calls**. Persons with communications disabilities can use Real Time Text (att.com/RTT) as an alternative to TTY. 911 services can be reached by either (1) calling 911 using Real Time Text, (2) calling 911 directly using a TTY device over the cellular network or from a landline telephone, (3) sending a text message to 911 directly, (4) using relay services to place a TTY or captioned telephone services (CTS) call from a wireless phone or from a landline telephone, or (5) using relay services to place a IP Relay or IP CTS call over a cellular or IP network.

<u>**911 Call Routing**</u>: 911 calls using Wi-Fi Calling will first attempt to route to the appropriate emergency response center using automatic location information from your Device or, if that fails, the Emergency Address (no P.O. Boxes) entered in your Wi-Fi Calling settings. To set up Wi-Fi Calling you will need to enter a US address. You can change your Emergency Address at any time by selecting "Update Emergency Address" in your Wi-Fi Calling menu. To ensure proper routing of 911 calls update your Emergency Address as needed. 911 service may be delayed or unavailable if automatic location information is unavailable or if using Wi-Fi Calling from a location different from the Emergency Address you entered.

**You acknowledge that you received and understand the foregoing information about 911 calls using Wi-Fi Calling as an AT&T Wireless Service customer, and you further agree that if you dial 911 on a Device using Wi-Fi Calling, AT&T may treat the automatic location information transmitted by your Device as your temporarily updated Wi-Fi Calling Emergency Address.**

## 2.11 Your Device

A voice plan is required on all voice-capable Devices, unless specifically noted otherwise in the terms governing your rate plan. An eligible rate plan is required for certain types of Devices, including smartphones. A tethering plan may be required to enable tethering on a compatible Device, depending on the terms of your rate plan.

### 2.11.1 Terms Applicable to Use of Your Device with Wireless Service:

We may periodically change your Device's preloaded software, apps or programing remotely, without notice (e.g., to update Device software or direct your Device to use network services most appropriate for your typical usage). We may also remotely program or reconfigure your Device upon activation on the AT&T network and at other times, as well as install additional software and apps.

You cannot (nor can you allow anyone else to) make any modifications to any Device purchased from AT&T or its programming to enable it to operate on any other system, except in accordance with the AT&T Device Unlock Policy found at att.com/deviceunlock. We may, at our sole discretion, modify the programming of your Device to enable operation on other systems. You may not tamper with, replace, or modify your Device operating system from its original equipment manufacturer specifications and capabilities.

You are solely responsible for complying with United States Export Control laws and regulations and the import laws and regulations of foreign countries when traveling internationally with your Device.

### 2.11.2 Stolen or Lost Device:

Contact us immediately to report your Device as lost or stolen so we can suspend your Wireless Service. If you receive your bill and there are charges for unauthorized usage after you reported your Device as lost or stolen, you must notify us of the unauthorized charges within 30 days. While your phone is suspended you will remain responsible for complying with all other obligations under this Agreement, including, but not limited to paying your monthly Service charges. You can report your Device as lost or stolen by contacting us at 800.331.0500 if you are in the United States, or (+1)916.843.4685 if you are abroad. FirstNet individual users should contact us at 800.574.7000. If you have not received a courtesy suspension of monthly Service charges during the previous year, you may request a courtesy suspension until you replace or recover your Device (up to 30 days).

### 2.11.3 Unlocking a Device:

Your Device may have been programmed with a SIM lock which prevents it from operating with other wireless carriers' networks. If you wish to use your Device with another wireless carrier, you must enter an unlock code to unlock the phone. You can find out whether you meet the eligibility criteria in our Device Unlock Policy and, if eligible, obtain unlock instructions by visiting att.com/deviceunlock.

## 2.12 AT&T Use of Location Information

AT&T collects information about the location of your Device from our network and from your Device. We monitor, collect, and use this location information, together with other information we get from our network and your Device, to provide Wireless Service to you. We also use it to maintain and improve our network and the quality of your wireless experience.

Case 3:24-cv-00575-E   Document 40-1   Filed 12/18/25   Page 74 of 497   PageID 5785

**FirstNet individual users should review the FirstNet Privacy Notice at firstnet.com.**

## 2.13 NOTICE REGARDING TRANSMISSION OF WIRELESS EMERGENCY ALERTS (Commercial Mobile Alert Service)

AT&T has chosen to offer, at no additional charge, wireless emergency alerts, including enhanced geo-targeting (where selected by the alert originator and supported by the handset), within portions of its service area, as defined by this Agreement, on wireless emergency alert capable Devices.

Wireless emergency alerts, including enhanced geo-targeting (where selected by the alert originator and supported by the handset), may not be available on all Devices or in the entire service area, or if a subscriber is outside of the AT&T service area. In areas in which the emergency alerts are transmitted, such alerts may not be received even though a Device is capable of receiving them. For details on the availability of this service and wireless emergency alert capable devices, including the availability and benefits of enhanced geo-targeting (where selected by the alert originator and supported by the handset), please ask a sales representative, or go to att.com/support/article/wireless/KM1009041. This notice is required by FCC Rule 47 C.F.R. § 10.240 (Commercial Mobile Alert Service).

In transmitting emergency alerts pursuant to federal law, AT&T, including its officers, directors, employees, vendors, assignees, successors and agents, shall not be liable to any subscriber to, or user of, AT&T's Wireless Service or Equipment for any act or omission related to or any harm resulting from the transmission of, or the failure to transmit, an emergency alert; or the release to a government entity or agency, public safety, fire service, law enforcement official, emergency medical service, or emergency facility of subscriber information used in connection with delivering an emergency alert.

## 2.14 Mobile Content

You understand that Devices can be used to acquire or purchase goods, content, and services (including subscription plans), such as ring tones, graphics, games, applications and news alerts from AT&T or other companies ("Content").

You have full-time access to your Content purchase transaction history on our website. You may contest and seek refunds for unauthorized purchases and purchases with which you are not satisfied, but such refunds are not guaranteed. AT&T reserves the right to restrict Content purchases or terminate the Account of anyone who seeks refunds on improper grounds or otherwise abuses this Service.

Actual Content may vary based on the Device capabilities. Content may be delivered in multiple messages. Content charges are incurred at the stated one-time download rate or subscription rate, plus a per kilobyte or per megabyte default pay per use charge for the Content transport when delivered, unless you have a data or rate plan and such charges appear separately on your bill. You may be charged each time you download Content. Data Service charges may apply in addition to Content charges.

## 2.15 Charges, Fees, Billing, and Payment

### 2.15.1 Charges:

You are responsible for all charges incurred on your Account. We bill most Wireless Service one month in advance. In addition to charges authorized elsewhere in this Agreement (including subsection 1.9), your bill may include:

- the monthly cost of the rate plan you have selected;

- Device and other installment plan payments, if you purchased your Device or other services under an AT&T installment plan;

- optional services, charges for Content, Third Party Charges, and other purchases billed to your Account;

- pay-per-use and overage charges;

- other charges and AT&T fees described below; and

- occasional fees for special Account assistance as discussed below.

Some usage charges, such as those that depend on information from a third party, may be billed in subsequent bill cycles after the charges have been incurred.

Additional charges may include, but are not limited to:

**Third Party Charges.** You can make donations and purchase goods, Content, apps, and services (including subscriptions) from certain other companies ("Third Party Charges") or us by billing those charges to your wireless Account. You are responsible for all authorized third party charges which will appear in a separate section of your bill. **You can prevent third party purchases by adding Purchase Blocker to your Account through your myAT&T app or call Customer Service at 800.331.0500.** Also, usage by others can be restricted by use of parental controls or similar features, visit att.com/securefamily to learn more.

**AT&T Monthly Fees** include, but are not limited to, the AT&T Administrative & Regulatory Cost Recovery Fee charged to help AT&T recover: (a) certain expenses AT&T incurs, including, but not limited to, charges AT&T or its agents pay to interconnect with other carriers to deliver calls from AT&T customers to their customers and charges associated with cell site rents and maintenance; and (b) payments of certain government fees imposed on AT&T and costs of compliance with government-imposed regulatory requirements. This and other AT&T Fees are not taxes or charges which the government requires AT&T to collect from its customers. The amounts we charge may change. See att.com/mobilityfees for more info.

**Online Fee Schedule.** For additional information on fees that may appear on your bill and that you agree to pay, please visit att.com/mobilityfees.

### 2.15.2 Billing:

Unless agreed to otherwise when you subscribe, you may receive an electronic (paperless) bill at AT&T's online account management site (att.com/myatt or the myAT&T app, collectively "myAT&T") unless you tell us you want a paper bill. If you have electronic billing, each month we will send you an email notice to your

billing preferences at myAT&T. FirstNet individual users can manage their billing through FirstNet Central at firstnetcentral.firstnet.com/.

### 2.15.3 Primary Place of Use:

To determine your primary place of use ("PPU") and which jurisdiction's taxes and assessments to collect, you're required to provide us with your street address. If you don't provide us with such address, or if it falls outside our licensed Services area, we may either reasonably designate a PPU within the licensed Services area for you or discontinue service. You must live and have a mailing address within AT&T's owned network coverage area or its assignee's or successor's.

### 2.15.4 Calculation of Charges:

Usage and monthly fees will be billed as specified in your rate plan terms of service. Your Customer Service Summary also provides an estimate of your total monthly bill.

If you select a rate plan that includes a predetermined allotment of Services (for example, a predetermined amount of airtime, messages, or data), unless otherwise specifically provided as a part of such rate plan, any unused allotment of Services from one billing cycle will not carry over to any other billing cycle.

Usage on networks not owned by AT&T is limited as provided in your rate plan. Charges will be based on the location of the site receiving and transmitting service and not the location of the subscriber.

### 2.15.4.1 Voice Service/Calls:

Voice calls on our network will incur per-minute voice airtime charges unless specified otherwise in your rate plan. We round any fraction of a minute up to the next full minute. For outgoing calls, billable time may start either when you first press Send or when the call connects to a network, and for incoming calls, it starts when the call connects to a network (which may be before it rings). Usage time may end several seconds after you press End or after the call disconnects. For calls made on our network, we charge only for calls that are answered, including by machines.

### 2.15.4.2 Messaging Service/Text, Picture, Video, and Rich Communication Messages:

If your rate plan does not include unlimited or an allotment of messaging, standard pay-per-use rates apply when a message is sent or received, whether read or unread, viewed or unviewed, solicited or unsolicited. Generally, one text message equals 160 characters; however, text messages that include special characters, like emojis or non-Latin alphabet characters may be limited to 70 characters. Text messages that exceed the character limit will be charged as multiple individual messages according to your rate plan. Messaging Service can deliver video and pictures messages (MMS) up to only 1MB in size, or up to 100MB in size with RCS. AT&T reserves the right to change the message size limit at any time. Messages sent to tablets, laptops, or other connected Devices are excluded from unlimited messaging plans or plans including unlimited messaging. You are charged for each part of messages that you send or receive in multiple parts. Message rates apply whether the message is read, unread, solicited or unsolicited. Messages sent through applications may incur data usage charges.

Plans that do not provide for unlimited messaging are subject to the following provisions:

SMS and MMS messages are rated at 160 characters per message. Messages larger than 160 characters will be rated as an additional message. You are charged for each part of messages that are delivered to you in multiple parts. Premium SMS and MMS messages are charged at their stated rates. Standard rates apply to all incoming messages when in the U.S. Different, non-standard per message charges apply to international messages sent from the U.S. or while outside the U.S. Messaging pricing is for domestic messages only. When a single message is sent to multiple recipients, the sender is charged for one message for each recipient and each recipient is charged for the message received. Text, Picture, and Video messages are charged when sent or received, whether read or unread, solicited or unsolicited.

With Advanced Messaging (RCS) chat, your wireless rate plan's SMS and MMS rates apply. Each text/file attachment counts and is charged as a separate SMS/MMS. If you do not enroll in a monthly recurring plan for messaging or data, you may still have access to messaging and data and be charged on a pay-per-use basis if you use those Services.

### 2.15.4.3 Data Service:

Data Service usage is calculated and billed in full KB or MB increments, as applicable, based on your rate plan. Actual data usage is rounded up to the next full KB or MB at the end of each data session for billing purposes. AT&T calculates a full KB or MB usage for every fraction of the last KB or MB of data usage occurring in each session. The full KBs or MBs calculated for each data session during a billing period are added together to determine billing. Network overhead, software update requests, email notifications, and resend requests caused by network errors can increase measured KBs or MBs. A data session started on our network will continue until the session ends, even when you connect to a Wi-Fi network after the session starts. For example, if you start to download an audio file using cellular data and then connect to a Wi-Fi network while the audio file is still downloading, your audio file will continue to finish downloading over the cellular network. Your bill may not separately identify the data usage attributable to your use of specific sites, sessions or services used.

Data use occurs whenever your Device is connected to our network and is engaged in any data transmission, including those you initiate, or those running automatically in the background without your knowledge and whether the data transmission successful or not. Some applications, content, programs and software on your Device (including both downloads and preloads) automatically and regularly send and receive data transmission in order to function properly, without you affirmatively initiating the request and without your knowledge.

Your rate plan data allowance is limited to usage in the United States, unless service in other locations is included in your rate plan or international roaming is included as part of your rate plan or package.

**Data Overage**: Once you exceed your monthly data allowance (including any available data, such as Bonus Data or Rollover Data), during your billing period, you may automatically be provided with additional increments of data and charged as specified in your rate plan. Data overage can be used only in the bill period for which it was provided and does not rollover.

### 2.15.5 Delayed Billing:

Billing of usage for calls, messages, data or other Wireless Services (such as usage when roaming on other carriers' networks, including internationally) may occasionally be delayed. Such usage charges may appear in a later billing cycle and will be deducted from any applicable allotments for that month, regardless of

amount of usage actually incurred, or even if the customer incurred no charges for that service.

## 2.16 Miscellaneous Services

### 2.16.1 AT&T Roadside Assistance:

AT&T Roadside Assistance ("RA") is an optional feature that may be purchased separately and automatically billed to the wireless Account. RA service is provided by American Traveler Motor Club, Inc., a licensed motor club. For complete RA Terms and Conditions, refer to your RA Welcome Kit or go to att.com/roadside.

### 2.16.2 Optional AT&T Mobile Insurance, AT&T Protect Advantage for 1, and AT&T Protect Advantage for 4:

If eligible, you have 30 days from activation or upgrade to enroll in optional AT&T Protect Advantage for 1 or AT&T Protect Advantage for 4. For details visit att.com/protectadvantage. AT&T Mobile Insurance and the insurance component of AT&T Protect Advantage for 1 and AT&T Protect Advantage for 4 are underwritten by Continental Casualty Company, a CNA company (CNA) and administered by Asurion Protection Services, LLC (in California, Asurion Protection Services Insurance Agency, LLC, CA Lic. #OD63161, in Puerto Rico, Asurion Protection Services of Puerto Rico, Inc.), licensed agent of CNA. Protect Extended Service Contract for 1 and 4 are provided by Asurion Warranty Protection Services, LLC, or one of its affiliates.

AT&T may change the insurer, service contract obligor and/or administrator for the AT&T device protection program at any time with advance notice. You will have the right to opt out by cancelling your enrollment in the program. However, if you continue to pay the charges for the program after we inform you of such a change, you will be presumed to have consented to be enrolled under the new insurer's group insurance policy and service contract, although you have the right to cancel at any time.

### 2.16.3 Lifeline Services:

As part of a federal government program, AT&T offers discounted wireless service to qualified low-income residents in selected states. For questions or to apply for Lifeline service, call 800.377.9450. For tips on how to protect against fraud, please visit the CPUC's website at, calphoneinfo.com.

### 2.16.4 AT&T Wireless Internet Service:

AT&T Wireless Internet service (formerly Wireless Home Phone and Internet service or WHPI) uses mobile wireless gateway equipment called an AT&T Wireless Internet device ("WI Device"). With AT&T Wireless Internet service, the WI Device allows you to connect a landline phone to place and receive calls, and to connect up to eleven internet-capable devices (one via Ethernet and ten via Wi-Fi) to have mobile broadband internet access over the AT&T wireless network. See Section 2 for more information about how AT&T Wireless Service works.

AT&T Wireless Internet service requires that you subscribe to an eligible wireless rate plan to take advantage of one or both capabilities. Tiered shared rate plan options allow you to share a monthly allotment of domestic wireless talk, text, and/or data usage among your connected internet-capable devices. If your usage exceeds the monthly allotments of the plan you select during a billing period, you automatically will be charged for overages or your data may be slowed as specified in your plan. If you do not use all of the monthly allotment(s) of the plan you select during a billing period (or Rollover period, as applicable), you forfeit that usage.

If your WI Device is used to roam on other carrier networks, AT&T's off-net usage restrictions apply. Messaging services and international roaming are not supported by AT&T Wireless Internet service. If you use a wireless rate plan not designed for AT&T Wireless Internet service with your WI Device, AT&T reserves the right to switch you to an appropriate plan and bill you the associated charges for such plan.

**911 calls are routed based on the wireless network's automatic location technology. You should expect to provide your location address to the emergency response center responsible for sending first responders (e.g., police, medical assistance, or fire) to your location. The WI Device has battery backup power and will work in the event of a power outage. However, if you connect a landline phone to the WI Device that itself requires external electric power to operate (e.g., a cordless phone), you will not be able to place and receive calls over that phone during a power outage.**

Please note that AT&T Wireless Internet service is different from AT&T Fixed Wireless Internet, which is discussed in subsection 6.14.2.

## 2.17 Disclaimer of Warranties and Limitations of Liability for Wireless Service

### 2.17.1 Disclaimer of Warranties:

Unless prohibited by law, the following limitations of liability apply in addition to the disclaimers in Section 1.6. We and our predecessors in interest, successors, and assigns, as well as our past, present and future subsidiaries, affiliates, related entities, and each of those entities' officers, agents, employees, and licensors make no warranty, express or implied, of merchantability or fitness for a particular purpose, suitability, accuracy, security, or performance regarding any Device, Wireless Service, Software or applications. Because of inherent limitations in wireless communications, and because we cannot control your choice or use of wireless Devices, to the maximum extent permitted by law, in no event will AT&T be liable, for any:

- act or omission of a third party we do not control;
- damage or injury caused by third party information, applications or content (e.g. apps, games, etc.) preloaded, accessible, or used through your Device;
- damage or injury caused by interruptions, failures to transmit, or delays in the Wireless Service provided by or through us;
- damage or injury caused by your use of Wireless Service provided by us while you are operating a vehicle;
- claims against you by third parties;
- unauthorized access to your Device, Wireless Service, or AT&T Account;
- damage or injury caused by a suspension or termination of Wireless Service by AT&T; or
- damage or injury caused by failure or delay in connecting a call to 911 or any other emergency service.

**23**

**2.17.2 Limitations of Liability for Wireless Service.**

In addition to the limitations of liability set forth in Section 1.7, your Wireless Service is also subject to the following additional limitations of liability.

Not all plans or Wireless Services are available for purchase or use in all sales channels, in all areas or with all Devices. AT&T is not responsible for loss or disclosure of any information you transmit or provide to us. AT&T's Wireless Services are not equivalent to wireline internet. AT&T is not responsible for nonproprietary services or their effects on Devices.

We may, but does not have the obligation to, refuse to transmit any information through the Wireless Services and may screen and delete information prior to delivery of that information to you. There are gaps in service within the Wireless Services areas shown on coverage maps, which, by their nature, are only approximations of coverage.

Notwithstanding the foregoing, if your Wireless Service is interrupted for 24 or more continuous hours by a cause within our control, we will issue you, upon request, a credit equal to a pro-rata adjustment of the monthly Service fee for the time period your Service was unavailable, not to exceed the monthly Service fee. Our liability to you for Service failures is limited solely to the credit set forth above. AT&T is not liable to you for changes in operation or technology that cause or render your Device and/or software to be obsolete or require modification.

References in this Section 2.17.2 to "AT&T" and "we" include our past, present and future parents, subsidiaries, affiliates, and related entities, as well as AT&T's and all of those entities' officers, agents, employees, licensors, predecessors in interest, successors, and assigns.

## 2.18 Terms That Apply Only To Specific States

### 2.18.1 California: Unauthorized Charges:

You are not liable for charges you did not authorize, but the fact that a call was placed from your Device is evidence that the call was authorized. Unauthorized charges may include calls made to or from your phone or other Device after it was lost or stolen. Once you report to us that the Device is lost or stolen, and your Device is suspended, you will not be responsible for subsequent charges incurred by that Device. You can report your Device as lost or stolen and suspend Services without a charge by contacting us at the phone number listed on your bill or at att.com/my/#/suspendrestore.

If you notify us of any charges on your bill you claim are unauthorized, we will investigate. If there are charges on your bill for calls made after the Device was lost or stolen, but before you reported it to us, notify us of the disputed charges and we will investigate. You may submit documents, statements and other information to show any charges were not authorized. We will advise you of the result of our investigation within 30 days. If you do not agree with the outcome, you may file a complaint with the California Public Utilities Commission and you may have other legal rights. While an investigation is underway, you do not have to pay any charges you dispute or associated late charges, and we will not send the disputed amount to collection or file an adverse credit report about it. While your phone is suspended you will remain responsible for complying with all other obligations under this Agreement, including but not limited to, your monthly fee. We both have a duty to act in good faith and in a reasonable and responsible manner including in connection with the loss or theft of your Device.

### 2.18.2 Connecticut: Questions About Your Service:

If you have any questions or concerns about your AT&T Service, please call Customer Care at 800.331.0500, dial 611 from your wireless phone, or visit att.com/wireless. If you have questions about the Unlimited Local or Unlimited Long Distance Service, please call 800.288.2020 or visit att.com. If you are a Connecticut customer and we cannot resolve your issue, you have the option of contacting the Public Utilities Regulatory Authority (PURA). Online: ct.gov/pura; Phone: 800.382.4586; Mail: Connecticut DPUC, 10 Franklin Square, New Britain, CT 06051.

### 2.18.3 Puerto Rico:

If you are a Puerto Rico customer and we cannot resolve your issue, you may notify the Telecommunications Regulatory Board of Puerto Rico of your grievance. Mail: 500 Ave Roberto H. Todd, (Parada 18), San Juan, Puerto Rico 00907-3941; Phone: 787.756.0804 or 866.578.5500; Online: jrtpr.pr.gov, in addition to having available arbitration, as provided in Section 1.3.

# 3.0
# Terms that Apply Only to AT&T PREPAID Customers

## 3.1 Applicability of this Section

This Section 3 pertains only to AT&T PREPAID customers, including AT&T PREPAID Multi-Line customers.

## 3.2 Charges

AT&T will not provide you with monthly bills. You may access your Account on our website, via the myAT&T app, by calling customer service, or by visiting an AT&T store. You are responsible for paying all charges for Services provided under this Agreement (such as subsection 1.9), including charges made by any person you permit to have direct or indirect access to your Device even if you did not authorize its use. These include but are not limited to (a) access charges; (b) usage charges; (c) charges for features and/or add-ons; (d) taxes, fees and other assessments imposed by the government that we are required to collect and remit to the government; (e) other fees and charges as set forth at att.com/mobilityfees; and (f) surcharges that we collect and retain from our customers that include, but are not limited to, Federal or State Universal Service fees, regulatory charges, and government taxes or fees imposed on gross receipts, sales and/or property that we incur in providing services to our customers. In some jurisdictions, certain recurring fees or taxes are included in the rate plan charge each month pursuant to applicable state or local law. For more, see att.com/prepaidE911.

## 3.3 Payment and Cancellation

You must make a payment to your Account within 26 days of activation or your Account will be canceled. Active service requires Account payment in full for monthly plans and minimum $25 Account payment for per minute and daily plans. If required, AT&T will refund the applicable activation fee if you cancel your service within the first 3 days of activation. **AT&T PREPAID cards and other account payments are nontransferable and nonrefundable.** The *888* command for payment only works with PINS/Cards purchased from AT&T-owned retail stores and select authorized retail locations and may not work on all Device types. Amounts deposited into your Account expire in accordance with the stated payment denomination expiration period ($10-$24 payments expire in 30 days, $25 to $99 in 90 days, $100 or more in 365 days). Unused Account balance forfeited upon expiration. If you are on a monthly plan, including one that requires one payment for multiple months of service, the applicable plan charge will automatically be deducted from your Account balance at the end of the day (11:59pm Central Time) on your plan's payment due date. **Applicable plan charge for any AT&T PREPAID plan is not refundable and not exchangeable, and any unused services of your plan are forfeited if you change to another plan during your plan's period.** If your Account balance is insufficient to pay the applicable plan charge, you will not be able to use your plan services, data services, or any pay-per-use services until you make a payment to your AT&T PREPAID account with the applicable amount or your plan is renewed. AT&T PREPAID accounts for phone plans will be canceled 60 days after expiration. AT&T PREPAID Accounts for data plans will be canceled 365 days after expiration. A new wireless phone number is required to reactivate service once Account is canceled.

## 3.4 Devices

Devices sold under the AT&T PREPAID brand are sold exclusively for use with AT&T PREPAID service, are designed for use only on the AT&T network and may not function on other wireless networks. By purchasing a Device designed for use with AT&T PREPAID service, you agree to activate and use it with AT&T PREPAID service. You also agree that you will not make, nor will you assist others to make, any modifications to any Device or programming to enable it to operate on any other system or network except in accordance with the Device Unlock Policy found at att.com/prepaiddeviceunlock. AT&T may, at its sole and absolute discretion, modify the programming to enable the operation of the Device on other systems. You understand and acknowledge that Devices designed for use with AT&T PREPAID service are sold solely for use with the AT&T network and that AT&T will be significantly damaged if you use or assist others to use our Devices for any other purpose. You also agree not to take any action to circumvent limits on the quantity of Devices that may be purchased. You will be liable to AT&T for any damages resulting from conduct prohibited in this section.

## 3.5 Monthly Plans

Monthly plans are good for 30 days at applicable charge. Monthly plans expire at 11:59 p.m. C.S.T. on the 30th day. When you first activate a plan, the day that the plan is activated counts as the first full day and counts toward the first 30 days, so your plan may be less than a full thirty days during the first month, depending on the time of plan activation.

## 3.6 Voice, Data & Messaging Services for Mobile Phones

Nationwide voice minutes included in plans are intended for domestic use only unless on a Monthly plan that includes in-country calls while in Mexico & Canada. Calling from the U.S. includes calling from the United States. Additional charges apply to all other calls. For information on per-minute rates and Add-Ons for international long distance calls, visit att.com/prepaidintl. Wi-Fi Calling requires Wi-Fi Calling-capable smartphone, AT&T PREPAID Account provisioned with HD Voice, Wi-Fi network, and eligible rate plan (excludes pay per use plans). Unlimited messaging includes unlimited text, picture and video messages within the U.S. (and in Mexico and Canada on plans that include usage in Mexico & Canada) and to select countries. For a list of countries, go to att.com/prepaidIntlText.

### 3.6.1 Pay-Per-Minute Plans:

In a Pay-Per-Minute plan, Voice calls, text messages and data usage are charged at then prevailing per minute/per message/per usage rates. Pay-per-use data service is available only on basic and messaging phones.

### 3.6.2 Daily Plans:

Daily plans include unlimited nationwide calling and unlimited messaging for a rate charge assessed and paid each day phone is used to make or receive voice calls, including a call to voice mailbox, or send a text or picture/video/sound message. The day for purposes of Daily plan rate charge starts when you make a call, accept an incoming call, or send a message and ends 24 hours later. If you move in or out of Wi-Fi coverage during a Wi-Fi call when your 24 hours expires, a new 24-hour period will begin and the daily plan charge will apply. A minimum Account balance sufficient to pay Daily plan rate charge required to place or receive first call of the day or send a message. Pay-per-use data service is automatically available for basic and messaging phones at then prevailing pay-per-use data rate. A Data Add-On is available for an additional charge for all Device types. Once Data Add-On is depleted, basic/messaging phone users will automatically revert to pay-per-use data. To continue using data on a smartphone, customer must purchase another Data Add-On or be restricted to Wi-Fi.

### 3.6.3 Monthly Plans:

Monthly plans include unlimited nationwide calling and unlimited messaging. Certain Monthly plans may include data service. Data availability and allotments vary by plan. Certain Monthly plans for smartphones include a high-speed data allowance and, thereafter, unlimited data usage at reduced data speeds of up to 128 Kbps for the rest of the 30-day plan term. Certain Monthly plans have 5G Access. 5G service requires a compatible 5G device. 5G service is not available everywhere. See att.com/5Gforyou for details. Actual speeds vary by Device and location. For specific data allowance and speeds on these plans and other details, see att.com/prepaidplans. Data Add-On available on certain Monthly plans for an additional cost. Pay-per-use data not available on Monthly plans.

## 3.7 Add-ons

Add-ons are good for 30 days, except the International Travel and BridgePay Add-Ons, which are good for 7 days. Add-Ons expire at 11:59 p.m. C.S.T. on the last day of the term, except for Daily Data Add-Ons, which expire 24 hours after you purchase the Add-On. When you first activate an Add-On, the day that the plan is

25

Add-On, with the exception of the BridgePay Add-On. If your Account balance expires before the last day of the Add-On term, Add-On cannot be used and the remaining time on Add-On will continue to run unless you add money to your Account during the Add-On period. Renew an Add-On before its expiration date and any unused allotment will roll over to your renewed Add-On time period. Unlimited Add-Ons and the East Asia/India and Latin America/Caribbean Add-Ons do not roll over. Standard rates apply if Add-On not renewed.

### 3.7.1 Monthly Data Add-Ons:

When you add a data Add-On to a Monthly or Multi-Month plan that includes a data allotment, the use of data will be counted first against your data Add-On and then against the data allotment of your plan. If you renew your plan during the term of your data Add-On, any data remaining in your data Add-On will continue to be used until the data Add-On expires or is depleted.

### 3.7.2 Daily Data Add-Ons:

The Data Day Pass Add-On for the Daily plan begins at the time you purchase the Add-On and ends 24 hours later. After data Add-On expires or is depleted, usage will be charged according to your underlying plan.

### 3.7.3 Hotspot Data Add-Ons:

When you add a hotspot data Add-On to a Monthly or Multi-Month plan that includes a hotspot data allotment, the use of data will be counted first against your hotspot data Add-On and then against the hotspot data allotment in your plan. If a Monthly plan includes a hotspot data allotment, the unused portion of the hotspot data allotment in your plan will remain available for use until the last day of your monthly plan term, provided you deplete your hotspot data Add-On. If you renew your plan during the term of your hotspot data Add-On, any data remaining in your hotspot data Add-On will continue to be used until the hotspot data Add-On expires or is depleted.

### 3.7.4 Monthly Messaging Add-Ons:

A Monthly Messaging Add-On may be added only to the Pay-Per-Minute plan.

### 3.7.5 Monthly International Calling Add-Ons:

Countries and/or call destinations not included in International Calling Add-Ons are charged at standard pay-per-use rates for international long distance. For details on pay-per-use charges and International Calling Add-Ons, go to att.com/prepaidintl. International Calling Add-Ons with an allotment of minutes may not be purchased more than twice within any 30 day period, or AT&T reserves the right to block international calling and/or suspend or terminate your AT&T PREPAID service.

### 3.7.6 International Travel Add-On:

Requires an HD Voice capable device and an active monthly plan. For a list of countries, see att.com/prepaidintl.

### 3.7.7 AT&T PREPAID WHS International Long Distance Add-On:

The AT&T PREPAID WHS International Long Distance Add-On contains an allotment of minutes from the U.S. to specific countries. This Add-On can only be added to AT&T PREPAID Wireless Home Phone or Wireless Home Phone & Internet Monthly plans. For a list of countries and details, see att.com/prepaidwirelesshome.

## 3.8 Pay-Per-Use Text/Picture/Video Messaging

There is a charge per message sent or received, whether read or unread, delivered or undelivered, solicited or unsolicited.

## 3.9 Data

International data roaming is not available on AT&T PREPAID plans (except plans that include use of plan data in Mexico and Canada).

### 3.9.1 Data Only Plans:

Data only plans are available for use on eligible smartphones, tablets, and stand-alone mobile hotspot devices only.

## 3.10 Conference Calling and Call Forwarding

If your use of conference calling, including any variation thereof, or call forwarding exceeds 750 minutes per month, AT&T may, at its option, impose a per minute usage charge for all calling over 750 minutes using one or more of these features, terminate your service or change your plan to one with no unlimited usage components. AT&T will provide notice that it intends to take any of the above actions

## 3.11 Off-net Usage

For a listing of available off-net and international roaming locations, where per-minute usage or roaming rates apply, go to att.com/prepaid/static-pages/ild-add-ons-ppu/. For additional terms and limitations applicable to Off-net Usage, please refer to Sections 2.8 and 2.8.1.

**26**

## 3.12 AT&T PREPAID Wireless Home Internet Services

AT&T Wireless Home Internet ("AWHI") for AT&T PREPAID customers requires an eligible device and an AT&T PREPAID AWHI monthly data plan. Plan good for 30 days. See sections 2.16.4 and 7.14.1 for additional terms.

## 3.13 AT&T PREPAID Multi-Line

**Activation, acceptance of an invitation to join, and/or use of an AT&T PREPAID Multi-Line Account constitutes acceptance of these Service Terms.** In the event of a conflict between the terms and conditions in this subsection [3.13.1 through 3.13.5] and other terms, these terms in this subsection will control.

### 3.13.1 AT&T PREPAID Multi-Line Account:

For details on eligible phone plans, go to att.com/multiline. AT&T reserves the right to change the number of allowable lines on Multi-Line Accounts without notice. One payment due date is established for all lines on the Multi-Line Account. Limit one rate plan change per line, per plan term.

### 3.13.2 Plan Data Proration:

When a line ("Member") is added to the Multi-Line Account during the plan term, the high-speed data allowance for the Member's plan is pro-rated based on the number of days remaining in the Multi-Line Account term. The high-speed data allowance is also pro-rated any time the Account Owner changes the monthly plan for any line, including the Account Owner's line, after establishing the Multi-Line Account.

### 3.13.3 Consent To Disclose Customer Proprietary Network Information (CPNI), Including Plan And Other Account Information To Account Owner:

**BY ACCEPTING AN INVITATION TO JOIN AN ACCOUNT OWNER'S MULTI-LINE ACCOUNT OR BY USING AT&T PREPAID SERVICES WHILE PART OF A MULTI-LINE ACCOUNT, THE MEMBER CONSENTS TO DISCLOSURE OF CPNI AS DISCUSSED IN THIS SUBSECTION.**

CPNI is information that relates to the type of telecommunications services you currently purchase, how you use them, and the billing information related to those services, including plan, calling details, type of wireless services and other items relating to your wireless telecommunications services. Once a Member joins a Multi-Line Account, the Member's AT&T PREPAID Account information, including account history, plan information, call detail records, billing information, and voice and data usage information, will be shared with and accessible by the Account Owner of the Multi-Line Account. The Member has the right to restrict the disclosure of the Member's CPNI and other account information to the Account Owner. Restricting disclosure of the Member's CPNI will not affect any other service(s) to which the Member currently subscribes from AT&T, however, it will prevent the Member from being able to join an AT&T PREPAID Multi-Line Account, since this information (CPNI) is necessary for the Account Owner to manage the Multi-Line Account. The Member's CPNI authorization is effective until the Member revokes it by removing the Member's line(s) from a Multi-Line Account.

### 3.13.4 Payment and Balance:

Account Owner is responsible for paying monthly plan charges for all lines on Multi-Line Account. Members continue to select and pay for optional Add-Ons or pay-per-use services out of their own AT&T PREPAID Account balance. Upon adding a Member line to the Multi-Line Account, full monthly payment will be due to activate Member's service but a pro-rated credit will be issued to the Account Owner's account for the Member's unused plan term, if applicable. A prorated credit may also be issued to the Account Owner for unused days of the Member's prior monthly plan (prior to joining the Multi-Line Account), if applicable. Applicable plan charge for each line on the Multi-Line Account for each renewal period will be automatically deducted from the Account Owner's Account balance at the end of the day (11:59pm Central Time) on the plan renewal date. The total payment due for all lines must be paid in order to renew service. **Applicable plan charge for any AT&T PREPAID plan is not refundable and not exchangeable, and any unused services of the plan are forfeited if the Account Owner changes to another plan during the plan term.** If Account Owner's Account balance is insufficient to pay the applicable plan charges for all lines on the Multi-Line Account, plan services, data services, or any pay-per-use services will be unavailable until Account Owner renews all lines. Unused Account balance is forfeited upon expiration.

### 3.13.5 Account Access:

You authorize us to provide CPNI and other account information to the Account Owner, and to allow the Account Owner to make changes to the Multi-Line Account, including new or extended service commitments and the purchase of products and/or services, upon the direction of any person able to provide information we deem sufficient to identify the person as the Account Owner. Such access will include, but is not limited to, the ability to view Multi-Line Account information, make changes to the plans under the Multi-Line Account, perform upgrades, and view payment information.

# 4.0
# Terms that Apply Only to DataConnect Pass Plan / Session-Based Wireless Data Services

## 4.1 Applicability of this Section

This Section 4 pertains only to session-based data services provided to you with access to AT&T's wireless data services, including but not limited to, features that may be used with Data Services and are offered pursuant to the Plans below. Data Services are only provided for prescribed purposes.

## 4.2 AT&T Data Plans ("Plans")

AT&T's wireless network. You acknowledge that when your allotment of data usage expires, any downloads of products or services will cease and AT&T is not responsible for any fees you must pay to download the product or service again. AT&T may send alerts to your Device and/or email to notify you of any data usage and/or days remaining on your Plan. These are courtesy alerts. There is no guarantee you will receive such alerts, and, by the time you receive them, your actual data usage and/or the days remaining on your Plan may already have expired, or be different than what is described in the alert. All sales are final and discounts are not available for these Plans. Payments are non-refundable. There is no separate charge to change a Plan or to cancel. Customers are responsible for provisioning and managing their Plans. AT&T reserves the right to change these terms and Plans, and to suspend your Account if Devices other than the registered Device are used with the Plans. Plans include access to available public AT&T Wi-Fi Hot Spots. Availability and quality of coverage, and access to Data Services while roaming are not guaranteed.

### 4.2.1 Domestic Plans:

Domestic Plans may be purchased with a data usage allotment measured in MBs or GBs, for a specified period of time, as defined in the Plan. The specified period of time begins to expire immediately upon plan activation, whether or not you are using the service. If you purchase a Domestic Plan with a data usage allotment and you use all of your allotment prior to the expiration of the specified period, your access to our Data Services will cease for the remainder of the specified period. If you want to continue using our Data Services during the remaining specified period, you will need to purchase an additional Plan. If a purchase is made prior to the completion of your current Plan, data usage will continue under your current Plan until expired. Note: If an additional Plan is purchased, the specified period for the additional Plan and, if applicable, the auto renew period, starts when your current Plan expires, or at the time you purchase the additional Plan if your prior Plan has already expired. If the additional Plan purchased has an automatic renewal, prior Plans with automatic renewal will not automatically renew. Domestic Plans include the U.S.

### 4.2.2 International Plans:

International Plans may be purchased with a data usage allotment measured in MBs or GBs for a specified period utilizing an approved payment method. International Plans should be purchased before traveling outside the U.S. You must be currently subscribed to a Domestic Plan at the time of purchase. If the Domestic Plan expires prior to the completion of the International Plan, all usage following the expiration of the Domestic Plan, whether domestic or international, will be deducted from the International Plan until such time as that Plan expires or another Domestic Plan becomes active (i.e. if you cancel your Domestic Plan after ordering an International Plan, U.S. domestic data usage will be counted against your International Plan, until you order another Domestic Plan). You can select the date on which the International Plan starts, which can be future dated up to 60 days after purchase. All future-dated International Plans become active at midnight Eastern Time of the date selected. Unless future-dated, the International Plan will start immediately upon purchase. Once your specified period expires or you use all of your allotment of data usage prior to the expiration of the specified period, whichever occurs first, your access to our Data Services will cease. If you want to continue using our Data Services, you will need to purchase an additional Plan. International Plans do not automatically renew.

### 4.2.3 Worldwide Plans:

Worldwide Plans may be purchased with a data usage allotment measured in MBs or GBs for a specified period utilizing an approved payment method. Worldwide Plans may be purchased as a standalone plan or along with a Domestic Plan, and should be purchased before traveling outside the U.S. If you do not have a separate Domestic Plan, all data usage occurring in the U.S. and countries listed at att.com/globalcountries will be deducted from the available data allotment in your Worldwide Plan. If you have data usage available in a separate Domestic Plan, then your domestic data usage will be deducted from your Domestic Plan and your international data usage will be deducted from the data available in your Worldwide Plan. However, if the Domestic Plan expires prior to the completion of the Worldwide Plan, all usage, whether domestic or international, will be deducted from the Worldwide Plan until such time as that Plan expires or another Domestic Plan becomes active (i.e. if you cancel your Domestic Plan after ordering a Worldwide Plan, U.S. domestic data usage will be counted against your Worldwide Plan until you order another Domestic Plan). You can select the date on which the Worldwide Plan starts, which can be future-dated up to 90 days after purchase. All future-dated Worldwide Plans become active at midnight Eastern Time of the date selected. Unless future-dated, the Worldwide Plan will start immediately upon purchase. Once your specified period expires or you use all of your allotment of data usage prior to the expiration of the specified period, whichever occurs first, your access to our Data Services will cease. If you want to continue using our Data Services, you will need to purchase an additional Plan. Worldwide Plans do not automatically renew.

### 4.2.4 Tax-Exempt Certification:

If you certify that your Account is tax-exempt, you agree to indemnify, defend, and hold harmless AT&T from any and all taxes, claims, lawsuits, damages, losses, liabilities, costs, fines, penalties, and expenses (including reasonable attorney fees) that arise from your certifying that your Account is tax exempt.

## 4.3 Term

Your Agreement begins on the day your Plan for Data Services are activated and continues until your Plan expires as set forth in Section 4.2.

## 4.4 Prepayment and no proration

You agree to pay in advance for your Plan and there is no proration of charges if your Plan is terminated. You may make payments by credit card or debit card or other payment methods accepted by AT&T. In order to process your automatic renewal in a timely fashion and ensure your continued use of the service, AT&T will, depending on your plan, charge your payment method for the automatic renewal: (1) within seven days before your new plan specified period is set to begin, or (2) any time after 75% of your usage based plan has been consumed. You may cancel the automatic renewal of your service at any time and your cancellation shall take effect after we have had a reasonable opportunity to act on your notice.

**28**

# AT&T Phone and AT&T Phone – Advanced Service Terms

## 5.1 AT&T Phone Service Terms

AT&T Phone Service is provided by one of the following AT&T affiliates, depending upon your service address: Southwestern Bell Telephone Company, LLC; Pacific Bell Telephone Company; Illinois Bell Telephone Company, LLC; Indiana Bell Telephone Company, LLC; Michigan Bell Telephone Company, LLC; Nevada Bell Telephone Company, LLC; The Ohio Bell Telephone Company, LLC; Wisconsin Bell, LLC; or BellSouth Telecommunications, LLC (each individually and collectively referred to in the AT&T Phone Service Terms as "AT&T"). Your AT&T Phone Services are governed by this Agreement, including these AT&T Phone Service Terms and the AT&T Phone Fee Schedule available at https://www.att.com/legal/terms.attPhoneFeeSchedule.html ("AT&T Phone Fee Schedule").

You might be receiving AT&T Phone Service through an arrangement with your property owner or manager. If so, you are still subject to this Agreement, except that AT&T may not directly charge you for AT&T Phone Service (including equipment) provided to you as part of that arrangement, and the equipment-return provisions in Section 5.4.3 may not apply to you even though equipment remains AT&T-owned. You will be responsible for fees and charges associated with additional AT&T Phone Service orders. You may have an additional contract with your property owner or manager, but AT&T is neither responsible for nor bound by the terms of that contract between you and your property owner or manager. If the arrangement with your property owner or manager terminates, you will continue receiving AT&T Phone Services under standard billing terms and this Agreement unless you notify AT&T.

If you have any questions about your AT&T Phone Services, please call us at 800.288.2020.

### 5.1.1 Term Commitment

**5.1.1.1 Term of Service:**
If you accepted a Service Commitment for your AT&T Phone Service, these AT&T Phone Service Terms will automatically continue on a month-to-month basis at the conclusion of your Service Commitment, and AT&T will automatically begin charging the applicable month-to-month fee. If you have no Service Commitment, these AT&T Phone Service Terms are a month-to-month agreement.

**5.1.1.2 Early Termination Fee ("ETF"):**
If you terminate your AT&T Phone Service before completion of your Service Commitment, you agree to pay an ETF. The ETF amount reduces each full month of your Service Commitment that you complete.

**5.1.1.3 Your Termination Rights:**
Within the first 14 days after we activate your AT&T Phone Service, you may terminate it for any reason without incurring an ETF (unless you would owe an ETF for a prior Service Commitment that you had ended early by entering into the new, now-terminated Service Commitment). However, you agree to pay AT&T for all fees, charges, and other amounts incurred and owed under your Agreement, and you agree to comply with Section 5.4.3 regarding equipment return. If you fail to return AT&T equipment, you will be charged an equipment non-return fee of up to $150. Some dealers may impose additional fees.

### 5.1.2 Installation and Repair

To install or repair your AT&T Phone Service, you acknowledge that AT&T may use existing wiring, including altering the wiring and removing accessories, located within your unit ("Inside Wiring"), and that AT&T and its agents may drill, cut, and otherwise alter improvements on the premises (including walls, flooring, and/or other surfaces) in order to install, maintain, or repair AT&T Phone Service or equipment. You warrant that you own or control the Inside Wiring and premises and give AT&T and its agents permission to use, alter, and remove equipment from them. If you do not own your premises or your unit is part of a multi-tenant environment (e.g., an apartment building, condominium, or private subdivision), you warrant that you have obtained permission from any necessary party, including, but not limited to, the owner, landlord, or building manager, to allow AT&T and its agents reasonable access to install, maintain, and repair your AT&T Phone Service and equipment and to make any alterations that we deem appropriate for the work to be performed. You agree to indemnify AT&T and its agents from and against all claims by an owner, landlord, building manager, or other party in connection with installation, maintenance, repair, or provision of AT&T Phone Service.

You will provide AT&T and its agents with reasonable access to your premises in order to install, maintain, and repair AT&T Phone Service and equipment. If you are not at the premises at the time of installation or repair, you authorize any other adult resident or guest at your residence to grant access to your premises for these purposes. You understand and agree that by authorizing an adult resident or guest to grant access to your premises, you authorize that adult to act on your behalf, including accepting this Agreement and any related agreements required in connection with the completion of the installation, activation, or repair of AT&T Phone Service and approving any changes to them.

You will be responsible for payment of service charges for visits by AT&T or its agents to your premises when a service request results from causes not attributable to AT&T or its agents, including, but not limited to, when you are unwilling to complete troubleshooting steps requested by AT&T. In addition to any applicable Dispatch Fee (as described in the AT&T Phone Fee Schedule), you are responsible for damage to and the entire cost of any necessary service, repair, or replacement of any equipment that is attributable to your improper installation, abuse, negligence, or misuse of the equipment, as determined by AT&T. We also reserve the right to charge reasonable shipping and handling fees in connection with replacement of our equipment. You understand that repair or replacement of AT&T Phone Service or equipment may (i) cause stored content to be deleted, (ii) reset personal settings, or (iii) otherwise alter the equipment.

### 5.1.3 Fees and Charges

In return for receiving our AT&T Phone Service, you promise to pay—and agree that we may charge your credit or debit card on file with us—the charges described in subsection 1.9, the AT&T Phone Fee Schedule, and the following charges:

**5.1.3.1 Monthly Service Charges:**
Billing for the AT&T Phone Service commences when AT&T has provisioned the AT&T Phone Service. Recurring charges for each month's AT&T Phone Service will be billed one month in advance. Billing is based on a 30-day cycle. Non-recurring and usage-based charges for the AT&T Phone Service generally will be billed in the billing cycle following the transaction. Your first bill for AT&T Phone Service may include pro-rated charges for a partial monthly period prior to the beginning of

will receive AT&T Phone Service until the end of your billing cycle (exceptions may apply to certain promotional periods and must be in writing). You will not receive a prorated credit or refund for any remaining days of AT&T Phone Service in your billing cycle after termination. Your AT&T Phone Service will continue until the end of the bill cycle. A downgrade fee may apply if you make changes to your AT&T Phone Service within thirty (30) days of AT&T Phone Service provisioning or later programming orders.

**5.1.3.2 Usage Charges:**

Non-recurring and usage-based charges for AT&T Phone Service generally will be billed in the billing cycle following the transaction. For a list of additional charges and fees that could apply to the AT&T Phone Service, please see the AT&T Phone Fee Schedule (at https://www.att.com/legal/terms.attPhoneFeeSchedule.html). The Fee Schedule is incorporated into this AT&T Phone Service Terms by this reference.

## 5.1.4 Equipment

Equipment that AT&T provides may be new or refurbished. Any equipment or software that was not provided to you by AT&T, including batteries, is not AT&T's responsibility, and AT&T will not provide support or maintenance of it. Depending on your service address, your AT&T Phone Service will include one of the following Equipment configurations:

- A Wi-Fi® Gateway ("WG") located inside your premises, and certain service-specific equipment set forth in Sections 5.6.4 that is required for AT&T Phone Service to function (in the AT&T Phone Services Terms, the term "Equipment" is used to refer to all service-specific equipment, including the WG). If you do not purchase the Equipment from AT&T, you agree to pay a monthly equipment fee for the Equipment as part of your purchase of AT&T Phone Service for the duration of your receipt of AT&T Phone Service. Equipment fees may be included in your monthly charge for AT&T Phone Service or be charged separately (different taxes and surcharges may apply to the equipment fees, AT&T Phone Service fees, and/or the equipment fee portion of AT&T Phone Service fees). Equipment fee/purchase options depend on the Services you order and installation options you choose. The Equipment requires electrical power from your premises to operate, which you are responsible for providing.

- If you have a WG inside your premises, you may also have an Optical Network Terminal ("ONT"), which is a box that may be located inside your premises, on the outside of your premises, in a central location in a multi-tenant building, or in your garage, where AT&T's fiber network terminates. The ONT also requires electrical power from your home to operate, which you are responsible for providing. AT&T will install your ONT device. The ONT power supply box converts the AC power in your home to the DC power required by the ONT.

- If you do not have a WG located inside your premises, your service is provided by an Intelligent Network Interface Device ("iNID") and certain service specific equipment set forth in Sections 5.6.4 that is required for AT&T Phone Service to function (the iNID is among the service-specific equipment collectively referred to in the AT&T Phone Services Terms as "Equipment"). If you do not purchase the Equipment from AT&T, you agree to pay a monthly equipment fee for the Equipment as part of your purchase of AT&T Phone Service for the duration of your receipt of AT&T Phone Service. Equipment fees may be included in your monthly charge for AT&T Phone Service or be charged separately. Equipment fee/purchase options depend on the AT&T Phone Services you order and the installation options you choose. The iNID includes three components: (1) a unit typically located on the outside of your premises or in your garage where the AT&T network terminates (the outside unit); (2) a home networking hub, which provides wireless networking capability and is located inside your premises, (the inside unit); and (3) a power supply unit, typically located in a sheltered area either inside your premises or in an attached structure. You are responsible for providing the electrical power for the iNID.

**5.1.4.1 Battery Backups for AT&T-provided Equipment:**

It is your responsibility to provide your own battery backup for your WG, or ONT. If there is an iNID at your premises, AT&T provides the initial battery backup, but all subsequent battery backups are your responsibility. For more information and minimum specifications regarding battery backups from third parties, see att.com/batterybackup. AT&T will not provide battery backups for customer-owned equipment.

**5.1.4.2 Management and Maintenance of AT&T Equipment:**

AT&T reserves the right to manage the AT&T Equipment during the time you are an AT&T customer and retains exclusive rights to data the Equipment generates. Neither you nor a third party may change, interfere with, or block access to the Equipment data or settings. You agree that you will use the Equipment only for its intended residential use, and not for any other purpose (such as on another AT&T network, or on another provider's (non-AT&T) network). You agree to use appropriate and reasonable care in using any and all Equipment. As explained in Section 5.2, AT&T will repair or replace damaged Equipment as AT&T deems necessary. AT&T will not provide support for, or be responsible for, ongoing maintenance or management of, customer-owned equipment.

**5.1.4.3 Return of Equipment:**

Upon termination of AT&T Phone Service for any reason, you must return the Equipment, undamaged, within 21 calendar days to AT&T. If the Equipment is not returned within 21 calendar days, or is returned damaged, you will be charged for the value of the Equipment. We may retain any advance payment or deposit, or portion thereof that previously had not been refunded, if you fail to return the Equipment within this time period. If the Equipment is returned within 90 days of termination, any fees charged for the Equipment will be refunded (other than fees for damages). No refunds will be made for any Equipment returned more than 90 days after termination.

In addition to termination of service, this subsection appliesif your existing Equipment is replaced or upgraded for any reason.

## 5.1.5 Theft Of AT&T Equipment Or AT&T Phone Service

You agree to notify AT&T immediately, in writing or by calling us at 800.288.2020, if the Equipment is stolen or if you become aware at any time that AT&T Phone Services are being stolen or fraudulently used. When you call or write, you must provide your AT&T Account number and a detailed description of the circumstances of the Equipment theft, including documentation of theft (e.g., a copy of a police report) or stolen or fraudulent use of AT&T Phone Service. You will be responsible for all charges incurred on your AT&T Account until you report the theft or fraudulent use of AT&T Phone Service. You will be responsible for stolen Equipment, but AT&T may in its sole discretion waive or reduce charges for stolen Equipment upon submission of documentation of theft or other circumstances. Failure to provide notice to AT&T of theft in a timely manner may result in the termination of your AT&T Services and additional charges to you. Unless notified otherwise by AT&T, after you report the theft or fraudulent use of the AT&T Phone Service, you will remain responsible for paying your monthly fees for AT&T Services not stolen or fraudulently used.

**30**

**5.1.6.1 Service Description:**

AT&T Phone is an enhanced voice communication service that converts voice communications into Internet Protocol (IP) packets that are carried over AT&T's IP network—i.e., "voice over IP" or "VoIP." AT&T Phone Service includes direct-dialed calling and certain calling and call management features, as well as additional or advanced features that may be offered at additional costs, all of which AT&T, in its sole discretion, may add, modify, or delete from time to time. AT&T Phone Service also includes a telephone number or numbers that will be included in printed directories and/or directory assistance databases, and options, available at additional costs, to have numbers withheld from printed directories and/or directory assistance databases. It is not mobile or nomadic and will function only where installed.

**5.1.6.2 AT&T Phone Accounts and Subaccounts:**

When you accept the AT&T Service terms, you become the main Account holder for each telephone number assigned to the AT&T Phone Service and all plans, features, and functionalities associated with each telephone number, whether those telephone numbers, plans, features, and functionalities are purchased initially or are added subsequently. You will be asked to choose a unique name for the main Account (your main Account ID). You may create up to ten subaccounts under your main Account, for others in your household. Each subaccount will have a separate password and ID. Main Account holders are responsible for all activity on their main Account and on any and all subaccounts. Violations of this Agreement in a main Account or in a subaccount can result in suspension or termination of the main Account and all subaccounts. Call histories (call logs for outgoing, answered, and missed calls) for each telephone number are accessible in the main Account and in each subaccount created under the telephone number. Main Account holders, as well as anyone provides information we deem sufficient to identify the main Account holder, can reset subaccount passwords and IDs by contacting Customer Service and can delete and recreate subaccounts. You agree to advise all subaccount holders that the main Account holder can have access to all aspects of their subaccount, including, but not limited to, feature settings, voicemail messages, and address books. All subaccount holders can therefore have no expectation of privacy vis-à-vis the main Account holder with regard to any aspect of the subaccount.

**5.1.6.3 Billing And Payments:**

For AT&T Phone service, nonrecurring and usage-based charges generally billed in the billing cycle following the transaction include, but are not limited to, international calling (including surcharges for international termination to a wireless phone number), call trace, and overage minutes associated with defined minutes-of-use plans (e.g. Phone 200 plan). Partial minutes are rounded up for per-minute usage charges.

**5.1.6.4 AT&T Phone Equipment:**

AT&T Phone Service requires a regular touchtone landline telephone, which you must supply and which must be connected to the WG or iNID, either directly or through your home's Inside Wiring. (Rotary and pulse phones will not work). The WG or iNID will support up to two AT&T Phone lines (telephone numbers used for inbound and outbound calling). You agree that neither you nor a third party will move Equipment used for AT&T Phone Service within your premises or to any other physical location outside of the premises where it was installed. AT&T Phone Service is not designed to be nomadic and will not function properly if the WG is moved or altered. If you require the WG to be moved, you must contact AT&T. Failure to do so may result in a failure of AT&T Phone Service and/or in AT&T's suspension, modification, or termination of your Service.

**5.1.6.5 Interruptions, Limitations, And Modifications To Service:**

Since voice over IP is dependent on the IP network, the availability of an adequate power source, and correct Equipment configuration, AT&T does not guarantee that AT&T Phone Service will be continuous or error-free. You acknowledge and understand that AT&T cannot guarantee that voice over IP communication is secure.

You also acknowledge that AT&T may establish general practices and limits concerning use of AT&T Phone Service, AT&T Phone Service cannot be used to make operator-assisted collect or third-party billing calls (unless the third-party Collect Call company separately handles and bills for the call), nor can AT&T Phone Service be used to make 900/976 calls; area code 500, 700, and 710 calls; 10-10-XXX dial-around calls; or international operator or directory assistance calls. Also, the ability to call certain N11 services (211, 311, 511) may not be available.

AT&T also limits the maximum number of days that messages will be retained; the maximum number messages that will be retained by the Service; the maximum size of any message; and the maximum disk space that will be allotted on AT&T's servers on your behalf. You agree that AT&T will have no responsibility or liability for the deletion, for failure to store or to deliver any messages and other communications, for the modification or malformation of communications, or for other content maintained or transmitted by AT&T Phone Service. You acknowledge that AT&T reserves the right to log off Accounts or disconnect sessions that are inactive for an extended period of time. You further acknowledge that AT&T reserves the right to change these general practices and limits at any time without advance notice.

**5.1.6.6 Limitations of 911 Service:**

AT&T Phone Service, which is provided via voice over IP, is not the same as traditional wireline telephone service, and **911 service doesn't work the same as with traditional wirelines telephones.** You agree to tell anyone who may use your AT&T Phone Service of the limitations of 911 service. **AT&T makes no warranty that access to 911 will be uninterrupted, timely, secure, or error-free.** 911 service is available only at your service address, while connected to a properly powered and configured iNID or WG (and a properly powered and configured ONT, if applicable) and after AT&T Phone Service has been properly activated. 911 service will not function if your AT&T Phone Service isn't functioning or if there is a power or network outage, broadband connection failure, or if your service has been disconnected or suspended. Following an outage, you may be required to reset or reconfigure your Equipment before 911 service will work. AT&T strongly recommends that you maintain an alternative means of accessing 911 services, such as a cellular phone, at all times. AT&T is not responsible for any losses incurred because of an inability to dial 911 or to access emergency service personnel for any reason. And you agree to defend, indemnify, and hold harmless AT&T and its subsidiaries, affiliates, officers, agents, directors, employees, and service providers for any claim by you or anyone else relating in any way to 911 service.

**5.1.6.7 Premise Alarm and Other Device Compatibility:**

AT&T makes no warranty that AT&T Phone Service is appropriate for or capable of use with monitored burglar or fire alarms or medical monitoring systems or devices. Use of such systems is at your own risk. Not only may AT&T Phone Service be interrupted, delayed, or insecure, it may be incompatible with such systems or devices, and will not work in the event of a power or network outage, and may not work for other reasons. You agree to notify AT&T if you purchase a monitored burglar or fire alarm system before that system is installed, as installation may require re-wiring of AT&T Phone Services at your expense. AT&T does not provide support for, or re-wiring of AT&T Phone Service in support of, medical monitoring systems or devices. Once AT&T Phone Service has been installed for use with a monitored burglar or fire alarm system, you agree that you will not modify the Inside Wiring of your home, move or reconfigure your WG in any way, or plug any telephone equipment into the back of your WG without contacting AT&T and your alarm service provider. Taking any of those actions could cause a failure of your

Case 3:24-cv-00775-E   Document 1057   Filed 11/13/25   Page 85 of 497   PageID 54076

medical monitoring device, or other similar systems or devices.

**5.1.6.8 Local Number Portability:**
In the event you are transferring an existing phone number for your AT&T Phone Service (i.e., porting a number to AT&T), you hereby authorize AT&T to process your order for AT&T Phone Services and to notify your existing provider of your decision to switch your local, local toll, and long distance services to AT&T Phone Service, and you represent that you are authorized to take this action. Not all telephone numbers are eligible for porting to AT&T Phone Service.

**5.1.6.9 Voicemail:**
AT&T Phone Service includes Voicemail, a full-featured voicemail service. AT&T does not guarantee that voicemail messages will be saved or be able to be retrieved. If you access your Voicemail voice mailbox from outside your local calling area, you may incur applicable local toll or long distance charges.

In addition, the Voicemail service allows you the option to integrate your AT&T wireless service voice mailbox with your AT&T Phone Voicemail mailbox. (Wireless service from AT&T must be purchased separately.) Calls forwarded to your Voicemail voice mailbox from your wireless phone will not incur airtime charges. However, airtime charges may apply when using your wireless handset to retrieve messages. Pager notification allows your pager to notify you when a message is received in your Voicemail voice mailbox. Your pager can have either an email address or your pager can have a telephone number associated with it and must be set up through the Voicemail mailbox. Paging service and equipment must be purchased separately. Other restrictions may apply.

Voicemail may include a Voicemail-to-Text ("VMTT") feature that provides automated transcription of your voicemail. AT&T is not responsible nor liable for: 1) errors in the conversion of or its inability to transcribe voicemail messages to text/email; 2) lost or misdirected messages; or 3) content that is unlawful, harmful, threatening, abusive, obscene, tortious, or otherwise objectionable. We do not filter, edit or control voice, text, or email messages, or guarantee the security of messages. We can interrupt, restrict or terminate VMTT without notice if your use of VMTT adversely impacts AT&T's network (e.g., by abnormal calling patterns or an unusually large number of repeated calls and messages) or if your use is otherwise abusive, fraudulent, or does not comply with the law.

You are solely responsible for and will comply with all applicable laws as to the content of any text messages or emails you receive from VMTT that you forward or include in a reply to any other person. You authorize AT&T or a third party working on AT&T's behalf to listen to, and transcribe all or part of a voicemail message and to convert such voicemail message into text/email, and to use voicemail messages and transcriptions to enhance, train and improve AT&T's speech recognition and transcription services, software and equipment. You agree that the results of benchmarking VMTT against competing products or services is AT&T confidential information requiring AT&T's written consent to disclose. Additional charges may apply to receiving email on your wireless device from VMTT, as well as, replying to or forwarding VMTT messages via SMS (text) or email, depending on your plan. Transcription times cannot be guaranteed. You are responsible for providing a correct email address and updating the email address when changes to the email account are made.

**5.1.6.10 Prohibited Uses of AT&T Phone Service:**
You agree that you will NOT use AT&T Phone Service:

- To engage in auto-dialing, continuous or extensive call forwarding, telemarketing, fax broadcasting or fax blasting, or for uses that result in excessive usage inconsistent with normal residential usage patterns. In addition, connection of your AT&T Phone Service to a device which converts use of AT&T Service to an outbound trunk line by more than one individual is prohibited. If AT&T determines, in its sole discretion, that you are reselling or transferring your AT&T Phone service or that you are using it for any of these activities, AT&T reserves the right, without advance notice, immediately to terminate or modify your AT&T Service, or to change your call plan to a different offer on a prospective basis, and, in addition, to assess additional charges for each month in which excessive usage occurred. If you subscribe to a calling plan which includes unlimited calling of any type, unless otherwise specified by your specific plan in marketing materials associated herewith, consistent monthly use in excess of 5,000 aggregate minutes per month, taking into account all types of calling in your plan which are provided on an unlimited basis, shall be presumed to be inconsistent with these restrictions and shall be subject to the conditions above.

- As an announcement service, particularly with regard to Voicemail. Use of Voicemail service as an announcement service and/or other improper or excessive use may impair AT&T's ability to provide reasonable service to other customers. AT&T reserves the right to cancel your AT&T Phone Service at any time, with or without notice, if as determined solely by AT&T based on its network/service design and usage experience, your messaging service is (1) being used in an improper manner including, but not limited to, using it as an announcement service or for unlawful purposes, (2) consistently generating excessive usage, (3) affecting AT&T's ability to provide reasonable service to other customers, or (4) being used to interfere with another's use of the voicemail system.

**5.1.6.11 Special Terms for North Carolina Customers:**
If you reside in Durham or Concord, your AT&T Service may not include a telephone number or numbers in printed directories and/or directory assistance databases, and you may not have the option to have numbers withheld from printed directories and/or directory assistance databases.

**5.1.6.12 AT&T Phone for Business.**

**5.1.6.12.1 AT&T Phone for Business Equipment:**
AT&T Phone for Business service requires a regular touchtone landline telephone, which you must supply and which must be connected to the WG, FBG, IAD or iNID, either directly or through your premise's inside wiring. (Rotary and pulse phones will not work.) The WG, FBG or iNID will support up to two AT&T Phone for Business lines (telephone numbers used for inbound and outbound calling), additional AT&T Phone for Business lines will be supported by an Integrated Access Device (IAD) which, when necessary, will be installed in a tethered arrangement with the WG or the FBG.

**You agree that neither you nor a third party will move AT&T Phone for Business Equipment used for AT&T Phone for Business Service within your premises or to any other physical location outside of the premises where it was installed by AT&T.** AT&T Phone for Business Service is not designed to be nomadic and will not function property if the WG, FBG or the IAD is moved or altered by a non-AT&T employee. If you require the WG, FBG or IAD to be moved, you must contact AT&T. Failure to do so may result in a failure of the service and/or in AT&T's termination of your service.

**5.1.6.12.2 Interruptions, Limitations, and Modifications to Service:**
Telephone Line assignment on the WG or FBG. You acknowledge and agree that under certain service configurations, there may be a need for AT&T to keep a telephone line connected to port one of the WG or FBG. Under these circumstances, if the telephone line connected to port one (of the WG or FBG) is disconnected, AT&T will proceed to move one of the remaining lines, if existent, to populate the otherwise vacant port one to provide proper functioning of the service. You acknowledge and agree that this action will require a technician dispatch and will be billed at the associated prices prevailing for the service.

If you are an AT&T Phone for Business customer, all disputes between us will be resolved through binding arbitration as prescribed by Section 1.3, except that (1) the AAA will apply its Commercial Arbitration Rules, as modified by this section and Section 1.3, unless the claims are valued at $25,000 or less; (2) AT&T will pay all AAA fees listed in Section 1.3.2.4 for arbitrations you initiate after fully complying with Section 1.3.2.2 only if your claims are valued at $25,000 or less; (3) you are eligible for the Alternative Payment and Attorney Premium in arbitrations you initiate after fully complying with Section 1.3.2.2 only if your claims are valued at $25,000 or less; and (4) the arbitrator will issue a reasoned decision only if you or AT&T requests it.

## 5.2 AT&T Phone – Advanced

AT&T Phone – Advanced Service is provided by one of the following AT&T affiliates, depending upon your service address: Southwestern Bell Telephone Company, LLC; Pacific Bell Telephone Company; Illinois Bell Telephone Company, LLC; Indiana Bell Telephone Company, LLC; Michigan Bell Telephone Company, LLC; Nevada Bell Telephone Company, LLC; The Ohio Bell Telephone Company, LLC; Wisconsin Bell, LLC; or BellSouth Telecommunications, LLC (each individually and collectively referred to in the AT&T Phone – Advanced Service Terms as "AT&T"). Your use of AT&T Phone – Advanced Services are governed by this Agreement, including these AT&T Phone – Advanced Service Terms and the AT&T Phone – Advanced Fee Schedule available at www.att.com/legal/terms.attPhoneFeeSchedule.html ("AT&T Phone – Advanced Fee Schedule"). In the event of a conflict between these terms and other terms contained elsewhere in this Agreement, these Service Terms will apply with respect to use of AT&T Phone – Advanced Service.

### 5.2.1 Service Description:

AT&T Phone – Advanced is a fixed location enhanced voice communication service which may be delivered either over an existing broadband connection and/or through AT&T Wireless Service (cellular). AT&T Phone – Advanced Service includes direct-dialed calling and certain calling and call management features, as well as additional or advanced features that may be offered at additional costs, all of which AT&T, in its sole discretion, may add, modify, or delete from time to time. AT&T Phone – Advanced Service also includes a telephone number or numbers which may be included in printed/digital directories and/or directory assistance databases, and options, which may be available at additional costs, to have numbers withheld from such directories/databases.

### 5.2.2 Accounts, Billing and Termination Right:

#### 5.2.2.1 Accounts:
When you purchase AT&T Phone – Advanced, you become the Account holder for each telephone number assigned to the AT&T Phone – Advanced Service and all plans, features, and functionalities associated with each telephone number, whether those telephone numbers, plans, features, and functionalities are purchased initially or are added subsequently. Account holders are responsible for all activity on their Account. Violations of these Service Terms or the Agreement can result in suspension and/or termination of the Account and/or AT&T Phone – Advanced Service.

#### 5.2.2.2 Billing:
Billing begins when AT&T Phone – Advanced Service is activated on the network or 21 days following the shipment of equipment, whichever is sooner. Recurring charges for each month's AT&T Phone – Advanced Service will be billed one month in advance. Billing is based on a 30-day cycle. Non-recurring and usage-based charges for the AT&T Phone – Advanced Service generally will be billed in the billing cycle following the transaction. Your first bill for AT&T Phone – Advanced Service may include pro-rated charges for a partial monthly period prior to the beginning of your first monthly billing cycle. Upon termination, subject to applicable law, your effective date of cancellation will be the last day of your current billing cycle and you will receive AT&T Phone – Advanced Service until the end of your billing cycle (exceptions may apply to certain promotional periods and must be in writing). You will not receive a prorated credit or refund for any remaining days of AT&T Phone – Advanced Service in your billing cycle after termination. Your AT&T Phone – Advanced Service will continue until the end of the billing cycle. A fee may apply if you make changes to your AT&T Phone – Advanced Service within thirty (30) days of activation or through other change orders. For a list of additional charges and fees that could apply to the AT&T Phone – Advanced Service, please see the AT&T Phone – Advanced Fee Schedule. The Fee Schedule is incorporated into these Service Terms by this reference.

#### 5.2.2.3 Termination Right:
Within the first 14 days after we activate your AT&T Phone – Advanced Service, you may terminate it for any reason without incurring termination charges.

### 5.2.3 Equipment, Premise Alarm and Other Device Compatibility, Power and Battery Backup and Management, Maintenance, and Modification of Equipment:

#### 5.2.3.1 Equipment:
Your AT&T Phone – Advanced Service requires an AT&T Phone – Advanced device ("Equipment") located inside your premises for the AT&T Phone – Advanced Service to function. You will own the Equipment and will purchase the Equipment from AT&T by paying a one-time charge, or, if the option is made available by AT&T, pay for the Equipment over an extended period of time through a recurring monthly charge on your bill. Equipment fees may be included in your monthly bill for AT&T Phone – Advanced Service or charged separately (different taxes and surcharges may apply to AT&T Phone – Advanced Service fees, and/or the Equipment fee).

Equipment that AT&T provides may be new or refurbished. Any equipment or software that was not provided to you by AT&T, including batteries, is not AT&T's responsibility, and AT&T will not provide support or maintenance of it. The Equipment requires electrical power from your premises to operate, which you are responsible for providing. The Equipment must be installed and activated by following the set-up guide and associated tools provided for that purpose. In order to achieve the best possible signal strength when using the cellular network, it may be necessary to install the Equipment near a window facing the direction of the nearest wireless tower. Not following the set-up guide or electing to install the Equipment in a location that is not recommended by the set-up guide and/or the associated tools may result in degradation of AT&T Phone – Advanced Service quality and/or reliability. Similarly, once the Equipment has been installed and activated, relocating the Equipment within your address may result in interruption or degradation of your AT&T Phone – Advanced Service. AT&T is not responsible for any interruption or degradation of AT&T Phone – Advanced Service as a result of the Equipment being installed in a less than optimal location.

AT&T reserves the right to charge reasonable shipping and handling fees in connection with replacement of the Equipment. You understand that repair, replacement, or updates to the AT&T Phone – Advanced Service or the Equipment may (i) cause stored content to be deleted, (ii) reset personal settings, or (iii) otherwise alter the Equipment.

**33**

for AT&T Phone – Advanced Service to provide calling functionality.

**5.2.3.2 Premise Alarm and Other Device Compatibility:**

AT&T makes no warranty that AT&T Phone – Advanced Service is appropriate for use with all monitored burglar or fire alarms or medical monitoring systems or similar systems or devices. Use of such systems with AT&T Phone – Advanced Service is at your own risk. Not only may AT&T Phone – Advanced Service be interrupted, delayed, or insecure, it may be incompatible with such systems or devices, and may not work in the event of a power or network outage, and may not work for other reasons. You agree to notify AT&T if you purchase a monitored burglar or fire alarm system, or medical monitoring system or device after installation, as support for these devices may require professional installation and re-wiring of Inside Wiring to the Equipment at your expense. Once AT&T Phone – Advanced Service has been installed for use with a monitored burglar, fire alarm system, or medical monitoring device, you agree that you will not modify the Inside Wiring of your home, move or reconfigure your Equipment in any way, or plug any new telephone equipment into the back of your Equipment without first contacting AT&T and your alarm/device service provider. Taking any of those actions could cause a failure of your AT&T Phone – Advanced Service and/or alarm or medical monitoring system. You agree to waive any claim against AT&T relating to interference with, disruption to, or failure of a monitored burglar or fire alarm, medical monitoring device, or other similar systems or devices used with your AT&T Phone – Advanced Service.

**5.2.3.3 Power and Battery Backup:**

The Equipment requires electrical power from your premises to operate, which you are responsible for providing, and contains an integrated battery backup capable of powering the Equipment for a period of time up to 24 hours. You may choose to purchase a separate battery backup for the Equipment or other connected equipment from third party manufacturers or retailers. For more information visit att.com/batterybackup. You also agree to be solely responsible for determining when backup batteries for the Equipment require replacement and for replacing and recycling used batteries. You agree to read and follow all directions for the replacement and recycling of backup batteries. For more information and minimum specifications visit att.com/batterybackup. Devices connected to the Equipment without a separate battery backup may not function in the event of a loss of power. AT&T will have no liability for loss of any AT&T Phone – Advanced Service in the event of interruption of power, with or without battery backup present in the Equipment.

**5.2.3.4 Management, Maintenance, and Modification of Equipment:**

AT&T reserves the right to manage, maintain, and modify the Equipment during the time you are an AT&T Phone – Advanced customer and retains exclusive rights to use data which the Equipment generates. You agree that you will use the Equipment only for its intended use. You agree to use appropriate and reasonable care in using the Equipment.

## 5.2.4 Installation by AT&T, Self-Installation and Relocation of Equipment:

**5.2.4.1 Installation by AT&T:**

If AT&T installs your AT&T Phone – Advanced Service, you acknowledge that, if necessary, AT&T may use existing wiring, including altering the wiring and removing accessories, located within your unit ("Inside Wiring"), and that AT&T and its agents may drill, cut, and otherwise alter improvements on the premises (including walls, flooring, and/or other surfaces) in order to install, maintain, or repair AT&T Phone – Advanced Service or Equipment. You warrant that you own or control the Inside Wiring and premises and give AT&T and its agents permission to use, alter, and remove equipment from them. If you do not own your premises or your unit is part of a multi-tenant environment (e.g., an apartment building, condominium, or private subdivision), you warrant that you have obtained permission from any necessary party, including, but not limited to, the owner, landlord, or building manager, to allow AT&T and its agents reasonable access to install, maintain, and repair your AT&T Phone – Advanced Service and Equipment and to make any alterations that we deem appropriate for the work to be performed. You agree to indemnify AT&T and its agents from and against all claims by an owner, landlord, building manager, or other party in connection with installation, maintenance, repair, or provisioning of AT&T Phone – Advanced Service. You will provide AT&T and its agents with reasonable access to your premises in order to install, and repair AT&T Phone – Advanced Service and Equipment. If you are not at the premises at the time of installation or repair, you authorize any other adult resident or adult guest at your residence to grant access to your premises for these purposes. You understand and agree that by authorizing an adult resident or adult guest to grant access to your premises, you authorize that adult to act on your behalf, including accepting this Agreement and any related agreements required in connection with the completion of the installation, activation, or repair of AT&T Phone – Advanced Service and approving any changes to them. You will be responsible for payment of service charges for visits by AT&T or its agents to your premises when a service request results from causes not attributable to AT&T or its agents, including, but not limited to, when you are unwilling to complete troubleshooting steps requested by AT&T.

**5.2.4.2 Self-Installation:**

If you are self-installing AT&T Phone – Advanced, you agree that the Equipment will not be connected to any Inside Wiring at your service location. Improperly connecting the Equipment to Inside Wiring can result in an electrical short or AT&T Phone – Advanced Service failure. You agree to defend, indemnify, and hold harmless AT&T and its subsidiaries, affiliates, officers, agents, directors, employees, and service or Equipment providers for any claim related in any way to improper connection of the Equipment to your Inside Wiring.

**5.2.4.3 Relocation of Equipment:**

While you continue to receive the AT&T Phone – Advanced Service, neither you nor a third party will move the Equipment to any other physical location outside of your registered service location. AT&T Phone – Advanced Service is not designed to be nomadic and may not function properly if Equipment is moved to a location outside of your registered service location. If you require Equipment to be moved to another location, you must notify AT&T first, and obtain a move order from AT&T. Failure to do so may result in a failure of the AT&T Phone – Advanced Service and/or AT&T's suspension and/or termination of your AT&T Phone – Advanced Service. Service charges will continue to apply.

## 5.2.5 Interruptions Limitations and Modifications to Service, Limitations of 911 Service and Local Number Portability:

**5.2.5.1 Interruptions Limitations and Modifications to Service:**

Voice service is dependent on the network, the availability of an adequate power source, and correct Equipment configuration. AT&T does not guarantee that AT&T Phone – Advanced Service will be continuous or error-free. You acknowledge and understand that AT&T cannot guarantee that voice communication is secure. You also acknowledge that AT&T may establish general practices and limits concerning use of AT&T Phone – Advanced Service. AT&T Phone – Advanced Service cannot be used to make operator-assisted collect or third-party billing calls (unless the third-party Collect Call company separately handles and bills for the call), nor can AT&T Phone – Advanced Service be used to make 900/976 calls; area code 500, 700, and 710 calls; 10-10-XXX dial-around calls; or international operator or directory assistance calls. Also, the ability to call certain N11 services (211, 311, 511) may not be available. You agree that AT&T will have no responsibility or liability

content maintained or transmitted by AT&T Phone – Advanced Service. You acknowledge that AT&T reserves the right to log off Accounts or disconnect sessions that are inactive for an extended period of time. You further acknowledge that AT&T reserves the right to change these general practices and limits at any time without advance notice.

**5.2.5.2 Limitations of 911 Service:**

AT&T Phone – Advanced Service is not the same as traditional wireline telephone service, and 911 service doesn't work the same as with traditional wireline telephones. You agree to tell anyone who may use your AT&T Phone – Advanced Service of the limitations of 911 service. AT&T makes no warranty that access to 911 will be uninterrupted, timely, secure, or error-free. 911 service is available only at your registered service address, while connected to properly powered Equipment and after AT&T Phone – Advanced Service has been properly activated and configured. 911 service will not function if your AT&T Phone – Advanced Service isn't functioning or if there is an Equipment failure, power, or network outage, cellular or broadband connection failure, if the Equipment has been moved without AT&T's prior consent, or if your AT&T Phone – Advanced Service has been disconnected or suspended. Following an outage, you may be required to reset or reconfigure the Equipment before 911 service will work. AT&T strongly recommends that you maintain an alternative means of accessing 911 services, such as a cellular phone, at all times. AT&T is not responsible for any losses incurred because of an inability to dial 911 or to access emergency service personnel for any reason. And, you agree to defend, indemnify, and hold harmless AT&T and its subsidiaries, affiliates, officers, agents, directors, employees, and service providers for any claim by you or anyone else relating in any way to your AT&T Phone – Advanced Service and 911 service.

**5.2.5.3 Local Number Portability:**

In the event you are transferring an existing phone number to your AT&T Phone – Advanced Service (i.e., porting a number), you hereby authorize AT&T to process your order for AT&T Phone – Advanced Service and to notify your existing provider of your decision to switch your local, local toll, and long distance services to AT&T Phone – Advanced Service, and you represent that you are authorized to take this action. Not all telephone numbers are eligible for porting to AT&T Phone – Advanced Service.

## 5.2.6 Voicemail:

AT&T Phone – Advanced Service includes Voicemail, a full-featured voicemail service. AT&T does not guarantee that voicemail messages will be saved or be able to be retrieved. If your Voicemail voice mailbox is accessed from outside the local calling area, you may incur applicable local toll or long distance charges.

Voicemail service may allow you the option to integrate your AT&T wireless service voice mailbox with your AT&T Phone – Advanced Voicemail mailbox. (Wireless service from AT&T must be purchased separately.) Calls forwarded to your Voicemail voice mailbox from your wireless phone will not incur airtime charges. However, airtime charges may apply when using your wireless handset to retrieve messages.

Voicemail may include a Voicemail-to-Text ("VMTT") feature that provides automated transcription of your voicemail. AT&T is not responsible nor liable for: 1) errors in the conversion of or its inability to transcribe voicemail messages to text/email; 2) lost or misdirected messages; or 3) content that is unlawful, harmful, threatening, abusive, obscene, tortious, or otherwise objectionable. AT&T does not filter, edit or control voice, text, or email messages, or guarantee the security of messages. AT&T can interrupt, restrict or terminate VMTT without notice if your use of VMTT adversely impacts AT&T's network (e.g., by abnormal calling patterns or an unusually large number of repeated calls and messages) or if your use is otherwise abusive, fraudulent, or does not comply with the law.

You are solely responsible for and will comply with all applicable laws as to the content of any text messages or emails you receive from VMTT that you forward or include in a reply to any other person. You authorize AT&T or a third party working on AT&T's behalf to listen to, and transcribe all or part of a voicemail message and to convert such voicemail message into text/email, and to use voicemail messages and transcriptions to enhance, train and improve AT&T's speech recognition and transcription services, software and equipment. You agree that the results of benchmarking VMTT against competing products or services is AT&T confidential information requiring AT&T's written consent to disclose. Additional charges may apply to receiving email on your wireless device from VMTT, as well as, replying to or forwarding VMTT messages via SMS (text) or email, depending on your plan. Transcription times cannot be guaranteed. You are responsible for providing a correct email address and updating the email address when changes to the email account are made.

## 5.2.7 Theft of Equipment or Service, Prohibited Uses and Special Terms:

**5.2.7.1 Theft of Equipment or Service:**

You agree to notify AT&T immediately, in writing or by calling us at 800.288.2020, if the Equipment is stolen or if you become aware at any time that AT&T Phone – Advanced Services are being stolen or fraudulently used. When you call or write, you must provide your AT&T Account number and a detailed description of the circumstances of the Equipment theft, including documentation of theft (e.g., a copy of a police report) or stolen or fraudulent use of AT&T Phone – Advanced Service. You will be responsible for all charges incurred on your AT&T Account until you report the theft or fraudulent use of AT&T Phone – Advanced Service. Failure to provide notice to AT&T of theft in a timely manner may result in the termination of your AT&T Phone – Advanced Service and additional charges to you.

**5.2.7.2 Prohibited Uses:**

You agree that you will NOT use AT&T Phone – Advanced Service to engage in auto-dialing, continuous or extensive call forwarding, telemarketing, fax broadcasting or fax blasting, or for uses that result in excessive usage inconsistent with normal residential usage patterns. In addition, connection of your AT&T Phone – Advanced Service or Equipment to a device which converts use of AT&T Phone – Advanced Service to an outbound trunk line by more than one individual is prohibited. If AT&T determines, in its sole discretion, that you are reselling or transferring AT&T Phone – Advanced Service or that you are using it for any of these activities, AT&T reserves the right, without advance notice, immediately to terminate or suspend your AT&T Phone – Advanced Service, and, in addition, to assess additional charges for each month in which excessive usage occurred. If you subscribe to a calling plan which includes unlimited calling of any type, unless otherwise specified by your specific plan in marketing materials associated herewith, consistent monthly use in excess of 5,000 aggregate minutes per month, taking into account all types of calling in your plan which are provided on an unlimited basis, shall be presumed to be inconsistent with these restrictions and shall be subject to the conditions above.

**5.2.7.3 Special Terms for North Carolina Customers:**

If you reside in Durham or Concord, your AT&T Phone – Advanced Service may not include a telephone number or numbers in printed/digital directories and/or directory assistance databases, and/or you may not have the option to have numbers withheld from printed/digital directories or directory assistance databases.

**35**

## 6.0

# AT&T Internet Service Terms

These Internet Service Terms govern the Internet access services provisioned by AT&T described in Section 6.1 below, including Internet Protocol (IP) based services provisioned over copper, copper-fiber hybrid, fiber or wireless networks as well as legacy digital subscriber line (DSL) services (collectively "Internet Service"). The Internet Services are currently marketed under the names AT&T Internet, AT&T Fixed Wireless, and AT&T DSL, but see Section 6.1. below for a partial list of other names under which these services have been marketed in the past.

Your use of AT&T Internet Services is governed by these AT&T Internet Service Terms, as well as your Customer Service Summary or Order Confirmation letter, AT&T's Access ID Terms and Conditions (at att.com/accessidterms), the att.net Terms of Use (at att.com/legal/terms.attNetTermsOfUse.html), AT&T's Policies for Considering Copyright Infringement Claims (at att.com/legal/terms.dmca.html), the Internet Fee Schedule (available at att.com/ConsumerInternetFees for consumer customers and att.com/BusinessInternetFees for business customers) ("Internet Fee Schedule"), along with the applicable policies and additional terms which AT&T makes you aware of, and if you have been notified of temporary changes to your Internet Service, the terms and conditions for that temporary service posted at att.com/temporaryterms. To the extent that your AT&T Internet Service is delivered over some portion of the AT&T wireless network, your service will also be subject the AT&T Wireless Service Terms in Section 2. The current fixed internet access speed tiers AT&T offers may be found on AT&T's Speed Tier page at att.net/speedtiers.

In these AT&T Internet Service Terms, "AT&T" or "we" refers to the AT&T affiliate for your service and location identified in section 6.1 and "you" refers to the Account holder, Sub-Account holder, and any Authorized User(s), as those terms are defined in Sections 6.3.1 and 6.3.2.

These AT&T Internet Service Terms are based on four general principles.

(1) We support our customers' right to free expression.

(2) We will give our customers clear notice of any meaningful limitations on the Services.

(3) We will give our customers clear information about the experience they can expect when using the Services.

(4) We will provide consumer internet access service in discrete, non-overlapping speed tiers.

For more information about how AT&T helps transmit your information to points on the Internet, how AT&T manages the network, internet options such as different service capability and expected and actual speed ranges, device attachment rules, activities which may impair or degrade your internet experience, and for additional information regarding network practices with respect to monthly data usage allowances related to AT&T Internet Service, please visit att.com/broadbandinfo.

If the location to which your Internet Service is provisioned is in a multi-tenant environment (e.g., an apartment building or condominium, sometimes referred to herein as a "MTU"), provision of your Internet Service may be subject to other terms and conditions imposed by the owner and/or manager of the MTU (e.g., a landlord or home owners' association). You will need to refer to the owner/manager of your particular MTU for more information regarding any MTU specific terms which may apply.

## 6.1 Trade Names, and Your AT&T Internet Service Provider

AT&T Internet Service is marketed under various trade names. In these Service Terms, AT&T Wired Internet Services, which are discussed below in Section 6.15, include those services which have been marketed as AT&T Fiber, AT&T Internet, AT&T Internet Basic, AT&T High Speed Internet (including Max and Max Plus), and U-verse Internet. DSL Internet Services, which are discussed below in Section 6.17, include those services which have been marketed as AT&T High Speed Internet (including Lite, Ultra, Xtreme, XtremePro, Basic, Express, Pro, and Elite), AT&T High Speed Internet Direct (including Lite, Ultra, Xtreme, XtremePro, Basic, Express, Pro, and Elite), DSL Direct (including Express, Pro, and Elite), and FastAccess DSL and/or FastAccess DSL Direct (including Lite, Ultra, Xtreme, and XtremePro), Wireless Home Internet, which is discussed in Section 6.14.2, include those services that have been marketed as AT&T Fixed Wireless Internet and AT&T Wireless Home Internet. Business Internet Services, which are discussed below in Section 7, include AT&T Business Fiber, AT&T Internet for Business, AT&T High Speed Internet Business Edition, AT&T High Speed Internet Business Edition Direct, FastAccess Business DSL, FastAccess Business DSL Direct, and AT&T Internet for Business On Demand.

Except as specified otherwise in writing, your AT&T Wired Internet Services are provided by your local AT&T telephone company as set forth below:

- BellSouth Telecommunications, LLC in AL, GA, FL, KY, LA, MS, NC, SC, and TN;

- Southwestern Bell Telephone Company. LLC in AR, KS, MO, OK, and TX;

- Pacific Bell Telephone Company in CA;

- Illinois Bell Telephone Company. LLC in IL;

- Indiana Bell Telephone Company. LLC in IN;

- Michigan Bell Telephone Company. LLC in MI;

- Nevada Bell Telephone Company. LLC in NV;

- The Ohio Bell Telephone Company. LLC in OH; and

- Wisconsin Bell. LLC in WI.

Outside of the local AT&T telephone company franchise areas in these states, as well as in all states not listed above, AT&T Internet Services are generally provided by Teleport Communications America, LLC and/or one or more of its subsidiaries. In New York, AT&T Internet Services are generally provided by TC Systems, Inc. Wireless Home Internet Services are provided in all states by AT&T Mobility LLC, acting on behalf of its FCC-licensed affiliates doing business as AT&T.

## 6.2 Internet Service Description

**36**

**6.2.1 Service Description**

AT&T Internet Service offers you a capability for acquiring or retrieving information from; generating, storing, transforming, processing, or utilizing information on; or making available information to other internet end points connected directly or indirectly to AT&T's network. Unless otherwise specified, AT&T Internet Services include the following:

**6.2.1.1 Site Access / E-Mail Services:**

Access to att.net and related services, including an e-mail account for the Account holder and any Sub Accounts, is generally included with your Internet Service. Such access will be subject to the att.net Terms of Use found at att.com/legal/terms.attNetTermsOfUse.html. By utilizing such access, including accessing the included e-mail account(s), you are agreeing to be bound by the terms thereof.

**6.2.1.2 DNS Services / DNS Error Assist:**

Domain Name System (or DNS) services translate domain names into the numerical IP addresses needed for locating and identifying computer services and devices within the underlying network protocols commonly used to organize the internet. The DNS Services include DNS Error  Assist, which upon entry of an incomplete or inaccurate Web address will automatically search for similar or related terms and present you with suggested sites you may want to reach instead of providing you an error message. If you prefer to opt out of DNS Error Assist, you may do so by visiting att.com/privacychoices from your desktop or from your mobile Web browser.

**6.2.1.3 IP Addresses:**

Unless otherwise specified, AT&T Internet Service is provided with a dynamic Internet Protocol ("IP") address, a static IP address, a multiple static IP address service (as applicable), or a privately managed IP address utilizing CGNat (Carrier Gateway NAT or Carrier Gateway Network Address Translator) technology, at the sole discretion of AT&T. Static IP addresses are not available with all AT&T Internet Services or all tiers within certain AT&T Internet Services. Unless otherwise specified, a dynamic IP address is a single internet address intended for use with a single Account, served by a single modem or gateway, and a static IP address or multiple static IP address is intended for use with a single computer or a network of devices, computers and/or servers. You may not use the Service in a manner that is inconsistent with these intended uses. Unless otherwise specified, AT&T Internet Services will support both IPv6 and IPv4 Internet addresses; however, to reach IPv6-exclusive internet content, some of your equipment may require upgrades or replacement. For more information about IPv6 and how it affects you, visit att.com/help/internet/ipv6. The manner by which AT&T will elect to support IPv6 or IPv4 and the technology used to do so shall be at AT&T's sole discretion and AT&T cannot guarantee that every third party service will be fully compatible with the technology that AT&T elects to employ for a particular purpose. For more information about AT&T's Network Management Practice, please visit AT&T's Broadband Information page at att.com/broadbandinfo.

**6.2.1.4 Interconnection:**

Because the internet consists of multiple interconnected networks and most internet end points (e.g., websites and other content providers) are not directly connected to AT&T's network, AT&T must connect to and exchange traffic with other networks to provide its subscribers the capability of uploading data to or downloading data from internet end points that are connected to those networks. To that end, AT&T has entered into commercially negotiated agreements to exchange traffic with such networks on mutually agreeable terms. Consistent with its longstanding practice, AT&T does not warrant that it will establish or expand the connections between its network and other networks except on such mutually agreeable terms. To the extent AT&T is unable to reach agreement on terms of interconnection or network expansion with these other networks it could affect your service. These impacts on your service performance are described in more detail in AT&T's Open Internet notice. AT&T therefore makes no promise express or implied that you will be able to upload data to or download data from internet end points connected to other networks at any particular speed.

Like the other networks that make up the internet, AT&T's is a shared network, which means that the transmission links and other network resources used to provide the Service are shared among AT&T's subscribers. AT&T manages this network for the benefit of all users based on a variety of factors, and our technical expertise.

**6.2.2 "Speed" of Internet Services, Technology and Data Usage:**

AT&T offers many internet access service options, each of which has a specific service capability speed range. The term "speed" is commonly used as a shorthand way to describe the capacity at which a particular internet access service can transmit data. This capacity is typically measured in the number of kilobits, megabits or gigabits that can be transmitted in one second (Kbps, Mbps or Gbps). Some applications like a short email without attachments or basic web browsing do not require high service capability speeds to function optimally, while other activities like transferring large data files can be performed faster with higher-speed services. Your service capability speed may not be suitable for some applications, particularly those involving real-time or near real-time, high-bandwidth uses such as streaming video or video conferencing.

**6.2.2.1 AT&T Speed Tiers Page:**

The current speed ranges AT&T offers may be found on AT&T's Speed Tier page at att.net/speedtiers, which identifies the downstream and upstream rates at which your "Connection" (as that term is defined below) transfers internet access data between the network interface device at your home, office, or apartment building to the point you connect to the AT&T network..

**6.2.2.2 Connection:**

Because service performance varies on an end-to-end basis, the service capability speeds of AT&T are limited to, and measured between, the equipment utilized to provision your Internet Service at the fixed address or location you identified when ordering the Internet Service and a point on the AT&T network, sometimes referred to as the "Connection" or your "internet connection." The Connection constitutes only one segment of the end-to-end transmission path connecting the end user to internet web sites or content providers.

**6.2.2.3 Expected Speeds:**

Because there are many factors which may impact the speed experienced by any particular internet user at any particular time (as described in more detail below), the "Expected Speed" represents an anticipated, theoretical speed of the Connection, based on network design and engineering, measured over time. At any moment in time, a particular observed speed will vary from the Expected Speed. However, AT&T manages its wired internet network toward an overall median speed consistent with the Expected Speed. Wireless networks are generally subject to greater variability as a result of environmental factors beyond AT&T's control, so it may not be possible to provide Expected Speeds for services which are delivered over a wireless network.

**6.2.2.4 Technology:**

Notwithstanding any description that may be furnished for a particular Internet Service, AT&T reserves the right, in its sole and absolute discretion, to make changes to the technology used to provision all or any portion of any Internet Service. So long as the essential functionality of the Internet Service from a user perspective is not negatively impacted in a material way by any change in technology, AT&T has no obligation to notify you of any changes in technology and changes in technology will not affect your rights or obligations with respect to the Internet Service you have purchased.

For any particular Internet Service, the technology utilized to provision different portions of the Service may vary significantly. In those circumstances, and unless otherwise expressly agreed to the contrary, AT&T shall only be responsible for the technology utilized to provision the Connection. As discussed in further detail below, AT&T has no control over, and makes no warranties with respect to, the technology within the premises to which the internet Service is provisioned (e.g. the inside wiring, local Wi-Fi, home network and/or local access network). AT&T further has no control over and makes no warranties with respect to the technology utilized by content providers for purposes of operating the servers which an end user must access in order to receive access to the content.

**6.2.2.5 Other Factors that Impact Speed:**
In addition to issues presented by the various technologies over which an internet access may operate on an end-to end basis, end-to-end performance of your Internet Service will also depend on a variety of other factors, including (but not limited to): the number of subscribers simultaneously using the network; specific characteristics of the location from which you are accessing the internet; specific characteristics of your intended destination on the internet; overall traffic on the internet; Wi-Fi connectivity; interference with high frequency spectrum on your telephone line; wiring inside your premises, office or apartment complex; the capacity or performance of your network devices, routers, gateways or modems; the servers with which you must communicate with in order to reach your intended destination and/or access the content you are trying to access; internal and external network management factors (including Overhead, which refers to the various control and signaling data required to achieve the reliable transmission of internet access data); and the networks you and others are using when communicating. In addition, your use of other AT&T services (such as U-verse TV, AT&T Phone, Unified Messaging, and other services) that may share the capacity of your broadband connection with the Service may impact the amount of capacity available for your use of the Service at that particular time and thus affect the performance of the Service.

In addition, Internet Service delivered over wireless networks may be interrupted, delayed, or otherwise limited for a variety of reasons, including environmental conditions, unavailability of radio frequency channels, congestion from other users, system capacity, network management, power outages, priority access by National Security and Emergency Preparedness personnel in the event of a disaster or emergency, coordination with other systems, equipment or infrastructure damages or modifications and repairs, proximity of antennas and/or cell towers, the location and rotation of antennas, cell tower outage or site outage, maintenance work at a cell tower or antennae site, blockage of or interference with the signal between the end user premises and the cell tower or antennae, problems with the facilities of interconnecting carriers and/or power outages.

Consequently, AT&T does not guarantee the performance of your service on an end- to-end basis. This is also why third party speed tests which include other portions of the overall internet connection beyond the Connection itself may yield results which are outside the expected speed range for your particular service plan on the Speed Tier page. AT&T expressly disclaims any warranty with respect to the outcome of these third party speed tests.

**6.2.2.6 Download vs Upload Speeds:**
The term "download" generally refers to the process of a user utilizing their local device or computer to access information stored on a remote device, computer or server connected to the internet and includes activities ranging from "surfing" the internet to downloading a file to streaming video. The term "upload" generally refers to the process of a user sending information from their device or computer to a remote device, computer or server connected to the internet. Unless otherwise specified, references to the "speed" of an Internet Service will solely be with respect to the download speed of that Service. Similarly, unless otherwise specified, AT&T makes no guarantee that the upload speed of a particular Internet Service will be the same as the download speed, either in terms of the applicable speed range or in terms of actual performance at any given moment. In fact, as set forth on the Speed Tier Page, many Internet Services have expected upload speeds which are lower than the comparable expected download speeds. As a result, and as a result of the many other factors that might affect speed at any given moment, the actual upload and download speed of any Internet Service will vary greatly from time to time and day to day.

**6.2.2.7 Data Usage on Residential Internet Services:**
The residential Internet Service you purchased includes either an unlimited data allowance or a monthly data usage allowance with overage charges for usage in excess of your allowance. More details regarding the applicable data allowance, is set forth in the Customer Service Summary or Order Confirmation Letter you received. Use of certain services, including but not limited to digital TV features and apps, AT&T Digital Life, home security, home automation and medical alarm systems, whether provided by AT&T or a third party, may count towards your Internet data usage allowance. For additional information about the use of your residential AT&T Internet Service, including management of your data usage, as well as information about other data plans that you might consider, please refer to att.com/internet-usage. (This paragraph is not applicable to Business Internet Services.)

**6.2.3 Availability and Service Changes:**

**6.2.3.1 Availability:**
AT&T Internet Services are not available in all areas, and may not be available at certain speed tiers (or at all) at your location, even if our initial testing, an AT&T website and/or any sales representative or other personnel associated with AT&T indicated that your location qualified for a particular speed tier or Service. If your location is situated in an MTU, availability of any particular Internet Service may depend upon the owner and/or manager of the MTU agreeing to grant AT&T access to the MTU and/or to your particular location.

The availability of any Internet Service may also be subject to various limitations upon the capacity of the various technologies utilized in AT&T's network to support a given number of customers on any particular Internet Service and/or speed tier in a given area ("Capacity Limitations"). Some AT&T Internet Services are more likely to be subject to Capacity Limitations. When a particular part of AT&T's network is approaching a Capacity Limitation, it can be very difficult for AT&T to predict exactly when or how that Capacity Limitation will impact upon the availability of a particular Internet Service to a particular location. This may mean that, although a certain location may be theoretically capable of receiving the Internet Service in question, Capacity Limitations at the time a particular order is placed may mean that a particular Service is not available to a particular location. This can even occur between the time that a Service is ordered and the time that the Services are installed / fulfilled, resulting in a Service that was shown as being available to a particular location at the time an order was placed no longer being available at the time of installation. As discussed in Section in more detail with respect to particular Services below, Capacity Limitations may also mean that if a Service is terminated at any location for any reason whatsoever, it may not be possible to restore or renew that Service at that location.

to lose necessary access rights to the equipment required to deliver a particular service to that location or AT&T has otherwise determined that it is no longer in AT&T's best interests to offer a particular service or services to that location. AT&T may do this either by terminating current service(s) to the location, pursuant to Section 6.5 below, or by removing the location from eligibility for the purchase of new service(s) ("Grandfathered"). If a service to a particular location has been Grandfathered, current service(s) will not be interrupted but if service is suspended or terminated at that location for any reason AT&T will not be able to guarantee that service will be renewed or restored at that location. New service at that location may not be available for purchase from AT&T or the service available may be substantially different from the service that has been Grandfathered.

For all those reasons, AT&T makes absolutely no guarantee as to the availability of any Internet Service at any location.

**6.2.3.2 Service Changes and Technology Conversions:**

AT&T may modify or discontinue any Internet Service, temporarily or permanently, and will publish the terms and conditions for temporary changes (which are incorporated into this Agreement) at att.com/temporaryterms. AT&T also will endeavor to provide you with reasonable notice of material changes to your Internet Service. Your continued use or subscription to Internet Service after the effective date of the change constitutes acceptance of the change and any associated terms and conditions. In addition, if AT&T determines to provision Internet Service at your location utilizing a different technology, we will evaluate whether the conversion can occur without noticeable interruptions during normal business hours and no single interruption outside of normal business hours of more than one (1) hour in length. If so, we may elect to proceed with the conversion without prior notice to you. Otherwise, we will endeavor to provide you with up to thirty (30) days' advance notice of the conversion. Following that period, we may at our sole discretion, either disconnect your service or temporarily suspend your service for up to fifteen (15) days to facilitate the conversion process.

As part of any conversion, we may, in our discretion, discontinue the particular Internet Service you are currently receiving and make available to you an alternate Internet Service of comparable or better Speed at the then applicable rates, terms, and conditions, which may differ from your previous Internet Service rates, terms, and conditions (including Bundle Discounts). If you are on a Term Plan and your overall price will increase as a result of this conversion, taking into account all applicable credits and discounts, you will not have to pay any applicable Early Termination Fee if you elect to cancel your Internet Service within the period specified for doing so on your updated Customer Service Summary or Confirmation Letter.

Your new Internet Service may require different or additional equipment in order to fully utilize. If so, we will endeavor to either provide you with the required equipment or notify you of any equipment you will be required to provide on your own. You may also be required to review and accept new or additional terms and conditions related to the new Internet Service and/or new equipment.

**6.2.4 Home Networking / Home Wi-Fi:**

**6.2.4.1 Inside Wiring:**

When ordering AT&T Internet Service, you will be responsible for providing any copper wire or fiber optic cable required for local networking purposes within your premises ("Inside Wiring" or "IW"), including any copper wire or fiber optic cable between the AT&T network termination interface at your location and the internet gateway (WG) equipment that will be located at your premises as well as any wiring or cabling you may choose to use to connect internet enabled devices to the internet gateway (WG). In most cases, the IW will already be present in your existing locations, however you will be responsible for providing any additional IW which may be required. If additional IW is required, you may have the option of ordering IW from AT&T or installing your own IW. If you elect to install your own IW, the IW must be installed and available for use by AT&T Technicians before you order AT&T Internet Service. If IW service is ordered from AT&T, it is your sole responsibility to obtain landlord permission or approvals for such IW.

**6.2.4.2 Disclaimer of Warranties:**

The condition of the IW over which your Internet Service is transmitted within your premises will impact the performance of the Internet Service, including with respect to speed, reliability, and latency. You are solely responsible for the condition of any IW and AT&T expressly disclaims any responsibility for it. If IW is provided by AT&T, upon completion of installation you will have full ownership and responsibility for that IW. **Regardless of whether you or AT&T provides or installs IW, to the greatest extent permitted by applicable law, AT&T makes no warranty to you or any other party for any work or materials constituting or associated with IW. AT&T expressly disclaims any warranty of merchantability or fitness for a particular use, and AT&T has no responsibility to maintain, update, repair, replace, de-install, or remove any installed IW.**

**6.2.4.3 Home Wi-Fi / Local Wi-Fi:**

Depending upon the Internet Service you purchase, your Internet Service may include Wi-Fi enabled home networking equipment ("Wi-Fi Equipment") in order to help you allow Wi-Fi enabled devices to wirelessly connect to your Internet Service ("Home Wi-Fi," or for business customers, "Local Wifi"). AT&T may also make available additional, optional internet related equipment for sale or lease in connection with your Service, such as various types of home networking equipment (ex: Wi-Fi Extenders). Unless otherwise expressly specified to the contrary, any amounts for the purchase or lease of this additional equipment will be separate from and in addition to amounts payable for your Service. Use of such additional equipment may be subject to additional terms and conditions as specified in connection therewith.

In order to use Home Wi-Fi or Local Wi-Fi, you must have Wi-Fi enabled devices that (a) meet U.S. and WiFi Alliance standards; (b) are compatible with the Wi-Fi network being generated by the applicable Wi-Fi Equipment; and (c) are capable of running IP and related protocols. The Wi-Fi enabled device you are utilizing must be in close enough proximity to the Wi-Fi Equipment to achieve connectivity with the Home Wi-Fi or Local Wi-Fi. Actual Home Wi-Fi or Local Wi-Fi coverage and quality may vary depending upon the location of the Wi-Fi Equipment, the location of the applicable Wi-Fi enabled device and conditions in and around the premises in which both the Equipment and the Wi-Fi enabled device operate.

Home Wi-Fi or Local Wi-Fi is designed to provide you with the highest speed available from your home network at any given point in time, subject to the many different factors that can affect network performance. AT&T's most recent generation of Wi-Fi Equipment generally supports the Wi-Fi 6 (IEEE 802.11ax) standard and is compatible with older Wi-Fi (IEEE 802.11 a/b/g/n/ac) standards, although older Home Wi-Fi Equipment may only support older standards. The theoretical maximum speed you may be capable of achieving from your Home Wi-Fi will depend heavily on which Wi-Fi (IEEE 802.11) standard is supported by the Wi-Fi Equipment you have as well as which Wi-Fi (IEEE 802.11) standard is supported by the particular device you are utilizing. (By way of example only, Wi-Fi 1 (IEEE 802.11b) offers a theoretical maximum of 11 Mbps while Wi-Fi 6 (IEEE 802.11ax) offers a theoretical maximum of over 1 Gbps. Even if the Wi-Fi Equipment at your location is capable of supporting Wi-Fi 6 (IEEE 802.11ax), if you are utilizing an older device that is only capable of supporting the older Wi-Fi 1 (IEEE 802.11b) standard, your theoretical maximum speed will be limited to 11 Mbps.)

**39**

depending on which standard applies, actual Wi-Fi speeds will be substantially lower than the theoretical maximum speeds which describe the physical throughput rate including Wi-Fi protocol communications. The result is that the maximum you can receive may not exceed 40%-50% of the theoretical maximum Wi-Fi standard speed and may be significantly lower depending on other applicable factors. In addition to the factors discussed above, the actual speed you experience over Wi-Fi will depend in part on the speed of the connection between the Wi-Fi network you are accessing and the destination you want to reach on the Internet, which may be significantly below the theoretical maximum speed of the service. (By way of example only, if you order AT&T Internet 100, with a download Expected Speed of 100 Mbps according to the AT&T Speed Tier page, even if the Wi-Fi Equipment at your location and the device you are utilizing are both capable of supporting the Wi-Fi 6 (IEEE 802.11ax) standard with a theoretical maximum speed of over 1 Gbps, the theoretical maximum internet download speed with your device connected to your Home Wi-Fi would not be expected to exceed 100 Mbps.)

**6.2.4.4 Home Network Management and Security:**

AT&T reserves the right to manage remotely any equipment used to access any Internet Service, whether that equipment is connected via a wired or wireless connection. That may include facilitating the connection of that equipment, monitoring traffic for potential issues, managing applicable settings and/or remotely updating software or firmware. Nonetheless, you remain ultimately responsible for all security measures over your in-home network, including any Inside Wiring, local area network(s) and/or Wi-Fi Equipment. That includes, but is not limited to, access to authorization codes or passwords, as well as any encryption you deem necessary or required.

AT&T may provide you with tools or software to assist you in managing one or more aspects of your home network (including apps like AT&T's Smart Home Manager and network based services like AT&T Smart Security, which software would then be included in the term "Software" as used herein below). AT&T may also make available additional, optional security or network management applications for sale or subscription in connection with your Service. Unless otherwise expressly specified to the contrary, any amounts for the purchase or subscription of these additional services will be separate from and in addition to amounts payable for your Internet Service. Use of such additional services may be subject to additional terms and conditions as specified in connection therewith.

Your use of tools, features and/or software made available to you by AT&T is at your own discretion and you remain ultimately responsible for all aspects of your home network, including any activity by children or other guests that you may allow (either intentionally or unintentionally, through lack of adequate security measures) to access your AT&T Internet Services via your home network and/or Home Wi-Fi and any devices or equipment you may elect to connect to your home network and/or Home Wi-Fi.. For that reason, AT&T recommends that you take all necessary measures to ensure adequate network security and to closely monitor use of your AT&T Internet Services and your home network by anyone accessing your home network, especially children.

**6.2.5 Nationwide Wi-Fi Hot Spots (For Internet):**

Access to AT&T's nationwide network of Wi-Fi Hot Spots may be available to you as part of the Service, and the AT&T Wi-Fi Hot Spots will provide you with access to the internet via certain AT&T Internet access points (Locations). Primarily, this access is provided via a Wi-Fi Alliance (IEEE 802.11) standard. To access the Wi-Fi Hot Spots, you must have a device that is compatible with the specific Wi-Fi equipment deployed at a Location. Access to the Hot Spots is intended for the limited purposes of assisting with access to the public internet for e-mail and web browsing or other purposes consistent with the AT&T Wi-Fi Terms of Service, which may be found at att.com/legal/terms.wiFiServices.html. In order to gain access to the Internet at a Location, you may need your Account information, including your Member ID. If you are also an AT&T Mobility customer, you may auto-authenticate at certain Locations without the use of your Member ID. The AT&T Wi-Fi Terms of Service will govern your use of AT&T Wi-Fi Hot Spots.

## 6.3 Registration and Membership

**6.3.1 Account Holder:**

When you complete the registration process for the Service, you become the Account holder. To be an Account holder, you must either be: (i) 18 years or older, if an individual, or (ii) a corporation, partnership, or other legal entity duly formed (and incorporated if applicable) in good standing where required to do business with all legal authority and power to accept this Agreement and acting through your duly authorized representative. You will be asked to choose a unique "Member ID" for your account.

**6.3.2 Sub Accounts:**

Account holders may also create up to ten accounts with separate login credentials that are linked to the Account holder's account (each a "Sub Account"). Each Sub Account may also be required to accept this Agreement and complete the Sub Account registration.

**6.3.3 Account Holder Responsibility:**

The Account holder is responsible for all activity associated with the Account and any of its Sub Accounts, including all fees and charges, whether the charges are incurred by the Account or the Sub Accounts. Use of Member ID subjects you to the AT&T Access ID Terms and Conditions (available at att.com/accessidterms), which are incorporated herein by reference.

**6.3.4 Registration Data:**

All information that you provide to AT&T must be accurate, including your name, address, credit or charge card numbers and expiration dates, and any payment information ("Registration Data"). You are responsible for keeping all Registration Data accurate and must provide changes promptly to the AT&T Member Center by going to att.com/myatt.

**6.3.5 Password Protections:**

Your Account password or passcode (as applicable) must be provided to engage in most online or telephonically enabled account management functions. You agree to immediately notify AT&T if your password or passcode has been compromised and/or you wish to remove an authorized user from your Account.

## 6.4 Pricing

In return for receiving AT&T Internet Service, you promise to pay—and agree that we may charge your credit or debit card on file with us—the charges described in subsection 1.9, the Internet Fee Schedule, and the following charges:

### 6.4.1 Monthly Service Charges, Term Plans, and Bundle Discounts:

Billing commences when AT&T has provisioned your Internet Service. During each monthly billing cycle, you will be billed in advance, at our rates in effect at the time, for all AT&T Internet Services you order. When you purchased the AT&T Internet Service, you agreed to a specific monthly price and plan, which may have included a term for the Service of one or more years ("Term Plan"). Some plans may offer a discount on the Service if you sign up for other AT&T services ("Bundle Discount"). You agree to maintain your Service and any bundled services for the applicable term of the Term Plan or Bundle Discount, as applicable. If you signed up for a Term Plan or a Bundle Discount, the price under the applicable plans is valid until one of the following events occurs, at which time the price of your Service may revert to the then-current price for such Service: (1) the term of your plan expires; (2) you change your current Service address to another Service address; (3) you drop one of the AT&T services that you were required to purchase to receive the special rate; or (4) AT&T exercises a right under this Agreement to terminate your Account's (or any associated Sub Account's or Authorized User's) use of the Service.

### 6.4.2 Early Termination Fees:

If before the end of any applicable term, either you cancel your Internet Service or we terminate it for misconduct pursuant to subsection 1.5, you will be subject to any early termination fee specified in your Customer Service Summary, Order Confirmation Letter, or applicable fee schedule.

## 6.5 Termination or Cancellation of Service

### 6.5.1 Suspension and/or Termination upon Loss of Access:

Upon any interruption or loss of either your or AT&T's rights to access any part of the network facilities required to provide your Internet Service, including the interruption or loss of any rights to access the land or buildings in which the facilities are located, AT&T may, in its sole discretion, suspend or terminate all or any portion of your Internet Service. In general and where applicable, AT&T will utilize available public rights of way to access network facilities utilized for providing Services. However, if you are the owner of the location to which your Services are provisioned, it is ultimately your responsibility to secure any necessary rights of access outside of the public rights of way. If you lease or rent the location at which you wish to receive Services, or if the location is located in a MTU type of arrangement, receipt of Services is expressly conditioned on the owner, landlord, and/or building manager providing all customary, reasonable, and necessary rights and permissions to allow AT&T access to the network facilities necessary to provide your Internet Service. AT&T makes no representation and can't guarantee that the owner, landlord and/or building manager has or will provide the applicable rights and permissions necessary for you to receive Internet Service or any particular grade of Internet Service, and explicitly disclaims any such representation or guarantee. In the event of any interruption or loss of access, AT&T will endeavor to provide you with reasonable advanced notice of any suspension or termination of Internet Service. However the timing of any suspension or termination, as well as the timing of any resumption of AT&T Internet Services, are entirely at AT&T's reasonable discretion. In general, and unless otherwise specified, billing will continue for your monthly charges while your Service is suspended due to a loss of access.

### 6.5.2 Suspension and/or Termination due to Capacity Limitations:

Where a service is subject to Capacity Limitations, events may occur which are outside of AT&T's control which may restrict network capacity to the point where AT&T is unable to continue to provide a particular Internet service to certain locations where particular Capacity Limitations apply or which may result in a degradation of the capacity or speed of Internet service provided to certain locations (each a "Capacity Limitation Event"). AT&T will utilize available network management practices in order to mitigate against the occurrence of a Capacity Limitation Event and to continue to provide Internet service to any locations impacted by a Capacity Limitation Event. However, restrictions on AT&T's ability to apply network management practices may mean that a Capacity Limitation Event is unavoidable. Upon the occurrence of a Capacity Limitation Event impacting your location, AT&T may, in its sole discretion, suspend or terminate all or any portion of your Internet Service or may continue to provide Internet service at a reduced capacity or a lower speed. In the event of any anticipated interruption, loss of access, or degradation of service due to a Capacity Limitation Event, AT&T will endeavor to provide you with reasonable advanced notice of any suspension, termination, or degradation of Internet service and may also offer alternative forms of Internet service where available. However, the timing of any suspension, termination, or degradation, as well as the timing of any resumption of AT&T Internet Services, are entirely at AT&T's reasonable discretion. In general, and unless otherwise specified, billing will be suspended for your monthly charges while your Service is suspended due to a Capacity Limitation Event.

### 6.5.3 Suspension and/or Termination as part of Technology Conversion:

When and/or if you are selected for conversion to a more updated Internet technology, we will evaluate whether the conversion can occur without noticeable interruptions during normal business hours. If we determine that interruptions are likely or unavoidable, we will provide at least thirty days' notice of the discontinuation or suspension of your Service via email, direct mail, bill page message, or bill insert. Thirty days after such notice, we may at our sole discretion, either disconnect your current service or temporarily suspend your service for up to fifteen days. Refusal to reasonably facilitate conversion, including by refusing to schedule an appointment to allow our technicians to complete necessary updates to AT&T Equipment and/or network facilities at your location, may result in the termination of your service.

### 6.5.4 Restoral Fee and Payment of Past Due Amounts:

If either you or AT&T suspends a Service for any reason set forth herein (other than due to AT&T's loss of access, a Capacity Limitation Event, or a conversion from older Internet Technology), you must make satisfactory arrangements to pay all past due amounts in order to have that Service restored. You will also be required to pay a Service Restoral Fee of no more than $50 per incident of suspension or termination of a particular Service (subject to applicable law and except as may otherwise have been expressly agreed in writing). Please see the applicable Fee Schedules at att.com/ConsumerInternetFees and/or att.com/BusinessInternetFees to determine the Restoral Fee amount applicable to your particular Service(s). The Restoral Fee will be assessed on the next monthly bill you receive following the resumption of Service.

**6.6 Payment**

**6.6.1 Method of Payment:**

Your monthly charges may be billed via a monthly AT&T bill or to a credit card. Credit card billing is not available for AT&T High Speed Internet Direct. AT&T Internet customers will automatically receive an online bill unless you specifically notify us that you want to receive a paper bill by calling 800.288.2020.

**6.6.2 Online Billing:**

You must register online to establish a personal myAT&T account and provide a billing email address. You will then be able to view and pay your bill online by logging on to your personal myAT&T account (username and password required).

## 6.7 Equipment & Software

**6.7.1 Customer Equipment:**

Other than the equipment and/or software provided to you by AT&T for use with the Service (collectively, the "AT&T Equipment"), you must provide all equipment, devices, and software necessary to receive the Service. Any equipment or software that was not provided to you by AT&T, including batteries, is not the responsibility of AT&T, and AT&T will not provide support for, or be responsible for ongoing maintenance of such equipment.

Regardless of whether the equipment used to access your Service (modem, gateway, etc.) is owned by you or AT&T, AT&T reserves the right to manage such equipment for the duration of your Service, and retains exclusive rights to data generated by the equipment. Neither you nor a third party may change, interfere with, or block access to equipment, the data, or settings while you continue to receive the Service.

**6.7.2 AT&T Equipment:**

Any AT&T Equipment, including modems, routers, antennas, or gateways, will be either a new or a fully inspected and tested refurbished unit.

AT&T will repair or replace damaged AT&T Equipment as AT&T deems necessary and may charge you a fee for repair or replacement of the equipment. You understand that repair or replacement of equipment may delete stored content, reset personal settings, or otherwise alter the functionality of such equipment. You will be responsible for payment of service charges for visits by AT&T or its subcontractors to your premises when a service request results from causes not attributable to AT&T or its subcontractors, including, but not limited to, when you are unwilling to complete troubleshooting steps requested by AT&T. If you own the equipment or if the equipment is damaged due to your intentional acts or negligence as determined by AT&T, you will be responsible for the price of repair or replacement.

If the AT&T Equipment was damaged due to your intentional acts, negligence, or use inconsistent with this Agreement, as determined by AT&T, you will be responsible for the price of repair or replacement. Any tampering with the AT&T Equipment, including, for example, opening and attempting to modify the Equipment will be treated as damage due to your intentional acts or negligence. You agree that you will use the equipment only for its intended use and not for any other purpose (such as on another AT&T network, or on another provider's (non-AT&T) network). You agree to use appropriate and reasonable care in using all AT&T Equipment.

**6.7.3 Access and Installation of Equipment:**

You will provide AT&T and its subcontractors with reasonable access to your premises in order to install, maintain, repair, and/or update the Internet Service, and you authorize any other Adult resident or guest at your residence (each, an Authorized User for purposes of this Agreement) to grant access to your premises for these purposes. You understand and agree that AT&T may drill, cut, and otherwise alter improvements on the premises (including walls, flooring, and/or other surfaces) in order to install, maintain, repair, and/or update the Internet Service. If you do not own your premises or your unit is part of a MTU, you warrant that you have obtained permission from any necessary party, including but not limited to the owner, landlord, or building manager, to allow AT&T and its subcontractors reasonable access to install, maintain, repair, and/or update the Internet Service and to make any alterations AT&T deems appropriate for the work to be performed.

You acknowledge that AT&T may use existing wiring, including altering the wiring and removing accessories, located within your unit. You warrant that you own or control the Inside Wiring, and give AT&T permission to use, alter, and remove equipment from, such wiring. Without limiting any other provisions of this TOS, you agree to indemnify AT&T from and against all claims by an owner, landlord, building manager, or other party in connection with installation, maintenance, repair, or provision of the Services.

**6.7.4 Power and Battery Backup:**

The AT&T Equipment may require electrical power from your premises to operate, which you are responsible for providing. If there is a gateway at your premises, AT&T will not provide an initial gateway battery backup unit or an initial backup battery. Any backup battery solution is your responsibility. You may choose to purchase battery backup for your AT&T Equipment from third party manufacturers or retailers. For more information and minimum specifications visit att.com/batterybackup.

You also agree to be solely responsible for determining when backup batteries for any AT&T Equipment require replacement and for replacing and recycling used batteries. You agree to read and follow all manufacturer or vendor directions for the replacement and recycling of backup batteries. For more information and minimum specifications visit att.com/batterybackup.

**Note that AT&T Equipment without battery backup will not function in the event of a loss of customer-supplied power. This will disrupt your Internet Service as well as any additional services that use the AT&T Connection for transport (e.g. Voice over IP including e911) or require an internet connection to operate properly. AT&T will have no liability for loss of any service(s), whether provisioned by AT&T or a third party, in the event of interruption of customer-supplied power, with or without battery backup present in the AT&T equipment.**

**6.7.5 Theft or Misuse:**

**42**

that Services are being stolen or fraudulently used. When you call or write, you must provide a detailed description of the circumstances of the theft, including documentation of theft or fraudulent use of the AT&T Equipment or Services (such as a copy of a police report). You will be responsible for all charges incurred until you report the theft or fraudulent use. You will also be responsible for stolen AT&T Equipment not owned by you, however, AT&T may in its sole discretion waive or reduce charges upon submission of documentation of theft or other circumstances. Failure to provide notice to AT&T of theft in a timely manner may result in the termination of your Services and additional charges to you. Unless notified otherwise by AT&T, after you report the theft or fraudulent use of the Services, you will remain responsible for paying your monthly fees for Services not stolen or fraudulently used.

**6.7.6 Return of AT&T Equipment:**

Except as otherwise provided, AT&T Equipment must be returned to AT&T undamaged, within twenty-one (21) calendar days after your Service is terminated for any reason. If Equipment is not returned within twenty-one (21) calendar days, or is returned damaged, you will be charged a Non-Return Equipment Fee. We may retain any advance payment or deposit, or portion thereof that previously had not been refunded, if you fail to return the AT&T Equipment within this time period. If all AT&T Equipment is returned within six (6) months of termination, any fees charged for such AT&T Equipment will be refunded (other than fees for damages). No refunds will be made for AT&T Equipment returned more than six (6) months after termination. This subsection also applies if your existing Equipment is replaced or upgraded for any reason.

## 6.8 Account Security

You will receive a password associated with your Member ID upon completing the Service registration process. You agree to keep confidential all passwords, IP addresses, and computer names and are solely responsible for any liability or damages resulting from your failure to maintain that confidentiality. You are also solely and fully responsible and liable for all activities that occur under your password, Member ID or IP address. You agree to change your password periodically, ensure that you exist from your Account at the end of each session, and immediately notify AT&T if you suspect any breach of security such as loss, theft, Public Use or unauthorized disclosure or use of your Account or any Sub Account, password, Member ID, or any credit or charge card number provided to AT&T by calling:

- 800.288.2020 for AT&T Internet and AT&T Fiber consumer subscribers and Fixed Wireless subscribers;
- 855.220.5211 for Access from AT&T in English (855.220.5225 for Access from AT&T in Spanish);
- 877.722.3755 for AT&T High Speed Internet subscribers, and AT&T High Speed Internet Direct (Business and Consumer); and
- 888.321.2375 for FastAccess DSL.

There is a risk that other users may attempt to access your computer through the Internet or connected networks. You acknowledge this risk as inherent to the shared nature of the Service and you agree to take full responsibility for taking adequate security precautions and safeguarding your data from loss.

In addition, you agree not to use any other user's account, Member ID, or password at any time without the express permission and consent of the holder of that account, Member ID, or password. You may not transfer or assign your Account and have no right to a particular Member ID, IP address, or other information or identifier we assign to you.

## 6.9 Restrictions on Use

**6.9.1 No Resale:**

The Service is provided for your use only (unless otherwise specifically stated) and you agree not to, whether for a fee or without charge, reproduce, duplicate, copy, sell, transfer, trade, resell, re-provision, redistribute, or rent the Service, your membership in the Service, any portion of the Service, use of the Service, or access to the Service, including, but not limited to, reselling capabilities enabled or used by a specific application (including, without limitation, Voice Over Internet Protocol (VOIP) via wired, wireless, or other means. For example, you agree that the Service is not to be used to trunk or facilitate public internet access ("hotspots") or any other public use of the Service, or for any high-volume purpose. All aspects of the Service, except that portion provided by third party providers, is copyrighted and property of AT&T.

**6.9.2 Network Management:**

AT&T reserves the right to engage in reasonable network management practices, to protect its broadband network from harm, compromised capacity, degradation in network performance or service levels, or uses of the Service which may adversely impact access to or the use of the Service by other customers. Reasonable network management practices that AT&T may adopt include, but are not limited to, the following: (i) a cap on data usage; (ii) a modification of a customer's serving facility or service technology; and/or (iii) a modification of or a limitation on a customer's data throughput speed or data consumption.

A very small percentage of customers use the Service in a way which creates harm to the network, compromised capacity, degradation in network performance or service levels, or which may adversely impact access to or the use of the Service by other customers. In the event that AT&T adopts a network management practice which will apply to your Service, we will provide you with a notice, by web posting, bill insert, email, letter and/or other appropriate means, which describes the network management practice, explains how it will work, and explains how it could impact your Service.

## 6.10 Data Management / Content

**6.10.1 Data Management:**

You are responsible for management of your information including but not limited to back-up and restoration of data, erasing data from disk space you control and changing data on or settings for your modem and/or router. AT&T is not responsible for the loss of your data or for the back-up or restoration of your data regardless of whether this data is maintained on our servers or your computer server.

**6.10.2 Content:**

Content").

AT&T does not claim ownership of User Content. However, with respect to User Content you submit or otherwise make available via your Internet Service, you grant AT&T a nonexclusive, unrestricted, irrevocable, worldwide, sublicenseable, transferable, perpetual, unlimited, assignable, fully paid up and royalty-free right to copy, display, edit, publish, prepare derivative works of, distribute, process, analyze, use and commercialize, in any media known or hereinafter developed, to such User Content.

AT&T may preserve User Content and may also disclose User Content if required to do so by law or in the good faith belief that such preservation or disclosure is reasonably necessary to: (a) comply with legal process; (b) enforce this Agreement; (c) respond to claims that any Content violates the rights of third parties; or, (d) protect the rights, property, or personal safety of AT&T, other end users, and the public.

## 6.11 Customer Service Support

AT&T provides free basic customer care for Service purchased from AT&T and covered under this Agreement. Although AT&T reserves certain rights related to equipment necessary to receive the Service and will repair or replace damaged equipment as AT&T deems necessary (in each case, as described in, and subject to the terms and conditions (including fees and other charges) set forth in, Section 6.7.2 above), AT&T does not provide support for devices that access the Service under this Agreement.

## 6.12 Contact Information

Unless otherwise specified in this Agreement, notices by Members to AT&T must be given by calling: for AT&T Dial subscribers (866.722.3425), for AT&T High Speed Internet subscribers (Business and Consumer) (877.722.3755), for AT&T Internet and AT&T Fiber subscribers (Consumer Only) (800.288.2020), for FastAccess DSL and BellSouth Dial Internet subscribers (Business and Consumer) (888.321.2375), for Fixed Wireless Internet (Business and Consumer) (800.288.2020), and for AT&T Internet for Business and AT&T Business Fiber (800.321.2000).

## 6.13 AT&T Wired Internet Service

### 6.13.1 AT&T Wired Internet Service:

"AT&T Wired Internet Service" refers to any internet service provided entirely through a terrestrial, wired Internet Protocol technology, whether copper based or optical fiber based, and generally encompasses those services marketed as "AT&T Internet," "AT&T Fiber," AT&T High Speed Internet (including Max and Max Plus), and U-verse Internet. AT&T Wired Internet Service does not include services which use Asynchronous Transfer Mode technology instead of Internet Protocol technology, such as AT&T DSL. The terms in this Section 6.13 apply to customers purchasing and/or receiving AT&T Wired Internet Services and supersede any conflicting terms contained in the rest of these Internet Access Service Terms with respect to your AT&T Wired Internet Services.

### 6.13.2 Additional Equipment for AT&T Wired Internet Customers:

AT&T will make available to you certain equipment, which may include one or more of the following:

- a Wi-Fi Gateway ("WG") located inside your premises;
- an Optical Network Terminal ("ONT") where AT&T's fiber network terminates, which may be located inside your premises, on the outside of your premises, in your garage, or in a central location in a MTU environment; and
- an Intelligent Network Interface Device ("iNID") (which provide your services if you do not have a gateway),

all of which are herein collectively referred to as "Internet Equipment," required for your Service. If you have not purchased Internet Equipment from AT&T or if previously purchased Internet Equipment is beyond the one-year (1-year) warranty period (from date of installation) and requires replacement, then you agree to pay a monthly equipment fee for the Internet Equipment, as part of your purchase of or continued use of the Service and/or other AT&T services. Equipment fees and purchase options depend on the AT&T Services and/or rate plans you order and the installation options you choose.

The WG is installed inside your premises and is required for the Service to function. A WG allows multiple devices to connect and communicate to the internet wirelessly. Smartphones, tablets and laptops are common devices that access the internet through a WG. A WG resides indoors and has a power cord that plugs into a common electrical outlet. A battery backup is recommended in case of a power outage. Some WGs have an external battery backup while others have an internal battery backup. AT&T will install the WG. Once the WG has been installed by AT&T, you may not move the WG to a different location or reposition at your address or any other address. Our latest WGs combine the WG and the ONT into a single device, but many older WGs still require a separate ONT to operate.

AT&T may also make available additional, optional internet related equipment for sale or lease in connection with your Service, such as various types of home networking equipment (ex: Wi-Fi Extenders). Unless otherwise expressly specified to the contrary, any amounts for the purchase or lease of this additional equipment will be separate from and in addition to amounts payable for your Service. Use of such additional equipment may be subject to additional terms and conditions as specified in connection therewith.

### 6.13.3 Return of Equipment:

If your Internet Service is provided by an iNID, you should not return the iNID home networking hub, (Model# j38HG) or the ONT. AT&T is the owner of the WG and any other AT&T Equipment. Upon termination of your Internet Service for any reason, AT&T shall remain the owner of the WG and any other AT&T Equipment. Unless we tell you otherwise in writing, you must return the WG and any other AT&T Equipment, undamaged, within 21 calendar days to AT&T. If the WG or any other AT&T Equipment is not returned within 21 calendar days, or is returned damaged, you may be charged for the replacement value of the WG or other AT&T Internet Equipment and/or the applicable Equipment Non-return Fee. Return of any additional and/or optional equipment may be subject to different rules or requirements than the Internet Equipment which will be communicated to you at the time of purchase and/or return.

6.13.4 Capacity Limitations/Grandfathering:

Certain types of AT&T Wired Internet Services are subject to limits upon availability due to Capacity Limitations. Similarly, certain types of AT&T Wired Internet Services are subject to limits upon availability due to Grandfathering. Where this applies, if AT&T Wired Internet Services are suspended or terminated at your location for any reason, AT&T cannot guarantee that you will be able subsequently to renew or restore Internet Service at that location.

## 6.14 Wireless Home Internet Services

### 6.14.1 Wireless Home Internet Services Description:

Wireless Home Internet Services are designed to deliver internet access to a fixed location using wireless networks and include those services currently marketed by AT&T as AT&T Internet Air, AT&T Fixed Wireless Internet and and AT&T Wireless Home Internet. Wireless Home Internet Services can be physically fixed to a location by means of externally mounted antennas or can be mobile services limited to operation in a certain location by network based restrictions. See the description, plan details and related terms for your particular Wireless Home Internet Service for more details.

To the extent that your Wireless Home Internet Service is delivered over some portion of the AT&T wireless network, your service will be subject to the AT&T's Wireless Service Terms in Section 2 in addition to the terms which apply to AT&T Internet Services more generally. To the extent that your Wireless Home Internet Service is served via an AT&T PREPAID wireless service plan, your service will be subject to the AT&T PREPAID Service Terms in Section 3 in addition to the terms which apply to AT&T Internet Services and/or AT&T Wireless Services more generally.

### 6.14.1.1 Service Availability and Limitations:

Wireless Home Internet Services will not be available in all areas at all times and availability may vary by specific service. Many factors can affect the availability and quality of Wireless Home Internet Services, including, but not limited to, Capacity Limitations and service limitations, such as network capacity, terrain, buildings, foliage, and weather. Unless otherwise specified, Wireless Home Internet Services are delivered via cell sites in AT&T's wireless network. Each cell site can support only a limited number of Wireless Home Internet Service subscribers. These Capacity Limitations may mean that a Wireless Home Internet Service may be identified as available to your location at the time of ordering but may not prove to be available at the time scheduled for installation. Wireless Home Internet Services may also be subject to limits upon availability due to Grandfathering. Where Capacity Limitations or Grandfathering apply, if a Wireless Home Internet service is suspended or terminated at your location for any reason, AT&T cannot guarantee that you will be able subsequently to renew or restore the same or any Wireless Home Internet service at that location.

Unless otherwise specified, Wireless Home Internet Services are not generally compatible with analog services, including, but not limited to, wireless messaging services, alarm and security systems, fax machines, medical alert and monitoring services, credit card machines, IP/PBX Phone systems, or Dial Up Internet. Wireless Home Internet Services may not be compatible with DVR/Satellite systems; check with your provider. Public IP addresses are generally not used or available through Wireless Home Internet Services. Services like Web hosting, or hosted services, such as cameras, gaming systems, peer-to-peer file sharing, etc., that require a public IP address may not be supported.

### 6.14.1.2 Prohibited Network Uses:
As explained in subsection 2.5, AT&T may take any and all reasonable actions necessary to restrict any Prohibited Network Uses or any other violation of AT&T's Acceptable Use Policy, up to and including termination of service.

### 6.14.1.3 AT&T's Network Management:
With respect to your Wireless Home Internet Services, you agree that AT&T has the right to do the following:

- AT&T may modify, without advance notice, the permitted and prohibited activities by this Agreement;

- AT&T may engage in any reasonable network management practice to enhance customer service, to reduce network congestion, to adapt to advances and changes in technology, and/or to respond to the availability of wireless bandwidth and spectrum, including by taking any actions authorized by subsections 2.7 and 6.9;

- AT&T will provide you with advance notice of the usage threshold applicable to your data plan, or any changes to the applicable usage threshold either by a bill insert, email, text message or other appropriate means; and

- AT&T may use reasonable methods to monitor and collect customer usage information to better optimize the operation of the network. Details concerning the information that AT&T collects about its customers, and how it uses and protects that information are addressed in the AT&T Privacy Notice (see att.com/privacy).

### 6.14.2 Fixed Wireless Internet Service

#### 6.14.2.1 Fixed Wireless Internet Service or Fixed Wireless Internet:
"Fixed Wireless Internet Service" or "Fixed Wireless Internet" refers to a wireless high-speed internet access service that offers you a capability for acquiring or retrieving information from; generating, storing, transforming, processing, or utilizing information on; or making available information to other internet end points connected directly or indirectly via a fixed wireless connection to the AT&T network.

The terms in this Section 6.14 apply to customers purchasing and/or receiving Fixed Wireless Internet Service and supersede any conflicting terms contained in the rest of these AT&T Internet Service Terms with respect to your Fixed Wireless Internet Service.

#### 6.14.2.2 Speed:
As set forth on the Speed Tier Page, Fixed Wireless Internet customers should expect to see service capability speeds of 10Mbps or over downstream and 1Mbps upstream. However, due to the variability of wireless networks caused by environmental factors which are beyond AT&T's control, AT&T does not guarantee you any particular speed.

#### 6.14.2.3 IP Addresses:
Static IP addresses are not used or available as part of the Fixed Wireless Internet Service. Services such as Web hosting, or hosted services such as camera, gaming server, etc. that require static IP address are not supported by Fixed Wireless Internet. See Section 6.14.8 for more information on service limitations

To qualify for Fixed Wireless Internet Service, you must reside in an area where we provide Fixed Wireless Internet service. Fixed Wireless Internet requires an outdoor antenna that is professionally mounted on or near the exterior of your service location. Unless otherwise noted in the terms governing your plan, an eligible Fixed Wireless Internet plan is required.

Customers obtaining internet services under the Connect America Fund (CAF) program may be randomly subjected to performance testing to comply with FCC CAFII certification requirements. Performance testing will be conducted for a duration of four weeks and should have minimal impact on customer's internet access experience. This testing will conducted by AT&T and should not require any customer intervention.

**6.14.2.5 Changing Service Location:**
You may not use the Fixed Wireless Internet Service at any address other than your Service address or move any of the AT&T Equipment to another address while you remain an AT&T Fixed Wireless customer. If you are moving to a new residence at which Fixed Wireless Internet Service is available, and you wish to continue using the Service, you may request that AT&T install the Service and the AT&T Equipment at, and change your Service address to, your new residence, although we may require a contract extension for any such installation and change. If Fixed Wireless Internet Service is not available at your new residence or if we cannot perform installation at such residence for any reason, and if you also have a Term Plan, you will be charged any applicable ETF. If you change your service location but fail to call us at 800.288.2020 to give us prior notice, your Service will not be cancelled, and your Service charges will continue to apply.

**6.14.2.6 Fixed Wireless Equipment:**
Depending on your Service address, your Fixed Wireless Internet Service will include some or all of the following AT&T Equipment:

**(1) Outdoor Antenna:** The Outdoor Antenna provides an interface to AT&T's network. The Outdoor Antenna and the APS (described below) require electrical power from your service location to operate, which you are responsible for providing. AT&T will install your Outdoor Antenna. Once the Outdoor Antenna has been installed by AT&T, you may not move the Outdoor Antenna to a different location or reposition at your address or any other address while you continue to receive the Service.

**(2) Antenna Power Supply ("APS"):** The APS provides power supply and data connectivity for the Outdoor Antenna; your unit has integrated lightning surge protection and two LED Indicators: Power and Outdoor Antenna connectivity. AT&T will install your APS. Once the APS has been installed by AT&T, you may not move the APS to a different location or reposition at your address or any other address while you continue to receive the Service.

**(3) Wi-Fi Gateway ("WG"):** The WG is installed inside your premises and is required for the Service to function. A WG allows multiple devices to connect and communicate to the internet wirelessly. Smartphones, tablets and laptops are common devices that access the internet through a WG. A WG resides indoors and has a power cord that plugs into a common electrical outlet. A battery backup is recommended in case of a power outage. Some WGs have an external battery backup while others have an internal battery backup. AT&T will install the WG. Once the WG has been installed by AT&T, you may not move the WG to a different location or reposition at your address or any other address.

You agree that, while you continue to receive the Service, neither you nor a third party will move the AT&T Equipment within your premises or to any other physical location outside of the premises where it was installed by AT&T. AT&T Fixed Wireless Internet Service is not designed to be nomadic and may not function properly if the AT&T Equipment is moved or altered by a non-AT&T employee. If you require the AT&T Equipment to be moved while you continue to receive the Service, you must contact AT&T. Failure to do so may result in a failure of the Service and/or in AT&T's termination of your Service.

**6.14.2.7 Responsibility for and Return of AT&T Equipment:**
Upon termination of your Service for any reason, AT&T shall remain the owner of the WG, and you must return the WG, undamaged, within 21 calendar days to AT&T. If the WG is not returned within 21 calendar days, or is returned damaged, you will be charged for the replacement value of the WG.

Although the Outdoor Antenna and APS will constitute AT&T Equipment during the term of any Fixed Wireless Internet Service, you will be considered the owner of the Outdoor Antenna and APS for all other purposes and you will not need to return the Outdoor Antenna and APS to AT&T upon termination of your Fixed Wireless Internet Service. Upon termination of your Service for any reason, the Outdoor Antenna and APS will remain where installed at your location and you will be solely responsible for any and all future services, care, maintenance and removal of the Outdoor Antenna and APS. Service, care, maintenance and removal of the Outdoor Antenna and APS should be performed only by an experienced professional; you should not attempt to perform such activities yourself. AT&T shall have no ongoing duty, obligation, or responsibility to perform any service, care, or maintenance on the Outdoor Antenna and/or APS or to uninstall or remove the Outdoor Antenna and/or APS after termination of the Service. AT&T shall have no liability to you or any other person or entity related to or arising out of the Outdoor Antenna and/or APS. You agree to indemnify and hold AT&T and its subsidiaries, affiliates, officers, agents, licensors, employees, sub-contractors, and partners harmless from any claim or demand, made after termination of Service, arising out of or related to the Outdoor Antenna and/or APS, including, but not limited to, claims for personal injury, property damage, wear and tear, or equipment degradation.

**6.14.2.8 Service Availability and Limitations:**
In addition to the standard service availability and limitations faced by all Wireless Home Internet Services, Fixed Wireless Internet Service is subject to the following additional service limitations and/or Capacity Limitations:

- use of capacity due to high number of users simultaneously using data intensive applications;
- damage to the Outdoor Antenna or cables;
- rotation of Outdoor Antenna from the optimum bearing;
- blockage of the signal between premise antenna and the cell tower (caused by artificial objects – building, barn, etc.); and
- improper installation or tampering with Outdoor Antenna.

## 6.14.3 AT&T Wireless Home Internet Service:

AT&T Wireless Home Internet service uses mobile wireless gateway equipment called an AT&T Wireless Home Internet device ("WI Device") to provide Internet access via the AT&T wireless networks. With AT&T Wireless Home Internet service, the WI Device allows you to connect internet-capable devices via an included Ethernet port and via a Home Wi-Fi network generated from the WI Device. All devices connected to the WI Device will share the same connection to the wireless network.

more information about how AT&T Wireless Service and wireless rate plans work. See Section 3 for more information about how AT&T PREPAID service and rate plans work.

**AT&T Wireless Home Internet Service does not support voice calling. However, a landline phone plugged into the available RJ11 jack on the back of the WI Device may be able to make Emergency 911 calls. 911 calls made via the AT&T Wireless Home Internet Service would be routed based on the wireless network's automatic location technology. You will need to provide your location address to the emergency response center responsible for sending first responders (e.g., police, medical assistance, or fire) to your location. The WI Device has battery backup power and, if charged, will work in the event of a power outage. However, a landline phone connected to the WI Device would require external electric power to operate (e.g., a cordless phone) in the event of a power outage.**

## 6.14.4 AT&T Internet Air

**6.14.4.1 "AT&T Internet Air" or "AT&T Internet Air Service"** refers to a wireless high-speed internet access service that offers you a capability for acquiring or retrieving information from; generating, storing, transforming, processing, or utilizing information on; or making available information to other internet end points connected directly or indirectly via a fixed wireless connection to the AT&T network.

**6.14.4.2 Speed / Network Management:** The speed of AT&T Internet Air service is very dependent upon the connection the Wi-Fi Gateway can achieve with the AT&T Mobile network. Availability of 5G connectivity may depend upon your location and/or the position of the AT&T Equipment within your location. Unless otherwise specified in your plan terms or order confirmation, AT&T makes absolutely no commitment with respect to the speeds AT&T Internet Air will be able to achieve in a particular location. To maximize performance, every effort should be made to position the AT&T Equipment in the optimal position for your location. See att.com/broadbandinfo for information on the performance characteristics of different generations of the AT&T Mobile network and for network management practices applicable to AT&T Internet Air specifically and the AT&T Mobile network generally.

**6.14.4.3 IP Addresses:** Static IP addresses are not a standard part of the AT&T Internet Air Service. Services such as Web hosting, or hosted services such as camera, gaming server, etc. that require static IP address may not be supported by AT&T Internet Air. See Section 6.14.4.8 for more information on service limitations.

**6.14.4.4 Service Requirements:** To qualify for AT&T Internet Air Service, you must reside in an area eligible for AT&T Internet Air service at the time you seek to purchase Service. Service areas for AT&T Internet Air are determined by coverage and capacity availability on the local mobile network; because network capacity fluctuates, service areas for AT&T Internet Air are subject change over time. If your AT&T Internet Air service is cancelled or terminated, you may not qualify to reactivate the Service if your location is deemed no longer eligible. AT&T Internet Air requires a wireless enabled Wi-Fi Gateway with an activated AT&T SIM card to facilitate the wireless connection to the AT&T Mobile network.

**6.14.4.5 Changing Service Location:** You may not use the AT&T Internet Air Service at any address other than your designated Service address or move any of the AT&T Equipment to another address while you remain an AT&T Internet Air customer. If you are moving to a new residence, you must cancel your AT&T Internet Air service and return the AT&T Equipment. If you move the AT&T Equipment to a location outside your designated Service address but fail to call us at 800.288.2020 to cancel your AT&T Internet Air service your Service will not automatically be cancelled and your Service charges will continue to apply. Additionally, if you move the AT&T Equipment to a location outside your designated Service address without the express written consent of AT&T:

  A. the service may not operate as intended; and

  B. we have the right, in our sole discretion, to terminate your AT&T Internet Air service without notice.

You will remain responsible for any Service charges until your Service is cancelled or terminated. You will also remain responsible for returning the AT&T Equipment.

**6.14.4.6 AT&T Internet Air Equipment:** Your AT&T Internet Air Service will include the following AT&T Equipment:

**(1) Wi-Fi Gateway ("WG"):** The WG is designed to be installed inside your premises and is required for the Service to function. A WG allows multiple devices to connect and communicate to the internet wirelessly. Smartphones, tablets, and laptops are common devices that access the internet through a WG. A WG is designed exclusively for use indoors and has a power cord that plugs into a common electrical outlet. A battery backup is recommended in case of a power outage. Some WGs may have an external battery backup while others may have an internal battery backup.

The AT&T Equipment should be installed and activated by following the set-up guide and associated tools (including the Smart Home Manager app) provided for that purpose. In order to achieve the best possible signal strength, it may be necessary to install the AT&T Equipment near a window facing the direction of the nearest wireless tower. Not following the set-up guide or electing to install the AT&T Equipment in a location that is not recommended by the set-up guide and/or the associated tools may result in degradation of Service quality, in terms of speed, bandwidth, latency and/or reliability. Similarly, once the AT&T Equipment has been installed and activated, relocating the WG within your address may result in interruption or degradation of your Service. AT&T is not responsible for any interruption or degradation of Service as a result of the AT&T Equipment being installed in a less than optimal location.

You agree that, while you continue to receive the Service, neither you nor a third party will move the AT&T Equipment to any other physical location outside of your registered service location. AT&T Internet Air Service is not designed to be nomadic and may not function properly if the AT&T Equipment is moved to a location outside of your registered service location. If you require the AT&T Equipment to be moved while you continue to receive the Service, you must contact AT&T. Failure to do so may result in a failure of the Service and/or in AT&T's termination of your Service. You will remain responsible for any Service charges until your Service has been cancelled or terminated.

**6.14.4.7 Responsibility for and Return of AT&T Equipment:** Upon termination of your Service for any reason, AT&T shall remain the owner of the WG, and you must return the WG, undamaged, within 21 calendar days to AT&T. If the WG is not returned within 21 calendar days, or is returned damaged, you will be charged

**6.14.4.8 Service Availability and Limitations:** In addition to the standard service availability and limitations faced by all Wireless Home Internet Services, AT&T Internet Air Service is subject to the following additional service limitations and/or Capacity Limitations:

- Local congestion caused by the use of network capacity by high numbers of users simultaneously using data intensive applications in the vicinity of the cell tower serving the Service address;

- blockage of the signal between the Service address and the cell tower (caused by artificial objects – building, barn, etc.);

In order to ensure the best quality of service for all customers using the mobility network, during times of heavy network congestion AT&T may:

- temporarily prioritize services that may be most severely impacted by congestion; and/or

- temporarily de-prioritize and/or throttle services deemed likely to contribute to heavy congestion.

## 6.15 DSL Internet Service

### 6.15.1 DSL Service:

"DSL Service" or "DSL Internet Service" refers to any Internet Service provided through traditional Digital Subscriber Line technology, which may include Services sold under the names AT&T High Speed Internet (including Lite, Ultra, Xtreme, XtremePro, Basic, Express, Pro, and Elite), AT&T High Speed Internet Direct (including Lite, Ultra, Xtreme, XtremePro, Basic, Express, Pro, and Elite), and FastAccess DSL (including Lite, Ultra, Xtreme, and XtremePro). (Note: Internet Services sold under the name AT&T High Speed Internet included both DSL Services and AT&T Wired Internet Services. If you are unsure which applies to your Internet Service, please contact us for more information.)

The terms in this Section 6.15 apply to customers purchasing and/or receiving DSL Internet Service and supersede any conflicting terms contained in the rest of these Internet Service Terms with respect to your DSL Internet Service.

### 6.15.2 Termination of Local Wireline Voice Service:

If you change or terminate your AT&T local wireline voice service, we may in our discretion either terminate your DSL Service or continue to provide it at the then-current rates, terms, and conditions. You agree to pay any new or higher monthly fees that may apply to your new DSL Service after termination of the wireline voice service. If AT&T elects to terminate your DSL Service, we reserve the right to charge any applicable early termination fees.

### 6.15.3 Capacity Limitations/Grandfathering:

DSL Internet Services are particularly subject to limits upon availability due to Capacity Limitations. Similarly, certain types of AT&T Internet Services are subject to limits upon availability due to Grandfathering. If DSL Internet Services are suspended or terminated at your locations for any reason, AT&T cannot guarantee that you will be able to subsequently renew or restore DSL Internet Service at that location.

### 6.15.4 Conversion from DSL Service to AT&T Wired Internet Service:

When AT&T is able to provision AT&T Wired Internet Service at your location, we may, in our discretion, discontinue your DSL Service and make available to you AT&T Wired Internet Service at the then applicable rates, terms, and conditions, which may differ from your previous DSL Service rates, terms, and conditions (including Bundle Discounts). See Section 6.2 for additional terms governing conversion of your Internet Service. In the event that you elect to receive AT&T Wired Internet Service, your new Internet Service may require different AT&T Equipment. When you are selected for conversion, we will provide at least thirty days' notice of the discontinuation or suspension of your Service via email, direct mail, bill page message, or bill insert. Thirty days after such notice, we may at our sole discretion, either disconnect your service or temporarily suspend your service for up to fifteen days.

### 6.15.5 Billing:

Credit card billing may not be available for AT&T High Speed Internet Direct.

## 6.16 Dial Up Internet

As of December 2020. AT&T has discontinued the provision of Dial Up Internet service.

## 6.17 Access from AT&T

### 6.17.1 Access from AT&T

"Access from AT&T" refers to AT&T's program designed to make low cost wireline home internet service exclusively available to Qualifying Households using certain Qualifying Home Internet Services (as those terms are defined below). The terms in this Section 6.17 apply to customers participating in the Access from AT&T program and supersede any conflicting terms contained in the rest of these Internet Service Terms with respect to your participation in the Access from AT&T program.

### 6.17.2 Qualifying Households:

Access from AT&T is available only to Qualifying Households. A Qualifying Household refers to any individual or household with:

- at least one resident who participates in a "Qualifying Program," as that term is defined below;

**48**

within are eligible for a wired home internet service, at whatever tier and Qualifying Home Internet Service, and at whatever tier that is available within.

- no outstanding debt for AT&T Internet Service of any kind within the last six (6) months and no outstanding debt incurred under the Access from AT&T program. AT&T reserves the right, in its sole and absolute discretion, to make changes to the required qualifications for participation in the Access from AT&T program. Changes to program qualification requirements will not impact existing program participants unless we send you specific prior to any change taking effect with respect to your Account.

### 6.17.3 Limited Availability:

Access from AT&T is only available to Qualifying Households. If your residence is not a Qualifying Household, you are not eligible for Access from AT&T.

### 6.17.4 Qualifying Programs:

Participation in the Access from AT&T program is open to participants in the following "Qualifying Programs":

- the Federal Communication Commission's Affordable Connectivity Program (ACP)
- the U.S. Supplemental Nutrition Assistance Program (SNAP); and
- the Supplemental Security Income (SSI) program in the State of California (California residents only).
- the National School Lunch Program.

AT&T may, in its sole discretion. expand the scope of "Qualifying Programs" for the Access from AT&T program. Access from AT&T is also available to households with income below 200% of federal poverty guidelines.

Visit att.com/internet/access/ for more details on additional Qualifying Programs, if any, and for more details about qualifying based on income.

### 6.17.5 Qualifying Home Internet Services:

Depending upon the facilities at a particular location within AT&T's wired home internet service area, Access from AT&T can be provided via either DSL Service or AT&T Wired Internet Service. Either DSL Service or AT&T Wired Internet Service will be "Qualifying Home Internet Service" to the extent that it is available for purchase at a particular address. (To check for service availability, visit att.com/internet/access/.) Qualifying Households will be provisioned, at AT&T's sole discretion, with the highest Qualifying Speed Tier available based on the facilities at the applicable residence. If Qualifying Home Internet Service is not available for purchase at your address, you will not be able to participate in the Access from AT&T program.

### 6.17.6 Qualifying Speed Tier:

"Qualifying Speed Tiers" and prices for the Access from AT&T program are subject to change. **Customers should call 855.220.5211 or visit att.com/internet/access/ for current Qualifying Speed Tiers and associated prices.**

Service availability and speed may vary by address. Unless otherwise specified on your CSS, AT&T will assign you the fastest speed tier available where you live, up to 100 Mbps download speed, which shall be at AT&T's sole discretion.

### 6.17.7 Qualifying Home Internet Service Terms:

Other terms applicable to your Access for AT&T program will depend on the Qualifying Home Internet Service you receive. In general, you will be subject to all the terms applicable to the Service Type into which your Qualifying Home Internet Service falls. However, you will not be required to:

- make any annual or monthly term commitments;
- provide a deposit in order to initiate installation or activation of the Qualifying Home Internet Service; or
- pay an installation fee associated with the installation of the Qualifying Home Internet Service.

### 6.17.8 Equipment for Access from AT&T Customers:

AT&T will make available to you certain equipment for use in connection with your Access from AT&T Service, depending on the Qualifying Home Internet Service you receive. For more information about Equipment, see the relevant terms above for the Qualifying Home Internet Service.

# 7.0
# Business Internet Service

The following additional terms apply to customers purchasing and/or receiving Business Internet Services, including AT&T Business Fiber, AT&T Internet for Business, AT&T High Speed Internet Business Edition, AT&T High Speed Internet Business Edition Direct, FastAccess Business DSL, FastAccess Business DSL Direct, and AT&T Internet for Business On Demand. In the event of a conflict between these terms and terms elsewhere in Sections 1 or 6 of this Agreement, the following terms will apply solely with respect to Business Internet Services.

## 7.1 Inside Wire

In addition to the terms above in Section 6.2.4 (including the disclaimer of warranties), for AT&T Internet for Business (fiber-based only), any determination of whether IW work will be provided by you or AT&T will be made at the time the installation technician is dispatched and surveys the job.

**49**

### 7.2 Service Guides

If you are an AT&T FastAccess Business DSL or an AT&T High Speed Internet Business Edition customer, you are also subject to the terms set forth in the service guides for these services, which are incorporated herein by reference and may be found at:

- https://serviceguidenew.att.com/sg_flashPlayerPage/FADSL (Fast Access® Business DSL)

- https://serviceguidenew.att.com/sg_flashPlayerPage/HSI (AT&T High Speed Internet Business Edition)

### 7.3 Reimbursement for Time, Materials and Expenses

If, before the service commencement date, either you cancel an order for or terminates any Business Internet Service or service component (other than as permitted for default by AT&T) or AT&T cancels an order for or terminates any such Service or service component for cause, you will reimburse AT&T for time, materials, and expenses incurred before the effective date of such cancellation or termination, plus any third-party charges resulting from the cancellation or termination.

### 7.4 Arbitration Agreement

If you are a Business Internet Service customer, all disputes between us will be resolved through binding arbitration as prescribed by Section 1.3, except that (1) the AAA will apply its Commercial Arbitration Rules, as modified by this section and Section 1.3, unless the claims are valued at $25,000 or less; (2) AT&T will pay all AAA fees listed in Section 1.3.2.4 for arbitrations you initiate after fully complying with Section 1.3.2.2 only if your claims are valued at $25,000 or less; (3) you are eligible for the Alternative Payment and Attorney Premium in arbitrations you initiate after fully complying with Section 1.3.2.2 only if your claims are valued at $25,000 or less; and (4) the arbitrator will issue a reasoned decision only if you or AT&T requests it.

# Appendix 2:

AT&T Notice of Data Breach



Carol Scrowler
Miami, FL 33125-3124

# NOTICE OF DATA BREACH

April 25, 2024

Dear Carol,

At AT&T, we take the security of your data very seriously. We're writing to inform you that AT&T has determined that some of your personal information was compromised. To help protect your identity, we're offering you one year of complimentary credit monitoring, identity theft detection and resolution services provided by Experian® IdentityWorks℠. **While this service is free, you must follow the enclosed instructions to enroll if you haven't already taken action based on our previous communication.**

**What happened?** On March 26, 2024, we determined that AT&T customer information was included in a dataset released on the dark web on March 17, 2024.

**What information was involved?** The information varied by individual and account, but may have included full name, email address, mailing address, phone number, social security number, date of birth, AT&T account number, and AT&T passcode. To the best of our knowledge, personal financial information and call history were not included. Based on our investigation to date, the data appears to be from June 2019 or earlier.

**What is AT&T doing to help?** We're offering you the complimentary credit monitoring, identity theft detection and resolution services described below. We've also taken precautionary measures and reset your passcode. A passcode is a numerical PIN, usually four digits, used in addition to your password as an extra layer of protection for your account. And once we learned of the threat, we launched a robust investigation supported by internal and external cybersecurity experts, and we are regularly reviewing and updating this information as we work to protect your information.

What can you do?

- **Stay vigilant.** We recommend that you review the enclosed information About Identity Theft Protection and encourage you to remain vigilantly monitoring your personal account and credit reports for any suspicious activity. If you want to personalize your passcode or reset it for you, you can do so online or in the app or calling our main line at 800-331-0500.
- **Watch out for suspicious calls or emails.** We also recommend that you remain alert for unsolicited communications seeking your personal information. You should be cautious about entering your username and password on links provided through email, even if it looks like the company's website. The safest route is to go directly to the company's website or log in.

We apologize this has happened. We're committed to keeping your information secure. Please do not hesitate to call us at 800.924.0962 Monday through Friday, 8 a.m. to 9 p.m. CST, or visit _____ if you have questions regarding this matter.

Sincerely,

AT&T

## Experian's® IdentityWorks℠

AT&T is providing you with an IdentityWorks℠ membership at no charge. After you complete registration, you'll have increased visibility into any possible fraudulent activity. You will also have an insurance policy of up to $1 million in coverage should you experience identity theft and an Identity Restoration team to guide you through the recovery process.

To activate your membership and start monitoring your personal information, please follow the steps below.

- **Enroll by August 30, 2024** (Your code will not work after this date.)
- **Go to** _____ and select 'Get Started'
- **Enter** your activation code: ██████

If you have questions about the product, need assistance with identity restoration, or would like an alternative to enrolling in Experian® IdentityWorks℠ online, please contact Experian's customer care team at 833.931.4853 by **August 30, 2024**. Be prepared to provide engagement number (██████) as proof of eligibility for the identity restoration services provided by Experian.

## IdentityWorks℠ Includes:

- **Experian Credit Report at Signup:** See what information is associated with your credit file. Daily credit reports are available for online members only.
- **Credit Monitoring:** Actively monitors Experian file for indicators of fraud.
- **Internet Surveillance:** Technology searches the web, chat rooms, and bulletin boards 24/7 to identify trading or selling of your personal information on the dark web.
- **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Credit Lock / Unlock:** This key feature provides you the ability to lock / unlock your Experian credit file.
- **Experian IdentityWorks ExtendCARE™:** You receive the same high-level of Identity Restoration support even after your Experian® IdentityWorks℠ membership has expired.
- **Up to $1 Million Identity Theft Insurance:** Provides coverage for certain costs and unauthorized electronic fund transfers.

Please note that Identity Restoration support is available to you for one year from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at _____. You will also find self-help tips and information about identity protection at this site.

©2024 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo, all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

A 00000000 00000 V00 00000000 LTR1 LLC

## Information About Identity Theft Protection

### Monitor Your Accounts

We recommend that you regularly review statements from your accounts and periodically obtain your credit report from one or more of the national credit reporting companies. You may obtain a free copy of your credit report from the Annualcreditreport.com by calling toll-free 1-877-322-8228, or by mailing an Annual Credit Report Request Form (available at www.annualcreditreport.com) to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281. You may also purchase a copy of your credit report by contacting one or more of the three national credit reporting companies listed below.

| Equifax | Experian | TransUnion |
|---|---|---|
| P.O. Box 740241 | P.O. Box 2002 | P.O. Box 1000 |
| Atlanta, GA 30374-0241 | Allen, TX 75013-2002 | Chester, PA 19016-2000 |
| 1-800-685-1111 | 1-888-397-3742 | 1-800-916-8800 |
| www.equifax.com | www.experian.com | www.transunion.com |

You should remain vigilant for incidents of fraud or identity theft by reviewing account statements and monitoring free credit reports. When you receive your credit reports, review them carefully. Look for accounts or creditor inquiries that you did not initiate or do not recognize. Look for information such as home address and Social Security number that is not accurate. If you see anything you do not understand, call the credit reporting agency at the telephone number on the report.

You may want to order your credit report quarterly to monitor your credit reports. The Federal Trade Commission (FTC) has an online guide about monitoring your credit reports and other steps you can take to protect yourself.

https://www.consumer.ftc.gov/articles/0155-free-credit-reports

### Credit Freeze

You have the right to put a security freeze, also known as a credit freeze, on your credit file so that no new credit can be opened in your name without the use of a Personal Identification Number (PIN) that is issued to you when you initiate a freeze. A credit freeze is designed to prevent credit, loans, and services from being approved in your credit report without your consent; however, using a credit freeze may delay your ability to obtain credit. Since the instances of identity theft are rising, a credit freeze may help protect against someone opening credit in your name without your knowledge. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. Should you wish to place a credit freeze, please contact all three major consumer reporting agencies listed below:

| Equifax | Experian | TransUnion |
|---|---|---|
| PO Box 105788 | PO Box 9554 | PO Box 160 |
| Atlanta, GA 30348-5788 | Allen, TX 75013-9554 | Woodlyn, PA 19094 |
| 1-888-298-0045 | 1-888-397-3742 | 1-800-916-8800 |
| www.equifax.com/personal/credit-report-services | www.experian.com/freeze/center.html | www.transunion.com/credit-freeze |

To request a credit freeze on your credit file at each reporting agency, the following information must be provided when requesting a credit freeze:

1. Full name, with middle initial and any suffixes;
2. Social Security number;
3. Date of birth (month, day, and year);
4. Current address and previous addresses for the past five (5) years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. Other personal information as requested by the applicable credit reporting agency.

If you request a credit freeze online or by phone, then the credit reporting agencies have three (3) business days after receiving your request to place a credit freeze on your credit report. If you request it on the phone, the credit reporting agency must lift the freeze within one hour. If you request a credit freeze online, a credit freeze will lift within 15 minutes. If you request to lift the credit freeze by mail, then the credit reporting agency has three (3) business days after getting your request.

### Fraud Alerts

You also have the right to place an initial or extended fraud alert on your file at no cost. An initial fraud alert lasts one year and is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any one of the agencies listed below.

| Equifax | Experian | TransUnion |
|---|---|---|
| P.O. Box 105069 | P.O. Box 9554 | P.O. Box 2000 |
| Atlanta, GA 30348-5069 | Allen, TX 75013-9554 | Chester, PA 19016-2000 |
| 1-800-525-6285 | 1-888-397-3742 | 1-800-680-7289 |
| www.equifax.com/personal/credit-report-services/credit-fraud-alerts | www.experian.com/fraud/center.html | www.transunion.com/fraud-victim-resource/place-fraud-alert |

## Federal Trade Commission and State Attorneys General Offices

If you believe you are the victim of identity theft, you should contact your local law enforcement agency or state Attorney General and file a police report. If your report was not delayed by law enforcement, get a copy of the report many creditors want the information to confirm or eliminate you as the fraudulent debts. You also should file a complaint with the Federal Trade Commission (FTC) using the contact information below. Your complaint will be added to the FTC's consumer Sentinel database, where it will be accessible to law enforcement for their investigations.

You may also contact the FTC at **Federal Trade Commission**, Consumer Response Center, 600 Pennsylvania Avenue, NW Washington, D.C. 20580 www.ftc.gov/bcp/edu/microsite/idtheft/, 1-877-IDTHEFT (438-4338) to learn more about identity theft and how you can take to protect yourself and prevent such activity.

- Oregon residents get advice to new of any suspected identity theft to law enforcement, including the FTC, and their state Attorney General.
- North Carolina residents may also contact the North Carolina Office of the Attorney General, Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001, www.ncdoj.gov, 1-877-566-7226.
- Iowa residents are advised to report any suspected identity theft to law enforcement or to the Iowa Attorney General.
- If you are a Maryland resident, you may contact the Maryland Office of the Attorney General of Consumer Protection Division, Office of the North Potomac Street, Suite 604, Hagerstown, MD 21740, https://www.marylandattorneygeneral.gov/Pages/contactus. aspx, 1-888-743-0023 or 410-576-6300 (consumer protection hotline).
- District of Columbia residents may contact the Office of the Attorney General for the District of Columbia, Office of Consumer Protection, 441 4th NW, Washington, D.C. 20001 https://oag.dc.gov, (202) 442-9828 (consumer protection hotline).
- Rhode Island residents may contact the Office of the Attorney General, 150 South Main Street, Providence RI 02903, (401) 274-4400.

## Police Your Rights

You may also place a security freeze on their credit report. A Security Freeze prevents most potential creditors from seeing your credit records further protecting against the opening of unauthorized accounts. Please note that credit reporting agencies may charge a fee to place a Security Freeze. For more information on placing a security freeze on your credit reports, please reference your State Department of State Division of Consumer Protection website at https://...gov... /consumer-protection.

When you receive a credit report from a credit reporting agency, review the report carefully, look for accounts you did not open, inquiries from creditors that you did not initiate, and confirm that your personal information, such as home address and Social Security number is accurate. If you see anything that you do not understand or recognize, call the credit reporting agency at the telephone number on this report. You should also call your local police department and file a report of identity theft. You should make sure to keep a copy of the police report to case you need to provide it to creditors or credit reporting agencies when disputing fraudulent accounts at your option.

If any of your lines, and copy of fraud on your credit reports, we recommend that you remain vigilant in reviewing your credit reports from the three major credit-reporting agencies. You may obtain a free copy of your credit report once every 12 months by visiting www.annualcreditreport.com, calling toll-free 877-322-8228 or by completing an Annual Credit Request Form at www.ftc.gov/bcp/menus/consumer/credit/cr_form.pdf and mailing to:

Annual Credit Report Request Service
P.O. Box 105281
Atlanta, GA 30348-5281

You may notice that evidence of suspected identity theft to law enforcement, including the FTC, you can contact, Oregon to law enforcement or consumer information on identity theft, you can visit the following websites:

- New York Department of State Division of Consumer Protection https://dos.ny.gov/consumer-protection, 1-800-697-1220
- FTC at www.ftc.gov/bcp/edu/microsite/idtheft/, https://www.identitytheft.gov/#/

# Appendix 3:

Statement of Objector, Scott Gherman

# IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH
## LITIGATION CASE NO. 3:24-cv- 00757E
### Northern District of Texas

## OBJECTION TO CLASS ACTION SETTLEMENT

My full name is Scott Gherman. My mailing address is ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮. All AT&T telephone number(s) held in my name,

either individually or as part of a joint account are: ▮▮▮▮▮▮ My current,

primary telephone number is ▮▮▮▮▮▮ I remain a current customer of AT&T.

I object to the proposed class action Settlement in the above-referenced

matter. All grounds for my objection, accompanied by legal support for the

objection known to me or my counsel, are set forth in the Objection to Class Action

Settlement to which this Statement of Objector is provided as an exhibit. I fully and

expressly adopt by reference those grounds and legal authorities in support.

I have never objected to a class action settlement within the five years

preceding the date of this objection (i.e., between November 17, 2020, and

November 17, 2025). Because I have not filed any such objections, I do not have

any case captions, orders, or related rulings to provide the Court.

I am primarily represented by Mr. Maury L. Udell at the law firm of Beighley,

Myrick, Udell & Zeichman ("BMU Law"), 2601 S. Bayshore Drive, Suite 770,

Miami, Florida 33133. Based on the objections filed to the proposed settlement,

BMU Law is not currently seeking any compensation related to the objections.

1

The Affidavit of Maury L. Udell (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes Mr. Udell's legal background and prior experience in connection with class action litigation; (2) provides information regarding any objections to a class action settlement filed by BMU Law in the preceding five years.

I am also represented by Ms. Amanda G. Taylor and Mr. Kyle V. Miller, in addition to other attorneys at the law firm of Butler Snow LLP, 1400 Lavaca St., Suite 1400, Austin, Texas 78701 ("Butler Snow"). Butler Snow has an hourly-fee agreement with BMU Law and, as such, will not be entitled to any compensation from the Settlement, if approved. Butler Snow will be entitled to compensation from BMU Law for its work related to the objections.

The Affidavit of Amanda G. Taylor (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes the legal background and prior experience in connection with class action litigation of Ms. Taylor, Mr. Miller, and other Butler Snow attorneys working on this matter; (2) sets forth the amount and calculation of attorney's fees and costs that Butler Snow will be entitled to for its work on the objections, including the factual and legal justification for any fees to be sought, the number of hours already spent by these counsel, an estimate of the hours to be spent by these counsel in the future, and the current hourly rates of the relevant Butler Snow attorneys; and (3) provides information regarding any objections to a class action settlement filed by these counsel or Butler Snow in the preceding five years.

**58**

I am available to be deposed by counsel for the Parties on the following four days before the Final Approval Hearing (January 16, 2026): NoVmember 24, 25 or December 22, 23 of 2025 or another date that is acceptable to all counsel involved:

The Affidavit of Maury L. Udell provides a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any).

I, as an Objector, do not intend to personally appear and/or testify at the Final Approval Hearing on January 15, 2026. I will be represented at this hearing by my counsel, Mr. Udell, Ms. Taylor, and Mr. Miller.

Scott Gherman

**59**

# Appendix 4:

Statement of Objector, Bradley Johnson

## IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION CASE NO. 3:24-cv- 00757E
### Northern District of Texas

<u>**OBJECTION TO CLASS ACTION SETTLEMENT**</u>

My full name is Bradley Johnson. My mailing address is  All AT&T telephone number(s) held in my name, either individually or as part of a joint account were: My current, primary telephone number is . I am no longer customer of AT&T and attest that I am unable to locate my prior account number.

I object to the proposed class action Settlement in the above-referenced matter. All grounds for my objection, accompanied by legal support for the objection known to me or my counsel, are set forth in the Objection to Class Action Settlement to which this Statement of Objector is provided as an exhibit. I fully and expressly adopt by reference those grounds and legal authorities in support.

I have never objected to a class action settlement within the five years preceding the date of this objection (i.e., between November 17, 2020, and November 17, 2025). Because I have not filed any such objections, I do not have any case captions, orders, or related rulings to provide the Court.

I am primarily represented by Mr. Maury L. Udell at the law firm of Beighley, Myrick, Udell & Zeichman ("BMU Law"), 2601 S. Bayshore Drive, Suite 770, Miami, Florida 33133. Based on the objections filed to the proposed settlement,

BMU Law is not currently seeking any compensation related to the objections.

The Affidavit of Maury L. Udell (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes Mr. Udell's legal background and prior experience in connection with class action litigation; (2) provides information regarding any objections to a class action settlement filed by BMU Law in the preceding five years.

I am also represented by Ms. Amanda G. Taylor and Mr. Kyle V. Miller, in addition to other attorneys at the law firm of Butler Snow LLP, 1400 Lavaca St., Suite 1400, Austin, Texas 78701 ("Butler Snow"). Butler Snow has an hourly-fee agreement with BMU Law and, as such, will not be entitled to any compensation from the Settlement, if approved. Butler Snow will be entitled to compensation from BMU Law for its work related to the objections.

The Affidavit of Amanda G. Taylor (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes the legal background and prior experience in connection with class action litigation of Ms. Taylor, Mr. Miller, and other Butler Snow attorneys working on this matter; (2) sets forth the amount and calculation of attorney's fees and costs that Butler Snow will be entitled to for its work on the objections, including the factual and legal justification for any fees to be sought, the number of hours already spent by these counsel, an estimate of the hours to be spent by these counsel in the future, and the current hourly rates of the relevant Butler Snow attorneys; and (3) provides information regarding any objections to a class

be sought, the number of hours already spent by these counsel, an estimate of the hours to be spent by these counsel in the future, and the current hourly rates of the relevant Butler Snow attorneys; and (3) provides information regarding any objections to a class action settlement filed by these counsel or Butler Snow in the preceding five years.

I am available to be deposed by counsel for the Parties on the following four days before the Final Approval Hearing (January 16, 2026): December 3-5, 2025; or Dec. 7, 2025 or another date that is acceptable to all counsel involved:

The Affidavit of Maury L. Udell provides a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any).

I, as an Objector, do not intend to personally appear and/or testify at the Final Approval Hearing on January 15, 2026. I will be represented at this hearing by my counsel, Mr. Udell, Ms. Taylor, and Mr. Miller.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Bradley Johnson                                    dated

3

# Appendix 5:

Statement of Objector, Brittani Kaye

## IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION CASE NO. 3:24-cv- 00757E
### Northern District of Texas

## OBJECTION TO CLASS ACTION SETTLEMENT

My full name is Brittani Kaye. My mailing address is █████████████████ ███████████████. All AT&T telephone number(s) held in my name, either individually or as part of a joint account are: ███████████. My current, primary telephone number is ████████████. I remain a current customer of AT&T.

I object to the proposed class action Settlement in the above-referenced matter. All grounds for my objection, accompanied by legal support for the objection known to me or my counsel, are set forth in the Objection to Class Action Settlement to which this Statement of Objector is provided as an exhibit. I fully and expressly adopt by reference those grounds and legal authorities in support.

I have never objected to a class action settlement within the five years preceding the date of this objection (i.e., between November 17, 2020, and November 17, 2025). Because I have not filed any such objections, I do not have any case captions, orders, or related rulings to provide the Court.

I am primarily represented by Mr. Maury L. Udell at the law firm of Beighley, Myrick, Udell & Zeichman ("BMU Law"), 2601 S. Bayshore Drive, Suite 770, Miami, Florida 33133. Based on the objections filed to the proposed settlement, BMU Law is not currently seeking any compensation related to the objections.

1

The Affidavit of Maury L. Udell (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes Mr. Udell's legal background and prior experience in connection with class action litigation; (2) provides information regarding any objections to a class action settlement filed by BMU Law in the preceding five years.

I am also represented by Ms. Amanda G. Taylor and Mr. Kyle V. Miller, in addition to other attorneys at the law firm of Butler Snow LLP, 1400 Lavaca St., Suite 1400, Austin, Texas 78701 ("Butler Snow"). Butler Snow has an hourly-fee agreement with BMU Law and, as such, will not be entitled to any compensation from the Settlement, if approved. Butler Snow will be entitled to compensation from BMU Law for its work related to the objections.

The Affidavit of Amanda G. Taylor (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes the legal background and prior experience in connection with class action litigation of Ms. Taylor, Mr. Miller, and other Butler Snow attorneys working on this matter; (2) sets forth the amount and calculation of attorney's fees and costs that Butler Snow will be entitled to for its work on the objections, including the factual and legal justification for any fees to be sought, the number of hours already spent by these counsel, an estimate of the hours to be spent by these counsel in the future, and the current hourly rates of the relevant Butler Snow attorneys; and (3) provides information regarding any objections to a class action settlement filed by these counsel or Butler Snow in the preceding five years.

I am available to be deposed by counsel for the Parties on the following four days before the Final Approval Hearing (January 16, 2026): 11-21, 12-5, 12-12, 12-19 of 2025 _____ or another date that is acceptable to all counsel involved:

The Affidavit of Maury L. Udell provides a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any).

I, as an Objector, do not intend to personally appear and/or testify at the Final Approval Hearing on January 15, 2026. I will be represented at this hearing by my counsel, Mr. Udell, Ms. Taylor, and Mr. Miller.

3

# Appendix 6:

Statement of Objector, Rob Caruso

## IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION CASE NO. 3:24-cv- 00757E
### Northern District of Texas

### OBJECTION TO CLASS ACTION SETTLEMENT

My full name is Rob Caruso. My mailing address is ▮▮▮▮▮▮▮▮▮▮▮▮,
▮▮▮▮▮▮▮▮▮▮▮▮▮▮. All AT&T telephone number(s) held in my name,
either individually or as part of a joint account are: ▮▮▮▮▮▮▮. My current,
primary telephone number is ▮▮▮▮▮▮▮▮ I remain a current customer of
AT&T.

I object to the proposed class action Settlement in the above-referenced
matter. All grounds for my objection, accompanied by legal support for the
objection known to me or my counsel, are set forth in the Objection to Class
Action Settlement to which this Statement of Objector is provided as an exhibit. I
fully and expressly adopt by reference those grounds and legal authorities in
support.

I have never objected to a class action settlement within the five years
preceding the date of this objection (i.e., between November 17, 2020, and
November 17, 2025). Because I have not filed any such objections, I do not have
any case captions, orders, or related rulings to provide the Court.

I am primarily represented by Mr. Maury L. Udell at the law firm of
Beighley, Myrick, Udell & Zeichman ("BMU Law"), 2601 S. Bayshore Drive,

1

Suite 770, Miami, Florida 33133. Based on the objections filed to this proposed settlement, BMU Law is not currently seeking any compensation related to the objections.

The Affidavit of Maury L. Udell (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes Mr. Udell's legal background and prior experience in connection with class action litigation, (2) provides information regarding any objections to a class action settlement filed by BMU Law in the preceding five years.

I am also represented by Ms. Amanda G. Taylor and Mr. Kyle V. Miller, in addition to other attorneys at the law firm of Butler Snow LLP, 1400 Lavaca St., Suite 1400, Austin, Texas 78701 ("Butler Snow"). Butler Snow has an hourly-fee agreement with BMU Law and, as such, will not be entitled to any compensation from the Settlement, if approved. Butler Snow will be entitled to compensation from BMU Law for its work related to the objections.

The Affidavit of Amanda G. Taylor (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes the legal background and prior experience in connection with class action litigation of Ms. Taylor, Mr. Miller, and other Butler Snow attorneys, working on this matter; (2) sets forth the amount and calculation of attorney's fees and costs that Butler Snow will be entitled to for its work on the objections, including the factual and legal justification for any fees to

be sought, the number of hours already spent by these counsel, an estimate of the hours to be spent by these counsel in the future, and the current hourly rates of the relevant Butler Snow attorneys; and (3) provides information regarding any objections to a class action settlement filed by these counsel or Butler Snow in the preceding five years.

I am available to be deposed by counsel for the Parties on the following four days before the Final Approval Hearing (January 16, 2026): 12/1, 12/8, 12/9, 12/10 _____ or another date that is acceptable to all counsel involved:

The Affidavit of Maury L. Udell provides a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any).

I, as an Objector, do not intend to personally appear and/or testify at the Final Approval Hearing on January 15, 2026. I will be represented at this hearing by my counsel, Mr. Udell, Ms. Taylor, and Mr. Miller.

Rob Caruso

# Appendix 7:

Statement of Objector, Brittany Bonner

IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH
LITIGATION CASE NO. 3:24-cv- 00757E

**Northern District of Texas**

## OBJECTION TO CLASS ACTION SETTLEMENT

My full name is Brittany Bonner. My mailing address is
All AT&T telephone number(s) held in my name, either
individually or as part of a joint account are: . My current, primary
telephone number is . I remain a current customer of AT&T.

I object to the proposed class action Settlement in the above-referenced
matter. All grounds for my objection, accompanied by legal support for the
objection known to me or my counsel, are set forth in the Objection to Class
Action Settlement to which this Statement of Objector is provided as an exhibit. I
fully and expressly adopt by reference those grounds and legal authorities in
support.

I have never objected to a class action settlement within the five years
preceding the date of this objection (i.e., between November 17, 2020, and
November 17, 2025). Because I have not filed any such objections, I do not have
any case captions, orders, or related rulings to provide the Court.

I am primarily represented by Mr. Maury L. Udell at the law firm of
Beighley, Myrick, Udell & Zeichman ("BMU Law"), 2601 S. Bayshore Drive,
Suite 770, Miami, Florida 33133. Based on the objections filed to the proposed
settlement, BMU Law is not currently seeking any compensation related to the
objections.

The Affidavit of Maury L. Udell (filed as an Exhibit to the Objection to
Class Action Settlement) (1) describes Mr. Udell's legal background and prior
experience in connection with class action litigation; (2) provides information
regarding any objections to a class action settlement filed by BMU Law in the
preceding five years.

I am also represented by Ms. Amanda G. Taylor and Mr. Kyle V. Miller, in
addition to other attorneys at the law firm of Butler Snow LLP, 1400 Lavaca St.,
Suite 1400, Austin, Texas 78701 ("Butler Snow"). Butler Snow has an hourly-fee
agreement with BMU Law and, as such, will not be entitled to any compensation
from the Settlement, if approved. Butler Snow will be entitled to compensation
from BMU Law for its work related to the objections.

The Affidavit of Amanda G. Taylor (filed as an Exhibit to the Objection to
Class Action Settlement) (1) describes the legal background and prior experience
in connection with class action litigation of Ms. Taylor, Mr. Miller, and other
Butler Snow attorneys working on this matter; (2) sets forth the amount and
calculation of attorney's fees and costs that Butler Snow will be entitled to for its
work on the objections, including the factual and legal justification for any fees to
be sought, the number of hours already spent by these counsel, an estimate of the
hours to be spent by these counsel in the future, and the current hourly rates of the
relevant Butler Snow attorneys; and (3) provides information regarding any
objections to a class action settlement filed by these counsel or Butler Snow in the
preceding five years.

I am available to be deposed by counsel for the Parties on the following four
days before the Final Approval Hearing (January 16, 2026):
1/16, 1/18, 1/19, 1/20 or another
date that is acceptable to all counsel involved:

The Affidavit of Maury L. Udell provides a list of all persons who will be
called to testify at the Final Approval Hearing in support of the objection (if any).

I, as an Objector, do not intend to personally appear and/or testify at the
Final Approval Hearing on January 15, 2026. I will be represented at this hearing
by my counsel, Mr. Udell, Ms. Taylor, and Mr. Miller.

2

Brittany Bonner

# Appendix 8:

Affidavit of Maury L. Udell

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
CASE NO.: 3:24-cv-00757-E

In Re AT&T INC. CUSTOMER
DATA SECURITY BREACH
LITIGATION

## AFFIDAVIT OF MAURY L. UDELL, ESQ.

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, personally appeared Maury L. Udell, Esq. who after being duly sworn, deposes and says:

1. My name is Maury L. Udell, Esq. I am over 18 years old and have personal knowledge regarding the facts in this affidavit.

2. I am an AV rated attorney licensed to practice law in the State of Florida and have been practicing in Florida continuously since 1997. Since then, I have practiced exclusively in the area of litigation at the trial and appellate levels. I am also licensed to practice and regularly practice in the United States District Court for the Southern and Middle Districts of Florida, the Northern District of Texas, the Ninth Circuit Court of Appeals, and Eleventh Circuit Court of Appeals.

3. Since 1997, I have represented plaintiffs, defendants, and non-parties in litigation involving first and third-party insurance claims, breach of contract, business torts, fraud, unfair and deceptive trade practices, construction litigation, probate litigation, and personal injury. I have appeared in the First,

Second, Third and Fourth District Courts of Appeal of Florida, the Florida Supreme Court, Nevada District Court, the Eastern District of Pennsylvania, the Ninth Circuit Court of Appeals, and the Eleventh Circuit Court of Appeals.

4. I have represented Plaintiffs is class action litigation in the Southern District of Florida in consumer protection and insurance claims.

5. Neither I nor BMUL is seeking compensation related to the objections filed in this case.

6. I have never served as an objector or counsel for an objector in class action litigation in the last five (5) years.

7. No one at BMUL has served as an objector or counsel for an objector in the last five (5) years.

8. I will appear as counsel on behalf of Objectors at the January 15, 2026, hearing. I do not anticipate calling any witnesses to testify in support of the Objections because they can be granted based on the pleadings, legal authorities, and other evidence presented to the Court.

**FURTHER AFFIANT SAYETH NOT.**

Maury L. Udell, Esq.

**THE FOREGOING** Affidavit was acknowledged before me by means of [x] physical presence or [ ] online notarization, this 19th day of November 2025 by Maury L. Udell, Esq. who is personally known to me or who has produced identification, and who executed the within document and who acknowledged that the within document was freely and voluntarily executed for the purposes therein recited.

Notary Public State of Florida
Betty Lopez
My Commission HH 617510
Expires 1/31/2029

Notary Public

2

77

# Appendix 9:

## Affidavit of Amanda G. Taylor

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: AT&T INC. CUSTOMER
DATA SECURITY BREACH
LITIGATION

§
§
§    CASE NO. 3:24-cv-00757-E
§
§    MDL DOCKET NO. 3:24-md-
§    03114-E

This Document Relates to All Cases

## AFFIDAVIT OF AMANDA G. TAYLOR

STATE OF TEXAS          §
                        §
COUNTY OF TRAVIS        §

On the 17th day of November 2025, Amanda G. Taylor, a person whose identity is known to me, appeared before me.  After I administered an oath to Amanda G. Taylor, she testified as follows:

1.   My name is Amanda G. Taylor, and I have been engaged as counsel in this lawsuit to represent a group of putative class members who object to the certification of the class and the approval of the proposed class settlement, specifically Objectors Sean Gherman, Bradley Johnson, Brmani Kaye, Rob Cleven, and Brittany Bonner.

1

1. I am over 18 years of age and fully competent to make this affidavit. All of the statements made in this affidavit are based on my personal knowledge and are true and correct.

2. Baker Botts L.L.P. ("Baker Botts") is a private law firm with over 750 lawyers operating in 13 offices throughout the United States and London.

3. I am the Practice [Group] Leader [of the] Specialized Associates Practice Group [at] Baker Botts. I have been [licensed to] practice law since 2005, and I have [been] board certified by the Texas Board of Legal Specialization in [Civil Appellate Law] since 2015. My primary office location is in Austin, Texas.

4. Additional Baker Botts attorneys worked on this matter (identified by name, title, and primary office location) include [listing] V. Miller (Partner, Irving/NYC Allianson)); Melody W. Anally (Partner and Data Security and Privacy Team [Leader] (Houston, Texas area); Christine D. Smith (Of Counsel, Singleton Mississippi); Dieter Miller (Senior Counsel, Richmond, Virginia); Heather [Smith] (Associate, Singleton Mississippi), and Anthony Kaintic "Rick?" Klamer (III (Associate, Richmond, Mississippi)).

5. As a firm, Baker Botts has decades of experience in a wide variety of class action matters across the United States. The firm's prior class action experience generally includes cases regarding consumer and pharmaceutical matters, antitrust and RICO claims, financial services instruments, health insurance...

**80**

... [text too faded to read reliably]

[§ I], [II], & Telephone Consumer Protection Act (*Mbaj v. TPTL Inc.*, 1:23-∧-∧... 7:24-cv-1150-HHH (D.∧.C.), RICO and consumer suits (*Mba v. Hertz*, [Individual Case Alliance-DRM-WAP-LAX-7:23-... May..]) and constitutional lawsuit (*... ∧.D.*, v. Edwards, Case 1:20-cv-00281-FWDH-WHH-M.D.) La.), *Mba v. ... (recently filed v. Edwards*, No. CV-9-1577-HHH-M.L.B.]M.D. La.) class actions.

j    Additional information about the legal background and experience of ... Butler Snow attorneys working on this matter is available on the firm's websites and the following pages of biographical information are incorporated herein by reference:

- Amanda Taylor:
  https://www.butlersnow.com/...

- Kyle Miller:
  https://www.butlersnow.com/pro...

- Mallory McAnally:
  https://www.butlersnow.com/pro...

- Caroline Smith:
  https://www.butlersnow.com/pro...

- Dawn Miller:
  https://www.butlersnow.com/professionals/dawn-miller/

- Henning Sass:
  https://www.butlersnow.com/professionals/henning-sass/

- Bell Manson:
  https://www.butlersnow.com/professionals/...-manson/

**82**

9. Butler Snow will be entitled to payment of its attorneys' fees and costs for its work on the Objection from SMU Law calculated under a lodestar method. Butler Snow will not seek any payment for these fees or costs from the Settlement itself. As such, a detailed statement of Butler Snow's requested costs, as well as factual and legal justifications and the hours already spent and expected to be spent, is not material.

10. However, to provide the Court information that may be relevant to its analysis of the Objection, I further attest regarding Butler Snow's attorneys' fees that the hourly rates of the Butler Snow attorneys working on this matter are as follows: Amanda Taylor (\$900), Kyle Miller (\$695), Melody McAnally (\$770), Caroline Smith (\$475), Dena Miller (\$425), Harrison Smith (\$445), and Brie Mansoor (\$395). As of the date of filing the Objection (November 17, 2025), Butler Snow has incurred approximately 100 hours of time at a total billable value of approximately \$100,000 to review the prior pleadings, analyze and act on jurisdictional and fee strategy, conduct factual and legal research, prepare the Objection, confer, and attend filings, review and act on all documents, and meet with counsel from SMU Law regarding the same. Butler Snow estimates that it will incur an additional 30 hours to prepare for, travel to, and participate in the hearing on January 13, 2026. Mr. Miller and I will appear at the hearing as co-counsel for DN...

11.    None of the Butler Snow attorneys working on this matter (as identified

above) nor any other Butler Snow attorney that I am aware of has filed any objection

to a class action settlement in the preceding five years.  The firm conducted an

electronic survey of all attorneys to collect this information.

FURTHER AFFIANT SAYETH NOT



Amanda G. Taylor

SUBSCRIBED AND SWORN TO before me, the undersigned Notary Public, on

this 17th day of November, 2025.

Notary Public

6

**84**

Exhibit 14(T)



**From:** Julia Diaz <████████████████>
**Sent:** Monday, November 17, 2025 9:27 PM
**To:** mark.lanier@lanierlawfirm.com; Shauna Itri <sitri@seegerweiss.com>; ostrow@kolawyers.com; jrathod@classlawdc.com
**Subject:** Objection to Proposed Class Action Settlement – AT&T Data Breach Litigation

Julia Diaz
Class Member ID: ██████████████
███████████████████
AT&T associated phone number: ████████████
AT&T associated email addresses: ██████████████████████████████

Emailed to:
mark.lanier@lanierlawfirm.com
sitri@seegerweiss.com
ostrow@kolawyers.com
jrathod@classlawdc.com

I attest that, after reasonable effort, I am unable to locate my prior AT&T account number(s).

I was unable to submit this via mail as I did not become aware of the mailing requirement until tonight but wanted to try anyway with this email.

I, Julia Diaz, am a AT&T 1 Settlement Class Member, and I submit this written objection to the proposed settlement in the AT&T Data Breach Litigation. I object because the proposed relief is inadequate and does not reflect the severity and permanence of the exposure of my most sensitive personal information, including my **full Social Security Number**, which AT&T confirmed was **posted on the dark web**.

1

My grounds for objection are that the compensation is inadequate for how serious and permanent the harm that has occurred is. A social security number cannot be changed easily, if ever. **The risk for identity theft associated with my social security number will continue for the rest of my life.** This lifelong heightened risk of identity theft leads to a lifelong commitment to monitoring identity and the emotional distress of always having to worry. In addition, future financial harm is immeasurable, as my identity can be used at any time in the future, only increased by what is now required lifelong monitoring services, fraud alerts, and potential credit freezes. This irrevocable disclosure diminishes my privacy without anything I can do about it aside from monitor and hope. My social security number was taken from AT&T by criminals and leaked online on the dark web, an exponentially great and permanent harm. As such, I request compensation of no less than $10,000.00

When you go to AT&T's website, they say, "We've got your back. Guaranteed." in big white letters. If they had my back, they would have implemented proper cybersecurity measures to protect their customers. Because they did not have my back, they allowed my sensitive personal information including name, date of birth, and social security number to be taken from them and published on the dark web.

I have not objected to any class action settlement in the past five years.

 I am **not** represented by counsel for purposes of this objection, and no attorney will seek fees related to this objection.

I am a flight attendant and the schedule varies greatly and would just require two weeks' notice to give to my job.

I declare that what I state in this email is true.

Thank you,
Julia Diaz
████████████████████

# Exhibit 14(U)

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISIONS**

|   |   |
|---|---|
| IN RES: AT&T INC. CUSTOMER | ] |
| DATA SECURITY BREACH | ]     CASE NO. 3:24-CV-00757-E |
| LITIGATION | ] |
| | ]     MDL DOCKET NO. 3:24-MD-03114-E |
| | ] |

## OBJECTION TO THE CLASS SETTLEMENT

### A. IDENTITY OF THE OBJECTOR

The undersigned counsel represents over four thousand (4000) AT&T members, that have neither filed a claim nor opted out (see attachment A). The undersigned counsel hereby lodges this objection to the Class settlement in the above titled action on behalf of these members. The below grounds apply to all listed members.

### B. GROUNDS FOR OBJECTION

1. The Settlement Amount Is Too Low, and Does Not Adequately Compensate Members Who Experienced Multiple Breaches.

The total settlement amount, and individual compensation available to settlement class members is excessively low and disproportionate to the scale and duration of the harm. In this case, AT&T members were subjected to two Data breach incidents where customers' personal and sensitive information was compromised. Most individual members had their compromised information ended up for sale or trade on the dark web. Many members experienced both data breach incidents and had their information compromised multiple times. The settlement amount and distribution scheme does not adequately compensate members for original breach and does not further compensate those members who experienced multiple breaches.

2. Settlement Does Not Adequately Compensate For Actual Harms Caused.

The total settlement amount and individual compensation available to settling class members does not adequately compensate for individual members for actual harm caused. As stated above. AT&T members experienced multiple data breaches which lead to their sensitive personal information, including date of birth and social security numbers, being posted on the dark web. Once their information was on the dark web, members experienced identity theft, impact to their credit report and credit score, and an impermissible invasion of privacy. Further, the personal information released on the dark web was not removed and could potentially still be available to individuals with nefarious purposes. This settlement does not adequately address the harm suffered by AT&T members, nor does it adequately address the risk of ongoing harms including identity theft, and adverse credit implications.

3. <u>Settlement Opt-out process was burdensome and disproportionate to the process to file a claim.</u>

The opt-out process was burdensome and disproportionately so, compared to the process to file a claim. To file a claim the person only needs to visit the claim website and submit an electronic form. To opt-out the member had to mail in an opt-out notice that included a "wet" handwritten signature (see paragraph 15 of the final order). This meant for a member to opt out they had to send notice they had to draft an opt out notification on paper, sign the paper, then mail the notice through the US mail, where as those filing a claim need only fill out an online form.

4. <u>The settlement opt-out process denied members the right to counsel.</u>

Additionally, opt-outs had to be submitted individually with the above mentioned "wet" signature, and any group opt-outs or opt-outs signed by counsel are not permitted or effective. Represented AT&T members who were opting out, had to submit their opt out individually with a "wet" signature, and could not rely on counsel, whom they had contracted to represent them in the matter, to submit the opt-out on their behalf. Therefore, these members were denied their constitutionally protected right to counsel.

**C. OBJECTORS' COUNSEL**

Objector's Counsel is: Potter Handy, LLP, 100 Pine St. Ste 1250. San Francisco, CA 94111. Counsel appearing at Final Order Hearing will be Krista R. Hemming, SBN 304213. Potter Handy, LLP's class action division has been operating with expertise since 2019. Potter Handy has worked on class litigation that includes wage and hours, misclassification, and consumer class actions such as privacy and data breaches. Potter Handy, LLP contingency fee agreement provide for reimbursement of costs, and a contingency fee of 40% (forty percent) of any recovery. To date, counsel has invested over 20 hours on the AT&T data breach incidents, and over 5 (five) hours on this individual case.

### D. SUGGESTED DATES

Objector is available at AT&T's request. Objector requests defense counsel meet and confer with Objector's counsel regarding dates for a remote deposition.

Date: November 17, 2025

_____

Krista R. Hemming
Potter Handy, LLP

# Exhibit A

| First Name | Last Name |
|---|---|
| Bonnie | (Hahn) Mattox |
| Sharlet | A Snider |
| John | Aaenson |
| Conswayla | Aaron |
| Autumn | Aaron |
| Asheed | Abark |
| Mark | Abermoske |
| Michael | Ables |
| David | Abney |
| Brittany | Abraham |
| DAVID | Abramowitz |
| Juan | Abreu |
| Miguel | Abreu |
| Raul | Abreu |
| Elonda | Abshier |
| Jesse | Acevedo |
| Felipe | Acosta |
| Kelly | Acuahuitl |
| Lynx | Adamah |
| Robert | Adamiszyn |
| Jarrett | Adams |
| Shemeka | Adams |
| Theresa | Adams |
| Michael | Adams |
| Malcolm | Adams |
| Carl | Adams |
| Jeffery | Adams |
| Marquee | Adams |
| Kevin | Adams |
| Alan | Addie |
| Adedayo | Adeyemi |
| Saran | Adkinson |
| Kalman | Adorjan |
| Michael | Aegbuniwe |
| Sara | Agajanian |
| Christina | Agapito |
| Holly | Agocs |
| Obianife | Agu |
| Shannon | Aguero Jones |
| Karolina | Aguilar |
| Kelly | Aguilar |
| Steve | Aguilar |
| Victor | Aguilera |
| Michael | Aguirre |
| Jeffrey | Ahern |
| Jennifer | Ahmed |

| | |
|---|---|
| Alexis | Ahyo |
| Paula | Akins |
| Abdulrahman | Alamoudi |
| Theodore | Alberts |
| Matthew | Albright |
| Hubert | Albright |
| Marilupe | Alcaide |
| Raget | Alceus |
| Nalani | Alcuran |
| Linda and Jerry | Aldridge |
| Elizabeth | Alesse |
| Jamie | Alexander |
| Vincent | Alexander |
| Alexis | Alexander |
| Christopher | Alexander |
| Randell | Alexander jr |
| Shannon | Alexander-Phifer |
| Carlette | Alford |
| Sarah | Allen |
| Ronnesha | Allen |
| Kristen | Allen |
| Laura | Allen |
| Amber | Allen |
| Andrea | Allen |
| Jeffrey | Allen |
| Peter | Allen |
| Tiffany | Allen |
| Troy | Allen |
| Sarah | Allen |
| Richard | Allen |
| Joseph | Allen |
| Jessica | Alley |
| Colleen | Almeida |
| Patricia | Alnaser |
| Robert | Alonso |
| Ellioud | Alonso |
| James | Alston |
| Stacey | Alston |
| Ned | Altali |
| Michele | Altepeter |
| susan | altman |
| Juan | Alvarado |
| Daniel | Alvarado |
| Erik | Alvares |
| Elizabeth | Alvarez |
| Arreanna | Alvarez |
| Carina | Alvarez |

| | |
|---|---|
| Tina | Alvarez |
| Ellen | Alvarez |
| Mario | Alvarez |
| Bryant | Alverson |
| Cynthia | Amador |
| Chukwunedum | Amajioyi |
| Bambi | Amant |
| Anthony | Amato |
| Yesenia | Ambriz |
| John | Ambrose |
| Marina | Aminova |
| David | Ammenheuser |
| Lindsay | Amon |
| Laura | Amos |
| Tamr | Andary |
| Joseph | Andersen |
| Keyuna | Anderson |
| Eric | Anderson |
| Matthew | Anderson |
| William | Anderson |
| John | Anderson |
| Luke | Anderson |
| Vincent | Anderson |
| Maurice | Anderson |
| Jacob | Anderson |
| Mia | Anderson |
| Thomas | Anderson |
| Kiarra | Anderson |
| Lucreatia | Anderson |
| David | Andino |
| Jorge | Andreani |
| Tiara | Andress |
| Kem | Andrew |
| Michael | Andrews |
| Ivan | Andrews |
| Thomas | Andrews |
| Michelle | Angell |
| Mario | Anguiano |
| Ajmal | Anoosh |
| Jason | Appleby |
| maxine | appleby |
| Justin | Applegate |
| Leviticus | Appleton |
| Jennifer | Appleyard |
| teresa | arasheben |
| Gloria | Araujo |
| Kevin | Arbo |

| | |
|---|---|
| Marietta | Archer |
| Randy | Archer |
| Antonio | Arevalo |
| Danilo | Arevalo |
| Lori | Argo |
| Stacie | Arigbamu |
| Maguel | Armfield |
| JaMaiyah | Armstead |
| LaToya | Armstrong |
| Steve | Arndell |
| Elizabeth | Arnett |
| Christopher | Arnold |
| Tina | Arnold |
| Danielle | Aronson |
| Rodney | Arredondo |
| Roberto | Arredondo |
| Mariano | Arriaga |
| Angela | Arrington |
| Alvin | Arter |
| Sai Avinash | Aruru |
| Louanna | Arvie |
| Dennis | Aschenbrenner |
| Hannah | Ash |
| Heather | Ashby |
| Zaquarria | Askew |
| Ann | Askey |
| Anna | Astanina |
| Elaine | Atchison |
| Chris | Athens |
| Brittney | Athwal |
| Tamanicia | Atkins |
| Omar | Attarabeen |
| LaTanya | Atterberry |
| Jaclyn | Aucker |
| Michelle | Audi |
| Thomas | Austin |
| Jasmine | Austin |
| Brigette | Austin |
| Kathleen | Austin Blanck |
| Janelle | Autry |
| Olivia | Avery |
| Thomas | Avery |
| David | Avery |
| Jacob | Avila |
| Yonatan | Aviv |
| Lisa | Axelrod |
| Emily | Axtell |

| | |
|---|---|
| Trish | Aycock |
| Gregory | Aydt |
| Lashawn | Ayres |
| Rose | Ayres |
| Yasmin | Azam |
| Jeffrey | Azar |
| Kathleen | Azar |
| Sara | Aziz |
| Matthew | Azzarito |
| Ashley | Baadsgaard |
| Kelly | Backman |
| Michelle | Bacon |
| Sheala | Bacon |
| SreeHarika | Badrisetty |
| Mindy | Bagby |
| Margarita | Bailey |
| Mary | Bailey |
| Jamese | Bailey |
| Dina | Bailey |
| Terry | Bailey |
| Leah | Bailey |
| John | Bailey |
| Willie | Bailey |
| Chanel | Bailey |
| Kathryn | Bailey |
| Gary | Bairski |
| Catherine | Baker |
| Mary-stuart | Baker |
| Susan | Baker |
| Sean | Baker |
| Dustin | Baker |
| Judah | Baker |
| Patrick | Baker |
| Jon | Baker |
| Carlotta | Baker |
| Jennifer | Baker |
| Ruth | Bakosh |
| Annalia | Balcunas |
| Stephanie | Balderson |
| Chris | Baldwin |
| Joseph | Balestrino |
| Terrance | Ball |
| Eston | Ball |
| Tatiana | Ballion |
| Jared | Balzano |
| Terry | Banks |
| Jerason | Banks |

| | |
|---|---|
| Martha | Banks |
| Jason | Banks |
| Blanca | Barajas |
| Katherine | Barajas |
| Octavio | Barajas |
| Jose | Barajas |
| Johnathan | Baraks |
| Aaron | Barba |
| Gary | Barber |
| Doris | Barber |
| Bridget | Barber |
| Jason | Barber |
| Jinaye | Barbic |
| Simina | Barbieru |
| Erica | Barbour |
| Jimmie | Barbour |
| Danica | Barboza |
| Michael | Barbu |
| Rob | Barea |
| Jeffery | Bargewell |
| Bryan | Barker |
| Devin | Barker |
| Rohana | Barker |
| Raymond | Barker |
| Camille | Barksdale |
| Andrew | Barlow |
| Steve | Barnes |
| Ashley | Barnett |
| Ralph | Barnett |
| Deneen | Barnett |
| Russ | Barnett |
| Matthew | Barnhart |
| DOMENIC | BARONE |
| Joshua | Barr |
| Walter | Barr |
| Jason | Barr |
| Terence | Barrera |
| ADAM | BARRERA |
| Steven | Barreto |
| Richard | Barrett |
| Kenisha | Barringer |
| Vanessa | Barron |
| Donald | Barrow |
| Pamela | Barry |
| Jacoby | Barry |
| Gene | Barry |
| Bryan | Bartell |

| | |
|---|---|
| Michael | Bartelme |
| Roger | Bartholomew |
| Paul | Bartlett |
| Zoe | Barton |
| Ivan | Basco |
| Jolen | Bascomb |
| Alexander | Baskerville |
| Joy | Baskins |
| Justin | Basnight |
| Jackie | Basquette |
| Zsaneika | Bass |
| Jasmine | Bass |
| Susan | Baston |
| Angelo | Basurto |
| Kamil | Batalvi |
| Shawn | Batchelor |
| Jarrell David | Bates |
| Markeasha | Bates |
| Jemond | Battee |
| Korina | Battye |
| Christopher | Baum |
| Valerie | Baytosh |
| Christine | Beaderstadt |
| Giovanna | Beal |
| Rahshadda | Bearden |
| Mark | Bearden |
| Catherine | Beasley |
| Marissa | Beatty |
| Tommy | Beatty |
| Bradley | Beauchaine |
| Carla | Beauchamp |
| Scott | Beaulieu |
| David | Beaver |
| Joshua | Beck |
| Mathew | Becker |
| Stephanie | Beckless |
| Tiana | Bedoya |
| David | Bedway |
| Misty | Beebe |
| Edward | Beebe |
| Melanie Christina | Bega |
| Vincent | Begay |
| JoJo | Begay |
| Curt | Behrens |
| Jacqueline | Beilfuss |
| Lydia | Bell |
| Roshanda | Bell |

| | |
|---|---|
| June | Bell |
| Kyle | Bell |
| Alonza | Bellamy |
| Jeffrey | Bello |
| Denise | Belmonte |
| Alex | Beltran |
| Matthew | Belville |
| Scott | Benamati |
| Sarah | Benefield |
| Christopher | Bengert |
| Deborah | Benjamin |
| Charissa | Benn |
| Cynthia | Bennett |
| Brandon | Bennett |
| Persephone | Bennett |
| Tanner | Bennett |
| Tabbatha | Bennett |
| Raymond | Benning |
| Eva | Benthall |
| Aaron | Bentley |
| Rhea | Bentley |
| Timothy | Bentley |
| Bianca | Bentley |
| Adrianna | Bento |
| Eli | Benveniste |
| Donna L. | Beran |
| Deborah | Berard |
| Vittoria | Berardi |
| Michael | Berens |
| Robert | Berg |
| Philip | Berg |
| Seth | Berger |
| Mark | Bergman |
| Todd | Berman |
| Gustavus | Bernal |
| Richard | Bernard |
| Joanna | Beroy |
| April | Berra |
| Laurice | Berry |
| Kenneth | Berry |
| Melanie | Bertram |
| Mindy | Berube |
| James | Berzley |
| Parker | Berzley |
| Andrew | Beshwate |
| Aimee | Bessada |
| Brandon | Best |

| | |
|---|---|
| Kellie | Best |
| Kimberlisa | Best |
| Erin | Bethel |
| Krista | Betts |
| Alissa | Beuerlein |
| Jessica | Bianco |
| Stacie | Bias |
| Austin | Biaselli |
| Sarah | Bickell |
| Evan | Biddulph |
| Betty | Bidgood |
| Justin | Biermann |
| Matthew | Bilancia |
| Michael | Bilbrey |
| Ashley | Billie |
| Melanie | Bilodeau |
| Johnnie | Binion |
| Kyle | Birch |
| Gary | Bivins |
| Christian | Bjelle |
| Matthew | Black |
| Angela | Blackburn |
| Mark | Blackburn |
| Paulina | Blackman |
| Amy | Blackmer |
| Eric | Blackmon |
| Billy | Blackmon |
| Marquez | Blacks |
| Ryan | Bladzik |
| Shalane | Blagg |
| Michael | Blain |
| Brandy | Blaine |
| Domonic | Blair |
| Jonathan | Blake |
| Crystal | Blankenship |
| Kelly | Blankenship |
| Richard | Blanquicet |
| Charlette | Blanton |
| Charlette | Blassingame |
| Tyler | Bledsoe |
| Tristan | Bleicher Otto |
| Simon | Blint |
| KATHARINE | BLOODGOOD |
| Rachel | Bloom |
| ilona | bludov |
| Deborah | Blue |
| Timothy | Blunk |

| | |
|---|---|
| Erik | Boehm |
| Ashley | Boger |
| Kedma | Boisrond |
| Mark | Bolczak |
| Brenda | Bollinger |
| Sara | Bollinger |
| Margaux | Bolona |
| Devon | Bolton |
| Stephanie | Bond |
| Marquita | Bonds |
| Durelle | Bonds |
| Viviana | Bonilla |
| Julian | Bonnet Lopez |
| Darrell | Booker |
| Tamara | Booker |
| Jason | Bookman |
| Joshua | Boone |
| Daryl | Bordelon |
| Deshon | Borders |
| Margaret | Borneman |
| Breanna | Borth |
| Lisa | Boseman |
| Willietta | Bostick |
| Kristiana | Boswell |
| Matthew | Botts |
| Heather | Botz |
| Alexandrea | Boulden |
| Hamza | Boumahta |
| Matthew | Bourchier |
| Nathan | Bourg |
| Eric | Bourland |
| Crystal | Bourque |
| Michael R | Bousquet |
| Kevin | Bova |
| Alecia | Bowens |
| Robert | Bower |
| Monica | Bowers |
| Janice | Bowers Mahoney |
| Kristin | Bowling |
| Brigit | Bowman |
| Robert | Bows |
| Kristy | Boyd |
| Sandra | Boyd |
| Connie | Boyd |
| Danyle | Boyd |
| Lisa | Boyd-Holmes |
| Robin | Boydstun |

| | |
|---|---|
| Anne | Boylan |
| Nicholas | Boyle |
| Thomasine | Brace |
| Damien | Bracy |
| Dan | Bradbury |
| Brandi | Bradden |
| Katrina | Bradford |
| Jennifer | Bradford |
| Lisa | BRADLEY |
| Samuel | Brady |
| Dawna Michelle | Brady |
| Erik | Bragan |
| Kerry | Braggs |
| Kerry | Braggs II |
| Paul | Brain |
| Jerry | Brainard |
| Lori | Brakhage |
| Kathy | Branam |
| Torion | Branscomb |
| John | Brantner |
| Aaron | Brassea |
| Kristine | Brasseaux |
| Sylvester | Brathwaite |
| Kathryn | Brault |
| Michael | Brennan |
| David | Bressoud |
| Jamie | Brewer |
| Tyler | Brewer |
| Daniel | Brewerton |
| Whitney | Brials |
| Brian | Brickhaus |
| Thomas | Bridges |
| Uniquea | Bridges |
| John F | Bright |
| Mindy | Brightman |
| Jacqueline | Brignac |
| Jessica | Brister |
| Claudia | Brito |
| Daejon | Broadus |
| Angela | Brock |
| Cory | Brock |
| Austin | Brockman |
| Quinn | Broda |
| Sabrina | Brokaw |
| Kimberly | Bronander |
| Zachary | Bronzo |
| Jannie | Brooks |

| | |
|---|---|
| Adam | Brooks |
| Jaisean | Brooks |
| Ryan | Brooks |
| Lee | Brooks |
| Kelliann | Brooks |
| Starr | Brooks |
| William | Brooks |
| Amber | Brooks-Falk |
| Kenya | Broomfield |
| Shawn | Brotherton |
| Susan | Brotsch (Mistler) |
| Kevin | Brotzman |
| Marc | Brouillard |
| Brian | Browder |
| Carie | Brown |
| Chervone | Brown |
| Kevin | Brown |
| Kenneth | Brown |
| Jacob | Brown |
| Jerlene | Brown |
| Latoya | Brown |
| Ryan | Brown |
| Dominique | Brown |
| Tracy | Brown |
| Jenette | Brown |
| Domenica | Brown |
| Vestee | Brown |
| Esther | Brown |
| David | Brown |
| Clarence | Brown |
| Donald | Brown |
| Cynthia | Brown |
| Ashley | Brown |
| Frank | Brown |
| Daryl | Brown |
| Kiana | Brown |
| Patrick | Brownbill |
| Esther | Bruce |
| deanna | Brueggemann |
| PAMELA | Brueggemann |
| Eric | Bruggemeier |
| Dalton | Brumfield |
| Evelyn | Brumfield |
| Joshua | Brumm |
| Felicia | Brumm |
| Cheryl | Bruns |
| Britton | Bryant |

| | |
|---|---|
| Tyler | Bryant |
| Brittanie | Bryant |
| Christy | Bryant |
| FEDIRRA | BRYANT |
| Kq | Bryles |
| Sharon | Bucci |
| David | Buchanan |
| Mark | Buchanan |
| Aaron | Buchert |
| Ariane | Buck |
| Kevin | Buckhouse |
| Wendy | Budnicki-Jones |
| Randolph | Buffington |
| Tiera | Bugara |
| Marcel | Buggs |
| Kenneth | Buhle |
| Martin | Bujno |
| Alexis | Bulda |
| Mark | Bulleri |
| Bill | Bulloch |
| Carla | bullock |
| Mark | Bundy |
| Roger | Bunkley |
| Ben | Bunte |
| Bruce | Bunten |
| Gretchen | Burch |
| Helena | Burch |
| Jennifer | Burchett |
| Steve | Burchett |
| Pamela | Burdak |
| Stephen | Burgess |
| Laura | Burgess |
| Jeanne | Burian |
| Crystal | Burleigh |
| Kelly | Burns |
| Marsvenus | Burns |
| Jacklyn | Burns |
| Cheryl | Burns |
| Larry | Burns |
| Nicole | Burns |
| Kathren | Burran |
| Jess | Burrow |
| Renee | Burton |
| Matthew | Burton |
| Brian | Burton |
| Betty | Burton |
| Roshun | Burton |

| | |
|---|---|
| Heather | Busby |
| Corey | Busey |
| Christopher | Bush |
| Margaret | Bushe |
| Mark | Bussaglia |
| Terica | Butler |
| Nathaniel | Butler |
| David | Butler jr |
| Kira | Buzick |
| DANIEL | BYARD |
| David | Byers |
| Bertie | Bynum |
| Clarinda | Byrd |
| Robert | Byrd |
| Cory | Byrne |
| Felix | Caban |
| Raul | Cabrialez |
| Renee | Caggiano |
| Misty | Cagle |
| Janette | Caguiat |
| Henggao | Cai |
| Michael | Cain |
| Daysha | Caldwell |
| Regina | Caldwell |
| Douglas | Caldwell |
| Derrell | Calhoun |
| SEAN | CALL |
| Connor | Callaghan |
| Angelina | Callahan |
| Nicholas | Callahan |
| Adam | Callender |
| Lindsay | Calvario |
| Rich | Calvario |
| Christie Marie | Camacho |
| David | Camacho |
| April | Cameron |
| Levon | Camp |
| Stephon | Camp |
| Joseph | Campbell |
| Roy | Campbell |
| Timothy | Campbell |
| Darice | Campbell |
| Renee | Campbell |
| Teala | Campbell |
| James | Campbell |
| Richie | Campbell Jr. |
| Stephanie | Campigotto |

| | |
|---|---|
| Liliana | Campos |
| Tomas | Campos |
| Jacob | Campshure |
| Beatriz | Canales |
| Angelina | Canelli |
| Ann Marie | Cannell |
| Candie | Cannon |
| Matthew | Cannon |
| Lanika | Cannon |
| Allison | Canpos |
| George | Canterberry |
| Beth | Cantor |
| Valerie | Cantu |
| Rosario | Cantu |
| Jennie | Cantu |
| Alison | Canty |
| Eric | Capel |
| D'Angelo | Capell |
| Maria | Caraballo |
| Manuel | Caravaca |
| Aaron | Carbajal |
| Valeria | Carballo |
| Alex & Anna | Carbonell |
| Corey | Carcisse |
| Agustin | Cardenas |
| Andrew | Cardinal |
| Jennifer | Carey |
| Felicia | Carlisle |
| Sharon | Carlisle |
| Rachel | Carlowicz Lee |
| Colin | Carlsen |
| Christy | Carlson |
| karin | carlson |
| Christopher | Carmichael |
| Kristi | Carney |
| Carrie | Carone |
| Michael | Carothers |
| Jason | Carpenter |
| Chris | Carpenter |
| Sabrina | Carpenter |
| Thomas | Carpenter |
| Camille | Carr |
| Robert | Carr |
| Michael | CARR |
| Alvin | Carr Jr |
| Froncell | Carradine |
| Quirino | Carranza |

| | |
|---|---|
| Freedom | Carrasco |
| Anthony | Carroll |
| Angela | Carroll |
| Ashley | Carter |
| Amecia | Carter |
| Ryan | Carter |
| Jazmyne | Carter |
| Jennifer | Carter |
| Sherrie | Carter |
| David | Carter |
| Kyrisha | Carter |
| Randy | Carter |
| Corey | Carter |
| Eric | Carter |
| susan | carter |
| Janet | Carter |
| Richard | Carter |
| Ronald | Casalins |
| Christopher | Casey |
| Jesus | Casillas |
| Jorge | Casique |
| Micajah | Caskey IV |
| Jennifer | Casner |
| Richard | Cassano |
| Joao | Cassimiro |
| Courtney | Cassoni |
| Zulisadai | Castaneda |
| Tracy | Castillo |
| Zachary | Castillo |
| Paul | Castillo |
| Juan | Casto |
| Denvil | Casto II |
| Demitrius | Castro |
| Lawrence | Castro |
| Adam | Cathey |
| Brett | Cavalli |
| Michael | Cavin |
| Cody | Cavness |
| Christin | Caza |
| Aydin | Celebi |
| Maria | Celeste |
| Robert | Centeno |
| Dominick | Centineo |
| Elizabeth | Cepeda |
| Angela | Cerney |
| Helen | Cervantes |
| Esther | Cervantes |

| | |
|---|---|
| Sarah | Cervini |
| Brodie | Chaboya |
| Jessica | Chambers |
| Antoinette | Chambers |
| Michael | Chambless |
| Camden | Chancellor |
| Stephanie | Chandiwala |
| Joseph | Chandler |
| Andrew | Chane |
| Jeffrey | Chang |
| Peter | Chang |
| Flora | Chang |
| Frank | Chang |
| Rebecca | Chapman |
| Michael | Chappell |
| Rosalie Sakkara | Charles |
| Sharon | Chase |
| Danielle | Chassen |
| Kevin | Chastain |
| Justin | Chatman |
| Amitabho | Chattopadhyay |
| Eric | Chavez |
| Daniel | Chavez |
| Chantell | Chavez |
| Santos | Chavez |
| Daniel | Chavez |
| Benjamin | Chazen |
| Jhosie | Cheeks |
| Lulu | Cheng |
| Shirley | Cherry |
| Kasey | Chesnutt |
| Johnathan | Cheung |
| Stanley and Keren | Childers |
| DENNIS | CHILDS |
| Tanjanickia | Childs |
| Nicole | Chillon |
| Daniel | Choi |
| Jaimie | Choi |
| Edward | Choi |
| Shakeen | Cholera |
| Ali | Chowdhury |
| John | Christensen |
| Skylar | Christensen |
| Phillip | Christensen |
| Antoinette | Christian |
| Nicholas | Christopher |
| Matthew | Christopher |

| | |
|---|---|
| Brian | Ciaccio |
| Erika | Ciminski |
| Angelina | Cinquegrani |
| Paul | Ciochetto |
| Michael | Circo |
| Scott | Circosta |
| Tristan | Clancy |
| Zachary | Clapp |
| Joshua | Clark |
| Bobbie | Clark |
| Megan | Clark |
| Kendra | Clark |
| Shanetta | Clark |
| Natrice | Clark |
| Jason | Clark |
| Nathaniel | Clark |
| Jennifer | Clark |
| Dewade | Clark |
| Casey | Clark |
| Evan | Clark |
| Kevin | Clark |
| Julie | Clark |
| Michael | Clark |
| Michael | Clark |
| Mark | Clark |
| Charles | Clawson |
| Anthony | Clay |
| Margaret | Clayton |
| Jason | Clem |
| Cherelle | Clements |
| William | Clements |
| Elizabeth | Clemons |
| Stephanie | Clemons |
| Christianne | Clemons |
| Mark | Clerge |
| Jennifer | Clifton Riggins |
| Kristin | Cline |
| Shannon marie | Cline |
| Sandra | Cline |
| Faron | Cline |
| Michael | Clonch |
| Catlyn | cloud |
| Austin | Clouse |
| Christopher | Clymer |
| Kerrie | Cobb |
| Michael | Coch |
| Joshua | Coco |

| | |
|---|---|
| Jerron | Cody |
| Heather | Cody Gonzalez |
| Desteny | Coe |
| Janet | Coffee |
| Yolanda | Coffey |
| Karri | Coffman Whisenhunt |
| Rebekka | Cogburn |
| Daniel | Cohen |
| Saul | Cohen |
| Samantha | Cohen |
| Tyler | Coldwell |
| Brian | Cole |
| Marion | Cole |
| Terry | Cole |
| Martha | Cole |
| Juanita | Coleman |
| Connie | Coleman |
| Marchetta | Coleman |
| Adolph | Coleman |
| Dale | Coleman |
| Timithy | Coleman |
| Edward | Coleman |
| Ashley | Coleman |
| Lila | Coleman |
| Jason | Coletta |
| Jason | Coletti |
| Melany | Colin |
| Bernitta | Colley |
| Derrick | Collie |
| Casey | Collier |
| Johnny | Collier |
| Wanda | Collins |
| Teresa | Collins |
| Tara | Collins |
| Terri | Collins |
| Amika | Collins |
| Kevin | Collins |
| Brian | Collums |
| Toriano | Colson |
| Markita | Colter |
| Joseph | Colter |
| Marisha | Colter |
| William | Combs |
| Clayton | Comeaux |
| Matthew | conard |
| Dagoberto Jr | Conde |
| Clay | Conkle |

| | |
|---|---|
| Rebecca | Conley |
| Ryan | Conley |
| Kari | Connelly |
| Michael | Connelly |
| CHRISTOPHER | CONNER |
| Jenine | Conners |
| Peter | Conrad |
| Angelina | Contreras |
| Joseph | Contreras |
| Jeri | Conway |
| Ann | Conway |
| Raisel | Conway |
| Melissa | Conway |
| Clyve | Cook |
| Jason | Cook |
| Austin | Cook |
| Tabatha | Cook |
| Krista | Cook |
| Brsndon | Cooks |
| Monique | Cooks |
| Dequonte | Cooper |
| Demetrius | Cooper |
| William | Cooper |
| Jeffery | Cooper |
| Jennifer | Cooper |
| Samantha | Cooper |
| Daniel | Cooper |
| Zachary | Cooper |
| Jackie | Cooper |
| Kirsten | Coppinger |
| Donald | Corbert |
| Jamel | Corbitt |
| Adrien | Cordero |
| Lashea | Cordova |
| Benjamin | Cormier |
| Porsha | Cornelio |
| Jay | Cornell |
| Nichole | Cornell |
| Laura | Corner |
| Jerry | Cornwell |
| Federico | Correa Jaramillo |
| Carey | Correia |
| Tracy | Corson |
| Brett | Corter |
| Mario | Cortes |
| Ruben | Cortez |
| Luz | Cosme |

| | |
|---|---|
| Audrey | Costar |
| Allen | Cote |
| Robin | Cottrell |
| Donald | Couch |
| Cornelius | Coughlin |
| Chris | Coughlin |
| Debbie | Coulter |
| Lucy | Couture |
| Brad | Covey |
| Joshua | Cowlin |
| Lydia | Cox |
| Earlita | Cox |
| Robert | Cox |
| Tracy | Cox |
| Terri | Cox |
| Jonas | Crabtree |
| Kyle | Craddock |
| Michaela | Crader |
| Eddie | Craig |
| Quinton | Crain |
| Latricia | Crane |
| Troy | crawford |
| Robyn | Craycraft |
| Edward | Creel |
| Dietrich | Criss |
| Stephanie | Crockett |
| David | Croft |
| John | Crook |
| Zachary | Crook |
| Grady | Crosby III |
| Holly | Cross |
| Alma | Cross |
| Denesha | Cross |
| Janell | Cross |
| Nikolaus | Cross-Exom |
| Christopher | Crotte |
| Leigh | Crouch |
| Lyle | Crowley |
| Lucero | Cruz |
| Francisco | Cruz |
| Melissa | Cruz |
| Daniel | Cruz |
| Maurizio | Cruz |
| Jesse | Cruz |
| Lexus | Cruz |
| Damien | Cruz |
| Erica | Cummings |

| | |
|---|---|
| Tommy | Cummings |
| Kimberly | Cummings |
| Christopher | Cummins |
| Margarita | Cunningham |
| Ashante | Cunningham |
| Walter | Cunningham |
| Katrina | Curato |
| Jason | Curella |
| Benjamin | Curley |
| Jeff | Curran |
| Keri Lynne | Curtis |
| Edan | Curtis |
| Jesse | Custer |
| Kentra | Custis |
| John | Cutler |
| Marcus | Cuyler |
| Filip | Cvetkovic |
| Brad | Daak |
| Alexander | Dabney |
| Delores | Dacosta |
| Jason | Dady |
| Kiana | DaGraca |
| Debra | Dahl |
| Shani | Daigle |
| Qimmah | Dailey |
| Alia | Dailey Willis |
| Murad | Dajani |
| Michelle | Dallefeld |
| Janna | Dancey |
| Gabrielle | Danh |
| Jonathan | Daniel |
| Josephine | Daniell |
| Avery | Daniels |
| Tarica | Daniels |
| Latasha | Daniels |
| Melissa | Daniels |
| Barbara | Daniels |
| Joe | Daniels |
| Denise | Dardarian |
| Lamar | Darden |
| Kion | Darkshani |
| Patrick | Darling |
| Mark | Darragh |
| Jimmy | Dart |
| Juanita | Daulton |
| Jace | Dauster |
| Cheresse | Davenport |

| | |
|---|---|
| Brandi | Davenport |
| Michael | Davidoff |
| Brandon | Davidson |
| Grace | Davidson |
| Jeff | Davidson |
| Evan | Davidson |
| Jeremy | Davis |
| Feliciano | Davis |
| Julie | Davis |
| Kellie | Davis |
| Brandi | Davis |
| Aldarion | Davis |
| Gary | Davis |
| Peggy | Davis |
| Jordan | Davis |
| Micah | Davis |
| Zachary | Davis |
| Shamin | Davis |
| Niticon | Davis |
| Sabrina | Davis |
| Rosie | Davis |
| Brittany | Davis |
| CARY | DAVIS |
| Donna R. | Davis |
| Hajjelah | Davis |
| Loretta | Davis |
| Joe F | Davis II |
| Bryan | Dawkins |
| Rhonda | Day |
| Carl | Day |
| DEREK | DAY |
| Matthew | Day |
| Shantel | Daye |
| Martin | Dean |
| Anthony | Dean II |
| Jason | DeAngelo |
| Holly | Dearborn |
| John | Deatherage |
| Carolyn | Debouse |
| Kelly | Deegan |
| Marissa | Deem |
| Matt | Defeo |
| Bryan | Deily |
| Andre | Dejohnson |
| Justin | Dekrechewo |
| Dylan | Del Rio |
| Cheryll | Del Rosario |

| | |
|---|---|
| Susan | Del Toro |
| Janelle | Delacruz |
| Dave | Delain |
| Estella | Delgadillo |
| Ignacio | Delgado |
| Christopher | Deluigi |
| Tammy | Demars |
| Mari | Demeritt |
| Steven | Demonbreun |
| Carl | Demonbrun |
| John | Demont |
| Ariana | Demson |
| Susan | Demus |
| Tristan | Denizard |
| Jack | Dennerline |
| Renee | Dennis |
| Julia | Dennis |
| Eleanor | Dennison |
| Savannah | Dennison |
| Jennifer | Dennison |
| Dillon | Denson |
| Kirkland | Dent |
| Chris | DePetro |
| Janice | Deringer |
| Patricia | DeRussy |
| Stefanie | DeSantis |
| Brandon | Desantos |
| Irving | DeShields III |
| Jordan | Deshotels |
| Robin | Devitt |
| Gregory | Dews |
| Tyson | Dewsnup |
| Alene | Deyein |
| Mario | Di Lorenzo |
| Omri | Diamond |
| Daniel | Diaz |
| Noel | Diaz |
| Sergio | Diaz |
| Timothy | Diaz |
| Jeffrey | Diaz |
| Jovita | Diaz McNair |
| Katie | Dibble |
| Tiffany | Dickens |
| Yolanda | Dickerson |
| Joshua | Dickerson |
| Antony | DiDonato |
| Tammie | Diehl |

| | |
|---|---|
| Sean | Diesburg |
| Z | DIETERICH |
| Joseph | DiFilippo |
| Earl (Butch) | Digregory |
| Michael | Dilks |
| Tyrell | Dillard |
| Tara | Dilley-wilkinson |
| Latoria | Dillon |
| Elizabeth | Dillon |
| Charles | Dillon |
| Heaven | Dillow |
| John | Dinicolas |
| Latonya | Dinkins |
| Carla | Dipietro |
| Joseph | Dispenza |
| Dona | Ditrio |
| Richard | Dix |
| Shermon | Dixon |
| Rashida | Dixon |
| DeAngela | Dixon |
| Dennis | Dixon |
| Kristin | Dixon |
| Casie | Dobbins |
| Dina | Dobbs |
| Winfield | Dobruck |
| Michelle | Dodd |
| Ronald | Dodd |
| Steven | Dolgin |
| Melissa | Dolson |
| Juan | Dominguez |
| Gema M | Dominguez |
| Richard | Dominic |
| Jeffery | Dominic |
| Eric | Dones |
| Richard | Donin |
| James | Donnelly |
| William | Donnelly |
| Christopher | Dooley |
| Matthew | Doolin |
| Max | Dorelus |
| Santana | Dorsey |
| Ann | Dorsey |
| Damon | Dotson |
| Nieasha | Dotson |
| Deontae | Douglas |
| Alice | Douglas |
| April | Douglas |

| | |
|---|---|
| Darryl | Douglas |
| Joshua | Douyette |
| Holly | Dowd |
| David | Dowding |
| James | Dowling |
| Ken | Downey |
| Patrice | Downie |
| Harrison | Downing |
| Jillian | Drake |
| Ebrima | Drammeh |
| Darren | Driggers |
| Maureen | Drobitsky |
| Joshua | Drum |
| Mary | Drumgold |
| James | Drywater |
| Linwood | DuBose |
| David | Ducharme |
| angela | Duckworth |
| Kendrea | Dudley |
| Christopher | Duett |
| Jesse | Duffie |
| Johnnise | Dugar |
| Nicholas | Dugas |
| Kimberly | Dugger |
| Natalie | Duke |
| Michael | Dukes |
| Antoinette | Dukes |
| Mike | Dumont |
| Timothy | Dunaway |
| Mark A | Duncan |
| Robert | Duncan |
| Keith | Duncan |
| Chris | Dunfee |
| Christine | Dunkin |
| Marcy | Dunlop |
| Paris | Dunmars |
| Carri | Dunn |
| Albert | Dunnam |
| Shakandra | Dunning |
| Terry | Dunning jr |
| Amberly | Dunnivan |
| Danielle K | Dunphy |
| Kathryn | Dupree |
| Justin | Duque |
| Armando V. | Duran |
| Jacob | Duran |
| Duane | Durham |

| | |
|---|---|
| Jon | Durham |
| Kyle | Durham |
| Jodi | Durre |
| Leanna | Durrua |
| Phyllis | Duson |
| Desteny | Dutton |
| Vicki | Duvall |
| Emily | Duvernay |
| Carl | Dyas |
| Carl | Dykes |
| Robert | Eakin |
| Eugene | Early |
| Ny-keisha | Easley |
| Emad | Eassa |
| Travis | Eaton |
| Devon | Eaton |
| Darryl | Eatontaylor |
| Katherine | Eaves |
| Curtis | Echevarria |
| Jenna | Eckhardt |
| Joseph | Eddings |
| Ernest | Eddins |
| Christopher | Eddy |
| Phillip | Edel |
| Joel | Edenfield |
| Adrian | Edmonston |
| Natalie | Edwards |
| Cecil | Edwards |
| Brenna Danielle | Edwards |
| Melissa | Edwards |
| Karley | Edwards |
| Allison | Egan |
| Kailah | Egan |
| Corrina | Eggleston |
| Thomas | Eggleston |
| Mark | Eilrich |
| Rachael | Einsele |
| Chanvuthy | El |
| Candace | Elaine |
| Howard | Elder |
| Chad | Elefante |
| Siegal | Eli-Gers |
| Frank | Elizarraras |
| Amanda | Elizondo |
| Robert | Elledge |
| Sylvia | Elliott |
| Samuel | Elliott |

| | |
|---|---|
| Cynthia | Elliott |
| Dylan | Elliott |
| William | Elliott |
| Angelena | Ellis |
| Sally | Ellis |
| geoffrey | ellis |
| LeMarkus | Ellis |
| Kevin | Ellmann |
| Sterling | Ellsworth |
| Lou | Elmore |
| Mohamed | Elmouhandisse |
| Lisa | Elshentenawy |
| Kashiri | Elston |
| Breeanna | Elwood |
| Leah | Ely |
| Noel | Emanuel |
| Julie | Embring |
| Jesse | Emery |
| David | Emig |
| Alberto | Enrique |
| Jason | Epps |
| Whitney | Ervin |
| Luis Alejandro | Escobar Gomez |
| Namiko | Eshima |
| David | Espinoza |
| Deanna | Esposito |
| Sean | Esque |
| Lawrence | Estep |
| Jonathan | Estes |
| Donald | Estes |
| Michael | Estoy |
| Rachel | Estrada |
| Adrian | Estrada |
| Melissa | Ethan |
| Melissa | Eusebio |
| Giovanni | Eustor |
| Melisha | Evans |
| Jevon-Lamar | Evans |
| Carl | Evans |
| Leesha | Evans |
| Desiree | Evans |
| Breana | Evans |
| Rosalind | EVANS |
| Genna | Evanson |
| Toni | Everson-Eubanks |
| Richard | Ewald |
| Levi | Ewing |

| | |
|---|---|
| Breanna | Ewing |
| Jennifer | Ewing |
| David | Eyde |
| Henry | Ezell |
| Michael | Faas |
| Demetrius | Fagg |
| Stephen | Fahlenkamp |
| Matthew | Faille |
| Scott | Fairchild |
| Thomason | Fairley |
| Adam | Fajge |
| Jarethia | Falkner |
| Oyewunmi | Falode |
| Oye | Falode |
| John | Fanning |
| Lizbeth | Farias |
| Konrad | Faries |
| Angel | Farley |
| Eric | Farrar |
| Debra | Farrell |
| James | Farris |
| Robert | Farris |
| Farzan | Fatemi |
| Marc | Faubert |
| Tes | Faulk |
| Arcadia | Faulkenbery-Prescott |
| Keith | Fax |
| Leticia | Featherstone |
| Kevin | Featherstone |
| William | Feetham |
| Curtis | Felder |
| Miriam | Feliciano-rivera |
| Ogrhajeal | Felix |
| Mark | Felton |
| Richard | Fenlock |
| kristine | fergason |
| Louis | Ferguson |
| Cameron | Ferguson |
| Jamaria | Fernandez |
| Steven | Ferrandino |
| Anthony | Ferrara |
| Cristy | Ferraro |
| Josef | Ferreira |
| Ian | Feuerborn |
| Thomas | Feuerhelm |
| Hannah | Fidler |
| Matthew | Field |

| | |
|---|---|
| Hannah | Field |
| Angela | Fields |
| Andres | Fiello |
| Jessica | Figueroa |
| Travis | Finch |
| Ronald | Findeis |
| Harold | Finger III |
| Ruth | Fink |
| Jason | Finn |
| Manny | Fiori |
| Maria | Fischer |
| Bryce | Fisher |
| Dawn | Fisher |
| Scott | Fisher |
| John | Fitch |
| Daryl | Fitzgerald |
| Malorie | Fitzgerald |
| Elisa | Fitzgerald |
| Marina | Fitzinger |
| Kevin | Fitzpatrick |
| Lisa | Fitzpatrick |
| JENNIFER | FITZPATRICK |
| Jolyn | Fladland |
| Elizabeth | Flaherty |
| Paula | Flamini |
| Terry | Flanagan |
| Joseph | Flanagan |
| Elizabeth | Flatow |
| Ryan | Flaugh |
| Melissa | Fleetwood |
| Amber | Fleming |
| Katelynn | Fleming |
| Corrina | Fletcher |
| Denise | Flint |
| Joshua | Flippo |
| Rosa | Flores |
| Alexis | Flores |
| Mari | Flores |
| ross | Flores |
| Shawn | Flores |
| Alexis | Flores |
| Victoria | Flores |
| Senon | Flores |
| Roberto | Flores |
| Jeremy | Flores |
| Edmond | Flournoy |
| Amina | Flowers |

| | |
|---|---|
| Joseph | Flowers |
| Theresa | Flynn |
| Victoria | Flynn |
| Mary | Flynn Cruz |
| Christopher | Fobbe |
| Amy | Foley |
| Ashley | Folk |
| Sarah | Folkner |
| Kenneth | Foltz |
| Jose | Fonseca |
| Alain | Fontaine |
| Gavin | Fontenot |
| Shannon | Foor |
| Kevin | Ford |
| Michael | Ford |
| Diamond | Ford |
| Latoya | Ford |
| Dustin | Ford |
| casey | Foreman |
| Julie | Forgach |
| daniela | forman |
| Michael | Formisano |
| Chris | Forrest |
| Ty | Foster |
| Dora | Foster |
| Timothy | Foster |
| Michaela | Foster |
| Sherry | Foster |
| Christina | Foster |
| Jacqueline | Founds |
| Jacob | Fountain |
| Douglas | Fournet |
| Kevin | Fouts |
| Teri | Fowler |
| Michael | Fowler |
| Michael | Fowler |
| Nathan | Fox |
| Michael | Fox |
| Allison | Fox |
| West | Fox |
| Sherman | Fox |
| Mary Beth | Fox |
| Andrew | Foxworth jr |
| Meaghan | Foy |
| Paul | Fraiser |
| Jansen | Francis |
| Patrick | Francis |

| | |
|---|---|
| Marcos | Franco |
| Jaelle | Francois |
| Isaac | Frank |
| Ashby | Frank |
| Anthony | Frank |
| Caleb | Frank |
| Tisha | Franklin |
| Alexi | Franklin |
| Waverlynn | Franklin |
| Amber | Franklin |
| Jeffrey | Franklin |
| Samantha | Franklin |
| Steven | Franz |
| Christopher | Frasier |
| Ibrahim | Frawan |
| Fiona | Frazier |
| Brett | Frederic |
| Debra | Frederick |
| Thomas | Frederick |
| Shawntayne | Frederick |
| Shannon | Freeman |
| Brandon | Freeman |
| Gay | Freeman |
| Juan | Fregoso |
| Jamerai | French |
| David | Frenson |
| Donald | Fricks |
| William | Fricks |
| Jonathan | Fried |
| Paul | Friedline |
| Brian | Friedrich |
| Robert | Frierdich |
| Dustin | Friesen |
| William | Frisbee |
| Alexander | Fritz |
| Julianna | Frome |
| Chase | Fry |
| David | Fryar |
| Tim | Fua |
| Rori | Fudge |
| Demetrius | Fugate |
| Alexis | Fuglio |
| Duke | Fuhrmann |
| Michael | Fuller |
| Terrell | Fulton |
| Sheri | Fultz |
| Shannon | Fultz |

| | |
|---|---|
| Rachel | Funes |
| Bess | Fung |
| Nicole | Fuoco |
| Katherine | Furlong |
| Colby | Furniss |
| Lauren | Fusco |
| Michael | Fusco |
| Rose | Fusco |
| Marshall | Fussell |
| Anita | Fussell |
| Brooke | Gabriel |
| Sumith Kumar | Gaddam |
| Brandi | Gaddis carter |
| Matthew | Gadient |
| James | Gage |
| Lana | Gailani |
| Torri | Gaines |
| Tiya | Gaines |
| Heather | Gaines |
| Andrea | Galbavy |
| Taryn | Gallagher |
| John | Gallagher |
| Allison | Gallagher |
| Timothy | Gallant |
| Steven | Gallion |
| Nicole | Galloway |
| Marvin | Galloway |
| Arturo | Galvan |
| Defaria | Gamble |
| Tamara | Gamble |
| Ashley | Gamino |
| Rajeshwar | Gande |
| Jessica | Gandolfo |
| Diena | Ganesh |
| Michelle | Ganley |
| Alfonso | Gaona |
| James | Garcelon |
| Jessyka | Garcia |
| Santiago | Garcia |
| Brenda | Garcia |
| Kaighlie | Garcia |
| Maritza | garcia |
| Sherri | Garcia |
| Jacqueline | Garcia |
| James | Garcia |
| Albert | Garcia |
| Lucas | Garcia |

| | |
|---|---|
| Luis | Garcia |
| Ariana | Garcia |
| Danny | Garcia |
| Vicky | Garcia |
| Richard | Garcia |
| Jose | Garcia |
| Holly | Garcia |
| Matthew | Garcia |
| Sonia | Garcia |
| Daniel | Garcia Ortiz |
| Michael | Gardenier |
| Caden | Gardner |
| Shaila | Gardner |
| Andre | Gardner |
| Jonathan | Gardner |
| William | Gardner |
| Allan | Garlock |
| Julie | Garner |
| Kattura | Garner |
| Regina | Garner |
| Carol | Garner |
| Thomas | Garnett |
| Kyle | Garnett |
| Merchelle | Garrett |
| Eric | Garrison |
| Melissa | Garza |
| Saul | Garza |
| Justin | Garza |
| Nancy | Garza |
| Heather | Gaston |
| Stefanie | Gaston- Hoffman |
| Timothy | Gates |
| Virginia | Gates |
| Chatara | Gathings |
| James | Gatley |
| Jacqulene | Gattuso |
| Maurice | Gavin |
| Sara | Gaylord |
| Eric | Geiger |
| Mark | Geis |
| Anatolij | Gelimson |
| Manuel | Genao |
| Bobbie Jo | Gentry |
| Andrea | George |
| Alisa | George |
| Christine | George |
| Ebony | Georgie-Tapia |

| | |
|---|---|
| Tracey | Geracia |
| Danni | Germano |
| Danielle | Gershzon |
| Kayla | Gerst |
| Stacey | Geyer |
| Soumitree | Ghose |
| Samarpita | Ghosh |
| Sara | Giamarusti |
| John | Giamarusti |
| Nikoleta | Giannopoulos |
| Jennifer | Gibbs |
| Zadoc Rb | Gibbs |
| Lashonda | Gibbs |
| Danny | Gibbs |
| Christian | Gibson |
| Shameka | Gibson |
| Alicia | Gibson |
| Christopher | Giddings |
| Jeri | Gideon |
| Kristopher | Giffin |
| Carlos | Gil |
| Laura | Gil |
| Porchea | Gilbert |
| Hunter | Gilbert |
| Kenneth | Gilbert |
| Tierra | Gilbreath |
| William | Gilchrist |
| Mark | Giles |
| Lutoria | Gill |
| Javona | Gill |
| Edwin | Gilleand |
| Sean | Gilligan |
| Jon | Gillum |
| Richard | Gilmore |
| Eric | Gilson |
| Courtney | Gilson |
| Ryan | Gilson |
| Fatima | Gindeel |
| Lance | Giroir |
| Rachel | Girty |
| Michele | Giuliani |
| Caitlin | Giuliano |
| Mario | Givens |
| Christine | Glasko |
| Jenna | Glasper |
| Chloe | Glass |
| Saul | Glist |

| | |
|---|---|
| Rhondi | Glomb |
| Andrew | Glosemeyer |
| Rhennevor | Gloster |
| Savannah | Glover |
| Jonathan | Glover |
| William | Glover |
| Spencer | Glubay |
| Mike | Glugla |
| Sasha | Go |
| James | Gober |
| Jerome | Goddard |
| Jeffrey | Gode |
| Felipe | Godoy Aguirre |
| Jonathan | Goecker |
| Crystal | Goerlitz |
| Cheryl | Goforth |
| Carolina | Goicolea |
| Tasmin | Goins |
| Angelo | Goldsmith |
| Justin | Gomez |
| Pete | Gomez |
| Melissa | Gomez |
| MICHAEL | GOMEZ |
| Elizabeth | Gomez |
| Joanne | Gomez |
| Justin | Goncz |
| Summer | Gonzales |
| Roberto | Gonzales |
| Speedy | Gonzales |
| Larissa | Gonzales |
| James | Gonzales |
| Mirka | Gonzalez |
| Patsy | Gonzalez |
| David | Gonzalez |
| Elizabeth | Gonzalez |
| Eric | Gonzalez |
| David | Gonzalez |
| Veronica | Gonzalez |
| Saul | Gonzalez |
| Jesus | Gonzalez |
| Joseph | Gonzalez |
| Frank | Gonzalez |
| Daniel | Good |
| Cidney | Goodall |
| Phillip | Goodberry |
| Adam | Goodman |
| Amanda | Goodman |

| | |
|---|---|
| LaToya | Goodwin |
| Michelle | Goodwin |
| Andre | Goodwin |
| Sean | Goodwin |
| April | Gordon |
| William | Gordon |
| Garrett | Gordon |
| Jacob | Gorham |
| Stacey | Gorman |
| Andrew | Gorney |
| James R. | Gorrell |
| Jordan | Gottesman |
| Rebekah | Goutremout |
| Shaniqua | Gowens |
| Michael | Grabowski |
| Rebecca | Grace |
| Hilliary | Grace |
| Tabitha | Grady |
| Paul | Graham |
| David | Graham |
| Larry | Gramps |
| Precious | Granger |
| Desirae | Granillo |
| Shalon | Grant |
| Michael | Grant |
| Keyona | Grant |
| Michael | Grap |
| Jane | Gratzianna |
| Andrew | Gray |
| Jonathan | Gray |
| Terry | Gray |
| Steven | Gray |
| Carla | Gray |
| Ursula | Gray |
| Jamahl | Gray |
| Chamaine | Grays |
| Young | Greathouse |
| Joseph | Greco |
| Chanett | Green |
| Marsha | Green |
| Beverly | Green |
| Joshua | Green |
| Lawrence | Green |
| George | Green |
| Theophilus | Green |
| Leroy | Green |
| Raymond | Green |

| | |
|---|---|
| Ronda | Green |
| Jolen | Green |
| Shelica | Green |
| Dorrisha | Green |
| Lauren | Green |
| Bailey | Green |
| Paul | Greenberg |
| Josh | Greenberg |
| Vernard B | Greene |
| Sharika | Greene |
| Priya | Greer |
| Jason | Gregg |
| Michelle | Gregory |
| JUSTIN | Gregory |
| Wendy | Gregory |
| adam | gregory |
| Sarah | Greybeck |
| Lawrence | Gribble |
| Dan | Griego |
| Paul | Griffin |
| Kenry | Griffin |
| Maurice | Griffin |
| Michael | Griffin |
| Tyrina | Griffin |
| Kimberly | Griffin |
| Jeffrey | Griffith |
| Robert | Griffith |
| Steven | Griggs |
| Juan | Grimaldi |
| Vanessa | Grimes |
| Gage | Grishaw |
| Billy | Grissom |
| Correen | Grob |
| Rachel | Groesch |
| Chris | Gros |
| Seth | Gross |
| Eugenia | Gross |
| Frederick | Gross |
| Jordan | Grove |
| Stephanie | Grove |
| Peter | Groves |
| Jeffrey | Grow |
| Karl | Grubaugh |
| Michael | Gruen |
| William | Gubrud |
| David | Gudermuth |
| Sara | Guerrero |

| | |
|---|---|
| Tomas | Guerrero |
| Armando | Guerrero |
| Javier | Guerrero |
| David | Guevara |
| Gianna | Guevara |
| Jonel | Guevara |
| Melanee | Guevara-Barnhart |
| Tim | Guiden |
| Heidi | Guidry |
| Scott | Gulick |
| Connie | Gulley |
| John | Gumbs |
| Ricky | Gundrum |
| Darold | Gunion |
| Shawna | Gusa |
| Mckinzie | Gusky |
| Gregg | Gusta |
| Michael | Gustafson |
| Robert | guthrie |
| Amanda | Guthrie |
| Derek | Gutierrez |
| Nicole | Gutierrez |
| Elmer | Gutierrez |
| James | Gutierrez |
| Kia | Gyant |
| Rheanna | Haeg |
| Jared | Haemmerle |
| Aaron | Hafliger |
| Jennifer | Hagen |
| Oleta | Haggin |
| Malika | Haggins |
| Dion | Hague |
| Jossie | Haines |
| Carolyn | Hairston |
| Carolyn | Hairston |
| Eunice | Haith |
| Musa | Hajdini |
| Amy | Hakala |
| Chris | Halbert |
| Jon | Hale |
| Kimberly | Haley |
| Cheryl | Haley |
| Randall | Haley |
| Sharon | Hall |
| Austin | Hall |
| Talor | Hall |
| Paul | HALL |

| | |
|---|---|
| Joanne | Hall |
| Justin | Hall |
| Trevor | Hall |
| Liz | Hall |
| Jasimin | Hall |
| Stephen | Hall |
| Kathryn | Hall |
| Jaylene | Hall |
| Terrence | Hall |
| Brennan | Halliday |
| Jacob | Hallman |
| Ashley | Hallman |
| Angela | Hallmark |
| Andrea | Halsell |
| Jennifer | Hamblin |
| Mohammed | Hamdan |
| Lee | Hamer |
| Joe | Hamill |
| Donald | Hamilton |
| Adham | Hammad |
| Stephanie | Hammersley |
| Paul | Hammock |
| Tekela | Hammond |
| Samuel | Hampton |
| Merlin | Hampton |
| Lenae | Hampton |
| Glendle | Hampton |
| Shavoker | Hampton |
| steven | Hampton |
| Jacqueline | Hampton |
| T.Collin | Hampton-Kelley |
| Jonathan | Hanasab |
| Shawn | Hance |
| Jeff | Hancock |
| Ryan | Hand |
| Billy | Hand |
| Robert | Hanks |
| Nicholas | Hanna |
| Michelle | Hannah |
| Anthony | Hannah |
| Daniel | Hannah |
| James | Hannon |
| Janie | Hansen |
| Terrance | Hansen |
| Thomas | Hanson |
| Luqman | Haqq |
| Alicia | Haqq |

| | |
|---|---|
| Kristina M | Haraway |
| Michael | Harbin |
| Fred | Harbison jr |
| Latisha | Hardin |
| Chanteau | Hardin |
| Bryson | Harding |
| Kelly | Harding |
| Darren | Hardwell |
| Dominque | Hardwick |
| Carl | Hardy |
| Steven | Hardy |
| Tomeka | Hardy |
| Samantha | Hardy |
| Jon | Hardy |
| Kisa | Hargett |
| Sarah | Harig |
| Hailey | Harlan Bennion |
| Deloris | Harmon |
| Macy | Harmon |
| Jody | Harper |
| Adam | Harper |
| Charlene | Harrell |
| Margaret | Harrell Perkins |
| Michelle | Harrelson |
| Latoya | Harrington |
| Britanny | Harrington |
| Reshemiah | Harris |
| Tracey | Harris |
| Sheila | Harris |
| Zac | Harris |
| Trenteka | Harris |
| Tony | Harris |
| Melanie | Harris |
| David | Harris |
| Mary | Harris |
| Chakundala | Harris |
| Mindy | Harris |
| Shereva | Harris |
| Chandra | Harris |
| Fredia | Harris |
| Tiffany | Harris |
| Yukeia | Harris |
| Kendric | Harrison |
| Rico | Harrison |
| Aaron | Harrison |
| Susan | Hart |
| Heavan | Hart |

| | |
|---|---|
| Alex | Hart |
| Matt | Hartsfield |
| Arthur | Hartzell |
| Daryl | Harvey |
| Brent | Harvey |
| Jamal | Harvey |
| Dallin | Harvill |
| Alexander | Harvin |
| Reem | Hashim |
| Samantha | Hasler |
| Wynn | Hasler |
| Mayra | Hass |
| Victoria | Hastings |
| Keli | Hatcher |
| Julian | Hatchett |
| Stephen | Hatfield |
| Jon | Hatten |
| Jon | Hatzis |
| Terry | Haus |
| James | Hausmann |
| Kristen | Haut |
| Nicole | Hawkins |
| Laci | Hay |
| Mason | Haycock |
| Thomas | Hayden |
| Michael | Hayes |
| Carol | Hayes |
| Mack | Hayes |
| Emilee | Hayford |
| Daphne | Hayman |
| Sharise | Haynes |
| Michael | Haynes |
| Misty | Haynes |
| Christopher | Haynes |
| Terry | Haynes |
| Alexandria | Hays |
| Teresa | Hays |
| Bianca | Haywood |
| Elliott | Hazen |
| Michael | Hazen |
| Tony | Hazis |
| Sarah | Healy |
| Demi | Hearin |
| Jason | Hedgepeth |
| Scott | Hegstad |
| Dawn | Heibler |
| William | Heinatz |

| | |
|---|---|
| Jody | Heinle |
| Brian | Heisler |
| Kathleen | Heisserer |
| Alexander | Hejazi |
| Charles | Helmick |
| Mary | Helper |
| Bryan | Helvey |
| Natalia | Hemley |
| Mark | Henderson |
| Patricia | Henderson |
| Robert | Henderson |
| Michael | Henderson |
| Lauren | Henderson |
| Anthony | Hendley |
| Brandy | Henley |
| Mike | Henningsen |
| mark | henry |
| David | Henry |
| Patrick | Henry |
| Tyler | Henry |
| Regina | Henry |
| Shawn | Henry |
| Tiffany | Henry |
| Trevor | Henson |
| Teresa | Henson |
| Anna | Hercule |
| Adrian | Heredia |
| Asia | Hernandez |
| Rene | Hernandez |
| Sherry | Hernandez |
| Sandra | Hernandez |
| Christine | Hernandez |
| Yesenia | Hernandez |
| Isaias | Hernandez |
| Roy | Hernandez |
| Jonathan | Hernandez |
| Victor | Hernandez |
| Jaime | Hernandez |
| John | Hernandez |
| Anthony | Hernandez |
| Chantel | Hernandez |
| Carmen | Hernandez |
| Renee | Hernandez |
| Veronica | Hernandez Zapata |
| William | Herren jr |
| Lisa | Herrera |
| Brayan | Herrera |

| | |
|---|---|
| Marlon | Herrera |
| Greg | Herrmann |
| Matt | Hersh |
| Ashley | Hertzog |
| Nora | Herzog |
| David | Hester |
| Matthew | Hetrick |
| Lisa | Heuberger |
| Candyce | Hevener |
| Larry | Heward |
| Lamar | Hewitt |
| Jason | Hickey |
| Beth | Hicks |
| Esther | Hicks |
| Tahjanique | Hicks |
| Kamisha | Hicks |
| Rekia | Hicks |
| Lee | Hide |
| Logan | Hidey |
| Windy | Higginbotham |
| David | Higgins |
| Andrew | Higgins |
| Ashley | Higgins |
| Jacob | High |
| Kelton | Hight |
| Keith | Hilbert |
| Jeffery | Hill |
| Cassandra | Hill |
| Dwayne | Hill |
| Scott | Hill |
| Delone | Hill |
| Jacques | Hill |
| Tom | Hill |
| Dionne | Hill |
| Elizabeth | Hill |
| Sierra | Hill |
| Keonquil | Hill |
| Tia | Hillary |
| David | Hillger |
| Andrew | Hillis |
| Jessica | Hill-Rogers |
| Kirby | Hilyard |
| Robert | Himes |
| Nika | Hines |
| Brandon | Hinkle |
| Eric | Hinkle |
| Shelby | Hinshaw |

| | |
|---|---|
| Arkeeya | Hinton |
| Anthony | Hinton |
| Christian | Hipkins |
| Duane | Hirsch |
| Peterallen | Hirschoff |
| David | Hiser |
| Mary | Hitcho |
| Ruth | Hlad |
| Tyler | Hochberg |
| Keith | Hodapp II |
| Kevin | Hodge |
| Jady | Hodge |
| Douglas | Hodges |
| Jimmy | Hodges |
| Shain | Hodges |
| Randy | Hodges |
| Anita | Hodges |
| David | Hodges |
| Julia | Hodges |
| Holly | Hodges |
| Troy | Hodges |
| Mark | Hoffman |
| Joshua | Hoffman |
| DonnaMarie | Hoffman |
| Marc | Hogan |
| John | Hogg |
| Ronnie | Holbert |
| Niles | Holder |
| Michael | Holder |
| Alicia | Holdren |
| Alexandra | Holle |
| Carolyn | Hollingsworth |
| Anthony | Hollinsworth |
| Mark | Hollister |
| Mark | Hollister |
| Teresa | Holloway |
| Anthony | Holman |
| Daladia | Holmes |
| Kanitra | Holmes |
| Caren | Holmes |
| Kirsten | Holmes |
| Charles | Holt |
| Cassandra | Holt |
| David | Honeycutt |
| Alan | Hong |
| Cris | Honrada Jr |
| Jim | Honsberger |

| | |
|---|---|
| Tannya | Hood |
| Charmonica | Hood |
| Adriana | Hooker |
| Joshua | Hooper |
| Vonda | Hoover |
| Calen | Hopings |
| Martin | Hopkins |
| Anthony | Hopkins |
| Liam | Hopkins |
| Vanessa | Horn |
| Sara | Horn |
| Amber | Horne |
| Joshua | Horne |
| Eugene | Horne Sr. |
| Heather | Horned Eagle |
| Arturo | Horton |
| Varian | Horton |
| Latasha | Horton |
| John | Hoschouer |
| Charles | Hosey |
| Martin | Hotten |
| Cynthia | Houck |
| Sherri | Hough |
| Katina | House |
| Rebecca | Houston |
| Daniel | Houston |
| Kadeydra | Houston |
| Bobbie | Howard |
| Scott | Howard |
| Gonyea | Howard |
| Mikenin | Howard |
| Tamoiya | Howard |
| Michael | Howard |
| Roger | Howard |
| Jamie | Howe |
| Rachel | Howell |
| Diane | Howell |
| Darrenique | Howell |
| Mary | Howkins |
| Emily | Hribal |
| Chester | Hubble |
| Tammy | Hudson |
| Wesley | Hudson |
| Jennifer | Hudspeth |
| Selena | Huerta-Marquez |
| Lissa | Huff |
| Constance | Huff |

| | |
|---|---|
| Brittney | Hughes |
| Elizabeth | Hughes |
| Sultana | Hughes |
| Justin | Hughes |
| Denny | Hughes |
| Yulanda | Hughes |
| Robert | Humphrey |
| Linda | Humphrey |
| John | Humphries |
| Alton | Hunnicutt |
| Robert | Hunt |
| Graham | Hunt |
| Taylor | Hunter |
| John | Hunter |
| Leah | Hunter |
| John | Hunter |
| Erick | Hurley |
| Chet | Hurley |
| Altaf | Hussain |
| Ayesha | Hussain |
| Megan | Hussakowski |
| Sarah | Huston |
| Crystal | Hutchins |
| Ashakii | Hutchinson |
| Cathy | Hutchinson |
| Katrina | Hutchinson |
| Ryan | Hutchinson |
| Jasmine | Hutson |
| Blake | Hutson |
| Cindy | Hutton |
| Traci | Hylton |
| Mayrilenny | Igoe |
| Vinny | Ilaria |
| Curtis | Ingalls |
| Cassandra | Inman |
| John | Insco |
| Odell | Irby |
| Gary | Irish |
| Tewanna | Irvin |
| Paulette | Isaac napper |
| Andrei | Isari |
| Mira | Israel |
| Mark | Ivanyo |
| Luis | Ives |
| Anthony | Ivy |
| Derrick | Jabara |
| James | Jackson |

| | |
|---|---|
| Merilyn | Jackson |
| Marcus | Jackson |
| Courtney | Jackson |
| Kim | Jackson |
| Kiana | Jackson |
| Aaron | Jackson |
| Meridith | Jackson |
| Todd | Jackson |
| Valerie | Jackson |
| Nicole | Jackson |
| Peyton | Jackson |
| Bryford | Jackson |
| Toshiya | Jackson |
| Sherry | Jackson |
| Chateau | Jackson |
| Kenyon | Jackson |
| Alberto | Jackson |
| Andrew | Jacobs |
| Marsha | Jacobs |
| Donald | Jacobs |
| Barry | Jacobs |
| Kevin | Jacobsen |
| Nancy | Jacobson |
| Bernardino | Jaime |
| Graciela | Jaimes |
| Shailesh | Jain |
| Malcolm | Jamal |
| Cassandra | James |
| Kimberly | James |
| Kelly | James |
| Emir | James |
| Erana | James |
| Janee | James |
| Ariana | James |
| Guillermina | Janiec |
| Roberta | Jansen |
| Carly | Jaret |
| Jasim | Jarral |
| Jason | Jarrar |
| Robert | Jarrell |
| Jeffrey | Jarrell |
| Kyle | Jarrett |
| Iliana | Jasso |
| Sunny | Jean pierre |
| Christopher | Jeboda |
| Rita | Jefferson |
| Denise | Jefferson |

| | |
|---|---|
| Carey | Jefferson Sr. |
| Dezahrea | Jeffrie |
| Milljan | Jemmott |
| Nicole | Jenkins |
| Marquis | Jenkins |
| Laina | Jenkins |
| LaQuicia | Jenkins |
| Rochelle | Jenkins |
| Nikki | Jennings |
| John | Jennings |
| Eric | Jensen |
| Dana | Jeske |
| Beth | Jesse |
| Patricia | Jester |
| Carlos | Jett Mmartinez |
| Candy | Jewell |
| Jorge | Jimenez |
| Daniel | Jimenez jr |
| Kenneth | Jimenez-Smith |
| Karin | Jinbo |
| Nikita | Joe |
| Kenneth | Johansen |
| Kimberly | John |
| Melissa | Johns |
| Branon | Johns |
| Casey | Johnson |
| Stan | Johnson |
| Erica | Johnson |
| Stephen | Johnson |
| Dorothy | Johnson |
| Nina | Johnson |
| Celeste | Johnson |
| Revelation | Johnson |
| Deanna | Johnson |
| Derrick | Johnson |
| Chardavion | Johnson |
| Linda | Johnson |
| Nicole | Johnson |
| Chris | Johnson |
| Christopher | Johnson |
| Shelton | Johnson |
| Jamal | Johnson |
| Danny | Johnson |
| Meredith | Johnson |
| Hayley | Johnson |
| Alana | Johnson |
| Jan-Maxwell | Johnson |

| | |
|---|---|
| Kurt | Johnson |
| Starina | Johnson |
| Daniel | Johnson |
| Patricia | Johnson |
| Kenyahn | Johnson |
| Shanda | Johnson |
| Marquita | Johnson |
| Demetries | Johnson |
| David | Johnson |
| Suzanne | Johnson |
| Denisha | Johnson |
| Lauri | Johnson |
| Michael | JOHNSON |
| Lawatha | Johnson |
| John | Johnson |
| Wynton | Johnson |
| Dorian | Johnson |
| Lonny | Johnson, Jr |
| Bianca | Johnston |
| Mark | Johnston |
| Terry | Johnston |
| Jeffery | Johnston |
| Clinton | Jolliffe |
| Amy | Joned |
| Lloyd | Jones |
| Sharon | Jones |
| Destin | Jones |
| Judith | Jones |
| Chasity | Jones |
| Richard | Jones |
| Melissa | Jones |
| Terry | Jones |
| Silver | Jones |
| Raven | Jones |
| Russell | Jones |
| Demetrice | Jones |
| Maeshell | Jones |
| Demarcus | Jones |
| Zachary | Jones |
| Dominique | Jones |
| Diane | Jones |
| Paris | Jones |
| Heather | Jones |
| Heather | Jones |
| Brenda | Jones |
| Lola | Jones |
| Dante | Jones |

| | |
|---|---|
| Rasheed | Jones |
| Jo | Jones |
| Tamara | Jones |
| John | Jones |
| Shakedia | Jones |
| Katrina | Jones |
| Mary | Jones |
| Verdelski | Jones |
| Ryan | Jones |
| Sonia | Jones |
| Sheena | Jones |
| Jane | Jones |
| Kenny | Jones |
| Racheal | Jones |
| Amanda | Jones |
| Samantha | Jones |
| Troy | Jones jr |
| Rachael | Jongema |
| Chasity | Jordan |
| Christopher | Jordan |
| Trenis | Jordan |
| Wade | Jordan |
| Benjamin | Jorgens |
| John | Joseph |
| Lijomma | Joseph |
| Julie | Joseph-Ganaway |
| Linda | Josey |
| Cortney | Jotte |
| Cortney | Jotte |
| Annette | Journett |
| Thomas | Joyce |
| Whitley | Jozwiak |
| John | Juarez |
| Paige | Juettner |
| Vanessa | Jules |
| Christopher | Julian |
| Krystal | Julian |
| Tyler | Julius |
| Tod | Julius |
| Patrick | Jura |
| Hunter | Justice |
| James | Justice |
| Elizabeth | Kable |
| mallory | kadake |
| Tracey | Kalista |
| Joseph | Kane |
| Sean | Kane |

| | |
|---|---|
| David | Kane |
| Logan | Kane |
| Christopher | Kaneff |
| Hye Mi | Kang |
| Troy | Kangas |
| Elisabeth | Kannel |
| Patrice | Kantz |
| Jordan | Kaplan |
| Ilias | Karahalios |
| Darlene | Kareem |
| Dr. Kevin | Karlson |
| Alexander | Kasendorf |
| Mark | Kasparoff |
| Gregorios | Katechis |
| Jared | Kay |
| Nicole | Keane |
| Maenina | Kearney |
| Brian | Keating |
| Dan & beth | Keating |
| Tyler | Keefer |
| William | Keefer |
| Qonshicka | Keels |
| Pamela | Keen |
| Thomas | Keenan |
| Rachel | Keiter |
| Donald | Keller |
| Jessica | Kelley |
| Jabraylan | Kelley |
| Will | Kelley |
| Jason | Kellman |
| Kendrick | Kelly |
| Vincent | Kelly |
| Nicholas | Kelly |
| Brittney | Kelly |
| Joseph | Kelsey |
| Nicole | Kemp |
| Shannon | Kemp |
| Lisa | Kendall |
| Bryan | Kennedy |
| Patrick | Kennerson |
| Kevin | Kenny |
| Sherrey | Kent |
| Heather | Kenville |
| Tanya | Kern |
| Peter | Kessler |
| Jill | Kesti |
| Brian | Ketterer |

| | |
|---|---|
| Shalena | Keyes |
| Melba | Keyes |
| Mikhail | Keygen |
| Isiash | Keys |
| hrant | khachatryan |
| Araf | Khalil |
| Yasmine | Khalil |
| Noor | Khan |
| Amina | Khan |
| Robert | Kidd |
| Beth | Kidd |
| Jeffrey | Killam |
| Kristi | Killam |
| Laura | Killam |
| Jerimy | Killam |
| Jenna | Killis |
| Jessica | Killmer |
| Jason | Kim |
| Marcus | Kim |
| Jonathan | Kimball |
| Amanda | Kimble |
| Tesha | Kimbrough |
| Michael | Kinahan |
| Peter | Kincaid |
| Kimberly | Kindred |
| Kim | Kindred |
| Cheyenne | King |
| Patricia | King |
| Chris | King |
| Imani | King |
| Sheila | King |
| Geneva | Kingston |
| Ashleigh | Kinna |
| Nicholas | Kinnear |
| Mel | Kinnee |
| James | Kinyanjui |
| Brad | Kippenbrock |
| Marva | Kirby |
| Sherah | Kirby |
| Justin | Kirby |
| Mark | Kirby |
| James | Kirkland |
| Mary | Kirkland |
| Laurie | Kirkpatrick |
| Margaret | Kirsh |
| Cory | Kiser-Davis |
| Tafline | Kiss |

| | |
|---|---|
| Daniel | Kissick |
| Mark | Kithcart |
| Chad | Klafter |
| Kathy | Klimpel |
| Gordon | Kling |
| Matthew | Klotunowitch |
| Catherine | Knapp |
| Trina | Knerr |
| Stephanie | Knight |
| Conrad | Knight |
| Christina | Knight |
| Jeremy | Knochel |
| James | Knox |
| Elizabeth | Knox |
| Matthew | Knuth |
| Michael | Kobaia |
| Kyle | Kochergen |
| Randall | Kocinski |
| Lara | Kohl-Johnson |
| Catherine | Kohn |
| Emily | Kohring |
| Bryan | Kollar |
| Bryan | Kollar |
| Gregory | Kommel |
| Ann | Konarski |
| Michael | Kopesec |
| Nickolas | Kordalis |
| Jennifer | Kosmas |
| Vicki | Kossow |
| Lori | Kostopolus |
| Sherry | Kotenski |
| Alyssa | Kovin |
| Lindsay | Kovski |
| Jacqueline | Kowal |
| Rodney | Kozlek |
| David | Kraft |
| Anna | Kriger |
| Vanessa | Krikes |
| Bj | Krikorian |
| Carol | Kriss |
| Samantha | Kritner |
| Kent | Krizik |
| Shelby | Kromer |
| Christopher | Kruger |
| Kelly | Kruse |
| Lisa | Krzywicki |
| Cody | Kuchan |

| | |
|---|---|
| Leigha | Kuehl |
| Julianna | Kufeldt |
| Gina | Kuhl |
| Brendan | Kuhns |
| Abhilash | Kulkarni |
| Kierra | Kurtyka |
| Nathan | Kushner |
| Jacob | Kuska |
| Jamie | Kussman |
| Claudia | Kutnink |
| Daphne | Kuver |
| Cody | Kuykendall |
| Cedar | Kuzma |
| Berttila | Kyovi |
| Wesley | Kyrish |
| Salvatore | La Barbera |
| Tyler | Laa |
| Patricia Lynn | Laas |
| Amin | Laboriel |
| John | Lacanilao |
| Joseph | Lacayo |
| Latiyah | Lacey |
| Maurice | Lacey |
| Morgan | Lackey |
| Katrina | Lackey |
| Nicole | Lackie |
| Barton | LaCour |
| Kayla | Lacy |
| Gregory | Ladd |
| Lindsay | Ladner Kohnken |
| Edie | LaFrance |
| Melissa | Lakey |
| Helena | Lamb |
| Natacha | Lambert |
| Christy | Lambert |
| Courtney | Lambert |
| Suzan | Landeen |
| Susana | Landin |
| Nancy | Landon |
| Laterra | Lane |
| Reneau | Laney |
| Randall | Lang |
| Brian | Lang |
| Charlene | Langley |
| Gwen | Lanier |
| Antoinette | Lanus |
| Matt | LaPorte |

| | |
|---|---|
| Joel | Lara |
| Joseph | Larry |
| Gary | Larson |
| Patricia | Larson |
| Lucas | Larson |
| James | Larson |
| Lynn | Larson |
| Diana | LaRussa |
| Tiffany | Lary |
| Monique | Lascelles |
| Jodi | Lasseigne |
| Rhonda | Laster |
| Jackie | Latch |
| Herbert | Latham |
| Debra | Lauckarn |
| Shannon | Laughlin |
| Michelle | Lauletta |
| Carlos | Laureano |
| Caryn | Lavka |
| Shane | Law |
| Michael | Lawlor |
| JERRY | LAWRENCE |
| Joshua | Lawrence |
| Joseph | Lawrence |
| Robert | Lawrence II |
| Chase | Laws |
| Robin | Lawshe |
| Brooke | Lawson |
| Grace | Lawton |
| Morris | Layton |
| Dennis | Lazinek |
| Regina | Le |
| Gary | Leach |
| Leann | Leach |
| Kurtis | Leader |
| Tammy | Leal |
| William | Leblanc |
| Robert | Leblanc |
| Josh | Lec |
| Jeffery | LeCompte |
| Lyric | Lee |
| RONALD | LEE |
| Kathie | Lee |
| Latesha | Lee |
| Nicholas | Lee |
| Jakorian | Lee |
| Kathy | Lee |

| | |
|---|---|
| Kukjin | Lee |
| Cheryl | lee |
| Joseph | Lee |
| Robert | Lee Jr. |
| Robert | Lefkowitz |
| Prince | Leftridge |
| Francine | Leggett |
| Zach | Lehnherr |
| Rebecca | Lehr |
| Sierra | Leland |
| David | Leleaux |
| Leonard H | LeMaire |
| Janice | Lemon |
| Karen | Lenhart |
| Sandra | Lenholt |
| Marcos | Leon |
| Heather | Leonard |
| Sean | Leonard |
| Hau Xiang | Leong |
| Brittany | Leonhardt |
| Victor | Lepkowicz |
| Michael | Lesosky |
| Carey | Lester |
| Mark | Letoski |
| Tom | LeTourneau |
| Dave | Leval |
| Jaime | Leverington |
| Lior | Levy |
| Michelle | Levy |
| Akira | Lewis |
| Nattalie | Lewis |
| Kevin | Lewis |
| Marinda | Lewis |
| Ashleigh | Lewis |
| Tina | Lewis |
| Nadia | Lewis |
| Amber | Lewis |
| Debra | LEWIS |
| Tyffany | Lewis |
| Mary | Lewis |
| Kayla | Lewis |
| Aletha | Lewis |
| Leanne | Lewis |
| Nakisha | Lewis |
| Christal | Lewis Alsanders |
| Alex | Lewis Valverde |
| Adele | Lewitz |

| | |
|---|---|
| Xavier | Leyva |
| Hsing-Hung | Li |
| Vera | Lige |
| Lucinda | Light |
| Deborah | Liles |
| Sam | Lim |
| Lucas | Lima |
| Michael O | Lindberg |
| jeanna | lindgren |
| Adam | Lindner |
| Tom | Lindquist |
| Bejay | Lindseth |
| Tamara | Lindsey |
| Stephen | Lindsey |
| Christopher | Lindsey |
| Destiny | Lindsey |
| Abraham | Liou |
| Francesca | Liscidini |
| Joel | Lissy |
| Tracy | Litavec |
| Cherlyn | Litnauwista |
| Spencer | Little |
| Markeith | Little |
| Kristen | Little |
| Richard | Littlefield |
| Adrienne | Littlejohn |
| Stacey | Littlepage |
| Dehlia | Litton |
| Richard | Littrell |
| Danean | Livingston |
| Lorraine | Lizardo |
| Cristian | Llano |
| Shanda | Lloyd |
| Heather | Lockard |
| Jennifer | Lockenvitz |
| Tako | Lockett |
| Kimberly | Locklear |
| Marchelle | Logan |
| Mary | Loggins |
| Amanda | Logue |
| Alvin | Loh |
| Gerardo | Londono-Granger |
| Darisha | Londow-Knightshed |
| Chelsea | Long |
| Joshua | Long |
| Shelbie | Long |
| Jeffery | Long |

| | |
|---|---|
| Freemon | Longmire |
| Daniel | Longnecker |
| Alexander | Loosen-Scholer |
| Corey | Lopes |
| Cymechia | Lopez |
| Miguel | Lopez |
| Marisela | Lopez |
| Krystal | Lopez |
| Marlene | Lopez |
| Irving | Lopez |
| Christine | Lopez |
| Danny | Lopez |
| Eligio | Lopez |
| Manuel m | Lopez jr |
| Patricia | Lopez-Pullman |
| Jorge | Loredo |
| Daniel | Lorenz |
| Jill | Lorenzo |
| Paul | Loris |
| Michael | Lorton |
| Jennifer | Loudin |
| Amanda | Louise Nash (Brown) |
| Sabrina | Love |
| Farrah | Love |
| Zachary | Lovegrove |
| Montaveis | Lovings |
| Karen | Lowder |
| Cheryl | Lowe |
| Brian | Lowe |
| Jamarlin | Lowe |
| Vontrice | Lowe |
| Courtney | Lowman |
| Jamie | Lowrance |
| Mark | Lowry |
| Joseph | Loy |
| Edgar | Lozano |
| Janice | Lozner |
| David | Lucas |
| Brandy | Luce |
| Brandon | Luczek |
| Adam | Lukowicz |
| Melanie | Luna |
| Adriana | Luna |
| Josiah | Lund |
| Christopher | Lungo |
| Ashley | Luther |
| Thomas | Luzik |

| | |
|---|---|
| Michael | Lyman |
| Jennifer | Lynch |
| Morgan | Lyndall |
| Darren | Lyons |
| Michele | Lyons |
| Samuel | Lytle |
| Gene | M Jones |
| Nhung | Mach |
| Laura | Machals |
| Michael | Machanska |
| Elvis | Machuca |
| Marisa | Macias |
| Jessica | Macias |
| Jennifer | Mack |
| Kielah | Mack |
| Danielle | Mackey |
| Ragna | Macnack |
| Melinda | Madden |
| Tyler | Maddox |
| Terry | Madison |
| Madison | Madlock |
| Sevan | Madoyan |
| Jacqueline | Madrid |
| Michael | Madrid |
| Alicia | Maerki |
| Michael | Maffei |
| Patrick | Magistro |
| Angela | Magnaghi |
| Jeff | Magno |
| Donna | Magnus |
| Brian | Magtoto |
| Teresa | Maguire |
| Eladj | Mahamat |
| Heidi | Maier |
| Robert | Main |
| Jonathan | Majus |
| Calvin | Makupson |
| Fabricio | Malaguez Webber |
| Sandrine | Malary |
| Noel | Maldonado |
| Hector | Maldonado |
| Amaryllis | Maldonado |
| Gayla | Malek |
| Wasim | Malik |
| Steven | Maller |
| Meredith | Mallett |
| Maegan | Maloney |

| | |
|---|---|
| Channing | Malubay |
| Brook | Mancinelli |
| Chelsea | Mandeville |
| Christopher | Manfred |
| Michael | Mangual |
| Richard | Manjarres |
| Bravitt | Manley |
| Ina | Manning |
| Jerry | Mansfield |
| Brianna | Mansouri |
| Gary | Mantovani |
| Vanessa | Manuel |
| Casey | Manuel |
| Ryan Patrick | Mapile |
| Charlene | Maponga |
| Valeri | Marcantel |
| Jacob | Marcet |
| Joan | Marchiano |
| Peter | Marchitello |
| Christina | Marcus |
| Michael | Marich |
| Brian | Marin |
| Danielle | Marke |
| David | Markel |
| Harold | Marker |
| Cortney | Marks |
| Trista | Marler |
| Kelly | Marley |
| Paul | Marotta |
| Chirstian | Marquez |
| Azura | Marr |
| Ryan | Marr |
| Madeline | Marsh |
| Christine | Marshall |
| Olivia | Marshall |
| Misty | Martel |
| Brian | Martin |
| Treesa | Martin |
| Phillip | Martin |
| Khyell | Martin |
| Daniel | Martin |
| Christina | Martin |
| Sean | Martin |
| Justin | Martin |
| Tim | Martin |
| Natasha | Martin |
| Jason | Martin |

| | |
|---|---|
| Jonathan | Martin |
| Meghan | martin |
| Brittany | Martin |
| Yolanda | Martin |
| Albert | Martindale |
| Jeff | Martinez |
| Aldo | Martinez |
| Justin | Martinez |
| Tamara | Martinez |
| Ivan | Martinez |
| Guillermo | Martinez |
| Edgar | Martinez |
| Rene | Martinez |
| Diane | Martinez |
| Jennifer | Martinez |
| Sabrina | Martinez |
| Alejandra | Martinez |
| Izhar | Martinez |
| Adrian | Martinez |
| Marcos | Martinez |
| Sefra | Martinez |
| Alfredo | Martinez |
| Breana | Martinez |
| Tamee | Martini |
| Zedrik | Marves |
| Shanna | Mason |
| Tamara | Mason |
| Charles | Mason |
| Randy | Mason |
| Robert | Mason |
| David | Masoncup |
| Ahmar | Masood |
| Tracey | Massey |
| Vicki | Massie |
| Scott | Mastrionni |
| Alyssa | Mata |
| Leeangel | Mathews |
| William | Mathews |
| Courtney | Mathis |
| Kurosh | Matin |
| Andrew | Matos |
| Emmarie | Matos |
| Hisakata | Matsuki |
| Maddox | Matthews |
| Thomas | Matthews |
| Andrew | Mattis |
| Brittany | Maul |

| | |
|---|---|
| Michael | Maura |
| Andria | Maxwell |
| Nicole | Maxwell |
| marissa | may |
| Jacob | May |
| John | May |
| Jeff | Mayer |
| Jason | Mayer |
| LaMarcus | Mayes |
| Larry | Mayes Jr |
| Terese | Mayfield |
| JONATHAN | MAYNOR |
| Ivory or Myra | Maynor |
| Kristen | Mayo |
| Kolton | Mays |
| Everardo | Mazadiego |
| Matthew | Mazzoni |
| Brad | Mcadams |
| Bradley | McAlester |
| Melissa | McAvoy |
| Tammy | Mccabe |
| Casandra | McCalip |
| Sharon | McCall |
| deede | mccallister |
| Laura | Mccanless |
| Bruce | McCarl |
| Margie | Mccarter |
| Dustin | McCarty |
| Andrew | McCatty |
| Linda | Mccladdie |
| Leander | Mcclain |
| Robert | McClain |
| Thomas | Mcclain |
| Ryan | McClelland |
| Ira | McClimans |
| Dontavius | McClure |
| Jeff | McConnell |
| Daniel | McCoy |
| SATARIA | Mccoy |
| Lisa Nesia | Mccrary Foote |
| Randy | Mccray |
| Lacreshia | Mccree |
| Stephen | Mccue |
| James | McCurley |
| Walter | Mcdaniel |
| Charyse | McDaniel |
| Ryan | McDermott |

| | |
|---|---|
| Michael | Mcdonald |
| Awame | Mcdonald |
| Josette | McDonald |
| Brandon | McDonald |
| Elizabeth | McDowell |
| Shawan | McElveen |
| Carrie | Mcentire |
| Stacy | McFarland |
| Patrick | Mcfarren |
| Scott | McGary |
| Bobbi | Mcgee |
| Mark | McGee |
| Chris | Mcghee |
| Preston | McGinnis |
| Steven | McGonigle |
| Maximilian | Mcgowan |
| Jason | McGrath |
| Michael | McGuinness |
| Melissa | McGuire |
| Nicholias | McGuire |
| Tom | McGuire |
| Zachary | McGuirk |
| Ken | McHone |
| Erin | Mchugh |
| Michael | McIntosh |
| James | Mckay |
| Kimberly | McKeehan |
| Willie | Mckeller |
| Debra | McKenzie |
| Robert | McKey |
| Jillian | Mckie |
| Joseph | McKinney |
| Patricia | Mckinney |
| Michael | McKinnie |
| Brittany | McLain |
| Sheila | McLain |
| Linford | Mclarty |
| Eliott | McLaughlin |
| Dusty | Mclaughlin |
| Kevin | McLeod |
| Mary | Mcleroy |
| Lesa | Mcmillan |
| Amanda | McMillan |
| Daniel | McMullen |
| Karen | MCMURTRY |
| Brandy | Mcnabb |
| Mark | McNaught |

| | |
|---|---|
| Steve | Mcnaught |
| Dustin | McNeeley |
| Betty | McNew |
| Tyler | McPheeters |
| Thadd | McQuade |
| Ethan | McRae |
| William | McSweeney |
| Timothy | McSweeney |
| Mark | McTeague |
| Julie | Meade |
| RAYMOND | MEAGHER |
| Marie | Meagher |
| MERRY | MEANS |
| Shaena | Mecenas |
| Scot | Medford |
| Maria | Medina |
| Madeline | Medina |
| Veronica | Medina |
| Amy Marie | Medina |
| Saulo | Medina |
| Noe | Medina |
| Jacob | Medley |
| Zev | Mednick |
| Jessicia | Meeks |
| Lynner | Meeks |
| Mia | Mehmedbasic |
| Saman | Mehryar |
| Crystal | Meineke |
| Zachary | Meitzenheimer |
| Ramses | Mejias |
| Nicholas | Mele |
| Lydia | Melendez |
| Michael | Melton |
| Cedric | Melton |
| Michael | Mendez |
| Nora | Mendez |
| Santiago | Mendez |
| Yahdaeh | Mendoza |
| Jeanette | Mercado |
| Michael | Mercado |
| Julie | Merchant |
| Bradley | Meredith |
| Sonji | Meredith |
| Suzanne | Mergucz |
| Michela | Merlo |
| Daniel | Mero |
| Monteith | Merrick |

| | |
|---|---|
| Jennifer | Merritt |
| Michcal | Mesch-listo |
| Nicole | Messina |
| Kristoffer | Metcalf |
| Carl | Metellus |
| Monica | Meyerhoff |
| Jeff | Meyers |
| Javier | Micarelli |
| Stefano | Middei |
| Claude | Middleton |
| Janice | Middleton |
| Marjorie | Mierzwak |
| Joseph | Mifsud |
| Paris | Mihaj |
| Markila | Milam |
| James | Miles |
| Jessie | Miles |
| Shay | Millard |
| adam | millard |
| Danetra | Miller |
| Shawn | Miller |
| Jessica | Miller |
| Ella | Miller |
| nicholas | Miller |
| Jason | Miller |
| David | Miller |
| AMY | MILLER |
| Paul | Miller |
| Gloria | Miller |
| Diane | Miller |
| Mary | Miller |
| Melissa | Miller |
| Dianna | Miller |
| Spencer | Miller |
| Thomas | Miller |
| Krissy | Miller |
| Lisa | Miller |
| Stephan | Miller |
| Latosha | Milliner |
| Maryhelen | Million |
| Morena | Mills |
| Ryan | Mills |
| Lesley | Mills |
| Genoveva | Milton |
| Tarsha | Milton |
| Steven | Minardi |
| Erica | Minder |

Andrew

Claudette

Ivan

India

Cynthia

Norma

Matthew

Ajmal

George

Terry

Donna

Amanda

Jason

Sanchasaty

Chionita

Randolph

Thomas

Libbie

Ann

Ashley

Melody

Christopher

John

Jonathan

Marion

Karen

Indra

Simon

Estevan

Ruben

Christian

Alexander

Mike

Linda

Ross

Larry

William

Selena

Brandi

Tonya

Chase

Christopher

Jackie

Jennifer

Daniel

Maria

Theodore

Miner

Minnotte

Mino

Minor

Miracle

Miranda

Mirelez

Mirzai

Miserendino

Mishler

Mistek

Mistretta

Mitchell

Mitchell

Mitchell

Mitchell

Mitchell

Mitchem

Mittelsteadt-Corman

Mize

Moberg

Mobley

Mobley

Mock

Modesitt

Moffit

Mohabir

Molina

Molina

Molina

Molloy

Molnar

Moncrief

Moncrief

Moncrief

Monden

Money

Mongeon

Mongold

Mongold

Monjarez

Monroe

Monroy Reyes

Monteiro Costa

Montero

Montez

Monthey

| | |
|---|---|
| Antulio | Montiel |
| Marcos | Montoya |
| Joe | Montoya |
| Kelly | Mooneyham |
| Richard | Moore |
| Catrice | Moore |
| Adrian | Moore |
| Melodie | Moore |
| Michele | Moore |
| Vankeita | Moore |
| Brandon | Moore |
| Apryl | Moore |
| Thomas | Moore |
| Holly | Moore |
| Neil | Moore |
| James | Moore |
| Jeffery | Moore |
| Leslie | Moore |
| Charles | Moore |
| Chyna | Moore |
| William | Moore |
| Sarah | Moore |
| Baisha | Moore |
| Lindsey | Moore |
| David | Moore |
| Patricia | Moore |
| Nicole | Moore |
| Edward | Moorman |
| Jose Luis | Mora |
| Mehran | Moradi |
| Juan | Morales |
| Edward | Morales |
| Thomas | Moran |
| Christina | Moran |
| Alyson | Moran |
| Kerry | Morath |
| Michelle | Morel |
| Juliette | Morell |
| Patricia | Moreno |
| Francisco | Moreno |
| Raymond | Morgan |
| Douglass | Morgan |
| Jessica | Morgan |
| Jonathan | Morgan |
| Elisa | Morin |
| Gavin | Morita |
| Natalie | Moroyoqui |

| | |
|---|---|
| William | Morris |
| Linda | Morris |
| Cory | Morris |
| Roger | Morris |
| James | Morris |
| Harold | Morris |
| Tierra | Morris |
| Jaquetta | Morris |
| Gregory | Morris |
| Kevin | Morrison |
| Teresa | Morrison |
| Jaci | Morrison |
| Sarah | Morse |
| Lynn | Morski |
| Tim | Mortensen |
| Richard | Morton |
| Jarad | Morton |
| Ahmed | Mosa |
| Joseph | Mosby |
| Christopher | Mosely |
| Emily | Moses |
| Joshua | Moss |
| James | Motley |
| Carlos | Mott |
| Hayley | Mousley |
| Peter Charles | Mouton |
| Cole | Mower |
| Gloria | Mowrer |
| Fabiano | Moya |
| Bayardo | Moya |
| Julieann | Moyer |
| Brian | Mozingo |
| Timothy | Mudd II |
| Kevin | Muehleman |
| Carolyn | Mueller |
| Patrick | Muhammad |
| Henry | Muhindu |
| Selene | Mujica |
| Mujahid | Mukhtar |
| Joseph | Mularky |
| William | Mulder |
| Tammy | Mullen |
| Kelly Lynn | Mulvey |
| Adam | Mumford |
| Cheryl | Munoz |
| Frank | Munroe |
| Trevor | Munsterman |

| | |
|---|---|
| Francisco | Murillo |
| Sarah | Murillo |
| Beatriz | Muro |
| Tyler | Murphy |
| Billy | Murphy |
| Brian | Murphy |
| Shawn | Murphy |
| Penny | Murphy |
| Patrick | Murphy |
| Tracy | Murray |
| Heather | Murray |
| Jadica | Murray |
| Jermaine | Murray |
| Tegan | Murrell |
| Chris | Musembei |
| Brooke | Music |
| John | Musselman |
| Andrew | Musselman |
| Sharia | Mustin |
| Raph | Mwanza |
| Barbara L | Myatt |
| Cody | Myer |
| Kelley Michele | Myers |
| April | Myers |
| Joseph | Myers |
| Justin | Myers |
| Laurel | Myers |
| Robin | Myers |
| Leah | Myers |
| Mocha | Myers |
| Tamera | Myers |
| Edward | Myles |
| Jessie | Myrick |
| Suzanne | Myrie |
| Sampath | Nadella |
| Andrew | Nagl |
| Eric | Nail |
| Calvin | Nailor |
| AnneMarie | Nalley |
| Renita | Nalls |
| Melissa | Nanez |
| Christina | Nappi |
| Leah | Nard |
| Fernando | Nascimento |
| Carlos | Nassar |
| Chad | Nations |
| John | Natividad |

| | |
|---|---|
| Dan | Nativio |
| Daniel | Naucke jr |
| Ralph | Navarre |
| Stephanie | Navarro |
| Ashlee | Navas |
| Tosco | Nazarov |
| Michael | Nee |
| Chad | Needham |
| Lindsay | Neely |
| Mark | Neidl |
| Donald | Nelms |
| Patti | Nelson |
| Ryan | Nelson |
| Lawrence | Nelson |
| Kamilah | Nelson |
| Jasmine | Nelson |
| Tawanna | Nelson |
| Christopher | Nelson |
| Katherine | Nelson |
| Duane | Nelson |
| Tanya | Nelson |
| Shirley | Nelson |
| Ronald | Nerad |
| Felicia | Neria |
| Stephanie | Nettles |
| Jennifer | New |
| Thomas | Newby |
| Latarus | Newell |
| Megan | Newman |
| Rolanda | Newton |
| Zach | Newton |
| David | Newton |
| Larry | Neyland |
| Chantea | Ngalawa/ peterson |
| Michael | Nguyen |
| Ogbonnaya | Ngwu |
| Ismael | Nichelson |
| James | Nicholas |
| Charles | Nicholas |
| Amy | Nichols |
| Claudette | Nichols |
| Brian | Nichols |
| William | Nichols |
| Teaire | Nichols |
| Stephanie | Nichols |
| Frances | Nichols |
| Jason | Nicholson |

| | |
|---|---|
| Jayme | Nickeson |
| Dustin | Niedo |
| Miguel | Nieto |
| Nelson | Nieves |
| Odinn | Nightraven |
| Kayla | Niles |
| Wintress | Nimmons |
| Laureen | Nitz |
| Adam | Nix |
| Debra | Nixon |
| Gloria | Nixon |
| Chinedum | Nnodum |
| Roberto | Nodhal |
| Cameron | Noe |
| Todd | Noggler |
| Lauri | Noland |
| Sabrina | Noland |
| Jessica | Noll |
| TERRIE R | NORDNESS |
| Trasa | Noriega |
| Kristen | Norman |
| David | Norman |
| Zachary | Norman |
| Brandon | Normann |
| Corlando | Norment |
| Erin | Norris |
| Nicholas | North |
| Gary | Norton |
| Jacqueline | Novak |
| Angela | Numamaker |
| Jose | Nunez |
| Robert | Nunez |
| David | Nunez |
| Robert | Nutt |
| AnnMarie | Nutt |
| don | nuttall |
| Franklin | Nwachukwu |
| Sonja | Nyman |
| Kimberly | O'Neil |
| Daniel | O'Neil |
| Sarah | Oates |
| Jennifer | Oathout |
| Tyler | O'Banion |
| Jacob | Oberhansly |
| Louis | Obi |
| Isabelle | Ocampo |
| AMBER | OCCHIPINTI |

| | |
|---|---|
| Johnathan | Occiano Nilsen |
| Guadalupe | Ochoa |
| Vicente | Ochoa |
| Eric | Oconnell |
| Heather | OConnor |
| Eric | O'Connor |
| Earl | ODell |
| Christopher | Odezulu |
| Kevin | Odom |
| Miles | O'Donnell |
| Guillermo | Oeding palafox |
| Russell | Ogden |
| Melvin | Ogletree |
| Debra | Ohland |
| Sidirow | Ohlson |
| James | Ojala |
| Ogechi | Okeke |
| Rosemary | OKelly (formerly Hirsch) |
| Olayinka | Oladiran |
| Andreia | Oliveira |
| Diane | Oliver |
| Loletia | Oliver |
| August | Oliveri |
| Tracy | Olson |
| Jeffrey | Olson |
| Nicky | Olson |
| David | Olszewski |
| Flora | On |
| Robert | Ondike |
| Amy | Oneal |
| John | Oneil |
| Alexander | Onieal |
| Brandon | Ornoski |
| Brennan | Orr |
| Robert | Ortaleza |
| Juan | Ortega |
| Rachel | Ortega |
| Miguel | Ortiz |
| Maryori | Ortiz |
| Ann | Ortiz |
| Fabian | Ortiz |
| Wanda | Ortiz Hernandez |
| Michael | Ortiz-Medina |
| Michelle | Osborne |
| Joseph | Osborne |
| Jacqueline | Ostfeld |
| Bridgette | Ostler-Boring |

| | |
|---|---|
| Kristen | Ostrowski |
| Timothy | OSullivan |
| Heather | Otis |
| John | Ott |
| Tammy | Ott |
| Lilya | Ouksel |
| Nichole | Overly |
| Christina | Owens |
| Michelle | Owens |
| Edrick | Owens |
| Jonathan | Owens |
| Apryl | Owens |
| Angel | Pacheco |
| Michael | Packan |
| Cesar | Padilla |
| Cynthia | Paffen |
| Tammy | Page |
| Meliqua | Page |
| Scott | Pagnani |
| Jeffrey | Paine |
| YONG | PAK |
| YEON | PAK |
| Daniel | Paliokaitis |
| Margareta | Palmer |
| John | Palmer |
| Denny | Palomino |
| Melissa | Palonis |
| CHRISTINE | PALULIS |
| John | Papiez |
| Maria | Papp |
| Alex | Papp |
| Erin | Pappas |
| Charles | Paraiso |
| Michael | Pare |
| Joseph | Paredes |
| Marie | Pares |
| Yong | Park |
| Patrick | Parker |
| Destry J | Parker |
| Brian | Parker |
| Eva | Parker |
| Samantha | Parker |
| Daniel | Parker |
| Jamie | Parker |
| Kaylee | Parkos |
| Brigitte | Parks |
| Kateria | Parks |

| | |
|---|---|
| Aakashkumar | Parmar |
| Lance | Parmer |
| Linda | Parnes |
| Jonathan | Parrish |
| Angela | Parrish |
| Richard | Parrish |
| Samuel | Parrish |
| Jay | Parrish |
| Meghan | Parrish |
| Jamie | Parrish |
| Lashell | Parrish |
| Hollin | Parrott |
| John | Parry |
| Kamyar | Pashaie |
| Rebecca | Pastor |
| Earl | Pastor |
| Logan | Pate |
| Rupa | Patel |
| Alpeshkumar | Patel |
| Beena | Patel |
| sanjay | patel |
| Jason | Patilla |
| Monique | Patino |
| Isaac | Patrick |
| Walter | Patrick |
| Kevin | Patrick |
| Eula | Patterson |
| Jonathan | Paul |
| Christy | Pavese Lynch |
| Sharon | Paxton |
| Dwight | Payne |
| Calvin | Payne |
| Regina | Payton |
| Ciera | Peace |
| Kimberly | Peacock |
| Kimberly | Peacock |
| Maurice | Peake |
| Tiffany | Pearce |
| Joe | Pearce |
| marlina | pearce |
| Tarasha | Pearson |
| Kiddada | Peavy |
| Vincent | Pedersoli |
| Richard | Pederson |
| Sarah | Peet |
| Terence | Peete |
| jose | peguero |

| | |
|---|---|
| Michael | Pelaccio |
| Shanna | Pellegrin |
| Brian | Pelrine |
| Brendan | Pelto |
| Albert | Pena |
| Rodolfo | Pena |
| Kelvin | Pena |
| Jacob | Pena |
| Sergio | Pena |
| Lajette | Pendergrass |
| Qunett | Penn |
| Toni | Penn |
| Patricia | Penrod |
| Laurence | Peppler |
| Dustin | Perdue |
| Mark | Pereira |
| Anthony | Pereira |
| Nilan | Perera |
| Jose Sinai | Perez |
| Zoe | Perez |
| Diana | Perez |
| Jonathan | Perez |
| Vairon | Perez |
| Leslie | Perez |
| Daniel | Perez |
| Wynona | Perkins |
| Cheryl | Perkins |
| Megann | Perkins |
| Rebecca | Perkins |
| Meredith | Perkins |
| Jason | Perkins |
| Daniel | Perlia |
| Kenny | Perlotte |
| Christina | Perrigen |
| Danyasha | Perry |
| Judy | Perry |
| Andrew | Perry |
| David | Perry |
| Michael | Perry |
| Nicholas | Perry |
| Kenneth | Perry |
| Matt | Peterson |
| Robert | Peterson |
| Ashley | Petralia |
| Rich | Petrone |
| Emily | Petroschuk |
| Clifford | Petry |

| | |
|---|---|
| Vicente | Pettit |
| Jeffrey | Petty |
| Johna | Petty |
| Tommy | Pewitt |
| Fredrick | Pezza |
| Bryan | Pfalzgraf |
| Chris | Pfannkuch |
| Joseph | Pfeil |
| Charles | Phalo |
| Daniel | Phelps |
| Mccai | Phelps |
| Milo | Phifer |
| Tara | Phillips |
| XAVIER | PHILLIPS |
| Carissa | Phillips |
| David | Phillips |
| Yolando | Phillips |
| Courtney | Phillips |
| Carlyn | Phillips |
| Dominic | Phillips |
| Morgan | Philpot |
| Lorilyn | Pickard |
| Dean | Pickens |
| Christina | Pickens |
| Mary | Pickering |
| Rita | Picou |
| Meilia | Picquet |
| Joshua | Pictou |
| Adam | Pieknik |
| John | Pieplow |
| Sandra | Pierce |
| David | Pierce |
| Moise | Pierre-louis |
| Dominika | Pikula |
| Alexander | Pileggi |
| Caitlin | Pilisuk |
| Jose | Pimentel |
| Chelsea Michele | Pina |
| Alic | Pindell |
| Arys | Pineda Vazquez |
| Edgar | Pineros |
| Daniel | Pinnell |
| Eli | Pino |
| Amie | Pinsenschaum |
| Brandon | Pintler |
| Lena | Pinzon |
| Zachary | Piper |

| | |
|---|---|
| Barbara | Piper |
| Deborah | Pippen Stewart |
| Sarah | Pippin |
| Andrew | Pirie |
| Justin | Pitman |
| Kailan | Pitre |
| Jamel | Pittman |
| Louis | Pittman |
| Shontaye | Pittman |
| Stephen | Pitts |
| Joel | Pitzele |
| Rhiannon | Planz |
| Laterrica | Pledger |
| Anthony | Pledger |
| Larissa | Plett |
| Brenda | Plott |
| Joseph | Plumeri |
| Dave | Poindexter |
| Jeffrey | Politzer |
| Jamison | Pollack |
| Barbara | Pollard |
| Micah | Polston |
| Amanda | Popovich |
| Clyde | Porter |
| Daran | Poulin |
| Christina | Pouliot |
| ricky | pouncey |
| Miranda | Pourner |
| Hannah | Powell |
| James | Powell |
| Jason | Powell |
| Brett | Powell |
| Christopher | Powell |
| Kelley | Powell |
| Evan | Powell |
| John | Powers |
| Jennifer | Powers |
| Christopher | Pranger |
| Anson | Prater |
| Angelina | Prater |
| Cassandra | Pratt |
| Tayler | Prestidge |
| Jesse | Prestidge |
| Christelle | Preston |
| BRENDA | PRESTON |
| Logan | Prewitt |
| Ruby | Price |

| | |
|---|---|
| Sharon | Price |
| Lydia | Price |
| Geri | Price |
| Tiffany | Price |
| Jeanna | Price |
| Ann Marie | Price |
| Thomas | price |
| Shawn | Price |
| Lauren | Price |
| Ezra | Price |
| Felicia | Price901 |
| Carlisa | Pridgen |
| Emily | Priestley |
| Richard | Prince |
| Thomas | Prince |
| Lori | Prince |
| Derrick | Prince |
| Paul | Prince |
| Marjorie | Principe |
| Antonio | Prisco |
| Malcolm | Pritchard |
| Marvin | PRITCHARD |
| Troy | PRIVOTT |
| Robert | Proctor |
| Slaven | Prodanovich |
| Destinee | Prout |
| Davey | Prout |
| Christopher | Provan |
| Salvatore | Provenzano |
| Sierra | Prue |
| sandra | pruitt |
| Susann | Pucci |
| Beverlee | Puckett |
| Mark | Pudelski |
| Jim | Puetz |
| Terronce | Pugh |
| Joseph | Pulliam Jr |
| Lauren | Purser |
| Sammy | Purvis |
| Anthony | Pushruk |
| Logan | Putnam |
| Rafael | Putnam |
| Jiawen | Qi |
| Maureen | Quaid |
| Amanda | Quam |
| Conor | Quam |
| Eunice | Queener |

| | |
|---|---|
| Emmanuelle | Quenum |
| Andrea | Quesada |
| Jessica | Quesinberry |
| Jose | Quevedo |
| Elsa | Quijano |
| Tara | Quillen |
| Shiniqua | Quinn |
| Jacob | Quinn |
| ADDARYL | Quinns |
| Ethan | Quinones |
| Johnny | Quintana |
| Pilar | Quintana odria |
| Joseph | Quintanar |
| Mercedes | Quintero |
| Elizabeth | Quintilliani |
| Rachel | Quirk |
| Ross | Quirke |
| Christopher | Raborn |
| Julie | Rack Omeara |
| Connie | Rackstraw |
| Rafal | Radkowski |
| David | Rafacz |
| Jordan | Rager |
| Jahbari | Raggette |
| Anvesh | Ragi |
| Jared | Rahming |
| Ed | Raiford |
| Daniel | Raimer |
| C William | Raimondo |
| Divya | Raina |
| Tina | Raines |
| Kenneth | Rainwater |
| Ricky | Rainwater |
| Frank | Raio |
| Alex | Rajjoub |
| Aaron | Rakowski |
| Breanna | Ramey |
| Maryann | Ramirez |
| Michael | Ramirez |
| Andrews | Ramirez |
| Yamiletth | Ramirez |
| Fernando | Ramirez |
| Rosenda | Ramirez |
| Dillon | Ramkissoon |
| Michelle | Rammell |
| Elisa | Ramos |
| Mario | Ramos |

| | |
|---|---|
| Aleksei | Ramos diaz |
| Jacob | Ramsey |
| Angela | Ramsey |
| Dawud | Ramsey |
| Angela | Randall |
| Greg | Rankin |
| Richard | Ransopher |
| Mike | Rapatski |
| Bill | Rapp |
| Zackery | Rasberry |
| Michael | Rash |
| Michael Aaron | Rash |
| Hamza | Rashid |
| Schemique | Rasper |
| Carl | Ratcliffe |
| Noah | Rathburn |
| Christopher | Rathunde |
| Michael | Rauch |
| Sonya | Rawlins |
| Anthony | Ray |
| Shere | Ray |
| Todd | Ray |
| Taryn | Ray |
| Clifford | Rayburn |
| Shenna | Rayford |
| Steven | Raykis |
| Richard | Raykowski |
| William | Raymond |
| Christie | Raysor |
| Hamid | Raza |
| Jawad | Raza |
| Brad | Reasoner |
| Jesse | Reczek |
| Echo | Redden |
| Dilan | Redrick |
| Joseph | Reece |
| Tammy | Reed |
| Jeffrey | Reed |
| Marie | Reed |
| Hazel | Reed |
| Marlin | Reed |
| Malcolm | Reed |
| John | Reed |
| Ronald | Reese |
| Erik | Reichertz |
| Nikia | Reid |
| Collin | Reid |

| | |
|---|---|
| Jesse | Reid |
| Dawn | Reid |
| Mark | Reidel |
| Tasha | Reider |
| Katie | Reilly |
| James | Rembert |
| Noreese | Rendon |
| Joseph | Renner |
| Sarah | Reno |
| Frank | Renouf |
| Robert | Renshaw |
| Sheryl | Renshaw |
| Benjamin | Renzulli |
| Melissa | Repking |
| Emilio | Rescalvo |
| Freddie | Resendez |
| Jonathan | Resnick |
| Carlina | Reyes |
| Christina | Reyes |
| Juan | Reyes |
| Carol | Reyes |
| Marcos | Reyna |
| Colin | Reynolds |
| Christie | Reynolds |
| James | Reynolds |
| James | Reynolds |
| Matthew | Reynolds |
| Christie | Reynolds |
| Jose | Reynoso |
| Harmon | Rhea |
| Maya | Rhode |
| Cleveland | Rhodes |
| Stephanie | Rhodes |
| Shameka | Rhodes |
| Melissa | Rhymes |
| Robert | Ricafort |
| Millicent | Rice |
| Patricia | Rice |
| Joseph | Rice |
| Gina | Rich |
| Ann | Rich |
| Doroba | Richard |
| Joel | Richards |
| Leslie | Richards |
| Tiffany | Richards |
| Susan | Richards |
| Mark | Richards |

| | |
|---|---|
| Daimeon | Richardson |
| Bryan | Richardson |
| Christopher | Richardson |
| James | Richardson |
| Ryan | Richardson |
| Monica | Richardson |
| Alexander | Richardson |
| Benjamin | Richter |
| Jordan | Rick |
| GAYLA | Ricks |
| Joseph | Ridler |
| Jeffrey | Rieta |
| Jennifer | Riggs |
| Michael | Rihn |
| Sandra | Rilea |
| Macey | Rilea |
| Veronica | Riles |
| Lynda | Riley |
| Brian | Rimkus |
| Sofia | Rinvil |
| David | Rios |
| Lauren | Rios |
| Zachary | Ritzel |
| Oscar | Rivas |
| Kevin | Rivera |
| Martha | Rivera |
| Ginny | Rivera |
| Richard | Rivera |
| Dayra | Rivera |
| Lissette | Rivera |
| Yomara | Rivera |
| David | Rivera JR |
| Frank | Rivers |
| Sean | Rivers |
| Kierra | Rivers-Hudson |
| John | Rixse |
| Jeffrey | Roach |
| Ashley | Roach |
| Nancy | Roach |
| AMY | ROATON |
| Chevonne | Roberson |
| Jeremy | Roberts |
| Michael | Roberts |
| Joann | Roberts |
| Ronald | Roberts |
| Carla | Roberts |
| Joshua | Roberts |

| | |
|---|---|
| Rebecca | Roberts |
| Ivin | Roberts |
| Steven | Roberts |
| Cassie | Roberts |
| Anthony | Roberts |
| Chris | Robertson |
| Andrea | Robertson |
| Jacqualyn | Robinson |
| Sharesia | Robinson |
| Frank | Robinson |
| Isaiah | Robinson |
| Addie | Robinson |
| Adrian | Robinson |
| Gregory | Robinson |
| John | Robinson |
| Crishele | Robinson |
| Charles | Robinson |
| Teresa | Robison |
| January | Robles |
| Sandra | Robles |
| Chris | Roche |
| CHAD | ROCK |
| Tiffany | Rodak |
| Rloa | Rodgers |
| Bernadette | Rodgers |
| Jay | Rodgers |
| Terri | Rodgers |
| Luis | Rodriguez |
| Salomon | Rodriguez |
| Alvaro | Rodriguez |
| Frankie | Rodriguez |
| Adrien | Rodriguez |
| Daniel | Rodriguez |
| Christian | Rodriguez |
| Virginia | Rodriguez |
| Christian | Rodriguez |
| Isaiah | Rodriguez |
| Nicholas | Rodriguez |
| Alejandro | Rodriguez |
| Jesse | Rodriguez |
| Jose | Rodriguez |
| Candy | Rodriguez |
| Antonio | Rodriguez |
| James | Roethle |
| Carla | Rogers |
| Frederick | Rogers |
| J'Naire | Rogers |

| | |
|---|---|
| Cortney | Rogers |
| Sonya | Rogers |
| Serena | Rogers |
| Joanna | Roguska |
| Brenda | Roithner |
| Gabriel | Rojas |
| Brian | Rojo |
| Tiwana | Roland |
| Tyler | Roman |
| Jaclyn | Romanow |
| David | Rome |
| Michael | Romero |
| Anthony | Romero |
| Jason | Ronnel |
| Ryan | Roper |
| Ronald | Roper |
| Ashley | Rosa |
| Sydonna | Rose |
| Rebecca | Rose |
| Brian | Rose |
| Cyril | Rose |
| James | Rose |
| Wendy | Rosell |
| Joel | Rosen |
| Eric | Rosenberg |
| Brian | Rosenfeld |
| Walter | Rosenthal |
| Evan | Rosenthall |
| Jeanette | Roshto |
| Nicole | Rosoto |
| Benjamin | Ross |
| Dustin | Ross |
| Michelle | Ross |
| Hania | Rouhani |
| Cerise | Roundtree |
| Rechelle | Roush |
| Jonathan | Rowe |
| Sandra | Rowland |
| Daniel | Rowles |
| Michael | roy |
| Leonard | Rozan |
| Carlos | Rubert |
| Nathan | Rubin |
| Joshua | Rudd |
| Brandon | Ruff |
| Lecretia | Ruffin |
| Aleczander | Ruggles |

| | |
|---|---|
| Thomas | Ruiz |
| Jason | Ruiz |
| George | Ruiz |
| Deborah | Rumbaugh |
| Alyssa | Runge |
| Roger | Runyon |
| Carrie | Ruschman |
| Eric | Rush |
| Chris | Rushlow |
| Kevin | Ruskusky |
| Louis | Russ |
| Timothy | Russell |
| Shequitha | Russell |
| Brandy | Rutherford |
| Mike | Rutherford |
| Tammie | Rutledge |
| Shakira | Rutledge |
| Cecilie | Ryan |
| David | Ryker |
| Tatiana | Ryland |
| Alyssa | Sabaj |
| Janine | Sabella |
| Bah | Sacko |
| Stephen | Sadler |
| Max | Sadtler |
| Jason | Saenz |
| tracy | saetern |
| Luke | Saha |
| Jeffrey | Saia |
| Ekta | Saini |
| Marklyse | Saintelus |
| Nasar | Sakha |
| John | Saldana |
| Mariam | Saleh |
| Joshua | Salisbury |
| Etienne Tenn | Salle |
| Marcie | Salmon |
| Acamie | Salter |
| Charles | Salvatore |
| David | Salvi |
| Cristian | Salvo |
| Francine | Sam |
| Ebrima | Samasa |
| Stephen | Samples |
| Angela | Sampson |
| Tara | Sampson |
| Terri | Sams |

| | |
|---|---|
| Lexa | Samuel |
| Ana | Sanchez |
| Hector | Sanchez |
| Anthony | Sanchez |
| Gabriela | Sanchez |
| Dennis | Sanchez |
| Paul | Sanchez |
| Oscar | Sanchez |
| Luis | Sanchez |
| Jose | Sanchez III |
| Michael | Sandefur |
| Shannon | Sanders |
| Nina | Sanders |
| Sean | Sanders |
| Cynthia | Sanders |
| John | Sandoval |
| Anthony | Sanlino |
| Joel | Santana |
| Lupe | Santiesteban |
| Christie | Santoro |
| Rowena Wendy | Santos |
| Joel | Santos |
| Michael | Sanzone |
| Danielle | Sapien |
| Roger | Sapp |
| Daniel | Sardinas |
| Alvie | Sargent |
| Serita | Sasa |
| Steve | Satorius |
| Tishma | Saucier |
| Patrick | Sauerland |
| Lashandra | Saulter |
| Tyler | Savage |
| Nicholas | Savoy |
| Wendy | Sawyer |
| Jessica | Sawyer |
| Burak | Say |
| Tim | Scaman |
| Lorri | Scanlon |
| Tim | Scanlon |
| Danisha | Scarfpin |
| Suzanne | Scatena |
| Brandon | Schaffner |
| James | Schaffner |
| Thomas | Schanzer |
| Amanda | Schaum |
| Gabrielle | Scheiber |

| | |
|---|---|
| Renee | Schell |
| Mason | Schettig |
| Phil | Schiffman |
| Joshua | Schildroth |
| Anton | Schirmang |
| Joseph | Schloeder |
| Ryan | Schlueter |
| Mark | Schmale |
| Angela | Schmidt |
| Chad | Schmidt |
| Nicholas | Schmidt |
| Krista | Schmitz |
| James | Schnell |
| Kelly | Schnell |
| Bentley | Schoening |
| Donna | Schon |
| Robert | Schrader |
| Adam | Schroeder |
| Sarah | Schropshire |
| Dale Stephen | Schue |
| David | Schuetz |
| Tracy | Schuhwerk |
| Mark | Schusteff |
| Francine | Schuyleman |
| Jeff | Schwarm |
| Mark | Schwartz |
| Eli | Schwartz |
| Alecia | Schwartz |
| Randy | Schwarz |
| Jessica | Schwarz |
| Benjamin | Schwerdtfeger |
| Jenifur | Schwoyer |
| David | Scibetta |
| Wandra | Scott |
| Everett | Scott |
| Vernice | Scott |
| Denise | Scott |
| Lester | Scott |
| Robert | Scott |
| Gary | Scott |
| Evan | Scott |
| Joshua allen | Scott |
| Larry | Scott |
| Toshona | Scott-Gary |
| Wayne | Scott-Williams |
| Tyler | Scuffy |
| Amanda | Scullion |

Kaytee

Shandre

Ranesa

Donovan

Daneil

Scott

Lauree

Sean

Christine

Eniola

Sharon

Donald

Ruth

Sharon

Wendy

Andrei

Sharon

Francisco

Britny

Vinson

Arthur

Shelby

Victoria

Ricky

Ebonie

Tyler

Johnathan

Chad

Jason

Hector

Sheena

Rebecca

Qiyamah

Melanie

Hrishikesh

Sahil

Fanol

Ishonda

Brenda

Laurie

Nathan

Casandra

Jennifer

Ronald

Tsheba

Sanjay

Seabury

Seals

Seaward

Sebastian

Secrest

Sedick

Sedine

Seifer

Seignon

Sekoni

Self

Self

Sellers

Sellers

Selman

Semenov

Senkiew

Sepulveda

Seratt

Seremet

Serino

Serrano

Serratos

Sertain

Sessoms

Severns

Severs

Severson

Sevilla

Sevilla

Sewell

Shaak

Shabazz

Shaffer

Shah

Shaikh

Shaini

Shakespeare

Shaley

Shamsie

Shank

Shanteau

Shao

Sharbono

Shareef

Sharma

| | |
|---|---|
| Margaret | Sharon as Sharon Associates, LLC |
| Michael | Sharp |
| Cordia | Shaw |
| Daniel | Shaw |
| Karen | Shaw |
| Bob | Shaw |
| Ron | Shaw |
| Cassandra | Shaw |
| Paul | Shaw |
| Christine | Shawley |
| Charles | Shealey |
| James | Sheets |
| Peggy | Shelley |
| Kristopher | Shelton |
| Kevin | Shelton |
| LaBritney | Shepherd |
| Kyle | Shepherd |
| Kristina | Shepherd |
| Terry | Sheppard |
| Jim | Sher |
| Lanell | Shetley |
| Cass | Shewbart |
| Tammie | Shewmake |
| Mason | Shifflett |
| Will | Shilling |
| Kurt | Shimada |
| Luke | Shinault |
| Kempton | Shine |
| Stephanie | Shinn |
| Noah | Shirley |
| Lajoi | Shivers |
| Treasure | Shockey |
| Nnamdi | Shockley-Okeke |
| Michael | Shoop |
| Deanna | Shoop |
| Thomas | Shores |
| Kerri | Short |
| David | Short |
| Nathan | Short |
| Andrew | Shultz |
| Heather | Shuman |
| Valerie | Sias |
| Amanda | Sibert |
| Deborah | Sickler |
| Kerry | Siddhartha |
| Christina | Sieger |

| | |
|---|---|
| Aaron | Siegman |
| Heather | Sieks |
| Edward | Silha |
| Amanda | Sillik |
| Humberto | Silva |
| Chadwick | Silva |
| Fernando | Silva |
| Amanda | Silveira |
| Alex | Simcic |
| Dawatha | Simmons |
| Kari | Simmons |
| Matthew | Simmons |
| James | Simmons |
| Misty | Simmons |
| Brad | Simmons |
| Tony | Simmons |
| Renee | Simms |
| Terrence | Simon |
| Anthony | Simon |
| Samuel | Simon |
| Thomas | Simon |
| Robert | Simons |
| Lori | Simonson |
| Lisa | Simpson |
| Phillip | Simpson |
| Joseph | Simpson |
| Jason | Simpson |
| Samira | Simpson |
| Troy | Simpson |
| Ethan | Simpson-Champion |
| Christie | Simrak |
| Janice | Sims |
| Brian | Singer |
| Chris | Singer |
| Irvinder | Singh |
| Dante | Singleton |
| Kevin | Sirbaugh |
| Scott | Sirianni |
| Branden | Sisler |
| Art | Sisneroz |
| James | Sisson |
| Josh | Sittler |
| Charles | Sitzer |
| Lorrie | Skaats |
| Maryann | Skarbowski |
| Daniel | Skaruppa |
| Robert | Skelley |

| | |
|---|---|
| Steven | Skurnicki |
| Ashley | Slack |
| Andre | Slack |
| Tearra | Slade |
| Christopher | Slagg |
| Ethan | Slaght |
| Eitan | Slawotsky |
| Gwendolyn | Sledge |
| Laure | Slezak |
| Charlene | Sluder |
| Julienne | Small |
| Tyrone | Smalls |
| Jonathan | Smart |
| Marlon | Smikle |
| Leonard | Smiley |
| Cora | Smit |
| Michael | Smith |
| Christopher | Smith |
| Irene | Smith |
| Christy | Smith |
| Robert | Smith |
| Sydney | Smith |
| Cora | Smith |
| Iesha | Smith |
| Sharon | Smith |
| Amanda | Smith |
| Brandi | Smith |
| Danielle | Smith |
| Keera | Smith |
| Ann | Smith |
| Kelly | Smith |
| Natasha | Smith |
| Keegan | Smith |
| Kennedy | Smith |
| Lori | Smith |
| Christopher | Smith |
| Shanna | Smith |
| William | Smith |
| Karl | Smith |
| Vernon | Smith |
| Kyle | Smith |
| Katrena | Smith |
| Aloha | Smith |
| Zachariah | Smith |
| Kameron | Smith |
| Angela | Smith |
| Zijazo | Smith |

| | |
|---|---|
| Josh | Smith |
| Elatia | Smith |
| Darryl | Smith |
| Dale | Smith |
| Sean | Smith |
| Aimee | Smith |
| Michael | Smith |
| Matthew | Smith |
| Kelly | Smith |
| Amber | Smith |
| Lisa | Smith |
| Sierra | Smith |
| Wendolyn | Smith |
| Holly | Smith |
| Trumaine | Smith |
| Charlese | Smith |
| Jerry | Smith |
| Glenda | Smith |
| Scott | Smith |
| Dalton | Smith |
| Michael | Smith |
| Danielle | Smithson |
| Valentina | Smolcic |
| Christina | Smothers |
| Savely | Snegireff |
| Curtis | Snider |
| Andrew | Snover |
| Scott | Snow |
| Geoff | Snyder |
| Barry | Snyder |
| John | Snyder |
| Giordana | Sobel |
| Halle | Sobral |
| Stephanie | Sok |
| Mara | Soldinger |
| Krystal | Solis |
| Mychael | Solis-Wheeler |
| William | Solowski |
| Sarah | Sommer |
| Minsang | Song |
| Somayeh | Songhorabadi |
| Robert | Soprych |
| Michele | Sorrell |
| Jose | Sorto |
| Giovanni | Sosa |
| Dilaila | Sosa |
| Anthony | Soto |

| | |
|---|---|
| Amber | Soto |
| Cristian | Soto |
| Roger D. | Souders Jr. |
| Felicia | Southern |
| Louis | Spagnuolo |
| Nikole | Spann |
| Gerald | Sparks |
| Casey | Sparks |
| Felix | Spates |
| Toddreck | Spears |
| Richard | Speer |
| John | Speidel |
| Kevin | Spencer |
| Shereas | Spencer |
| Christina | Sprague |
| Melody | Srader |
| Keosamuntha | Srey |
| Ravi | Srivastava |
| Debbie | Sroka |
| Spencer | Ssenyama |
| Scott | St Pierre |
| Jarod | Stadelman |
| De'Roman | Stafford |
| Jessica | Stage-gehr |
| Linda | Stall Alcantara |
| Dustin | Stamey |
| Misha | Stange |
| Albert | Stanley |
| Sean | Stanley |
| Rex | Stark |
| Richard | Starks |
| James | Stary |
| Anastasia | Stathis |
| Jennifer | Staton |
| Josh | Stebbins |
| Russell | Steed |
| Jeffery | Steele |
| Daniel | Steibler |
| Kelley | Steimle |
| Tiffany | Steiner |
| Jennifer | Steinert |
| Wayne | Steinkamp |
| Eric | Steinmetz |
| Alexandria | Sten |
| Elizabeth | Stenholt |
| Henry | Stephens |
| Brandy | Stephens |

| | |
|---|---|
| Carlos | Stephens |
| Kirk | Stephenson |
| Shelley | Stephenson |
| PAULA | STEPLOWSKI |
| Erica | Stepp |
| Heather | Sterling |
| Billi | Stetson |
| Rich | Stevens |
| JoAnna | Stevens |
| Jack | Stevens |
| Timothy | Stevenson |
| CURT | STEVENSON |
| Isaiah | Stewart |
| Crystal | Stewart |
| Casey | Stewart |
| Darrion | Stewart |
| Adrianne | Stewart |
| Brian | Stewart |
| Rebecca | Stewart |
| Shadeia | Stewart |
| Dave | Stewart |
| Davonte | Stewart |
| Marcus | Stewart |
| Susan | Stib |
| Heather | Stickel |
| Vincent | Stigler |
| Nicholas | Stillwell |
| Don | Stinson |
| Tonya | Stinson |
| Kristi | Stockdale |
| THERESA | Stoker |
| Brenda | Stokes |
| Marcus | Stokes |
| Kevin | Stone |
| Sarah | Stone |
| Dustin | Stoner |
| Haley | Stooksbury |
| Jalen | Storey |
| Joe | Stornello |
| Kelly | Story |
| Jeffrey | Stott |
| Anna | Stottlemyer |
| Danny | Stough |
| Stephen | Stough |
| DaNiece | Stradford |
| Michael | Strann |
| Cardet | Straughter |

Jordan

Tyler

Robert

Constantina

Sherry

Judea

Marquis

Erika

Thomas

Franchester

Steven

Princess

Amy

Tahisha

Chumayel

Phillip

Tharun

Darin

Serena

Rhonda

Kathy

Zulaikah

Timothy

Karin

Michael Scott

Jana

Barry

Shirley

Mitch

William

Keyonus

William

James

Sandra

Sharon

Robert

A Hunter

Christopher

Melissa

Dave

LaVern

Justin

Ieva

Kevin

Carrie

Lydia

Nicholas

Strawn

Streater

Streitmatter

Strickland

Stricko

Strong

Stroud

Strouse

Struif

Stuart

Stubbs

Sturdivant

Styler

Styron

Suarez

Suarez

Subbaiah

Sublett

Sucarato

Sudderth

Sukenik

Sulaiman

Sullivan

Sullivan

Sullivan

Sullivan

Sullivan

Sullivan-charley

Sultana

Summers

Summers

Summers

Summersill

Summons

Sumner

Sumner

Sunrise

Surovec

Suttles

Sutton

Sutton

Sutton

Svabaitiene

Svidlow

Swafford

Swaney

Swanson

| | |
|---|---|
| Christopher | Sweeney |
| Haley | Sweet |
| Regine | Sweet |
| Quincy | Swenders |
| Shawn | Swett |
| Andrea | Swick |
| John | Swimmer |
| Jodi | Swisher |
| Erica | Switzer |
| Ernie | Swope |
| Billy | Sybert |
| Steve | Sykes |
| Sarah | Sylve |
| David | Sylvester |
| Joseph | Szabo |
| Andrew | Szorc |
| Tiana | Tabarez |
| Tanzania | Tabb-cureaux |
| Stephanie | Tadlock |
| Jennifer | Taggart |
| Gabriel | Tagnani |
| Latanya | Tait |
| Kristy | Talavera |
| Leigh | Tallant |
| Josh | Tallant |
| Caroline | Talley |
| Jaclyn | Tamboa |
| Joseph | Tamburello |
| Eileen | Tamez |
| Fanny | Tan |
| Duangkamon | Tangkitthammakun |
| Vladislav | Tanichev |
| Anthony | Tanios |
| Michael | Tankus |
| Justin | Tanner |
| Amy | Tant |
| Jacob | Tanumihardjo |
| Tamara | Taplin |
| Shanon | Tarrants/Bastan |
| LA TONIA | TARVE LOPEZ |
| Sabrina | Tate |
| Randy | Tatum |
| Jacob | Tauer |
| Maxwell | Taul |
| Sami | Taweel |
| Mina | Taylor |
| Reginald | Taylor |

| | |
|---|---|
| Shanetta | Taylor |
| Ana | Taylor |
| James | Taylor |
| Ashley | Taylor |
| Kelsey | Taylor |
| Bradley | Taylor |
| Darron | Taylor |
| Ross | Taylor |
| Whitney | Taylor |
| Kristin | Taylor |
| Kyra | Taylor |
| Alfred | Taylor |
| Chasity | Taylor |
| John | Taylor |
| Katy | Taylor |
| Amanda | Teach |
| Joseph | Teague |
| Joseph | Teague |
| Daniel | Teaque |
| Dana | Tedder |
| Tiffany | Teer |
| David | Teller |
| Angel | Tellez |
| Holly | Temple |
| Michael | Ternes |
| Jeff | Terranova |
| Vergie | Terrell |
| Robert | Terry |
| Gregory | Terry |
| Shannon | Tewell |
| Bryan | Tews |
| Cortney | Thayne |
| Sean | Theis |
| Robert | Theisen |
| Raymond | Theriot |
| Alfred | Therrien |
| Michelle | Thevenot |
| Audrey | Thibeau |
| Stephanie | Thiel |
| Joseph | Tholen |
| Janson | Thomas |
| Daria | Thomas |
| Shawana | Thomas |
| Tammy | Thomas |
| Trene'e | Thomas |
| Jessica | Thomas |
| Icue | Thomas |

| DAVID | THOMAS |
|---|---|
| Cerrone | Thomas |
| Jaidev | Thomas |
| JeVaughn | Thomas |
| jme | Thomas |
| Price | Thomas |
| Marven-Lee | Thomas |
| Ariana | Thomas |
| Trigg | Thomas |
| Curry | Thomas |
| Shanae | Thomas |
| Kathi | Thomas |
| Aaron | Thomley |
| Maria | Thompkins |
| Carl | Thompkins |
| Swaine | Thompson |
| JoVaughn | Thompson |
| Brittany | Thompson |
| Benjamin | Thompson |
| Carice | Thompson |
| Terrance | Thompson |
| Terrance | Thompson |
| Kacia | Thompson |
| Amy | Thompson |
| Anthony | Thompson |
| Kevin | Thompson |
| Kyshia | Thompson |
| Josh | Thompson |
| Raymond | Thompson |
| Kelly | Thompson |
| Michael | Thorn |
| Austin | Thornsbury |
| Amy | Thornton |
| Sandy | ThorntonCooper |
| Bobby | Thorpe |
| Aaron | Thrasher |
| Samantha | Threatt |
| Stephen | Throndsen |
| Esther | Tierrablanca |
| Georgeann | Tighe |
| Brenda | Tilley |
| Jennifer | Tillman |
| Michelle | Tilson |
| Michael | Timmer |
| Pierre | Tindal |
| Jason | Tinker |
| Ivan | Tisdale |

| | |
|---|---|
| Kurt | Tlustos |
| Terrie | Tobar |
| Danielle | Tobias |
| Kierra | Todhunter-Mitchell |
| Antwon | Tolbert |
| Marlon | Toles |
| Yolanda | Tomasello Stoutmire |
| David | Tomassi |
| Mike | Tomaszewski |
| Ricardo | Tomlinson |
| Jaime | Tonas |
| Thomas | Tonic |
| Brad | Toothman |
| Michael | Torguson |
| Kortni | Torralba |
| Karin | Torrence |
| Anthony | Torres |
| Crystal | Torres |
| Christina | Torres |
| Miguel | Torres |
| Orlando | Torres |
| DAVID | TORRES JR |
| michael | tosti |
| Nadia | Tovar |
| Heather | Townsend |
| Lashondria | Trader |
| Michael | Trahey |
| Patty | Tramble |
| NGUYEN QUOC HUY | TRAN |
| Vulgamore | Travys |
| Reginald | Traynham |
| Charles | Trekur |
| Thomas | Trent |
| Anna | Trevarthen |
| Thomas | Trevino |
| Rosa | Trevino |
| Karolina | Triana |
| Michael | Tribble |
| Leslie | Trice |
| Thomas | Tricozzi |
| John | Tricozzi |
| Cameron | Triggs |
| Samantha | Trimble |
| Jessica | Trimm |
| Lonnie | Trinidad |
| Mary | Triplett |
| Sidney tritt | Tritt |

| | |
|---|---|
| KELSEY | TROTTA |
| Cassandra | Trotter |
| Erica | Troutman |
| Gisselle | Truiett |
| Magdalena (Maggie) | Trzuskot |
| Nikolay | Tsachev |
| Laverne | TSCHAPPAT |
| Vanessa | Tsong |
| Kelsey | Tsonton |
| Evan | Tsutsumida |
| Devonte | Tucker |
| Iesha | Tucker |
| Richard | Tucker |
| Christine | Tuma |
| Vanessa | Turbay |
| Mike | Turian |
| Brianna | Turner |
| Thomas | Turner |
| Lakeisha | Turner |
| Cheryl | Turner |
| Lindsay | Turner |
| Bernard L | Turner |
| Tabitha | Turner |
| Maurissa | Turner |
| Steven | Turner |
| Jennifer | Turner |
| Jeanne | Turner |
| Christopher | Turner |
| Krista | Turpin |
| Tasha | Turso |
| Cristian | Turull-Arocho |
| Dalindyebo | Tutani |
| Diane | Tutt (Bond) |
| Robert | Tweedell |
| Demetrius | Tyson |
| Angela | Tyszka |
| Anthony | Ubides |
| Asad | Uddin |
| Benjamin | Uke |
| Virginia | Underwood |
| Michael | Underwood |
| Howard | Union |
| Raushanah | Uqdah |
| Karen | Urbanik |
| Victor | Urie |
| Vincent | Utley |
| Phil | Vaclavik |

Rohitha

Victoria

Ellie

Denise

Carlos

Shanelle

Martin

Lucy

JaHon

Jordan

Kasey

April

Joshua

Stephen

Moselle

Flower

Renato

Francisco

AVIRAN

Vinu

Gary

Gheorghe

Rick

Daniela

Jason

Dariush

Katlyn

Rose

Brian

Sherry

Anel

Brittney

Milton

Ericka

Calicia

Shamya

Justin

Mary

Sharath

Jesus

Ariel

James

Juan

Philip

Mildred

Ashley

Ivan

Vaddi

Valderrama

Valdez

Valenti

Valle

Vallente

Van Der Harst

Van Hof

Vance

Vance

Vance

Vance

Vandergrift

Vandiver

Vanduker

Vannarath

Vanzella

Vargas

Vargas

Varghese

Vartanian

Vasile

Vasquez

Vasquez

Vasquez

Vassal

Vassalla

Vaughan

Vaughan

Vaughn

Vazquez

Vazquez

Vazquez

Veals

Veazy

Veazy

Vedrode

Veeneman

Velagapudi

Velasquez

Velazco

Velazquez

Velazquez

Velez

Velez

Veljko

Veljkovic

| | |
|---|---|
| Salvatore | Veltre |
| Daniel | Vera |
| Jesus | Verdin |
| Andrew | Vergolina |
| Tyler | Vermillion |
| Cassandra | Vesh |
| Finnick | Vest |
| Sergey | Veys |
| Kaylee | Vickers |
| Jesse | Vigil |
| Amanda | Vihnanek |
| Juan | Vila |
| Dachi | Vilbon |
| Emmanuel | Villa-acero |
| Cleber | Villalobos |
| Maria | Villapudua |
| Chris | Vincentini |
| Daveny | Vinson |
| Damien | Vivas |
| Keith | Vocke |
| Tiame | Vogel |
| John | Vogelsang |
| Coquette Heather | Volk |
| Victoria | VonWald |
| Christine | Vu |
| Jerry | Waddell |
| Brian | Waddle |
| Kristopher | Wade |
| Dearius | Wade |
| Monica | Wade-Barker |
| Julie | Wadkins |
| William | Waggoner |
| Taiisha | Wagner |
| Caren | Wagner |
| Patrick | Wagoner |
| Kecia | Wahl |
| Deborah | Waldon |
| Omar | Wali |
| Gigi | Walker |
| Valerie | Walker |
| Christopher | Walker |
| Zikia | Walker |
| Boedy | Walker |
| Tracy | Walker |
| robert | walker |
| Kristie | Walker |
| Bret | Walker |

| | |
|---|---|
| Celeste | Walker |
| Flecia | Walker |
| Carolneshia | Wall |
| Yolonda | Wallace |
| Ashley | Wallace |
| Austin | Wallace |
| Patrick | Wallace |
| Donald | Wallace |
| Adriana | Wallace |
| Sharron | Waller |
| stuart | walley |
| Tawanda | Walls |
| David | Walter |
| Laporish | Walton |
| Aberiel | Walton |
| Alexander | Walton |
| Kyla | Walton |
| Delores | Walton |
| Lynn | Wang |
| Nicholas | Wantroba |
| Cory | Warchola |
| Davin | Ward |
| Melissa | Ward |
| Jamie | Ward |
| Denise | Ward |
| Sydney | Ward |
| Darryl | Ward |
| Ida | Ward |
| Melissa | Ward |
| Jessica | Ward |
| Dominique | Ward |
| Ebony | Ward |
| Diane | Ward |
| Christopher | Warden |
| David | WARDSWORTH |
| Valerie | Ware |
| Ashton | Ware |
| Tara | Ware |
| Josh | Warner |
| Vickie | Warren |
| Demetries | Warren |
| Chantel | Warren |
| Anna | Warren |
| Ashley | Warren |
| Josephine | Warriner |
| MARCUS | WASHINGTON |
| Michael | Washington |

| | |
|---|---|
| Shenece | Washington |
| Arlene | Washington |
| TARA | Washington |
| Rayvone | Washington |
| Celeste | Washington |
| Ricky | Washington |
| Michael | Watd |
| Jess | Waterdown |
| Jaclyn | Waters |
| Matthew | Watkins |
| Christa | Watson |
| Stephanie | Watson |
| Bo | Watson |
| Kisha | Watson |
| Robert | Watson |
| Adam | Watson-Hurthig |
| Tammy "Storm" | Watters |
| Jennifer | Watts |
| Sarah | Watts |
| Paul | Wearmouth |
| Eric | Weathers |
| Shanta | Weatherspoon |
| Richard | Weaver |
| Gina | Weaver |
| John | Weaver |
| Charles | Weaver |
| Jennifer | Weaver |
| Joshua | Weaver |
| Lori | Webb |
| Dalton | Webb |
| Mark | Weber |
| Christopher | Webster |
| Shawn | Weil |
| Shelia | Welch |
| Syeth | Weldon |
| Tammy | Wellcome |
| Jennifer | Wells |
| Nathon | Wells |
| Alejandrina | Wells |
| Christopher | Wells |
| Jay | Wells |
| Daniel | Welsch |
| Eva | Wendorf |
| Sydney | Wentz |
| Deborah | Wessel |
| Rebecca | West |
| Habib | West |

| | |
|---|---|
| Julia | Westland |
| Dwaina | Weston |
| Rahsheeda | Weston |
| James | Whalen |
| Wilbert | Wheaton |
| Laura | Wheeler |
| Amber | Wheeler |
| Ken | Wheeley |
| Chivas | Whipple |
| Joy | Whitaker |
| Destiny | White |
| Patrick | White |
| Jennifer | White |
| Tommy | White |
| Winston | White |
| Rachael | White |
| Clarence | White |
| Justin | White |
| Jesse | White |
| Sandra | White |
| Aenayus | White |
| Tiffany | White |
| Joshua | White |
| Larry | White |
| Shawn | White |
| Sean | White |
| Ja-Myaia | White |
| Richard | Whitehouse |
| Barry | Whitewater |
| Wilbert | Whitfield |
| Kimberly | Whitfield |
| Rachel | Whitman |
| Blaine | Whitney |
| Michelle | Whitt |
| James | Whitt |
| Jamie | Whitten |
| Thomas | Whittington |
| Theresa | Whittlesey |
| Paula | Widner |
| Jeremy | Wiedenroth |
| Zachary | Wiener |
| Kristi | Wiese |
| James | Wigler |
| Antowaine | Wilburn |
| Joshua | Wilcox |
| Alice | Wilder |
| benjamin | wiley |

| | |
|---|---|
| Seth | Wiley |
| Khaydorn | Wiley |
| Rodrequis | Wilkes |
| April | Wilkes-Martin |
| Deanna | Wilkins |
| Christopher | Wilkins |
| Henrietta | Wilkins |
| Pedro | Wilks |
| Valerie | Williams |
| Jesse | Williams |
| Shelia | Williams |
| Alicia | Williams |
| Annetta | Williams |
| MICHAEL | WILLIAMS |
| Lindsay | Williams |
| Crystal | Williams |
| Kizzy | Williams |
| Chevonda | Williams |
| Paul | Williams |
| Kendra | Williams |
| Shammua | Williams |
| Rakeim | Williams |
| Latrice | Williams |
| Kyle | Williams |
| Domonique | Williams |
| Jason | Williams |
| Katherin | Williams |
| Ricky | Williams |
| Conell | Williams |
| Linda | Williams |
| Courtney | Williams |
| Adam | Williams |
| Jeremy | Williams |
| Keisha | Williams |
| Ashlea | Williams |
| David | Williams |
| Benjamin | Williams |
| Taggart | Williams |
| Roger | Williams |
| Syneria | Williams |
| Tanner | Williams |
| Derrick | Williams |
| Deveron | Williams |
| Elizabeth | Williams |
| Gregory | Williams |
| Kathy | Williams |
| Shaquayla | Williams |

| | |
|---|---|
| Audrianna | Williams |
| Demetria | Williams |
| Jennifer | Willingham |
| Timothy | Willis |
| Janell | Willis |
| Corey | Willis |
| Julius | Willis |
| Sakina | Willis |
| Steven | Willms |
| Mark | Wills |
| Benjamin | Wilsin |
| Sherrie | Wilson |
| Maxine | Wilson |
| Pamela | Wilson |
| Curfew | Wilson |
| Brandon | Wilson |
| Krista | Wilson |
| Richard | Wilson |
| Lateshia | Wilson |
| Kimberly | Wilson |
| Samantha | Wilson |
| Steven | Wilson |
| Fancy | Wilson |
| Demond | Wilson |
| Hank | Wilson |
| Dahlia | Wilson |
| Rachel | Wilson |
| Jimmy | Wilson |
| Jeremy | Wilson |
| Timothy | Wilson |
| Shatisha | Wilson |
| Cody | Wilson |
| Kara | Wilson |
| Yolanda | Wilson |
| Benjamen | Wilson |
| Ashley | Wilson Adelaja |
| Jessica | Wilson Riles |
| Brittaney | Winbush |
| Roxane | Windbigler |
| Christina | Winn |
| Alexandria | Winslow |
| Cory | Winston |
| James | Winter |
| Jessica | Winters |
| Donna | Wisdom |
| Quindale | Wise |
| Rebecca | Wise |

| | |
|---|---|
| Sabrina | Wiseman |
| George | Woehlke |
| Jill | Wohl |
| Monica | Wohl-Schneider |
| Patrick | Wolf |
| Cynthia | Wolf |
| Timothy | Wolf |
| Latasha | Wolfchild |
| Chris | Wolfe |
| Theresa | Wolle |
| Ezra | Wolverton |
| Joseph | Wommack |
| Marcella | Wood |
| Marcus | Wood |
| Jennifer | Wood |
| Benjamin | Wood |
| Cassandra | Wood |
| Jamie | Wood |
| Jason | Wood |
| Jamie | Woodcock |
| Leah | Woodie |
| Alycia | Woodley |
| Theodore | Woodman |
| Christy | Woods |
| Chrishana | Woods |
| Nicole | Woods |
| Tiffany | Woods |
| Jo Ann | Woods |
| David | Woodward |
| Tina | Word |
| Jared | Workman |
| John | Workman |
| Amanda | Worley |
| James | Worthey |
| Alissha | Worthy |
| Audrey | Wright |
| Antonio | Wright |
| Terry | Wright |
| Heather | Wright |
| Richard | Wright |
| Joshua | Wright |
| Cecynthia | Wright |
| Rayonti | Wright |
| Doug | Wright |
| Amber | Wright |
| Lisa | Wright |
| Paul | Wrysinski |

| | |
|---|---|
| Anne | Wunneburger |
| Robert | Wurzel |
| Michelle | Wyatt |
| Donald | Wyatt |
| Sheryl | Wylie |
| Justin | Wylie |
| Bailey | Wynne |
| Ryan | Wyrosdick |
| Ramona | Xavier |
| Kristin | Yakel |
| Jason | Yale |
| Nina | Yan |
| Sinoun | Yang |
| Lukas | Yant |
| Sameer | Yaqoob |
| Eric | Yazzie |
| Danielle | Yeaton |
| Tyson | Yee |
| Jeff | Yen |
| Francis | Yergatian |
| Glendon | Yerger |
| Akim | Yessoufou |
| Samantha | York |
| Amy | Yost |
| Virginia | Yost |
| Dionne | Young |
| Janea | Young |
| Christopher | Young |
| Jia | Yu |
| Sarah | Yue |
| Travis | Zaborski |
| Kalia | Zachary |
| Jorge | Zapata |
| Benjamin | Zebroski |
| Rob | Zechernitz |
| Richard | Zeff |
| Diane | Zeller |
| Justin | Zetty |
| Martin | Zielinski |
| Daniel | Zielinski |
| Lawrence | Zielinski |
| Katheryn | Zielinski |
| Ashley | Zielinski-Schloegel |
| Jon | Zimmerman |
| Kim | Ziolkowski |
| Bennett | Zmuda |
| Angel | Zuniga |

David                        Zwolinski

# Exhibit 14(V)



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS



1. **Estella Wakat-Aikins,**

   **Objector,**

   v.

2. ATT Inc., Customer Data

   Security Breach Litigation, et al.,

   **Defendants.**

**Case No. 3:24-md-03114-E**

3:24-CV-757

## ENTRY OF APPEARANCE AND OBJECTION

3. Under **28 U.S.C. § 1654**, the undersigned Petitioners appear **pro se** in this action:

4. Estella Wakat-Aikins, █████████████████████████████████████████████████

   Email: ██████████████████

## I. INTRODUCTION AND RELIEF

5. I hereby appear on behalf of myself and Poeboys Salvage Inc., as Vice President, Auto Salvage Inc. located at address ███████████████████████████ Phone: ████████████

6. I enter in this appearance of Objection and request Investigation regarding the missing business phone numbers in the ATT Data Breach account number ████████████ and ████████████ described as phone numbers ████████████ ████████████████████, and ████████ this instant.

## CERTIFICATE OF SERVICE

I, certify that on this *17th* day of *November*, 2025, I placed a true and correct copy of the correspondence titled **ENTRY OF APPEARANCE AND OBJECTION** in the **U.S. Mail**, first-class postage prepaid, and also served the same via **electronic mail**, to the following individuals and offices involved in the matter:

7. **Clerk of Court,** U.S. District Court – Northern District of Texas
   1100 Commerce St., Room 1452, Dallas, TX 75242

Respectfully Submitted,

*Estella Wakat-Aikins*

**Estella Wakat-Aikins, Plaintiff**

████████████████████

Total pages including exhibits _____.

Exhibit 14(W)

Terran Hardy



S. DISTRICT COURT
ERN DISTRICT OF TEXAS
FILED

NOV 1 8 2025

RK, U.S. DISTRICT COURT

Deputy

November 13, 2025

Clerk of the court

United States District Court
1100 Commerce St. Room 1452
Dallas, TX 75242

Letter of Objection, class member ID #

Dear, Clerk of the court

I'm writing this letter to object to the settlement on the grounds that I do not agree with the proposed document loss cash payment amount or any class member benefit stated in the settlement for AT&T settlement class members.  Within the past few months I have had my phone hacked into and received calls and texts from numbers I do not recognize.  While utilizing Google maps to travel I have experienced strange events or occurrences with people in proximity to my physical location that caused me to question if I was being watched or stalked.  These experiences spanned different locations and of course these experiences are frightening and have affected my mental health.

It states in the email I received on August 20, 2025 that certain call records had been unlawfully downloaded from a third party cloud platform.  AT&T has not disclosed which call records of mine were downloaded.  I'm well aware that hackers can use call records that contain metadata that can be used to track a person's whereabouts and routines by analyzing their call history. This information can be used for stalking as well as location tracking and so many other things that negatively impact my privacy.

Since my data was already breached at some point, which AT&T is not disclosing to me when, even after I received my email on August 20, 2025 I still continued to have my phone hacked into and my data compromised even after switching phone lines. Therefore, I do not agree with the proposed benefit amount.  I do not think it will suffice considering everything I have experienced and should be reconsidered for a higher amount.  I'm not using any legal support for this objection.  I have objected to a class

settlement 0 times within 5 years.  I do not intend to personally appear at the final approval hearing.

Sincerely,

Terran hardy

*Terran Hardy*

Clerk of the Court
United States District Court
1100 Commerce St. Room 1452
Dallas, TX 75242

RECEIVED - 2

NOV 18 2025

MAILROOM

Exhibit 14(X)

# Step By Step Health, Inc.
Providing Professional Home Health to Our Communities

83231                    COR0003717

Phyllis Green and Breon Harmon

Date: 11/03/2025

Via Certified Mail

Honorable Judge Ada E. Brown
United States District Court
Northern District of Texas

Re: *Objection to Proposed Settlement, Attorney Fees, Costs, and Service Awards [Docket No 3:24-md-03114-E} AT&T Inc. Customer Data Security Breach Litigation*

Dear Judge Brown, Class Counsel (Kroll), Defendants' Counsel (AT&T Counsel), and Settlement Administrator,

I am writing to formally **object to the proposed Settlement, Attorney Fees, Costs, and Service Awards** in the above-referenced case.

As an affected AT&T customer and a member of the Settlement Class, I have suffered significant and ongoing harm as a result of the data breach and subsequent fraud. I have attached **proof of fraudulent activity and bank statements** showing unauthorized use of my accounts.

Because of these events, I have been **unable to meet critical business financial obligations**, resulting in severe damage to my company's operations and reputation within the community. My **multi-million dollar business has been jeopardized** due to the misuse of my information that originated from this breach.

I submitted a **Fraud Alert with the credit bureaus** and continue to suffer financial, emotional, and professional losses. The proposed settlement terms and awards do not come close to compensating for the magnitude of the damage I have sustained.

**Phyllis Green R.N., Administrator**

# Step By Step Health, Inc.
Providing Professional Home Health to Our Communities

I strongly object to the current settlement structure and the allocation of excessive attorney fees and service awards while victims like myself remain uncompensated for devastating, long-term impacts.

I respectfully request that the Court reconsider or reject the proposed Settlement, Attorney Fees, Costs, and Service Awards as currently presented.

Thank you for your time and attention to my objection. Please confirm receipt of this letter.

Sincerely,
Phyllis Green

Breon Harmon

Enclosures:

- Proof of Fraudulent Activity
- Bank Statements
- Copy of Fraud Alert Submission

**Phyllis Green R.N., Administrator**





In Re: AT&T Inc. Customer Data Security Breach Litigation MDL Docket No. 3:24-md-03114-E - United States District Court for the Northern District of Texas

Please note that certain deadlines related to the Settlement, including the Claim Deadline, Opt-Out Deadline, and Objection Deadline have been updated based on Court's October 3, 2025 Order.

**IF YOU ARE A PERSON IN THE UNITED STATES WHOSE DATA ELEMENTS WERE INCLUDED IN THE AT&T 1 DATA INCIDENT THAT WAS ANNOUNCED ON MARCH 30, 2024, AND/OR ARE AN ACCOUNT OWNER OR LINE OR END USER WHOSE DATA ELEMENTS WERE INVOLVED IN THE AT&T 2 DATA INCIDENT THAT WAS ANNOUNCED ON JULY 12, 2024, YOU MAY BE ELIGIBLE TO RECEIVE SETTLEMENT CLASS MEMBER BENEFITS FROM A CLASS ACTION SETTLEMENT.**

On March 30, 2024, AT&T announced that AT&T-specific fields were contained in a data set released on the dark web ("AT&T 1 Data Incident"). Following AT&T's announcement of the AT&T 1 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. The lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 and captioned, *In re AT&T Inc. Customer Data Sec. Breach Litigation*, MDL Docket No. 3:24–md-03114-E.

Then, on July 12, 2024, AT&T announced a second data incident where certain limited data had been illegally downloaded from an AT&T workspace on a third-party cloud platform hosted by Snowflake, Inc. ("AT&T 2 Data Incident"). Following AT&T's announcement of the AT&T 2 Data Incident, lawsuits were filed against various entities including AT&T entities. The lawsuits were consolidated before Judge Brian Morris in the District of Montana in October 2024 and captioned *In Re Snowflake, Inc. Data Breach Litigation*, MDL Docket No. 3:24-md-3126.

The Parties in the lawsuits concerning both the AT&T 1 Data Incident and the AT&T 2 Data Incident (together, "Actions") agreed in March 2025 to settle the Actions together in the Northern District of Texas before Judge Ada E. Brown. On May 30, 2025, the AT&T 1 Plaintiffs and AT&T 2 Plaintiffs filed the

Consolidated Class Action Complaint against AT&T, asserting claims that arose out of the Data Incidents.

The Parties have settled the Actions in their entirety without any admission of liability or wrongdoing.

**Who is a Settlement Class Member?** There are two Settlement Classes.

1. **AT&T 1 Settlement Class**: All living persons in the United States whose Data Elements (which include some combination of names, addresses, telephone numbers, email addresses, dates of birth, account passcodes, billing account numbers, and Social Security numbers) were included in the AT&T 1 Data Incident, announced on March 30, 2024; AND

2. **AT&T 2 Settlement Class**: AT&T Account Owners or Line or End Users whose AT&T 2 Data Elements were involved in the AT&T 2 Data Incident. AT&T 2 Data Elements means telephone numbers of current and former AT&T customers, including, but not limited to, Account Owners or Line Users, which may have been accessible in the AT&T 2 Data Incident, along with the telephone numbers with which those customers interacted, counts of those interactions, aggregate call durations for a day or month, and for a small subset of individuals, one or more cell site identification numbers associated with the interactions.

Settlement Class Members will be eligible to receive Settlement Class Member Benefits based on the Settlement Class(es) they are in:

- **AT&T 1 Settlement Class**: All AT&T 1 Settlement Class Members are eligible for either a **Documented Loss Cash Payment** or a **Tier 1 or Tier 2 Cash Payment** as follows:
  - **Documented Loss Cash Payment** – Each AT&T 1 Settlement Class Member may submit a Claim for a Documented Loss Cash Payment of **up to $5,000** for losses that occurred in 2019 or later, upon presentation of documentation that the losses are fairly traceable to the AT&T 1 Data Incident; **OR**
  - **Tier Cash Payment** – As an alternative to a Documented Loss Cash Payment, each AT&T 1 Settlement Class Member may submit a Claim for a Tier Cash Payment. A Tier Cash Payment is a *pro rata* share of the AT&T 1 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). There are two types of Tier Cash Payments (Tier 1 Cash Payment and Tier 2 Cash Payment) nd your eligibility for one or the other is based on whether you are a Tier 1 Settlement Class Member or a Tier 2 Settlement Class Member.
    - **Tier 1 Cash Payment** – An AT&T 1 Settlement Class Member who had their Social Security Number ("SSN") included in the AT&T 1 Data Incident (also known as a "Tier 1

Settlement Class Member"), is eligible to make a Claim for a Tier 1 Cash Payment. Tier 1 Cash Payments shall be five (5) times the amount of a Tier 2 Cash Payment.

- **Tier 2 Cash Payment** – An AT&T 1 Settlement Class Member who had their Data Elements included in the AT&T 1 Data Incident, but not their SSN, is eligible to make a Claim for a Tier 2 Cash Payment.

The amount of money that will be available for Settlement Class Member Cash Payments is unknown at this time and will be based upon the total value of all Valid Claims received, the Settlement Administration Costs, and the amount of Court-awarded attorneys' fees, costs, and Service Awards.

- **AT&T 2 Settlement Class:** All AT&T 2 Settlement Class Members are eligible for a **Documented Loss Cash Payment**, and some Settlement Class Members may alternatively choose a **Tier 3 Cash Payment.**

   - **Documented Loss Cash Payment** – Each AT&T 2 Settlement Class Member may submit a Claim for a Documented Loss Cash Payment of **up to $2,500** per AT&T 2 Settlement Class Member for losses that occurred on or after April 14, 2024, upon presentation of documentation that the losses are fairly traceable to the AT&T 2 Data Incident. Account Owners may submit Claims for themselves and on behalf of their End or Line Users.

   - **Tier 3 Cash Payment** – As an alternative to a Documented Loss Cash Payment, Account Owners may submit a Claim for a Tier 3 Cash Payment. A Tier 3 Cash Payment is a *pro rata* share of the AT&T 2 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). The Amount of the Net Settlement available for Settlement Class Member distribution is unknown at this time and will be based upon the amount of the Settlement Administration Costs, the amount of attorneys' fees, costs, and Service Awards, and the number of Valid Claims received from Settlement Class Members.

- **Overlap Settlement Class Member:** An Overlap Settlement Class Member is eligible for Settlement Class Member Benefits as both an AT&T 1 Settlement Class Member and an AT&T 2 ⬤ ⬤ ⬤ ent Class Member. If claiming for a Documented Loss Cash Payment for the AT&T 1 Data Incident and a Documented Loss Cash Payment for the AT&T 2 Data Incident, **the documentation for each Documented Loss Cash Payment must be unique,** meaning a Settlement Class Member may only use the information supporting a Documented Loss Cash Payment once.

 **RESOLUTION OF CORPORATION**
Authority to open accounts, make deposits, and withdraw funds

Account Number: ▮▮▮▮▮▮▮

## I, BREON L HARMON, HEREBY CERTIFY:

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *STEP-BY-STEP SENIOR CARE INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.
- As of 10/03/2014 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.
- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

### AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION
Additional individuals and their signatures may be noted on an attachment, if required.

NAME / TITLE

SIGNATURE SPECIMEN

PHYLLIS L GREEN,
CONSULTANT

E-SIGNed 10/03/2014 by  PHYLLIS L GREEN
*Phyllis Green*

All of us serving you™



U.S. Bank
Customer Confidential

## RESOLUTION OF CORPORATION (CONTINUED)
Authority to open accounts, make deposits, and withdraw funds

### IT IS RESOLVED THAT:

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.

- The authorized agents of the Corporation shall have the authority to:

  - **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.

  - **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.

  - **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.

  - **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.

- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 10/03/2014 (date).

E-SIGNed 10/03/2014 by BREON L HARMON

BREON L HARMON                                                Date
Secretary / Authorized Officer

All of **us** serving you™



U.S. Bank
Customer Confidential

 **bank.**    **SIGNATURE CARD - BUSINESS**

| ACCOUNT TITLE: STEP-BY-STEP SENIOR CARE INC |
|---|

| ADDRESS: | TIN: |
|---|---|
| | PHONE: |
| CITY: STATE: ZIP: | |

TYPE OF BUSINESS: Corporation - S Corp

TYPE OF ACCOUNT: Silver Business Checking

OWNERSHIP: Corporation

| Account Holder Name(s) | Account Number |
|---|---|
| BREON L HARMON, JOO | |

DATE OPENED: 10/03/2014  TIME OPENED: 11:40 AM  OPENED BY: Cynthia R Townsend    OFFICE: 08977

**Certification:** Under penalties of perjury, I certify that:
(1)        ) is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2)    I am a U.S. Citizen or other U.S. person, and
(3)    I am not subject to backup withholding because (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (b) the IRS has notified me that I am no longer subject to backup withholding.
(4)    The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 3 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 3 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 10/03/2014 by    BREON L HARMON

BREON L HARMON                              Date:

**Terms And Conditions:** The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 10/03/2014 by    BREON L HARMON

BREON L HARMON                              Date:

All of **us** serving you™                    Page 1 of 1                    151803046029 276 Form BSIGCD 05/2014

U.S. Bank
Customer Confidential

 **RESOLUTION OF CORPORATION**

Authority to open accounts, make deposits, and withdraw funds

Account Number: ▮▮▮▮▮▮▮▮

## I, BREON L HARMON, HEREBY CERTIFY:

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *STEP-BY-STEP SENIOR CARE INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.

- As of 10/03/2014 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.

- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

### AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION

Additional individuals and their signatures may be noted on an attachment, if required.

NAME / TITLE

SIGNATURE SPECIMEN

BREON L HARMON,
PRESIDENT

E-SIGNed 10/03/2014 by   BREON L HARMON


All of **us** serving you™



151803046029 277 Form BRESCOR 092012

U.S. Bank
Customer Confidential

## RESOLUTION OF CORPORATION (CONTINUED)
Authority to open accounts, make deposits, and withdraw funds

**IT IS RESOLVED THAT:**

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.

- The authorized agents of the Corporation shall have the authority to:

  - **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.

  - **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.

  - **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.

  - **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.

- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 10/03/2014 (date).



E-SIGNED 10/03/2014 by  BRENT L HARMON

BRENT L HARMON                                    Date
(Secretary / Authorized Officer)



Page 2 of 7

1145000000x 277 Form BRES___R

U.S. Bank
Customer Confidential

 **usbank.**

## Business Signature Card Addendum – Add Signer(s)

Account Number :

Account Type : Silver Business Checking
Account Title : STEP-BY-STEP SENIOR CARE INC

Newly Added Signer(s) and Corresponding Relationship Code :

PHYLLIS L GREEN, JOO

The Bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the Bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon the request of the Bank, any customer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the Bank. Refer to resolution file for the authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 10/03/2014 by    BREON L HARMON E-SIGNed 10/03/2014 by    PHYLLIS L GREEN

| BREON L HARMON | | Date | PHYLLIS L GREEN | Date |
|---|---|---|---|---|
| Date | Time | | Banker name/user ID | Branch Number |
| 10/03/2014 | 5:00 PM | | Cynthia R Townsend | |



151803046029  335  Form BSIGAS 08/2013

U.S. Bank
Customer Confidential

# RESOLUTION OF CORPORATION (CONTINUED)

Authority to open accounts, make deposits, and withdraw funds

## IT IS RESOLVED THAT:

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.
- The authorized agents of the Corporation shall have the authority to:

  - **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.

  - **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.

  - **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.

  - **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.

- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 11/22/2016 (date).

E-SIGNed 11/22/2016 by PHYLLIS L GREEN

_____
PHYLLIS L GREEN                                    Date:
(Secretary / Authorized Officer)

U.S. Bank
Customer Confidential

 **usbank.**

# RESOLUTION OF CORPORATION
Authority to open accounts, make deposits, and withdraw funds

Account Number: ██████████

## I, PHYLLIS L GREEN, HEREBY CERTIFY:

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named \*STEP-BY-STEP SENIOR CARE INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.

- As of 11/22/2016 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.

- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

### AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION
Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
|---|---|
| HARRY BASSETT JR, SIGNER | E-SIGNed 11/22/2016 by HARRY BASSETT JR  |

151803046029 277 Form BRESCOR 092012

U.S. Bank
Customer Confidential

 **bank.**

### Business Signature Card Addendum – Add Signer(s)

Account Number :

Account Type : Silver Business Checking
Account Title : STEP-BY-STEP SENIOR CARE INC

Newly Added Signer(s) and Corresponding Relationship Code :

HARRY BASSETT JR, SWL

The Bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the Bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon the request of the Bank, any customer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the Bank. Refer to resolution file for the authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 11/22/2016 by   PHYLLIS L GREEN E-SIGNed 11/22/2016 by   HARRY BASSETT JR

| PHYLLIS L GREEN | | Date | HARRY BASSETT JR | Date |
|---|---|---|---|---|
| Date | Time | | Banker name/user ID | Branch Number |
| 11/22/2016 | 10:51 AM | | Matthew A Haynes | |



151803046029  335  Form BSIGAS 08/2013

U.S. Bank
Customer Confidential

 **bank.**

## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**



### Claim Form for ACH Entries and Electronic Checks

#### ACH Case # ███████

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ██████████, and have determined the transaction error to be:

#### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/01/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____     Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

 **bank.**

## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**



## Claim Form for ACH Entries and Electronic Checks

### ACH Case #

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ███████████, and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/02/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____   Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

   U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

 **bank.**

## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

# us bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case #

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ⬛⬛⬛⬛⬛, and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/01/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

 **bank.**

## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

 **bank.**

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▇▇▇▇▇▇▇

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▇▇▇▇▇ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/02/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Teresa M Maxwell           Date: 03/29/2024

Employee Phone: ██████          Employee Mail Station: ██████

Customer Name: Breon L Harmon          Account Number: ██████

Customer Phone: ██████

Street Address: ██████

City, State Zip: ██████

**Email Request**

Email Address: ██████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/28/2024 | 750.00 | ██████ | CAPITAL ONE |



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/29/2024

Breon L Harmon

RE: Claim Reference # ▇▇▇▇▇ on Account Number ▇▇▇▇▇

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

      Fax:    866.210.6199 or

      Mail:   EP-MN-WN1A
             U.S. BANK
             60 Livingston Avenue
             St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center



## Required Notification of Written Confirmation

We have received your claim dated 03/29/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**



## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮▮, and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/28/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                                    Date: 03/28/2024

Employee Phone: ███████                    Employee Mail Station: ███████

Customer Name: Breon L Harmon                    Account Number: ███████

Customer Phone: ███████

Street Address: ███████

City, State Zip: ███████

**Email Request**

Email Address: ███████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 02/06/2024 | 350.00 | ███████ | CAPITAL ONE |

U.S. Bank Customer Confidential



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon

████████████████████

RE: Claim Reference ████████████ on Account Number ████████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

    Fax:    866.210.6199 or

    Mail:   EP-MN-WN1A
            U.S. BANK
            60 Livingston Avenue
            St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

# ⬛ **us bank.**

## **Claim Form for ACH Entries and Electronic Checks**

### ACH Case # ▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮ and have determined the transaction error to be:

### **(Check Only One Box)**

**A. Unauthorized:**

☐    I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐    The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐    Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐    I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐    I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐    I authorized a payment but ultimately paid the merchant by a different payment method.

☐    A transaction I authorized (described in the table below) is missing from my statement.

☐    I authorized a transaction which debited my account but the recipient has not received it.

☐    I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 02/06/2024 | 350.00 | | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                           Date: 03/28/2024

Employee Phone ███████████            Employee Mail Station: █████████

Customer Name: Breon L Harmon                  Account Number: ████████

Customer Phone: █████████████

Street Address: ██████████████████

City, State Zip: ██████████████████

### Email Request

Email Address: ████████████████

Email the affidavit packet listed below to the customer at the email address above.

### ACH Affidavit Packet

| Transaction Information | | | |
|---|---|---|---|
| **Posting Date** | **Amount** | **Claim Reference #** | **Name of Originating Company** |
| 01/26/2024 | 500.00 | ████████ | CAPITAL ONE |

U.S. Bank Customer Confidential



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/28/2024

Breon L Harmon

RE: Claim Reference # on Account Number

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax:    866.210.6199 or

Mail:   EP-MN-WN1A
        U.S. BANK
        60 Livingston Avenue
        St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

01/2021
ACHCF
CR-18751030

U.S. Bank Customer Confidential

Retention: 2 years

# ⬛ **bank**.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▓▓▓▓▓▓▓▓

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▓▓▓▓▓▓, and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 01/26/2024 | 500.00 | | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                                    Date: 03/28/2024

Employee Phone: ██████                        Employee Mail Station: ██████

Customer Name: Breon L Harmon                              Account Number: ██████

Customer Phone: ██████

Street Address: ██████

City, State Zip: ██████

**Email Request**

Email Address: ██████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

| Transaction Information | | | |
|---|---|---|---|
| **Posting Date** | **Amount** | **Claim Reference #** | **Name of Originating Company** |
| 12/19/2023 | 200.00 | ██████ | CAPITAL ONE |

U.S. Bank Customer Confidential



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon

RE: Claim Reference # ▮▮▮▮▮▮ on Account Number ▮▮▮▮▮▮

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

    Fax:    866.210.6199 or

    Mail:   EP-MN-WN1A
            U.S. BANK
            60 Livingston Avenue
            St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

# us bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮▮ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 12/19/2023 | 200.00 |  | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                                Date: 03/28/2024

Employee Phone: ███████                    Employee Mail Station: ███████

Customer Name: Breon L Harmon                          Account Number: ███████

Customer Phone: ███████

Street Address: ███████

City, State Zip: ███████

**Email Request**

Email Address: ███████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/11/2024 | 750.00 | ███████ | CAPITAL ONE |

U.S. Bank Customer Confidential



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon

███████████████████

RE: Claim Reference # ████████████ on Account Number ████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

       Fax:    866.210.6199 or

       Mail:   EP-MN-WN1A
              U.S. BANK
              60 Livingston Avenue
              St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**



## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮ and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/11/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                           Date: 03/28/2024

Employee Phone: ████                    Employee Mail Station: ████████

Customer Name: Breon L Harmon                    Account Number: ████████

Customer Phone: ████████

Street Address: ████████

City, State Zip: ████████

**Email Request**

Email Address: ████████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/11/2024 | 750.00 | ████ | CAPITAL ONE |

U.S. Bank Customer Confidential



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/28/2024


Breon L Harmon
███████████████████


RE: Claim Reference # ████████  on Account Number ████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist
us with your claim, we ask that one set of claim forms be completed for each originator/merchant and
returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be
notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to
your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

      Fax:    866.210.6199 or

      Mail:   EP-MN-WN1A
            U.S. BANK
            60 Livingston Avenue
            St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers
are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

08/2020
ACHCL

U.S. Bank Customer Confidential



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

# US bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮▮▮, and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/11/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                        Date: 03/28/2024

Employee Phone: ▮▮▮▮▮▮          Employee Mail Station: ▮▮▮▮▮▮

Customer Name: Breon L Harmon                    Account Number: ▮▮▮▮▮▮

Customer Phone: ▮▮▮▮▮▮

Street Address: ▮▮▮▮▮▮

City, State Zip: ▮▮▮▮▮▮

**Email Request**

Email Address: ▮▮▮▮▮▮

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/12/2024 | 168.09 | ▮▮▮▮▮▮ | CENARKANSASWATER |

U.S. Bank Customer Confidential



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/28/2024

Breon L Harmon

█████████████████████

RE: Claim Reference # ████████ on Account Number ██████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

    Fax:    866.210.6199 or

    Mail:   EP-MN-WN1A
            U.S. BANK
            60 Livingston Avenue
            St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

U.S. Bank Customer Confidential



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

## Claim Form for ACH Entries and Electronic Checks

### ACH Case #

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number _____ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/12/2024 | 168.09 | D | CENARKANSASWATER |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                           Date: 03/28/2024

Employee Phone: ███████████          Employee Mail Station: ███████████

Customer Name: Breon L Harmon                  Account Number: ███████████

Customer Phone: ███████████

Street Address: ███████████

City, State Zip: ███████████

## Email Request

Email Address: ███████████

Email the affidavit packet listed below to the customer at the email address above.

## ACH Affidavit Packet

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/12/2024 | 168.09 | ██████████ | CENARKANSASWATER |



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/28/2024

Breon L Harmon

RE: Claim Reference # ▮▮▮▮▮▮ on Account Number ▮▮▮▮▮▮

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

    Fax:    866.210.6199 or

    Mail:   EP-MN-WN1A
            U.S. BANK
            60 Livingston Avenue
            St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

 **bank.**

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

# us bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮, and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/12/2024 | 168.09 | D | CENARKANSASWATER |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

    U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                                    Date: 03/28/2024

Employee Phone: ▮▮▮▮▮                        Employee Mail Station: ▮▮▮▮▮

Customer Name:  Breon L Harmon                      Account Number: ▮▮▮▮▮

Customer Phone: ▮▮▮▮▮

Street Address: ▮▮▮▮▮

City, State Zip: ▮▮▮▮▮

### Email Request

Email Address: ▮▮▮▮▮

Email the affidavit packet listed below to the customer at the email address above.

### ACH Affidavit Packet

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/20/2024 | 750.00 | ▮▮▮▮▮ | CAPITAL ONE |

U.S. Bank Customer Confidential



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/28/2024

Breon L Harmon

RE: Claim Reference # ▮▮▮▮▮ on Account Number ▮▮▮▮

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

      Fax:    866.210.6199 or

      Mail:   EP-MN-WN1A
             U.S. BANK
             60 Livingston Avenue
             St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

U.S. Bank Customer Confidential

 **bank.**

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

# us bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐  I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐  The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐  Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐  I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐  I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐  I authorized a payment but ultimately paid the merchant by a different payment method.

☐  A transaction I authorized (described in the table below) is missing from my statement.

☐  I authorized a transaction which debited my account but the recipient has not received it.

☐  I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/20/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____      Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                                                        Date: 03/28/2024

Employee Phone: ⬛                                          Employee Mail Station: ⬛

Customer Name:  Breon L Harmon                                      Account Number: ⬛

Customer Phone: ⬛

Street Address: ⬛

City, State Zip: ⬛

## Email Request

Email Address: ⬛

Email the affidavit packet listed below to the customer at the email address above.

### ACH Affidavit Packet

| Transaction Information | | | |
| Posting Date | Amount | Claim Reference # | Name of Originating Company |
| --- | --- | --- | --- |
| 03/19/2024 | 750.00 | ⬛ | CAPITAL ONE |

U.S. Bank Customer Confidential



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon

████████████████████

RE: Claim Reference #████████████ on Account Number ████████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

     Fax:   866.210.6199 or

     Mail:  EP-MN-WN1A
             U.S. BANK
             60 Livingston Avenue
             St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

U.S. Bank Customer Confidential

Retention: 2 years



## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮ and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

☐  I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐  The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐  Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐  I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐  I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐  I authorized a payment but ultimately paid the merchant by a different payment method.

☐  A transaction I authorized (described in the table below) is missing from my statement.

☐  I authorized a transaction which debited my account but the recipient has not received it.

☐  I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/19/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                                   Date: 03/28/2024

Employee Phone: ███████                      Employee Mail Station: ███████

Customer Name:  Breon L Harmon                          Account Number: ███████

Customer Phone: ███████

Street Address: ███████

City, State Zip: ███████

**Email Request**

Email Address: ███████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/19/2024 | 750.00 | ███████ | CAPITAL ONE |



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/28/2024

Breon L Harmon

RE: Claim Reference # ▮▮▮▮▮▮ on Account Number ▮▮▮▮▮▮

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

     Fax:    866.210.6199 or

     Mail:   EP-MN-WN1A
           U.S. BANK
           60 Livingston Avenue
           St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

08/2020
ACHCL

U.S. Bank Customer Confidential



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

01/2021
ACHCF
CR-18751030

U.S. Bank Customer Confidential

Retention: 2 years



## Claim Form for ACH Entries and Electronic Checks

### ACH Case #

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number _____ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐   I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐   The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐   Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐   I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐   I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐   I authorized a payment but ultimately paid the merchant by a different payment method.

☐   A transaction I authorized (described in the table below) is missing from my statement.

☐   I authorized a transaction which debited my account but the recipient has not received it.

☐   I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/19/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____   Signature:   _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

**Your legal rights will be affected, and you have a choice to make at this time.**

|  | Summary of Legal Rights | Deadline(s) |
|---|---|---|
| **Submit a Claim Form** | The only way to receive a Settlement Class Member Benefit from the Settlement. | Submitted or postmarked on or before **December 18, 2025.** |
| **Exclude Yourself by Opting-Out of the Class** | Receive no Settlement Class Member Benefit from the Settlement. This is the only option that allows you to keep your right to bring any other lawsuit against Defendants relating to the Actions. | Mailed and postmarked on or before **November 17, 2025.** |
| **Object to the Settlement and/or Attend the Final Approval Hearing** | You can write the Court about why you agree or disagree with the Settlement and/or the Application/s for Attorneys' Fees, Costs, and Service Awards. You can also ask to speak at the Final Approval Hearing on **January 15, 2026 at 9:00 a.m. CT** about the fairness of the Settlement, with or without your own attorney. | Mailed and postmarked on or before **November 17, 2025.** |
| **Do Nothing** | You will not receive any Settlement Class Member Benefits from this class action Settlement. If the Settlement becomes final, you will give up your rights to sue Defendants (or any Released Parties) separately for claims relating to the Actions or to continue to pursue any such claims you have already filed. | N/A |

- Your rights and options as a Settlement Class Member – **and the deadlines to exercise your rights** – are explained on this website.

11/4/25, 11:19 AM          In Re: AT&T Inc. Customer Data Security Breach Litigation MDL Docket No. 3:24-md-03114-E - United States District Court for the ...

- The Court will still have to decide whether to approve the Settlement. Settlement Class Member Benefits to Settlement Class Members will be made only if the Court approves the Settlement and after any possible appeals are resolved.

This website is authorized by the Court, supervised by counsel to the Parties, and controlled by the Settlement Administrator approved by the Court. This is the only authorized website for this case.

**Call:** (833) 890-4930
**Mail:** AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

Submit Claim

Resend Class Member ID

Contact Us

**Important Dates**

**Claim Deadline**
**Thursday, December 18, 2025**

You must submit your Claim Form online at the Settlement Website or by mail with a postmark by December 18, 2025.

**Opt-Out Deadline**
**Mo** ⬤⬤⬤ **ovember 17, 2025**

You must mail your request for exclusion to the Settlement Administrator postmarked on or before November 17, 2025.

In Re: AT&T Inc. Customer Data Security Breach Litigation MDL Docket No. 3:24-md-03114-E - United States District Court f(

**ion Deadline**
**ay, November 17, 2025**

bjections must be mailed to the Clerk of the Court, to the Class Counsel, Defendants' Counsel, and the Settlement administrator with a postmark on or before November 17, 2025.

**Final Approval Hearing**
**Thursday, January 15, 2026**

The Court will hold a Final Approval Hearing on January 15, 2026, at 9:00 a.m. CT.

This website is authorized by the Court, supervised by counsel to the Parties, and controlled by the Settlement Administrator approved by the Court. This is the only authorized website for this case.

**Call:** (833) 890-4930
**Mail:** AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

**Important Dates**

**Claim Deadline**
**Thursday, December 18, 2025**

You must submit your Claim Form online at the Settlement Website or by mail with a postmark by December 18, 2025.

**Opt-Out Deadline**
**Mo'     'ovember 17, 2025**

You must mail your request for exclusion to the Settlement Administrator postmarked on or before November 17, 2025.

In Re: AT&T Inc. Customer Data Security Breach Litigation MDL Docket No. 3:24-md-03114-E - United States District Court

**tion Deadline**
**ay, November 17, 2025**

bjections must be mailed to the Clerk of the Court, to the Class Counsel, Defendants' Counsel, and the Settlement administrator with a postmark on or before November 17, 2025.

---

**Final Approval Hearing**
**Thursday, January 15, 2026**

The Court will hold a Final Approval Hearing on January 15, 2026, at 9:00 a.m. CT.

---

Copyright © 2025 Kroll Settlement Administration LLC - All Rights Reserved. This site is designed and developed by Kroll Settlement Administration LLC – Privacy Polic



//www.telecomdatasettlement.com

9589 0710 5270 3399 1468 13



*Retail*

U.S. POSTAGE PAID
FCM LG ENV
LITTLE ROCK, AR 72205
NOV 04, 2025

10150

**$10.34**

RDC 99

S2324Y502247-85

AT&T Data Incident Settlement

c/o Kroll Settlement Administration LLC

P.O. Box 5324

New York, NY 10150-5324

# Exhibit 14(Y)

## Step By Step Health, Inc.
Providing Professional Home Health to Our Communities

Phyllis Green and Breon Harmon

83231

COR0003718

COR0003718

Date: 11/03/2025

Via Certified Mail

Honorable Judge Ada E. Brown
United States District Court
Northern District of Texas

Re: *Objection to Proposed Settlement, Attorney Fees, Costs, and Service Awards [Docket No 3:24-md-03114-E} AT&T Inc. Customer Data Security Breach Litigation*

Dear Judge Brown, Class Counsel (Kroll), Defendants' Counsel (AT&T Counsel), and Settlement Administrator,

I am writing to formally **object to the proposed Settlement, Attorney Fees, Costs, and Service Awards** in the above-referenced case.

As an affected AT&T customer and a member of the Settlement Class, I have suffered significant and ongoing harm as a result of the data breach and subsequent fraud. I have attached **proof of fraudulent activity and bank statements** showing unauthorized use of my accounts.

Because of these events, I have been **unable to meet critical business financial obligations**, resulting in severe damage to my company's operations and reputation within the community. My **multi-million dollar business has been jeopardized** due to the misuse of my information that originated from this breach.

I submitted a **Fraud Alert with the credit bureaus** and continue to suffer financial, emotional, and professional losses. The proposed settlement terms and awards do not come close to compensating for the magnitude of the damage I have sustained.

**Phyllis Green R.N., Administrator**

# Step By Step Health, Inc.
Providing Professional Home Health to Our Communities

I strongly object to the current settlement structure and the allocation of excessive attorney fees and service awards while victims like myself remain uncompensated for devastating, long-term impacts.

I respectfully request that the Court reconsider or reject the proposed Settlement, Attorney Fees, Costs, and Service Awards as currently presented.

Thank you for your time and attention to my objection. Please confirm receipt of this letter.

Sincerely,
Phyllis Green

Breon Harmon

Enclosures:

- Proof of Fraudulent Activity
- Bank Statements
- Copy of Fraud Alert Submission

**Phyllis Green R.N., Administrator**

11/4/25, 11:19 AM    In Re: AT&T Inc. Customer Data Security Breach Litigation MDL Docket No. 3:24-md-03114-E - United States District Court for the ...

Case 3:24-cv-00757-E    Document 407-1    Filed 12/18/25    Page 338 of 497    PageID 7049



KROLL

# In Re: AT&T Inc. Customer Data Security Breach Litigation MDL Docket No. 3:24-md-03114-E - United States District Court for the Northern District of Texas

**Please note that certain deadlines related to the Settlement, including the Claim Deadline, Opt-Out Deadline, and Objection Deadline have been updated based on Court's October 3, 2025 Order.**

**IF YOU ARE A PERSON IN THE UNITED STATES WHOSE DATA ELEMENTS WERE INCLUDED IN THE AT&T 1 DATA INCIDENT THAT WAS ANNOUNCED ON MARCH 30, 2024, AND/OR ARE AN ACCOUNT OWNER OR LINE OR END USER WHOSE DATA ELEMENTS WERE INVOLVED IN THE AT&T 2 DATA INCIDENT THAT WAS ANNOUNCED ON JULY 12, 2024, YOU MAY BE ELIGIBLE TO RECEIVE SETTLEMENT CLASS MEMBER BENEFITS FROM A CLASS ACTION SETTLEMENT.**

On March 30, 2024, AT&T announced that AT&T-specific fields were contained in a data set released on the dark web ("AT&T 1 Data Incident"). Following AT&T's announcement of the AT&T 1 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. The lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 and captioned, *In re AT&T Inc. Customer Data Sec. Breach Litigation*, MDL Docket No. 3:24-md-03114-E.

Then, on July 12, 2024, AT&T announced a second data incident where certain limited data had been illegally downloaded from an AT&T workspace on a third-party cloud platform hosted by Snowflake, Inc. ("AT&T 2 Data Incident"). Following AT&T's announcement of the AT&T 2 Data Incident, lawsuits were filed against various entities including AT&T entities. The lawsuits were consolidated before Judge Brian Morris in the District of Montana in October 2024 and captioned *In Re Snowflake, Inc. Data Breach Litigation*. MDL Docket No. 3:24-md-3126.

The Parties in the lawsuits concerning both the AT&T 1 Data Incident and the AT&T 2 Data Incident (together, "Actions") agreed in March 2025 to settle the Actions together in the Northern District of Texas before Judge Ada E. Brown. On May 30, 2025, the AT&T 1 Plaintiffs and AT&T 2 Plaintiffs filed the

Consolidated Class Action Complaint. AT&T disclaimed any claim that, throughout these Incidents.

The Parties have settled the Actions in their entirety without any admission of liability or wrongdoing.

**Who is a Settlement Class Member?** There are two Settlement Classes:

1. **AT&T 1 Settlement Class**: All living persons in the United States whose Data Elements (which include some combination of names, addresses, telephone numbers, email addresses, dates of birth, account passcodes, billing account numbers, and Social Security numbers) were included in the AT&T 1 Data Incident, announced on March 30, 2024; AND

2. **AT&T 2 Settlement Class**: AT&T Account Owners or Line or End Users whose AT&T 2 Data Elements were involved in the AT&T 2 Data Incident. AT&T 2 Data Elements means telephone numbers of current and former AT&T customers, including, but not limited to, Account Owners or Line Users, which may have been accessible in the AT&T 2 Data Incident, along with the telephone numbers with which those customers interacted, counts of those interactions, aggregate call durations for a day or month, and for a small subset of individuals, one or more cell site identification numbers associated with the interactions.

Settlement Class Members will be eligible to receive Settlement Class Member Benefits based on the Settlement Class(es) they are in:

- **AT&T 1 Settlement Class**: All AT&T 1 Settlement Class Members are eligible for either a **Documented Loss Cash Payment** or a **Tier 1 or Tier 2 Cash Payment** as follows:
  - **Documented Loss Cash Payment** – Each AT&T 1 Settlement Class Member may submit a Claim for a Documented Loss Cash Payment of **up to $5,000** for losses that occurred in 2019 or later, upon presentation of documentation that the losses are fairly traceable to the AT&T 1 Data Incident; **OR**
  - **Tier Cash Payment** – As an alternative to a Documented Loss Cash Payment, each AT&T 1 Settlement Class Member may submit a Claim for a Tier Cash Payment. A Tier Cash Payment is a *pro rata* share of the AT&T 1 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). There are two types of Tier Cash Payments (Tier 1 Cash Payment and Tier 2 Cash Payment) and your eligibility for one or the other is based on whether you are a Tier 1 Settlement Class Member or a Tier 2 Settlement Class Member.
    - **Tier 1 Cash Payment** – An AT&T 1 Settlement Class Member who had their Social Security Number ("SSN") included in the AT&T 1 Data Incident (also known as a "Tier 1

11/4/25, 11:18 AM    In Re: AT&T Inc. Customer Data Security Breach Litigation MDL Docket No. 3:24-md-03114-E - United States District Court for the

Case 3:24-cv-00757-E  Class Member 407 s  eligible to make a Claim  Page 340 of 497h Page ID 7051

1 Cash Payments shall be five (5) times the amount of a Tier 2 Cash Payment;

- **Tier 2 Cash Payment** – An AT&T 1 Settlement Class Member who had their Data Elements included in the AT&T 1 Data Incident, but not their SSN, is eligible to make a Claim for a Tier 2 Cash Payment.

The amount of money that will be available for Settlement Class Member Cash Payments is unknown at this time and will be based upon the total value of all Valid Claims received, the Settlement Administration Costs, and the amount of Court-awarded attorneys' fees, costs, and Service Awards.

- **AT&T 2 Settlement Class:** All AT&T 2 Settlement Class Members are eligible for a **Documented Loss Cash Payment,** and some Settlement Class Members may alternatively choose a **Tier 3 Cash Payment.**
    - **Documented Loss Cash Payment** – Each AT&T 2 Settlement Class Member may submit a Claim for a Documented Loss Cash Payment of **up to $2,500** per AT&T 2 Settlement Class Member for losses that occurred on or after April 14, 2024, upon presentation of documentation that the losses are fairly traceable to the AT&T 2 Data Incident. Account Owners may submit Claims for themselves and on behalf of their End or Line Users.
    - **Tier 3 Cash Payment** – As an alternative to a Documented Loss Cash Payment, Account Owners may submit a Claim for a Tier 3 Cash Payment. A Tier 3 Cash Payment is a *pro rata* share of the AT&T 2 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). The Amount of the Net Settlement available for Settlement Class Member distribution is unknown at this time and will be based upon the amount of the Settlement Administration Costs, the amount of attorneys' fees, costs, and Service Awards, and the number of Valid Claims received from Settlement Class Members.

- **Overlap Settlement Class Member:** An Overlap Settlement Class Member is eligible for Settlement Class Member Benefits as both an AT&T 1 Settlement Class Member and an AT&T 2 Settlement Class Member. If claiming for a Documented Loss Cash Payment for the AT&T 1 Data Incident and a Documented Loss Cash Payment for the AT&T 2 Data Incident, **the documentation for each Documented Loss Cash Payment must be unique,** meaning a Settlement Class Member may only use the information supporting a Documented Loss Cash Payment once.

 **USbank.**

## RESOLUTION OF CORPORATION
Authority to open accounts, make deposits, and withdraw funds

Account Number: ▮▮▮▮▮▮▮

### I, BREON L HARMON, HEREBY CERTIFY:

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *STEP-BY-STEP SENIOR CARE INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.

- As of 10/03/2014 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.

- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

### AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION
Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
|---|---|
| PHYLLIS L GREEN, CONSULTANT | E-SIGNed 10/03/2014 by  PHYLLIS L GREEN  |

All of **US** serving you™

Page 1 of 2

151803046029  277  Form BRESCOR 092012

U.S. Bank
Customer Confidential

## RESOLUTION OF CORPORATION (CONTINUED)

Authority to open accounts, make deposits, and withdraw funds

## IT IS RESOLVED THAT:

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.

- The authorized agents of the Corporation shall have the authority to:

  - **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.

  - **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.

  - **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.

  - **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.

- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 10/03/2014 (date).

E-SIGNed 10/03/2014 by  BREON L HARMON

BREON L HARMON
(Secretary / Authorized Officer)                                    Date

All of **US** serving you™



1310000000x4.271 From BRSSS094.000012

U.S. Bank
Customer Confidential

 **SIGNATURE CARD - BUSINESS**

| **ACCOUNT TITLE:** STEP-BY-STEP SENIOR CARE INC | |
|---|---|
| ADDRESS: | TIN: |
| | PHONE: |
| CITY:                STATE:        ZIP: | |

TYPE OF BUSINESS: Corporation - S Corp

TYPE OF ACCOUNT: Silver Business Checking

OWNERSHIP: Corporation

| Account Holder Name(s) | Account Number |
|---|---|
| BREON L HARMON, JOO | |

DATE OPENED: 10/03/2014  TIME OPENED: 11:40 AM  OPENED BY: Cynthia R Townsend        OFFICE: 08977

**Certification:** Under penalties of perjury, I certify that:
(1)            is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2)    I am a U.S. Citizen or other U.S. person, and
(3)    I am not subject to backup withholding because (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (b) the IRS has notified me that I am no longer subject to backup withholding.
(4)    The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 3 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 3 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 10/03/2014 by    BREON L HARMON

BREON L HARMON                                Date:

**Terms And Conditions:** The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 10/03/2014 by    BREON L HARMON

BREON L HARMON                                Date:



U.S. Bank
Customer Confidential

 **bank.**

## RESOLUTION OF CORPORATION
Authority to open accounts, make deposits, and withdraw funds

Account Number: ████████

### I, BREON L HARMON, HEREBY CERTIFY:

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *STEP-BY-STEP SENIOR CARE INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.

- As of 10/03/2014 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.

- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

### AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION
Additional individuals and their signatures may be noted on an attachment, if required.

NAME / TITLE                                     SIGNATURE SPECIMEN

BREON L HARMON,                    E-SIGNed 10/03/2014 by    BREON L HARMON
PRESIDENT

All of **us** serving you™                Page 1 of 2                151803046029  277  Form BRESCOR 092012



U.S. Bank
Customer Confidential

# RESOLUTION OF CORPORATION (CONTINUED)

Authority to open accounts, make deposits, and withdraw funds

## IT IS RESOLVED THAT:

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.

- The authorized agents of the Corporation shall have the authority to:

  - **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.

  - **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.

  - **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.

  - **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.

- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 10/03/2014 (date).



E- Signed 10/03/2014 by  BREGN L HARMON

BREGN L HARMON
Secretary / Authorized Officer



Page 2 of 2

1MM0K0M029.TTT | ww.BRESO..........

U.S. Bank
Customer Confidential



# **Business Signature Card Addendum –**
# **Add Signer(s)**

Account Number :

Account Type :  Silver Business Checking
Account Title :   STEP-BY-STEP SENIOR CARE INC

Newly Added Signer(s) and Corresponding Relationship Code :
  PHYLLIS L GREEN, JOO

The Bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the Bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon the request of the Bank, any customer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the Bank. Refer to resolution file for the authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 10/03/2014 by    BREON L HARMON E-SIGNed 10/03/2014 by    PHYLLIS L GREEN

| BREON L HARMON | | Date | PHYLLIS L GREEN | Date |
|---|---|---|---|---|
| Date | Time | | Banker name/user ID | Branch Number |
| 10/03/2014 | 5:00 PM | | Cynthia R Townsend | |



Page 1 of 1

151803046029  335  Form BSIGAS 08/2013

U.S. Bank
Customer Confidential

# RESOLUTION OF CORPORATION (CONTINUED)

Authority to open accounts, make deposits, and withdraw funds

## IT IS RESOLVED THAT:

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.

- The authorized agents of the Corporation shall have the authority to:

  - **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.

  - **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.

  - **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.

  - **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.

- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 11/22/2016 (date).



PHYLLIS L GREEN
(Secretary / Assistant Officer)

U.S. Bank
Customer Confidential

 **bank.**

**RESOLUTION OF CORPORATION**
Authority to open accounts, make deposits, and withdraw funds

Account Number: ▊▊▊▊▊▊▊

## I, PHYLLIS L GREEN, HEREBY CERTIFY:

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *STEP-BY-STEP SENIOR CARE INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.

- As of 11/22/2016 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.

- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

### AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION
Additional individuals and their signatures may be noted on an attachment, if required.

NAME / TITLE                                SIGNATURE SPECIMEN

HARRY BASSETT JR,                    E-SIGNed 11/22/2016 by  HARRY BASSETT JR
SIGNER                                      

151803046029  277  Form BRESCOR 092012

U.S. Bank
Customer Confidential

 **US bank.**

# Business Signature Card Addendum – Add Signer(s)

Account Number :

Account Type : Silver Business Checking
Account Title : STEP-BY-STEP SENIOR CARE INC

Newly Added Signer(s) and Corresponding Relationship Code :

HARRY BASSETT JR, SWL

The Bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the Bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon the request of the Bank, any customer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the Bank. Refer to resolution file for the authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 11/22/2016 by    PHYLLIS L GREEN    E-SIGNed 11/22/2016 by    HARRY BASSETT JR

| PHYLLIS L GREEN | | Date | HARRY BASSETT JR | Date |
|---|---|---|---|---|
| Date | Time | | Banker name/user ID | Branch Number |
| 11/22/2016 | 10:51 AM | | Matthew A Haynes | |

Page 1 of 1



151803046029  335  Form BSIGAS 08/2013

U.S. Bank
Customer Confidential



## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

01/2021
ACHCF
CR-18751030

U.S. Bank Customer Confidential

Retention: 2 years

# **US bank.**

## **Claim Form for ACH Entries and Electronic Checks**

### **ACH Case #** ███████████

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ███████ and have determined the transaction error to be:

### **(Check Only One Box)**

**A. Unauthorized:**

☐   I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐   The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐   Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐   I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐   I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐   I authorized a payment but ultimately paid the merchant by a different payment method.

☐   A transaction I authorized (described in the table below) is missing from my statement.

☐   I authorized a transaction which debited my account but the recipient has not received it.

☐   I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/01/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____   Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419



## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

# us bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮▮ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐  I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐  The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐  Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐  I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐  I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐  I authorized a payment but ultimately paid the merchant by a different payment method.

☐  A transaction I authorized (described in the table below) is missing from my statement.

☐  I authorized a transaction which debited my account but the recipient has not received it.

☐  I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/02/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.


Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

   U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419



## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

U.S. Bank Customer Confidential

Retention: 2 years

# **US bank**

## **Claim Form for ACH Entries and Electronic Checks**

### **ACH Case #** ███████████

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ██████████ and have determined the transaction error to be:

### **(Check Only One Box)**

**A. Unauthorized:**

☐  I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐  The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐  Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐  I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐  I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐  I authorized a payment but ultimately paid the merchant by a different payment method.

☐  A transaction I authorized (described in the table below) is missing from my statement.

☐  I authorized a transaction which debited my account but the recipient has not received it.

☐  I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/01/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____   Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419



## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

# US bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮▮ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/02/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Teresa M Maxwell          Date: 03/29/2024

Employee Phone: █████████         Employee Mail Station: █████████

Customer Name: Breon L Harmon         Account Number: ███████

Customer Phone: █████████████████

Street Address: █████████████████

City, State Zip: █████████████████

**Email Request**

Email Address: ███████████████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/28/2024 | 750.00 | ██████ | CAPITAL ONE |



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/29/2024

Breon L Harmon

█████████████████████

RE: Claim Reference # █████████ n Account Number █████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

      Fax:    866.210.6199 or

      Mail:    EP-MN-WN1A
             U.S. BANK
             60 Livingston Avenue
             St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

08/2020
ACHCL

U.S. Bank Customer Confidential



## Required Notification of Written Confirmation

We have received your claim dated 03/29/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

# US bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮▮▮, and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/28/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____  Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                                        Date: 03/28/2024

Employee Phone: ███████                    Employee Mail Station ███████

Customer Name: Breon L Harmon                              Account Number: ███████

Customer Phone: ███████

Street Address: ███████

City, State Zip: ███████

### Email Request

Email Address: ███████

Email the affidavit packet listed below to the customer at the email address above.

### ACH Affidavit Packet

| **Transaction Information** | | | |
|---|---|---|---|
| **Posting Date** | **Amount** | **Claim Reference #** | **Name of Originating Company** |
| 02/06/2024 | 350.00 | ███████ | CAPITAL ONE |



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon

██████████████████████

RE: Claim Reference # ████████ on Account Number ████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

        Fax:    866.210.6199 or
        Mail:   EP-MN-WN1A
                U.S. BANK
                60 Livingston Avenue
                St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮▮, and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 02/06/2024 | 350.00 | | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                              Date: 03/28/2024

Employee Phone: █████████        Employee Mail Station: █████████

Customer Name: Breon L Harmon                    Account Number: ████████

Customer Phone █████████████████

Street Address: █████████████████

City, State Zip: █████████████████

**Email Request**

Email Address: ████████████████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 01/26/2024 | 500.00 | ████████ | CAPITAL ONE |

U.S. Bank Customer Confidential



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190


03/28/2024


Breon L Harmon

████████████████████████


RE: Claim Reference # ███████████ on Account Number ███████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

      Fax:    866.210.6199 or

     Mail:   EP-MN-WN1A
            U.S. BANK
            60 Livingston Avenue
            St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center


08/2020
ACHCL

U.S. Bank Customer Confidential



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

# US bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▌▌▌▌▌▌▌

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▌▌▌▌▌▌ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 01/26/2024 | 500.00 | | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent Essien                                     Date: 03/28/2024

Employee Phone ███████                      Employee Mail Station: ███████

Customer Name: Breon L Harmon                      Account Number: ███████

Customer Phone: ███████

Street Address: ███████

City, State Zip: ███████

**Email Request**

Email Address: ███████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

| Transaction Information | | | |
|---|---|---|---|
| **Posting Date** | **Amount** | **Claim Reference #** | **Name of Originating Company** |
| 12/19/2023 | 200.00 | ███████ | CAPITAL ONE |



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/28/2024

Breon L Harmon

████████████████

RE: Claim Reference # ███████ on Account Number ████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

      Fax:    866.210.6199 or

      Mail:   EP-MN-WN1A
             U.S. BANK
             60 Livingston Avenue
             St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

# US bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▆▆▆▆▆▆▆

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▆▆▆▆▆▆ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 12/19/2023 | 200.00 | | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                                        Date: 03/28/2024

Employee Phone ███████████                    Employee Mail Station: ███████████

Customer Name: Breon L Harmon                              Account Number: ███████████

Customer Phone: ███████████

Street Address: ███████████

City, State Zip: ███████████

**Email Request**

Email Address: ███████████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/11/2024 | 750.00 | ███████ | CAPITAL ONE |



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/28/2024

Breon L Harmon

████████████████████████████

RE: Claim Reference # ████████ n Account Number ████████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

      Fax:    866.210.6199 or

      Mail:   EP-MN-WN1A
              U.S. BANK
              60 Livingston Avenue
              St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

# US bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/11/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                             Date: 03/28/2024

Employee Phone: ████████                    Employee Mail Station: ████████

Customer Name: Breon L Harmon                      Account Number: ████████

Customer Phone: ████████

Street Address: ████████

City, State Zip: ████████

**Email Request**

Email Address: ████████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/11/2024 | 750.00 | ████████ | CAPITAL ONE |



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/28/2024

Breon L Harmon

RE: Claim Reference #███████ on Account Number ████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

      Fax:    866.210.6199 or

      Mail:   EP-MN-WN1A
            U.S. BANK
            60 Livingston Avenue
            St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

08/2020
ACHCL



### Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

# US bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▓▓▓▓▓▓▓▓

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▓▓▓▓▓▓▓ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/11/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                                   Date: 03/28/2024

Employee Phone: ███████████                    Employee Mail Station: ███████████

Customer Name: Breon L Harmon                         Account Number: ███████████

Customer Phone: ███████████

Street Address: ███████████

City, State Zip: ███████████

**Email Request**

Email Address: ███████████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/12/2024 | 168.09 | ███████████ | CENARKANSASWATER |



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon

████████████████████████

RE: Claim Reference # ████████ on Account Number ████████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

      Fax:    866.210.6199 or

      Mail:   EP-MN-WN1A
           U.S. BANK
           60 Livingston Avenue
           St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

U.S. Bank Customer Confidential



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

01/2021
ACHCF
CR-18751030

U.S. Bank Customer Confidential

Retention  2 years

# US bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▊▊▊▊▊▊▊

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▊▊▊▊▊▊ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/12/2024 | 168.09 | D | CENARKANSASWATER |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien          Date: 03/28/2024

Employee Phone: ███████        Employee Mail Station: ███████

Customer Name:  Breon L Harmon        Account Number: ███████

Customer Phone: ███████

Street Address: ███████

City, State Zip: ███████

**Email Request**

Email Address: ███████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/12/2024 | 168.09 | ███████ | CENARKANSASWATER |



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/28/2024

Breon L Harmon

RE: Claim Reference # [redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

      Fax:    866.210.6199 or

      Mail:   EP-MN-WN1A
             U.S. BANK
             60 Livingston Avenue
             St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

U.S. Bank Customer Confidential



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

01/2021
ACHCF
CR-18751030

U.S. Bank Customer Confidential

Retention  2 years



## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮▮ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/12/2024 | 168.09 | D | CENARKANSASWATER |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.


Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                    Date: 03/28/2024

Employee Phone ████████                 Employee Mail Station: ██████████

Customer Name: Breon L Harmon                  Account Number: ██████

Customer Phone: ████████████

Street Address: ████████████

City, State Zip: ████████████

**Email Request**

Email Address: ████████████████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/20/2024 | 750.00 | ████████ | CAPITAL ONE |



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/28/2024

Breon L Harmon

████████████████████

RE: Claim Reference # ██████████ on Account Number ████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

      Fax:    866.210.6199 or

      Mail:   EP-MN-WN1A
            U.S. BANK
            60 Livingston Avenue
            St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**



## Claim Form for ACH Entries and Electronic Checks

### ACH Case # ▮▮▮▮▮▮▮▮

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number ▮▮▮▮▮▮▮ and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/20/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                                        Date: 03/28/2024

Employee Phone ███████                          Employee Mail Station: ███████

Customer Name: Breon L Harmon                          Account Number: ███████
Customer Phone ███████
Street Address: ███████
City, State Zip: ███████

**Email Request**

Email Address: ███████

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/19/2024 | 750.00 | ███████ | CAPITAL ONE |



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/28/2024

Breon L Harmon

RE: Claim Reference # ▮▮▮▮▮ on Account Number ▮▮▮▮▮

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist
us with your claim, we ask that one set of claim forms be completed for each originator/merchant and
returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be
notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to
your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

> Fax:     866.210.6199 or
>
> Mail:    EP-MN-WN1A
>          U.S. BANK
>          60 Livingston Avenue
>          St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers
are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

U.S. Bank Customer Confidential



## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

01/2021
ACHCF
CR-18751030                                    U.S. Bank Customer Confidential                        Retention: 2 years

# US bank.

## Claim Form for ACH Entries and Electronic Checks

### ACH Case # [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted], and have determined the transaction error to be:

### (Check Only One Box)

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization.  (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on  (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/19/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: _____    Signature: _____

Daytime Phone Number: _____

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Email Affidavit Packet Request ACH

Employee Name: Millicent  Essien                                  Date: 03/28/2024

Employee Phone: ████████████              Employee Mail Station: ████████████

Customer Name: Breon L Harmon                           Account Number: ████████████

Customer Phone: ████████████████████

Street Address: ████████████████████

City, State Zip: ████████████████████

### Email Request

Email Address: ████████████████

Email the affidavit packet listed below to the customer at the email address above.

### ACH Affidavit Packet

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/19/2024 | 750.00 | ████████ | CAPITAL ONE |



Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR  97208-5190

03/28/2024

Breon L Harmon

RE: Claim Reference # ██████    on Account Number ████████

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

        Fax:    866.210.6199 or

        Mail:   EP-MN-WN1A
                U.S. BANK
                60 Livingston Avenue
                St Paul, MN  55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

9589 0710 5270 3399 1467 90

Phyllis Green and Breon Harmon

Retail

USPS

10150

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
LITTLE ROCK, AR 72205
NOV 04, 2025

**$10.04**

S2324Y502247-85

SETTLMENT ADMINISTRATOR

AT&T Data Incident Settlement

c/o Kroll Settlement Administration LLC

P.O. Box 5324

New York, NY 10150-5324

Handle with Care / Fragile

MOISTURE RESISTANT

Recycle If
Clean & Dry

Store
Drop-off

USA ONLY

Remove
From Pouch

howZrecyc

USA ONLY

Exhibit 14(Z)

**Brenda Kee**

11/12/2025]

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 1 8 2025

CLERK, U.S. DISTRICT COURT
By_____

**Clerk of the Court** United States District Court for the Northern District of Texas 1100 Commerce Street, Room 1452 Dallas, TX 75242

### Re: Objection to Settlement in AT&T Data Breach Class Action Case No. 3:24-cv-01248-N

Dear Judge,

I am writing to formally object to the proposed settlement in the AT&T Data Breach Class Action. I am a member of the Overlap Settlement Class and was affected by both the AT&T 1 and AT&T 2 data incidents.

I strongly believe this settlement is unfair for the following reasons:

1. **Attorney Compensation vs. Victim Compensation**: The attorneys involved in this case are set to receive millions of dollars, while those of us whose personal information was exposed are being offered far less. Our identities are out there—we are the ones dealing with the consequences, not the attorneys. It is unjust that they benefit more than the actual victims.
2. **Inadequate Credit Monitoring**: The settlement offers only one year of free credit monitoring. This is not enough. Identity theft and misuse of personal data can continue for many years. Victims should be offered at least ten years of protection to reflect the long-term risks we face.
3. **Real-World Impact**: Because of this breach, people are using our identities. It has made it harder for us to get the credit we deserve. We are dealing with damaged credit reports, fraudulent accounts, and emotional stress. The settlement does not reflect the seriousness of this harm.

I respectfully ask the Court to reconsider the fairness of this settlement and ensure that victims receive meaningful compensation and long-term protection.

Sincerely,
Brenda Kee





Brenda Kee

CLEVELAND OH  440

12 NOV 2025  PM 6  L

RECEIVED
NOV 18 2025
MAILROOM

Clerk of Court United States District Court for Northern
District of Texas
1100 Commerce Street Rm. 1452
Dallas TX 75242

75242-131052

# Exhibit 14(AA)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 18 2025

CLERK, U.S. DISTRICT COURT
By_____
Deputy

Ms. Bagby is a resident of the state of Virginia, was a customer of AT&T June 2022 - October 2025 and is writing to the court to express her disagreement and to object to the AT&T data breach settlement and asks for the opportunity to speak before the court. The scope of her exposure is of imminent risk of harm and continuous tracking of herself, as well as friends and family data and accounts. Ms. Bagby is reserving her human rights to supplement the allegations. Her AT&T account numbers are ▓▓▓▓▓▓▓ and ▓▓▓▓. Ms. Bagby's Class Member ID is ▓▓▓▓▓▓▓▓

She is recognized as an AT&T Class 2 Settlement Member and does not agree to the Class Action Settlement as her data was breached and compromised apart of the AT&T Direct Settlement Class 1, in which all of her personal information, including her name, address, social security number was used to steal her identity. Her AT&T password was compromised on June 6th 2022, the day she moved from Virginia to North Carolina and became an AT&T Mobile and Internet user. This was not confirmed to Ms. Bagby until October 2025. She believes that her data was breached through unauthorized vendor tracking through a Direct TV Stream App, originally installed on her iPhone 13 Pro Max. She used her significant others Direct TV account and has never had Direct TV through an account of her own. Mr. Simms settlement member number is ▓▓▓▓▓▓ In October 2025 Ms. Bagby noticed that even though she had not logged in to the Direct TV App on her phone in years, though the TV Provider was still logged in under Class Member ▓▓▓▓▓▓ account on her device. She had to manually search the TV Provider section on her iPhone 16, scroll down to opt out even though she was not logged in and believes this is the relationship that caused the data breach. Ms. Bagby alleges that the unknown parties used Mr. Simms AT&T and Direct TV account to gain access to her account. Ms. Bagby allege that her and Mr. Simms Google Gmail accounts were breached on March 17th, 2024.

In Sept 2025, Ms. Bagby began to suspect that she was being spied on through her devices and that her devices were compromised after a pattern of frequent text and spam calls. On Sept 10th, 2025 after a 1:1 onboarding 1PM meet an greet lunch with Sales Manager at Marriott International, Ms Bagby received a spam text message from an RCS business account stating "Want to go camping together next time"? Ms. Bagby did not suspect that the Manager sent the text message, but that someone was listening through her devices harassing, intimidating, and stalking her. She is no longer employed at Marriott due to the affect that the stalking, intimidation, and data breach has had on her wellbeing.

In or around July 2024, Ms. Bagby received a call from a private investigator. He claimed that he was calling to investigate Amazon and a product called Active Listening. This was a product that she was familiar during her time at CMG Cox Media Group. He stated that there was a Class Action Lawsuit against Amazon and that the devices were listening to people without there consent. Ms. Bagby asked how the investigator acquired her phone number and he stated he found it on Linkedin. Ms. Bagby let the investigator know that there were four members of the Programmatic team at the time and she did not work with the Active Listening product directly to

confirm any information. She advised that he could reach out to other members of the team who worked with the product during the time, specifically LN and ST. Ms. Bagby believes that all her and Mr. Simms phone logs from June 6th 2022 - September 30th 2022 were accessed unlawfully to gain access to this information.

On October 6th 2025, AT&T Global Fraud Department closed Ms. Bagby AT&T accounts due to her inquiring about an unlocked device that was connected and tracking calls on her phone and mobile account. AT&T stated they cancelled her accounts on Oct 6th due to fraud, and they ran her credit to create a new account. These actions were made without her consent. When questioning AT&T customer service about the data breach, the AT&T associate confirmed and assured that "her data was safe and had not been breached", but Ms. Bagby knew this was not truthful due to the discovery of her personal information being found on the dark web. Ms. Bagby had two account numbers with AT&T and the plan that was being billed every month was AT&T Internet, Home Phone, and TV. Ms. Bagby AT&T also discovered that all AT&T bill statements month over month include North Carolina State taxes and fees. Ms. Bagby cancelled her AT&T Internet in Sept 2023 and should have not have any accounts associated with Internet, UVerse, or Direct TV. On Oct 13th Ms. Bagby called and made a police report due to stalking and her safety being compromised. She purposely turned off the location settings on her iPhone and put her device in Lockdown Mode but the unknown parties were actively attempting to use iCloud addresses to gain access to her physical location and to her iPhone settings. On Oct 18th after multiple attempts from unknown parties attempting to access her physical location and confirmation from an AT&T Manager advisor confirming the fraud, Ms. Bagby cancelled her AT&T account. AT&T let Ms. Bagby know that she would still be responsible for the iPhone and Apple Watch device installment payments.

On Nov 19th, 2025 Ms. Bagby turned on the AT&T device to confirm information about her Progressive account. After using the AT&T device Ms. Bagby turned the AT&T device off. About 20 minutes later, when driving in her vehicle, Ms Bagby received a notification that "Brianna's iPhone was attempting to connect to the Bluetooth" on her car. She hit disconnect immediately. When Ms. Bagby checked the device, named "Brianna's iPhone", she confirmed the iPhone was off and alleges that someone was trying to remotely connect the phone to her vehicle. When she turned the phone back on she confirmed that it was in Airplane mode, signed out of iCloud, and with the line being turned off she unsure how the phone was able to connect to her car. Ms. Bagby alleges the unknown parties are actively attempting to access her location.

In or around Aug 2022 Ms Bagby opened a Wells Fargo Checking and Savings account. During the time Wells Fargo could not verify her identity or phone number and she was unable to send confirmation texts to her phone and link her bank accounts, including her breached Navy Federal account. She reached out to Wells Fargo to try to resolve the issue to no resolve and ultimately did not know the severity of the problem at the time. Ms. Bagby alleges that the unknown parties used her Wells Fargo checking account to gain unauthorized access her PayPal account to create a Progressive Insurance policy in her name, used Best Buy Credit to send a personal ASUS device with Spyware pre installed, and to breach her iCloud Apple Pay to bill month over month to a address

where she has no association, and that Wells Fargo does not recognize. Even after updating Apple Pay with a different Wells Fargo debit cards, Ms. Bagby discovered that the incorrect billing address remained the same in Apple Pay. Ms. Bagby alleges that she is not the true owner of the Apple Pay account.

On Jan 2nd, 2023 Ms. Bagby received an oil change on her vehicle and used her AT&T phone number [redacted] and her email [redacted] In October 2025 Ms Bagby learned that her Microsoft email, also associated with her AT&T billing account had been compromised. Ms. Bagby does not believe that she is the owner of the Progressive account and that in stealing her identity, alleges they have been tracking her through Progressive SnapShot. Month over month the Progressive statement from Wells Fargo were addressed to 'Briaana Bagby' when she was a resident of North Carolina and and 'Brian Brianna Bagby' in the state of Virginia. On Feb 2nd, 2023, the day Ms. Bagby became a Progressive Auto member, someone tried to create a PayPal Credit pay in 4 account her name. When changing her Progressive Policy on April 29th, 2024 Ms. Bagby alleges, the unknown parties cancelled the wrong state insurance plan and was unaware until the state of Virginia reached out to confirm a non lapse of coverage. When investigating and contacting Wells Fargo in Oct 2025 to dispute the Progressive charges, they acknowledged that they only saw Progressive on one monthly statement even though Ms. Bagby has been a member for years. She is working with the fraud dept to have the PayPal and Progressive account closed and opted out of Snapshot in Oct 2025.

In late September 2025, after suspecting her devices may have been compromised Ms. Bagby purchased McAfee to secure her accounts and discovered more fraud. They signed her up for a free trial of up to 5 devices for 5 days. Ms. Bagby did not authorize the free trial with her purchase. The devices that were attached to her personal iCloud included her corporate work device from Merkle and Dentsu and her LG TV devices. Ms. Bagby never authorized the corporate device to be attached to her iCloud and alleges that the unknown parties attached a C Drive on her personal laptop to connect the. Ms. Bagby began her employment with Merkle in November 2023 and alleges her identity was used incorrectly when hired. She believes the hiring was engineered. Ms. Bagby purchased a personal laptop using Best Buy credit around the same time and the device came pre-installed with the Reincarnate app. Early Dec 2023, a screen mirroring app was downloaded to Ms. Bagby AT&T iPhone with her Apple ID. She did not authorize this purchase and was not aware of it until October 2025. Ms Bagby believes they used these purchases to screen mirror her devices and has all of her information in the iCloud, including her 66,000 personal photos and videos, and that the unknown parties have been spying on her since June 2022. On Oct 6th, 2025, the same day AT&T cancelled Ms. Bagby's Mobile and Internet accounts, GlideX,GlideX Service Installer, and ScreenXpert apps were downloaded to her personal device. She noticed numerous apps that should not have been installed on her device including a Remote Desktop connection on 2/27/2025. This was 15 months after the Microsoft Office 365 purchase in 2023 and Ms. Bagby alleges that she was never the owner of her Microsoft email account.

Ms. Bagby was advised to destroy the personal ASUS laptop logged in with her Microsoft email, as when technical support tried to reset it, they made her aware that her email was used but she was not the system administrator. Ms. Bagby alleges that someone gained administrator authority to her Outlook email address and to breach her Gmail email address. When Ms. Bagby updated her AT&T iPhone to the new IOS update in or around Sept 2025, the confirmation welcome message was sent to her Gmail. Ms. Bagby's Gmail email should have no relation to her iCloud. When she reached out to Apple about the issue, the case was escalated to the engineers due to the circumstances. Ms. Bagby has not received confirmation from Apple about the iCloud/ Gmail relationship due to the breached AT&T phone.

Ms. Bagby did confirm with Apple Pay customer service that Apple Pay accounts should not be able to billed if the billing address is incorrect and alleges the owner of the Apple Pay account has access to all of her PII, CPNI, and Private Heath Information. When AT&T closed her accounts on the 6th, she was able to opt out of CPNI tracking and alleges her personal information was still being tracked. When Ms. Bagby transitioned from Cox Media Group to Merkle in 2023, she was unable to update her Health account username. Ms. Bagby was told she would have to use the CMG login information. On Aug 4th, 2025 Ms. Bagbys healthsafe-id United Health Care password was compromised in a Data Breach. On Sept 3rd, 2025 her Apple ID name was changed without authorization from Brianna Bagby to Brianna N. Bagby. Working in advertising operations, Ms. Bagby has been made aware of the dangers of others having her sensitive health information and all of her doctors appointments and health data since 2022 have been accessed without her authorization. In late October 2025 Ms Bagby received a call from Walgreens for a prescription being ready and alleges these were spam calls to access her new device.

In early Oct 2025, Ms. Bagby became of aware of notification from her apartment complex stating that a security company would be coming on site to do inspections. In mid Oct 2025 Ms. Bagby noticed a LG network and LG Bluetooth device attached to her devices and network settings at her apartment. She suspected that these devices were planted. On Nov 14th, 2025 Ms. Bagby inquired about the inspections with the leasing office and questioned if the 3rd party security had physical access to the apartments. The office stated they did not believe so even though the notification placed around the property stated that they would. Ms. Bagby inquired if the inspection was pre planned months or weeks in advance. The leasing team confirmed that they were made aware of the inspection on Oct 6th 2025, the same day AT&T closed Ms. Bagby's mobile and internet accounts. They confirmed the 3rd party security came onsite on Oct 14th, 2025 and that Maintenance was scheduled for Preventative Maintenance on the 11th floor on Oct 22, 2025. Ms. Bagby alleges that her LG device that used her breached iCloud ID have a relationship with the LG Network and that unknown parties are using bluetooth to spy on her. She is working to cancel the lease because she does not feel safe on the property. She alleges that the unknown parties have taken ownership of her Verizon Wifi that she shares with a roommate, after multiple notifications stating that the network is not secure. The Verizon Wifi account is associated with Ms. Bagbys Microsoft Outlook email ▮▮▮▮▮▮▮▮▮▮▮▮ Ms Bagby received multiple notifications

on her devices saying that the Wifi network is not secure, even when trying to access her Vanguard account in the Vanguard app.

Ms. Bagby cancelled her gym membership on Nov 13th due to a 3rd party security company vehicle reader, reading her license plate and denying her access to the gym location on Oct 27th, 2025 the same day she submitted her fraud documentation to AT&T. The 3rd party security company asked Ms. Bagby for her name. Ms. Bagby alleges that her Progressive vehicle information has been compromised to unknown parties.

Ms. Bagby places significant value on her privacy, her dignity, as well as her health and location information. She believes her Human Rights have been violated and are continuing to be violated as a result of the AT&T Data Breach. Ms. Bagby entrusted AT&T to employ reasonable security measures and has spent endless hours investigating, speaking with her banks, personal account customer service, and cancelling credit and bank accounts. In Dec 2023 the unknown parties opened an American Express bank account in her name and attempted to connect to her Wells Fargo account. When AT&T cancelled mobile and internet accounts on Oct 6th, 2025 Ms. Bagby later received notification that Bitcoin had been withdrawn from the account associated with her AT&T phone number. Ms. Bagby does not have Bit Coin. All Credit freezes have been implemented and Ms. Bagby believes that her TransUnion, Experian, and Credit Karma accounts have been breached.

Ms. Bagby continues to experience severe emotional distress and well founded fear due to her PII, CPNI, and Personal Health Information being in the hands of the unknown on the dark web and her physical location actively being stalked. Ms. Bagby has filed multiple police reports due to the actions of the data breach and believes that she is the victim of an orchestrated engineering privacy breach. Ms. Bagby alleges that the March 2024 Data Breach announcement has everything to do with the July 2024 Data Breach announcement. Ms. Bagby has been severely injured as affect of the actions of the parties involved and the damage and loss is immeasurable. She objects to the AT&T Data Breach Settlement.

Bine Ave Bagby

November 17, 2025

Extremely Urgent

This envelope is for use with the following services:

UPS Next Day Air
UPS Worldwide Express
UPS 2nd Day Air

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

BRIANNA N BAGBY

1 LBS        1 OF 1
SHP WT: 1 LBS
DATE: 17 NOV 2025

SHIP    CLERK OF DIST COURT AND ADA BROWN
TO:     US DIST COURT FOR N DIST OF TEXAS
        RE  AT&T LITIGATION
        1100 COMMERCE STREET

DALLAS TX 75242-1001

TX 752 9-40

**UPS NEXT DAY AIR**                        **1**

TRACKING #: 1Z E22 966 A2 8877 9066

BILLING: P/P
ADULT SIGNATURE REQUIRED - MIN 21

REF #1: jt
REF #2: loca

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground®**
**UPS Standard®**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

RECEIVED
NOV 18 2025

Serving you for more than 100 years
United Parcel Service.



01880250709  08/21  United Parcel Service

100% Recycled fiber
80% Post Consumer

# Exhibit 14(BB)



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 21 2025

CLERK, U.S. DISTRICT COURT
By_____
Deputy

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISIONS**

IN RES: AT&T INC. CUSTOMER ]
DATA SECURITY BREACH ]
LITIGATION ]
]
]

CASE NO. 3:24-CV-00757-E

MDL DOCKET NO. 3:24-MD-03114-E

**OBJECTION TO THE CLASS SETTLEMENT**

**A. IDENTITY OF THE OBJECTOR**

Objector's Name:  Lisa Axelrod

Objector's Address:

Objector's Email:

AT&T Phone No.

**B. GROUNDS FOR OBJECTION**

1. <u>The Settlement Amount Is Too Low</u>

The total settlement amount, and individual compensation available to settlement class members is excessively low and disproportionate to the scale and duration of the harm. In this case, AT&T members were subjected to two Data breach incidents where customers' personal and sensitive information was compromised. Most individual members had their compromised information ended up for sale or trade on the dark web. Many members experienced both data breach incidents and had their information compromised multiple times. The settlement amount and distribution scheme does not adequately compensate members for original breach and does not further compensate those members who experienced multiple breaches.

2. <u>Settlement Does Not Adequately Compensate For Actual Harms Caused.</u>

The total settlement amount and individual compensation available to settling class members does not adequately compensate for individual members for actual harm caused. As stated above. AT&T members experienced multiple data breaches which lead to their sensitive personal information, including date of birth and social security numbers, being posted on the dark web. Once their information was on the dark web, members experienced identity theft, impact to their credit report and credit score, and an impermissible invasion of privacy. Further, the personal information released on the dark web was not removed and could potentially still be available to individuals with nefarious purposes. This settlement does not adequately address the harm suffered by AT&T members, nor does it adequately address the risk of ongoing harms including identity theft, and adverse credit implications.

### C. OBJECTOR'S OBJECTION HISTORY

The undersigned objector has not filed an objection on any class action and/or class settlement within the last five years.

### D. OBJECTORS' COUNSEL

Objector's Counsel is: Potter Handy, LLP, 100 Pine St. Ste 1250. San Francisco, CA 94111. Counsel appearing at Final Order Hearing will be Krista R. Hemming, SBN 304213. Potter Handy, LLP's class action division has been operating with expertise since 2019. Potter Handy has worked on class litigation that includes wage and hours, misclassification, and consumer class actions such as privacy and data breaches. Potter Handy, LLP contingency fee agreement provide for reimbursement of costs, and a contingency fee of 40% (forty percent) of any recovery. To date, counsel has invested over 20 hours on the AT&T data breach incidents, and over 5 (five) hours on this individual case.

### E. SUGGESTED DATES

Objector is available at AT&T's request. Objector requests defense counsel meet and confer with Objector's counsel regarding dates for a remote deposition.

### F. POTENTIAL WITNESSES

The undersigned objector will appear on her own behalf at the final approval hearing. However, due to Objector's location being outside of Texas, she cannot appear in person. Objector would, therefore, appear remotely via zoom or other virtual meeting platform.

Date: 11/17/2025

*Lisa Axelrod*

C039DA4006DE64CDDDD244D544F910D8

Objector: Lisa Axelrod

## SERVICE LIST

ATTN: clerk of the court
1100 Commerce St. room 1452
Dallas Tx 75242

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

W. Mark Lanier
The Lanier Law Firm, P.C.
10940 W. Sam Houston Pkwy N. Suite 100
Houston, Texas 77064

Jeff Ostrow
Kopelowitz Ostrow P.A.
1 West Law Olas Bld. Suite 500
Fort Lauderdale, FL 33301

Shauna Itri
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, NJ 07660

J. Devlan Geddes
GOETZ, GEDDES & GARDNER P.C.
35 N. Grand Avenue
Bozeman, MT 59715

James E. Cecchi
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068

Raph Graybill
GRAYBILL LAW FIRM, PC
300 4th Street North
Great Falls, MT 59401

Jean Sutton Martin
MORGAN & MORGAN
201 N Franklin Street 7th Floor
Tampa, Florida 33602

John Heenan
HEENAN & COOK, PLLC
1631 Zimmerman Trail
Billings, MT 59102

Jason S, Rathod
MIGLIACCIO & RATHOD LLP
412 H Street NE, Suite 302
Washington, DC 20002


Sean S. Modjarrad
MODJARRAD ABUSAAD & SAID
212 w. Spring Valley Road.
Richardson, Texas 75081

C. Shawn Cleveland
Tamara D. Baggett
BAKER HOSTETLER LLP
2850 N. Harwood Street, Suite 1100
Dallas, TX 75201

Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Ave., NW, Suite 1100
Washington, DC 20036

Michael W. McTigue, Jr.
Meredith C. Slawe
Skadden Arps Slate Meagher & Flom LLP
One Manhattan West New York, NY 10001

Gregg J. Costa
GIBSON DUNN
811 Main St., Suite 3000
Houston, TX 77002

$0.99 0
US POSTAGE IMI
FIRST-CLASS
063S0014950512
FROM 77546

BRON TR. ONE

HOUSTON TX RPDC 773

17 NOV 2025 PM 3 L

Potter Handy LLP
1410 E. Winding Way, Suite B
Friendswood, Texas 77546

ATTN: Clerk of The Court
1100 Commerce St. Room 1452
Dallas, TX 75242

75242-131052

Exhibit 14(CC)

Nydia Quezada



AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION MDL DOCKET
NO. 3:24-md-03114-E- UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

11-17-2025

Dear Jeff Ostrow,

As an approximate ten-year loyal customer to AT&T, I am my objection in
regard to the settlement and the Application for Attorney's fees, cost and
ServiceAwards offered for two data security breaches, which occurred in
2021 and 2024. This settlement offer does not begin to cover the damages it
has caused. The breach caused identity theft, financial instability, and
homelessness. I have repeatedly tried to repair the severe damage done by
the security breach and have been unsuccessful. Under the circumstances I
could not afford to retain an expert or professional to repair the damage
caused by this breach.

The breach at hand created such a severe effect to my identity, it has made it
difficult to live and survive. My identity was used to purchase health
insurance online through Health Market, through multiple devices I bought
from AT&T, and were linked together, my social media was hacked and
gained control, bank accounts were compromised, my Uber account was
hacked and almost gained control, and my Uber and Door Dash accounts
were compromised. Uber had to do an internal investigation on my identity
so I could continue driving. Door Dash and Uber are the most recent income I
have.

At this time, I would like to ask the court if I could be present at the Final
Approval hearing so I may present my case to the court on January 15, 2026.

I look forward to speaking at the hearing and how we can resolve this matter.


Sincerely,


Nydia Quezada



Koplowitz Ostrow P.A.
Jeff Ostrow
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL
33301-92625

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
17 NOV 2025 PM 2

# Exhibit 14(DD)

COR0004456

COR0004456

# COVER PAGᴇ

**AT&T DATA INCIDENT SETTLEMENT
OBJECTION & OPT-OUT SUBMISSION**

**MDL Nos. 3:24-md-03114-E & 3:24-md-3126**
United States District Court
Northern District of Texas

## Submitted By:

**AISHA WRIGHT**



## Documents Included:

1. **Objection to Proposed Settlement**

2. **Notarization Page – Objection**

3. **Opt-Out Request (Request for Exclusion)**

4. **Notarization Page – Opt-Out**

5. **Declaration of Aisha Wright**

**Date Submitted:** _____

**Final Approval Hearing:** January 15, 2026 – 9:00 a.m. CT
Before the Honorable **Ada E. Brown**, U.S. District Judge

November 14, 2025

Clerk of the Court
United States District Court for the Northern District of Texas
Attn: Judge Ada E. Brown
1100 Commerce Street
Dallas, TX 75242

and

AT&T Data Incident Settlement
c/o Kroll Settlement Administration, LLC
P.O. Box 5324
New York, NY 10150-5324

and

Class Action Counsel:
Jeff Ostrow
Kopelowitz Ostrow P.A.
1 West Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301-1928

and

Defendant Counsel:
Lisa Ghannoum
1050 Connecticut Ave. NW
Washington, DC 20036

Re: Objection to Class Settlement
In re AT&T Inc. Customer Data Security Breach Litigation
MDL No. 3:24-md-03114-E (N.D. Tex.)
and
In re Snowflake, Inc. Data Breach Litigation
MDL No. 3:24-md-3126

# OBJECTION OF AISHA WRIGHT TO PROPOSED CLASS ACTION SETTLEMENT

I, Aisha Wright, submit this written objection to the proposed class action settlement involving the AT&T 1 and AT&T 2 Data Incidents.

## 1. Personal Information

- Name: **Aisha Wright**
- Address: ███████████████████
- Phone: ██████████
- Email: ████████████
- I am a member of both Settlement Classes.

## 2. Individual Lawsuit Pending

I have an independent lawsuit already filed:

**Wright v. AT&T Inc.**,
Case No. **4:24-cv-03703**,
U.S. District Court for the Southern District of Texas, Houston Division.

This settlement should **not** extinguish or release my individual claims.

## 3. Grounds for Objection

I object because:

1. **The compensation is inadequate** for the severity of harm.

2. **Damage caps** ($2,500–$5,000) and Tier payments are insufficient.

3. AT&T experienced **two breaches**, showing repeated failure to protect customer data.

4. Punitive damages are appropriate under case law such as:

   - *BMW v. Gore*, 517 U.S. 559 (1996)

   - *State Farm v. Campbell*, 538 U.S. 408 (2003)

   - *In re Equifax Data Breach*, 362 F. Supp. 3d 1295 (N.D. Ga. 2019)

5. The settlement includes an **overbroad release** that would unfairly impact my pending lawsuit.

## 4. Request for Relief

I request the following:

- My individual claims **must not be released**, extinguished, or affected by the settlement.

- I request damages of **$800,000** separate from the class settlement.

- I reserve my right to appear at the **Final Approval Hearing on January 15, 2026.**

**Respectfully Submitted,**

Aisha Wright
Date: 11/14/2025

## NOTARIZATION

State of TX
County of Harris

Subscribed and sworn to before me on this 14th day of November, 2025,
by **Aisha Wright**, who personally appeared before me, proved her identity,
and affirmed that the above Objection Letter is truthful and submitted by her.

Notary Public Signature
(Seal)
Notary Public, State of Texas
Comm. Expires 10-06-2028
Notary ID 132712117

My Commission Expires: 10/06/2028

# 2. SEPARATE OPT-OUT LETTER

*Send this separately to ensure you protect your individual lawsuit.*

**November 14, 2025**

**AT&T Data Incident Settlement**
c/o Kroll Settlement Administration, LLC
P.O. Box 5324
New York, NY 10150-5324

Re: **Request for Exclusion (Opt-Out)**
**In re AT&T Inc. Customer Data Security Breach Litigation**,
MDL No. **3:24-md-03114-E**

and

**In re Snowflake, Inc. Data Breach Litigation**,
MDL No. **3:24-md-3126**

# FORMAL REQUEST FOR EXCLUSION FROM THE CLASS SETTLEMENT

I, **Aisha Wright**, hereby request to **OPT OUT** of the proposed class action settlement for the AT&T 1 and AT&T 2 Data Incidents.

## Personal Information

- Name: **Aisha Wright**

- Address:

- Phone:

- Email:

## Reason for Opt-Out

I have filed an **individual lawsuit**, which I intend to continue litigating:

**Wright v. AT&T Inc.**,
Case No. **4:24-cv-03703**,
U.S. District Court for the Southern District of Texas.

I do **not** want to be bound by the class settlement or its release of claims.
I want to **preserve all of my legal rights** to pursue individual relief.

## Affirmation

Please accept this letter as my **full and complete request to be excluded** from the Settlement Class.

# Respectfully Submitted,

Aisha Wright
Date: 11/14/2025

# DECLARATION OF AISHA WRIGHT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

Case No.: **4:24-cv-03703**

I, Aisha Wright, declare as follows:

1. I am the Plaintiff in the above-captioned action, **Wright v. AT&T Inc.**, Case No. 4:24-cv-03703, and I make this declaration based on my personal knowledge.

2. I have been an AT&T customer since 2018. My personal and account information was compromised in both the **AT&T 1 Data Incident (March 30, 2024)** and the **AT&T 2 Data Incident (July 12, 2024)**.

3. As a result of these breaches, I have suffered, and continue to suffer, harm including:

   - Exposure of my private data

   - Risk of identity theft and fraud

   - Emotional distress

   - Financial and time burdens associated with mitigating these risks

4. I have submitted an **objection to the class settlement** and a **request for exclusion (opt-out)** to ensure that my individual claims are not released or extinguished by the class settlement.

5. I intend to continue pursuing my claims individually against AT&T and any other relevant parties for damages, including but not limited to **compensatory and punitive damages** for breach of contract, negligence, and data privacy violations.

6. I declare that the statements in this declaration are true and correct to the best of my knowledge and belief.

Executed this 14 day of November, 2025, at Humble, Tx  Harris County

**Aisha Wright, Declarant**

## Optional Notarization (if required)

STATE OF TX
COUNTY OF Harris

Subscribed and sworn to before me on this 14th day of November 2025 by **Aisha Wright**, who personally appeared and affirmed the truth of this declaration.

Notary Public
(Seal)
ASHLEY GUERRA
Notary Public, State of Texas
Comm. Expires 10-06-2028
My Commission Expires 10/06/2028

a. Wright



**Retail**

U.S. POSTAGE PAID
FCM LG ENV
HUMBLE, TX 77338
NOV 14, 2025

UNITED STATES
POSTAL SERVICE

10150

**$11.60**

**RDC 99**

S2324M506417-8

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 0009 9842 78

Data Incident Supplement
C/O KROLL Settlement admin.
P. O. BOX 5324
New York, NY 10150-5324

Exhibit 14(EE)

**To: Clerk of the Court**

**United States District Court**

**1100 Commerce St. Room 1452**

**Dallas, Texas 75242**          **November 10, 2025**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 2 0 2025

CLERK, U.S. DISTRICT COURT
By_____
           Deputy

**I am Claudia H. Wright, Class Member** ▮▮▮▮▮▮▮▮▮▮

**The reason I am writing to the United States District Court**
**1100 Commerce St. Room 1452, Dallas Texas 75242 is because I do**
**not agree with the Settlement Award that I would receive for this ATT**
**breach.**
**I am attaching proof that the Dark Web has access to my credit report**
**that was brought to my attention from my bank,** JPMorgan Chase Bank,
N.A.

**You can see how many times the Dark Web has entered my Credit**
**Report from reading the documents I have included.**
**The Dark Web has all my personal information.**
**You can read the documents where the Dark Web has accessed my**
**Credit Report and my Social Security account.**
**This breach will affect me for the rest of my life.**

**We do not know all the ways the Dark Web will use my personal**
**information.**
**I am sure there will be other intrusions by the Dark Web on my credit**
**reporting; it looks like they hit it every month.**
**I don't think this intrusion can be repaired. I do not know how to**
**protect myself in the future from the Dark Web using my personal**
**information.**

**Since the Dark Web has my Social Security number and other personal**
**information, I feel they could**

- **Attach my payments I receive from Social Security**
- **Attach my yearly Tax Refunds**

- *Effect my credit score, which I feel they already have done because my husband's credit score is 70 points higher than mine with the exact same accounts.*
- *I feel all the hits from the Dark Web on my credit score have brought down my credit score which is affecting me now. I have been denied credit since last year because of my low score.*
- *I have received numerous emails from phony PayPal address that says I have purchased thousands of dollars of items I have not. PayPal is having me send these phony addressed emails to them to investigate.*
- *I have had charges on my Lowes account billed to me that I did not purchase. Lowes investigation has stated they did not send me those emails and fixed the charges. All of this has just happened since last year.*

*I would like the Judge to hear and review all my damages to my Life evident through the documentation on Credit Report and Social Security account from the ATT breach.*

*Sincerely,*
*Claudia H. Wright*

 **Deposit Account Balance Summary**

11/14/2025

Requestor information:

CLAUDIA H WRIGHT


JPMorgan Chase Bank, N.A.
Cohasset Rd and East Ave
850 East Ave
CA1-4896
Chico, CA 95926

| Summary of Deposit Account | | | | |
|---|---|---|---|---|
| Account Number | Account Type | Open Date | Current Balance | Avg Balance (12 mos) |
| | Chase Premier Plus Checking | 10/19/2012 | $2,570.00 | $3,062.00 |
| Customer Information | | | | |
| CLAUDIA H WRIGHT | | Primary Joint Or | | |
| CHARLES MICHAEL WRIGHT | | Secondary Joint Or | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Deposit Account Balance Summary request completed by:

JESUS CASTELLANOS
(614) 248-5800
Cohasset Rd and East Ave

**PLEASE NOTE THAT THE INFORMATION PROVIDED IN THIS LETTER WILL BE THE ONLY INFORMATION RELEASED BY JPMorgan Chase, N.A.**

This letter is written as a matter of business courtesy, without prejudice, and is intended for the confidential use of the addressee only. No consideration has been paid or received for the issuance of this letter. The sources and contents of this letter are not to be divulged and no responsibility is to attach to this bank or any of its officers, employees or agents by the issuance or contents of the letter which is provided in good faith and in reliance upon the assurances of confidentiality provided to this bank. Information and expressions of opinion of any type contained herein are obtained from the records of this bank or other sources deemed reliable, without independent investigation, but such information and expressions are subject to change without notice and no representation or warranty as to the accuracy of such information or the reliability of the sources is made or implied or vouched in any way. This letter is not to be reproduced, used in any advertisement or in any way whatsoever except as represented to this bank. This bank does not undertake to notify of any changes in the information contained in this letter. Any reliance is at the sole risk of the addressee.



**CHASE** ⬡

**Deposit Account Balance Summary**

11/14/2025

Requestor information:

CLAUDIA H WRIGHT

████████████████████████

JPMorgan Chase Bank, N.A.
Cohasset Rd and East Ave
850 East Ave
CA1-4896
Chico, CA 95926

| Summary of Deposit Account | | | | |
|---|---|---|---|---|
| **Account Number** | **Account Type** | **Open Date** | **Current Balance** | **Avg Balance (12 mos)** |
| ████████ | Chase Secure Banking | 10/30/2013 | $0.85 | $0.00 |
| **Customer Information** | | | | |
| CLAUDIA H WRIGHT | | Sole Owner | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Deposit Account Balance Summary request completed by:

JESUS CASTELLANOS
(614) 248-5800
Cohasset Rd and East Ave

**PLEASE NOTE THAT THE INFORMATION PROVIDED IN THIS LETTER WILL BE THE ONLY INFORMATION RELEASED BY JPMorgan Chase, N.A.**

This letter is written as a matter of business courtesy, without prejudice, and is intended for the confidential use of the addressee only. No consideration has been paid or received for the issuance of this letter. The sources and contents of this letter are not to be divulged and no responsibility is to attach to this bank or any of its officers, employees or agents by the issuance or contents of the letter which is provided in good faith and in reliance upon the assurances of confidentiality provided to this bank. Information and expressions of opinion of any type contained herein are obtained from the records of this bank or other sources deemed reliable, without independent investigation, but such information and expressions are subject to change without notice and no representation or warranty as to the accuracy of such information or the reliability of the sources is made or implied or vouched in any way. This letter is not to be reproduced, used in any advertisement or in any way whatsoever except as represented to this bank. This bank does not undertake to notify of any changes in the information contained in this letter. Any reliance is at the sole risk of the addressee.

Credit   [ Alerts ]   Offers        Insights    Support

## Alert Inbox

| | | |
|---|---|---|
| ⑤ | **Credit limit change**<br>COMENITYBANK/CAESARS | 09/29/2025 |
| ♡ | **Dark web** | 03/09/2025 |
| ⊕ | **Credit usage change**<br>USAA FEDERAL SAVINGS B | 02/23/2025 |
| ⊕ | **Credit usage change**<br>USAA FEDERAL SAVINGS B | 01/26/2025 |
| ▭ | **New bank/credit card**<br>USAA FEDERAL SAVINGS B | 12/26/2024 |
| ♡ | **Dark web** | 12/26/2024 |
| ♡ | **Dark web** | 12/26/2024 |
| ⊨ | **Dormant account activity**<br>SYNCB/JCP | 12/16/2024 |
| 📢 | **New credit inquiry**<br>USAA SAVINGS BANK | 11/23/2024 |
| ▭ | **Credit limit change**<br>SYNCB/JCP | 11/14/2024 |
| ▭ | **Credit limit change**<br>ELAN FIN SVCS/FIDELITY | 10/06/2024 |
| ⊕ | **Credit usage change**<br>ELAN FIN SVCS/FIDELITY | 10/06/2024 |
| ⑤ | **Credit limit change**<br>COMENITYBANK/CAESARS | 10/02/2024 |

| | | |
|---|---|---|
| Credit limit change<br>SYNCB/JC PENNEY DC | | 09/24/2024 |
| New credit inquiry<br>JPMCB CARD SERVICES | | 09/11/2024 |
| New credit inquiry<br>DISCOVER FINANCIAL SERVICES | | 09/11/2024 |
| Data breach<br>Social Security number | | 08/28/2024 |
| Data breach<br>Social Security number | | 08/28/2024 |
| Data breach<br>Social Security number | | 08/28/2024 |
| Data breach<br>Social Security number | | 08/28/2024 |
| Data breach<br>Social Security number | | 08/28/2024 |
| Data breach<br>Social Security number | | 08/28/2024 |
| Data breach<br>Social Security number | | 08/28/2024 |
| Credit usage change<br>COMENITYBANK/CAESARS | | 08/15/2024 |
| Credit usage change<br>ELAN FIN SVCS/FIDELITY | | 08/11/2024 |
| Credit balance change<br>ELAN FIN SVCS/FIDELITY | | 08/11/2024 |

## What we monitor

Learn more about how we can monitor your credit information.

View details >

We'll store your alerts for 2 years. Any activity older than 2 years will be on your credit report.

Help and Support | Terms and Conditions | SiteMap | Privacy Policy | Unenroll

**Additional Information**

VantageScore® 3.0, with scores ranging from 300 to 850, is a user-friendly credit score model developed by the three major nationwide credit reporting agencies, Experian®, TransUnion®, and Equifax®. VantageScore 3.0 is used by some but not all lenders. Higher scores represent a greater likelihood that you'll pay back your debts so you are viewed as being a lower credit risk to lenders. A lower score indicates to lenders that you may be a higher credit risk.

There are three different major credit reporting agencies, Experian, TransUnion and Equifax, that maintain a record of your credit history known as your credit file. Credit scores are based on the information in your credit file at the time it is requested. Your credit file information can vary from agency to agency because some lenders report your credit history to only one or two of the agencies; so your credit scores can vary if the information they have on file for you is different. Since the information in your file can change over time, your credit scores also may be different from day to day. Different credit scoring models can also give a different

assessment of the credit risk (risk of default) for the same consumer and same credit file.

There are different credit scoring models which may be used by lenders and insurers. Your lender (including Chase) may not use VantageScore 3.0, so don't be surprised if your lender gives you a score that's different from your VantageScore. (And your VantageScore 3.0 may differ from your score under other types of VantageScores). Just remember that your associated risk level is often the same even if the number is not. For some consumers, however, the risk assessment of VantageScore 3.0 could vary, sometimes substantially, from a lender's score. If the lender's score is lower than your VantageScore 3.0, it is possible this difference can lead to higher interest rates and sometimes credit denial.

The credit scores presented in Credit Journey are not so-called FICO scores, and follow the VantageScore 3.0 consumer credit scoring model, which is not affiliated with Fair, Isaac and Company. The credit scores presented in Credit Journey may not be identical in every respect to any consumer credit scores provided by any other company.

The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company under group or blanket policy(ies). The description herein is a summary and intended for informational purposes only and does not include all terms, conditions and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions. Review the Summary of Benefits.

Investment products and services are offered through **J.P. Morgan Securities LLC** (JPMS), a Member of FINRA and SIPC.

**INVESTMENT AND INSURANCE PRODUCTS ARE: NOT A DEPOSIT • NOT FDIC INSURED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NO BANK GUARANTEE • MAY LOSE VALUE**



U.S. POSTAGE PAID
FCM LG ENV
CHICO, CA 95928
NOV 14, 2025

$7.20
S2324E5O3123-46

75242

Retail

RDC 99

9589 0710 5270 1794 0099 00

Claudia Wydel

Clerk of the Court
United States District Court
1100 Commerce St. Room 1452
Dallas Texas, 75242

RECEIVED
NOV 20 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# Exhibit 14(FF)



83231                                    COR0004348

COR0004348

Carladrea Huey



Date: 11/15/2025

Clerk of the Court
United States District Court – Northern District of Texas

Re: Objection to Proposed Class Action Settlement
Case Name: In Re: AT&T; Inc. Customer Data Security Breach Litigation
Case No.: 3:24-md-03114-E

To the Honorable Court:

I, Carladrea Huey, am a Settlement Class Member in the above-referenced action. I write to formally object to the proposed settlement in this matter on the grounds that the settlement does not adequately address the harm I have suffered as a result of the data incidents described, including my personal experience with tow-truck service issues, misuse of data, and continuing exposure risk.

1. I Am a Class Member
I received notice of the settlement. My information is included in the data incidents reported and the settlement website confirms my eligibility class.

2. Basis for My Objection
- The defendants' data incidents created ongoing, real-world harm to me personally — including incorrect data appearing in systems used by tow-truck companies, service interference, personal security risk, and associated costs and stress.
- The proposed settlement compensation is insufficient to address these ongoing harms and fails to provide meaningful remedy or assurance of data correction/removal.
- There is inadequate protection for future misuse of my data and insufficient remedy for the specific harms I continue to face.

3. What I Request
I respectfully ask this Court to:
- Require additional compensation or remediation for individuals with continuing harms such as mine;
- Require the defendant(s) to correct, remove, and secure exposed data and provide documentation of those actions;
- Reject the settlement unless these protections and compensatory measures are strengthened.

4. Appearance at Hearing
I WILL / WILL NOT appear at the Final Approval Hearing on January 15, 2026 at 9:00 a.m. CT. If I attend, I request the opportunity to speak briefly regarding the fairness of the settlement and the inadequacy of its remedial provisions for class members like me.

5. Not Represented by Counsel
I am submitting this objection pro se (without counsel), although I reserve the right to seek representation in the future if necessary.

Respectfully submitted,

PRESS FIRMLY TO SEAL



 

PRESS FIRMLY TO S

Retail

U.S. ...
PME
DALLAS, TX 75243
NOV 15, 2025

UNITED STATES
POSTAL SERVICE

10150

$33.40

S2324M502316-7

RDC 07

# PRIORITY
# MAIL
# EXPRESS®

## FLAT RATE
## ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.



**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL EXPRESS®**



EI 304 760 265 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)     PHO

Carladrea Huey

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)     PHONE (833) 990 4930

AT+T Data Incident Settlement
Clo Kroll Settlement Administration
P.O. Box 5324

ZIP + 4® (U.S. ADDRESSES ONLY) New York, New York
1 0 1 5 0 - 5 0 3 2 4

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⟵ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 75243 | 11.18.25 | $ 33.40 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 11.15.25 | ☐ 6:00 PM | $ | $ |

| Time Accepted | ☐ AM ☐ PM | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 10:58 | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | |

| Weight | ☐ Flat Rate | Acceptance Employee Initials | |
|---|---|---|---|
| lbs. oz. | | C-7 | $ 33.40 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021     PSN 7690-02-000-9996



 



**UNITED STATES POSTAL SERVICE ®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

# Exhibit 14(GG)



U.S. DISTRICT COURT
FILED

NOV 25 2025

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

11/04/2025

Dear Clerk of Courts

Case #

I am writing you to REJECT the current amount for the proposed Settlement amount for the Class Action Lawsuit against AT&T Data Breaches. AT&T NEVER INFORMED ME THAT I WAS A PLAINTIFF IN THIS CASE until after the Settlement was reached! I only found out that I was a part of the
 Breaches until after the settlement was reached!

The proposed settlement does not begin to cover all my losses due to the Identity Theft, which exposed all my personal information and allowed others to use it numerous times! My Social Security Number, IRS account have  been compromised and used by others, causing me to lose my SSI BENEFITS and Refunds  owed to me by the IRS!

Fraudulent bank accounts were opened in my name and I have had to replace my credit cards due to fraudulent charges caused by the AT&T IDENTITY THEFT.

I have also had my phone hacked into and my email changed which caused me to be without a phone while Apple tried to fix the issue, which caused me to lose all the data stored on my phone.

I had to change carriers which caused more loss of money because AT&T refused to unlock my account, causing me to have to pay upfront for a new phone and instalment charges.

AT&T also gave me false information and claim numbers for my case numerous times, as well as had my information entered incorrectly, which caused them to claim I was not included in the breaches! I was able to get all their misinformation corrected after numerous phone calls to their phone number listed on the Settlement website!

I have 2 phone numbers related to both the breaches:                    and

My Total identity Theft  caused by AT&T has caused me hundreds of hours turning everything in to Government Agencies, banks, credit bureaus, IRS, Social Security, phone companies, to name a few.

I cannot ever get my stolen identity back! Which cannot be put into a dollar amount!

I am asking the Courts for compensation in upwards of $15,000.00.

Respectfully yours,

Marcee A Adams





X-RAY

Clerk of the Court
1100 Commerce St
Room 1452
Dallas, TX 75242

RECEIVED - 2
NOV 25 2025
MAILROOM

ADAMS

# Exhibit 14(HH)

Clerk of Court
U.S. District Court – Northern District of Texas
Earle Cabell Federal Building
1100 Commerce Street, Room 1452
Dallas, TX 75242

November 18, 2025

Re: In re AT&T Data Breach Litigation
MDL No. 3:24-md-03114-E (N.D. Tex.)
Pro Se Submission of Teresa Miller – Account ending 2892



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 2 1 2025

CLERK, U.S. DISTRICT COURT
By_____
Deputy

3:04-cv-750

Dear Clerk,

Please file this letter and the attached exhibits in the above-referenced MDL for the Court's
consideration in connection with final approval and fairness of the proposed settlement.

I am a class member who suffered actual financial harm (stolen unemployment benefits in
2020) directly enabled by the data exposed in the incidents at issue.
AT&T's own counsel and paralegals repeatedly told me in writing in 2023 and 2024 that my
account did not exist before 2020 and that no fraud occurred – statements that are
demonstrably false (see attached 2018 Texas AG proof of service and fraud reports).

I have submitted a documented-loss claim for the maximum $5,000 and ask that the Court
ensure class members with this level of proof receive full compensation.

Exhibits attached (same five documents listed above).

Respectfully submitted,
Teresa Miller

Current phone number ███████ and ███████

Previous phone number when associated with the AT&T account in 2018 ███████
address of ███████████

*Pro Purposefuly deteted account and said it did not exist in letter to law firm*

*Page 1 of 16*



4/12 - Hi — warding Fraud — Yes

AT&T Mobility
Office of the President

Phone: 866-56...
Fax: 214-761-6...

Consumer
complaints, scc's

Response to Notice of Informal Complaint (NOIC)

Date:   03/02/2018

Federal Communications Commission
Consumer & Governmental Affairs Bureau
Consumer Inquiries and Complaints Division
445 12th Street
Washington, D.C. 20554

Complainant's Name:   Teresa Miller
File No.:
Response Type:   Mobility
Service Date:   03/02/2018

## INVESTIGATION SUMMARY:

AT&T received a notice from the Federal Communications Commission on behalf of Teresa Miller regarding issues with calling interference on her device by the company.

On 03/02/2018, AT&T contacted Ms. Miller to acknowledge receipt of her complaint and to confirm any additional details pertaining to her concerns.

AT&T investigated and determined that the phone had immediate call forwarding on it to a number that Ms. Miller did not recognize. It was advised sometimes the feature can be inadvertently activated. Ms. Miller removed the number and resolved the issue. Ms. Miller was satisfied.

Ms. Miller's concerns have been addressed and AT&T provided contact information should she have any further questions or concerns.  AT&T sincerely apologizes for any inconvenience caused by this matter.

Please refer any additional questions, requests, or correspondence specific to this case to Nancy Grimes at ng1182@att.com or (228) 819-6313.

Sincerely,

*Nancy Grimes*

Nancy Grimes
Office of the President
AT&T Services Inc.

Cc: Teresa Miller

9-24-18
30days for them to call back
Ticket #FCC

AH employee
ID # (Re)

Page 2 of 16

Date Printed: 03/02/2018
Page: 1 of 1

*Communications Attorney*

**AT&T Mobility**
**Office of the President**

Phone: 1 (877) 998-5160
Fax: 1 (214) 761-4600

*Num*

*#*

**Response to Notice of Informal Complaint (NOIC)**

Date:   10/05/2018

Federal Communications Commission
Consumer & Governmental Affairs Bureau
Consumer Inquiries and Complaints Division
445 12th Street
Washington, D.C. 20554

Complainant's Name:  **Teresa Miller**
File No.:
Response Type:  **Mobility**
Serve Date:   **10/01/2018**

## INVESTIGATION SUMMARY:

AT&T received a notice from the Federal Communications Commission on behalf of Teresa Miller regarding device concerns.

On 10/02/2018, AT&T contacted Ms. Miller to acknowledge receipt of her complaint and to confirm any additional details pertaining to her concerns.

AT&T investigated and determined upon contact with Ms. Miller, she advised of numerous concerns that appear to be technical rather than hacking. Ms. Miller has complained of numerous technical issues with her device previously with which AT&T has been able to assist her. Upon contact with Ms. Miller, AT&T advised the Technical Support team would be engaged to further investigate her concerns. Ms. Miller was contacted by our Technical Support on 10/04/2018 and troubleshooting was performed. It was found the device memory capacity may be the cause of the issues and it was recommended that she delete or move some content to another storage method and restart the device. The technician attempted to advise that a device with limited free space available will operate very poorly. Ms. Miller declined further assistance and indicated she was satisfied.

Ms. Miller's concerns have been addressed and AT&T provided contact information should she have any further questions or concerns. AT&T sincerely apologizes for any inconvenience caused by this matter.

Please refer any additional questions, requests, or correspondence specific to this case to Nancy Grimes at ng1182@att.com or (228) 819-6313.

Sincerely,

AT&T Office of the President

cc: Teresa Miller

*— interferance?*
*on case*

*12-22-2017*

*2-25-18*

*!ATT Apple*



*Page 3 of 16*



KEN PAXTON
ATTORNEY GENERAL OF TEXAS

October 29, 2018

TCC ENTERPRISE &. SMUTHCENTZ LLC
PO BX 111
MORGANTOWN WV 26507

Re: AT&T    Complaint No: ▓▓▓▓▓▓

Dear TCC ENTERPRISE &. SMUTHCENTZ LLC:

Thank you for your recent correspondence regarding a possible violation of consumer protection laws. Consumer complaints help monitor trends, and assist us in determining enforcement priorities as we work to protect Texans from deceptive business practices.

We will review the information that you have provided, and will contact you if we need additional information. Otherwise, you will not receive further communication from this office regarding your complaint. We do not represent individuals in personal civil matters, and thus cannot take direct action on every complaint.

In matters of statewide significance, or when substantive evidence indicates that a person or business is systemically violating Texas law, the Attorney General may take action on behalf of the collective legal interests of the people of this state. Your information will be kept in our files to be used to help us monitor trends in business practices and determine priorities in our enforcement efforts.

We appreciate your time and interest in preventing consumer law violations and in the affairs of Texas consumers. We rely on citizens like you to help us enforce the Deceptive Trade Practices Act and other consumer protection laws.

Consumer Protection Division
Office of the Attorney General

Page 4 of 16

**AT&T** Services

AT&T Legal Department
1025 Lenox Park Boulevard
Room 5D22
Atlanta, GA 30319-5309

## PRIVILEGED AND CONFIDENTIAL COMMUNICATION

1/16/2024

**SENT VIA ELECTRONIC MAIL ONLY:**

Teresa Miller

Re: AT&T Notice of Dispute
    AT&T Reference Number: NOD
    AT&T Account Holder: Teresa Miller

Dear Teresa,

AT&T received the Notice of Dispute ("Dispute") you ("Claimant") filed, regarding AT&T Account Number    ("the account"). At the core of AT&T's culture is the desire to resolve any reasonable complaints received from our customers. Because AT&T values its relationship with you, we want to provide a fair resolution.

In your Dispute, you allege Theft of Identity to access the account. To resolve this matter, you requested $10,00.00 in compensation.

We have reviewed the Dispute and researched the pertinent information and records regarding your claims. Our records do not indicate any fraudulent activity on the account. Therefore, your request for $10,000.00 in compensation is unwarranted and is denied.

This letter is a response to the Dispute, and it should not be construed as an admission of liability or wrongdoing by AT&T.

We thank you for the opportunity to address your concerns, and we apologize for any inconvenience this matter may have caused you or your family.

Sincerely,

*Jay W. Brown*

Jay W. Brown
Senior Paralegal

Cc: File

Page 5 of 16



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

1001 West Fourth Street
Winston-Salem, NC 27101-2400
t 214 455 6846  f 336 607 7500

dvaughn@kilpatricktownsend.com

**CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY;
NOT ADMISSIBLE AS EVIDENCE**

December 7, 2023

**VIA ELECTRONIC MAIL:**

Teresa Miller

Re:    AT&T Notice of Dispute – Teresa Miller

Dear Ms. Miller,

I am a paralegal working on behalf of AT&T Services ("AT&T"). I am in receipt of the Notice of Dispute ("Dispute") regarding your AT&T Mobility Account. At the core of AT&T's culture is the desire to resolve any reasonable complaints received from its customers. Because AT&T values its relationship with its customers, we want to provide you with a fair resolution.

Accordingly, we have reviewed the Dispute including all the details provided in your Dispute. We have also reviewed the pertinent information and records regarding your Account. In the Dispute, you stated that someone accessed your unemployment benefits account via your AT&T wireless account because the account was associated with your email.

Our records show that the account was opened from January 30, 2020 to June 16, 2021. On November 28, 2020, the AT&T Fraud Department completed an investigation and found no fraud was committed on the account and the account was never compromised. Another fraud investigation was conducted on December 5, 2023 and again no fraud was committed on the account.

Again, we regret your previous dissatisfaction, but we are unable to provide any accommodations to you regarding this issue.

Page 6 of 16

ANCHORAGE ATLANTA AUGUSTA CHARLOTTE DALLAS DENVER HOUSTON LOS ANGELES NEW YORK RALEIGH SAN DIEGO
SAN FRANCISCO SEATTLE SHANGHAI SILICON VALLEY STOCKHOLM TOKYO WALNUT CREEK WASHINGTON WINSTON-SALEM

Teresa Miller
Confidential Settlement Communication
December 7, 2023
Page **2** of **2**

Sincerely,

/s/ Demarcus Vaughn
Contract Paralegal

All work supervised by a licensed member
of the North Carolina State Bar

cc:     Julie Pape, Esq.

Page 7 of 16

*Particial payment of fund from unemployment*

FR 1379c · OMB No. 7100-0135
Approval expires February 28, 2026

1379c

Please print clearly below.
Mail or fax this completed form to:
Federal Reserve Consumer Help
PO Box 1200, Minneapolis, MN 55480
Fax 877-888-2520

Questions? Call us at 888-851-1920



# FEDERAL RESERVE CONSUMER HELP

**CONSUMER COMPLAINT FORM**    *Required Fields

## YOUR INFORMATION

Prefix ☐ Mr. ☐ Mrs. ☒ Ms. ☐ Dr.    *First Name **Teresa**    *Last Name **Miller**

*Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Email ▮▮▮▮▮▮▮▮▮▮

Alternate Phone ▮▮▮▮▮    *Contact Preference ☒ Mail ☐ E-Mail

## REPRESENTATIVE CONTACT

Do you want us to communicate with a third party, such as an attorney or other legal representative, regarding this complaint?

☐ Yes ☒ No    If you checked "No", skip to Institution Information.

By selecting "Yes", you legally authorize the Federal Reserve System to release information to and communicate directly with the party named below and for that party to act on your behalf in the processing of this complaint.

Prefix ☐ Mr. ☐ Mrs. ☒ Ms. ☐ Dr.    *First Name **Teresa**    *Last Name **Miller**

*Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Email ▮▮▮▮▮

*Phone ▮▮▮▮▮    Alternate Phone: _____

## INSTITUTION INFORMATION

Please provide as much information as possible about the bank or financial institution.

*Institution Name **Huntington Bank / Pathward Bank through H&R Block**

Account / Product Type **Checking**    Routing Number _____

*Address **Morgantown WV 26507 US**
      City     State   Zip Code   Country

If you do not have the exact address of the bank or financial institution, provide a location, such as the nearest cross streets or major intersection.

\* **Contact workforce they said they could not give me the banks fo. but it was an H&R Block account**

Email _____     Phone

2 - **Workforce West Virginia**    **304 225 3124**

*Page 1 of 12*

## COMPLAINT

Provide a brief description of the complaint including dates and the names of those you dealt with. Do NOT include any personal information such as account numbers or Social Security numbers.

Myra Woodlawn sent the same emails and think emails buris hawn int on to attorney Hilary Godwin/Hatey C. ming. Huntington Bank One. Probation Annabell Scaplio

4 Direct Deposits for 667.00 a week
MKe Erbyn 304-292-7803 - Pathwood - Johnorthon
Lt T Block says I dont. Mays1 said I have
Keported 4/25/21 - 12-31-22 / an account.
I do not have a
I have attached the an account I
emails also down loaded the
1/2 illegaly → application.
as did the other person
attached to my account.

Were in your complaint be satisfactorily addressed?

I would like my benfits that have already been paid to me.

## Privacy Act Statement

[fine print illegible]

## Paperwork Reduction Act Notice

[fine print illegible]

Jerese Miller                                          Date



## Victim Information

Name:     Teresa Miller

Are you reporting on behalf
of a business?
Business Name:
Is the incident currently
impacting business
operations?

Age:     40 - 49



Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
County:
Country:
State:
Zip Code/Route:
Phone Number:
Email Address:
Business IT POC, if
applicable:
Other Business POC, if
applicable:

## Financial Transaction(s)

Transaction Type:     Other
If other, please specify:     Deposit from workforce
Transaction Amount:     2668.00
Transaction Date:     4/25/2021
Was the money sent?     Yes

Victim Bank Name:     Huntington bank
Victim Bank Address:     201 high street

Before self surrendering to prison, I was signed up for and receiving unemployment due to Covid and a positive test. I was approved for the month of February and March and also April and February and March. I received my payments they were direct deposited into my bank account for the month of April, I never received them. I called the unemployment office they stated that they were deposited into my checking account and that I had gotten them in 2022 when I got out and 23 I went to the unemployment office which is workforce West Virginia, and ask them where my payments were they said that they were deposited into my account so I called the bank and got the bank online and they said that they never received them so the woman's at work for spoke with them and ask them did they know where they had went? There was something about a bank in North Dakota have received my unemployment payments they said they would investigate it. This was on December 31 of 2022.
I have a copy of the direct deposit numbers I really don't want to give you my checking account number over the Internet due to this fact,
Workforce West Virginia
Affidavit for correction of form 1099 – G
I spoke with Sherry numerous times, and with a woman from the Huntington bank in Ohio at the main office
epay numbers
Direct deposit
Direct deposit
Direct deposit
Direct deposit



I have called several times and asked to speak to the fraud department. They said it takes them a while to investigate it and they're not sure where my money is that or how it got sent to another bank supposedly in North Dakota. I had to call the state police office and report it. They said there was nothing that they could do that. Yeah I called OK, but workforce was the ones that would have to handle it. I do not know how my transactions were transferred to a bank that I have nothing to do with since I only have one account in West Virginia.

## Information About The Subject(s) Who Victimized You

Name:
Business Name:
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:

Huntington Bank
Huntington Bank
201 High St.


Morgantown

Page 11 of 16

Page 5 of 12

1 uger

Page 4 of 12

*Was not put in my account*
*put in someone elses*

**WorkForce** WEST VIRGINIA

Scott A. Adkins, Acting Commissioner

## AFFIDAVIT FOR CORRECTION OF FORM 1099-G

INSTRUCTIONS: Please provide all information requested below, review the certification, sign and date this form. Submit your completed form by email to: reportunemploymentfraud@wv.gov. Please retain a copy of this form to be able to present it upon request. WorkForce West Virginia will contact you via-email or telephone if there are questions.

First Name: Teresa        Last Name: Miller        Middle Initial: L

Address:
City:                          State:            Zip code:

Claimant Identification Number or Last Four Digits of Social Security Number:
Claimant E-mail Address: *most*        Claimant Telephone Number:

*Choose the basis for your request for a corrected 1099-G and provide any additional details in the area provided below*

☐ I did receive benefits in calendar year 2021; however, the amount of benefits listed is incorrect. I received benefits in the amount of: _____ .

☐ I did not apply for or receive unemployment insurance benefits in calendar year 2021.

☐ I did apply for unemployment insurance benefits, but did not receive any benefits in calendar year 2021.

☐ I received benefits, but the correct dates for benefits received are: _____

☒ Other (Explain the circumstances with all relevant dates.): I did not receive the Corona virus stimulas and for the month of Apal I did not receive my payments. They were not deposited in account. The information was also and put into someone eles account even though they knew I was teing fraudcreate

**CERTIFICATION**

I, Teresa Miller (print full name), declare under penalty of perjury that the foregoing is true and correct. Further, I certify under penalty of the identity theft and identity fraud laws of the United States and the State of West Virginia that I am the individual completing this affidavit. I understand that a decision will be made based on the information I have provided and that the law provides penalties for false statement or the withholding of facts. **Please note if after filing this affidavit it is proven that your statements are false it will be considered fraud and remedies will be pursued as allowable under the law.**

Signature: Teresa Miller        Date: 12-31-22

*The woman at the office said bank # changed the April I did of equal opportunity employer/program. Auxiliary aids and services are available upon request to individuals with disabilities. self surrender* Page 12 of 16

An agency of the Department of Commerce
www.workforcewv.org
American JobCenter *the 28 or 29.*

Page 70 of 12

## Alex Edwards

From: Teresa Miller ████████████████████
Sent: Tuesday, May 30, 2023 1:54 PM
To: Alex Edwards
Subject: [EXTERNAL] Fwd: Affidavit for correction of form 1099G
Attachments: WFWV Idenity Theft Victim Information.pdf

Teresa Miller

Begin forwarded message:

> From: Teresa Miller ████████████████████
> Date: January 6, 2023 at 2:13:31 PM EST
> To: "Report Unemployment Fraud, Workforce" <reportunemploymentfraud@wv.gov>
> Subject: Re: Affidavit for correction of form 1099G

i spoke with trooper baker of the West Virginia state police office and he said that he would handle it

Teresa Miller

>> On Jan 4, 2023, at 11:03 AM, Report Unemployment Fraud, Workforce
>> <reportunemploymentfraud@wv.gov> wrote:

>> Received, thank you. Forwarded to investigations. Based on conversations with others in
>> the dept. I am sending you an info sheet and they recommend you also file a police
>> report.

>> On Sat, Dec 31, 2022 at 6:25 AM Teresa Miller ████████████████████ wrote:

# Affidavit for correction of form 1099G

My attorneys and probation officer also knew of this because I emailed them all the
information along with the easy pay and paperwork that I had submitted to them
previously

I also reported it to the Attorney General of West Virginia in 2021 twice I was told
there was nothing they could do to help me

Teresa Miller

Page 13 of 16

Page 8 of 12

1

# Alex Edwards

From:          Teresa Miller -
Sent:          Tuesday, May 30, 2023 1:55 PM
To:            Alex Edwards
Subject:       [EXTERNAL] Fwd: COMPLAINT was also provided Covid payment
Attachments:   DIR DEF                    .pdf


Teresa Miller

Begin forwarded message:

> From: Teresa Miller
> Date: December 27, 2022 at 7:15:43 PM EST
> To: reportunemploymentfraud@wv.gov
> Subject: COMPLAINT was also provided Covid payment

FEDERAL COMPLAINT
Teresa miller


Jenny how are you today this is the problem previously before I went to prison I emailed Hillary and Katie with my unemployment information stating that I had not received any payments for the month of April I was at the unemployment office today signing up for Man Power and went over the workforce they gave me for direct deposits that was supposed to have been deposited into my account they're going to try and check and make sure that the routing and account numbers were the same but the bank refuses to put A tracer on them so I'm at the same problem that I was two years ago either it accidentally gotten put into somebody else's account because I may have entered the wrong number were they straight up stole my money I already filed with the Attorney General I believe or maybe that was against H&R Block who paid me $200 every week and then decide to give me 600 at the end of the year while they decided how much tax money should be given to me if you could could you please give me a call back thank you

Spoke with Myra
Ticket number
Filed on the 21 of dec
Called 27 not my account added to the payment
She said a bank in South Dakota
Mira said that the routing number and bank was changed on 21 April it should've been changed to Huntington Bank the same as it was in March

Attorney general said to call Charleston governors office

Check see if it goes back to SUNCREST furniture account due to their keys to apartment and cameras

Was emailed from Mira sent to UPS or I will print

Pag e 14of 1

Page 9of 12

1



EPAY #

DIR DEP
DIR DEP
DIR DEP
DIR DEP

$667.00 each week
Sherri — 367.00 each week  367 747 701

Trace
Previous Deposits and see
emails Where they are

Current emails

until I unlock other account

Page 10 of 12

Page 15 of 16



To our Knowledge Ms Miller
has no Emerald card to
our Records

Niki _____
Brigand
304-242-7803
H+R Block
Morgan town W Va

Page 2 of 2

Page 16 of 16



X-RAY

RECEIVED

NOV 2 1 2025

CLERK U.S. DISTRICT COURT
TERESA MILLER NORTHERN DISTRICT OF TEXAS

LBS        1 OF 1
SHP WT: 1 LBS
DATE: 18 NOV 2025

SHIP NORTHERN DISTRICT OF TEXAS
TO:  US DISTRICT COURT
     EARL CABELL FEDERAL BUILDING
     ROOM 1452
     1100 COMMERCE ST
     DALLAS TX 75242

TX 752 9-40

UPS GROUND
TRACKING #: 1Z C6R 329 03 0860 3071

BILLING: P/P

REF #1: DRL

SEE NOTICE ON REVERSE regarding UPS terms and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

Exhibit 14(II)

# Statement of Objection to Proposed Settlement and Attorney Fees

To:
Clerk of the Court
United States District Court for the Northern District of Texas, Dallas Division
1100 Commerce Street, Room 1452
Dallas, TX 75242

From:
Roy J Lewis
██████████████████████

Class Member ID: ████████████

Case Reference
In Re: AT&T Inc. Customer Data Security Breach Litigation, MDL Docket No. 3:24-md-03114-E

Statement of Objection
I am writing to express my disagreement with the proposed settlement amount and the attorney's fees in the above-referenced case. My primary concern is that the amount allocated to affected customers does not seem fair, particularly for those who experienced more significant impacts from the data breach. The proposed compensation appears insufficient to address the varying degrees of harm suffered by individuals.

Additionally, I believe the attorney fees for this class-action lawsuit are excessive when compared to the number of customers who must divide the remainder of the settlement. The disproportionate allocation means that attorneys will receive substantial compensation, while affected individuals receive relatively little, despite the considerable challenges they have faced.

Personal Impact of the Data Breach
The data breach allowed an unauthorized party to transfer my AT&T phone number to Verizon without my approval. This or these individuals then exploited the two-tier verification system to gain access to my bank accounts and investment accounts. Furthermore, they created a fraudulent account with SOFI bank—which I have no affiliation with—and transferred over $20,000 from my accounts, including funds held jointly with my 94-year-old mother, into the fake SOFI account. The breach also enabled them to hack my AT&T email account, preventing me from receiving notifications about these unauthorized transfers.

## Resolution and Remaining Losses

Fortunately, my financial institutions were able to recover most of my funds, except for approximately $900 lost from my WeBull investment account. While I am not claiming documented financial losses in this statement, I want to emphasize the significant amount of time, effort, and emotional distress involved in discovering the breaches, coordinating with financial institutions, and resolving these complex issues. The work and upheaval endured by affected individuals, including myself, far outweigh the extent of "discussions" held by attorneys to negotiate the settlement amount. Nevertheless, the lawyers are set to receive a substantial payout, while the compensation for those harmed remains inadequate.

## Request for Additional Consideration

I respectfully submit to the Court that I as well as individuals who suffered impacts similar to mine should receive additional consideration in the settlement.

## Attendance and Representation

As indicated in my address, I reside in Wisconsin and do not plan to attend the final approval hearing. I also do not intend to retain an attorney to share in any portion of the award. However, I sincerely hope that the Court will take my concerns and requests into account.

Sincerely,

Roy J Lewis

Email:
Phone:



MILWAUKEE WI 530

14 NOV 2025 PM 7 L

CLERK OF COURTS
UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF
TEXAS
1100 COMMERCE STREET, ROOM 1452
DALLAS, TEXAS 75242

75242131310 C001

RECEIVED

NOV 25 2025

MAILROOM

Lewis

Exhibit 14(JJ)

Nathan Hebert Case#

11/17/2025



SOUTHERN DISTRICT OF TEXAS
FILED

DEC - 1 2025

CLERK, U.S. DISTRICT COURT

By _____ Deputy

To Whom It May Concern,

Objection to Class Action Settlement in AT&T  Data Breach

Dear Clerk of court

3:24 -CV - 757

I am writing to formally object to the proposed settlement in the class action regarding the [specific data breach, e.g., Equifax, AT&T] incident.

Over the past several years, I have endured significant hardship and financial loss due to the exposure of my personal data. Despite the severity of the breach and the well-documented consequences, the settlement offers only a minimal compensation that does not reflect the actual impact on affected individuals.

In my case, the breach has led to prolonged identity theft, financial difficulties, and considerable stress on my personal and family life. The settlement amount, in my opinion, fails to acknowledge the true extent of the damages suffered.

Furthermore, the inconsistency between the settlement terms and the actual harm caused undermines the trust of those affected and does not provide adequate justice.

I respectfully request that the settlement be revisited to ensure fair compensation that reflects the true impact of these breaches on individuals like myself.

Thank you for your attention to this matter. I look forward to a resolution that is just and equitable.

Sincerely
Nathan Hebert



NEW ORLEANS LA 700

18 NOV 2025 AM 1

NOV 15 2025

70360-9998

MAIL ROOM

Nathan Hebert

Clerk of Court
United States District Court
1100 Commerce St. Room 1452
Dallas, Texas 75242

75242-131052

Exhibit 14(KK)

---

*knowingly participated in, consented to, or affirmatively remained in this settlement. I am not submitting a claim, and I do not wish to waive, release, or impair any rights or claims that I may have against AT&T, including but not limited to any individual claims or separate civil actions I have filed or may file in the future.*

*To be clear:*

1. *I did not receive timely, meaningful notice of this settlement at an active email address I use for important matters.*
2. *I have not submitted a claim and do not wish to do so.*
3. *I object to any interpretation of this settlement that would be used to argue that I knowingly released or waived my individual rights or claims against AT&T.*

*I am sending this letter via Certified Mail – Return Receipt Requested and retaining a copy for my records.*

*Please update your records to reflect that:*

- *I do not submit a claim under this settlement; and*
- *I object to being treated as if I knowingly agreed to release any of my individual claims against AT&T.*

*Sincerely,*

Yulanda R. King DNP, CRNP

*Dr. Yulanda R. King*
*Class Member ID:* ▮▮▮▮▮▮▮▮▮









Sent from Yahoo Mail for iPhone



PRIORITY MAIL EXPRESS

FROM: Dr. Yolanda King

TO: AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

PHONE 838.890.4930

$33.40

# Exhibit 14(LL)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION**

*This Document Relates to All Cases*

Case No. 3:24-cv-00757-E

MDL DOCKET No. 3:24-md- 03114-E

## NOTICE OF JOINDER INTO THE OBJECTIONS OF MICHAEL VONLUNEN AND SUSAN BARROW TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

COME NOW, Adriana Acosta and LaTonyia McClain (the "Joining Objectors"), through counsel, and join in, adopt and incorporate herein by reference as if it were their own, the Objections of Michael VonLunen and Susan Barrow to Plaintiff's Motion for Final Approval of Class Action Settlement (the "Objection").

## I.     Information About the Joining Objectors Required by Class Action Notice

**A.     The objector's full name, mailing address, all AT&T telephone number(s), current telephone number; and for former AT&T customers all AT&T account number(s), and email address (if any) or an attestation that the former customer is unable to obtain their AT&T account number(s) or email address (if any);**

1.  Adriana Acosta

    ███████████████████████████

    AT&T Phone No ███████████████
    AT&T Acct. No. ████████████████
    Email: ███████████████

2.  LaTonyia McClain

    ████████████████████

    AT&T Phone No(s). ████████████████████
    ████████████████ tablet) ████████████
    Current Phone No. █████████████

1

Email: ███████████████████

AT&T 2 Settlement Class

Class Member ID: ████████████████

      **B.**      **All grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel**;

      The Joining Objector's grounds for objection and legal support are contained in the Objection and accompanying affidavit(s) or declaration(s).

      **C.**      **The number of times the objector has objected to a class action settlement within the 5 years preceding the date that the objector files the objection, the caption of each case in which the objector has made such objection, and a copy of any orders related to or ruling upon the objector's prior objections that were issued by the trial and appellate courts in each listed case**;

      1.      Adriana Acosta – None.

      2.      LaTonyia McClain – None.

      **D.**      **The identity of all counsel who represent the objector, including (1) any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement and/or Application for Attorneys' Fees, Costs, and Service Awards; (2) a description of the counsel's legal background and prior experience in connection with class action litigation; (3) a statement regarding whether fees to be sought will be calculated on the basis of a lodestar, contingency, or other method; (4) an estimate of the amount of fees to be sought; (5) the factual and legal justification for any fees to be sought; (6) the number of hours already spent by the counsel; and (7) an estimate of the hours to be spent in the future; and the attorney's hourly rate**.

      Both Joining Objectors are represented by Harrer Law, P.C. Seth McCormick is a partner at Harrer Law, P.C. His qualifications and legal background, and other requirements of this section are set forth in the Declaration of Seth McCormick filed contemporaneously with the Objection.

      **E.**      **The number of times in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the five years preceding the date of the filed objection, the caption of each case in which counsel or the firm has made such objection and a copy of any orders related to or ruling upon counsel's or the counsel's law firm's prior objections that were issued by the trial and appellate courts in each listed case in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the preceding five years**;

1. Harrer Law, P.C. – None.

2. Seth McCormick – None.

**F.      The identity of all counsel (if any) representing the objector who will appear at the Final Approval Hearing;**

Seth McCormick

**G.      Four dates between the deadline for objections and a date two weeks before the Final Approval Hearing, during which the objector is available to be deposed by counsel for the Parties;**

Any proposed deposition can be set at a mutually agreeable time and date through consultation with Joining Objectors' counsel.

**H.      A list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any);**

Joining Objectors have not yet determined who they will call to testify at the Final Approval Hearing. Joining Objectors will provide notice when such determination is made.

**I.      A statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing; and**

Joining Objectors do not currently intend to personally appear and/or testify at the Final Approval Hearing, but may change that determination based on the conduct of the parties and the necessity of testimony to forward their objections.

**J.      The objector's signature (an attorney's signature is not sufficient).**

See the signature block following this Joinder.

**II.      Notice of Joinder in the Objection and  Request for Relief**

For the reasons set forth in the Objection, the undersigned Class Members/Joining Objectors respectfully request that the Motion for Final Approval of Class Action Settlement be denied, and the Court reject the proposed settlement, and  further request that the Court issue an order (1) denying Final Approval of the Settlement; (2) decertifying the Settlement Classes; (3)

finding the Class Representatives inadequate; (4) finding Class Counsel inadequate; (5) denying

Class Counsels' attorneys' fees request; (6) denying the Class Representatives' service awards; and

(7) sustaining this Objection in all respects; and (8) for such further relief as the Court deems just.

Dated: December 11, 2025

Respectfully submitted,

By: s/ Seth McCormick
One of Plaintiff's Attorneys

Seth McCormick
Harrer Law, P.C. (Firm ID 102120)
650 Warrenville Road, Suite 100
Lisle, Illinois 60532
Tel: (312) 858-3240
seth@harrerlaw.com

## CERTIFICATE OF WORD COUNT

The undersigned, an attorney, hereby certifies that this Joinder contains 1059 words.

By: /s/ Seth McCormick

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the date indicated above, a copy of this document was filed electronically with the Clerk of the District Court, through an approved electronic filing service provider (EFSP), which will cause a copy to be sent by electronic mail through the EFSP system to all counsel of record at the time the filing is accepted, along with receipt of service pursuant to Texas Supreme Court Rule 21(d).

By: /s/ Seth McCormick

**Attestation**:

By my signature below, I attest that I am represented by Harrer Law, P.C. related to the Objection and my Joinder in the Objection, and that I adopt the Objection as my own in all respects. To the extent any information I provided which is required by Section XI of the Settlement Agreement, including without limitation my AT&T Account Number or the email address associated with my account, I attest that after a diligent search I was unable to obtain the account number or recall which email address was associated with the account.

*Adriana Acosta*

_____

Adriana Acosta

**Attestation**:

By my signature below, I attest that I am represented by Harrer Law, P.C. related to the Objection and my Joinder in the Objection, and that I adopt the Objection as my own in all respects. To the extent any information I provided which is required by Section XI of the Settlement Agreement, including without limitation my AT&T Account Number or the email address associated with my account, I attest that after a diligent search I was unable to obtain the account number or recall which email address was associated with the account.

*LaTonyia mcclain*

_____
LaTonyia McClain

# Exhibit 14(MM)



**PRIORITY MAIL**®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

*Retail*



UNITED STATES
POSTAL SERVICE®



77064

**RDC 03**     **0 Lb 0.60 Oz**

U.S. POSTAGE PAID
PM
ADKINS, TX 78101
DEC 11, 2025

**$11.90**

S2324P504190-03

EXPECTED DELIVERY DAY: 12/15/25

**USPS TRACKING®#**



EP14H February 2024 Outer Dimension: 10 x 5

Eric De La Cruz

Mark Lanier
Lanier Law Firm
10940 W. Sam Houston Pkwy N.
        Suite 100
Houston, Tx  77064

*In Re: AT&T Inc. Customer Data Security Breach Litigation*
MDL Docket No. 3:24-md-03114-E

**Name: ERIC DE LA CRUZ**

**Class Member ID:** █████████████

**Member of the: AT&T 1 Settlement Class**

**To whom it may concern,**

I Eric De La Cruz have been breached of AT&T incident that was proclaimed back in **March 30, 2024,**. I have received an email on **November 30, 2025** at 7:17 pm regarding the settlement & incident. This is after the objection date that was given of November 17, 2025 to object. I am not sure why this was sent to me after the date to object, maybe there was an error somewhere but either way I did not receive any information regarding this matter. I ended up submitting a claim as I was not sure if I should do so or not and I did not want to be late in submitting. But as I read the settlement, I believe that this amount is not appropriate for the incident. I am countering for the full amount of all cash fund of $ $635,581 per incident as this is more appropriate for HIPPA violation penalty.

For further actions you can reach out to me at

Mobile: ████████████ or via

Email: ██████████████████

Address: █████████████████████████████

Thank you kindly,

Eric De La Cruz

Exhibit 14(NN)



LANIER LAW FIRM
ATTN: MARK LANIER
10940 W. SAM HOUSTON PKWY N. SUITE 110
HOUSTON, TX 77064

77064-578825



DEC 15 2025

Barn Swallow
FOREVER USA

EL PASO TX 798
RIO GRANDE DISTRICT
9 DEC 2025 AM 2 L



KATIE A. DOWS

Katie Dows



Wednesday, December 3rd, 2025

# OBJECTION TO SETTLEMENT

My name is Katie Ann Dows, Social Security Number ████████ and claim number ████████. On December 3rd, 2025, I received the Notice of Proposed Class Action Settlement via email and by 1:23 PM this day, confirmation of the claim was received. I am a legitimate class member submitting this objection in good faith to ensure fairness in the settlement process. While I appreciate the opportunity to participate, I respectfully object to the proposed settlement terms as currently presented. The settlement **does not** provide adequate or equitable compensation to claimants in proportion to the harm sustained, and the distribution method appears unfair when compared to the attorneys' fees requested. The settlement divides the money in a way that favors the attorneys over the claimants. The lawyers are set to receive a large payment, while people like me — who don't have attorneys and who are struggling financially — are left with compensation that doesn't match the harm we experienced. This feels highly inequitable and unjust in light of the circumstances.

AT&T admitted in court filings that over 73 million current and former customers were affected, with data spanning *several years*. This is not just negligence—it is **complicity** in allowing terrorist   like actors and organized hackers to weaponize our private information. The scope of this breach is massive, and the harm is ongoing. Our Social Security numbers, financial records and personal identifiers were exposed in ways that can **never be undone**. For people like me, without the resources to hire private attorneys, investigators or to pay for identity protection, the consequences are devastating. The proposed settlement does not come close to addressing the scale of damage inflicted, nor does it hold AT&T accountable for the reckless disregard of its duty to safeguard customer data.

The proposed settlement grossly undervalues the losses of ordinary people compared to the profits AT&T continues to generate and the fees attorneys are demanding. For claimants like me, living without financial safety nets or private counsel, the offered compensation is not just inadequate—it is **insulting**. AT&T is a **multibillion   dollar** corporation, yet the settlement treats poor and vulnerable customers as expendable, offering pennies while lawyers walk away with millions. This imbalance makes clear that the settlement prioritizes corporate protection and attorney enrichment over true **justice** for the people most **harmed**.

The IRS Department of Treasury letter dated June 11th, 2024, states: "Someone may have attempted to impersonate you by using your name and taxpayer ID number (TIN) to file a tax return." As a direct result of this **identity theft**, I am now required to use an Identity Theft Protection PIN every year when filing my taxes. This is not a hypothetical risk — it is a lived reality. **My entire identity** was stolen, as a direct result of this massive data breach. The exposure of my personal information through AT&T's admitted breach has compounded these dangers, leaving me vulnerable to **ongoing fraud and financial instability**. For claimants like me, the settlement's proposed relief does not begin to address the seriousness of these consequences. These breaches were catastrophic failures exposing millions of customers' Social Security numbers, addresses and call records to hackers and criminal networks on **the dark web**. The damage goes far beyond receipts. Because of this breach, I became a **targeted individual**.

The financial and administrative costs I have endured because of AT&T's failure to safeguard my data are crippling. I have been forced to lock my credit, secure my accounts and purchase identity theft protection services even when I couldn't afford it, simply to defend myself against ongoing fraud. I am in a constant battle to prove my identity to every institution that I deal with, a process that is profoundly dehumanizing not to mention time consuming. Beyond these expenses, my custody case was poisoned by defamation and targeting, requiring me to spend over $50,000 in legal battles just to protect my children. These are not abstract harms—they are **direct consequences** of AT&T's **negligence** and **complicity**. The documented financial costs alone—credit locks, identity theft protection, IRS filings and custody litigation—*exceed* **tens of thousands of dollars**, and the emotional toll cannot be measured in dollars. I suffer from PTSD due to this **organized crime** and religious groups that **continue** to **harass** and follow me after my information was exposed on the dark web. The proposed settlement does not come close to addressing the scale of these losses or the severity of this harm.

The breaches AT&T disclosed in March 2024 and July 2024 were particularly egregious. In the first, hackers released a dataset containing Social Security numbers and passcodes on the dark web. In the second, call and text metadata was illegally downloaded from a thirdparty cloud platform, exposing the communication patterns of nearly all AT&T customers. These breaches created a roadmap for harassment and targeting. In my case, they opened the door for malicious actors to weaponize my private information against me. AT&T's negligence gave these attackers the tools they needed. I have endured stalking, harassment, identity theft, emotional harm **and** invasion of privacy as a direct result of AT&T's failure to safeguard my data. I'm in a constant battle to protect myself both digitally and physically, and to prove that I exist and I am who I say I am. Strangers have sent me death threats. These are not abstract harms—they are inseparable from the exposure of my personal information. When hackers and criminal organizations gain access to private records, they do not merely steal identities; they destroy entire lives. At no point did I consent to the use of my information in this manner, and no monetary figure can adequately compensate for the loss of safety or the well being of my children. AT&T's **negligence** and

**complicity** have weaponized my private information against me, and the consequences extend far beyond what can be measured in receipts or dollar amounts. AT&T has agreed to pay **$177 million** to resolve these lawsuits, with documented losses capped at $7,500 per person. My losses go far beyond that cap—both documented and undocumented. The undocumented harms I have endured, including stalking, harassment, invasion of privacy and emotional distress, cannot be measured in receipts but are **no less real and deserving of appropriate monetary compensation**. These are **severe, ongoing** harms that courts do recognize as compensable even without receipts. AT&T's repeated failures have allowed criminal and terrorist like actors to infiltrate my life, destroy my peace, steal my time, affect my family and weaponize my entire identity. The compensation owed to me is not *charity*—it is **accountability**.

The identity theft I have suffered has not only destroyed my financial stability but has poisoned every aspect of my personal life, including my ability to parent and protect my children. It feels as if you're literally being systematically erased. The constant harassment, stalking and exposure of my private information has left me with PTSD and an ongoing struggle to prove my identity to institutions, employers and even the courts. This inability to live a normal life or secure stable employment was weaponized against me in custody litigation, where defamation and targeting forced me into over **$50,000** in legal do battles simply to safeguard my children. The trauma of identity theft is inseparable from the trauma of custody litigation, as both stem from AT&T's failure to protect my data and both have left lasting scars on my family's safety and stability. Duration is a factor that courts take seriously and I believe to have been with AT&T as far back as 2008, which means my personal information has been in AT&T's possession for well over a decade. That long period of exposure magnifies the risk and the harm I have endured. The breach did not just affect me in the present—it compromised **years** of records, leaving me vulnerable to ongoing identity theft, harassment and defamation that continue to this day with ripple effects in every area of my life. Given the documented financial losses exceeding tens of thousands of dollars, combined with the ongoing harms to my safety, my dignity and my family, I specifically demand compensation in the amount of **$10 million dollars**; a figure reflecting the **true scale** of my losses and the severity of the harm inflicted. Anything less would **fail** to account for both the documented expenses and the profound, continuing impact of **AT&T's negligence and complicity**. I also demand **full accountability** for the **violations** of my rights, in addition to **all other remedies** available under law, including *negligence, breach of contract, violations of consumer protection statutes and privacy protections* such as those recognized under the **Federal Trade Commission Act (15 U.S.C. § 45)** and applicable state data breach notification laws. This demand is made in good faith and with reference to the protections guaranteed under **18 U.S.C. § 241 (Conspiracy Against Rights) and 18 U.S.C. § 242 (Deprivation of Rights Under Color of Law).**

Respectfully,

- **Katie Ann Dows**

Exhibit 15

| Sr No | Control No | Full Name | Represented firm | Class Membership | Confirmed class | Opt Out or Claim filed | Date Received by Kroll | On Docket | Note |
|---|---|---|---|---|---|---|---|---|---|
| 1 | COR0000019 | AUGUST WAKAT | | ATT1 | TRUE | | 8/12/2025 | Y | |
| 2 | COR0000029 | BILLIE HOWARD | | ATT1 | TRUE | Claim Filed | 8/15/2025 | N | Objection Withdrawn |
| 3 | COR0000061 | AHMED KAYYALI | | ATT1 | TRUE | | 8/20/2025 | Y | |
| 4 | COR0000062 | DAVID C NGO | | ATT1 | TRUE | Claim Filed | 8/20/2025 | Y | |
| 5 | COR0000063 | EVANGELOS DEMESTIHAS | | ATT1 | TRUE | | 8/20/2025 | Y | |
| 6 | COR0000053 | Joseph Aguinaga | | ATT2 | TRUE | Opt Out | 8/19/2025 | N | Objection Withdrawn |
| 7 | COR0000205 | KRISTAL QUARKER | | ATT2 | TRUE | Claim Filed | 8/27/2025 | Y | |
| 8 | COR0000060 | Kelvin Wells | | Overlap | TRUE | | 8/20/2025 | Y | |
| 9 | COR0000277 | ZHANG HONG | | ATT2 | TRUE | Claim Filed | 8/31/2025 | N | |
| 10 | COR0000547 | DAWN STOVER | | ATT2 | TRUE | | 9/4/2025 | N | |
| 11 | COR0001787 | JENNY MOYER MURPHY | | ATT2 | TRUE | Opt Out | 9/24/2025 | N | |
| 12 | COR0002465 | JEFFREY NADEAU | | ATT2 | TRUE | | 10/1/2025 | N | |
| 13 | COR0002731 | GRACE WILDER TEAL | | Overlap | TRUE | | 10/10/2025 | Y | |
| 14 | COR0003492 | SHANEE L JACKSON | | ATT1 | TRUE | Claim Filed | 10/27/2025 | Y | |
| 15 | COR0003598 | CARI FORD | | ATT2 | TRUE | Opt Out | 10/27/2025 | Y | |
| 16 | COR0001604 | OLLIE N TALBOTT JR | | ATT2 | TRUE | | 9/11/2025 | N | |
| 17 | COR0004278 | JACOB IHARA | | ATT1 | TRUE | | 11/14/2025 | Y | |
| 18 | COR0004353 | MICHAEL VON LUNEN | Harrer Law, P.C. | ATT1 | TRUE | Claim Filed | 11/17/2025 | Y | |
| 19 | COR0004353 | SUSAN D BARROW | Harrer Law, P.C. | ATT2 | TRUE | | 11/17/2025 | Y | |
| 20 | COR0004354 | SCOTT GHERMAN | Butler Snow LLP; Beighley Myrick Udell & Zeichman PA | Overlap | TRUE | | 11/17/2025 | Y | |
| 21 | COR0004354 | BRADLEY JOHNSON | Butler Snow LLP; Beighley Myrick Udell & Zeichman PA | ATT1 | TRUE | | 11/17/2025 | Y | |
| 22 | COR0004354 | BRITTANI KAYE | Butler Snow LLP; Beighley Myrick Udell & Zeichman PA | | FALSE | | 11/17/2025 | Y | |
| 23 | COR0004354 | ROB CARUSO | Butler Snow LLP; Beighley Myrick Udell & Zeichman PA | ATT2 | TRUE | | 11/17/2025 | Y | |
| 24 | COR0004354 | BRITTANY BONNER | Butler Snow LLP; Beighley Myrick Udell & Zeichman PA | ATT2 | TRUE | | 11/17/2025 | Y | |
| 25 | COR0004351 | JULIA DIAZ | | ATT1 | TRUE | | 11/18/2025 | N | Emailed- 11/17/2025 |
| 26 | COR0004352 | MULTIPLE (4000+) | Potter Handy LLP. | | FALSE | | 11/18/2025 | Y | **Late** - Filed 11/18/2025 |
| 27 | COR0004433 | ESTELLA WAKAT | | ATT1 | TRUE | | 11/18/2025 | N | Filed 11/17/2025 |
| 28 | COR0004434 | TARREN HARDY | | ATT2 | TRUE | | 11/18/2025 | Y | Postmarked 11/13/2025, Filed 11/18/2025 |
| 29 | COR0003717 | PHYLLIS GREEN | | ATT2 | TRUE | | 11/11/2025 | N | Postmarked 11/4/2025 |
| 30 | COR0003718 | BREON HARMON | | ATT1 | TRUE | | 11/11/2025 | N | Postmarked 11/4/2025 |
| 31 | COR0004480 | BRENDA KEE | | OVERLAP | TRUE | | 11/19/2025 | Y | Postmarked 11/12/2025, Filed 11/18/2025 |
| 32 | COR0004481 | BRIANNA BAGBY | | ATT2 | TRUE | Claim Filed | 11/19/2025 | Y | Postmarked 11/17/2025, Filed 11/18/2025 |
| 33 | COR0004483 | LISA AXELROD | Potter Handy LLP. | ATT1 | TRUE | | 11/20/2025 | Y | Postmarked 11/17/2025, Filed 11/21/2025 |
| 34 | COR0004482 | NYDIA QUEZADA | | Overlap | TRUE | | 11/20/2025 | Y | Postmarked 11/17/2025 |
| 35 | COR0004456 | AISHA WRIGHT | | ATT2 | TRUE | Opt Out | 11/20/2025 | N | Postmarked 11/14/2025 |
| 36 | COR0004455 | CLAUDIA WRIGHT | | Overlap | TRUE | | 11/20/2025 | Y | Postmarked 11/14/2025, Filed 11/20/2025 |
| 37 | COR0004348 | CARLADREA HUEY | | ATT2 | TRUE | | 11/19/2025 | N | Postmarked 11/15/2025 |
| 38 | COR0004590 | MARCEE ADAMS | | ATT1 | TRUE | Claim Filed | 11/24/2025 | N | Postmark date is illegible, Received and Filed 11/25/2025 |
| 39 | COR0004580 | TERESA MILLER | | | FALSE | | 11/24/2025 | Y | **Late** - Postmarked 11/18/2025, Filed 11/21/2025 |
| 40 | COR0004651 | ROY LEWIS | | Overlap | TRUE | Claim Filed | 11/26/2025 | Y | Postmarked 11/14/2025, Filed 11/25/2025 |
| 41 | COR0004652 | NATHAN HEBERT | | ATT1 | TRUE | | 12/1/2025 | Y | Postmarked 11/15/2025, Filed 12/1/2025 |
| 42 | COR0005001 | YULANDA KING | | ATT1 | TRUE | Opt Out | 12/8/2025 | N | **Late** - Postmarked 12/1/2025 |
| 43 | COR0005731 | ADRIANA ACOSTA | Harrer Law, P.C. | ATT2 | TRUE | | 12/11/2025 | Y | **Late** - Filed 12/11/2025 |
| 44 | COR0005731 | LATONYIA MCCLAIN | Harrer Law, P.C. | | FALSE | | 12/11/2025 | Y | **Late** - Filed 12/11/2025 |
| 45 | COR0006016 | ERIC DELACRUZ | | ATT1 | TRUE | Claim Filed | 12/15/2025 | N | **Late** - Postmarked 12/11/2025 |
| 46 | COR0006015 | KATIE A DOWS | | ATT2 | TRUE | Claim Filed | 12/15/2025 | N | **Late** - Postmarked 12/9/2025 |