# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | |
|---|---|
| **IN RE: AT&T, INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | Case No. 3:24-cv-00757-E MDL No. 3114 |
| *This Document Relates To All Cases* | |

## <u>NOTICE OF FILING</u>

Plaintiffs and Class Counsel are filing this *Second Supplemental Declaration of Jeanne C. Finegan, APR of Kroll Settlement Administration LLC in Connection with Plaintiffs' Unopposed Motion for Final Approval of Settlemen*t to this Court.

The filed supplemental declaration is attached hereto as **Exhibit A**.

Dated: January 2, 2026                      Respectfully Submitted,

/s/ W. Mark Lanier
W. Mark Lanier
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy. N.
Suite 100
Houston, Texas 77064
Tel: (713) 659-5200
Mark.Lanier@lanierlawfirm.com

/s/ Jeff Ostrow
Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd.
Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

*Plaintiffs' Lead and Liaison Counsel*

Shauna Itri
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, New Jersey 07660
Tel: (973) 639-9100
sitri@seegerweiss.com

J. Devlan Geddes
**GOETZ, GEDDES & GARDNER P.C.**
35 N. Grand Avenue
Bozeman, Montana 59715
Tel: (406) 587-0618
devlan@goetzlawfirm.com

James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com

Jean Sutton Martin
**MORGAN & MORGAN**
201 N. Franklin Street 7th Floor
Tampa, Florida 33602
Tel: (813) 559-4908
jeanmartin@forthepeople.com

Sean S. Modjarrad
**MODJARRAD ABUSAAD & SAID**
212 W. Spring Valley Road
Richardson, Texas 75081
Tel: (972) 789-1664
smodjarrad@mas.law

*Plaintiffs' Executive Committee*

Raph Graybill
**Graybill Law Firm, PC**
400 4th Street North
Great Falls, Montana 59401
Tel: (406) 452-8566
raph@graybilllawfirm.com

John Heenan
**HEENAN & COOK, PLLC**
1631 Zimmerman Trail
Billings, Montana 59102
Tel: (406) 839-9091
john@lawmontana.com

Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Suite 302
Washington, DC 20020
Tel. (202) 470-3520
jrathod@classlawdc.com

*AT&T 2 Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record on January 2, 2026 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

/s/*W. Mark Lanier*
W. Mark Lanier