IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | § § § § § § § § § § § CASE NO. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

## AT&T DEFENDANTS' MOTION FOR PROTECTIVE ORDER

AT&T[1] moves for a protective order from five objectors' (the "Udell Objectors") Notice of Deposition of AT&T, Inc., and accompanying Requests for Production (ECF 415), served on December 31, 2025, pursuant to Federal Rule of Civil Procedure 26(c). AT&T's motion seeks protection only as to AT&T—AT&T understands that Class Counsel will specifically address the discovery served by the Udell Objectors on The Lanier Firm and Brian Fitzpatrick (ECF 414, 417) and that the Udell Objectors have agreed to withdraw the discovery served on third-party Kroll Settlement Administration (ECF 416).

---

[1] "AT&T" refers to Defendants AT&T Inc., AT&T Corporation and AT&T Mobility LLC. Other capitalized terms have the meanings set forth in the Settlement Agreement. *See* ECF 283-1.

1

AT&T's memorandum is filed concurrently with this motion pursuant to Northern District of Texas LR 7.1(d).

                                                Respectfully submitted,

Dated: January 6, 2026        */s/ Gilbert S. Keteltas*
                                      Gilbert S. Keteltas
                                      BAKER HOSTETLER LLP
                                      1050 Connecticut Ave., NW,
                                      Suite 1100
                                      Washington, DC 20036
                                      Tel: (202) 861.1530
                                      Fax: (202) 861.1783
                                      Email: gketeltas@bakerlaw.com

                                      C. Shawn Cleveland
                                      Texas Bar No. 24012433
                                      Tamara D. Baggett
                                      Texas Bar No. 24058573
                                      BAKER HOSTETLER LLP
                                      2850 N. Harwood Street, Suite 1100
                                      Dallas, TX 75201
                                      Tel: (214) 210-1200
                                      Fax: (214) 210-1201
                                      Email: scleveland@bakerlaw.com
                                      Email: tbaggett@bakerlaw.com

>Michael W. McTigue Jr.
>Meredith C. Slawe
>SKADDEN, ARPS, SLATE,
>     MEAGHER & FLOM LLP
>One Manhattan West
>New York, NY 10001
>Tel: (212) 735-3000
>Fax: (212) 735-2000
>michael.mctigue@skadden.com
>meredith.slawe@skadden.com
>
>Gregg J. Costa
>GIBSON DUNN
>811 Main St., Suite 3000
>Houston, TX 77002
>Tel: (346) 718.6649
>Email: gcosta@gibsondunn.com
>
>**ATTORNEYS FOR**
>**DEFENDANT AT&T**

## LR 7.1(b) Certificate of Conference

Defendants' Motion for Protective Order is opposed. On January 5, 2026, Gilbert S. Keteltas, Kimberly S. Morris, and Michael McTigue, attorneys for Defendant AT&T, and Maury Udell, Kyle Miller, and Amanda Taylor, attorneys for the Udell Objectors, met and conferred to discuss the relief sought herein. The parties could not reach an agreement because the Udell Objectors would not withdraw the discovery notice to AT&T.

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026, the foregoing was electronically filed and served via ECF.

> */s/ Gilbert S. Keteltas*
> Gilbert S. Keteltas