# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | § § § § § § § § § § § § § § § | CASE NO. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

## [PROPOSED] ORDER GRANTING AT&T DEFENDANTS' MOTION FOR PROTECTIVE ORDER

AT&T[1] moves for a protective order from five objectors' (the "Udell Objectors") Notice of Deposition of AT&T, Inc., and accompanying Requests for Production, served on December 31, 2025, pursuant to Federal Rule of Civil Procedure 26(c).

Having reviewed AT&T's motion, any opposition, and any reply, and for good cause shown, the Court hereby GRANTS AT&T's motion. Pursuant to Federal Rule of Civil Procedure 26(c)(1)(A), the Court hereby prohibits the discovery sought in the Notice of Deposition and

---

[1]   "AT&T" refers to Defendants AT&T Inc., AT&T Corporation and AT&T Mobility LLC. Other capitalized terms have the meanings set forth in the Settlement Agreement. *See* ECF 283-1.

accompanying requests for production to AT&T.

The Court determines that good cause exists to afford this relief because the Udell Objectors failed to seek leave to serve this discovery as they are required to do. They also failed to seek this discovery in a timely fashion. Despite knowing of the preliminarily approved Settlement for many months, the Udell Objectors waited until days before the Final Approval Hearing before serving the requested discovery. The Court can discern no justification for such delay. Nor can the Court see a need for the discovery sought by the Udell Objectors. Their arguments, which they have lodged with the Court more than once, are primarily legal in nature and can be resolved on the current record.

For the forgoing reasons, AT&T's motion is GRANTED in its entirety and the Udell Objectors are precluded from pursuing the discovery sought of AT&T.

IT IS SO ORDERED THIS ___ DAY OF JANUARY, 2026

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE