UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to All Cases* | Case No. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

## NOTICE OF IN-CAMERA FILINGS

On December 11, 2025, the Court received—in camera—Plaintiffs' and Class Counsel's Response to Objectors' Motion for in Camera Inspection of Communications and Testimony in Support of Their Objection. On December 11, 2025, the Court also received—in camera—AT&T Defendants' Opposition to Objectors Michael Von Lunen and Susan Barrow's (1) Motion for in Camera Inspection of Communications and Testimony and (2) Certain Objections To Motion For Final Approval of Class Action Settlement Premised on Confidential Mediation Information. On December 18, 2025, the Court received—in camera—Objectors' and Joining Objector's Combined Response to Class Counsel and Defendant's Opposition to the Objector's Motion for In Camera Inspection of Communications and Testimony.

Each of these filings shall be reserved for the Court's in-camera review, only. Although these filings are in camera only, the Court considers each of these filings as a part of the Court's record. And, the Court shall make these filings available to any reviewing jurist, should further in-camera review become necessary.

**SO ENTERED this 9th day of January, 2026.**

_____
**ADA BROWN**
**UNITED STATES DISTRICT JUDGE**