# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Cases | CASE NO. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

**Supplemental Declaration of Gilbert S. Keteltas in Connection with AT&T Defendants Omnibus Response to Certain Objections (Docket No. 405)**

I, Gilbert S. Keteltas hereby declare and state as follows:

1.    I am counsel to Defendant AT&T[1] in the above-referenced litigation. I have personal knowledge of the facts stated herein, and if called upon to do so, I could and would testify to these facts.

2.    The Parties mediated their disputes at JAMS in Los Angalas, California from March 17-19, 2025. In advance of the mediation, AT&T provided confidential information to Lead Counsel for the AT&T1 Class and Lead Counsel for the AT&T2 Class concerning the nature and scope of the respective data incidents, including the

---

[1] "AT&T" refers to Defendants AT&T Inc., AT&T Corporation and AT&T Mobility LLC. Other capitalized terms have the meanings set forth in the Settlement Agreement. *See* ECF 283-1.

number of people and data elements potentially involved in the Data Incidents. *See* ECF 283-1, Settlement Agreement, ¶ 15.

3. After three days of mediation and negotiations, the Parties reached agreements in principle to resolve the litigation, subject to confirmatory discovery relating to the Data Incidents. *See* ECF 283-1, Settlement Agreement, ¶ 18.

4. Thereafter, AT&T provided Class Counsel with over 13,000 pages of additional confidential confirmatory discovery relating to the Data Incidents. Among other items, the discovery consisted of documents and materials relating to AT&T's current and historical cybersecurity policies, cybersecurity training materials, and additional information about the data elements involved in the Data Incidents. *See* ECF 283-1, Settlement Agreement, ¶ 17; ECF 283-3, Joint Declaration of AT&T2 Class Counsel in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, ¶ 11.

5. In addition, and pursuant to paragraph 26 of the Preliminary Approval Order, ECF 298, AT&T separately provided a Confidential-Attorneys Eyes Only Declaration from AT&T's Deputy Chief Information Officer, Jason Hamilton, detailing AT&T's security

enhancements and steps AT&T has taken to further secure customer data.

6.  Finally, AT&T made available to Class Counsel for an interview an individual who participated in the responses to both Data Incidents for AT&T and who had familiarity with the facts and data related to both Data Incidents. *See* ECF 256-2, Joint Declaration of Class Counsel in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Applications for Attorneys' Fees, Costs, And Service Awards, ¶ 15.

Dated: January 9, 2026        */s/ Gilbert S. Keteltas*

                                           Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Ave., NW, Suite 1100
Washington, DC 20036
Tel: (202) 861.1530
Fax: (202) 861.1783
Email: gketeltas@bakerlaw.com

**ATTORNEY FOR AT&T**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, the foregoing was electronically filed and served via ECF.

*/s/ Gilbert S. Keteltas*
Gilbert S. Keteltas
