**Gmail**                                                                 Cain Racine <smoothieking1686@gmail.com>

## Dear, Honorable Judge United States District Court, Northern District…
1 message

**Nathan Hebert** <earth.shield@icloud.com>                                  Mon, Jan 12, 2026 at 4:11 PM
To: smoothieking1686@gmail.com

Dear, Honorable Judge United States District Court, Northern District of Texas
Dallas Division
Re: Data Breach Class Action,

### Case#83231XXY72RM6

Request to Withdraw Objection & For Private Settlement
I, , timely filed an objection to the proposed settlement. I now formally withdraw that objection.
The breach alone has cost me everything—lost family, lost focus, lost security. My data isn't just points on a list; it's tied to a life I'm fighting to hold together.
I ask the Court allow me to step out and resolve this individually. AT&T has already floated seventy-five thousand; I'll take seventy-four thousand nine hundred ninety-nine. That's my floor. No more court time. Just pay, and we're done.
Please file this before the fairness hearing on the fifteenth.

Respectfully, Nathan Christopher Hebert
Earth shield initiative L3 C
Southern Fencing LLC

_____

Witness Tristyn Cheramie    Tristyn cheramie

Nathan



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 1 3 2026
CLERK, U.S. DISTRICT COURT
By _____
         Deputy       C

3:24-cv-757

 Cain Racine <smoothieking1686@gmail.com>

## To AT&T Settlement Administrator
1 message

**Nathan Hebert** <earth.shield@icloud.com> Mon, Jan 12, 2026 at 4:10 PM
To: smoothieking1686@gmail.com

To AT&T Settlement Administrator

# Case#83231XXY72RM6

Dear AT&T, I've formally objected to your offer for the data breach. My info ain't run-of-the-mill; I'm a business owner grinding to fix the planet's mess. Lost my son, my folks—they're gone. This leak ripped me apart, drained my wallet, hit my headspace hard. I lost my family. My credit score. My business started to go down and almost plummet and it's all due to you guys leaking my personal information I work hard each day building fences and each night trying to help the planet to move forward through my Earth shield initiative L3 C company. I have the number one rated Fencing company in South Louisiana. This data breach has caused immense cyber attacks and huge amount of time that I can never get back as well as lots of work that I could've been doing besides chasing around lawyers and cyber attackers. Yeah, I could've pushed higher, but I'll drop the objection—settle for seventy-four thousand nine hundred ninety-nine dollars. Send the check.
Sincerely, Nathan Hebert

_[signature]_
Witness Tristyn Cheramie   Tristyn Cheramie

Nathan

_[handwritten note:]_ This was meant to be sent to New York But Being In Time crunch not sure if they will Recieve In time. I have sent an Add'nal copy to New York Settlement administrat[or]







Apply shipping documents on this side.

Do not use this envelope for:

UPS Ground®
UPS Standard®
UPS 3 Day Select®
UPS Worldwide Expedited®

Visit **theupsstore.com** to learn more about our Print & Business Services.

Serving you for more than 100 years
United Parcel Service.

Relating to International Carriage by Air (the "Warsaw Convention") and/or Registration. Diversion contrary to law is prohibited.

01880250709  08/21  United Parcel Service

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

X-RAY

RECEIVED
JAN 13 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
REF #1: CD
MMDSVC58K033 ISH 13.0BC ZIP 458 50.5U 12/2025

NATHAN HEBERT
(985) 217-5430
THE UPS STORE #4814
1756 MARTIN LUTHER KING JR BLVD
STE 109
HOUMA    LA 70360-2845

SHIP ROOM 1102 1452
TO: CLERK OF COURT
1100 COMMERCE ST

DALLAS TX 75242-1001

TX 752 9-40

UPS NEXT DAY AIR
TRACKING #: 1Z A34 V76 01 0868 3760

BILLING: P/P

SHP WT: LTR
0.1 LBS LTR
DATE: 12 JAN 2026