**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF TEXAS**

**DALLAS DIVISION**

---

**IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION**

Civil Action No. 3:24-cv-00757-E

---

**PRO SE MOVANT NATHANIEL WAYNE'S RESPONSE AND MOTION TO CONFIRM EFFECTIVENESS OF OPT-OUT**

---

**COMES NOW** Nathaniel Wayne, appearing pro se, and respectfully responds to AT&T Inc.'s Motion titled "AT&T Defendants' Position on All Opt-Out Requests" (Doc. 452), and moves this Court to confirm the validity and effectiveness of his opt-out, and states as follows:

---

**I. BACKGROUND**

1.  On August 11, 2025, Movant mailed a written opt-out request excluding himself from the settlement in MDL Docket No. 3:24-md-03114-E.

2.  The Court-approved deadline for opt-outs was October 17, 2025.

3. Movant's exclusion request was sent more than two months before the deadline via **Certified Mail – Return Receipt Requested**.

4. The opt-out letter clearly identifies the MDL and expressly states Movant's intent to exclude himself from any class settlement.

5. Proof of mailing is attached as **Exhibit A** (Opt-Out Letter) and **Exhibit B** (Certified Mail Receipt).

---

## II. ARGUMENT

The right to opt out of a class settlement is a fundamental due process protection.

Movant complied with all procedural requirements:

- **Timely submission**
- **Proper written request**
- **Certified mail delivery**
- **Clear identification of the MDL and exclusion intent**

If AT&T contends Movant's opt-out is defective, AT&T must identify:

a) Whether Movant is included among the challenged opt-outs;

b) The specific defect alleged; and

c) The rule or instruction allegedly violated.

Absent such a showing, Movant's exclusion remains effective as a matter of record.

## III. RELIEF REQUESTED

Movant respectfully requests that the Court enter an Order:

1. **Confirming that Nathaniel Wayne's opt-out is valid and effective;**

2. **Confirming that Movant is not bound by any settlement, release, or judgment in this MDL;** and

3. Granting such other and further relief as the Court deems proper.

**Dated:** February 23, 2026

Respectfully submitted,

/s/ Nathaniel Wayne

**Nathaniel Wayne**

7791 Indian Gap Trail

McCalla, AL 35111

(205) 267-9509

nathan.gay53@gmail.com

Nathaniel Wayne

7791 Indian Gap Trail

McCalla, AL 35111

Tel: 205-267-9509

Email: nathan.gay53@gmail.com


VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED


AT&T Legal Department

208 S. Akard Street

Office #2900.13

Dallas, TX 75202


Date: August 11, 2025


Re: Opt-Out of AT&T Data Breach Settlement – MDL Docket No. 3:24-md-03114-E


To Whom It May Concern,


I am writing to formally opt out of the settlement related to the data breach identified as MDL Docket No. 3:24-md-03114-E, currently pending in the Northern District of Texas. I am exercising my right to pursue individual legal action to seek damages for the harm caused by the breach.


Please consider this letter my official notice of my decision to exclude myself from any class or settlement agreement related to the case.

Thank you for your acknowledgment of my decision.

Sincerely,

Nathaniel Wayne



**CERTIFICATE OF SERVICE**

Because Movant is a pro se litigant without electronic filing access, this Response will be placed in the United States Mail via **Certified Mail – Return Receipt Requested** on February 23, 2026, addressed to:

Clerk of Court

U.S. District Court

Northern District of Texas

1100 Commerce Street, Room 1452

Dallas, TX 75242

/s/ Nathaniel Wayne

**Nathaniel Wayne**



Nathaniel Wayne
7791 Indian Gap Trail
McCalla, AL 35111

Clerk of Court
U.S District Court
Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, Texas #75242
75242-131052

U.S. POSTAGE PAID
FCM LETTER
BESSEMER, AL 35020
FEB 23, 2026
$0.29
S2324A500425-86

Retail
RDC 99
75242

RECEIVED - 2
FEB 27 2026

X-RAY