# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Gilbert S. Keteltas
direct dial: 202.861.1530
gketeltas@bakerlaw.com

March 4, 2026

<u>VIA ECF</u>

Honorable Judge Ada Brown
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1312
Dallas, Texas 75242-1003

  Re: *In Re: AT&T Inc. Customer Data Security Breach Litigation*, No. 3:24-cv-00757

Dear Judge Brown:

AT&T respectfully submits for filing an amended version of *AT&T Defendants' Position on All Opt-Out Requests*. Since the original filing on February 20, 2026, the Settlement Administrator, Kroll Settlement Administration LLC, identified six opt-out requests that were inadvertently marked as duplicates and not included in the exhibits to the *Third Supplemental Declaration Of Jeanne C. Finegan, APR of Kroll Settlement Administration LLC* filed with *AT&T Defendants' Position on All Opt-Out Requests*. Those opt-out requests are now included in the *Fourth Supplemental Declaration Of Jeanne C. Finegan, APR of Kroll Settlement Administration LLC* filed herewith.

Respectfully submitted,

*[signature]*

Baker & Hostetler LLP
Gilbert S. Keteltas