UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CASE NO.: 3-24-cv-00757-E

ELROY PHILLIPS, et al.,

    Plaintiff(s),

v.

AT&T INC., et al.,

    Defendants

_____/



## PRO SE LITIGANTS' MOTION FOR NUNC PRO TUNC ACCEPTANCE OF OPT-OUT NOTICE

1. The Plaintiff's Elroy and Sixtoria Phillips, pro se, respectfully moves the Court for an Order deeming their opt-out Notice timely filed nunc pro tunc as of the date it was originally transmitted to the Plaintiff's Steering Committee ("PSC").

2. On October 4, 2025, the Plaintiffs completed and transmitted a written opt-out notice in good faith due to the amount of their claim based on liquidated damages which were attached to the Plaintiff's Motion for Summary Judgment. The Notice was sent to W. Mark Lanier, Esq. via U.S. mail, 10840 W. Sam Houston Parkway, Ste. 100, Houston Tx. 77064 (Ex. "1").

3. The Notice was sent to the PSC because the MDL's communication structure directed pro se litigants to route filings and disputes through the PSC.

4. The PSC did not forward or file the opt-out notice, to the Claims Administrator or the Court. On February 26, 2026, the Plaintiffs learned that opt-out notices had to be submitted directly to the Claims Administrator.

5. The Plaintiffs have acted timely, diligently, and in good faith. The only defect was the location to which the notice was sent.

6. Federal Courts routinely grant nunc pro tunc relief where a litigant timely attempts to file a document but is is misdirected or prevented from reaching the proper destination. This is especially true for opt-out notices, which protects a litigant's due process right not be bound by settlement.

7. Denying nunc pro tunc relief would result in an unfair forfeiture of rights despite the Plaintiffs' timely attempt to opt out.

### RELIEF REQUESTED

The Plaintiffs respectfully request that the Court:

1. Deem the opt-out Notice timely filed nunc pro tunc as of the date it was transmitted to the PSC;

2. Direct the Claims Administrator to accept the opt-out as timely; and

3. Grant any other relief the Court deems just and proper.

Respectfully submitted,

Elroy Phillips, pro se
1103 35th Street
West Palm Beach, Fl. 33407

Sixtoria Phillips

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded

Mr. Mark Lanier, Esq., 10840 W. Sam Houston Parkway, Ste. 100, Houston Tx. 77064 via U.S.

Mail on this 2nd day of March 2026.

_Elroy Phillips_
Elroy Phillips

## DECLARATION OF ELROY PHILLIPS

I, Elroy Phillips, makes the following statement of his own free will and without duress.

1.  I, am a Plaintiff in CASE NO. 24-cv-00757-E, MDL DOCKET NO. 3:24-md-03114-E.

2.  On October 4, 2025, I received notice of the Court's October 3, 2025, Order Granting Joint Motion to Amend Preliminary Approval Order to Extend Certain Deadlines contained in the record at Dkt. 342.

3.  Upon reading the Court's Order it became apparent that we needed to Opt-Out of the Settlement Class because any potential award was far less than the documented liquidated damages owed by the Defendants.

4.  My daughter and I, prepared what was title Plaintiff's Notice to be Excluded (Opt-Out) of Settlement Class (attached here as Exhibit "1"), we executed the document, I placed the document in the mail to be mailed to Steering Committee Head, the honorable Mark Lanier, Esq. at his address of 10840 W. Sam Houston Pky, Houston, Tx. 77064.

5.  As of date, I have not heard anything from Mr. Lanier, and this can be because Mr. Lanier, even though he is the Steering Committee lead, he represents the Class, and as a pro se litigant I am not a member of the Class (Exhibit "2"), despite the Court directing me to bring disputes to him.

Your declarant further sayeth naught.

Pursuant to 28 U.S.C. § 1746 swear and affirm that the following statement is true.

Dated: March 2, 2026
West Palm Beach, Fla. 33407

*Elroy Phillips*
Elroy Phillips

EXHIBIT "1"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CASE NO.: 3-24-cv-00757-E

ELROY PHILLIPS, et al.,

    Plaintiff(s),

v.

AT&T INC., et al.,

    Defendants

_____/

## PLAINTIFFS' NOTICE TO BE EXCLUDED (OPT-OUT) OF SETTLEMENT CLASS

The Plaintiffs, Elroy and Sixtoria Phillips hereby submits this Notice to Be Excluded (Opt-Out) of Settlement Class and in cause and support will state:

1. Yesterday, October 3, 2025, the Court issued an Order Granting Joint Motion to Amend Preliminary Approval Order to Extend to Certain Defendants (Dkt. 298).

2. In the Order the Court sets a deadline of November 17, 2025, in which a Plaintiff can "opt-out" of the Settlement Classs.

3. Because the settlement award is significantly less than the Plaintiffs' liquidated damages documented in their motion for summary judgment (Dkt. 215,) the Plaintiffs' must be excluded or otherwise "opt-out" of the settlement class in this MDL.

Respectfully submitted,

_Sixtoria Phillips_
Sixtoria Phillips
1103 35th Street
West Palm Beach, Fl. 33407

_Elroy Phillips_
Elroy Phillips
1103 35th Street
West Palm Beach, Fl. 33407

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing has been forwarded

to Mr. Mark Lanier, Esq., 10840 W. Sam Houston Parkway, Ste. 100, Houston Tx. 77064 via U.S.

Mail on this 5th day of October 2025.

_Elroy Phillips_
Elroy Phillips

EXHIBIT "2"

Case 3:24-cv-00757-E    Document 468    Filed 03/09/26    Page 9 of 10    PageID 8468



## Phillips v. AT&T Case No. 24-cv-00757    Inbox ×

**Elroy Phillips**
Mr. Lanier, for over a year I have been trying to communicate with you concerning my motion for default judgment and you have been continuously ignoring me. I s

**Evan M. Janush** <Evan.Janush@lanieriawfirm.com>
to me

Dear Mr. Phillips:

I am in receipt of your email to Mr. Lanier and understand that you also recently called to speak with him. However, we are unable to assist you with your individual cas action settlement against AT&T. In that capacity, we are obligated to act only on behalf of the class as a whole, not to provide individual representation to any class mer

You are proceeding *pro se* with your own motions filed before Judge Brown, including the motions referenced in your email. Because you are pursuing your own indivic your individual filings, you will need to address those directly with the Court or consider retaining separate counsel for individual representation.

We wish you the best.

Respectfully,
Evan Janush

**ephillipslaw@gmail.com**
to Sixtoria

Sent from Yahoo Mail for iPhone

Begin forwarded message:

Reply    Forward    ☺

AT&T



Gmail

Q  Sphillips.chevy@gmail.com

Mail

Chat

Meet

We wish you the best.

Respectfully,
Evan Janush

**E**  **ephillipslaw@gmail.com**
to Sixtoria

Sent from Yahoo Mail for iPhone

Begin forwarded message:

**E**  **ephillipslaw@gmail.com**
to Sixtoria

I understand your position Sir, but pursuant to Jude Brown's order I am to consult with plaintiff's lead counsel for the sole purpose of coordinating and presentation of d

Sent from Yahoo Mail for iPhone

Reply      Forward      ☺