# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: AT&T Inc. CUSTOMER DATA SECURITY BREACH LITIGATION § § § § § § § § § | CASE NO. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |
| This Document Relates to All Cases | |

## ORDER DENYING THE MOTION FOR LEAVE TO FILE PLEADINGS DUE TO PLAINTIFFS' STEERING COMMITTEE FAILURE TO TRANSMIT DISPUTES TO THE COURT (DOCUMENT 465)

It is ORDERED that the Motion for Leave to File Pleadings due to Plaintiffs' Steering Committee Failure to Transmit Disputes to the Court (Document 465) is DENIED as untimely.

Signed this 10th day of March, 2026.

*[signature: Ada Brown]*

Honorable Ada Brown
United States District Judge