**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| | § | |
| IN RE: AT&T INC. CUSTOMER DATA | § | Civil Action No. 3:24-CV-00757-E |
| SECURITY BREACH LITIGATION | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER DENYING MOTION TO REMAND AND LIFT STAY

Before the Court is the Motion to Lift Stay as to Plaintiff for Immediate Suggestion of Remand, and for Declaratory Clarification of Jurisdiction filed by Nathaniel Wayne (Doc. 476). Said Motion is completely without merit and is ORDERED denied in all things.

**SO ORDERED.**

16th day of April, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE