**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | § § § § § § § § § § § | Civil Action No. 3:24-CV-00757-E |

**ORDER**

Before the Court are (1) Plaintiff Nathaniel Wayne's Combined Motion to Suggest Remand to the United States District Court for the Northern District of Alabama and for Relief from Stay (Docket No. 476), (2) Plaintiff's Emergency Motion to Lift Stay as to Plaintiff, for Immediate Suggestion of Remand, and for Declaratory Clarification of Jurisdiction (Docket No. 479), (3) Plaintiff's Rule 59(e) Motion to Alter or Amend Order Denying Emergency Motion To Lift Stay, For Immediate Suggestion of Remand, And For Declaratory Clarification of Jurisdiction (Docket No. 482), and Plaintiff's Motion to Certify Order for Interlocutory Appeal under 28 U,S,C. &1292(b) (Docket No. 483).

So that the Court can receive the input from Defendant AT&T regarding said Motions, it is requested that said Defendant AT&T file a response to said Motions by May 15, 2026.

**SO ORDERED.**

30th day of April, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE