# EXHIBIT 1

Harrer Law, P.C. Proposed Curative Notice

**PLEASE READ THIS NOTICE CAREFULLY. IT MAY AFFECT YOUR LEGAL RIGHTS IN A CLASS ACTION SETTLEMENT.**

Dear [NAME],

This notice is being sent to you at the direction of the federal court in *In re: AT&T Inc. Customer Data Security Breach Litigation*, Case No. 3:24-cv-00757-E in the United States District Court in the Northern District of Texas (the Action). It contains important information that affects your legal rights and its contents have been reviewed and approved by the Court.

Without any admission of liability or wrongdoing, the parties in the Action have agreed to enter into a settlement. You may be a Settlement Class Member eligible to receive certain benefits under the Settlement.

Harrer Law, P.C., has represented to the Court that you submitted a request to opt-out of the Settlement. The Court has found, however, that you and other potential Settlement Class Members represented by Harrer Law, P.C. may have received inaccurate and misleading information regarding the Settlement in communications prior to the submission of your opt-out request. These communications were **not** approved by the Court and may have contradicted the Court-approved Long Form Notice linked here (Notice Materials).

The Court has ordered this corrective notice to be sent to you to ensure you have full and accurate information regarding your legal rights under the Settlement. The benefits available to Settlement Class Members who participate in the Settlement are described in the Notice Materials. If you opt out of the Settlement, you will not obtain any benefits from the Settlement and will not release any claims against AT&T as contemplated by the Settlement.

The Court has also ordered that the deadline to opt out of the Settlement or submit a claim form be re-opened and extended for you to give you time to carefully review the Notice Materials before making a decision. You now have until [DATE] to review the Notice Materials and decide whether to submit a Claim Form (linked here), submit an opt-out

request, or take no action. If you choose to opt out, your request will only be considered if it fully complies with the following requirements in paragraph 15 of the Preliminary Approval Order:

a. the Settlement Class Member's full legal name;
b. the Settlement Class Member's address, all AT&T telephone number(s) and current telephone number, and current email address;
c. the identity of the Settlement Class Member's counsel, if represented;
d. a handwritten "wet" signature of the Settlement Class Member;
e. the name and number of the case;
f. if the individual is a former AT&T customer, the Settlement Class Member's AT&T account number(s) or an attestation that the former customer is unable to obtain their AT&T account number(s); and
g. a statement clearly indicating the individual wishes to be excluded from a Settlement Class for the purposes of the Settlement.

Opt-out requests must be sent to the following address:

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

The Court has appointed Class Counsel to represent the settlement classes in the Action. Their contact information is included in the Notice Materials. If you have any questions regarding your rights under the settlement, please contact Class Counsel for further information. Their contact information is contained in the Notice Materials.

Potter Handy, LLP Proposed Curative Notice

**PLEASE READ THIS NOTICE CAREFULLY. IT MAY AFFECT YOUR LEGAL RIGHTS IN A CLASS ACTION SETTLEMENT.**

Dear [NAME],

This notice is being sent to you at the direction of the federal court in *In re: AT&T Inc. Customer Data Security Breach Litigation*, Case No. 3:24-cv-00757-E in the United States District Court in the Northern District of Texas (the Action). It contains important information that affects your legal rights and its contents have been reviewed and approved by the Court.

Without any admission of liability or wrongdoing, the parties in the Action have agreed to enter into a settlement. You may be a Settlement Class Member eligible to receive certain benefits under the Settlement.

Potter Handy, LLP, has represented to the Court that you submitted a request to opt-out of the Settlement. The Court has found, however, that you and other potential Settlement Class Members represented by Potter Handy, LLP may have received inaccurate and misleading information regarding the Settlement in communications prior to the submission of your opt-out request. These communications were **not** approved by the Court and may have contradicted the Court-approved Long Form Notice linked here (Notice Materials).

The Court has ordered this corrective notice to be sent to you to ensure you have full and accurate information regarding your legal rights under the Settlement. The benefits available to Settlement Class Members who participate in the Settlement are described in the Notice Materials. If you opt out of the Settlement, you will not obtain any benefits from the Settlement and will not release any claims against AT&T as contemplated by the Settlement.

The Court has also ordered that the deadline to opt out of the Settlement or submit a claim form be re-opened and extended for you to give you time to carefully review the Notice Materials before making a decision. You now have until [DATE] to review the Notice Materials and decide whether to submit a Claim Form (linked here), submit an opt-out

request, or take no action. If you choose to opt out, your request will only be considered if it fully complies with the following requirements in paragraph 15 of the Preliminary Approval Order:

a. the Settlement Class Member's full legal name;
b. the Settlement Class Member's address, all AT&T telephone number(s) and current telephone number, and current email address;
c. the identity of the Settlement Class Member's counsel, if represented;
d. a handwritten "wet" signature of the Settlement Class Member;
e. the name and number of the case;
f. if the individual is a former AT&T customer, the Settlement Class Member's AT&T account number(s) or an attestation that the former customer is unable to obtain their AT&T account number(s); and
g. a statement clearly indicating the individual wishes to be excluded from a Settlement Class for the purposes of the Settlement.

Opt-out requests must be sent to the following address:

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

The Court has appointed Class Counsel to represent the settlement classes in the Action. Their contact information is included in the Notice Materials. If you have any questions regarding your rights under the settlement, please contact Class Counsel for further information. Their contact information is contained in the Notice Materials.