**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | Case No. 3:24-cv-00757-E |
| *This Document Relates to All Cases* | MDL DOCKET NO. 3:24-md-03114-E |

**PLAINTIFFS' RESPONSE TO AT&T DEFENDANTS'**
**ADDITIONAL BRIEFING ON OPT-OUTS**

Plaintiffs[1] submit their response to AT&T Defendants' Additional Opt-Out Briefing. Doc. 499. The Settlement Administrator has exhaustively evaluated the opt-out requests from Settlement Class Members for compliance with the Preliminary Approval Order governing the proposed Settlement. Therefore, Plaintiffs do not oppose AT&T's briefing on which opt-outs should be accepted and rejected, as well as the proposal for corrective notice to be sent to certain Settlement Class Members for whom opt-outs were submitted by two law firms purporting to represent them.

Plaintiffs reserve the right to request that the Court permit them to respond to the objectors submissions in response to AT&T's latest briefing, if the Court would find it beneficial. Doc. 497.

---

[1] Unless defined herein, all capitalized terms have the same meanings as those defined in Section II of the Class Action Settlement Agreement and Release. *See* Doc. 356-1.

1

Dated: July 2, 2026

Respectfully Submitted,

*/s/ W. Mark Lanier*
W. Mark Lanier
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy. N.
Suite 100
Houston, Texas 77064
Tel: (713) 659-5200
Mark.Lanier@lanierlawfirm.com

*Plaintiffs' Lead and Liaison Counsel*

Shauna Itri
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, New Jersey 07660
Tel: (973) 639-9100
sitri@seegerweiss.com

James E. Cecchi
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com

Jean Sutton Martin
**MORGAN & MORGAN**
201 N. Franklin Street 7th Floor
Tampa, Florida 33602
Tel: (813) 559-4908
jeanmartin@forthepeople.com

Sean S. Modjarrad
**MODJARRAD ABUSAAD & SAID**
212 W. Spring Valley Road
Richardson, Texas 75081
Tel: (972) 789-1664

*/s/ Jeff Ostrow*
Jef Ostrow
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd.
Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

J. Devlan Geddes
**GOETZ, GEDDES & GARDNER P.C.**
35 N. Grand Avenue
Bozeman, Montana 59715
Tel: (406) 587-0618
devlan@goetzlawfirm.com

Raph Graybill
**Graybill Law Firm, PC**
400 4th Street North
Great Falls, Montana 59401
Tel: (406) 452-8566
raph@graybilllawfirm.com

John Heenan
**HEENAN & COOK, PLLC**
1631 Zimmerman Trail
Billings, Montana 59102
Tel: (406) 839-9091
john@lawmontana.com

Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Suite 302
Washington, DC 20002
Tel. (202) 470-3520

2

smodjarrad@mas.law                    jrathod@classlawdc.com

*Plaintiffs' Executive Committee*          *AT&T 2 Class Counsel*


## CERTIFICATE OF WORD COUNT

In reliance on the word count function of the Microsoft Word software on which this Response was prepared, I hereby certify that this Response contains 139 words, excluding the case caption, table of contents, table of authorities, signature block, and certificates.

*/s/ W. Mark Lanier*
W. Mark Lanier


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record via CM/ECF on July 2, 2026, in accordance with the Federal Rules of Civil Procedure.

*/s/ W. Mark Lanier*
W. Mark Lanier