

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
DALLAS DIVISION

---

**IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION**

**Case No. 3:24-cv-0757-E**

**MDL NO 3114**

---

This Documents Relates to:

PHILLIPS, et al. v. AT&T MOBILITY LLC, et al.
No. 9 :24-80700
(S.D. Fla.)

---

## PRO SE CONSOL PLAINTIFFS' FORMAL MOTION FOR EXCLUSION AND OPT-OUT FROM CLASS ACTION SETTLEMENT

Come Now, Consol Plaintiffs Elroy Phillips and Sixtoria Phillips, appearing *pro se*, and respectfully move this Honorable Court to formally record their timely exclusion and opt-out from any proposed class action settlement pool in this Multi-District Litigation. In support thereof, Plaintiffs state as follows:

### I. NOTICE OF MAILING & EXCLUSIBLE DELAY COMPLIANCE

1. On July 2, 2026, Plaintiffs placed their formal Briefing/Response regarding their individual opt-out status directly into the custody of the United States

1

Postal Service (USPS), addressed to the Clerk of the Court for the Northern District of Texas.

2. Because Plaintiffs are in Florida and are proceeding *pro se* without direct administrative access to the Court's electronic CM/ECF filing system, physical mail transit dictates that the document will arrive shortly after the Court's July 2nd deadline. Plaintiffs respectfully request that the Court accept this filing under the "mailbox rule" or as a minor, non-prejudicial delay caused entirely by postal transit times.

## II. BACKGROUND: THE UNRESOLVED FLORIDA DEFAULT TRACK

3. This case stands in an entirely unique procedural posture compared to the un-litigated, generalized grievances of the broader class. Prior to its administrative transfer to this MDL Court, the United States District Court for the Southern District of Florida formally entered a default against the AT&T Defendants.

4. The Florida Federal Court explicitly ordered Plaintiffs to file a formal Motion for Default Judgment by a specific date, with which Plaintiffs fully and timely complied.

5. Following transfer, Plaintiffs renewed and filed their **"Motion for Default Judgment Against AT&T.pdf"** directly with this MDL Court to preserve

their active, vested victory (formally recorded on the NDTX record as **Docket Entry ECF No. 215**).

## III. LIAISON COUNSEL'S NON-COMPLIANCE AND REJECTION OF COURT DIRECTIVES

6. This Court previously directed Plaintiffs' Lead and Liaison Counsel, Mr. W. Mark Lanier, via orders associated with **Docket Entries ECF No. 215 / 218**, to correspond and coordinate with Plaintiffs regarding their pending individual motions.

7. Despite this Court's explicit mandate, Mr. Lanier and the Steering Committee have systematically rejected Plaintiffs' pleadings and refused to communicate.

8. **Direct Evidence Sitting on the Record and Attached Hereto:** As demonstrated in Plaintiffs' previously submitted **"Motion for Leave to File Pleadings to Court.pdf" (ECF No. 465)** and further verified by the complete email record attached hereto as **Exhibit A**, Mr. Lanier's firm explicitly disclaimed any individual duty to coordinate or transmit Plaintiffs' motions. Class leadership explicitly stated in writing that they "represent the class" and *do not* represent Elroy or Sixtoria Phillips, instructing Plaintiffs that they must address their individual default track "directly with the Court."

9. **Plaintiffs' Clear Challenge to Non-Compliance:** The record establishes that Plaintiffs did not merely accept this administrative evasion. As documented in **"Evan Janus Mark Lanier Email.pdf"** (and incorporated into **Exhibit**

3

A), Plaintiffs immediately replied to class leadership, challenging their refusal and stating verbatim: *"pursuant to Judge Brown's order I am to consult with plaintiff's lead counsel for the sole purpose of coordinating and presentation... Are you not Plaintiff's Lead Counsel?"*

10. Despite being explicitly reminded of this Court's directives to coordinate, class leadership completely ignored the inquiry and maintained their lockout. Because class leadership is legally restricted to representing the collective class settlement pool, an irreconcilable conflict of interest exists. Class leadership has actively weaponized the MDL's administrative gatekeeping to bury Plaintiffs' independent default track and force them into a compromised global settlement pool against their express will.

## IV. PRAYER FOR RELIEF

Plaintiffs have zero intent to participate in a fractional, compromised class settlement pool when they have already established independent liability via a hard-won default track.

Wherefore, Plaintiffs respectfully request that this Honorable Court enter an Order formally granting this Motion, recording Elroy Phillips and Sixtoria Phillips as completely **Excluded and Opted-Out** from the class action settlement pool, and reserving their right to independently litigate and enforce their pending Motion for Default Judgment (ECF No. 215) against the AT&T Defendants.

4

Respectfully submitted,

_Elroy Phillips_

Elroy Phillips
1103 35th Street
West Palm Beach, Fl 33407

_Sixtoria Phillips_

Sixtoria Phillips
1103 35th Street
West Palm Beach, Fl 33407

## CERTIFICATE OF SERVICE

**I hereby certify** that on July 2, 2026, a true and correct copy of the foregoing document was served via U.S. Mail to Plaintiffs' Liaison Counsel (W. Mark Lanier, The Lanier Law Firm, 10840 W. Sam Houston Parkway, Ste. 100, Houston, TX 77064) and Counsel for the AT&T Defendants.

_Elroy Phillips_

Elroy Phillips

EXHIBIT "A"



communicate with you. For matters related to your individual filings, you will need to address those directly with the Court or

We wish you the best.

Respectfully,
Evan Janush

**ephillipslaw@gmail.com**
to Sixtoria

Sent from Yahoo Mail for iPhone

Begin forwarded message:

**ephillipslaw@gmail.com**
to Sixtoria

I understand your position Sir, but pursuant to Jude Brown's order I am to consult with plaintiff's lead counsel for the sole pur response. Are you not Plaintiff's Lead Counsel?

Sent from Yahoo Mail for iPhone

Reply    Forward



**Compose**

Mail

| | |
|---|---|
| **Inbox** | 14,924 |
| Starred | |
| Snoozed | |
| Sent | |
| **Drafts** | 80 |
| **Purchases** | 134 |
| More | |

Chat

Meet

**Labels**

| | |
|---|---|
| [Gmail]Trash | 1 |
| VERY IMPORTANT | |
| More | |

## Phillips v. AT&T Case No. 24-cv-00757   ⅀   Inbox ×

**Elroy Phillips** <ephillipslaw@gmail.com>
to Mark.Lanier, jcecchi

Mr. Lanier, for over a year I have been trying to communicate with you concerning my motion for default judgment and you ha
correspondences. Another year has come and before I file anything in the court I come to you one more time and ask that my
administration of the MDL and you have not done so. My motions, again, are contained in the record at docket entry 213 and

**Evan M. Janush** <Evan.Janush@lanierlawfirm.com>
to me

Dear Mr. Phillips:

I am in receipt of your email to Mr. Lanier and understand that you also recently called to speak with him. However, we are ur
represent the class of claimants in a class action settlement against AT&T. In that capacity, we are obligated to act only on be

You are proceeding *pro se* with your own motions filed before Judge Brown, including the motions referenced in your email. E
communicate with you. For matters related to your individual filings, you will need to address those directly with the Court or o

We wish you the best.

Respectfully,
Evan Janush

**ephillipslaw@gmail.com**
to Sixtoria

Sent from Yahoo Mail for iPhone

Begin forwarded message:

( Reply )   ( Forward )   ( ☺ )

≡    M Gmail

🔍    Mark.Lanier@lanierlawfirm.com    ✕    ⊟

Compose

Mail

Inbox    14,924

Chat    Starred

Snoozed

Meet    Sent

Drafts    80

Purchases    134

More

Labels

[Gmail]Trash    1

VERY IMPORTANT

More

✉

## Phillips v. AT&T Case No. 24-cv-00757  ⟩  Inbox ×

**Elroy Phillips** <ephillipslaw@gmail.com>
to Mark.Lanier, jcecchi

Mr. Lanier, for over a year I have been trying to communicate with you concerning my motion for default judgment and you ha
correspondences. Another year has come and before I file anything in the court I come to you one more time and ask that m
administration of the MDL and you have not done so. My motions, again, are contained in the record at docket entry 213 and

**Evan M. Janush** <Evan.Janush@lanierlawfirm.com>
to me

Dear Mr. Phillips:

I am in receipt of your email to Mr. Lanier and understand that you also recently called to speak with him. However, we are u
represent the class of claimants in a class action settlement against AT&T. In that capacity, we are obligated to act only on be

You are proceeding *pro se* with your own motions filed before Judge Brown, including the motions referenced in your email.
communicate with you. For matters related to your individual filings, you will need to address those directly with the Court or

We wish you the best.

Respectfully,
Evan Janush

**ephillipslaw@gmail.com**
to Sixtoria

Sent from Yahoo Mail for iPhone

Begin forwarded message:

Reply    Forward    ☺



Gmail

communicate with you. For matters related to your individual filings, you will need to address those directly with the Court or

We wish you the best.

Respectfully,
Evan Janush

**ephillipslaw@gmail.com**
to Sixtoria

Sent from Yahoo Mail for iPhone

Begin forwarded message:

**ephillipslaw@gmail.com**
to Sixtoria

I understand your position Sir, but pursuant to Jude Brown's order I am to consult with plaintiff's lead counsel for the sole pur
response. Are you not Plaintiff's Lead Counsel?

Sent from Yahoo Mail for iPhone

Reply        Forward        ☺

Dear Clerk

July 2, 2026

Please File this Pleading in case

No. 24-cv-00757

RECEIVED VM

JUL 13 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

