**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Document Relates to All Cases* | Case No. 3:24-cv-00757-E<br><br>MDL DOCKET NO. 3:24-md-03114-E |

**OMNIBUS DECLARATION OF JEANNE C. FINEGAN, APR OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT**

I, Jeanne C. Finegan, declare and state as follows:

## INTRODUCTION

1. I am the Managing Director and Head of Kroll Notice Media Solutions ("Kroll Media")[1], a business unit of Kroll Settlement Administration LLC ("Kroll"), the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by my associates and staff. This declaration is being filed in connection with Final Approval of the Settlement.

2. This declaration supplements the prior Kroll declarations filed with the Court,[2] in order to provide updated information previously provided to the Court regarding the Notice

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Class Action Settlement Agreement and Release (the "Settlement Agreement" or "SA").

[2] Specifically, (a) the Declaration of Jeanne C. Finegan of Kroll Settlement Administration LLC in Connection with Plaintiffs' Unopposed Motion for Final Approval of Settlement (ECF No. 356-3), filed November 3, 2025 (the "Initial Declaration"), (b) the Supplemental Declaration of Jeanne C. Finegan of Kroll Settlement Administration LLC in Connection with Plaintiffs' Unopposed Motion for Final Approval of Settlement (ECF No. 407-1), filed December 18, 2025, (c) the
*(Cont'd)*

Program, claim activity, opt-out requests, and administration costs. The Prior Declarations are incorporated herein by reference in their entirety.

**BACKGROUND**

3. Kroll was appointed as the Settlement Administrator to provide notification and claims administration services in connection with the Class Action Settlement Agreement and Release ("Settlement Agreement") entered into in these Actions. Kroll's duties in connection with the Settlement have and will include: (a) preparing and sending notices in connection with the Class Action Fairness Act; (b) receiving and analyzing the AT&T 1 Class List and AT&T 2 Class List from Defendants; (c) creating a Settlement Website with online claim-filing capabilities; (d) establishing a toll-free telephone number for inquiries and class member support; (e) establishing a post office box for the receipt of mail; (f) preparing and sending the Postcard Notice via first-class mail; (g) preparing and sending Email Notice; (h) establishing an email address to receive Settlement Class Member inquiries; (i) initiating a media campaign including a press release, online banners, and search advertisements; (j) receiving and processing mail from the United States Postal Service ("USPS") with forwarding addresses; (k) receiving and processing undeliverable mail, without a forwarding address, from the USPS; (l) receiving and processing Claim Forms; (m) receiving and processing opt-out requests and objections; (n) meeting weekly with the Parties and Court appointed Special Masters regarding claim administration; (o) providing updates to the Court on the status of the claims administration; (p) developing tools to assist class

---

Second Supplemental Declaration of Jeanne C. Finegan, APR of Kroll Settlement Administration LLC in Connection with Plaintiffs' Unopposed Motion for Final Approval of Settlement (ECF No. 452-4), filed January 2, 2026 (the "Second Suppl. Declaration"), (d) the Third Supplemental Declaration of Jeanne C. Finegan, APR of Kroll Settlement Administration LLC in Connection with Plaintiffs' Unopposed Motion for Final Approval of Settlement (ECF No. , filed February 20, 2026, (e) the Fourth Supplemental Declaration of Jeanne C. Finegan, APR of Kroll Settlement Administration LLC in Connection with Plaintiffs' Unopposed Motion for Final Approval of Settlement (ECF No. 463-5), filed March 4, 2026, and (f) the Fifth Supplemental Declaration of Tara Trapani of Kroll Settlement Administration LLC in Connection with Plaintiffs' Unopposed Motion for Final Approval of Settlement (ECF No. 499-2), filed June 22, 2026 (the "Fifth Suppl. Declaration") (collectively, the "Prior Declarations").

members and counsel throughout the administration; and (q) such other tasks as counsel for the Parties or the Court request Kroll to perform.

## CASE SETUP

4. As noted above, on behalf of the Defendants, Kroll provided Notice of the proposed Settlement pursuant to the Class Action Fairness Act, 28 U.S.C. §1715(b) ("CAFA Notice"). At Defendants' Counsel's direction, on June 9, 2025, Kroll sent the CAFA Notice identifying the documents required, a true and correct copy of which is attached hereto as **Exhibit 1**, via first-class certified mail, to (a) the Attorney General of the United States, (b) the fifty-five (55) state and territorial Attorneys General identified in the service list for the CAFA Notice, attached hereto as **Exhibit 2**, and (c) via email to the Nevada Attorney General. The CAFA Notice directed the Attorneys General to the website www.CAFANotice.com, a site that contains all the documents relating to the Settlement referenced in the CAFA Notice.

5. On June 12, 2025, Kroll created a dedicated Settlement Website located at www.telecomdatasettlement.com. In response to public media attention around the Settlement, the Settlement Website "went live" on July 15, 2025, with preliminary information about the Settlement. On August 4, 2025, the website was fully updated to provide Notice of the Settlement, and a summary of the Settlement, important dates and deadlines, contact information for the Settlement Administrator, answers to frequently asked questions, downloadable copies of relevant documents, including the Master Class Action Complaint, Settlement Agreement, Motion for Preliminary Approval, Preliminary Approval Order, Amended Preliminary Approval Order, Long-Form Notice, and respective Claim Forms for AT&T 1 Settlement Class Members, AT&T 2 Settlement Class Members, and Overlap Settlement Class Members. The Settlement Website allowed Settlement Class Members an opportunity to file a Claim Form online and allowed Line Users and End Users an opportunity to register in order to file a Claim Form online. As of August 24, 2026, there were approximately 15,000,000 visits to the Settlement Website and approximately 21,010,000 webpages viewed.

6. On June 24, 2025, Kroll established a toll-free telephone number, (833) 890-4930, for Settlement Class Members to call and obtain additional information regarding the Settlement through an Interactive Voice Response ("IVR") system and/or through speaking with a live operator. As of August 24, 2026, the IVR system has received 1,279,106 calls totaling 3,365,883 minutes, and 183,868 callers have been connected to live operators totaling 2,124,823 minutes.

7. On June 26, 2025, Kroll designated a post office box with the mailing address *AT&T Data Incident Settlement*, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324, in order to receive opt-out requests, Claim Forms, objections, and other correspondence from Settlement Class Members.

8. On July 1, 2025, Kroll established an email address, info@telecomdatasettlement.com, to receive and reply to email inquiries from Settlement Class Members pertaining to the Settlement. To date, Kroll has responded to over 576,880 emails from Settlement Class Members and others inquiring about the Settlement.

**DATA INTAKE AND CLASS LISTS**

9. As stated in the Initial and Second Supplemental Declarations, Kroll received 310 operative data files from the Defendants as part of the AT&T 1 Class List and 448 operative data files as part of the AT&T 2 Class List. The files contained fields for Name, Address, Email Address, Phone Number, and Account Number. Kroll undertook several steps to prepare the Class Lists for the email and mailing of notices.

10. The files for the AT&T 1 Class List received by Kroll from Defendants contained a total of 66,594,417 records. The AT&T 1 Class List contained duplicate records. Following an initial Class List analysis, Kroll was able to remove 3,309,741 exact duplicate records, leaving a total of 63,284,523 records in the AT&T 1 Class List. Defendants represented to Kroll and the Plaintiffs that the actual unique number of AT&T 1 Settlement Class Members, after full de-duplication (i.e., removal of records containing only partial data matches) and analysis, is

anticipated to be 53,978,019.[3] To ensure the entire AT&T 1 Settlement Class was sent Notice as required by the Court's Preliminary Approval Order and the Settlement Agreement, Kroll attempted direct notice to all 63,284,523 records, with the understanding that about 9,300,000 Settlement Class Members may be sent multiple Notices.

11. The files for the AT&T 2 Class List received by Kroll from Defendants contained a total of 108,926,660 records, which included multiple records for the same Account Owner where more than one "Consumer Telephone Number" line was associated with that account. Kroll removed 63,967,834 duplicate records for the same Account Owner, resulting in 44,958,826 records for AT&T 2 Account Owners. Kroll further removed 2,197,566 duplicate records for individual Account Owners with more than one current or former account, resulting in 42,761,260 records in the final AT&T 2 Class List used for Notice to the AT&T 2 Settlement Class.

12. Kroll further compared the final AT&T 1 Class List and the AT&T 2 Class List to identify Settlement Class Members appearing in both lists. This analysis identified 6,282,634 Overlap Settlement Class Members that qualified as both AT&T 1 and AT&T 2 Class Members. After accounting for those Overlap Settlement Class Members, the AT&T 1 Class List currently contains 57,001,894 unique AT&T 1 Settlement Class Members, while the AT&T 2 Class List contains 36,478,631 unique AT&T 2 Settlement Class Members.

## NOTICE PROGRAM

13. As stated in the Second Suppl. Declaration, the total number of Settlement Class Member records ("Settlement Class Member Records" or "Records") for purposes of sending Notice is 99,763,302, consisting of 57,002,042 Records for the AT&T 1 only Settlement Class

---

[3] As detailed in paragraphs 10-11 of Kroll's Initial Declaration and paragraphs 3-5 of the Kroll's Second Suppl. Declaration, after conducting an initial analysis for duplicate Settlement Class Member Records, Kroll provided notice to all unique Settlement Class Member Records despite the possibility of certain individuals receiving more than one notice, in order to provide the most comprehensive notice possible. In order to save on administration costs, Kroll finalized its duplication analysis only against filed claims using supplemental AT&T 1 Settlement Class data subsequently received from Defendants. This allowed Kroll to remove additional duplicates and ensure that no Settlement Class Member was paid twice for the same claim.

Members, 36,478,626 Records for AT&T 2 only Settlement Class Members, and 6,282,634 Records for Overlap Class Members.

14. On August 4, 2025, Kroll commenced sending Email Notice to a total of 79,068,722 email addresses provided in the Records. Kroll also performed an advanced search to identify email addresses for Settlement Class Member Record that did not have an email address resulting in an additional 7,847,454 email addresses being identified and Email Notice being sent to those addresses. True and correct copies of a complete exemplar Email Notice (including the subject line) for AT&T 1, AT&T 2, and Overlap Settlement Class Members are attached hereto as **Exhibits 3-5**, respectively.

15. For 21,030,053 Settlement Class Member Records for which the Email Notice was rejected/bounced back as undeliverable, Kroll performed an advanced search to identify an alternative email address. Following the search, Email Notices were then re-sent to 8,985,259 updated email addresses.

16. Analysis of the Email Notice effort revealed that 86,916,176 Settlement Class Member Records were sent one or more emails, and 69,522,782 Settlement Class Member Records had at least one Email Notice sent which was not rejected/bounced back as undeliverable.

17. Therefore, following the completion of the initial Email Notice campaign, Kroll commenced sending Postcard Notice to all Settlement Class Member Records for the AT&T 1 Settlement Class for which no email address was available or where all Email Notices for that Settlement Class Member R were rejected/bounced back as undeliverable and where a valid postal address was available. Prior to mailing, Kroll ran these Settlement Class Member Records through the United States Postal Service's National Change of Address ("NCOA") database and updated the Settlement Class Member records with address changes received from the NCOA.

18. Postcard Notice was sent to 17,906,765 AT&T 1 Settlement Class Member Records. True and correct copies of a complete exemplar Postcard Notice for AT&T 1 and Overlap Settlement Class Members are attached hereto as **Exhibits 6-7**, respectively.

19. Additionally, Kroll has made the Long Form Notice and Claim Forms available on the Settlement Website and by mail to anyone who request it via the toll-free telephone number or other means. True and correct copies of the Long Form Notice and Claim Forms for the AT&T 1, AT&T 2, and Overlap Settlement Class Members are attached hereto as **Exhibits 8-11**, respectively. As of September 9, 2026, Kroll mailed the Long Form Notice and Claim Forms to 3,635 Settlement Class Members.

20. As of August 24, 2026, 517,080 Postcard Notices were returned by the USPS as undeliverable as addressed, without a forwarding address. No further action was taken with respect to these notices due to an absence of a forwarding address from the USPS, and because Email Notice had already been attempted for those Settlement Class Member Records. The table below provides an overview of dissemination results for the direct Notice Program.

| **Direct Notice Program Dissemination & Direct Reach** | | |
|---|---|---|
| **Description** | **Class Member Records** | **Percentage of Class Member Records** |
| Settlement Class Member Records | 99,763,302 | 100.0% |
| **Email Notice** | | |
| (+) Records To Which Email Notice Was Attempted | 86,916,176 | 87.1% |
| (-) Records to Which All Email Notices Were Undeliverable | (17,393,394) | (17.4%) |
| **Post Card Notice** | | |
| (+) Postcard Notices Mailed | 17,906,765 | 17.9% |
| (-) Postcard Notices Returned as Not Delivered | (517,080) | (0.5%) |
| **Direct Notice Program Reach** | | |
| (=) Likely Received Direct Notice | 86,912,467 | 87.1% |

21. During the notice period, the Claim Deadline was extended to December 18, 2025 to allow more time for claim submission. Additionally, Kroll added a Class Member ID lookup tool to the Settlement Website to allow Settlement Class Members to file a claim without receiving a notice or contacting Kroll directly.

22. Commencing on November 21, 2025, Kroll sent the Reminder Notice to 61,172,725 Settlement Class Member Records which had a valid email address and which had not yet filed a Claim or an opt-out request.

23. As stated in the Initial and Second Suppl. Declarations, in addition to the extensive direct notice outreach, Kroll implemented a supplemental media campaign to further increase awareness of the Settlement.

24. On August 4, 2025, Kroll Media caused a press release to be issued through Cision PR Newswire's US1 National Newsline and National Hispanic Newsline. Kroll monitored the media for news mentions resulting from the press release and found 555 press release postings. A true and correct copy of the press release as issued is attached hereto as **Exhibit 12**.

25. The internet media campaign commenced on August 4, 2025, and was substantially completed by September 3, 2025. The display banner ads were behaviorally targeted to adults 18 years of age or older nationwide who are likely AT&T subscribers based on behavioral data, including visits to AT&T stores, wireless providers, or cellular carriers, website visits, and more. Keyword search advertisements appeared on search engine results pages when relevant keywords or keyword phrases were searched, including "*AT&T data breach*," "*AT&T class action*," "*AT&T lawsuit*," and "*AT&T privacy*", among other similar terms. Attached hereto as **Exhibit 13** are true and correct copies of the online display and search engine ads.

26. Approximately 25,100,000 digital media impressions were planned to be served via display banner ads. The supplemental media campaign delivered over 28,075,000 impressions to targeted Settlement Class Members.

27. Combined, the direct notice and supplemental media campaign is estimated to have reached 90% of the Settlement Class Members Records.

28. In my opinion, this robust Notice Program is a particularly appropriate, highly targeted, and contemporary approach to provide Notice to Settlement Class Members. The Notice Program was specifically designed to satisfy applicable due process requirements and was reasonably calculated to provide the best notice practicable under the circumstances. Furthermore,

it is consistent with court-approved notice programs in similar class actions settlements, including data breach class actions, and the Federal Judicial Center's guidelines concerning appropriate reach.

**CLAIM ACTIVITY**

29. The Claim Deadline was December 18, 2025.

30. As of August 24, 2026, Kroll has received 754,263 Claim Forms through the mail and 4,163,810 Claim Forms filed electronically through the Settlement Website, for a total of 4,918,073 claims received.

31. Pursuant to paragraph 167 of the Settlement Agreement, Kroll exercised its discretion in utilizing all usual and customary steps to prevent fraud and abuse in the Claim Process. To identify potentially fraudulent claims, Kroll engaged the services of Covalynt, a legal technology company. Covalynt used its proprietary ClaimScore technology to analyze all claims submitted through the online claim portal for evidence of fraud.

32. As of August 24, 2026, Kroll has rejected 1,099,732 claims. The following table shows the reasons why claims were rejected and the number of claims rejected for each reason:

| **Rejection Reason** | **Volume of Rejected Claims** |
|---|---|
| Late (per SA, ¶169(h)) | 53,493 |
| Duplicate (per SA, ¶166) | 177,873 |
| ClaimScore – Identified Fraud (per SA ¶¶167, 145(o)) | 794,343[4] |
| Claimant previously released claims (per SA ¶¶37, 50, 169(e)) | 51,003 |
| Claims filed by ineligible businesses in the AT&T 1 Settlement (per SA ¶¶37, 169(e)) | 23,018 |
| Withdrawn (per SA ¶¶165, 170(d)) | 2 |
| Total | 1,099,732 |

[4] Covalynt identified an additional 10,038 claims that Kroll rejected for another reason listed on the chart bringing the total claims identified as fraudulent by ClaimScore to 804,381.

33. Pursuant to paragraph ¶170(c) of the Settlement Agreement, if a Claim is rejected for fraud, Kroll will notify the Claimant using the contact information provided in the Claim Form. Claimants will be directed to download, complete and return a form via mail within twenty-two (22) days[5] of receipt of the notice of fraudulent claim to verify the authenticity of their claim. Kroll will promptly process and review these forms. If a claimant does not timely and completely provide the information as requested, their claim will be denied.

34. To date, Kroll has received 45,806 non-rejected claims requesting a Documented Loss Cash Payment. Of those, 47 claims requesting a Documented Loss Cash Payment have been approved as Valid Claims, totaling $31,348.87. Pursuant to the Settlement Agreement, Kroll is currently reviewing 11,412 claims requesting a Documented Loss Cash Payment. The remaining 34,347 claims were deemed deficient for insufficient documentation and subject to the Notice of Deficiency process set forth in paragraph 168 of the Settlement Agreement, which provides Claimants an opportunity to cure deficiencies within the time prescribed as detailed below. If any of the 11,412 claims are deemed deficient, they will be similarly subject to the deficient claim process.

35. On August 17, 2026, Kroll emailed or mailed Notices of Deficiency to Claimants who submitted a deficient claim online or via the mail, respectively. These notices explained the claims' deficiencies and the information necessary to cure the claims' deficiencies. Pursuant to paragraph 168 of the Settlement Agreement, a Claimant shall have until 20 days from the date the Notice of Deficiency is sent, — which, after taking into account the Labor Day holiday, is September 8, 2026 — to reply to the Notice of Deficiency and provide the required information. If the Claimant timely and adequately provides the requested information and/or documentation, Kroll will deem the claim a Valid Claim. If the Claimant does not timely and completely provide the requested information and/or documentation, Kroll shall reduce or deny the Claim unless Defendants and Class Counsel otherwise agree.

[5] As noted in paragraph 35 below, this period was extended to account for Labor Day.

36. The following table identifies each of the reasons why a claim may be deficient and the corresponding number of claims deemed deficient for that reason:

| **Deficiency Reason** | **Number of Deficient Claims** |
|---|---|
| Insufficient documentation | 32,716 |
| Claimant not on class list | 14,221 |
| Insufficient documentation and claimant not on class list | 1,631 |
| Claim submitted by a bulk filer | 1,865 |
| **Total** | **50,433** |

37. Claims for Documented Loss Cash Payments filed by verified Settlement Class Members will be paid either (a) the amount of documented losses substantiated by the Claimant (subject to the maximum amount available for the Claimant's Settlement Class), or (b) the amount of the Tiered Cash Payment available for the Claimant's Settlement Class, whichever amount is higher. Claimants who are not verified Settlement Class Members and who do not verify their Class Membership via their deficiency response will receive a notice of rejection explaining that their claim has been denied.

38. As of August 24, 2026, Kroll has approved 3,190,475 claims for Tiered Cash Payments, of which 1,654,081 claims are for Tier 1, 687,863 claims are for Tier 2, and 1,582,275 claims are for Tier 3 (AT&T 2 class members).

39. As of August 24, 2026, 577,433 claims are still pending review. Kroll estimates the majority of these claims will be approved for Tiered Cash Payments. Of these, 253,461 claims are for Tier 1, 103,571 claims are for Tier 2, and 359,183 claims are for Tier 3.

40. As of August 24, 2026, the estimated amounts for the Tiered Cash Payments are as follows:

| Tier | Amount |
|---|---|
| AT&T 1 – Tier 1 | $39 - $40 |
| AT&T 1 – Tier 2 | $7.50 - $8.10 |
| AT&T 2 – Tier 3 | $6.50 - $7.10 |

These amounts are based on current estimates, including assumptions that attorneys' fees are approved at one third of the fund, as requested, and that the Kroll fees are approved, as requested, and are subject to change. Additionally, the estimates are subject to change depending on appeals, if any, relating to a final Order issued by the Court.

41. Kroll will file a post-distribution accounting with the Court that will include the final payment amount and relative statistics.

**OPT-OUT REQUESTS AND OBJECTIONS**

42. The Opt-Out Deadline was November 17, 2025.

43. As of August 24, 2026, Kroll has received 10,741 opt-out requests.[6] Of these, 1,114 are duplicative and have been removed. Of the 9,627 remaining opt-out requests, 64 are late.

44. Kroll has received 494 timely opt-out requests that are compliant with the requirements set forth in paragraph 15 of the Preliminary Approval Order and which do not claim representation by the law firms Harrer Law, P.C. or Potter Handy, LLP.[7] A list of these 494 opt-out requests is attached hereto as **Exhibit 14**.

45. Kroll has received 6,802 opt-out requests that are late and/or non-compliant with the requirements set forth in paragraph 15 of the Preliminary Approval Order. Included within this list are 5,999 individuals claiming representation by Swigart Law Group APC. Also included are

[6] The Fifth Suppl. Declaration previously reported a total of 10,740 opt-out requests, however, Kroll has since received one (1) additional timely opt-out request.

[7] The Fifth Suppl. Declaration previously reported a total of 489 opt-out requests that are compliant and do not claim representation by the law firms Harrer Law, P.C. or Potter Handy, LLP, however, Kroll has subsequently determined that five (5) timely opt-out requests previously deemed non-compliant were in fact compliant.

an additional 403 individuals with Released Claims related to the Data Incidents based on information provided by AT&T and are therefore excluded from the Settlement Classes. A list of these 6,801 late and/or non-compliant opt-out requests is attached hereto as **Exhibit 15**.

46. Kroll has received 2,332 timely opt-out requests that are compliant with the requirements set forth in paragraph 15 of the Preliminary Approval Order and which claim representation by either Harrer Law, P.C. or Potter Handy, LLP.[8] A list of these 2,332 opt-out requests is attached hereto as **Exhibit 16**.

47. As of August 24, 2026, Kroll has received 39 timely objection documents for 45 objectors, plus the Potter Handy LLP mass objection. All timely objections received by Kroll are attached hereto as **Exhibit 17**.

48. A chart summarizing the administrative details of all timely objections received is attached hereto as **Exhibit 18**.

**SETTLEMENT ADMINISTRATION COSTS**

49. The following table summarizes Kroll's settlement administration costs for this matter, broken out between the AT&T 1 and AT&T 2 settlements:

| | **AT&T 1** | **AT&T 2** | **Total** |
|---|---|---|---|
| Previously Invoiced | $14,966,107.78 | $3,890,067.70 | $18,856,175.48 |
| Estimated Remaining | $2,480,531.86 | $1,527,894.65 | $4,008,426.50 |
| Total (before Reductions) | $17,446,639.64 | $5,417,962.34 | $22,864,601.98 |
| Projected Reductions | $(400,577.88) | $(302,437.01) | $(703,014.89) |
| **Total** | **$17,046,061.76** | **$5,115,525.34** | **$22,161,587.09** |

[8] The Fifth Suppl. Declaration previously reported a total of 2,331 opt-out requests that are compliant and claim representation by either Harrer Law, P.C. or Potter Handy, LLP, however, Kroll has since received one (1) additional timely post-marked opt-out request that is compliant and claims representation by Potter Handy, LLP.

50. Through July 2026, Kroll has billed $18,856,175.48 for services and fees incurred in the administration of this matter, net of $248,988 in amounts incurred but voluntarily never billed. Kroll estimates an additional $4,008,426.50 will be required to complete the administration, for a gross total before discounts of $22,864,601.98. After application of $703,014.89 in negotiated additional reductions relating to the costs associated with class member correspondence and go forward discounts off of hourly rates — the total estimated cost of administration is expected to be $22,161,587.09.

51. The following table reconciles the total increase from the original estimate to the current net total:

| Cost Driver | Gross Increase | Reductions Applied | Net Increase |
|---|---|---|---|
| (a) Email address searches | $1,535,742.24 | — | $1,535,742.24 |
| (b) Postal notice volume, data complexity, and NCOA | $7,647,815.06 | — | $7,647,815.06 |
| (c) Call center volume and setup | $3,434,117.80 | ($501,012) reduction | $2,933,105.80 |
| (d) Written correspondence | $1,945,455.18 | ($100,000) reduction | $1,845,455.18 |
| (e) Paper claims and distribution | $1,184,979.77 | — | $1,184,979.77 |
| (f) Scope, complexity, and PM | $1,106,280.69 | $(102,002.89) reduction | $1,004,277.80 |
| (g) Additional items | $557,026.34 | — | $557,026.34 |
| **Total** | **$17,411,417.08** | **$(703,014.89)** | **$16,708,402.19** |

52. While the total cost represents a significant increase over the $5,453,185 originally estimated at the time of the Preliminary Approval Order, the increase of approximately $16,708,402.19 was driven entirely by factors outside of Kroll's control that were not known or could not be reasonably anticipated at the time of Kroll's initial proposal. Each cost driver is identified and quantified below.

**a. Email Address Searches — approximately $1,535,742.24 over original estimate**

i. Because a substantial portion of the class list did not contain valid email addresses, and because a significant number of email notices were rejected or bounced as undeliverable, Kroll conducted two rounds of advanced email address searches which helped identify emails for over 16 million Class Member Records. Each search was approved in advance by Counsel as a cost-reduction measure to reduce postal notice expenses and to provide as broad notice as possible. These searches generated estimated savings of approximately $8,659,728 in avoided postage costs, far exceeding their combined cost.

**b. Postal Notice Volume— approximately $7,647,815.06 over original estimate**

i. The initial cost estimate assumed that 4,400,000 class members would require postal notice. In fact, the final postcard mailing volume reached 17,906,765 — an increase of approximately 13,500,000 postcards — driven by the volume of class records that did not contain email addresses and the volume of records for which email notice was returned as undeliverable. Additional expenses outside of Kroll's control in this category included a U.S. Postal Service rate increase, and higher U.S. Postal Service's National Change of Address database lookups due to the higher postcard mailing volume.

**c. Call Center Volume — approximately $2,933,105.80 over original estimate**

i. Due to the extensive notice campaign and media coverage relating to the Settlement, Kroll received substantially higher call volumes than anticipated beginning in August 2025. To address the call volumes, Kroll increased access to live operators and, in November 2025, onboarded a supplemental call center subcontractor. The extension of the Claim

Deadline to December 18, 2025 further extended the period during which live staffing was required.

ii. In addition to live operator costs, the substantially higher call volume also drove a significant increase in IVR (automated) system costs. This increase is a direct function of total call volume, as every call routed through the system generates IVR minutes regardless of whether it proceeds to a live operator.

iii. Kroll has worked with counsel to address the expenses relating to the call center. Following the Claim Deadline, the toll-free number was reconfigured back to its original IVR-first setup to reduce live operator time, and the call center will be shut down permanently upon completion of the deficiency reply period. To further reduce costs during the remaining administration period, Kroll is directing class member inquiries to the IVR system and to self-service tools on the settlement website — including updated FAQ resources — in lieu of live operator assistance where possible. As a result, actual call center costs are expected to come in below the estimated remainder. Additionally, Kroll has agreed to a negotiated reduction of $501,012 in call center costs, which will not be charged to the Settlement Fund and remains available for distribution to Settlement Class Members. In addition, Kroll did not bill the Settlement Fund for $231,714 in operator training and supervisor time incurred in connection with the supplemental call center, which costs were never invoiced and thus are not included in the projected discounts set forth in paragraph 51 above.

**d. Written Correspondence Volume — approximately $1,845,455.18 over original estimate**

i. Written correspondence volumes substantially exceeded the initial estimate throughout the administration. The extension of the Claim Deadline, the

scale of postal notice and media campaign, and the shutdown of the call center following the deficiency reply deadline — which is expected to result in an increase in written inquiries from class members who would otherwise have called — all contributed to this increase.

ii. Email correspondence: Through the date of this declaration, Kroll has invoiced for receiving and responding to 570,688 emails and estimates an additional 169,255 emails will be received during the remaining administration, an increase over its original estimate of 25,646 emails. Kroll has agreed to a negotiated reduction of $100,000 applied against email correspondence costs, which will not be charged to the Settlement Fund. The net increase attributable to email correspondence is approximately $1,749,857.90.

iii. Form letter correspondence: Kroll has processed 9,699 form letters to date and estimates an additional 27,203 letters during the remaining administration, an increase over its original estimate of 7,695 letters.

iv. The combined net increase in written correspondence costs — email and form letters — after the $100,000 negotiated reduction is approximately $1,948,045.18.

**e. Paper Claims and Distribution — approximately $1,639,213.41 over original estimate**

i. As a direct consequence of the substantially higher postal notice volume, paper Claim Form submissions substantially exceeded the original estimate. Kroll received 754,263 paper Claim Forms compared to the original estimate of 235,353 — an increase of approximately 525,964 forms, or approximately 224%. The net increase relating to paper claim processing is approximately $920,437.

ii. Additionally, more claimants chose paper checks which reduced the proportion of electronic payments from an assumed 94% to an actual approximately 48%, materially increasing distribution costs for postage, check printing, and payment processing. The net estimated increase in distribution costs attributable to this change is approximately $264,542.77. The total increase attributable to paper claims and distribution is approximately $1,184,979.77.

**f. Scope, Complexity, and Project Management — approximately $1,004,277.80 over original estimate**

i. The administration required substantially more administrative and project oversight than anticipated. This work consisted of Settlement Class Member Record processing (data ingestion and processing, eligibility review, deduplication, etc.), higher than anticipated Special Master and counsel coordination, elevated opt-out processing volumes, and increased project oversight driven by claim volume, resulted in total scope and complexity costs exceeding the initial estimate by approximately $1,255,000 gross.

ii. Kroll has agreed to a 33% reduction in project management fees, applied to on a go-forward basis for all project management staff levels, resulting in a reduction of at least approximately $102,000 that will not be charged to the Settlement Fund. The net increase attributable to scope, complexity, data work, and project management is approximately $1,004,277.80.

**g. Additional Cost Increases— approximately $557,026.34 over original estimate**

i. As a direct downstream consequence of the factors described in sub-paragraphs (a) through (f) above, including the substantially higher postal notice volume, the extended administration period, the volume of paper claims received, and the overall scale and complexity of the administration, expenses relating to document scanning, mail handling and website hosting

increased, and need for technology to combat submission of fraudulent claims resulting in an increase of $557,026.34 above the initial estimate.

53. Kroll's cost estimate is subject to change depending on factors such as the volume of emails, letters, or responses to notices of deficiency received; the number of phone calls received; changes in postage rates; and any settlement administration scope changes not currently under consideration. This estimate does not include costs for a residual distribution. To the extent the actual costs of administration are less than estimated, any remaining funds will be retained in the qualified settlement fund and distributed pursuant to the terms of the Settlement Agreement. SA, ¶¶123, 182. To the extent actual costs exceed the current estimate, Kroll will disclose any such variance to the Court and seek approval prior to disbursement of any additional amounts from the Settlement Funds. SA, ¶¶121, 123.

**CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on September 9, 2026, in Tigard, Oregon.

Jeanne C. Finegan

# Exhibit 1

KROLL SETTLEMENT ADMINISTRATION

VIA U.S. MAIL

Date: June 9, 2025

To: All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
(*see attached service list*)

Re: CAFA Notice for the proposed Settlement in *In Re: AT&T Inc. Customer Data Security Breach Litigation*, Case No. 3:24-cv-00757-E, pending in the United States District Court for the Northern District of Texas

Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Defendants AT&T Inc., AT&T Mobility LLC, AT&T Corporation, DIRECTV, LLC, AT&T Services, Inc., and Cricket Wireless LLC ("Defendants") hereby notify you of the proposed settlement of the above-captioned action (the "Action"), currently pending in the United States District Court for the Northern District of Texas (the "Court").

Eight items must be provided to you in connection with any proposed class action settlement pursuant to 28 U.S.C. § 1715(b). Each of these items is addressed below, and all exhibits are available for download at www.CAFANotice.com under the folder entitled *In Re: AT&T Inc. Customer Data Security Breach Litigation*:

1. 28 U.S.C. § 1715(b)(l) – a copy of the complaint and any materials filed with the complaint and any amended complaints.

   The Consolidated Class Action Complaint is available as **Exhibit A**.

2. 28 U.S.C. § 1715(b)(2) – notice of any scheduled judicial hearing in the class action.

   On May 30, 2025, Plaintiffs filed a motion for preliminary approval of the class action settlement, and the date of the preliminary approval hearing has not yet been set. The proposed Preliminary Approval Order is available as **Exhibit B**.

3. 28 U.S.C. § 1715(b)(3) – any proposed or final notification to class members.

   Copies of the proposed Email Notice, Postcard Notice, Long-Form Notice and Claim Form will be provided to Class Members and will be available on the Settlement Website created for the administration of this matter. These are available as **Exhibits C**, **D**, **E and F**, respectively. The Notice describes, among other things, the Claim submission process and the Class Members' rights to object or exclude themselves from the Class.

4. 28 U.S.C. § 1715(b)(4) – any proposed or final class action settlement.

The Settlement Agreement is available as **Exhibit G**.

5. 28 U.S.C. § 1715(b)(5) – any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.

There are no other settlements between Class Counsel and counsel for Defendants beyond what is set forth in the Settlement Agreement. The parties have a separate confidential agreement about the number of opt outs required to give Defendants the option to terminate the class action settlement.

6. 28 U.S.C. § 1715(b)(6) – any final judgment or notice of dismissal.

The Court has not yet entered a final judgment or notice of dismissal. Accordingly, no such document is presently available.

7. 28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

The definition of Settlement Classes in the proposed Settlement Agreement means the AT&T 1 Settlement Class and the AT&T 2 Settlement Class, collectively.

The definition of the AT&T 1 Settlement Class means all living persons in the United States whose AT&T 1 Data Elements were included in the AT&T 1 Data Incident. Excluded from the AT&T 1 Settlement Class are (a) AT&T, any entity in which AT&T has a controlling interest, and AT&T's officers, directors, legal representatives, successors, subsidiaries, and assigns; (b) any judge, justice, or judicial officer presiding over this Action, and the members of their immediate families and judicial staff; (c) any persons who have Released Claims relating to the AT&T 1 Data Incident and/or the AT&T 1 Action prior to Final Approval; and (d) any persons who timely opt-out of the AT&T 1 Settlement Class.

The definition of the AT&T 2 Settlement Class means AT&T Account Owners or Line or End Users whose AT&T 2 Data Elements were involved in the AT&T 2 Data Incident. Excluded from the AT&T 2 Settlement Class are (a) AT&T, any entity in which AT&T has a controlling interest, and AT&T's officers, directors, legal representatives, successors, subsidiaries, and assigns; (b) any judge, justice, or judicial officer presiding over this Action, and the members of their immediate families and judicial staff; (c) any persons who have Released Claims relating to the AT&T 2 Data Incident and/or the AT&T 2 Action prior to Final Approval; and (d) any persons who timely opt-out of the AT&T 2 Settlement Class. For purposes of this definition, "AT&T" means AT&T Inc., and all of its affiliated companies.

An estimated breakdown by state for known Settlement Class Members in the AT&T 1 Settlement Class is available as **Exhibit H**. Defendants are not able to estimate the number of class members residing in each state for the AT&T 2

Settlement Class and are not able to estimate the proportionate share of the settlement by State for either class.

8. 28 U.S.C. § 1715(b)(8) – any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).

There has been no written judicial opinion. Accordingly, no such document is presently available.

If you have any questions about this notice, the Action, or the materials available for download at www.CAFANotice.com under the folder entitled *In Re: AT&T Inc. Customer Data Security Breach Litigation*, please contact the undersigned below.

Respectfully submitted,

Scott Baird
Senior Manager
Scott.Baird@kroll.com

# Exhibit 2

**CAFA NOTICE SERVICE LIST**

**U.S. Attorney General**
Pamela Bondi
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Treg Taylor
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**American Samoa Attorney General**
Fainu'ulelei Falefatu Ala'ilima-Utu
Executive Office Building, Utulei
3rd FL, PO Box 7
Utulei, AS 96799

**Arizona Attorney General**
Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Tim Griffin
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
Rob Bonta
1300 I St., Ste. 1740
Sacramento, CA 95814

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**District of Columbia Attorney General**
Brian Schwalb
400 6th Street NW
Washington, D.C. 20001

**Florida Attorney General**
James Uthmeier
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Douglas Moylan
Office of the Attorney General ITC Building
590 S. Marine Corps Dr, Ste 706
Tamuning, Guam 96913

**Hawaii Attorney General**
Anne E. Lopez
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Raúl Labrador
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720

**Illinois Attorney General**
Kwame Raoul
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

**Indiana Attorney General**
Todd Rokita
Indiana Government Center South
302 West Washington St., 5th Fl.
Indianapolis, IN 46204

**Iowa Attorney General**
Brenna Bird
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Kris Kobach
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

**Kentucky Attorney General**
Russell Coleman
700 Capital Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
Liz Murrill
1885 North Third St
Baton Rouge, LA 70802

**Maine Attorney General**
Aaron Frey
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202

**Massachusetts Attorney General**
Andrea Campbell
1 Ashburton Place, 20th Floor
Boston, MA 02108

**Michigan Attorney General**
Dana Nessel
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909

**Minnesota Attorney General**
Keith Ellison
445 Minnesota St, Suite 600
St. Paul, MN 55101

**Mississippi Attorney General**
Lynn Fitch
Department of Justice, P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Andrew Bailey
Supreme Ct. Bldg., 207 W. High St.
P.O. Box 899
Jefferson City, MO 65101

**Montana Attorney General**
Austin Knudsen
Office of the Attorney General, Justice Bldg.
215 N. Sanders St., Third Floor
P.O. Box 201401
Helena, MT 59620

**Nebraska Attorney General**
Mike Hilgers
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nevada Attorney General**
Aaron D. Ford
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701
* NVAGCAFAnotices@ag.nv.gov

**New Hampshire Attorney General**
John Formella
33 Capitol Street
Concord, NH 03301

* Preferred

**New Jersey Attorney General**
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Raul Torrez
P.O. Drawer 1508
Santa Fe, NM 87504-1508

**New York Attorney General**
Letitia A. James
Department of Law
The Capitol, 2nd Floor
Albany, NY 12224

**North Carolina Attorney General**
Jeff Jackson
Dept. of Justice, P.O. Box 629
Raleigh, NC 27602-0629

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

**Northern Mariana Islands Attorney General**
Edward E. Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43215

**Oklahoma Attorney General**
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Dan Rayfield
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Dave Sunday
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Janet Parra-Mercado
P.O. Box 9020192
San Juan, PR 00902

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211

**South Dakota Attorney General**
Marty Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Jonathan Skrmetti
PO Box 20207
Nashville, TN 37202

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

**U.S. Virgin Islands Attorney General**
Gordon C. Rhea
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Derek Brown
State Capitol, Rm. 236
Salt Lake City, UT 84114-0810

**Vermont Attorney General**
Charity R. Clark
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

**Washington Attorney General**
Nick Brown
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504

**West Virginia Attorney General**
John McCuskey
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

**Wisconsin Attorney General**
Josh Kaul
Wisconsin Department of Justice State
Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707

**Wyoming Attorney General**
Bridget Hill
State Capitol Bldg.
200 W. 24th Street
109 State Capitol
Cheyenne, WY 82002

# Exhibit 3

(EMAIL NOTICE FOR AT&T 1)

From:

To:

Subject: Email Notice of Proposed Class Action Settlement

*In Re: AT&T Inc. Customer Data Security Breach Litigation*
MDL Docket No. 3:24-md-03114-E

**To all living persons in the United States whose Data Elements were included in the AT&T 1 Data Incident that was announced on March 30, 2024, you may be eligible to receive a Settlement Class Member Benefit from a class action Settlement.**

**Name: <<Full Name>>**
**Class Member ID: <<RefNum>>**
**You have been identified as a member of the: AT&T 1 Settlement Class**

**Why am I receiving this Email Notice?** On March 30, 2024, AT&T announced that AT&T-specific fields were contained in a data set released on the dark web ("AT&T 1 Data Incident"). Following AT&T's announcement of the AT&T 1 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. The lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 (captioned *In re AT&T Inc. Customer Data Sec. Breach Litigation*) (the "Action"). Without any admission of liability or wrongdoing, the Parties to the Action have agreed to enter a Settlement. You may be a Settlement Class Member eligible to receive Settlement Class Member Benefits under this Settlement.

**Who is a Settlement Class Member?**
All living persons in the United States whose Data Elements (some combination of names, addresses, telephone numbers, email addresses, dates of birth, account passcodes, billing account numbers, and Social Security numbers) were included in the AT&T 1 Data Incident, that was announced on March 30, 2024.

**What does the Settlement provide?** A non-reversionary all cash fund of $149,000,000 is available to pay Settlement Class Members to settle the claims arising from the AT&T 1 Data Incident ("AT&T 1 Settlement Fund").

Settlement Class Members will be eligible to receive: (a) Documented Loss Cash Payments; ***or*** (b) a Tiered Cash Payment. Please visit **here** for a full description of the Settlement Class Member Benefits and documentation requirements.

**How do I submit a Claim Form for a benefit?** You must submit a Claim Form, available **here** to be eligible to receive a benefit. Your completed Claim Form must be submitted online or mailed to the Settlement Administrator at AT&T Data Incident Settlement, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324 and **postmarked, by December 18, 2025.** You will need the Class Member ID located at the top of this email to submit a Claim.

**TO RECEIVE AN ELECTRONIC OR ACH PAYMENT FOR YOUR VALID CLAIM, YOU MUST FILE A CLAIM FORM ONLINE AT WWW.TELECOMDATASETTLEMENT.COM**

**What are my other options?** If you **Do Nothing,** you will be legally bound by the terms of the

Settlement, and you will release your claims against AT&T and all other Released Parties as defined in the Settlement Agreement. You may **Opt-Out** of the Settlement by **November 17, 2025** or file an **Objection** to the Settlement by **November 17, 2025**. Please visit **www.telecomdatasettlement.com** to view the Long Form Notice for more information on how to submit a request for exclusion and exclude yourself from or object to the Settlement.

**Do I have a lawyer in this case?** Yes, the Court appointed Class Counsel to represent you and other Settlement Class Members. You will not be charged directly for these lawyers; instead, the attorneys' fees and costs, will be paid up to one-third of the AT&T 1 Settlement Fund, plus reimbursement of costs incurred in prosecuting and settling the Action. If you want to be represented by your own lawyer, you may hire one at your own expense.

**The Court's Final Approval Hearing.** The Court is scheduled to hold a Final Approval Hearing on **January 15, 2026, at 9:00 a.m. CT**, to consider whether to approve the Settlement, hear objections, and consider Class Counsel's Application for Attorneys' Fees, Costs, and Service Awards, which are not to exceed $1,500 per Class Representative. You and/or an attorney that you have hired to represent you at your own expense may appear at the hearing, but you don't have to attend.

This Email Notice is only a summary. For more information or to change your address, visit www.telecomdatasettlement.com or call toll-free **(833) 890-4930.**

**PLEASE DO NOT CONTACT THE COURT, CLERK OF THE COURT OR CLASS COUNSEL FOR INFORMATION ABOUT THE CLASS ACTION SETTLEMENT**

Please monitor https://www.telecomdatasettlement.com/ for updates or call (833) 890-4930.

This email was sent to you because you are a Settlement Class Member.| Unsubscribe

Please do not reply to this email, it is sent from an unmonitored mailbox.

# Exhibit 4

(EMAIL NOTICE FOR AT&T 2)

oFrom:

To:

Subject: Email Notice of Proposed Class Action Settlement

*In Re: AT&T Inc. Customer Data Security Breach Litigation*
MDL Docket No. 3:24-md-03114-E

**To all Account Owners or Line or End Users whose AT&T 2 Data Elements were involved in the AT&T 2 Data Incident that was announced on July l2, 2024, you may be eligible to receive a Settlement Class Member Benefit from a class action Settlement.**

**Name: <<Full Name>>**
**Class Member ID: <<RefNum>>**
**You have been identified as a member of the: AT&T 2 Settlement Class**

**Why am I receiving this Email Notice?** On July 12, 2024, AT&T announced that certain call records of AT&T Account Owners and Line or End Users had been unlawfully downloaded from a third-party cloud platform known as Snowflake ("AT&T 2 Data Incident"). Following AT&T's announcement of the AT&T 2 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. Those lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 (captioned *In re AT&T Inc. Customer Data Sec. Breach Litigation*). Without any admission of liability or wrongdoing, the Parties to the Action have agreed to enter a Settlement.

**Who is a Settlement Class Member?**
You are an AT&T 2 Settlement Class Member and may be eligible to receive Settlement Class Member Benefits under this Settlement. There is also an AT&T 1 Settlement Class and that refers to individuals who may have been impacted in a separate data incident involving AT&T that occurred earlier. That incident is referred to as the AT&T 1 Data Incident and that action is being settled at the same time as this one.

AT&T 2 Settlement Class Members include all AT&T Account Owners or Line or End Users whose Data Elements (telephone numbers of current and former AT&T customers, including, but not limited to, Account Owners or Line Users, as well as the telephone numbers with which those customers interacted, counts of those interactions, aggregate call durations for a day or month, and for a small subset of individuals, cell site identification numbers associated with the interactions), were involved in the AT&T 2 Data Incident that was announced on July 12, 2024.

**What does the Settlement provide?** AT&T has agreed to pay $28,000,000.00 for the benefit of AT&T 2 Settlement Class Members to settle the claims arising from the AT&T 2 Data Incident ("AT&T 2 Settlement Fund").

All TYT 2 Settlement Class Members will be eligible to receive a Documented Loss Cash Payment of up to $2,500 for all documented losses fairly traceable to the AT&T 2 Data Incident. Alternatively, Account Owners may claim a Tiered Cash Payment, which is a *pro rata* share of cash from the AT&T 2 Net Settlement Fund. Please visit **here** for a full description of the Settlement Class Member Benefits and documentation requirements.

**How do I submit a Claim Form for a Settlement Class Member Benefit?** You must submit a Claim Form, available **here** to be eligible to receive a benefit. Your completed Claim Form must be submitted online or mailed to the Settlement Administrator at AT&T Data Incident Settlement, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324 and **postmarked, by December 18, 2025.** You will need the Class Member ID located at the top of this email to submit a Claim.

**TO RECEIVE AN ELECTRONIC OR ACH PAYMENT, YOU MUST FILE A CLAIM FORM ONLINE AT WWW.TELECOMDATASETTLEMENT.COM**

**What are my other options?** If you **Do Nothing,** you will be legally bound by the terms of the Settlement, and you will release your claims against the Defendant and all other Released Parties as defined in the Settlement. You may **Opt-Out** of the Settlement by **November 17, 2025,** or file an **Objection** to the Settlement by **November 17, 2025**. Please visit **www.telecomdatasettlement.com** to view the Long Form Notice for more information on how to submit a request for exclusion from the Settlement or how to object to the Settlement.

**Do I have a lawyer in this case?** Yes, the Court appointed Class Counsel to represent you and other Settlement Class Members. You will not be charged directly for these lawyers; instead, the attorneys' fees and costs will be paid out of the AT&T 2 Settlement Fund, plus reimbursement of costs incurred in prosecuting and settling the Action. Class Counsel intend to seek up to one-third of the Settlement Fund. If you want to be represented by your own lawyer, you may hire one at your own expense.

**The Court's Final Approval Hearing.** The Court scheduled a Final Approval Hearing on **January 15, 2026, at 9:00 a.m. CT**, to consider whether to approve the Settlement, hear objections, determine if the Settlement is fair, adequate, and reasonable, and to consider Class Counsel's Application for Attorneys' Fees, Costs, and Service Awards. The Service Awards to the Clas Representatives for serving as representative of the AT&T 2 Settlement Class are not to exceed $1,500 each. You and/or an attorney that you have hired to represent you at your own expense may appear at the hearing, but you don't have to attend.

This Email Notice is only a summary. For more information or to change your address, visit www.telecomdatasettlement.com or call toll-free **(833) 890-4930.**

**PLEASE DO NOT CONTACT THE COURT, CLERK OF THE COURT OR CLASS COUNSEL FOR INFORMATION ABOUT THE CLASS ACTION SETTLEMENT**

Please monitor https://www.telecomdatasettlement.com/ for updates or call (833) 890-4930.

This email was sent to you because you are a Settlement Class Member.| Unsubscribe

Please do not reply to this email, it is sent from an unmonitored mailbox.

# Exhibit 5

(EMAIL NOTICE FOR OVERLAP)

From:

To:

Subject: Email Notice of Proposed Class Action Settlement

*In Re: AT&T Inc. Customer Data Security Breach Litigation*
MDL Docket No. 3:24-md-03114-E

**To all living persons in the United States whose Data Elements were included in the AT&T 1 Data Incident and Account Owners or Line or End Users whose Data Elements were included in the AT&T 2 Data Incident that were announced on March 30, 2024, and on July 12, 2024, respectively you may be eligible to receive a Settlement Class Member Benefits from a class action Settlement.**

**Name: <<Full Name>>**
**Class Member ID: <<RefNum>>**
**You have been identified as a member of the: AT&T 1 and AT&T 2 Settlement Classes**

**Why am I receiving this Email Notice?** You may be a Settlement Class Member eligible to receive Settlement Class Member Benefits under this Settlement which involves AT&T and two separate Data Incidents involving our Data Elements. On March 30, 2024, AT&T announced that AT&T-specific fields were contained in a data set released on the dark web ("AT&T 1 Data Incident"). Following AT&T's announcement of the AT&T 1 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. The lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 (captioned *In re AT&T Inc. Customer Data Sec. Breach Litigation*). On July 12, 2024, AT&T announced a second data incident where certain limited data had been illegally downloaded from an AT&T workspace on a third-party cloud platform hosted by Snowflake, Inc. ("AT&T 2 Data Incident"). Following AT&T's announcement of the AT&T 2 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. The lawsuits were consolidated before Judge Brian Morris in the District of Montana (captioned *In re Snowflake Data Breach Litigation*). The Parties in the lawsuits concerning both the AT&T 1 Data Incident and the AT&T 2 Data Incident (together, "Actions") agreed in March 2025 to settle the Actions together in the Northern District of Texas before Judge Ada E. Brown. On May 30, 2025, the AT&T 1 Plaintiffs and AT&T 2 Plaintiffs filed the Consolidated Class Action Complaint against AT&T, asserting claims that arose out of the Data Incidents. Without any admission of liability or wrongdoing, the Parties to the Action have agreed to enter a Settlement

**Who is a Settlement Class Member?**
All living persons in the United States whose Data Elements (which include some combination of names, addresses, telephone numbers, email addresses, dates of birth, account passcodes, billing account numbers, and Social Security numbers) were included in the AT&T 1 Data Incident that was announced on March 30, 2024 (AT&T 1 Settlement Class"); and All AT&T Account Owners or Line or End Users whose AT&T 2 Data Elements (telephone numbers of current and former AT&T customers, including, but not limited to, Account Owners or Line Users, as well as the telephone numbers with which those customers interacted, counts of those interactions, aggregate call durations for a day or month, and for a small subset of individuals, cell site identification numbers associated with the interactions), were involved in the AT&T 2 Data Incident that was announced on July 12, 2024 (AT&T 2 Settlement Class"). You are a Settlement Class Member of both classes.

**What does the Settlement provide?** AT&T has agreed to pay $149,000,000 for the benefit of AT&T 1 Settlement Class Members to settle the claims arising from the AT&T 1 Data Incident ("AT&T 1 Settlement Fund"), and $28,000,000 for the benefit of AT&T 2 Settlement Class Members to settle the claims arising from the AT&T 2 Data Incident ("AT&T 2 Settlement Fund").

Settlement Class Members will be eligible to receive: (a) Documented Loss Cash Payments; ***or*** (b) Tiered Cash Payments. Please visit **here** for a full description of the Settlement Class Member Benefits available to you.

**How do I submit a Claim Form for a Settlement Class Member Benefit?** You must submit a Claim Form, available **here** to be eligible to receive a benefit. Your completed Claim Form must be submitted online or mailed to the Settlement Administrator at AT&T Data Incident Settlement, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324 and **postmarked, by December 18, 2025.** You will need the Class Member ID located at the top of this email to submit a Claim.

**TO RECEIVE AN ELECTRONIC OR ACH PAYMENT FOR YOUR VALID CLAIM, YOU MUST FILE A CLAIM FORM ONLINE AT WWW.TELECOMDATASETTLEMENT.COM**

**What are my other options?** If you **Do Nothing,** you will be legally bound by the terms of the Settlement, and you will release your claims against the Defendant and all other Released Parties as defined in the Settlement Agreement. You may **Opt-Out** of the Settlement by **November 17, 2025,** or file an **Objection** to the Settlement by **November 17, 2025**. Please visit **www.telecomdatasettlement.com** to view the Long Form Notice for more information on how to submit a request for exclusion or to object to the Settlement.

**Do I have a lawyer in this case?** Yes, the Court appointed Class Counsel to represent you and other Settlement Class Members. You will not be charged directly for these lawyers; instead, the attorneys' fees and costs will be paid out of the Settlement Funds. Class Counsel will be seeking attorneys' fees in the amount of one-third of the Settlement Funds, plus reimbursement of costs incurred in prosecuting and settling the Actions. If you want to be represented by your own lawyer, you may hire one at your own expense.

**The Court's Final Approval Hearing.** The Court is scheduled to hold a Final Approval Hearing on **January 15, 2026, at 9:00 a.m. CT**, to consider whether to approve the Settlement, hear objections, determine if the Settlement is fair, and consider Class Counsel's Application for Attorneys' Fees, Costs, and Service Awards. Class Counsel will request Services Awards for the Class Representatives not to exceed $1,500 each. You and/or an attorney that you have hired to represent you at your own expense may appear at the hearing, but you don't have to attend.

This Email Notice is only a summary. For more information or to change your address, visit **www.telecomdatasettlement.com** or call toll-free **(833) 890-4930.**

**PLEASE DO NOT CONTACT THE COURT, CLERK OF THE COURT OR CLASS COUNSEL FOR INFORMATION ABOUT THE CLASS ACTION SETTLEMENT**

This email was sent to you because you are a Settlement Class Member.| Unsubscribe

Please do not reply to this email, it is sent from an unmonitored mailbox.

# Exhibit 6

(POSTCARD NOTICE FOR AT&T 1)

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
PO Box 5324
New York, NY 10150-5324

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**ELECTRONIC SERVICE REQUESTED**

**Notice of Proposed Settlement of Class Action**

**In Re: AT&T Inc. Customer Data Security Breach Litigation**
**MDL Docket No. 3:24-md-03114-E**

**If you are a living person in the United States whose Data Elements were included in the AT&T 1 Data Incident, announced on March 30, 2024, you are eligible to receive Settlement Cash Member Benefits from a class action Settlement.**

**For more information, visit, www.telecomdatasettlement.com**

<<Refnum Barcode>>

CLASS MEMBER ID: <<Refnum>>

**Postal Service: Please do not mark barcode**

<<FirstName>> <<LastName>>
<<Company>>
<<Address1>>
<<Address2>>
<<City>>, <<State>> <<Zip>>-<<zip4>>
<<Country>>

**What is this about?** On March 30, 2024, AT&T announced that AT&T-specific fields were contained in a data set released on the dark web ("AT&T 1 Data Incident"). Following AT&T's announcement of the AT&T 1 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. The lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 (*In re AT&T Inc. Customer Data Sec. Breach Litigation*) (the "Action"). The Parties to the Action have agreed to enter a Settlement. Defendants do not acknowledge, admit to, or concede any of the allegations, and deny any fault or liability, or any charges of wrongdoing that have been or could have been asserted.

**Who is a Settlement Class Member?** You are an AT&T 1 Settlement Class member if you are a living person in the United States whose Data Elements were included in the AT&T 1 Data Incident that was announced on March 30, 2024.

**What are the benefits?** AT&T has agreed to make available a non-reversionary all cash fund of $149,000,000 to pay: (i) Settlement Administration Costs, (ii) Service Awards approved by the Court, (iii) any amounts approved by the Court for Attorneys' Fees and Costs, and (iv) applicable taxes, if any. All AT&T 1 Settlement Class Members may make a Claim for:

- **Documented Loss Cash Payment** – Each AT&T 1 Settlement Class Member can seek a payment for documented losses that occurred in 2019 or later of up to $5,000 per AT&T 1 Settlement Class Member, upon presentation of documented losses fairly traceable to the AT&T 1 Data Incident; **OR**
- **Cash Payment** – Instead of a Documented Loss Cash Payment, an AT&T 1 Settlement Class Member is eligible to make a Claim for a Tier 1 OR Tier 2 Cash Payment, which is a pro rata share of the AT&T 1 Net Settlement Fund, the amount of which depends upon which Tier you are in and the number of Valid Claims filed. For more information, visit the Settlement website **www.telecomdatasettlement.com**.

**How to make a claim?** To receive benefits from the Settlement, you must submit a Claim Form online at **www.telecomdatasettlement.com** by **December 18, 2025**, or by mail **postmarked by December 18, 2025**, and mailed to the Settlement Administrator's address below.

**What are my other rights?**
- Do nothing: If you do nothing, you remain in the Settlement. You give up your rights to sue, but you will not get any money or benefits; you must submit a Claim Form to get money or benefits.
- Exclude yourself: You can exclude yourself from the Settlement and keep your right to sue about the claims in these Actions, but you will not get any money from the Settlement. You must submit a request for exclusion to the Settlement Administrator by **November 17, 2025**.
- Object: You can stay in the Settlement but tell the Court why you think the Settlement should not be approved. Objections must be submitted by **November 17, 2025**. Detailed instructions on how to file a Claim Form, exclude yourself, or object are on the Settlement Website at **www.telecomdatasettlement.com**. The Court will hold the Final Approval Hearing on **January 15, 2026** at 9:00 a.m. to consider whether to approve the Settlement, hear objections, determine if the Settlement is fair, reasonable, and adequate, and consider Class Counsel's Application for Attorneys' Fees not to exceed one-third of the Settlement Funds, Costs, and Service Awards, not to exceed $1,500 per Class Representative. You may attend the hearing, but you don't have to.

***This is only a summary***. For additional information, including a copy of the Settlement Agreement, Long-Form Notice, and other documents, or to update your address, visit **www.telecomdatasettlement.com** or call **(833) 890-4930**. You may also contact the Settlement Administrator at **AT&T Data Incident Settlement**, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL PERMIT NO. 36777 PHILADELPHIA PA

POSTAGE WILL BE PAID BY ADDRESSEE

KROLL SETTLEMENT ADMINISTRATION LLC
PO BOX 5324
NEW YORK NY 10126-2877

<<Barcode>>

Class Member ID: <<Refnum>>

**VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE**

## POSTCARD CLAIM FORM

To submit a claim for a Tier 1 Cash Payment or Tier 2 Cash Payment, please complete the below form, sign, and mail this portion of the postcard to the Settlement Administrator by no later than **December 18, 2025**. *Note*: Claims for Documented Loss Cash Payments require supporting documentation and therefore must be submitted online at **www.telecomdatasettlement.com or mailed to the Settlement Administrator with a separate Claim Form**.

Class Member ID: <<refnum>>

<<firstname>> <<mi>> <<lastname>>

<<address1>> <<address2>>

<<City>>, <<State>> <<Zip>>

If different than the preprinted data on the left, please print your correct information.

________________________ __ ______________________

First Name MI Last Name

________________________________________________

Address

________________________ ___ ___ __ __ __ __ __

City State ZipCode

**Email Address:** ______________________________@______________________

## Pro Rata Cash Payment

☐ Yes, I choose a *pro rata* Cash Payment, instead of a Documented Loss Cash Payment, based on the Settlement Class I am in and wish to Claim the *pro rata* Cash Payment I am eligible for.

## SIGN AND DATE YOUR CLAIM FORM

I attest that the information supplied in this Claim Form by the undersigned is true and correct to the best of my recollection. I understand that I may be asked to provide supplemental information by the Settlement Administrator before my claim will be considered complete and valid.

Signature: ____________________ Print Name:____________________ Dated (mm/dd/yy):__ __ / __ __ / __ __

**DEADLINE TO RETURN December 18,2025.**

# Exhibit 7

(POSTCARD NOTICE FOR OVERLAP)

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
PO Box 5324
New York, NY 10150-5324

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**ELECTRONIC SERVICE REQUESTED**

**Notice of Proposed Settlement of Class Action**

**In Re: AT&T Inc. Customer Data Security Breach Litigation**
**MDL Docket No. 3:24-md-03114-E**

**If you are a living person in the United States whose Data Elements were included in the AT&T 1 and AT&T 2 Data Incidents, announced on March 30, 2024, and July 12, 2024, respectively, you are eligible to receive Settlement Cash Member Benefits from a class action Settlement.**

**For more information, visit, www.telecomdatasettlement.com**

<<Refnum Barcode>>

CLASS MEMBER ID: <<Refnum>>

**Postal Service: Please do not mark barcode**

<<FirstName>> <<LastName>>
<<Company>>
<<Address1>>
<<Address2>>
<<City>>, <<State>> <<Zip>>-<<zip4>>
<<Country>>

**What is this about?** On March 30, 2024, AT&T announced that AT&T-specific fields were contained in a data set released on the dark web ("AT&T 1 Data Incident"). Following announcement of the AT&T 1 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. The lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 (*In re AT&T Inc. Customer Data Sec. Breach Litigation*). On July 12, 2024, AT&T announced a second incident where certain limited data had been illegally downloaded from an AT&T workspace on a third-party cloud platform hosted by Snowflake, Inc. ("AT&T 2 Data Incident"). Lawsuits were consolidated before Judge Brian Morris in the District of Montana in October 2024, and captioned *In Re Snowflake, Inc. Data Breach Litigation*, MDL Docket No. 3:24-md-3126. The Parties to both Actions agreed to enter a Settlement in the Northern District of Texas 2024 (In re AT&T Inc. Customer Data Sec. Breach Litigation). Defendants do not acknowledge, admit to, or concede any of the allegations, and deny any fault or liability, or any charges of wrongdoing that have been or could have been asserted.

**Who is a Settlement Class Member?** You are an AT&T 1 and AT&T 2 Settlement Class member if you are a living person in the United States whose Data Elements were included in the AT&T 1 and AT&T 2 Data Incidents that were announced on March 30, 2024, and July 12, 2024, respectively.

**What are the benefits?** To Settle the Data Incidents, AT&T has agreed to make available a non-reversionary all cash fund of $149,000,000 (AT&T 1 Settlement Fund"), and a non-reversionary $28,000,000 all cash fund ("AT&T 2 Settlement Fund") to pay: (i) Settlement Class Member Cash Payments; (ii) Settlement Administration Costs; (iii) Service Awards approved by the Court, (iv) any amounts approved by the Court for Attorneys' Fees and Costs; and (v) applicable taxes,. All AT&T 1 and AT&T 2 Settlement Class Members may make a Claim for:

- **Documented Loss Cash Payment** – Each AT&T 1 Settlement Class Member may seek a payment for documented losses that occurred in 2019, or later, of up to $5,000 upon presentation of documented losses fairly traceable to the AT&T 1 Data Incident, and each AT&T 2 Settlement Class Member may seek up to $2,500.00 for losses that occurred on or after April 14, 2024, that are fairly traceable to the AT&T 2 Data Incident upon presentation of documented losses fairly traceable to the AT&T 2 Data Incident; **OR**
- **Cash Payment** – Instead of a Documented Loss Cash Payment, Settlement Class Members are eligible to make a Claim for a Tiered Cash Payment, which is a *pro rata* share of the AT&T 1 Net Settlement Fund, the amount of which depends upon which Tier you are in, and the total value of all Valid Claims filed. For more information, visit the Settlement website **www.telecomdatasettlement.com**.

**How to make a claim?** To receive benefits from the Settlement, you must submit a Claim Form online at **www.telecomdatasettlement.com** by **December 18, 2025**, or by mail postmarked by **December 18, 2025**, and mailed to the Settlement Administrator's address below.

**What are my other rights?**

- Do nothing: If you do nothing, you remain in the Settlement. You give up your rights to sue, but you will not get any money or benefits; you must submit a Claim Form to get money or benefits.
- Exclude yourself: You can exclude yourself from the Settlement and keep your right to sue about the claims in these Actions, but you will not get any money from the Settlement. You must submit a request for exclusion to the Settlement Administrator by **November 17, 2025**.
- Object: You can stay in the Settlement but tell the Court why you think the Settlement should not be approved. Objections must be submitted by **November 17, 2025**. Detailed instructions on how to file a Claim Form, exclude yourself, or object are on the Settlement Website at **www.telecomdatasettlement.com**. The Court will hold the Final Approval Hearing on **January 15, 2026** at **9:00 a.m**. to consider whether to approve the Settlement, hear objections, determine if the Settlement is fair, reasonable, and adequate, and consider Class Counsel's Application for Attorneys' Fees not to exceed one-third of the Settlement Funds, Costs, and Service Awards, not to exceed $1,500 per Class Representative. You may attend the hearing, but you don't have to.

***This is only a summary***. For additional information, including a copy of the Settlement Agreement, Long-Form Notice, and other documents, or to update your address, visit **www.telecomdatasettlement.com** or call **(833) 890-4930**. You may also contact the Settlement Administrator at **AT&T Data Incident Settlement**, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL PERMIT NO. 36777 PHILADELPHIA PA

POSTAGE WILL BE PAID BY ADDRESSEE

KROLL SETTLEMENT ADMINISTRATION LLC
PO BOX 5324
NEW YORK NY 10126-2877

<<Barcode>>

Class Member ID: <<Refnum>>

VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE

## POSTCARD CLAIM FORM

To submit a claim for a Tiered Cash Payment, please complete the below form, sign, and mail this portion of the postcard to the Settlement Administrator by no later than **December 18, 2025**. *Note*: Claims for Documented Loss Cash Payments require supporting documentation and therefore must be submitted online at **www.telecomdatasettlement.com** or mailed to the Settlement Administrator with a separate Claim Form.

Class Member ID: <<refnum>>

<<firstname>> <<mi>> <<lastname>>

<<address1>> <<address2>>

<<City>>, <<State>> <<Zip>>

If different than the preprinted data on the left, please print your correct information.

______________________________ ___ ______________________________

First Name MI Last Name

______________________________________________________________

Address

________________________________________ ___ ___ ___ ___ ___ ___ ___

City State ZipCode

**Email Address:** ____________________________________________@________________________

## Pro Rata Cash Payment

☐ Yes, I choose a *pro rata* Cash Payment, instead of a Documented Loss Cash Payment, based on the Settlement Class I am in and wish to Claim the *pro rata* Cash Payment I am eligible to receive.

## SIGN AND DATE YOUR CLAIM FORM

I attest that the information supplied in this Claim Form by the undersigned is true and correct to the best of my recollection. I understand that I may be asked to provide supplemental information by the Settlement Administrator before my claim will be considered complete and valid.

Signature: ________________________ Print Name:________________________ Dated (mm/dd/yy):__ __ / __ __ / __ __

**DEADLINE TO RETURN December 18,2025.**

# Exhibit 8

# NOTICE OF PROPOSED CLASS LITIGATION SETTLEMENT

**United States District Court for the Northern District of Texas**

***In Re: AT&T Inc. Customer Data Security Breach Litigation***
**MDL Docket No. 3:24-md-03114-E**

**A Court has authorized this Long-Form Notice ("Notice"). This is not a solicitation from a lawyer.**

---

**IF YOU ARE A PERSON IN THE UNITED STATES WHOSE DATA ELEMENTS WERE INCLUDED IN THE AT&T 1 DATA INCIDENT THAT WAS ANNOUNCED ON MARCH 30, 2024, AND/OR ARE AN ACCOUNT OWNER OR LINE OR END USER WHOSE DATA ELEMENTS WERE INVOLVED IN THE AT&T 2 DATA INCIDENT THAT WAS ANNOUNCED ON JULY 12, 2024, YOU MAY BE ELIGIBLE TO RECEIVE SETTLEMENT CLASS MEMBER BENEFITS FROM A CLASS ACTION SETTLEMENT.**

---

On March 30, 2024, AT&T announced that AT&T-specific fields were contained in a data set released on the dark web ("AT&T 1 Data Incident"). Following AT&T's announcement of the AT&T 1 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. The lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 and captioned, *In re AT&T Inc. Customer Data Sec. Breach Litigation*, MDL Docket No. 3:24-md-03114-E.

Then, on July 12, 2024, AT&T announced a second data incident where certain limited data had been illegally downloaded from an AT&T workspace on a third-party cloud platform hosted by Snowflake, Inc. ("AT&T 2 Data Incident"). Following AT&T's announcement of the AT&T 2 Data Incident, lawsuits were filed against various entities including AT&T entities. The lawsuits were consolidated before Judge Brian Morris in the District of Montana in October 2024 and captioned *In Re Snowflake, Inc. Data Breach Litigation*, MDL Docket No. 3:24-md-3126.

The Parties in the lawsuits concerning both the AT&T 1 Data Incident and the AT&T 2 Data Incident (together, "Actions") agreed in March 2025 to settle the Actions together in the Northern District of Texas before Judge Ada E. Brown. On May 30, 2025, the AT&T 1 Plaintiffs and AT&T 2 Plaintiffs filed the Consolidated Class Action Complaint against AT&T, asserting claims that arose out of the Data Incidents.

The Parties now agree to settle the Actions entirely, without any admission of liability or wrongdoing.

**Who is a Settlement Class Member?** There are two Settlement Classes:

1) **AT&T 1 Settlement Class:** All living persons in the United States whose Data Elements (which include some combination of names, addresses, telephone numbers, email addresses, dates of birth, account passcodes, billing account numbers, and Social Security numbers) were included in the AT&T 1 Data Incident, announced on March 30, 2024; AND

2) **AT&T 2 Settlement Class:** AT&T Account Owners or Line or End Users whose AT&T 2 Data Elements were involved in the AT&T 2 Data Incident. AT&T 2 Data Elements means telephone numbers of current and former AT&T customers, including, but not limited to, Account Owners or Line Users, which may have been accessible in the AT&T 2 Data Incident, along with the telephone numbers with which those customers interacted, counts of those interactions, aggregate call durations for a day or month, and for a small subset of individuals, one or more cell site identification numbers associated with the interactions.

Settlement Class Members will be eligible to receive Settlement Class Member Benefits based on the Settlement Class(es) they are in:

❖ **AT&T 1 Settlement Class:**

All AT&T 1 Settlement Class Members are eligible for either a **Documented Loss Cash Payment** or a **Tier 1 or Tier 2 Cash Payment** as follows:

➢ **Documented Loss Cash Payment** – Each AT&T 1 Settlement Class Member may submit a Claim for a Documented Loss Cash Payment of **up to $5,000** for losses that occurred in 2019, or later, upon presentation of documentation that the losses are fairly traceable to the AT&T 1 Data Incident; **OR**

➢ **Tier Cash Payment** – As an alternative to a Documented Loss Cash Payment, each AT&T 1 Settlement Class Member may submit a Claim for a Tier Cash Payment. A Tier Cash Payment is a *pro rata* share of the AT&T 1 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). There are two types of Tier Cash Payments (Tier 1 Cash Payment and Tier 2 Cash Payment) and your eligibility for one or the other is based on whether you are a Tier 1 Settlement Class Member or a Tier 2 Settlement Class Member.

■ **Tier 1 Cash Payment –** An AT&T 1 Settlement Class Member who had their Social Security Number ("SSN") included in the AT&T 1 Data Incident (also known as a "Tier 1 Settlement Class Member"), is eligible to make a Claim for a Tier 1 Cash Payment. Tier 1 Cash Payments shall be five (5) times the amount of a Tier 2 Cash Payment;

■ **Tier 2 Cash Payment –** An AT&T 1 Settlement Class Member who had their Data Elements included in the AT&T 1 Data Incident, but not their SSN, is eligible to make a Claim for a Tier 2 Cash Payment.

The Amount of the Net Settlement available for Settlement Class Member distribution is unknown at this time and will be based upon the amount of the Settlement Administration Costs, the amount of attorneys' fees, costs, and Service Awards, and the number of Valid Claims received from Settlement Class Members.

❖ **AT&T 2 Settlement Class:**

All AT&T 2 Settlement Class Members are eligible for a **Documented Loss Cash Payment,** and some Settlement Class Members may alternatively choose a **Tier 3 Cash Payment**.

➢ **Documented Loss Cash Payment** – Each AT&T 2 Settlement Class Member may submit a Claim for a Documented Loss Cash Payment of **up to $2,500** per AT&T 2 Settlement Class Member for losses that occurred on or after April 14, 2024, upon presentation of documentation that the losses are fairly traceable to the AT&T 2 Data Incident**.** Account Owners may submit Claims for themselves and on behalf of their End or Line Users.

➢ **Tier 3 Cash Payment –** As an alternative to a Documented Loss Cash Payment, Account Owners may submit a Claim for a Tier 3 Cash Payment. A Tier 3 Cash Payment is a *pro rata* share of the AT&T 2 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). The Amount of the Net Settlement available for Settlement Class

Member distribution is unknown at this time and will be based upon the amount of the Settlement Administration Costs, the amount of attorneys' fees, costs, and Service Awards, and the number of Valid Claims received from Settlement Class Members.

- **Overlap Settlement Class Member:** An Overlap Settlement Class Member is eligible for Settlement Class Member Benefits as both an AT&T 1 Settlement Class Member and an AT&T 2 Settlement Class Member. If claiming for a Documented Loss Cash Payment for the AT&T 1 Data Incident and a Documented Loss Cash Payment for the AT&T 2 Data Incident, **the documentation for each Documented Loss Cash Payment must be unique**, meaning a Settlement Class Member may only use the information supporting a Documented Loss Cash Payment once.

To obtain more information, visit www.telecomdatasettlement.com or call **(833) 890-4930.**

**Please read this Notice carefully. Your legal rights will be affected, and you have a choice to make at this time.**

| | Summary of Legal Rights | Deadline(s) |
|---|---|---|
| **Submit a Claim Form** | The only way to receive a Settlement Class Member Benefit from the Settlement. | Submitted or postmarked on or before **December 18, 2025.** |
| **Exclude Yourself by Opting-Out of the Class** | Receive no Settlement Class Member Benefit from the Settlement. This is the only option that allows you to keep your right to bring any other lawsuit against Defendants relating to the Actions. | Mailed and postmarked on or before **November 17, 2025.** |
| **Object to the Settlement and/or Attend the Final Approval Hearing** | You can write the Court about why you agree or disagree with the Settlement and/or the Application/s for Attorneys' Fees, Costs, and Service Awards. You can also ask to speak at the Final Approval Hearing on **January 15, 2026, at 9:00 a.m. CT** about the fairness of the Settlement, with or without your own attorney. | Mailed and postmarked on or before **November 17, 2025.** |
| **Do Nothing** | You will not receive any Settlement Class Member Benefits from this class action Settlement. If the Settlement becomes final, you will give up your rights to sue Defendants (or any Released Parties) separately for claims relating to the Actions or to continue to pursue any such claims you have already filed. | N/A |

- Your rights and options as a Settlement Class Member – **and the deadlines to exercise your rights** – are explained in this Notice.
- The Court will still have to decide whether to approve the Settlement. Settlement Class Member Benefits to Settlement Class Members will be made only if the Court approves the Settlement and after any possible appeals are resolved.

**What This Notice Contains**

**Basic Information....................Page 5**

**Who is in the Settlement....................Pages 6-7**

**The Settlement Benefits—What You Get if You Qualify....................Pages 7-9**

**How Do You Submit a Claim....................Pages 9-10**

**Excluding Yourself from the Settlement....................Pages 10-11**

**Objecting to the Settlement....................Pages 11-13**

**The Lawyers Representing You....................Pages 13-14**

**The Court's Final Approval Hearing....................Page 14**

**If You Do Nothing....................Page 14**

**Additional Information....................Pages 14-15**

## BASIC INFORMATION

### 1. Why is there a Notice?

The Court authorized this Notice because you have a right to know about the Settlement, and all of your options, before the Court decides whether to grant Final Approval and make the Settlement final. This Notice explains the nature of the lawsuit that is the subject of the Settlement, the general terms of the Settlement, and your legal rights and options.

The Honorable Judge Ada E. Brown of the United States District Court for the Northern District of Texas is overseeing this case captioned as *In re: AT&T Inc. Customer Data Security Breach Litigation,* MDL Docket No. 3:24-md-03114-E. The people who brought the lawsuit are called the Class Representatives. The entities being sued—AT&T Inc., AT&T Mobility LLC, AT&T Corporation, DirecTV, LLC, AT&T Services, Inc., and Cricket Wireless LLC—are called the Defendants.

### 2. What are the Actions about?

On March 30, 2024, AT&T announced that AT&T-specific fields were contained in a data set released on the dark web ("AT&T 1 Data Incident"). Following AT&T's announcement of the AT&T 1 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. The lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 and captioned, *In re AT&T Inc. Customer Data Sec. Breach Litigation,* MDL Docket No. 3:24-md-03114-E.

Then, on July 12, 2024, AT&T announced a second data incident where certain limited data had been illegally downloaded from an AT&T workspace on a third-party cloud platform hosted by Snowflake, Inc. (" AT&T 2 Data Incident"). Following AT&T's announcement of the AT&T 2 Data Incident, lawsuits were filed against various entities including AT&T entities. The lawsuits were consolidated before Judge Brian Morris in the District of Montana in October 2024 and captioned In Re Snowflake, Inc. Data Breach Litigation, MDL Docket No. 3:24-md-3126.

The Parties in both the AT&T 1 Data Incident and the AT&T 2 Data Incident (the "Actions") agreed in March 2025 to settle both of the Data Incidents together in the Northern District of Texas with Judge Ada E. Brown. On May 30, 2025, the AT&T 1 Plaintiffs and AT&T 2 Plaintiffs filed the Consolidated Class Action Complaint against AT&T, asserting claims that arose out of the Data Incidents.

### 3. Why is this a class action?

In a class action, one or more people—referred to as "Class Representatives"—file a lawsuit bringing claims on behalf of all people who have similar claims. Together, these people are referred to as a "Settlement Class," and the individuals in the Settlement Class are called "Settlement Class Members." One court resolves the claims for all Settlement Class Members, except for those who individuals who choose to exclude themselves (also known as opt-out) from the Settlement Class.

### 4. Why is there a Settlement?

The Court has not decided in favor of the Class Representatives or Defendants. Instead, both sides have agreed to this Settlement. The Settlement avoids the cost and risk of a trial and related appeals, while providing benefits to Settlement Class Members. The Settlement Class Representatives appointed to represent the Settlement Class, and the attorneys for the Settlement Class (also referred to as "Class Counsel") believe the Settlement is in the best interests of all Settlement Class Members.

**WHO IS IN THE SETTLEMENT?**

**5. How do I know if I am part of the Settlement?**

You are a Settlement Class Member if you are in the AT&T 1 Settlement Class or the AT&T 2 Settlement Class as defined below:

1) **AT&T 1 Settlement Class:** You are a living person in the United States whose Data elements were included in the AT&T 1 Data Incident that was announced on March 30, 2024. AT&T 1 Data Elements include some combination of names, addresses, telephone numbers, email addresses, dates of birth, account passcodes, billing account numbers, and Social Security numbers.

   Excluded from the AT&T 1 Settlement Class are (a) AT&T, any entity in which AT&T has a controlling interest, and AT&T's officers, directors, legal representatives, successors, subsidiaries, and assigns; (b) any judge, justice, or judicial officer presiding over this Action, and the members of their immediate families and judicial staff; (c) any persons who have Released Claims relating to the AT&T 1 Data Incident and/or the AT&T 1 Action prior to Final Approval; and (d) any persons who timely opt-out of the AT&T 1 Settlement Class.

**Or**

2) **AT&T 2 Settlement Class:** You are an AT&T Account Owner or Line or End User whose AT&T 2 Data Elements were involved in the AT&T 2 Data Incident that was announced on or about July 12, 2024. "AT&T 2 Data Elements" means telephone numbers of current and former AT&T customers, including, but not limited to, Account Owners or Line Users, which may have been accessible in the AT&T 2 Data Incident, along with the telephone numbers with which those customers interacted, counts of those interactions, aggregate call durations for a day or month, and for a small subset of individuals, one or more cell site identification numbers associated with the interactions.

   Excluded from the AT&T 2 Settlement Class are (a) AT&T, any entity in which AT&T has a controlling interest, and AT&T's officers, directors, legal representatives, successors, subsidiaries, and assigns; (b) any judge, justice, or judicial officer presiding over this Action, and the members of their immediate families and judicial staff; (c) any persons who have Released Claims relating to the AT&T 2 Data Incident and/or the AT&T 2 Action prior to Final Approval; and (d) any persons who timely opt-out of the AT&T 2 Settlement Class;

Settlement Class Members who are in both the AT&T 1 Settlement Class and the AT&T 2 Settlement Class are known in this Settlement as **"Overlap Settlement Class Members."**

## 6. What if I am not sure whether I am included in the Settlement?

If you are not sure whether you are included in the Settlement, you may call **(833) 890-4930** with questions. You may also write with questions to:

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

**THE SETTLEMENT BENEFITS–WHAT YOU GET IF YOU QUALIFY**

## 7. What does the Settlement provide?

AT&T agreed to make available two (2) Settlement Funds to pay Cash Payments to Settlement Class Members, Settlement Administration Costs to the Settlement Administrator, any Court-awarded attorneys' fees and costs to Class Counsel, and any court-awarded Service Awards to the Class Representatives.

The AT&T 1 Settlement Fund is a non-reversionary $149,000,000 all cash fund that AT&T has agreed to pay or cause to be paid to settle all claims related to the AT&T 1 Data Incident.

The AT&T 2 Settlement Fund is a non-reversionary $28,000,000 all cash payment that AT&T has agreed to pay or cause to be paid to settle all claims related to the AT&T 2 Data Incident.

Settlement Class Members will be eligible to receive Settlement Class Member Benefits based on the Settlement Class(es) they are in:

❖ **AT&T 1 Settlement Class:**

All AT&T 1 Settlement Class Members are eligible for either a **Documented Loss Cash Payment** or a **Tier 1 or Tier 2 Cash Payment** as follows:

➢ **Documented Loss Cash Payment** – Each AT&T 1 Settlement Class Member may Claim payment for losses that occurred in 2019, or later, of **up to $5,000**, upon presentation of documentation that the losses are fairly traceable to the AT&T 1 Data Incident;

- To receive a Documented Loss Cash Payment, claiming Settlement Class Members must elect Documented Loss Cash Payment on the Claim Form attesting under penalty of perjury to incurring documented losses. Claiming Settlement Class Members will be required to submit reasonable documentation supporting the losses. Such losses must have been incurred on or after the date of the applicable Data Incident through the date of Claim submission and must be fairly traceable to the AT&T 1 Data Incident. Reasonable documentation can include receipts or other documentation not self-prepared by the Claimant that documents the costs incurred.
- Self-prepared documents such as handwritten receipts, accountings, statements, declarations, and/or affidavits prepared by the Settlement Class Member are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or to support other submitted documentation.

**OR**

- **Tier Cash Payment** – As an alternative to a Documented Loss Cash Payment, each AT&T 1 Settlement Class Member may submit a Claim for a Tier Cash Payment. A Tier Cash Payment is a *pro rata* share of the AT&T 1 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). There are two types of Tier Cash Payments (Tier 1 Cash Payment and Tier 2 Cash Payment) and your eligibility for one or the other is based on whether you are a Tier 1 Settlement Class Member or a Tier 2 Settlement Class Member.

  - **Tier 1 Cash Payment** – An AT&T 1 Settlement Class Member who had their Social Security Number ("SSN") included in the AT&T 1 Data Incident (also known as a "Tier 1 Settlement Class Member"), is eligible to make a Claim for a Tier 1 Cash Payment. Tier 1 Cash Payments shall be five (5) times the amount of a Tier 2 Cash Payment;

  - **Tier 2 Cash Payment** – Instead of a Documented Loss Cash Payment, an AT&T 1 Settlement Class Member who had their Data Elements included in the AT&T 1 Data Incident, but not their SSN, is eligible to make a Claim for a Tier 2 Cash Payment.

    The Amount of the Net Settlement available for Settlement Class Member distribution is unknown at this time and will be based upon the amount of the Settlement Administration Costs, the amount of attorneys' fees, costs, and Service Awards, and the number of Valid Claims received from Settlement Class Members.

❖ **AT&T 2 Settlement Class:**

All AT&T 2 Settlement Class Members are eligible for a **Documented Loss Cash Payment** and some Settlement Class Members may alternatively choose a **Tier 3 Cash Payment**.

- **Documented Loss Cash Payment** – Each AT&T 2 Settlement Class Member may submit a Claim for a Documented Loss Cash Payment of **up to $2,500** for losses that occurred on or after April 14, 2024, upon presentation of documentation that the losses are fairly traceable to the AT&T 2 Data Incident.

  - To receive a Documented Loss Cash Payment, claiming Settlement Class Members must elect Documented Loss Cash Payment on the Claim Form attesting under penalty of perjury to incurring documented losses. Claiming Settlement Class Members will be required to submit reasonable documentation supporting the losses. Such losses must have been incurred on or after the date of the applicable Data Incident through the date of Claim submission and must be fairly traceable to the AT&T 2 Data Incident. Reasonable documentation can include receipts or other documentation not self-prepared by the Claimant that documents the costs incurred.

  - Self-prepared documents such as handwritten receipts, accountings, statements, declarations, and/or affidavits prepared by the Settlement Class Member are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or to support other submitted documentation.

➢ **Tier 3 Cash Payment** – As an alternative to a Documented Loss Cash Payment, Account Owners may submit a Claim for a Tier 3 Cash Payment. A Tier 3 Cash Payment is a *pro rata* share of the AT&T 2 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). The Amount of the Net Settlement available for Settlement Class Member distribution is unknown at this time and will be based upon the amount of the Settlement Administration Costs, the amount of attorneys' fees, costs, and Service Awards, and the number of Valid Claims received from Settlement Class Members.

❖ **Overlap Settlement Class Member:** An Overlap Settlement Class Member is eligible for Settlement Class Member Benefits as both an AT&T 1 Settlement Class Member and an AT&T 2 Settlement Class Member. If claiming for a Documented Loss Cash Payment for the AT&T 1 Data Incident and a Documented Loss Cash Payment for the AT&T 2 Data Incident, **the documentation for each Documented Loss Cash Payment must be unique**, meaning a Settlement Class Member may only use the information supporting a Documented Loss Cash Payment once.

The AT&T1 Net Settlement Fund means the amount of funds that remain in the AT&T 1 Settlement Fund after funds are paid from the AT&T 1 Settlement Fund for the following: (i) Settlement Administration Costs incurred pursuant to the Settlement Agreement, (ii) any Service Awards approved by the Court, (iii) any amounts approved by the Court for Attorneys' Fees and Costs, and (iv) applicable taxes, if any. Similarly, the AT&T2 Net Settlement Fund means the amount of funds that remain in the AT&T 2 Settlement Fund after funds are paid from the AT&T 2 Settlement Fund for the following: (i) Settlement Administration Costs incurred pursuant to the Settlement Agreement, (ii) any Service Awards approved by the Court, (iii) any amounts approved by the Court for Attorneys' Fees and Costs, and (iv) applicable taxes, if any.

Cash Payments will be a *pro rata* distribution from the applicable Net Settlement Fund and based on the value of all Valid Claims. The Settlement Administrator will first pay approved Claims for Documented Loss Payments out of the respective Net Settlement Funds. Thereafter, the amount of the Net Settlement Funds remaining after all Documented Loss Payments are applied (up to $25,000,000 for AT&T 1) shall be distributed by the Settlement Administrator on a *pro rata* basis to claimants.

AT&T 1 Settlement Class Members who submit a Valid Claim will receive a *pro rata* distribution from the AT&T 1 Net Settlement Fund. AT&T 1 Tier 1 Settlement Class Members who submit a Valid Claim shall receive five (5) times more than AT&T 1 Tier 2 Settlement Class Members out of the AT&T 1 Settlement Fund.

AT&T 2 Settlement Class Members who submit a Valid Claim will receive a *pro rata* distribution from the AT&T 2 Net Settlement Fund.

## HOW DO YOU SUBMIT A CLAIM?

### 8. How do I get a Settlement Class Member Benefit?

To receive a Settlement Class Member Benefit, you must complete and submit a Claim Form online at www.telecomdatasettlement.com or by mail to AT&T Data Incident Settlement, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324. Read the Claim Form instructions carefully, fill out the Claim Form and submit online by **December 18, 2025,** or by mail postmarked by **December 18, 2025**.

**TO RECEIVE AN ELECTRONIC OR ACH PAYMENT FOR YOUR VALID CLAIM, YOU MUST FILE A CLAIM FORM ONLINE AT WWW.TELECOMDATASETTLEMENT.COM**

**9. When will I get my Settlement Class Member Benefit?**

The Court will hold a Final Approval Hearing on **January 15, 2026, at 9:00 a.m. CT** to decide whether to approve the Settlement. You do not need to attend the Final Approval Hearing. If the Court approves the Settlement, there may be appeals from that decision and resolving them can take time. It also takes time for all of the Claim Forms to be processed. Please be patient. Settlement Class Member Benefits will begin after the Settlement has obtained Court approval and the time for all appeals has expired.

**10. What am I giving up as part of the Settlement?**

Defendants and its affiliates will receive a release from all claims that could have been or that were brought against Defendants relating to the Data Incidents. Thus, if the Settlement becomes final and you do not exclude yourself from the Settlement, you will be a Settlement Class Member and you will give up your right to sue Defendants, the entire AT&T Inc. family of companies, including any of AT&T Inc.'s current, former, and future: parents, subsidiaries, divisions, and affiliated companies (including DirecTV, LLC), whether indirect or direct, as well as these entities' respective predecessors, successors, assigns, representatives, officers, agents, directors, employees, contractors, vendors (including Snowflake, Inc.), insurers, reinsurers, shareholders, advisors, consultants, attorneys, wholesalers, resellers, the distributors, service providers, and retailers; and Snowflake Inc., and its present and former parents, subsidiaries, divisions, departments, worldwide affiliates, predecessors, successors and assigns, and any and all of their past, present, and future directors, officers, executives, officials, principals, stockholders, heirs, agents, insurers, reinsurers, members, attorneys, accountants, actuaries, fiduciaries, advisors, consultants, representatives, partners, joint venturers, licensees, licensors, independent contractors, subrogees, trustees, executors, administrators, clients, customers, data owners, associated third Parties, predecessors, successors and assigns. It is understood that if a Released Party is not a party to the Settlement Agreement, all such Released Parties are intended third-party beneficiaries of the Settlement Agreement and may enforce the Settlement Agreement as if they were parties to the Settlement Agreement. This release is described in Section XVI of the Settlement Agreement, known as Releases, which is available at **www.telecomdatasettlement.com.** If you have any questions, you can talk to the law firms listed in Question 16 for free or you can talk to your own lawyer.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want to be part of the Settlement, then you must take steps to exclude yourself from the Settlement Class. This is sometimes referred to as "opting-out" of the Settlement Class.

**11. If I exclude myself, can I get a benefit from this Settlement?**

No. If you exclude yourself, you will not be entitled to receive any benefits from the Settlement.

**12. If I do not exclude myself, can I sue the Released Parties for the same thing later?**

No. Unless you exclude yourself, you give up any right to sue Defendants and any other Released Parties for any claim that could have been or was brought relating to the Data Incidents. You must exclude yourself from the Settlement to start your own lawsuit or to be part of any different lawsuit relating to the claims in this case.

**13. How do I exclude myself from the Settlement?**

To exclude yourself, send a request for exclusion or written notice of intent to opt-out that says you want to be excluded from the Settlement. The letter requesting exclusion must contain (a) the Settlement Class Member's full legal name; (b) the Settlement Class Member's address, all AT&T telephone number(s) involved in the AT&T 1 Data Incident or the AT&T 2 Data Incident and current telephone number, and email address; (c) the identity of the Settlement Class Member's counsel, if represented; (d) a handwritten "wet" signature of the Settlement Class Member; (e) the name and number of the case; (f) if the individual is a former AT&T customer the Settlement Class Member's AT&T account number(s) or an attestation that the former customer is unable to obtain their AT&T account number(s); and (g) a statement clearly indicating the individual wishes to be excluded from the Settlement Class for the purposes of the Settlement. You must mail your request for exclusion to the Settlement Administrator postmarked by **November 17, 2025,** to:

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

Requests for exclusion must be made on an individual basis and request exclusion only for that one individual whose personal signature appears on the request; "mass," "class," or other purported group opt-outs, or opt-outs signed by counsel, are not permitted and are not effective.

Any individual in the Settlement Classes who does not timely and validly request to opt out shall be bound by the terms of the Settlement Agreement even if he or she does not submit a Valid Claim, and even if he or she has pending, or subsequently initiates, litigation, arbitration, or any other proceeding against Defendants relating to the Released Claims. Individuals in the Settlement Classes who timely and validly opt out of the Settlement do not release their individual claims and will not obtain any benefits under the Settlement.

## OBJECTING TO THE SETTLEMENT

### 14. How do I object to the Settlement?

You can tell the Court that you do not agree with the Settlement, and/or the Application/s for Attorneys' Fees, Costs, and Service Awards or some part of it by objecting to the Settlement. Objections must be mailed to the Clerk of the Court, to Class Counsel, Defendants' Counsel, and the Settlement Administrator by mail, with a postmark date **no later than November 17, 2025**, to the following addresses:

| **Clerk of the Court** | **Settlement Administrator** |
|---|---|
| United States District Court<br>1100 Commerce St. Room 1452<br>Dallas, TX 75242 | AT&T Data Incident Settlement<br>c/o Kroll Settlement Administration LLC<br>P.O. Box 5324<br>New York, NY 10150-5324 |
| **Class Counsel** | **Defendant's Counsel** |

<table>
<tr>
<td>

**AT&T 1 Class Counsel:**<br>Mark Lanier<br>**Lanier Law Firm**<br>10940 W. Sam Houston Pkwy N.<br>Suite 100<br>Houston, TX 77064<br>mark.lanier@lanierlawfirm.com<br><br>Chris Seeger<br>Shauna Itri<br>**Seeger Weiss LLP**<br>55 Challenger Rd 6th floor,<br>Ridgefield Park, NJ 07660<br>cseeger@seegerweiss.com<br>sitri@seegerweiss.com<br><br>**AT&T 2 Class Counsel:**<br>Jeff Ostrow<br>**Kopelowitz Ostrow P.A.**<br>1 West Las Olas Blvd., Ste. 500<br>Fort Lauderdale, FL 33301<br>ostrow@kolawyers.com<br><br>Jason Rathod<br>**Migliaccio & Rathod LLP**<br>412 H Street NE, Ste. 302-B<br>Washington, DC 20002<br>jrathod@classlawdc.com

</td>
<td>

Gilbert Keteltas<br>Lisa Ghannoum<br>**Baker Hostetler LLP**<br>Suite 1100<br>1050 Connecticut Ave., NW<br>Washington, DC 20036<br><br>Michael McTigue Jr.<br>Meredith Slawe<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>One Manhattan West<br>New York, NY 10001

</td>
</tr>
</table>

For an objection to be considered by the Court, the objection must state:

1) the objector's full name, mailing address, all AT&T telephone number(s), current telephone number; and for former AT&T customers all AT&T account number(s), and email address (if any) or an attestation that the former customer is unable to obtain their AT&T account number(s) or email address (if any);
2) all grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel;
3) the number of times the objector has objected to a class action settlement within the 5 years preceding the date that the objector files the objection, the caption of each case in which the objector has made such objection, and a copy of any orders related to or ruling upon the objector's prior objections that were issued by the trial and appellate courts in each listed case;
4) the identity of all counsel who represent the objector, including (1) any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement and/or Application for Attorneys' Fees, Costs, and Service Awards; (2) a description of the counsel's legal background and prior experience in connection with class action litigation; (3) a

statement regarding whether fees to be sought will be calculated on the basis of a lodestar, contingency, or other method; (4) an estimate of the amount of fees to be sought; (5) the factual and legal justification for any fees to be sought; (6) the number of hours already spent by the counsel; and (7) an estimate of the hours to be spent in the future; and the attorney's hourly rate.

5) the number of times in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the five years preceding the date of the filed objection, the caption of each case in which counsel or the firm has made such objection and a copy of any orders related to or ruling upon counsel's or the counsel's law firm's prior objections that were issued by the trial and appellate courts in each listed case in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the preceding five years;
6) the identity of all counsel (if any) representing the objector who will appear at the Final Approval Hearing;
7) four dates between the deadline for objections and a date two weeks before the Final Approval Hearing, during which the objector is available to be deposed by counsel for the Parties;
8) a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any);
9) a statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing; and
10) the objector's signature (an attorney's signature is not sufficient).

Class Counsel may take discovery on any objector or objector's counsel, including taking depositions.

**15. What is the difference between objecting and asking to be excluded?**

Objecting is telling the Court that you do not like the Settlement or parts of it and why you do not think it should be approved. You can object only if you are a Settlement Class Member. Excluding yourself or opting-out is telling the Court that you do not want to be part of the Settlement Class and do not want to receive any payment from the Settlement. If you exclude yourself, you have no basis to object because you are no longer a Settlement Class Member, and the case no longer affects you.

## THE LAWYERS REPRESENTING YOU

**16. Do I have a lawyer in this case?**

Yes. AT&T 1 Class Counsel means Mark Lanier, Chris Seeger, Shauna Itri, Jean Martin, James Cecchi, and Sean Modjarrad, and AT&T 2 Class Counsel means Jeff Ostrow, Jason Rathod, Devlan Geddes, John Heenan, and Raph Graybill as Class Counsel to represent the Settlement Class. If you want to be represented by your own lawyer, you may hire one at your own expense.

**17. How will the lawyers be paid?**

AT&T 1 Class Counsel and AT&T 2 Class Counsel shall apply, separately or jointly (upon agreement by Class Counsel), to the Court for an award of attorneys' fees expressed as a percentage of the total value conferred by the Settlement on the Settlement Classes of up to one-third of the respective Settlement Funds, plus reimbursement of costs incurred in prosecuting and settling the Actions.

Class Counsel shall apply to the Court for Service Awards for the Class Representatives not to exceed $1,500 per individual, in recognition of his contributions to these Actions. The Service Awards approved

by the Court shall be paid out of the respective Action's Settlement Fund.

## THE COURT'S FINAL APPROVAL HEARING

### 18. When and where will the Court decide whether to approve the Settlement?

The Court may hold a Final Approval Hearing at **9:00 a.m. CT on January 15, 2026**, at the United States District Court for the Northern District of Texas, 1100 Commerce Street, Dallas, TX 75242 as ordered by the Court. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are timely and valid objections, the Court will consider them. The Court will also rule on any motion seeking payment of reasonable attorneys' fees and expenses for Class Counsel, as well as Service Awards for the Class Representatives. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take. The hearing may be moved to a different date or time without additional notice.

### 19. Do I have to attend the hearing?

No. Class Counsel will represent the Settlement Class before the Court. You or your own lawyer are welcome to attend at your expense, but you are not required to do so. If you send an objection, you do not have to visit the Court to talk about it. As long as you filed your written objection on time with the Court and mailed it according to the instructions provided in Question 14, the Court will consider it.

### 20. May I speak at the hearing?

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must file an objection according to the instructions in Question 14, including all the information required.

## IF YOU DO NOTHING

### 21. What happens if I do nothing?

If you do nothing, you will not receive any benefits from this Settlement. If the Settlement is granted Final Approval and becomes final, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the other Released Parties based on any claim that could have been or that was brought relating to the Data Incidents.

## ADDITIONAL INFORMATION

### 22. How do I get more information?

This Notice summarizes the Settlement. More details are in the Settlement Agreement itself. A copy of the Settlement Agreement is available at **www.telecomdatasettlement.com**. You may also call the Settlement Administrator with questions or to receive a Claim Form at **(833) 890-4930**.

## 23. What if my contact information changes or I no longer live at my address?

It is your responsibility to inform the Settlement Administrator of your updated information. You may do so at the address below, by calling toll-free **(833) 890-4930** or at the Contact section of the Settlement Website.

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

**PLEASE DO NOT CONTACT THE COURT, CLERK OF THE COURT OR DEFENDANTS FOR INFORMATION ABOUT THE CLASS ACTION SETTLEMENT**

# Exhibit 9

(CLAIM FORM FOR AT&T 1)

| Your Claim must be submitted online or postmarked by: December 18, 2025 | **CLAIM FORM FOR AT&T DATA INCIDENT** *In Re: AT&T Inc. Customer Data Security Breach Litigation* MDL Docket No. 3:24-md-03114-E United States District Court for the Northern District of Texas | AT&T-C |
|---|---|---|

## GENERAL INSTRUCTIONS

You are an AT&T 1 Settlement Class Member if you are a living person in the United States whose Data Elements were included in the AT&T 1 Data Incident that was announced on March 30, 2024. You may submit a Claim for a Settlement Class Member Benefit, outlined below.

Please refer to the Long-Form Notice posted on the Settlement Website **www.telecomdatasettlement.com**, for more information on submitting a Claim Form and whether you qualify as a Settlement Class Member.

**To receive a Settlement Class Member Benefit from this Settlement via an electronic payment, you must submit the Claim Form below electronically at www.telecomdatasettlement.com by December 18, 2025.**

This Claim Form may also be mailed to the address below. Please type or legibly print all requested information, in blue or black ink. Mail your completed Claim Form, including any supporting documentation, by U.S. mail to:

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

Settlement Class Members under the Settlement Agreement will be eligible to receive one of the following Settlement Class Member Benefits:

- **Documented Loss Cash Payment** – Each Settlement Class Member may submit a claim for a Documented Loss Cash Payment of **up to $5,000** for losses that occurred in 2019 or later, *upon presentation of documented losses* fairly traceable to the AT&T 1 Data Incident. **OR**
- **Tiered Cash Payment –** Instead of a Documented Loss Cash Payment, Settlement Class Members may make a Claim for a Cash Payment based on the following:
  - **Tier 1 Cash Payment** – An AT&T 1 Settlement Class Member who had their Social Security number (SSN) included in the AT&T 1 Data Incident, is eligible to make a Claim for a Tier 1 Cash Payment. A Tier 1 Cash Payment consists of a *pro rata* share of the AT&T 1 Net Settlement Fund. Tier 1 Cash Payments shall be five (5) times the amount of a Tier 2 Cash Payment;
  - **Tier 2 Cash Payment –** An AT&T 1 Settlement Class Member who had Data Elements included in the AT&T 1 Data Incident, but not their SSN, is eligible to make a Claim for a Tier 2 Cash Payment. A Tier 2 Cash Payment consists of a *pro rata* share of the AT&T 1 Net Settlement Fund.

**Your Claim must be submitted online or <u>postmarked by</u>: December 18, 2025**

# CLAIM FORM FOR AT&T DATA INCIDENT

*In Re: AT&T Inc. Customer Data Security Breach Litigation*
MDL Docket No. 3:24-md-03114-E
United States District Court for the Northern District of Texas

**AT&T-C**

## I. PAYMENT SELECTION

If you would like to elect to receive your Settlement Class Member Benefit through electronic transfer, please visit the Settlement Website and timely file your Claim Form. The Settlement Website includes a step-by-step guide for you to complete the electronic payment option.

## II. SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

______________________________ ______________________________
**First Name** **Last Name**

______________________________________________________________
**Address 1**

______________________________________________________________
**Address 2**

__________________________________________ ___ ___ ___ ___ ___ ___ ___
**City** **State** **Zip Code**

**Email Address:** ______________________________@______________________

## III. PROOF OF DATA BREACH SETTLEMENT CLASS MEMBERSHIP

☐ Check this box to certify that you are a living person in the United States whose Data Elements were included in the AT&T 1 Data Incident that was announced on March 30, 2024.

Enter the Class Member ID Number provided on your Email Notice or Postcard Notice:

**Class Member ID: 8 3 2 3 1** ___ ___ ___ ___ ___ ___ ___ ___

## IV. TIERED CASH PAYMENT

Instead of receiving a Documented Loss Cash Payment, Settlement Class Members may elect to receive a *pro rata* Tiered Cash Payment.

- ❖ **Tier 1 Cash Payment** – If your Social Security Number was included in the AT&T 1 Data Incident, you are eligible to make a Claim for a Tier 1 Cash Payment. A Tier 1 Cash Payment consists of a *pro rata* share of the AT&T 1 Net Settlement Fund. Tier 1 Cash Payments shall be five (5) times the amount of a Tier 2 Cash Payment;

- ❖ **Tier 2 Cash Payment –** If you had Data Elements included in the AT&T 1 Data Incident, but not your SSN, you are eligible to make a Claim for a Tier 2 Cash Payment. A Tier 2 Cash Payment consists of a *pro rata* share of the AT&T 1 Net Settlement Fund;

☐ Yes, I choose a *pro rata* Tiered Cash Payment.

## V. DOCUMENTED LOSS CASH PAYMENTS

*Skip this section if you are submitting for a Cash Payment only.*

Each Settlement Class Member can seek payment for documented losses of up to $5,000 that occurred in 2019 or later, upon presentation of documented losses fairly traceable to the Data Incident.

To receive a Documented Loss Cash Payment, Settlement Class Members must elect Documented Loss Cash Payment on the Claim Form attesting under penalty of perjury to having incurred documented losses. Claiming Settlement Class Members will be required to submit reasonable documentation supporting the losses. Such losses must have been incurred in 2019 or later through the date of Claim submission and incurred as a result of the AT&T 1 Data Incident. Reasonable documentation can include receipts or other documentation not self-prepared by the Claimant that documents the costs incurred.

Self-prepared documents such as handwritten receipts, accountings, statements, declarations, and/or affidavits prepared by the Settlement Class Member are, by themselves, insufficient for reimbursement, but may be considered alongside other submitted documentation.

☐ I have attached documentation showing that the documented ordinary losses were more likely than not caused by the AT&T 1 Data Incident.

| **Cost Type** (Fill all that apply) | **Approximate Date of Documented Loss** | **Amount of Documented Loss** | **Description of Supporting Reasonable Documentation** (Identify what you are attaching and why) |
|---|---|---|---|
| Example: Identity Theft Protection Service | 0 7/17/2 0 (mm/dd/yy) | $50.00 | Copy of identity theft protection service bill |
| | ___/___ ___/___ ___ (mm/dd/yy) | $_____________.________ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $_____________.________ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $_____________.________ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $_____________.________ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $_____________.________ | |

## VI. ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

______________________________________________ ____ ____ / ____ ____ / ____ ____ ____ ____

Signature Date

______________________________________________

Print Name

# Exhibit 10

(CLAIM FORM FOR AT&T 2)

| Your Claim must be submitted online or **postmarked by**: December 18, 2025 |
|---|

# CLAIM FORM FOR AT&T DATA INCIDENT

*In Re: AT&T Inc. Customer Data Security Breach Litigation*
MDL Docket No. 3:24-md-03114-E
United States District Court for the Northern District of Texas

**AT&T-C**

## GENERAL INSTRUCTIONS

You are an AT&T 2 Settlement Class Member if you are an AT&T Account Owner or Line or End User whose AT&T 2 Data Elements were included in the AT&T 2 Data Incident that was announced on July 12, 2024. "Data Elements" means telephone numbers of current and former AT&T customers, including, but not limited to, Account Owners or Line or End Users, along with the telephone numbers with which those customers interacted, counts of those interactions, aggregate call durations for a day or month, and for a small number of individuals, one or more cell site identification numbers associated with those interactions. You may submit a Claim for a Settlement Class Member Benefit, outlined below.

Please refer to the Long-Form Notice posted on the Settlement Website **www.telecomdatasettlement.com**, for more information on submitting a Claim Form and to see if you are an AT&T 2 Settlement Class Member.

**To receive a Settlement Class Member Benefit from this Settlement via an electronic payment, you must submit the Claim Form below electronically at www.telecomdatasettlement.com by December 18, 2025.**

This Claim Form may also be mailed to the address below. Please type or legibly print all requested information, in blue or black ink. Mail your completed Claim Form, including any supporting documentation, by U.S. mail to:

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

**Documented Losses Cash Payment**: All AT&T 2 Settlement Class Members will be eligible to submit a Claim for a Documented Loss Cash Payment for up to $2,500.00. To receive a Documented Loss Cash Payment, Settlement Class Members must submit documentation supporting losses that occurred on or after April 14, 2024, that are fairly traceable to the AT&T 2 Data Incident. Account Owners are permitted to submit Claims for themselves and on behalf of any of their Line or End Users. In the event an Account Owner and a Line or End User both submit Claims, the Line or End User's Claim will be given priority.

**Tiered Cash Payment**: Instead of a Documented Loss Cash Payment, Account Owners may submit a Claim for a Tiered Cash Payment, which is a *pro rata* cash share of the AT&T 2 Net Settlement Fund.

## I. PAYMENT SELECTION

If you would like to receive your Settlement Class Member Benefit through electronic transfer, please visit the Settlement Website and timely file your Claim Form. The Settlement Website includes a step-by-step guide for you to complete the electronic payment option.

**Your Claim must be submitted online or postmarked by: December 18, 2025**

# CLAIM FORM FOR AT&T DATA INCIDENT

*In Re: AT&T Inc. Customer Data Security Breach Litigation*
MDL Docket No. 3:24-md-03114-E
United States District Court for the Northern District of Texas

**AT&T-C**

## II. AT&T 2 SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

________________________________________ ________________________________________

**First Name** **Last Name**

______________________________________________________________________

**Address 1**

______________________________________________________________________

**Address 2**

__________________________________________________ ___ ___ ___ ___ ___ ___ ___

**City** **State** **Zip Code**

**Email Address:** ________________________________________@____________________

## III. PROOF OF AT&T 2 SETTLEMENT CLASS MEMBERSHIP

☐ Check this box to certify that you are an AT&T Account Owner or Line or End User whose Data Elements were involved in the AT&T 2 Data Incident that was announced on July 12, 2024.

Enter the Settlement Class Member ID Number provided on your Email Notice:

**Class Member ID:** **8 3 2 3 1** ___ ___ ___ ___ ___ ___ ___ ___

## IV. DOCUMENTED LOSS CASH PAYMENTS

*Skip this section if you are submitting for a Cash Payment only.*

Each AT&T 2 Settlement Class Member may seek reimbursement for up to $2,500 for documented losses that occurred on or after April 14, 2024, upon presentation of supporting documentation fairly traceable to the AT&T 2 Data Incident.

To receive a Documented Loss Cash Payment, AT&T 2 Settlement Class Members must elect Documented Loss Cash Payment on the Claim Form attesting under penalty of perjury to having incurred documented losses. Claiming AT&T 2 Settlement Class Members will be required to submit reasonable documentation supporting the losses. Such losses must have been incurred between April 14, 2024, and the date of Claim submission, and are the a result of the AT&T 2 Data Incident. Reasonable documentation may include receipts or other documentation not self-prepared by the Claimant that documents the costs incurred.

Self-prepared documents such as handwritten receipts, accountings, statements, declarations, and/or affidavits prepared by the Settlement Class Member are, by themselves, insufficient for reimbursement, but may be considered alongside other submitted documentation.

☐ I have attached documentation showing that the losses were more likely than not caused by the AT&T 2 Data Incident.

| **Cost Type** (Fill all that apply) | **Approximate Date of Documented Loss** | **Amount of Documented Loss** | **Description of Supporting Reasonable Documentation** (Identify what you are attaching and why) |
|---|---|---|---|
| Example: Identity Theft Protection Service | 0 7/17/2 0 (mm/dd/yy) | $50.00 | Copy of identity theft protection service bill |
| | ___/___ ___/___ ___ (mm/dd/yy) | $______________.________ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $______________.________ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $______________.________ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $______________.________ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $______________.________ | |

## V. TIERED CASH PAYMENT

If you are an Account Owner, instead of receiving a Documented Loss Cash Payment, you may elect to receive a *pro rata* Tiered Cash Payment.

**Tier 3 Cash Payment –** If you are an Account Owner who had Data Elements included in the AT&T 2 Data Incident, you are eligible to make a Claim for a Tier 3 Cash Payment. A Tier 3 Cash Payment consists of a *pro rata* share of the AT&T 2 Net Settlement Fund.

☐ Yes, I choose claim a *pro rata* Tiered Cash Payment.

## VI. ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

________________________________________ ____ ____ / ____ ____ / ____ ____ ____ ____

Signature Date

________________________________________

Print Name

# Exhibit 11

(CLAIM FORM FOR OVERLAP)

| Your Claim must be submitted online or postmarked by: December 18, 2025 | **CLAIM FORM FOR AT&T DATA INCIDENT** *In Re: AT&T Inc. Customer Data Security Breach Litigation* MDL Docket No. 3:24-md-03114-E United States District Court for the Northern District of Texas | AT&T-C |
|---|---|---|

## GENERAL INSTRUCTIONS

You are a Settlement Class Member if you are a living person in the United States whose Data Elements were included in the AT&T 1 and AT&T 2 Data Incidents that were announced on March 30, 2024, and July 12, 2024, respectively. You may submit a Claim for Settlement Class Member Benefits, outlined below.

Please refer to the Long-Form Notice posted on the Settlement Website **www.telecomdatasettlement.com**, for more information on submitting a Claim Form and whether you qualify as a Settlement Class Member.

**To receive a Settlement Class Member Benefit from this Settlement via an electronic payment, you must submit the Claim Form below electronically at www.telecomdatasettlement.com by December 18, 2025.**

This Claim Form may also be mailed to the address below. Please type or legibly print all requested information, in blue or black ink. Mail your completed Claim Form, including any supporting documentation, by U.S. mail to:

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

**Documented Loss Cash Payment** – You may submit claims for a Documented Loss Cash Payment of **up to $5,000** for losses that occurred in 2019 or later, *upon presentation of documented losses* fairly traceable to the AT&T 1 Data Incident; and you may also submit a Claim form for **up to $2,500** for losses that occurred on or after April 14, 2024, that are fairly traceable to the AT&T 2 Data Incident. Account Owners are permitted to submit Claims for themselves and on behalf of any of their Line or End Users. If the Line or End User also submits a Claim, the Line or End User's Claim will be the Valid Claim. If you are submitting a Claim for documented losses for both Data Incidents, the documentation for each Documented Loss Cash Payment must be unique; a Settlement Class Member may only use information supporting a Documented Loss Cash Payment once. Line or End Users are only entitled to a Documented Loss Cash Payment. **OR**

**Tiered Cash Payment** – Instead of a Documented Loss Cash Payment, you may make a Claim for a Cash Payment based on the following:

- **Tier 1 Cash Payment** – An AT&T 1 Settlement Class Member who had their Social Security number (SSN) included in the AT&T 1 Data Incident, is eligible to make a Claim for a Tier 1 Cash Payment. A Tier 1 Cash Payment consists of a *pro rata* share of the AT&T 1 Net Settlement Fund. Tier 1 Cash Payments shall be five (5) times the amount of a Tier 2 Cash Payment; **OR**
- **Tier 2 Cash Payment** – An AT&T 1 Settlement Class Member who had Data Elements included in the AT&T 1 Data Incident, but not their SSN, is eligible to make a Claim for a Tier 2 Cash Payment. A Tier 2 Cash Payment consists of a *pro rata* share of the AT&T 1 Net Settlement Fund.

**AND**

- **Tier 3 Cash Payment -** Account Owners may submit a Claim for a Tiered Cash Payment, which is a *pro rata* cash share of the AT&T 2 Net Settlement Fund.

**Your Claim must be submitted online or postmarked by: December 18, 2025**

# CLAIM FORM FOR AT&T DATA INCIDENT

*In Re: AT&T Inc. Customer Data Security Breach Litigation*
MDL Docket No. 3:24-md-03114-E
United States District Court for the Northern District of Texas

**AT&T-C**

## I. PAYMENT SELECTION

If you would like to receive your Settlement Class Member Benefit through electronic transfer, please visit the Settlement Website and timely file your Claim Form. The Settlement Website includes a step-by-step guide for you to complete the electronic payment option.

## II. SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

______________________________ ______________________________
**First Name** **Last Name**

______________________________________________________________
**Address 1**

______________________________________________________________
**Address 2**

__________________________________________ ___ ___ ___ ___ ___ ___ ___
**City** **State** **Zip Code**

**Email Address:** ______________________________@______________________

## III. PROOF OF DATA BREACH SETTLEMENT CLASS MEMBERSHIP

☐ Check this box to certify that you are a living person in the United States whose Data Elements were included in the AT&T 1 Data Incident and an Account Owner or Line or End User whose Data Elements were included in the AT&T 2 Data Incident that were announced on March 30, 2024, and on or about July 12, 2024, respectively.

Enter the Class Member ID Number provided on your Email Notice or Postcard Notice:

**Class Member ID:** **8 3 2 3 1** ___ ___ ___ ___ ___ ___ ___ ___

**Questions? Go to www.telecomdatasettlement.com or call toll-free (833) 890-4930.**

## IV. TIERED CASH PAYMENT

Instead of receiving a Documented Loss Cash Payment, you may elect to receive a *pro rata* Tiered Cash Payment.

- **Tier 1 Cash Payment** – If your Social Security Number was included in the AT&T 1 Data Incident, you are eligible to make a Claim for a Tier 1 Cash Payment. A Tier 1 Cash Payment consists of a *pro rata* share of the AT&T 1 Net Settlement Fund. Tier 1 Cash Payments shall be five (5) times the amount of a Tier 2 Cash Payment; OR
- **Tier 2 Cash Payment** – If you had Data Elements included in the AT&T 1 Data Incident, but not your SSN, you are eligible to make a Claim for a Tier 2 Cash Payment. A Tier 2 Cash Payment consists of a *pro rata* share of the AT&T 1 Net Settlement Fund; AND
- **Tier 3 Cash Payment** – If you are an Account Owner who had Data Elements included in the AT&T 2 Data Incident, you are eligible to make a Claim for a Tier 3 Cash Payment. A Tier3 Cash Payment consists of a *pro rata* share of the AT&T 2 Net Settlement Fund.

☐ Yes, I choose a *pro rata* Tiered Cash Payment.

## V. DOCUMENTED LOSS CASH PAYMENTS

*Skip this section if you are submitting for a Cash Payment only.*

Each Settlement Class Member whose Data Elements were impacted in both the AT&T 1 Data Incident and the AT&T 2 Data Incident may seek payment for a Documented Loss Cash Payment of **up to $5,000** for losses that occurred in 2019 or later, *upon presentation of documented losses* fairly traceable to the AT&T 1 Data Incident and for **up to $2,500.00** for losses that occurred on or after April 14, 2024, that are fairly traceable to the AT&T 2 Data Incident. Account Owners are permitted to submit Claims for themselves and on behalf of any of their Line or End Users. If the Line or End User also submits a Claim, the Line or End User's Claim will be the Valid Claim. If you are submitting a Claim for documented losses for both Data Incidents, the documentation for each Documented Loss Cash Payment must be unique; a Settlement Class Member may only use information supporting a Documented Loss Cash Payment once.

To receive a Documented Loss Cash Payment, Settlement Class Members must elect Documented Loss Cash Payment on the Claim Form attesting under penalty of perjury to having incurred documented losses. Claiming Settlement Class Members will be required to submit reasonable documentation supporting the losses. Such losses must have been incurred in 2019 or later for the AT&T 1 Data Incident and on or later than April 14, 2024, for the AT&T 2 Data Incident through the date of Claim submission and incurred as a result of the Data Incidents. Reasonable documentation can include receipts or other documentation not self-prepared by the Claimant that documents the costs incurred.

Self-prepared documents such as handwritten receipts, accountings, statements, declarations, and/or affidavits prepared by the Settlement Class Member are, by themselves, insufficient for reimbursement, but may be considered alongside other submitted documentation.

☐ I have attached documentation showing that the documented ordinary losses were more likely than not caused by the AT&T 1 and/or AT&T 2 Data Incidents.

| **Cost Type** (Fill all that apply) | **Approximate Date of Documented Loss** | **Amount of Documented Loss** | **Description of Supporting Reasonable Documentation** (Identify what you are attaching and why) |
|---|---|---|---|
| Example: Identity Theft Protection Service | 0 7/17/2 0 (mm/dd/yy) | $50.00 | Copy of identity theft protection service bill |
| | ___/___ ___/___ ___ (mm/dd/yy) | $_____________.________ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $_____________.________ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $_____________.________ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $_____________.________ | |
| | __ ___/___ ___/___ ___ (mm/dd/yy) | $_____________.________ | |

## VI. ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

______________________________________________ ____ ____ / ____ ____ / ____ ____ ____ ____

Signature Date

______________________________________________

Print Name

# Exhibit 12

# AT&T Data Incident Settlement Notice: $177 Million Settlement Fund for Eligible Claimants

USA - English

NEWS PROVIDED BY
**Kroll Settlement Administration →**
Aug 04, 2025, 20:00 ET

**If your Private Information was involved and/or if you were an Account Owner or Line User whose call records were involved in the AT&T Data Incidents, you may be eligible to receive benefits from a class action Settlement.**

PHILADELPHIA, Aug. 4, 2025 /PRNewswire/ -- The following statement is being issued by Kroll Settlement Administration regarding *In Re: AT&T Inc. Customer Data Security Breach Litigation*.

A settlement has been proposed in a class action lawsuit called *In Re: AT&T Inc. Customer Data Security Breach Litigation*, MDL Docket No. 3:24-md-03114-E (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Texas (the "Court"). The Lawsuit alleges that AT&T specific fields were contained in a data set released on the dark web in a data incident announced on March 30, 2024 ("AT&T 1 Data Incident") and, in a separate data incident announced on July 12, 2024, certain limited AT&T data had been unlawfully downloaded from a third-party cloud platform hosted by Snowflake, Inc. ("AT&T 2 Data Incident") (collectively, "Data Incidents"). AT&T denies the claims alleged in the Lawsuit and denies any wrongdoing. AT&T has not been found liable of anything by any court.

**Who is a Settlement Class Member?**

There are two (2) subclasses that make up the Settlement Class:

1. **<u>AT&T 1 Settlement Class</u>**: All living persons in the United States whose data elements were included in the AT&T 1 Data Incident, announced on March 30, 2024.
2. **<u>AT&T 2 Settlement Class</u>**: All AT&T Account Owners or Line Users whose Call Records were involved in the AT&T 2 Data Incident, announced on July 12, 2024.

**What does the Settlement provide?**

AT&T agrees to make available two (2) Settlement Funds. The AT&T 1 Settlement Fund means a $149 million all cash fund that AT&T has agreed to pay to settle the claims arising from the AT&T 1 Data Incident. The AT&T 2 Settlement Fund means a $28 million all cash payment that AT&T has agreed to pay to settle the claims arising from the AT&T 2 Data Incident.

Settlement Class Members under the Settlement Agreement will be eligible to receive benefits based on the Settlement Class(es) they are in: (a) Documented Loss Cash Payments; or (b) a Tiered Cash Payment. Visit **<u>www.TelecomDataSettlement.com</u>** for a full description of the Settlement Class Member Benefits and documentation requirements to receive a cash payment.

**How do I get a cash payment?**

You must submit a Claim Form, available at **<u>www.TelecomDataSettlement.com</u>** to be eligible to receive a benefit. Your completed Claim Form must be submitted online or mailed to the Settlement Administrator at *AT&T Data Incident Settlement*, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324 and **postmarked, by November 18, 2025**.

**What are your other options?**

- **Do Nothing:** If you do nothing, you are included as a Settlement Class Member but you will not get money from the Settlement. You will be legally bound by the terms of the Settlement, and you give up any rights to sue for the claims asserted in this case.

- **Exclude Yourself:** If you do not want to be included in the Settlement and want to keep your right to sue about the claims in the Lawsuit, you must exclude yourself, or "opt out," by mailing a written request for exclusion to the Settlement Administrator postmarked no later than **October 17, 2025**. Please refer to the opt-out requirements, available at www.TelecomDataSettlement.com. If you exclude yourself, you will not get any Settlement Class Member Benefits because the Settlement no longer affects you.

- **Object**: You can remain a Settlement Class Member but submit an objection and explain why you do not like the Settlement. Written objections must be filed with the Court no later than **October 17, 2025**.

**When is the Final Approval Hearing?**

The Court will hold a Final Approval Hearing on **December 3, 2025**, at 9:00 a.m. CT to consider approval of the settlement, payment to Class Counsel for attorneys' fees of up to one-third of their respective action's Settlement Funds (AT&T 1 Class Counsel, $49,666,666.67, and AT&T 2 Class Counsel, $9,333,333.33, respectively), plus expenses, and an award of up to $1,500 for each Class Representative. You may appear at the hearing yourself or through an attorney hired by you, at your own expense, but you don't have to.

***This is only a summary.*** For more information, visit **www.TelecomDataSettlement.com** or call **(833) 890-4930**.

SOURCE Kroll Settlement Administration

# Aviso de Liquidación de Incidentes de AT&T Data: Fondo de Liquidación de $ 177 millones para Reclamantes Elegibles

USA - español

NEWS PROVIDED BY
**Kroll Settlement Administration** →
Aug 04, 2025, 20:00 ET

**Si su Información privada estuvo involucrada y/o si usted era un Propietario de cuenta o Usuario de línea cuyos registros de llamadas estuvieron involucrados en los Incidentes de datos de AT&T, puede ser elegible para recibir beneficios de un Acuerdo de demanda colectiva.**

FILADELFIA, 4 de agosto de 2025 /PRNewswire-HISPANIC PR WIRE/ -- Kroll Settlement Administration emite la siguiente declaración con respecto a *In Re: AT&T Inc. Customer Data Security Breach Litigation*.

Se ha propuesto un acuerdo en una demanda colectiva llamada *In Re: AT&T Inc. Customer Data Security Breach Litigation*, MDL Docket No. 3:24 -md-03114-E (la "Demanda"), que está pendiente en el Tribunal de Distrito de los Estados Unidos para el Distrito Norte de Texas (el "Tribunal"). La Demanda alega que los campos específicos de AT&T estaban contenidos en un conjunto de datos publicado en la web oscura en un incidente de datos anunciado el 30 de marzo de 2024 ("Incidente de datos de AT&T 1") y, en un incidente de datos separado anunciado el 12 de julio de 2024, ciertos datos limitados de AT&T se habían descargado ilegalmente de una plataforma en la nube de terceros alojada por Snowflake, Inc. ("Incidente de datos de AT&T 2") (colectivamente, "Incidentes de datos"). AT&T niega las reclamaciones alegadas en la Demanda y niega cualquier irregularidad. AT&T no ha sido encontrado responsable de nada por ningún tribunal.

**¿Quién es un Miembro de la Clase del Acuerdo?**

Hay dos (2) subclases que componen la Clase del Acuerdo:

1. **AT&T 1 Settlement Class** : Todas las personas vivas en los Estados Unidos cuyos datos se incluyeron en el Incidente de datos de AT&T 1, anunciado el 30 de marzo de 2024.
2. **Clase de liquidación de AT&T 2** : todos los propietarios de cuentas de AT&T o usuarios de línea cuyos registros de llamadas estuvieron involucrados en el incidente de datos de AT&T 2, anunciado el 12 de julio de 2024.

**¿Qué proporciona el Acuerdo?**

AT&T se compromete a poner a disposición dos (2) Fondos del Acuerdo. El Fondo de Liquidación de AT&T 1 significa un fondo de $ 149 millones en efectivo que AT&T ha acordado pagar para resolver las reclamaciones derivadas del Incidente de Datos de AT&T 1. El Fondo de Liquidación de AT&T 2 significa un pago total en efectivo de $ 28 millones que AT&T ha acordado pagar para resolver las reclamaciones derivadas del Incidente de Datos de AT&T 2.

Los Miembros del Grupo del Acuerdo en virtud del Acuerdo del Acuerdo tendrán derecho a recibir beneficios basados en la (s) Clase(s) del Acuerdo en la (s) que se encuentren: (a) Pagos en Efectivo por Pérdida Documentada; o (b) un Pago en Efectivo Escalonado. Visite **www.TelecomDataSettlement.com** para obtener una descripción completa de los Beneficios del Miembro de la Clase del Acuerdo y los requisitos de documentación para recibir un pago en efectivo.

**¿Cómo obtengo un pago en efectivo?**

Debe enviar un formulario de reclamación, disponible en **www.TelecomDataSettlement.com** para tener derecho a recibir un beneficio. Su Formulario de Reclamación completado debe enviarse en línea o por correo al Administrador del Acuerdo a *AT&T Data Incident Settlement*, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324 y **con matasellos, antes del 18 de noviembre de 2025**.

**¿Cuáles son sus otras opciones?**

- **No hacer nada:** si no hace nada, se le incluye como Miembro del Colectivo del Acuerdo, pero no recibirá dinero del Acuerdo. Usted estará legalmente obligado por los términos del Acuerdo y renuncia a cualquier derecho a demandar por las reclamaciones presentadas en este caso.

- **Excluirse:** si no desea ser incluido en el Acuerdo y desea conservar su derecho a demandar por los reclamos en la Demanda, debe excluirse o "optar por no participar" enviando una solicitud de exclusión por escrito al Administrador del Acuerdo con matasellos a más tardar el **17 de octubre de 2025**. Consulte los requisitos de exclusión voluntaria, disponibles en www.TelecomDataSettlement.com. Si se excluye, no recibirá ningún Beneficio del Miembro de la Clase del Acuerdo porque el Acuerdo ya no le afecta.

- **Objeto**: puede seguir siendo Miembro del Colectivo del Acuerdo, pero presentar una objeción y explicar por qué no le gusta el Acuerdo. Las objeciones por escrito deben presentarse ante el Tribunal a más tardar el **17 de octubre de 2025**.

**¿Cuándo es la audiencia de aprobación final?**

El Tribunal celebrará una Audiencia de Aprobación Final el **3 de diciembre de 2025**, a las 9:00 a. m. CT considerará la aprobación del acuerdo, el pago a los Abogados de la Clase por los honorarios de los abogados de hasta un tercio de los Fondos del Acuerdo de sus respectivas acciones (Abogados de la Clase de AT&T 1, $ 49,666,666.67, y Abogados de la Clase de AT&T 2, $ 9,333,333.33, respectivamente), más gastos, y una adjudicación de hasta $ 1,500 para cada Representante de la Clase. Puede comparecer en la audiencia usted mismo o a través de un abogado contratado por usted, a su propio costo, pero no tiene por qué hacerlo.

***Esto es solo un resumen.*** Para más información, visite **www.TelecomDataSettlement.com** o llame al **(833) 890-4930**.

FUENTE Kroll Settlement Administration

| Outlet Name | Location | Source Type | Language | Potential Audience |
|---|---|---|---|---|
| Zeta 92.3 FM | United States | Broadcast Media | Spanish | 2,503 |
| Z106.3 FM | United States | Broadcast Media | English | 175 |
| Your Sun [Charlotte Harbor, FL] | United States | Newspaper | English | 116,256 |
| YES! Weekly, Greensboro, North Carolina | United States | Newspaper | English | 15,531 |
| Yadkin Ripple, Yadkinville, North Carolina | United States | Newspaper | English | 7,780 |
| WZZS-FM 106.9 La Número Uno / WTMY-AM 1280 La Número Uno | United States | Broadcast Media | Spanish | 696 |
| WWZW-FM Classic story96.7 [Lexington, VA] | United States | Broadcast Media | English | 29 |
| WWDN 104.5 FM [Danville, VA] | United States | Broadcast Media | English | 141 |
| WV News [Clarksburg, WV] | United States | Newspaper | English | 338,040 |
| WV News [Clarksburg, WV] | United States | Newspaper | English | 338,040 |
| WV News [Clarksburg, WV] | United States | Newspaper | Spanish | 338,040 |
| WV News [Clarksburg, WV] | United States | Newspaper | English | 338,040 |
| WV News [Clarksburg, WV] | United States | Newspaper | English | 338,040 |
| WTNZ FOX-43 [Knoxville, TN] | United States | Broadcast Media | English | 1,239 |
| WSHV 96.7 FM [South Hill, VA] | United States | Broadcast Media | English | 198 |
| WRDE Coast TV, Lewes, Delaware | United States | Newspaper | English | 44,083 |
| WPGX-TV FOX-28 [Panama City, FL] | United States | Broadcast Media | English | 411 |
| WNC Business | United States | Newspaper | English | 1,019 |
| WMPW 105.9 FM [Danville, VA] | United States | Broadcast Media | English | 61 |
| WLUS 98.3 FM [Clarksville, VA] | United States | Broadcast Media | English | 268 |
| WKSK 101.9 FM [South Boston, VA] | United States | Broadcast Media | English | 194 |
| Windsor Weekly | United States | Newspaper | English | 1,427 |
| Winchester Sun | United States | Newspaper | English | 21,453 |
| Winchester News Gazette, Winchester, Indiana | United States | Newspaper | English | 4,362 |
| Williston Observer, Williston, Vermont | United States | Newspaper | English | 2,606 |
| Williamson Herald, Franklin, Tennessee | United States | Newspaper | English | 28,565 |
| Williamson Daily News, Williamson, West Virginia | United States | Newspaper | English | 3,025 |
| WHLF 95.3 FM [South Boston, VA] | United States | Broadcast Media | English | 310 |
| WFOM 106.3 FM / 1230 AM [Atlanta, GA] | United States | Broadcast Media | English | 71 |
| Wetumpka Herald, Wetumpka, AL | United States | Newspaper | English | 8,810 |
| WestLife News, Westlake, Ohio | United States | Newspaper | English | 1,217 |
| West Virginia Mountain Messenger, Lewisburg, West Virginia | United States | Newspaper | English | 7,383 |
| West Virginia Latino News | United States | News & Information Service | Spanish | 277 |
| West Virginia Latino News | United States | News & Information Service | Spanish | 277 |
| West Valley City Journal | United States | Newspaper | English | 493 |
| West Jordan Journal | United States | Newspaper | English | 796 |
| WDEL-FM 101.7 [Wilmington, DE] | United States | Broadcast Media | English | 210,228 |
| WCOV, Montgomery, AL | United States | Newspaper | English | 2,204 |
| WCNN 680 AM / 93.7 FM [Atlanta, GA] | United States | Broadcast Media | English | 255 |
| WBOC TV 16, Salisbury, Maryland | United States | Newspaper | English | 303,135 |
| Watauga Democrat, Boone, North Carolina | United States | Newspaper | English | 49,658 |
| Washington Latino News | United States | News & Information Service | Spanish | 162 |
| Washington Daily News | United States | Newspaper | English | 13,196 |
| Washington City Paper [Washington, DC] | United States | Newspaper | English | 751 |
| Warren Record, Warrenton, North Carolina | United States | Newspaper | English | 12,453 |
| Wapakoneta Daily News, Wapakoneta, Ohio | United States | Newspaper | English | 2,474 |
| Walnut Creek Magazine | United States | Newspaper | English | 805 |
| Virginia Mountaineer, White Sulphur Springs, Virginia | United States | Newspaper | English | 3,285 |
| Vermont Latino News | United States | News & Information Service | Spanish | 3 |
| Vermilion Photojournal, Vermilion, Ohio | United States | Newspaper | English | 760 |
| Valley Times-News | United States | Newspaper | English | 8,188 |
| Upson Beacon, Thomaston, Georgia | United States | Newspaper | English | 5,004 |
| Univision Minnesota | United States | Broadcast Media | Spanish | 147 |
| Univision Kansas City | United States | Broadcast Media | Spanish | 2,208 |
| Univision Canada | Canada | Broadcast Media | Spanish | 6,019 |
| Tribune & Ledger News, Cartersville, Georgia | United States | Newspaper | English | 21,896 |
| Tribune & Ledger News, Cartersville, Georgia | United States | Newspaper | English | 21,896 |
| Transporte, Logística & Comercio Internacional | United States | Newspaper | Spanish | 30 |
| Toti.com | United States | Newspaper | English | 514 |
| Toledo Legal News, Toledo, Ohio | United States | Newspaper | English | 4,780 |
| Today's Family Magazine | United States | Print Media | English | 2,228 |
| Tioga Publishing, Wellsboro, Pennsylvania | United States | Newspaper | English | 59,556 |
| Times-Herald, Newnan, Georgia | United States | Newspaper | English | 33,996 |
| Times Virginian, Appomattox, Virginia | United States | Newspaper | English | 3,432 |
| Times of the Islands | United States | Newspaper | English | 420 |
| Times of San Diego | United States | Newspaper | English | 1,676 |
| Times News, Kingsport, Tennessee | United States | Newspaper | English | 93,533 |
| Times Argus, Barre, Vermont | United States | Newspaper | English | 55,598 |
| Tigers Roar, Baton Rouge, Louisiana | United States | Newspaper | English | 1,740 |
| The Woonsocket Call, Woonsocket, Rhode Island | United States | Newspaper | English | 8,515 |
| The Winchester Star [Winchester, VA] | United States | Newspaper | English | 78,961 |
| The Wetumpka Herald | United States | Newspaper | English | 8,810 |
| The Westerly Sun, Westerly, Rhode Island | United States | Newspaper | English | 30,762 |
| The Vicksburg Post | United States | Newspaper | English | 23,878 |
| The Vanguard, Portland, Oregon | United States | Newspaper | English | 712 |
| The University Echo, Chattanooga, Tennessee | United States | Newspaper | English | 3,115 |
| The Tullahoma News, Tullahoma, Tennessee | United States | Newspaper | English | 16,360 |
| The Tullahoma News, Tullahoma, Tennessee | United States | Newspaper | English | 16,360 |
| The Tryon Daily Bulletin | United States | Newspaper | English | 14,021 |
| The Troy Messenger | United States | Newspaper | English | 27,413 |
| The Transylvania Times, Brevard, North Carolina | United States | Newspaper | English | 10,143 |
| The Tomahawk, Mountain City, Tennessee | United States | Newspaper | English | 4,301 |
| The Times-News, Hendersonville, North Carolina | United States | Newspaper | English | 12,381 |
| The Times of Northwest Indiana, Munster, Indiana | United States | Newspaper | English | 224,242 |
| The Times and Demcrat [Orangeburg, SC] | United States | Newspaper | English | 37,187 |
| The Tidewater News | United States | Newspaper | English | 3,872 |
| The Tallassee Tribune | United States | Newspaper | English | 2,907 |

| | | | | |
|---|---|---|---|---|
| The Sussex-Surry Dispatch, Waverly, Virginia | United States | Newspaper | English | 3,792 |
| The Sun Chronicle [North Attleboro, MA] | United States | Newspaper | English | 85,798 |
| The Suffolk News-Herald | United States | Newspaper | English | 37,904 |
| The Stokes News, King, North Carolina | United States | Newspaper | English | 9,809 |
| The State Journal, Frankfort, Kentucky | United States | Newspaper | English | 14,580 |
| The State Journal | United States | Newspaper | English | 14,580 |
| The Stanly News & Press | United States | Newspaper | English | 10,021 |
| The St. Marys Daily Press, St. Marys, Pennsylvania | United States | Newspaper | English | 2,618 |
| The Sentinel, Lewistown, Pennsylvania | United States | Newspaper | English | 9,726 |
| The Sentinel, Carlisle, Pennsylvania | United States | Newspaper | English | 14,385 |
| The Selma Times-Journal | United States | Newspaper | English | 13,487 |
| The Rogersville Review, Rogersville, Tennessee | United States | Newspaper | English | 13,456 |
| The Roanoke Chowan News Herald | United States | Newspaper | English | 11,994 |
| The Ritchie Gazette, Harrisville, West Virginia | United States | Newspaper | English | 1,533 |
| The Reflector, Greenville, North Carolina | United States | Newspaper | English | 38,147 |
| The Record-Argus, Greenville, Pennsylvania | United States | Newspaper | English | 11,355 |
| The Punxsutawney Spirit, Punxsutawney, Pennsylvania | United States | Newspaper | English | 8,808 |
| The Progress News, Clearfield, Pennsylvania | United States | Newspaper | English | 29,364 |
| The Progress News, Clearfield, Pennsylvania | United States | Newspaper | English | 29,364 |
| The Post-Star, Glens Falls, New York | United States | Newspaper | English | 56,385 |
| The Post-Searchlight | United States | Newspaper | English | 4,521 |
| The Post & Mail, Columbia City, Indiana | United States | Newspaper | English | 2,457 |
| The Podcast Park | United States | Broadcast Media | English | 332 |
| The Pioneer | United States | Newspaper | English | 259 |
| The Pilot News, Plymouth, Indiana | United States | Newspaper | English | 5,639 |
| The Penn, Pittsburgh, Pennsylvania | United States | Newspaper | English | 3,655 |
| The Paris Post-Intelligencer, Paris, Tennessee | United States | Newspaper | English | 25,181 |
| The Panolian | United States | Newspaper | English | 5,856 |
| The Paintsville Herald, Paintsville, Kentucky | United States | Newspaper | English | 4,312 |
| The Oxford Eagle | United States | Newspaper | English | 31,597 |
| The Ohio Press Network, Ohio | United States | Newspaper | English | 3,180 |
| The Observer News Enterprise, Newton, North Carolina | United States | Newspaper | English | 1,216 |
| The Newstopic, Lenoir, North Carolina | United States | Newspaper | English | 6,770 |
| The News-Item, Shamokin, Pennsylvania | United States | Newspaper | English | 24,160 |
| The News-Herald, Corbin, Kentucky | United States | Newspaper | English | 5,143 |
| The News-Graphic, Georgetown, Kentucky | United States | Newspaper | English | 30,358 |
| The News-Daily, Jonesboro, Georgia | United States | Newspaper | English | 26,472 |
| The News Progress, Chase City, Virginia | United States | Newspaper | English | 716 |
| The Newport Plain Talk, Newport, Tennessee | United States | Newspaper | English | 15,063 |
| The New Britain Herald, New Britain, Connecticut | United States | Newspaper | English | 24,845 |
| The Mountaineer, Waynesville, North Carolina | United States | Newspaper | English | 46,639 |
| The Mount Airy News, Mount Airy, North Carolina | United States | Newspaper | English | 29,109 |
| The Moore County News, Lynchburg, Tennessee | United States | Newspaper | English | 3,276 |
| The Milton Times, Milton, Massachusetts | United States | Newspaper | English | 2,228 |
| The Miami Times, Miami, Florida | United States | Newspaper | English | 33,922 |
| The McDuffie Progress, Thomson, Georgia | United States | Newspaper | English | 4,708 |
| The Manchester Journal, Manchester, Vermont | United States | Newspaper | English | 15,630 |
| The Madison Courier, Madison, Indiana | United States | Newspaper | English | 37,706 |
| The Logan Banner, Logan, West Virginia | United States | Newspaper | English | 4,827 |
| The Lebanon Democrat, Lebanon, Tennessee | United States | Newspaper | English | 1,049 |
| The Laconia Daily Sun, Laconia, New Hampshire | United States | Newspaper | English | 77,992 |
| The Journal-News, Martinsburg, West Virginia | United States | Newspaper | English | 52,950 |
| The Journal Gazette, Fort Wayne, Indiana | United States | Newspaper | English | 35,727 |
| The Interior Journal | United States | Newspaper | English | 3,617 |
| The Indiana Gazette, Indiana, Pennsylvania | United States | Newspaper | English | 72,701 |
| The Herald-Dispatch, Huntington, West Virginia | United States | Newspaper | English | 47,930 |
| The Herald-Dispatch, Huntington, West Virginia | United States | Newspaper | English | 47,930 |
| The Herald-Advocate, Bennettsville, South Carolina | United States | Newspaper | English | 9,675 |
| The Herald Bulletin (us) | unknown | Other | English | Not Available |
| The Guide WNC, Asheville, North Carolina | United States | Newspaper | English | 450 |
| The Greenville Advocate | United States | Newspaper | English | 4,125 |
| The Greeneville Sun, Greeneville, Tennessee | United States | Newspaper | English | 26,140 |
| The Goldsboro News-Argus, Goldsboro, North Carolina | United States | Newspaper | English | 28,352 |
| The Gazette, Gastonia, North Carolina | United States | Newspaper | English | 25,081 |
| The Franklin, Franklin, Tennessee | United States | Newspaper | English | 749 |
| The Farmville Herald | United States | Newspaper | English | 22,440 |
| The Exponent, West Lafayette, Indiana | United States | Newspaper | English | 83,159 |
| The Essex Reporter, Essex, Vermont | United States | Newspaper | English | 67,307 |
| The Erwin Record, Erwin, Tennessee | United States | Newspaper | English | 3,188 |
| The Dispatch, Lexington, North Carolina | United States | Newspaper | English | 37,852 |
| The Demopolis Times | United States | Newspaper | English | 1,690 |
| The Dam 94.3-FM | United States | Broadcast Media | English | 300 |
| The Daily Tribune, Cartersville, Georgia | United States | Newspaper | English | 12,013 |
| The Daily Times, Maryville, Tennessee | United States | Newspaper | English | 35,479 |
| The Daily Times, Maryville, Tennessee | United States | Newspaper | English | 35,479 |
| The Daily Review, Towanda, Pennsylvania | United States | Newspaper | English | 27,529 |
| The Daily Record, Dunn, North Carolina | United States | Newspaper | English | 26,411 |
| The Daily News, Jacksonville, North Carolina | United States | Newspaper | English | 37,702 |
| The Daily News, Huntingdon, Pennsylvania | United States | Newspaper | English | 14,286 |
| The Daily News Online, Batavia, New York | United States | Newspaper | English | 100,816 |
| The Daily Gazette, Schenectady, New York | United States | Newspaper | English | 319,807 |
| The Daily Advance, Elizabeth City, North Carolina | United States | Newspaper | English | 14,200 |
| The Courier-Times, Roxboro, North Carolina | United States | Newspaper | English | 3,765 |
| The Courier-Express, DuBois, Pennsylvania | United States | Newspaper | English | 28,820 |
| The Courier-Express, DuBois, Pennsylvania | United States | Newspaper | English | 28,820 |
| The Courier Journal, Florence, Alabama | United States | Newspaper | English | 2,347 |
| The Corry Journal, Corry, Pennsylvania | United States | Newspaper | English | 17,951 |
| The Conway Daily Sun, North Conway, New Hampshire | United States | Newspaper | English | 31,878 |

| | | | | |
|---|---|---|---|---|
| The Colchester Sun, Colchester, Vermont | United States | Newspaper | English | 3,214 |
| The Coastland Times | United States | Newspaper | English | 21,354 |
| The Clemmons Courier | United States | Newspaper | English | 934 |
| The Clarion News, Clarion, Pennsylvania | United States | Newspaper | English | 1,982 |
| The Clanton Advertiser | United States | Newspaper | English | 5,643 |
| The Citizen, Auburn, New York | United States | Newspaper | English | 81,004 |
| The Chronicle, Centralia, Washington | United States | Newspaper | English | 9,505 |
| The Chillicothe Hometown Voice | United States | Newspaper | English | 775 |
| The Charlotte Gazette | United States | Newspaper | English | 2,694 |
| The Chanticleer, Jacksonville AL | United States | Newspaper | English | 1,271 |
| The Carroll News, Hillsville, Virginia | United States | Newspaper | English | 11,055 |
| The Caledonian-Record, St. Johnsbury, Vermont | United States | Newspaper | English | 78,820 |
| The Buffalo News, Buffalo, New York | United States | Newspaper | English | 415,678 |
| The Bryan Times, Bryan, Ohio | United States | Newspaper | English | 16,384 |
| The Bristol Press, Bristol, Connecticut | United States | Newspaper | English | 9,477 |
| The Brewton Standard | United States | Newspaper | English | 5,714 |
| The Bradford Era, Bradford, Pennsylvania | United States | Newspaper | English | 27,566 |
| The Bogalusa Daily News | United States | Newspaper | English | 4,154 |
| The Best Times, Memphis, Tennessee | United States | Newspaper | English | 2,190 |
| The Berkshire Eagle, Pittsfield, Massachusetts | United States | Newspaper | English | 134,212 |
| The Atmore Advance | United States | Newspaper | English | 6,638 |
| The Andalusia Star-News | United States | Newspaper | English | 14,822 |
| The Altavista Journal, Altavista, Virginia | United States | Newspaper | English | 4,038 |
| The Alma Times, Alma, Georgia | United States | Newspaper | English | 3,074 |
| The Advocate-Messenger | United States | Newspaper | English | 12,003 |
| Tennessee Valley Brides, Chattanooga, Tennessee | United States | Newspaper | English | 982 |
| Tellico Village Connection, Tellico Village, Tennessee | United States | Newspaper | English | 723 |
| Taylorsville Journal | United States | Newspaper | English | 370 |
| Taos News | United States | Newspaper | English | 363 |
| Tampa Beacon, Tampa, Florida | United States | Newspaper | English | 22,474 |
| Tampa Bay Newspapers, Seminole, Florida | United States | Newspaper | English | 34,182 |
| Tallassee Tribune, Tallassee, AL | United States | Newspaper | English | 2,907 |
| SuperLatina TV | United States | Blog | Spanish | 14 |
| Suncoast News, Port Richey, Florida | United States | Newspaper | English | 27,774 |
| Sun Journal, New Bern, North Carolina | United States | Newspaper | English | 28,057 |
| Sullivan Daily Times, Sullivan, Indiana | United States | Newspaper | English | 748 |
| Sugar House Journal | United States | Newspaper | English | 675 |
| Style Magazine | United States | Newspaper | English | 342 |
| StreetInsider | United States | Online News Sites & Other Influencers | English | 252,725 |
| Stone County Enterprise, Wiggins, Mississippi | United States | Newspaper | English | 1,832 |
| Starkville Daily News, Starkville, Mississippi | United States | Newspaper | English | 4,261 |
| St. Albans Messenger, St. Albans, Vermont | United States | Newspaper | English | 151,813 |
| Southwest Rankin News, Pearl, Mississippi | United States | Newspaper | English | 3,204 |
| Southwest Daily News | United States | Newspaper | English | 267 |
| Southern Sports Today | United States | Broadcast Media | English | 383 |
| Southern Maryland News, Prince Frederick, Maryland | United States | Newspaper | English | 41,535 |
| Southern Exposure Magazine, Vicksburg, Mississippi | United States | Newspaper | English | 2,937 |
| South Salt Lake Journal | United States | Newspaper | English | 477 |
| South Jordan Journal | United States | Newspaper | English | 766 |
| South Dade News Leader, Homestead, Florida | United States | Newspaper | English | 3,865 |
| Smoke Signals, Grand Ronde, Oregon | United States | Newspaper | English | 4,934 |
| Smithfield Times | United States | Newspaper | English | 12,427 |
| Smith Mountain Eagle, Moneta, Virginia | United States | Newspaper | English | 8,989 |
| Shoals News, Florence AL | United States | Newspaper | English | 2,648 |
| Ship Inc., Ocean City, Maryland | United States | Newspaper | English | 4,946 |
| Shelby County Reporter | United States | Newspaper | English | 40,961 |
| Selman Sun, Selma AL | United States | Newspaper | English | 5,012 |
| SEGUROS, SALUD, PENSIONES & SEGURIDAD | United States | Online News Sites & Other Influencers | Spanish | 276 |
| Seacoast Echo, Bay St. Louis, Mississippi | United States | Newspaper | English | 7,419 |
| SDG Newspapers, Swanton, Ohio | United States | Newspaper | English | 2,817 |
| Savannah Business Journal, Savannah, Georgia | United States | Newspaper | English | 9,662 |
| Sangri Times | India | Online News Sites & Other Influencers | English | 5,561 |
| Sanford Herald, Sanford, North Carolina | United States | Newspaper | English | 14,517 |
| Sandy Journal | United States | Newspaper | English | 640 |
| San Juan Sun, Espanola, New Mexico | United States | Newspaper | English | 644 |
| San Clemente Journal | United States | Print Media | English | 1,577 |
| Salisbury Post | United States | Newspaper | English | 41,660 |
| Salamanca Press, Salamanca, New York | United States | Newspaper | English | 6,722 |
| Rutland Herald, Rutland, Vermont | United States | Newspaper | English | 50,456 |
| RSW Living Magazine [Sanibel, FL] | United States | Newspaper | English | 765 |
| Rome Sentinel, Rome, New York | United States | Newspaper | English | 105,545 |
| Rocky Mount Telegram, Rocky Mount, North Carolina | United States | Newspaper | English | 20,112 |
| Rockdale Newton Citizen, Conyers, Georgia | United States | Newspaper | English | 21,855 |
| Rock 107, Scranton, Pennsylvania | United States | Newspaper | English | 13,104 |
| Ridgway Record, Ridgway, Pennsylvania | United States | Newspaper | English | 1,002 |
| Rhode Island Hispano News | United States | News & Information Service | Spanish | Not Available |
| Rhode Island Central, Rhode Island | United States | Newspaper | English | 8,795 |
| Rhea Herald-News, Dayton, Tennessee | United States | Newspaper | English | 5,494 |
| Rappahannock News, Washington, Virginia | United States | Newspaper | English | 7,190 |
| Quiza Me | United States | Online News Sites & Other Influencers | Spanish | 846 |
| Queens Chronicle, Queens, New York | United States | Newspaper | English | 40,061 |
| Prince William Times, Manassas, Virginia | United States | Newspaper | English | 40,803 |
| Prime Publishers, Waterbury, Connecticut | United States | Newspaper | English | 10,112 |
| Prentiss Headlight | United States | Newspaper | English | 3,973 |
| Prensa Mexicana | United States | Newspaper | Spanish | 144 |
| PR Newswire | Global | PR Newswire | Spanish | 2,833,558 |
| PR Newswire | Global | PR Newswire | English | 2,833,558 |
| PR Newswire | Global | PR Newswire | English | 2,833,558 |

| | | | | |
|---|---|---|---|---|
| Portal de Financas | Brazil | Online News Sites & Other Influencers | English | 7,320 |
| Port Arthur News | United States | Newspaper | English | 7,654 |
| Pooler Magazine | United States | Print Media | English | 2,448 |
| Picayune Item | United States | Newspaper | English | 10,451 |
| Pennsylvania Latino News | United States | News & Information Service | Spanish | 232 |
| Pasco News Online, Dade City, Florida | United States | Newspaper | English | 17,565 |
| Parish News [New Orleans, LA] | United States | Newspaper | English | 453 |
| Overton County News, Livingston, Tennessee | United States | Newspaper | English | 3,437 |
| Oswego County News Now, Oswego County, New York | United States | Newspaper | English | 28,890 |
| Oregon Family | United States | Print Media | English | 23 |
| Orange Leader | United States | Newspaper | English | 6,114 |
| Omaha Magazine | United States | Newspaper | English | 367 |
| Olean Times Herald, Olean, New York | United States | Newspaper | English | 54,611 |
| Norwood Town News | United States | Newspaper | English | 364 |
| Northwest Signal, Napoleon, Ohio | United States | Newspaper | English | 14,818 |
| Northwest Georgia News, Rome, Georgia | United States | Newspaper | English | 64,732 |
| Northern Virginia Daily, Strasburg, Virginia | United States | Newspaper | English | 65,391 |
| Northern Michigan NEWSNet | United States | Broadcast Media | English | 75 |
| North East News Journal, North East, Pennsylvania | United States | Newspaper | English | 610 |
| Norfolk & Wrentham News | United States | Newspaper | English | 640 |
| NNY360, Watertown, New York | United States | Newspaper | English | 50,504 |
| Niner Times, Charlotte, North Carolina | United States | Newspaper | English | 7,630 |
| Newsradio KOTA [Rapid City, SD] | United States | Broadcast Media | English | 91 |
| NEWSNet West Palm Beach | United States | Broadcast Media | English | 144 |
| NEWSNet Waco | United States | Broadcast Media | English | 62 |
| NEWSNet Tampa | United States | Broadcast Media | English | 246 |
| NEWSNet Sports | United States | Online News Sites & Other Influencers | English | 62 |
| NEWSNet Sioux Falls | United States | Broadcast Media | English | 62 |
| NEWSNet San Antonio | United States | Broadcast Media | English | 62 |
| NEWSNet Salt Lake City | United States | Broadcast Media | English | 202 |
| NEWSNet Sacremento | United States | Online News Sites & Other Influencers | English | 62 |
| NEWSNet Quincy | United States | Broadcast Media | English | 62 |
| NEWSNet Portland | United States | Broadcast Media | English | 62 |
| NEWSNet Pittsburgh | United States | Broadcast Media | English | 62 |
| NEWSNet Orlando | United States | Broadcast Media | English | 62 |
| NEWSNet Odessa | United States | Broadcast Media | English | 193 |
| NEWSNet Norfolk | United States | Broadcast Media | English | 62 |
| NEWSnet Nashville | United States | Broadcast Media | English | 246 |
| NEWSnet Myrtle Beach | United States | Broadcast Media | English | 62 |
| NEWSnet Monterey | United States | Online News Sites & Other Influencers | English | 62 |
| NEWSnet Minneapolis | United States | Broadcast Media | English | 62 |
| NEWSnet Miami | United States | Broadcast Media | English | 197 |
| NEWSnet Los Angeles | United States | Online News Sites & Other Influencers | English | 176 |
| NEWSnet Las Vegas | United States | Broadcast Media | English | 74 |
| NEWSnet Jacksonville | United States | Broadcast Media | English | 112 |
| NEWSnet Hawaii | United States | Online News Sites & Other Influencers | English | 62 |
| NEWSnet Fresno | United States | Broadcast Media | English | 62 |
| NEWSnet Detroit | United States | Broadcast Media | English | 144 |
| NEWSnet Columbus | United States | Broadcast Media | English | 62 |
| NEWSnet Columbia | United States | Broadcast Media | English | 62 |
| NEWSnet Buffalo | United States | Broadcast Media | English | 377 |
| NEWSnet Boise | United States | Online News Sites & Other Influencers | English | 199 |
| NEWSnet Austin | United States | Broadcast Media | English | 196 |
| NEWSnet Augusta | United States | Broadcast Media | English | 267 |
| NEWSnet Atlanta | United States | Broadcast Media | English | 62 |
| NEWSNet | United States | Broadcast Media | English | 3,497 |
| NewsBlaze US | United States | Online News Sites & Other Influencers | English | 1,642,033 |
| News on the Neck, Montross, Virginia | United States | Newspaper | English | 6,897 |
| News of orange | unknown | Other | English | 12,450 |
| Newport Daily Express, Newport, Vermont | United States | Newspaper | English | 2,620 |
| Newark Life Magazine | United States | Print Media | English | 679 |
| New York Latino News | United States | News & Information Service | Spanish | 277 |
| New Jersey Latino News | United States | News & Information Service | Spanish | 277 |
| NCN: Southeast - News Channel Nebraska [Beatrice, NE] | United States | Broadcast Media | English | 13,737 |
| NCN: Sandhills - News Channel Nebraska [Grand Island, NE] | United States | Broadcast Media | English | 11,088 |
| NCN: River Country - NewsChannelNebraska [Nebraska City, NE] | United States | Broadcast Media | English | 19,091 |
| NCN: Platte Valley - News Channel Nebraska [Columbus, NE] | United States | Broadcast Media | English | 9,852 |
| NCN: Panhandle - News Channel Nebraska [Grand Island, NE] | United States | Broadcast Media | English | 20,686 |
| NCN: Northeast - News Channel Nebraska [Norfolk, NE] | United States | Broadcast Media | English | 38,239 |
| NCN: Metro - News Channel Nebraska [Omaha, NE] | United States | Broadcast Media | English | 16,908 |
| Natick Town News | United States | Newspaper | English | 543 |
| Natchez Democrat | United States | Newspaper | English | 41,546 |
| My Horry News, Myrtle Beach, South Carolina | United States | Newspaper | English | 58,255 |
| My Florida News, Fort Myers, Florida | United States | Newspaper | English | 2,916 |
| Murray Journal | United States | Newspaper | English | 413 |
| Mountain Eagle, Jasper AL | United States | Newspaper | English | 18,668 |
| Moulton Advertiser, Moulton, AL | United States | Newspaper | English | 6,020 |
| Morningstar | Global | Financial Data, Research & Analytics | English | 4,468,075 |
| Morning Times, Sayre, Pennsylvania | United States | Newspaper | English | 10,399 |
| Morgan County Citizen, Madison, Georgia | United States | Newspaper | English | 11,152 |
| Montgomery Independent, Montgomery AL | United States | Newspaper | English | 4,383 |
| Montgomery Herald, Troy, North Carolina | United States | Newspaper | English | 6,588 |
| Montana Latino News | United States | News & Information Service | Spanish | 243 |
| Minster Community Post, Minster, Ohio | United States | Newspaper | English | 834 |
| Mingo Messenger, Williamson, West Virginia | United States | Newspaper | English | 4,031 |
| Millcreek Journal | United States | Newspaper | English | 374 |
| Midvale Journal | United States | Newspaper | English | 656 |
| Middletown Life Magazine | United States | Print Media | English | 348 |

| | | | | |
|---|---|---|---|---|
| Middlesboro News | United States | Newspaper | English | 2,821 |
| Mid-Florida Newspapers, Clermont, Florida | United States | Newspaper | English | 48,055 |
| Mi Ciudad Tampa Bay | United States | Online News Sites & Other Influencers | Spanish | 174 |
| Mega TV | United States | Broadcast Media | Spanish | 9,960 |
| Medway & Millis News | United States | Newspaper | English | 593 |
| Medina County Life, Medina, Ohio | United States | Newspaper | English | 3,543 |
| MB News | United States | Newspaper | English | 551 |
| Massachusetts Nonprofit Network, Boston, Massachusetts | United States | Newspaper | English | 3,475 |
| Massachusetts Hispano News | United States | News & Information Service | Spanish | 151 |
| MarketWatch | United States | Online News Sites & Other Influencers | English | 11,425,477 |
| Manchester Times, Manchester, Tennessee | United States | Newspaper | English | 27,362 |
| Manchester Times, Manchester, Tennessee | United States | Newspaper | English | 27,362 |
| Malone Telegram, Malone, New York | United States | Newspaper | English | 8,520 |
| Mainstreet Newspapers, Jefferson, Georgia | United States | Newspaper | English | 21,679 |
| Maine Latino News | United States | News & Information Service | Spanish | Not Available |
| Magnolia State Live | United States | Newspaper | English | 5,714 |
| Luverne Journal | United States | Newspaper | English | 1,315 |
| Lowndes Signal | United States | Newspaper | English | 2,044 |
| Lowcountry Panorama, Charleston, South Carolina | United States | Newspaper | English | 929 |
| Loudoun Times-Mirror, Leesburg, Virginia | United States | Newspaper | English | 35,391 |
| Loudoun Now, Leesburg, Virginia | United States | Newspaper | English | 52,269 |
| Local 3 News, Marquette, Michigan | United States | Newspaper | English | 470,932 |
| Lincoln Times-News, Lincolnton, North Carolina | United States | Newspaper | English | 11,075 |
| Lincoln Journal, Hamlin, West Virginia | United States | Newspaper | English | 1,213 |
| Leesville Leader | United States | Newspaper | English | 720 |
| Lee County Courier, Tupelo, Mississippi | United States | Newspaper | English | 933 |
| Leader Times, Kittanning, Pennsylvania | United States | Newspaper | English | 10,353 |
| Leader Publications | United States | Newspaper | English | 20,211 |
| Leader Call, Laurel, Mississippi | United States | Newspaper | English | 50,753 |
| Latrobe Bulletin News, Latrobe, Pennsylvania | United States | Newspaper | English | 12,948 |
| LatinEQUIS | United States | Online News Sites & Other Influencers | English | 398 |
| Latin Business Today | United States | Online News Sites & Other Influencers | English | 2,214 |
| Latin Business Today | United States | Online News Sites & Other Influencers | English | 2,214 |
| Latin Business Hoy | United States | Online News Sites & Other Influencers | Spanish | 2,214 |
| Lake Gaston Gazette-Observer, Littleton, North Carolina | United States | Newspaper | English | 2,880 |
| Lake County News, Lake County, California | United States | Newspaper | English | 28,706 |
| LaGrange Daily News | United States | Newspaper | English | 28,627 |
| La Zeta 93.7 FM | Puerto Rico | Broadcast Media | Spanish | 5,830 |
| La Voz Hispanic News [Pasco, WA] | United States | Newspaper | Spanish | 196 |
| La Prensa Hispana | United States | Newspaper | Spanish | 563 |
| La Nueva 94 FM | Puerto Rico | Broadcast Media | Spanish | 12,168 |
| La Ley 107.9 FM | United States | Broadcast Media | Spanish | 766 |
| La Familia de Broward | United States | Magazine | Spanish | 424 |
| L'Observateur | United States | Newspaper | English | 10,227 |
| KZZI-FM 95.9 | United States | Broadcast Media | English | 349 |
| KYNT-AM 1450 | United States | Broadcast Media | English | 274 |
| KQRQ-FM 92.3 | United States | Broadcast Media | English | 91 |
| KMLK 98.7-FM [El Dorado, AR] | United States | Broadcast Media | English | 256 |
| KLXS-FM 95.3 | United States | Broadcast Media | English | 558 |
| KKYA-FM 93.1 | United States | Broadcast Media | English | 495 |
| KJUN-TV / KFOL-TV HTV10 [Houma, LA] | United States | Broadcast Media | English | 3,105 |
| Kinston Free Press, Kinston, North Carolina | United States | Newspaper | English | 11,696 |
| Keys News, Key West, Florida | United States | Newspaper | English | 39,421 |
| Key Biscayne Portal, Key Biscayne, Florida | United States | Newspaper | English | 456 |
| Kentucky Today, Frankfort, Kentucky | United States | Newspaper | English | 18,048 |
| Kentucky Latino News | United States | News & Information Service | Spanish | Not Available |
| Kenbridge Victoria Dispatch | United States | Newspaper | English | 1,286 |
| KDAM-FM 94.3 | United States | Broadcast Media | English | 95 |
| KCCR-AM 1240 [Pierre, SD] | United States | Broadcast Media | English | 165 |
| KBEW-AM 1560 / KBEW-FM 98.1 COUNTRY [Blue Earth, MN] | United States | Broadcast Media | English | 411 |
| Kane County Chronicle, St. Charles, Illinois | United States | Newspaper | English | 2,665 |
| Jornal Web Digital | Brazil | Online News Sites & Other Influencers | English | 136 |
| Jornal Web Digital | Brazil | Online News Sites & Other Influencers | English | 136 |
| Jornal Web Digital | Brazil | Online News Sites & Other Influencers | Spanish | 136 |
| Johnson City Press, Johnson City, Tennessee | United States | Newspaper | English | 49,167 |
| Jessamine Journal | United States | Newspaper | English | 3,863 |
| Jackson Township News, Jackson Township, New Jersey | United States | Newspaper | English | 711 |
| Jackson Progress-Argus, Jackson, Georgia | United States | Newspaper | English | 9,080 |
| Ismael Cala Foundation | United States | Online News Sites & Other Influencers | Spanish | 134 |
| Islander News, Key Biscayne, Florida | United States | Newspaper | English | 51,106 |
| Ironton Tribune | United States | Newspaper | English | 21,985 |
| Inside Nova, Fairfax, Virginia | United States | Newspaper | English | 303,257 |
| indica News [San Ramon, CA] | United States | Online News Sites & Other Influencers | English | 91 |
| Index-Journal, Greenwood, South Carolina | United States | Newspaper | English | 58,654 |
| Index-Journal, Greenwood, South Carolina | United States | Newspaper | English | 58,654 |
| IN Whitley County [Columbia City, IN] | United States | Newspaper | English | 4,164 |
| Hopedale Town News | United States | Newspaper | English | 538 |
| Hometown News, Tullahoma, Tennessee | United States | Newspaper | English | 11,109 |
| Hometown News Volusia, Ormond Beach, Florida | United States | Newspaper | English | 14,910 |
| Hometown News Brevard, Melbourne, Florida | United States | Newspaper | English | 9,528 |
| Holliston Town News | United States | Newspaper | English | 413 |
| Holladay Journal | United States | Newspaper | English | 911 |
| Hispanic PR Wire | United States | Online News Sites & Other Influencers | English | 1,745 |
| Hispanic PR Wire | United States | Online News Sites & Other Influencers | Spanish | 1,745 |
| High Country Press, Boone, North Carolina | United States | Newspaper | English | 1,409 |
| Herriman Journal | United States | Newspaper | English | 526 |
| Herald-Citizen, Cookeville, Tennessee | United States | Newspaper | English | 26,794 |
| Herald Chronicle, Winchester, Tennessee | United States | Newspaper | English | 3,365 |

| | | | | |
|---|---|---|---|---|
| Herald Chronicle, Winchester, Tennessee | United States | Newspaper | English | 3,365 |
| Herald & Tribune, Jonesborough, Tennessee | United States | Newspaper | English | 2,362 |
| Henry Herald, McDonough, Georgia | United States | Newspaper | English | 11,151 |
| Hazard Herald, Hazard, Kentucky | United States | Newspaper | English | 11,126 |
| Hattiesburg.com | United States | Online News Sites & Other Influencers | English | 300 |
| Hartford City News Times, Hartford City, Indiana | United States | Newspaper | English | 1,251 |
| Harlan Enterprise | United States | Newspaper | English | 138 |
| Gwinnett Daily Post, Lawrenceville, Georgia | United States | Newspaper | English | 83,591 |
| Gulf & Main Magazine | United States | Newspaper | English | 785 |
| Grundy County Herald, Tracy City, Tennessee | United States | Newspaper | English | 2,891 |
| Greenville Business Magazine | United States | Newspaper | English | 380 |
| Greene County Times, Greensboro, Georgia | United States | Newspaper | English | 1,205 |
| Grants Pass Daily Courier, Grants Pass, Oregon | United States | Newspaper | English | 14,320 |
| Go Laurens.com, Lauren, South Carolina | United States | Newspaper | English | 25,570 |
| Gettysburg Times, Gettysburg, Pennsylvania | United States | Newspaper | English | 30,390 |
| Gates County Index | United States | Newspaper | English | 1,289 |
| Gaby Natale | United States | Online News Sites & Other Influencers | Spanish | 301 |
| Franklin Town News | United States | Newspaper | English | 492 |
| Forefront Media News | United States | Online News Sites & Other Influencers | English | 729 |
| Floyd County Times, Prestonsburg, Kentucky | United States | Newspaper | English | 4,526 |
| Florida Courier, Jacksonville, Florida | United States | Newspaper | English | 11,116 |
| Finger Lakes Times, Geneva, New York | United States | Newspaper | English | 97,233 |
| Fayetteville Connect | United States | Newspaper | English | 810 |
| Fayette News, Fayetteville, Georgia | United States | Newspaper | English | 4,319 |
| Fairfax Times, Fairfax, Virginia | United States | Newspaper | English | 41,617 |
| FACE Magazine | United States | Newspaper | English | 103 |
| eNews Park Forest | United States | Newspaper | English | 295 |
| Energía, Industria, Comercio y Minería | United States | Online News Sites & Other Influencers | Spanish | 67 |
| Emporia Independent Messenger, Emporia, Virginia | United States | Newspaper | English | 836 |
| Elkin Tribune, Elkin, North Carolina | United States | Newspaper | English | 7,662 |
| Elk Valley Times, Fayetteville, Tennessee | United States | Newspaper | English | 8,487 |
| Elk Valley Times, Fayetteville, Tennessee | United States | Newspaper | English | 8,487 |
| Elizabethton Star | United States | Newspaper | English | 19,038 |
| El Zol 106.7 FM | United States | Broadcast Media | Spanish | 2,957 |
| El Perico | United States | Online News Sites & Other Influencers | English | 713 |
| El Perico | United States | Online News Sites & Other Influencers | Spanish | 713 |
| Effingham Magazine | United States | Print Media | English | 798 |
| Eastern Progress, Richmond, Kentucky | United States | Newspaper | English | 16,417 |
| East Hanover Florham Park Life | United States | Print Media | English | 297 |
| Dundalk Eagle, Dundalk, Maryland | United States | Newspaper | English | 10,634 |
| Draper Journal | United States | Newspaper | English | 195 |
| Dillon Herald | unknown | Other | English | 1,674 |
| Delta News, Greenville, Mississippi | United States | Newspaper | English | 38,384 |
| Delmarva Sports Network, Salisbury, Maryland | United States | Newspaper | English | 6,879 |
| Delmarva Home Show, Salisbury, Maryland | United States | Newspaper | English | 340 |
| Delaware Latino News | United States | News & Information Service | Spanish | 105 |
| Decatur Daily Democrat, Decatur, Indiana | United States | Newspaper | English | 3,790 |
| Daytona Times, Daytona Beach, Florida | United States | Newspaper | English | 4,830 |
| Davis Journal | United States | Newspaper | English | 662 |
| Davie County Enterprise Record | United States | Newspaper | English | 7,235 |
| Daily Times Leader, West Point, Mississippi | United States | Newspaper | English | 1,245 |
| Daily News-Record, Harrisonburg, Virginia | United States | Newspaper | English | 44,503 |
| Daily Leader | United States | Newspaper | English | 21,224 |
| Daily Journal, Tupelo, Mississippi | United States | Newspaper | English | 80,687 |
| CreditRiskMonitor | United States | Financial Data, Research & Analytics | English | 8,107 |
| CreativeBharat | India | News & Information Service | English | 384 |
| Courier-Tribune, Asheboro, North Carolina | United States | Newspaper | English | 6,814 |
| Courier-Tribune, Asheboro, North Carolina | United States | Newspaper | English | 6,814 |
| Cottonwood Heights Journal | United States | Newspaper | English | 572 |
| Cordele Dispatch | United States | Newspaper | English | 2,344 |
| Connecticut Hispano News | United States | News & Information Service | Spanish | 125 |
| Connect Iredell | United States | Newspaper | English | 521 |
| Columbia Business Monthly | United States | Newspaper | English | 650 |
| Coastal Point, Ocean View, Delaware | United States | Newspaper | English | 15,440 |
| Coastal Breeze News, Marco Island, Florida | United States | Newspaper | English | 10,459 |
| Coal Valley News, Madison, West Virginia | United States | Newspaper | English | 2,097 |
| Cleveland Daily Banner, Cleveland, Tennessee | United States | Newspaper | English | 19,401 |
| Claiborne Progress | United States | Newspaper | English | 3,548 |
| City Journals | United States | Newspaper | English | 470 |
| Citizen Tribune, Morristown, Tennessee | United States | Newspaper | English | 79,380 |
| Citizen Tribune, Morristown, Tennessee | United States | Newspaper | English | 79,380 |
| ChineseWire | United States | Online News Sites & Other Influencers | English | 1,004 |
| ChicaNOL | United States | Blog | Spanish | 254 |
| Chester County Press | United States | Newspaper | English | 692 |
| Cheap Fun Things To Do | United States | Online News Sites & Other Influencers | English | 729 |
| Chatham Star-Tribune, Chatham, Virginia | United States | Newspaper | English | 9,467 |
| Charlton County Herald, Folkston, Georgia | United States | Newspaper | English | 1,582 |
| Charleston Gazette-Mail [Charleston, WV] | United States | Newspaper | English | 89,793 |
| Chagrin Valley Today, Chagrin Falls, Ohio | United States | Newspaper | English | 7,569 |
| Cecil Daily, Elkton, Maryland | United States | Newspaper | English | 53,062 |
| Caswell Messenger, Yanceyville, North Carolina | United States | Newspaper | English | 2,778 |
| Carolina Panorama, Columbia, South Carolina | United States | Newspaper | English | 1,869 |
| Capital Sports MS, Jackson, Mississippi | United States | Newspaper | English | 2,841 |
| Cape Coral Living Magazine | United States | Newspaper | English | 458 |
| Business Class News | United States | Blog | English | 91 |
| Buffalo Spree Magazine, Buffalo, New York | United States | Newspaper | English | 8,730 |
| Buenos Dias Nebraska | United States | Online News Sites & Other Influencers | Spanish | 24 |
| Brunswick Times-Gazette, Lawrenceville, Virginia | United States | Newspaper | English | 1,786 |

| | | | | |
|---|---|---|---|---|
| Brattleboro Reformer, Brattleboro, Vermont | United States | Newspaper | English | 70,033 |
| Boreal Community Media | United States | Newspaper | English | 78 |
| Bonita & Estero Magazine | United States | Newspaper | English | 318 |
| BocaLista | Puerto Rico | Online News Sites & Other Influencers | Spanish | 821 |
| Bluegrass Live | United States | Newspaper | English | 512 |
| Block Island Times, Block Island, Rhode Island | United States | Newspaper | English | 3,178 |
| Black Belt News Network, Alabama | United States | Newspaper | English | 6,946 |
| Biltmore Beacon, Asheville, North Carolina | United States | Newspaper | English | 3,026 |
| Bennington Banner, Bennington, Vermont | United States | Newspaper | English | 35,991 |
| Beauregard News | United States | Newspaper | English | 2,896 |
| Beacon Senior News | United States | Newspaper | English | 89 |
| Avery Journal-Times, Newland, North Carolina | United States | Newspaper | English | 6,273 |
| Austin Daily Herald | United States | Newspaper | English | 16,986 |
| Ashland Town News | United States | Newspaper | English | 986 |
| Ashe Post & Times, Jefferson, North Carolina | United States | Newspaper | English | 9,286 |
| Arundel News, Arundel, Maryland | United States | Newspaper | English | 5,846 |
| Arab Tribune, Arab, AL | United States | Newspaper | English | 5,924 |
| Appalachian News-Express, Pikeville, Kentucky | United States | Newspaper | English | 9,087 |
| AP NEWS [The Associated Press] | United States | News & Information Service | English | 45,459,468 |
| Americus Times-Recorder | United States | Newspaper | English | 11,133 |
| American Press | United States | Newspaper | English | 23,193 |
| Alexander City Outlook (Alexander City, AL) | United States | Newspaper | English | 35,306 |
| Alexander City Outlook | United States | Newspaper | English | 35,306 |
| Albert Lea Tribune [Albert Lea, MN] | United States | Newspaper | English | 34,106 |
| Alabama Now | United States | Newspaper | English | 30 |
| Ahora News (New Jersey) | United States | Newspaper | Spanish | 521 |
| Advocate & Democrat, Sweetwater, Tennessee | United States | Newspaper | English | 3,498 |
| ADVFN | United States | Financial News Service | English | 563,579 |

# Exhibit 13

**AT&T Data Breach Settlement Creative**

**Banner Ad**



**Search Ad**

**Sponsored**

www.telecomdatasettlement.com
https://www.telecomdatasettlement.com

AT&T Data Incident Settlement | AT&T Data Security Incident | File Your Claim by November 18

Are you an AT&T Account Owner or Line User? Your data may have been Involved. Check to see if you're eligible for a cash payment from the Settlement.

Call (833) 890-4930

# Exhibit 14

# Compliant Opt-Out Requests

| Count | Class Member ID |
|---|---|
| 1 | 83231DBV17TNZ |
| 2 | 83231DR3T9Y16 |
| 3 | 832318SNBSRCD |
| 4 | 832318K6M4XBC |
| 5 | 83231C1ZNP0YC |
| 6 | 83231VFKCZPR3 |
| 7 | 83231VDG659Z9 |
| 8 | 832314G53K7DF |
| 9 | 832313CYBGRVQ |
| 10 | 83231MS5CYTMN |
| 11 | 83231RJ93T88V |
| 12 | 83231RYHPSNQC |
| 13 | 83231Z9MQ6XZM |
| 14 | 83231233QG515 |
| 15 | 83231T0GTG8JG |
| 16 | 83231JKX1YZQ8 |
| 17 | 83231YVZVJS95 |
| 18 | 83231STD5XGSS |
| 19 | 8323153S713S1 |
| 20 | 832315DN7P6VT |
| 21 | 83231QM6CKH9S |
| 22 | 83231RVPGDC0D |
| 23 | 83231T5HNH4YJ |
| 24 | 83231TZGDHVMQ |
| 25 | 83231B18G8JF6 |
| 26 | 83231QFNM2HBN |
| 27 | 832311Y85KXRC |
| 28 | 832319H6X21N8 |
| 29 | 83231GKT32136 |
| 30 | 832313F4XS4YB |
| 31 | 832317VQ1FTYR |
| 32 | 83231FQRP1MKM |
| 33 | 83231RK45858T |
| 34 | 83231B7VV755Q |
| 35 | 83231DDVY7Y8V |
| 36 | 832316Z5DMRMT |
| 37 | 83231YJ1H2999 |
| 38 | 832317RZ4YK9C |
| 39 | 832317CSXBSJC |
| 40 | 832310HHTJS5G |
| 41 | 832316FYDVZ6Z |

| | |
|---|---|
| 42 | 83231KVSMZSGX |
| 43 | 83231RS38CVFC |
| 44 | 8323112T37GN1 |
| 45 | 83231MT100T8H |
| 46 | 832318XJDC0K9 |
| 47 | 83231M137HMGT |
| 48 | 83231VY8DC88B |
| 49 | 83231XDJ7MQT1 |
| 50 | 83231MSMBQNGH |
| 51 | 83231SNV1DHK7 |
| 52 | 832315YK2FGC9 |
| 53 | 83231398TBKVV |
| 54 | 832319RF18XF7 |
| 55 | 8323184S2TQPQ |
| 56 | 83231DYGXMBT8 |
| 57 | 83231Q386JDMK |
| 58 | 832311K05C7ZQ |
| 59 | 83231RSZH07JH |
| 60 | 83231K9CNZ704 |
| 61 | 83231KFJ1GTPJ |
| 62 | 83231CJBCD5SG |
| 63 | 83231RFCGK5TZ |
| 64 | 83231G48Z5J5M |
| 65 | 83231Z46J7YX5 |
| 66 | 83231Z3MY95JD |
| 67 | 83231XG26Q5XF |
| 68 | 83231RJ9CT213 |
| 69 | 83231NVS33XN4 |
| 70 | 832313P3SXTM5 |
| 71 | 83231VBC8CD7X |
| 72 | 832316JYRH53Q |
| 73 | 8323110Q0MDPG |
| 74 | 83231VVHSB65Z |
| 75 | 83231BBXKGKJT |
| 76 | 83231HBCB5RYY |
| 77 | 832314G2Y39MG |
| 78 | 83231H3TGZXBT |
| 79 | 832314CRSK452 |
| 80 | 83231YGDMHHQ8 |
| 81 | 832316HJ9XQ9X |
| 82 | 83231SZXHC0PM |
| 83 | 83231RQ7V6HJR |
| 84 | 832318FQDG7BD |
| 85 | 83231CB3J39T7 |

| | |
|---|---|
| 86 | 832316TC2648V |
| 87 | 832318K8YT5QR |
| 88 | 83231HT54ZVVF |
| 89 | 83231N8Q1805X |
| 90 | 83231MYZC0YS1 |
| 91 | 83231FTYKFFBC |
| 92 | 832317J5DPTD6 |
| 93 | 83231B5K8B152 |
| 94 | 8323179QHMYK5 |
| 95 | 83231JK35F57H |
| 96 | 83231KT97K0T3 |
| 97 | 83231FZPYCZ14 |
| 98 | 832317CQM5K6J |
| 99 | 8323129251TVH |
| 100 | 83231R61BPG4J |
| 101 | 83231ZJ2KX0XN |
| 102 | 83231ZJY160MQ |
| 103 | 83231MZBQTQDX |
| 104 | 83231GDPC7GSS |
| 105 | 83231F15K2JT2 |
| 106 | 832318R00V8DQ |
| 107 | 83231GMNPR7ZV |
| 108 | 832313C8NTTBZ |
| 109 | 832315H0GJP9Y |
| 110 | 83231Q25BHZM7 |
| 111 | 83231HJYC6CPD |
| 112 | 832310BZJK8KS |
| 113 | 83231D13VX811 |
| 114 | 83231CK28DNQX |
| 115 | 83231JY3RN7DZ |
| 116 | 83231G00FYYKB |
| 117 | 83231M7D1TTSY |
| 118 | 832315KS3GD3Z |
| 119 | 83231TGGY7C3F |
| 120 | 83231TGGY7C3F |
| 121 | 83231KRXCTJC2 |
| 122 | 83231ZQYCH812 |
| 123 | 83231C3KGB2B1 |
| 124 | 83231FJM0N37S |
| 125 | 832310TQF5NNX |
| 126 | 83231STBY9013 |
| 127 | 83231HZ82N05B |
| 128 | 832317DFNV8JC |
| 129 | 8323179RV9B8C |

| | |
|---|---|
| 130 | 832318JK4V0HT |
| 131 | 832311R02ST8F |
| 132 | 832313BCQCRJT |
| 133 | 83231PT9GYVB1 |
| 134 | 83231Q89Z0X0N |
| 135 | 83231K9P8CSYJ |
| 136 | 83231RDTY0KYX |
| 137 | 832313P7Y5RX3 |
| 138 | 83231TY98PH4R |
| 139 | 832316CRHYF5X |
| 140 | 83231K1GM0NV6 |
| 141 | 8323155FF54DR |
| 142 | 83231SYJ2JC1M |
| 143 | 83231D76D8BHG |
| 144 | 832318X0PBN05 |
| 145 | 8323182X88GV7 |
| 146 | 83231Z8DDY35Y |
| 147 | 83231NFNJ6STN |
| 148 | 832312H2ZRBX3 |
| 149 | 83231THH39CT2 |
| 150 | 83231GGTXR199 |
| 151 | 83231NC6336PD |
| 152 | 83231XVXXZMY0 |
| 153 | 83231V91M2PHF |
| 154 | 83231TRCKHS2R |
| 155 | 83231CKV7KGHS |
| 156 | 83231V8K5X1Y8 |
| 157 | 83231F3MCZ7PB |
| 158 | 832311HY53Y39 |
| 159 | 832312N2B6DN7 (for minor) |
| 160 | 832312N2B6DN7 (for minor) |
| 161 | 832312N2B6DN7 |
| 162 | 832316V37C243 |
| 163 | 83231MV1KXBQC |
| 164 | 83231PMYBHVYQ |
| 165 | 83231GFH7RGXY |
| 166 | 83231M8X8KKB6 |
| 167 | 83231H9S16CX8 |
| 168 | 83231J1380HF1 |
| 169 | 832312YKFZSS8 |
| 170 | 832315HJ05X1F |
| 171 | 832312TNYMFKV |
| 172 | 83231RT2GG8XY |
| 173 | 83231CCR5T2RT |

| | |
|---|---|
| 174 | 83231QY58MFGX |
| 175 | 83231JGM3Y5V8 |
| 176 | 832318TZ658FM |
| 177 | 832313QKCKPK3 |
| 178 | 8323120V320NM |
| 179 | 832312TN94PK6 |
| 180 | 83231QD59Z20B |
| 181 | 83231HXSKKSS7 |
| 182 | 83231FDTHDGQ9 |
| 183 | 83231RM0CRFPF |
| 184 | 83231CFZ49M9T |
| 185 | 832311SZ0X866 (for minor) |
| 186 | 832311SZ0X866 |
| 187 | 83231NRB2HB4C |
| 188 | 83231V3Q8V7X9 |
| 189 | 83231FM7DTVX0 |
| 190 | 83231HGK9MCVJ |
| 191 | 8323170683QK0 |
| 192 | 832311VDPYDQ8 |
| 193 | 83231PBFRQZDC |
| 194 | 83231TX0NV22X |
| 195 | 83231CXCJZT22 |
| 196 | 83231S80VH6BF |
| 197 | 83231RF4QNR4H |
| 198 | 83231RTB2NGN8 |
| 199 | 83231YYM54M2K |
| 200 | 83231DV4MP338 |
| 201 | 83231J1Z5NKZJ |
| 202 | 83231P377V905 |
| 203 | 832313VD3RNN6 |
| 204 | 83231D7DRCH5S |
| 205 | 83231JZHR6B38 |
| 206 | 83231RDC30FHJ |
| 207 | 83231M06XP4R1 |
| 208 | 83231J15K07B4 |
| 209 | 83231RXC3D049 |
| 210 | 83231RXC3D049 |
| 211 | 83231RC7C12ZY |
| 212 | 832310YD6JK9X |
| 213 | 83231XXKXTBYT |
| 214 | 83231QTCBKVNY |
| 215 | 8323174NB3HPB |
| 216 | 832315PB0KKKN |
| 217 | 83231T87Z2GFG |

| | |
|---|---|
| 218 | 832318Q1SZTQ1 |
| 219 | 83231GJX04GSJ |
| 220 | 83231C6Z5TBQD |
| 221 | 83231MSVK74XX |
| 222 | 83231VMGHGYH2 |
| 223 | 83231DG58KH3D |
| 224 | 83231DCXVGGPP |
| 225 | 83231CGMC5FPG |
| 226 | 83231JX1XX8ZM |
| 227 | 832316RJ3ZYB1 |
| 228 | 832319PR0R1P6 |
| 229 | 83231321N4YT4 |
| 230 | 83231R3J7J35K |
| 231 | 832310XFXGXRT |
| 232 | 83231VCNC96MX |
| 233 | 83231CY5GBBB4 |
| 234 | 832317DS6216D |
| 235 | 83231MSGR87KM |
| 236 | 83231F6K5CJ02 |
| 237 | 8323110VJM2X9 |
| 238 | 83231MGHH453K |
| 239 | 83231Q57TDJY4 |
| 240 | 832310TCS8K0R |
| 241 | 83231S6G7NBYT |
| 242 | 832310Y35RH71 |
| 243 | 832315B1TPH3K |
| 244 | 83231CPJ70ND0 |
| 245 | 83231CJCRQ29J |
| 246 | 83231BYGHDRG3 |
| 247 | 832318GKHFD0K |
| 248 | 832314VK8PVSS |
| 249 | 83231CXR4S355 |
| 250 | 83231J9Z9Y4M5 |
| 251 | 83231XNV77GHD |
| 252 | 83231T9R6D16C |
| 253 | 83231XNCM2VND |
| 254 | 83231YZ3TZ6HN |
| 255 | 83231Q1ZBCJ9C |
| 256 | 83231S2V9KP9Q |
| 257 | 83231PRK04P9G |
| 258 | 83231QJGPCQN3 |
| 259 | 83231BJZ4V3D7 |
| 260 | 832315VFRYSDC |
| 261 | 83231G2Y488P1 |

| | |
|---|---|
| 262 | 83231CX8S9H6R |
| 263 | 83231Q6JDHN62 |
| 264 | 832313CXKH2J7 |
| 265 | 832313N032418 |
| 266 | 83231GTJD6YJ1 |
| 267 | 8323191BQN5PF |
| 268 | 832319JQVPSQM |
| 269 | 832318T303X1B |
| 270 | 832316409FDYT |
| 271 | 832313SP359YX |
| 272 | 83231SZYC3MYY |
| 273 | 8323189QSHVKY |
| 274 | 8323126B8Q9Q4 |
| 275 | 832317ZTPGCKN |
| 276 | 83231C97B9PNZ |
| 277 | 83231F9HP0FBT |
| 278 | 83231RK2DZP4M |
| 279 | 83231KS4Z7449 |
| 280 | 83231RZMS36H3 |
| 281 | 832318CRVYD2F |
| 282 | 83231XVHQ4S4J |
| 283 | 83231ZJ02NRSG |
| 284 | 832312BP8GGKD |
| 285 | 83231714C9KGC |
| 286 | 83231K2PZMDBG |
| 287 | 83231M0RJZ46K |
| 288 | 8323163D8CTTZ |
| 289 | 83231GMK38QDH |
| 290 | 832319D1836KX |
| 291 | 832316CC99ZD8 |
| 292 | 832318MB3XGG9 |
| 293 | 83231F194GP89 |
| 294 | 8323197DD09VT |
| 295 | 83231QJFXSPD5 |
| 296 | 83231C2R2ZTT8 |
| 297 | 83231S94PZNTC |
| 298 | 83231N9NMQJVK |
| 299 | 83231Q4G48H78 |
| 300 | 83231PZDV5GPT |
| 301 | 83231F3P05JN7 |
| 302 | 83231HRGFNC09 |
| 303 | 832310K3RGK4J |
| 304 | 83231J2CM4RV8 |
| 305 | 83231RMTB4XDN |

| | |
|---|---|
| 306 | 83231Q40RVP4F |
| 307 | 83231R0QB8BHG |
| 308 | 83231YT1T37SM |
| 309 | 8323133Y6TZPC |
| 310 | 83231VRBSR8KS (for minor) |
| 311 | 83231VRBSR8KS (for minor) |
| 312 | 83231VRBSR8KS |
| 313 | 83231M32HZ0VX |
| 314 | 83231F4PHK276 |
| 315 | 83231XFMKPHVM |
| 316 | 83231RT4CJNKZ |
| 317 | 832318QVPJ5V9 |
| 318 | 83231GC54YXNX |
| 319 | 83231GYHRZXRN |
| 320 | 83231YQ7YXC1Y |
| 321 | 832318K5RXSCZ (for minor) |
| 322 | 832318K5RXSCZ (for minor) |
| 323 | 832318K5RXSCZ |
| 324 | 83231YYH5SFYQ |
| 325 | 832314458K81Q |
| 326 | 83231HHFS29GV |
| 327 | 83231G47TSP05 |
| 328 | 83231KSCGNZ83 |
| 329 | 83231BQ1DTKKM |
| 330 | 832313SVPX9YY |
| 331 | 83231Z092317D |
| 332 | 8323130C7GJJ1 |
| 333 | 83231HD983BXH |
| 334 | 83231NVH633Z3 |
| 335 | 83231PK7QYD9M |
| 336 | 83231YDCV1VBF |
| 337 | 832311NZJF045 |
| 338 | 83231FFBBV12P |
| 339 | 83231GFGZVNZS |
| 340 | 83231PN4D1MM1 |
| 341 | 83231B9SC2CC8 |
| 342 | 83231MKPGGKZJ (for minor) |
| 343 | 83231MKPGGKZJ |
| 344 | 83231JPF39KJJ |
| 345 | 83231265Y57F1 |
| 346 | 83231R5CN2VZR |
| 347 | 832318FCS49RM |
| 348 | 832313T969SNY (for minor) |
| 349 | 832313T969SNY |

| | |
|---|---|
| 350 | 8323141YC2VNV |
| 351 | 83231K291Q6Y1 |
| 352 | 83231V1T8B1R3 |
| 353 | 83231J8S6S3X2 |
| 354 | 8323152NGM6R1 |
| 355 | 83231FPXQ58P5 |
| 356 | 83231QV20G20G |
| 357 | 83231B0100BVS |
| 358 | 832314ZQ2QFT4 |
| 359 | 83231X5RDQST0 |
| 360 | 83231360SXF1G |
| 361 | 83231GMSVTD98 |
| 362 | 832316RDP69KN |
| 363 | 83231667RH0Z6 |
| 364 | 83231Y88TGJQF |
| 365 | 83231B6C0V1P8 |
| 366 | 832313664P38C |
| 367 | 83231P4QPNN65 (for minor) |
| 368 | 83231P4QPNN65 |
| 369 | 832318HFHXSQZ |
| 370 | 83231SHZD3YF8 (for minor) |
| 371 | 83231SHZD3YF8 |
| 372 | 83231NFG53CC2 |
| 373 | 83231983HKG4M |
| 374 | 83231B6D9SX4V |
| 375 | 832313G1NV5CJ |
| 376 | 832311FQGN60X |
| 377 | 832310RHDSKXS |
| 378 | 832318MSYZ7TR |
| 379 | 83231ZMRS7JST |
| 380 | 83231HP0R9NG0 |
| 381 | 83231SB516SPF |
| 382 | 83231XNZH0DJ7 |
| 383 | 83231RTDK24GP |
| 384 | 83231NC6PPNJ2 |
| 385 | 83231S0Z01YV5 |
| 386 | 832316STYDVTB |
| 387 | 83231K52455BS |
| 388 | 83231B7VTYR3Z |
| 389 | 83231PTRCK1PY |
| 390 | 83231FHYPKRPR |
| 391 | 832315X0MY61P |
| 392 | 83231MRZQZQNF |
| 393 | 83231DNRHYKBK |

| | |
|---|---|
| 394 | 832311NQBTNDG |
| 395 | 83231JXCNVFRX |
| 396 | 832311Y93T3S9 |
| 397 | 83231KKF8CBBZ |
| 398 | 83231XZVMRPJH |
| 399 | 83231QRTQ1870 |
| 400 | 83231HNVBQ72G |
| 401 | 83231TN16YKB0 (for minor) |
| 402 | 83231TN16YKB0 (for minor) |
| 403 | 83231TN16YKB0 |
| 404 | 832316JJDC4G5 |
| 405 | 832313YC11YKT (for minor) |
| 406 | 832313YC11YKT |
| 407 | 83231BZN4XBGB |
| 408 | 832314MNSK95Y |
| 409 | 83231X3NRBP0C |
| 410 | 83231CBSVJJP9 |
| 411 | 832313CG6TVMM |
| 412 | 8323146NRBDQ4 |
| 413 | 832310RD7JKB9 |
| 414 | 832312RPXQN1Z |
| 415 | 83231RRPHVX2R |
| 416 | 8323104JQF86C |
| 417 | 83231B2KQSDJ3 |
| 418 | 83231C7SPPRJF |
| 419 | 83231H2TZYHHF |
| 420 | 83231VHK5S950 |
| 421 | 83231MSSB1S16 |
| 422 | 83231KXHVQSNK |
| 423 | 832318X4GTP1J |
| 424 | 83231X2TNCKJR |
| 425 | 83231J7S7SX0M |
| 426 | 83231FPC1VTGF |
| 427 | 83231SG74GCFY |
| 428 | 83231T0QFBYC4 |
| 429 | 83231F5Y96Y3C |
| 430 | 83231KT2HZ1RD |
| 431 | 83231RCZGJQ69 |
| 432 | 83231NYZS441M |
| 433 | 83231YRPM4ZFV |
| 434 | 8323114Z5ZN93 |
| 435 | 83231QR54NJ70 |
| 436 | 832317G38BTH4 |
| 437 | 832319VRCCJ84 |

| | |
|---|---|
| 438 | 832318CXC6XFS |
| 439 | 83231HDC08MZ0 |
| 440 | 832315XDTD5ZG |
| 441 | 83231VKX622NZ |
| 442 | 832317BXCYH1Z |
| 443 | 832313P75C3XC |
| 444 | 83231MZ60M2PG |
| 445 | 83231K44Y4Q3B |
| 446 | 83231XXH4N839 |
| 447 | 83231TYKT5KJZ |
| 448 | 83231J5TS1M28 |
| 449 | 83231VY6FT730 |
| 450 | 83231RQNXCJX8 |
| 451 | 83231RY4XVS57 |
| 452 | 8323147PMNP58 |
| 453 | 83231b13m3k1z |
| 454 | 83231NGFH4YKQ |
| 455 | 83231N332MX3J |
| 456 | 83231PDXXJC01 |
| 457 | 83231756S1FFP |
| 458 | 83231ZBDGHSB7 |
| 459 | 83231747V5TF6 |
| 460 | 83231C2ZKRZYQ |
| 461 | 832318K2QJ4RS |
| 462 | 83231M8S16MH2 |
| 463 | 83231CY9M4CC3 |
| 464 | 83231MY5P04N2 |
| 465 | 83231PMFFST85 |
| 466 | 832315V1XC2P4 |
| 467 | 83231D1V611K5 |
| 468 | 8323139YD2DHF |
| 469 | 832316MRPD2B4 |
| 470 | 832314J2038MX |
| 471 | 83231TTTPTTC4 |
| 472 | 832319952RXSY |
| 473 | 832317HFDXTPN |
| 474 | 83231TTBT4MCZ |
| 475 | 832310BQFS42R |
| 476 | 832311SP2R7Q2 |
| 477 | 83231F0MX3QX6 |
| 478 | 83231KSTKRB25 |
| 479 | 83231YMSR9V84 |
| 480 | 8323180DPZNBN |
| 481 | 83231TB95XCC7 |

| | |
|---|---|
| 482 | 83231C66F48H2 |
| 483 | 83231344G2K96 |
| 484 | 83231CB334ZFM |
| 485 | 832311ZPM237Q |
| 486 | 832310GK749TD |
| 487 | 83231T2P02HN5 |
| 488 | 832311QFN5BR7 |
| 489 | 83231TF7NXCB7 |
| 490 | 832315RF8G1BJ |
| 491 | 83231SMFKVJ4Y |
| 492 | 83231T6HPF9NJ |
| 493 | 83231M0M7Z1R6 |
| 494 | 832312JNGZ1QR |

# Exhibit 15

# Late/Non-Compliant Opt-Out Requests

| Count | Class Member ID |
|---|---|
| 1 | 83231YK3JV90Y |
| 2 | 832318SRNKM2G |
| 3 | 83231G28CVY0S |
| 4 | 832314T04BFY1 |
| 5 | 832310PM5GKH5 |
| 6 | 83231KRQ9S0BZ |
| 7 | 83231GYHCGDMH |
| 8 | 83231S59RG1DC |
| 9 | 83231N9Y068F0 |
| 10 | 83231BJB5KY0K |
| 11 | 83231VB5N3Y83 |
| 12 | 8323140SM717Z |
| 13 | 83231F09DQXKM |
| 14 | 83231JDZ5BH92 |
| 15 | 83231TGK3XVJH |
| 16 | 832319YK4C956 |
| 17 | 832319K54FXXB |
| 18 | 832314VJ8K98J |
| 19 | 832316P483MCX |
| 20 | 832315V657T5F |
| 21 | 83231BTT95YDJ |
| 22 | 83231VFSBJGSZ |
| 23 | 83231SBR4XQT6 |
| 24 | 832315SBNSKJ3 |
| 25 | 832311GYXD49K |
| 26 | 83231HM34RJGH |
| 27 | 8323175535J59 |
| 28 | 83231HZ2BTKTV |
| 29 | 832319F4S3196 |
| 30 | 83231RHBQ1F32 |
| 31 | 832318Q0YHSZ5 |
| 32 | 832319G5VVN2B |
| 33 | 83231SZQQ8GK5 |
| 34 | 83231X3PPD4J5 |
| 35 | 8323171BTS45X |
| 36 | 83231Z82KYR9B |
| 37 | 83231JZKDYCDT |
| 38 | 832310C0VN16B |
| 39 | 832313N8MY7NC |
| 40 | 832311GR4T8J6 |

| | |
|---|---|
| 41 | 83231PHX8H9ZK |
| 42 | 83231M4VRF6X8 |
| 43 | 8323179PPSGPK |
| 44 | 83231FY7R4THD |
| 45 | 83231C25NB9JR |
| 46 | 83231GB5F867H |
| 47 | 832312D44XM4K |
| 48 | 83231MC24R5YZ |
| 49 | 832319TZH8MFB |
| 50 | 83231BCTD3PZ1 |
| 51 | 83231H0TMRF55 |
| 52 | 83231F8K89D4K |
| 53 | 83231CV00H532 |
| 54 | 83231NXH22S9K |
| 55 | 83231B2G460QY |
| 56 | 83231874SPTQ0 |
| 57 | 83231M08J93H6 |
| 58 | 83231YGGQ8JV7 |
| 59 | 83231T2MRPD25 |
| 60 | 832315J106YYS |
| 61 | 83231R6Q2QVSD |
| 62 | 832311XP2XTJT |
| 63 | 83231181SNZHB |
| 64 | 832313ZX3SGXS |
| 65 | 83231RK27S4DS |
| 66 | 83231H0RVDQS8 |
| 67 | 83231PNTKYPV5 |
| 68 | 83231SN84JSX1 |
| 69 | 832318MCD93V4 |
| 70 | 83231H178VKSX |
| 71 | 832319100J1Z0 |
| 72 | 832312KPV93M6 |
| 73 | 83231QQJ1RFGV |
| 74 | 83231B8HVQ1XG |
| 75 | 83231584TZSZR |
| 76 | 8323189PCF77V |
| 77 | 832315QZ1MH7Q |
| 78 | 83231K1JYM6X5 |
| 79 | 83231S3SPRKJH |
| 80 | 83231H0FM75Y0 |
| 81 | 83231VP5V642J |
| 82 | 83231RPRPD5B8 |
| 83 | 83231R3Y1GV03 |
| 84 | 83231ZB29PJ2F |

| | |
|---|---|
| 85 | 8323195QT5RGP |
| 86 | 832310KD867SJ |
| 87 | 83231Y77P3R26 |
| 88 | 832315Y73VK30 |
| 89 | 83231QMR57BCR |
| 90 | 83231VQY4NGQF |
| 91 | 83231NDPMC9GN |
| 92 | 832319K380MZT |
| 93 | 832312VYTSR03 |
| 94 | 83231J6PBHV1K |
| 95 | 83231XH2JH9HF |
| 96 | 83231344PT8G4 |
| 97 | 83231QJ1MJNQ7 |
| 98 | 83231GD3GK4SB |
| 99 | 83231FRXV9RF8 |
| 100 | 832317MV6FJJ8 |
| 101 | 832312BFH5D25 |
| 102 | 832319GC8R7X1 |
| 103 | 83231GM1K9TMM |
| 104 | 83231JF0CKZ99 |
| 105 | 83231M3D1X4X7 |
| 106 | 83231XCNFNYFT |
| 107 | 832313GHRHJ01 |
| 108 | 83231DHD0JDPG |
| 109 | 83231GG6289D2 |
| 110 | 83231ZBXJN1QZ |
| 111 | 83231DB4J1PX6 |
| 112 | 832315NPM2Z7B |
| 113 | 83231F2M0X80Z |
| 114 | 83231C0GPYC28 |
| 115 | 83231Z2JNV311 |
| 116 | 83231YY3DS3MZ |
| 117 | 83231CK8VGZ5Y |
| 118 | 83231VBHTJ0CS |
| 119 | 832316XD7FT8K |
| 120 | 8323136PSN98M |
| 121 | 83231SJ60C8TF |
| 122 | 83231YD3Z1PSH |
| 123 | 83231D5THQS7X |
| 124 | 83231VZB63JMN |
| 125 | 83231PC2VHCNX |
| 126 | 83231KNDNB6B2 |
| 127 | 83231FRG2TQ7N |
| 128 | 83231N7M8T2NS |

| | |
|---|---|
| 129 | 83231NG64ZS43 |
| 130 | 83231KN6N272R |
| 131 | 832315M2BSGHQ |
| 132 | 83231Q4F03CM9 |
| 133 | 832313N1HB48H |
| 134 | 83231M4C0MFY1 |
| 135 | 832319F7KMSDR |
| 136 | 83231BSR1B6FC |
| 137 | 83231VRG753SS |
| 138 | 83231Y6RJRK7J |
| 139 | 83231M6PYS4BQ |
| 140 | 83231JR04GBZ2 |
| 141 | 83231CVX225M5 |
| 142 | 83231NFVSMQ2G |
| 143 | 83231ZZP2X8M7 |
| 144 | 83231JSXRNQHQ |
| 145 | 832311QYQ12N9 |
| 146 | 8323102C11RK9 |
| 147 | 83231Z2BVNZMX |
| 148 | 832315NNBR7N4 |
| 149 | 832316QKX14QF |
| 150 | 8323145N6FG9M |
| 151 | 832316YCBVZBK |
| 152 | 8323171CRQVVK |
| 153 | 83231QXHP5MQH |
| 154 | 832315J7ZT561 |
| 155 | 83231453YR5DC |
| 156 | 8323182RP8FMS |
| 157 | 83231CZV30495 |
| 158 | 832311DNBDJ0R |
| 159 | 8323194YP0F05 |
| 160 | 83231MBQZVBH3 |
| 161 | 83231212N6N1R |
| 162 | 83231QHNR3JXS |
| 163 | 83231TH4HFDYC |
| 164 | 832315253QDZT |
| 165 | 8323171BN1215 |
| 166 | 83231QVK41PQP |
| 167 | 832310VY2YM0H |
| 168 | 83231KCBC76Y7 |
| 169 | 83231DFBMSVR2 |
| 170 | 8323156RXTFMS |
| 171 | 83231G329RZ3T |
| 172 | 83231SBT9FDTT |

| | |
|---|---|
| 173 | 83231832H6209 |
| 174 | 83231HMCK7PPV |
| 175 | 8323191PKJ4VN |
| 176 | 83231N4X176XD |
| 177 | 832310Y5QVXV7 |
| 178 | 832310HB76SCQ |
| 179 | 83231RQXKPGGJ |
| 180 | 8323172J8J7J8 |
| 181 | 83231PJH40PD9 |
| 182 | 8323125GK3KDB |
| 183 | 83231PVXDFS3G |
| 184 | 8323167X5Y8MM |
| 185 | 83231QJZ9G246 |
| 186 | 83231P2107MF1 |
| 187 | 83231C075J357 |
| 188 | 83231NRFQGNXX |
| 189 | 83231N5K15SBT |
| 190 | 83231387673S2 |
| 191 | 832319H5GTV83 |
| 192 | 832313GXR75QY |
| 193 | 83231339P7J23 |
| 194 | 83231X82C6VHJ |
| 195 | 832312M6KS8CZ |
| 196 | 83231SD2RB5Q0 |
| 197 | 832318TK7B223 |
| 198 | 83231PDQ630M4 |
| 199 | 83231FG63BFXS |
| 200 | 832319JP1HTB4 |
| 201 | 83231FF709XYY |
| 202 | 83231SB85MQZC |
| 203 | 83231KF108RNV |
| 204 | 832312C59VCS1 |
| 205 | 8323157N731K8 |
| 206 | 83231RF6PSZT3 |
| 207 | 832314FJPRSHS |
| 208 | 832318DQ63FK9 |
| 209 | 83231Z0J5FM0Y |
| 210 | 832317409K2FC |
| 211 | 83231263V8Y97 |
| 212 | 83231KNP1SPDQ |
| 213 | 83231KSD7J730 |
| 214 | 83231MT1VQ0Z1 |
| 215 | 83231PK27FFG8 |
| 216 | 83231C1J8XDH7 |

| | |
|---|---|
| 217 | 8323169BY5N5N |
| 218 | 83231S321196G |
| 219 | 83231mpc4z5p6 |
| 220 | 83231DF8VDSB1 |
| 221 | 83231YC9T3M8V |
| 222 | 83231NN3QXD91 |
| 223 | 83231RJ1S328G |
| 224 | 83231MDQRSY5Y |
| 225 | 832319QTF0SDD |
| 226 | 83231S35YSBHJ |
| 227 | 83231RFKF6P5B |
| 228 | 8323140DQB700 |
| 229 | 83231RVB6R8QP |
| 230 | 83231T2M900HX |
| 231 | 83231TXPSJ4RB |
| 232 | 832315TN7Z660 |
| 233 | 832319RQ2HY3Y |
| 234 | 83231KT6F3J6J |
| 235 | 83231ZY5M20X5 |
| 236 | 83231Z50F5TTN |
| 237 | 83231QSX22XVF |
| 238 | 83231BQ364GRC |
| 239 | 8323153F5PPK2 |
| 240 | 83231G1DFYSK7 |
| 241 | 832315X7QNH9K |
| 242 | 83231S3RYB492 |
| 243 | 83231CDSV0QXV |
| 244 | 83231GGF0R4X1 |
| 245 | 83231X2F372X4 |
| 246 | 83231DHN828JH |
| 247 | 83231881MV07F |
| 248 | 83231NCDM3XJG |
| 249 | 8323156BCD08C |
| 250 | 83231CGKC6B3G |
| 251 | 83231P44BVH98 |
| 252 | 83231HVP3QFY3 |
| 253 | 83231H1DQ406Z |
| 254 | 8323161JG1XMR |
| 255 | 832318MNRX566 |
| 256 | 832314DK00VBS |
| 257 | 832311C73VT4Q |
| 258 | 83231286JQPFQ |
| 259 | 83231QSRJ9MCY |
| 260 | 83231V10ZGJ57 |

| | |
|---|---|
| 261 | 83231DZNBJ0NB |
| 262 | 832317Q2PZ8XC |
| 263 | 83231GDS54TGQ |
| 264 | 832312YHKQG5Y |
| 265 | 832318JN0GXQ6 |
| 266 | 83231JHCXP763 |
| 267 | 832311GTMTJMY |
| 268 | 83231H830DD6D |
| 269 | 832317P5CYBDN |
| 270 | 83231VY3BSFSR |
| 271 | 832312C0HN32C |
| 272 | 83231Z4D3NV3T |
| 273 | 83231DFSY8SK8 |
| 274 | 83231BBNKS6YT |
| 275 | 83231RCTCJY8Q |
| 276 | 83231RHY9PKH8 |
| 277 | 83231MCDVT2C0 |
| 278 | 832311PPF9256 |
| 279 | 83231201JRV3C |
| 280 | 832316YG3P3J5 |
| 281 | 8323112QYMPF4 |
| 282 | 83231J67VS34G |
| 283 | 8323176D5QG6X |
| 284 | 8323199T3QCCQ |
| 285 | 83231T83HKHXR |
| 286 | 83231NC61XM9J |
| 287 | 83231P0GJ42FM |
| 288 | 832317M2H3DR5 |
| 289 | 832319XY21DY8 |
| 290 | 832313H6X8M0M |
| 291 | 83231YDZ3Z595 |
| 292 | 83231H73G8HHV |
| 293 | 83231CH4N8CT4 |
| 294 | 832316QGBJVP3 |
| 295 | 832313YTJ805M |
| 296 | 83231V7T8PGMM |
| 297 | 832313KGH8QM8 |
| 298 | 83231CRBTY6Z0 |
| 299 | 83231Z87FNV8G |
| 300 | 832317JQ1MJC8 |
| 301 | 832318VXVC1RX |
| 302 | 83231363BFV15 |
| 303 | 832319MJZQDBV |
| 304 | 83231F1N7XN3R |

| | |
|---|---|
| 305 | 83231BR47MMZB |
| 306 | 832313SY7HX3T |
| 307 | 83231PMYY06F3 |
| 308 | 832319K5ZFKD1 |
| 309 | 83231N9RC5HTY |
| 310 | 83231XXCRZDFB |
| 311 | 832318Y5SQD4X |
| 312 | 83231Z1XH44M6 |
| 313 | 832316M1Q7F6Y |
| 314 | 83231MP6M1DFF |
| 315 | 832316ZTST973 |
| 316 | 83231GGKMH5MN |
| 317 | 83231DRXSB8XD |
| 318 | 83231DXFY6SVQ |
| 319 | 832315XKDT2C9 |
| 320 | 8323198S77Q0N |
| 321 | 83231JN7JSGDM |
| 322 | 83231ZTSB02ZN |
| 323 | 83231ZTSB02ZN |
| 324 | 83231NFVVHY4P |
| 325 | 8323146V8R1G4 |
| 326 | 832314D05JJH5 |
| 327 | 8323155YH86TJ |
| 328 | 83231F5PF17KZ |
| 329 | 832315TJFRGZR |
| 330 | 83231YS53P76H |
| 331 | 8323125PV6GS4 |
| 332 | 83231TJF27085 |
| 333 | 832311D90MQY9 |
| 334 | 83231TMS2XVXT |
| 335 | 832316TPHT22J |
| 336 | 8323185N9BB46 |
| 337 | 83231B1PB235H |
| 338 | 83231R1NGFP09 |
| 339 | 83231ZMBX07SD |
| 340 | 83231QP740YK1 |
| 341 | 832316J95M3Z7 |
| 342 | 83231K67SX3HG |
| 343 | 83231HMTPFJQT |
| 344 | 832319GKYDD5G |
| 345 | 83231024GZZVZ |
| 346 | 83231YCH9FQ7S |
| 347 | 83231RPQZH45K |
| 348 | 832312RNNFPVF |

| | |
|---|---|
| 349 | 8323163X9QVGV |
| 350 | 83231CKFJVXKG |
| 351 | 83231DYRR46C7 |
| 352 | 83231GFNMJFVT |
| 353 | 83231PY290NQQ |
| 354 | 83231BS68M34G |
| 355 | 8323142GY5BR4 |
| 356 | 83231ZJNTGNHT |
| 357 | 832311GSQ617R |
| 358 | 832316BVG7QX0 |
| 359 | 83231GP0TP6VF |
| 360 | 83231SHKBHPCN |
| 361 | 83231PYFDY7XZ |
| 362 | 832310CTK1NGX |
| 363 | 832312VP915PK |
| 364 | 832317Y6V1T57 |
| 365 | 83231JQRZQ23K |
| 366 | 83231MRCMQFK6 |
| 367 | 832313X41H9DN |
| 368 | 83231CHK2V8HC |
| 369 | 83231N1HK1P04 |
| 370 | 83231X81GRHZK |
| 371 | 832317T0GHR5D |
| 372 | 83231NSS50DH1 |
| 373 | 83231FTQFRJN8 |
| 374 | 83231BQ07HZXQ |
| 375 | 83231PJXJDPS2 |
| 376 | 83231D6VQ300N |
| 377 | 83231TP8FT3D6 |
| 378 | 832319M79HV38 |
| 379 | 8323122ZXYT3D |
| 380 | 8323196MYYXZB |
| 381 | 83231HR2K0K90 |
| 382 | 8323108K33QDR |
| 383 | 83231NJFD7KTV |
| 384 | 83231785RYH4M |
| 385 | 832316H66BHF7 |
| 386 | 83231J218RGQB |
| 387 | 83231BNKFYC17 |
| 388 | 832318GPKTJ5P |
| 389 | 8323122P6BKNN |
| 390 | 83231G7S9KCY3 |
| 391 | 83231CM3YDRT0 |
| 392 | 83231DC91X186 |

| | |
|---|---|
| 393 | 83231HJ4TXF8B |
| 394 | 832311PY7066C |
| 395 | 83231J97YRMV0 |
| 396 | 83231BBFK03Q5 |
| 397 | 83231H8R86M7H |
| 398 | 83231MCDV3GZP |
| 399 | 83231Q4JGHNC5 |
| 400 | 83231S81XY3R2 |
| 401 | 83231DNVJ89TF |
| 402 | 83231V1N1C8N1 |
| 403 | 83231M48Z46HV |
| 404 | 83231C68J0TH5 |
| 405 | 832315fcds4s3 |
| 406 | 83231MKD1H8DV |
| 407 | 83231CY8HKZFM |
| 408 | 83231DDXTJFYZ |
| 409 | 832313SHVK4DM |
| 410 | 83231ZSGM86N1 |
| 411 | 83231MBY80NMJ |
| 412 | 832313G5TB7JR |
| 413 | 83231J5RGPVXS |
| 414 | 83231K7FB0C64 |
| 415 | 8323187C2B6CC |
| 416 | 832314PRX5XSC |
| 417 | 83231Y2M4RMNM |
| 418 | 83231B4MTRX2T |
| 419 | 83231K4XMF1R5 |
| 420 | 832313NHP7T0R |
| 421 | 83231M7XZKMNT |
| 422 | 83231VYFHHJ1D |
| 423 | 83231NKQX38Z5 |
| 424 | 83231P8X9GCV2 |
| 425 | 83231R1JVQ1ZP |
| 426 | 83231B0SRM689 |
| 427 | 83231SRJF3VJ3 |
| 428 | 83231Q94YN490 |
| 429 | 83231SX89NDMR |
| 430 | 83231N3Y0CJGF |
| 431 | 83231FGCH5V1J |
| 432 | 83231GKGM4TFQ |
| 433 | 832317TB7KN62 |
| 434 | 83231XTG4JP8N |
| 435 | 83231GZK7PBB7 |
| 436 | 832314X007ZJY |

| | |
|---|---|
| 437 | 83231Z2NPXX76 |
| 438 | 83231FGMKM6V1 |
| 439 | 832314KYDNGKJ |
| 440 | 83231H7J6HJ4D |
| 441 | 83231YZZ6659K |
| 442 | 832319797F9HB |
| 443 | 83231DS21QYTD |
| 444 | 83231X9J8K6KJ |
| 445 | 83231ZQ4P2B4Y |
| 446 | 83231MN8S03XQ |
| 447 | 83231ZZ3PKC04 |
| 448 | 83231CKTDT64N |
| 449 | 83231F5FXMR22 |
| 450 | 83231H2T188YK |
| 451 | 83231FS2PRY9Y |
| 452 | 83231ZKM8QKX1 |
| 453 | 83231CJ4PVP9R |
| 454 | 83231GG294FXB |
| 455 | 83231QYF6YTQP |
| 456 | 832319472CNB6 |
| 457 | 83231S7N3Y67F |
| 458 | 83231803CMB2C |
| 459 | 83231JVJ2VZV2 |
| 460 | 83231HHSTYDG0 |
| 461 | 83231Q54CQK3J |
| 462 | 83231CR68C2V6 |
| 463 | 83231PV43RVNP |
| 464 | 83231BSYGB2S4 |
| 465 | 83231F1C4M234 |
| 466 | 83231GN3041NR |
| 467 | 832316BN4H17D |
| 468 | 832313DMFCGH1 |
| 469 | 83231MZQTHKFZ |
| 470 | 8323186SRYMP9 |
| 471 | 832318XT5TTZM |
| 472 | 83231X1HZPS4G |
| 473 | 83231TH0QB5KK |
| 474 | 832319065RTTJ |
| 475 | 832311D5QYS6P |
| 476 | 83231680DN6RJ |
| 477 | 83231YNV3ZBDB |
| 478 | 83231BHPVNS68 |
| 479 | 83231Y95K130S |
| 480 | 83231732HN3BG |

| | |
|---|---|
| 481 | 83231QP2PBRP8 |
| 482 | 832318JQD5BF6 |
| 483 | 83231P9H1GHXT |
| 484 | 83231HRNGZKQS |
| 485 | 83231GQ5JJV2P |
| 486 | 83231SV1Z6QTJ |
| 487 | 83231NYYBH1M9 |
| 488 | 8323169D8KZQQ |
| 489 | 832318D9VG2TB |
| 490 | 83231Z1DMJ0G4 |
| 491 | 83231PDRY5SMV |
| 492 | 83231VF5RR6VP |
| 493 | 83231XNPJ1NVX |
| 494 | 83231QV430V4Z |
| 495 | 832318J80DYR6 |
| 496 | 83231V15438PP |
| 497 | 8323187PD5QPT |
| 498 | 83231S60VB54Z |
| 499 | 83231Q31J3FN5 |
| 500 | 83231ZC31HCD2 |
| 501 | 83231Y0DXPRS5 |
| 502 | 83231ZJBKXYY3 |
| 503 | 83231MV4Z9D4G |
| 504 | 8323159XS2PJY |
| 505 | 83231YH1JH0BZ |
| 506 | 83231zp2bk4k4 |
| 507 | 832310ZN9JJY7 |
| 508 | 8323165N004H5 |
| 509 | 832318D5GM4KN |
| 510 | 83231S3SDYY6F |
| 511 | 832319D9FD8N4 |
| 512 | 83231C4Z2RNDF |
| 513 | 832310DTN3HMH |
| 514 | 83231F9RYP4KV |
| 515 | 83231GRXFTT1K |
| 516 | 8323120D19TND |
| 517 | 83231BH83KCMX |
| 518 | 83231079J2CXS |
| 519 | 83231R40ZJ8RJ |
| 520 | 83231G37CMZ8Z |
| 521 | 832313Z2TMH2G |
| 522 | 83231MJMYMVXZ |
| 523 | 832314C98S3M9 |
| 524 | 83231V6Y7G9XB |

| | |
|---|---|
| 525 | 83231RJS5T31C |
| 526 | 832312Q8NTH4H |
| 527 | 83231JTS08S55 |
| 528 | 83231KY1KXKVG |
| 529 | 83231ZTG29NVH |
| 530 | 83231SHVHVQ9Q |
| 531 | 83231DTJ92ZKJ |
| 532 | 832313NCT9R5C |
| 533 | 832316SZ06DS8 |
| 534 | 83231XR8S5YBH |
| 535 | 8323173ZQN547 |
| 536 | 83231Y6Y271FK |
| 537 | 832316XPXG696 |
| 538 | 83231N3QDHH09 |
| 539 | 83231YFHZ0HDB |
| 540 | 8323118HQKF8C |
| 541 | 83231RGG9VK8G |
| 542 | 83231B6N5C5DJ |
| 543 | 8323101P8QTS4 |
| 544 | 83231ZRSY8QGC |
| 545 | 832314NQRJZM1 |
| 546 | 832315QTVK4T2 |
| 547 | 83231KV3SPTD1 |
| 548 | 83231CYF32SBR |
| 549 | 83231B357HKMQ |
| 550 | 8323188H2GY7D |
| 551 | 8323119G6P7XR |
| 552 | 8323134P3XNB5 |
| 553 | 83231JY09X9VT |
| 554 | 832319M9P4RM8 |
| 555 | 83231T1RPFRCQ |
| 556 | 83231BHRQG59R |
| 557 | 83231GXJBZYGS |
| 558 | 83231P2J15HGV |
| 559 | 83231TKZCN30R |
| 560 | 83231C72PPFXF |
| 561 | 83231ZH35M6XD |
| 562 | 83231G9VSCPKJ |
| 563 | 83231KY7Q11VZ |
| 564 | 83231KY7Q11VZ |
| 565 | 83231SH617Q91 |
| 566 | 832310B56RN22 |
| 567 | 832318K5V250P |
| 568 | 832310771D6JZ |

| | |
|---|---|
| 569 | 83231NFHSM0BH |
| 570 | 832317BV9KBMQ |
| 571 | 83231FF3V1BG9 |
| 572 | 83231YKHPRM07 |
| 573 | 832314XY25TNT |
| 574 | 83231K604209D |
| 575 | 832310PQGKBV0 |
| 576 | 832319ZJPN16X |
| 577 | 8323117NDPQNP |
| 578 | 832313C8H98PH |
| 579 | 83231YDR8XM01 |
| 580 | 8323147KK3PB5 |
| 581 | 83231PG6HP506 |
| 582 | 83231PYJVZD1B |
| 583 | 83231Q038FYRC |
| 584 | 832317M8R5070 |
| 585 | 832312YGX9FV8 |
| 586 | 83231JT68VDN4 |
| 587 | 832318X8236XS |
| 588 | 83231KY0BSVSQ |
| 589 | 832311BDQRYPS |
| 590 | 832318YPV6305 |
| 591 | 832319PTN1ZMP |
| 592 | 83231MFBSN074 |
| 593 | 83231KCG6P3Q0 |
| 594 | 83231DBZNVB2Y |
| 595 | 83231CJJHVFDV |
| 596 | 83231D356S76J |
| 597 | 83231TZ26YVCT |
| 598 | 83231TG53BBJ2 |
| 599 | 832314RPZB0GV |
| 600 | 832312KVGD2N8 |
| 601 | 83231N6HVT8YY |
| 602 | 8323151Z2V929 |
| 603 | 83231014C5J8X |
| 604 | 83231XRFYJHCP |
| 605 | 83231SZRN10SY |
| 606 | 83231HX102CHF |
| 607 | 83231TPHDKDSN |
| 608 | 83231QBJ19Q70 |
| 609 | 832315T9T4J9C |
| 610 | 83231JHRKKC36 |
| 611 | 83231F2R7ZFPC |
| 612 | 83231K4CC3Z6X |

| | |
|---|---|
| 613 | 83231RY73ZSV0 |
| 614 | 832310B0SPH74 |
| 615 | 83231FV9K4MZV |
| 616 | 83231B26PJVJK |
| 617 | 83231JX01VSGB |
| 618 | 8323138M5KK3Z |
| 619 | 83231BBYK5MSS |
| 620 | 83231QKJ0D0X3 |
| 621 | 83231T0YDBGC3 |
| 622 | 83231QPZ1HD9T |
| 623 | 8323157ZQSF57 |
| 624 | 83231YG02RQCN |
| 625 | 832313VS2ZPYQ |
| 626 | 832310FQ064XY |
| 627 | 832310BPBQ692 |
| 628 | 83231NBCR05ZR |
| 629 | 83231JD4ZRMDM |
| 630 | 83231DG96G5MQ |
| 631 | 8323122TJHNN6 |
| 632 | 83231CM7R3ZC1 |
| 633 | 832317N0B720M |
| 634 | 83231Y33G08DG |
| 635 | 83231XSP86Q2N |
| 636 | 832317HPCQ877 |
| 637 | 832312Z85KSHF |
| 638 | 83231F93Q1JTZ |
| 639 | 83231YSMHJTXN |
| 640 | 832311QTKP101 |
| 641 | 83231DP1B2X21 |
| 642 | 83231ZVVCF69M |
| 643 | 83231GJ8S0Y6T |
| 644 | 83231G768JQ32 |
| 645 | 83231Y1K0XDJC |
| 646 | 83231CJ4M09MM |
| 647 | 832313SFKK1F2 |
| 648 | 832317VZZC4NR |
| 649 | 832317JR11NMH |
| 650 | 83231NV4DVQ6K |
| 651 | 83231ST00KZKT |
| 652 | 83231XMQMVZKF |
| 653 | 83231BVPNPD1J |
| 654 | 83231YBBMKNC8 |
| 655 | 8323106YZ4Q9C |
| 656 | 83231R67SXF83 |

| | |
|---|---|
| 657 | 8323116C6YY08 |
| 658 | 832314X5TZ5V8 |
| 659 | 83231C0VRMZR7 |
| 660 | 83231JJSN6V24 |
| 661 | 832310D8RB4BN |
| 662 | 8323128GY3PB6 |
| 663 | 83231NRSXHTDP |
| 664 | 83231Z1S36KGR |
| 665 | 83231Z2P6YY1D |
| 666 | 83231G0JHJ88M |
| 667 | 83231SJQGBKDR |
| 668 | 83231300JFF06 |
| 669 | 832319C563QG4 |
| 670 | 83231BYVTY7F8 |
| 671 | 83231PJTRDTS9 |
| 672 | 832312QP1FNCH |
| 673 | 83231KHSJBPTD |
| 674 | 832318HJ324GQ |
| 675 | 832312S2BHXCC |
| 676 | 83231RMCC747G |
| 677 | 832314K8KXCKP |
| 678 | 83231S7QCTNQ6 |
| 679 | 83231T9H4YC9Z |
| 680 | 83231BKKGFMXT |
| 681 | 83231JC76J4X1 |
| 682 | 83231MP088T8Q |
| 683 | 832317Q6BPMHM |
| 684 | 83231K7MRFG63 |
| 685 | 832313FR3TYVP |
| 686 | 83231N47J69YX |
| 687 | 832311HPHQ97D |
| 688 | 83231GVXNVVTC |
| 689 | 83231SRGYDX6K |
| 690 | 83231CXPMCVQP |
| 691 | 8323147HHPBSB |
| 692 | 832316NMYSKTK |
| 693 | 8323199BCJF63 |
| 694 | 83231XD1S3P2Z |
| 695 | 83231D9KXHZCS |
| 696 | 83231HDMNJF61 |
| 697 | 83231G0XM6Y28 |
| 698 | 832310PGJYDPV |
| 699 | 832316FS7VGCC |
| 700 | 83231CHG328XF |

| | |
|---|---|
| 701 | 83231647FY92V |
| 702 | 83231H752854Z |
| 703 | 83231GG8M0FC1 |
| 704 | 83231B469HRQ6 |
| 705 | 8323134FMNGPZ |
| 706 | 832311PMRJPHN |
| 707 | 83231B1NXMKJ8 |
| 708 | 832319Y7YBN47 |
| 709 | 8323106MBQVRK |
| 710 | 83231C4TFR6MG |
| 711 | 83231C4PQ4Y52 |
| 712 | 83231MNPKZYN9 |
| 713 | 83231HKDRGPG3 |
| 714 | 83231P1BSBGY9 |
| 715 | 83231Z11YQDHV |
| 716 | 83231G2ZPS7KD |
| 717 | 83231BXTX803G |
| 718 | 83231MKJ6NZQ5 |
| 719 | 8323180K296PH |
| 720 | 83231NJG12X22 |
| 721 | 832311KXZN2P2 |
| 722 | 83231HKPD4V0G |
| 723 | 832317VTH9SRN |
| 724 | 83231XPQJX9H3 |
| 725 | 83231X6QCTC2T |
| 726 | 8323189BVC73H |
| 727 | 832310ZQP0NZJ |
| 728 | 83231374T3DJB |
| 729 | 832316JX7T9ZX |
| 730 | 83231Z217S77T |
| 731 | 83231ND9ZH7DJ |
| 732 | 8323113XXRVFY |
| 733 | 832310J0B1PSZ |
| 734 | 83231G8H5M045 |
| 735 | 83231S9GP6RX2 |
| 736 | 832316G94P4TT |
| 737 | 832314R57B5C4 |
| 738 | 83231MFCNCGK7 |
| 739 | 83231P1RZ4SQ2 |
| 740 | 83231CP0QM2FQ |
| 741 | 83231RTRRD09F |
| 742 | 83231H7S9C6C0 |
| 743 | 832317NQR7S6Y |
| 744 | 832315MX7V9FN |

| | |
|---|---|
| 745 | 83231QXPM7SFQ |
| 746 | 83231GRJ0S7KB |
| 747 | 83231HTMKT42M |
| 748 | 8323130NPNZGK |
| 749 | 83231KM984Z1P |
| 750 | 832310NV966V5 |
| 751 | 83231R2BNNQQJ |
| 752 | 83231F7KGVD52 |
| 753 | 832314Q17DTGT |
| 754 | 83231Q5ZH1VGB |
| 755 | 8323128RTK1J5 |
| 756 | 83231G2KGBCN2 |
| 757 | 83231V9JGGY71 |
| 758 | 83231RKNB219H |
| 759 | 832313QYX9FQZ |
| 760 | 83231JN1CYBC0 |
| 761 | 83231QMZ5G7MJ |
| 762 | 83231F11C1RZK |
| 763 | 83231ZJCYS5DF |
| 764 | 83231MVKQ5V3N |
| 765 | 83231T4G93CJZ |
| 766 | 83231H923FHXG |
| 767 | 8323158YRD03F |
| 768 | 83231PNMX8VDY |
| 769 | 832318F5TC5YM |
| 770 | 832310XFHFK99 |
| 771 | 8323134S1CHK2 |
| 772 | 83231D1902FF4 |
| 773 | 83231ZJQ8PQDS |
| 774 | 83231P3VZQ0JV |
| 775 | 83231XR98YCD0 |
| 776 | 83231426B166F |
| 777 | 83231ZB2JGX49 |
| 778 | 83231TMKVXJFY |
| 779 | 83231DC2BX2TM |
| 780 | 83231N4TKM344 |
| 781 | 83231F6C4D5DF |
| 782 | 83231YR99M256 |
| 783 | 83231B9ZKKKDQ |
| 784 | 832316RFQ5B0J |
| 785 | 83231X7DNF714 |
| 786 | 83231XV339QY1 |
| 787 | 83231R707D57F |
| 788 | 8323126HN65CC |

| | |
|---|---|
| 789 | 83231HR8HZ428 |
| 790 | 832316FM5MYCK |
| 791 | 83231PVFPG500 |
| 792 | 83231XDMVMP8P |
| 793 | 83231MTRB1T6Y |
| 794 | 83231XH746F9K |
| 795 | 8323115405X02 |
| 796 | 8323139FB290S |
| 797 | 83231DXMXKRDZ |
| 798 | 832313SB86JSJ |
| 799 | 83231N2BGPF7Z |
| 800 | 83231BF7HVNZ2 |
| 801 | 832314VHMYF38 |
| 802 | 83231XG2G49YV |
| 803 | 83231G2T1D3K1 |
| 804 | 8323173F8V8N2 |
| 805 | 83231Y6QJG3VN |
| 806 | 83231XZJBRNN4 |
| 807 | 832317TGVSJYX |
| 808 | 83231MKQK8S9H |
| 809 | 83231BPXSYZDQ |
| 810 | 83231JR3Y5GYB |
| 811 | 83231H62ZD40B |
| 812 | 83231CZN8VJ1C |
| 813 | 83231JGFZ3G8S |
| 814 | 8323119S8XCH2 |
| 815 | 832312889F9T5 |
| 816 | 832315MH1R1VQ |
| 817 | 8323117RS74F8 |
| 818 | 832319J2MC5Q6 |
| 819 | 832310KG634TX |
| 820 | 8323121JVR3PT |
| 821 | 8323177CBNP6C |
| 822 | 83231JY983QKF |
| 823 | 83231TMDPHR4Q |
| 824 | 8323173117K8K |
| 825 | 83231YHV26T09 |
| 826 | 83231CQJB9VHJ |
| 827 | 8323121N3DBM1 |
| 828 | 832311PZ4RMPV |
| 829 | 832318QSKSTNT |
| 830 | 83231HFFJ3428 |
| 831 | 8323117Y7703K |
| 832 | 83231VZR0NKH3 |

| | |
|---|---|
| 833 | 832310369RBFG |
| 834 | 83231M5FN5SZR |
| 835 | 832315VN9MKDZ |
| 836 | 83231VD1D3BQ9 |
| 837 | 83231MQP7PST8 |
| 838 | 83231QDJNYV43 |
| 839 | 832318YGK1D33 |
| 840 | 83231VVMXZY68 |
| 841 | 83231JVKN7FTT |
| 842 | 83231YTTJKVDJ |
| 843 | 832313PB0ZCM3 |
| 844 | 832315XBX5B91 |
| 845 | 832314JMVTH67 |
| 846 | 83231M7D0XNKG |
| 847 | 83231JS6SK99H |
| 848 | 83231T59PBXGJ |
| 849 | 83231CHSVYJ00 |
| 850 | 83231QZF2S677 |
| 851 | 83231H5634PMQ |
| 852 | 83231GCTHDP6V |
| 853 | 83231Z8YZPN6T |
| 854 | 83231JK33YDVY |
| 855 | 83231HH7PJZXY |
| 856 | 83231CBKC77GC |
| 857 | 8323191CG5DY4 |
| 858 | 832312HK6F2TV |
| 859 | 83231NH0S864Y |
| 860 | 832314FX7ZN8H |
| 861 | 832311NH10TZ3 |
| 862 | 832319YCV7NPC |
| 863 | 832318ZYR3Q0F |
| 864 | 83231RMYQ07CX |
| 865 | 83231SVV8DPY2 |
| 866 | 83231QB34TKF6 |
| 867 | 83231306CN442 |
| 868 | 832317R28MST1 |
| 869 | 83231Y2RDGGNB |
| 870 | 83231YV4V3FS6 |
| 871 | 83231Z5FSGJ1Z |
| 872 | 8323128ZPM5QT |
| 873 | 83231CT16DYXF |
| 874 | 83231YKRGCT5R |
| 875 | 83231898FCRSJ |
| 876 | 83231JRKP56ZX |

| | |
|---|---|
| 877 | 83231P6PJKRMF |
| 878 | 8323169MG2YXJ |
| 879 | 83231JHDS2F3N |
| 880 | 83231P9X4J4P3 |
| 881 | 832311H321TR5 |
| 882 | 83231GSK8Y8T2 |
| 883 | 83231JDHBQ61P |
| 884 | 832318G3K0CJ5 |
| 885 | 83231RFRQPN8M |
| 886 | 83231PYD9YYJP |
| 887 | 83231JN1DFPZP |
| 888 | 83231QN87NK2C |
| 889 | 832310MQV6F3Q |
| 890 | 83231HDF8NNXQ |
| 891 | 83231F5YJKVQF |
| 892 | 832313M9VSJXN |
| 893 | 83231JCYVJ0Q8 |
| 894 | 832314B8RJMT6 |
| 895 | 832317315QF9D |
| 896 | 83231GDRMYDQK |
| 897 | 832315C6TRPTF |
| 898 | 83231GBTR090V |
| 899 | 832317TKMJR64 |
| 900 | 832317G7VFFX0 |
| 901 | 83231MQY4YTPG |
| 902 | 832312GQ5R80K |
| 903 | 83231NQ26Q9KB |
| 904 | 83231S2ZT6P01 |
| 905 | 832316B2H75S6 |
| 906 | 83231N8ZFXT0V |
| 907 | 83231SRS668HY |
| 908 | 83231Y9735MY2 |
| 909 | 83231H8Y1H9C2 |
| 910 | 832318R9Z8HX5 |
| 911 | 83231TCZ68Y2J |
| 912 | 83231JBMFF4RP |
| 913 | 83231MQD7G26Y |
| 914 | 832310TGBB45Q |
| 915 | 83231HS8Q978K |
| 916 | 83231DCQZ75SJ |
| 917 | 832316MH41X8N |
| 918 | 83231G927807C |
| 919 | 83231D8RN2SZJ |
| 920 | 83231R29BQYR1 |

| | |
|---|---|
| 921 | 8323137S23Q11 |
| 922 | 83231B1942QMP |
| 923 | 832310T63T580 |
| 924 | 83231B3BR67KH |
| 925 | 832311Z3831T9 |
| 926 | 83231B5457JNQ |
| 927 | 832312XZKC3CR |
| 928 | 83231S29TBSG9 |
| 929 | 83231V4FN1Y6M |
| 930 | 83231S5VQD3CK |
| 931 | 832313NRVQFN4 |
| 932 | 832314G8J1625 |
| 933 | 83231FKZBJD1F |
| 934 | 83231GK6G443Z |
| 935 | 83231PPNX5J0Y |
| 936 | 832317DHFSKTQ |
| 937 | 83231JFY4CRJB |
| 938 | 832313R3HXFJJ |
| 939 | 83231FQH4Z72P |
| 940 | 832319Y1JM0BF |
| 941 | 83231XD57RK75 |
| 942 | 83231GKXFBBRX |
| 943 | 83231JV4PPGQ0 |
| 944 | 83231Q4R45T9F |
| 945 | 832312MBRM1CD |
| 946 | 83231RTP6HH8M |
| 947 | 83231JYPK4H3C |
| 948 | 832314D090H6Y |
| 949 | 83231H9VQZ9CR |
| 950 | 832313TDFJKYY |
| 951 | 83231PKCBTXZ7 |
| 952 | 83231H92FPYSZ |
| 953 | 83231NZZ4GN2K |
| 954 | 83231SZHK0NRD |
| 955 | 83231BKGNX0JJ |
| 956 | 83231JGRYJ021 |
| 957 | 83231HNCSRKT9 |
| 958 | 83231YDYNJX1Y |
| 959 | 832317Z8THY9M |
| 960 | 83231B7SY61D0 |
| 961 | 83231B57R85FP |
| 962 | 83231JRJ7XHBS |
| 963 | 83231m62cry50 |
| 964 | 83231J6NCCB66 |

| | |
|---|---|
| 965 | 832316CDHBY09 |
| 966 | 832313RHCN5PN |
| 967 | 83231CFNNXC11 |
| 968 | 832313B6X6224 |
| 969 | 832318ZYMP1RV |
| 970 | 83231Q0NPXFHK |
| 971 | 83231GFYZ3ZQG |
| 972 | 83231MDVS6B4F |
| 973 | 83231XVS8S0J9 |
| 974 | 83231Q4ZGX9T4 |
| 975 | 83231C52519RF |
| 976 | 83231MBRN0265 |
| 977 | 83231VK6DQ8QP |
| 978 | 83231252QXYZV |
| 979 | 832311ZBRMZTV |
| 980 | 83231X0TC3MYD |
| 981 | 832310434N97S |
| 982 | 83231FVRMG0MZ |
| 983 | 83231FF1HJRT3 |
| 984 | 83231V8B3BY8C |
| 985 | 832310BFK7299 |
| 986 | 83231CRKJN0YD |
| 987 | 83231PXZ90JQ6 |
| 988 | 83231CMCTHXQS |
| 989 | 83231PNYKT350 |
| 990 | 83231TXST90JV |
| 991 | 83231VYNPJMCS |
| 992 | 83231R1XY5FR1 |
| 993 | 83231Z31JDCVP |
| 994 | 832315R9P7JR6 |
| 995 | 832316RG825D2 |
| 996 | 832315N7QPMK1 |
| 997 | 83231H2K8H78Y |
| 998 | 8323105M3VZZ6 |
| 999 | 8323166J7BSBS |
| 1000 | 83231RNVF6MS9 |
| 1001 | 83231N6B3SSMR |
| 1002 | 83231XVCGDCKJ |
| 1003 | 83231TP8775SY |
| 1004 | 83231GJMZ9K0F |
| 1005 | 832316XYX1JGZ |
| 1006 | 83231GDDBN8R5 |
| 1007 | 83231T1H3CYM8 |
| 1008 | 83231XFXV9Y5H |

| | |
|---|---|
| 1009 | 83231BQXXJM93 |
| 1010 | 832317ZMY5PQR |
| 1011 | 83231SHDTDCRZ |
| 1012 | 83231D82TRN06 |
| 1013 | 83231DJDK45C8 |
| 1014 | 83231CN98NGPF |
| 1015 | 83231KBMNSGSV |
| 1016 | 83231FNR6HK6X |
| 1017 | 8323174T9ZD3G |
| 1018 | 832315F6DT5Y9 |
| 1019 | 832316CD2252X |
| 1020 | 83231PYN3RY8Y |
| 1021 | 8323166JP9N63 |
| 1022 | 83231SPDFYT96 |
| 1023 | 83231CYGRHGNP |
| 1024 | 83231J4DVXNYV |
| 1025 | 832310YZB8NMB |
| 1026 | 83231JXV4SHYX |
| 1027 | 83231SNQ2V91H |
| 1028 | 83231Q0J953VS |
| 1029 | 83231JD56ZZG6 |
| 1030 | 83231207JVHPB |
| 1031 | 83231TF20SRX0 |
| 1032 | 83231GG76CTR0 |
| 1033 | 832316YX8K0VP |
| 1034 | 832310TCN24Y2 |
| 1035 | 832310HGY2S0F |
| 1036 | 832311K9645RB |
| 1037 | 8323102DFGFMK |
| 1038 | 832315NDVD31V |
| 1039 | 83231VRQ5G39N |
| 1040 | 832316M181BY2 |
| 1041 | 8323113X3YD53 |
| 1042 | 83231Q4TX9SCS |
| 1043 | 83231T5FDP4MV |
| 1044 | 83231D26J2K0Y |
| 1045 | 83231GQCCZ950 |
| 1046 | 83231CNGMHTHF |
| 1047 | 8323110K9MSHF |
| 1048 | 83231DQXM832V |
| 1049 | 83231NJHRC5KH |
| 1050 | 83231QGRJ00R9 |
| 1051 | 83231P7X4MNMK |
| 1052 | 83231X6QQ2KYD |

| | |
|---|---|
| 1053 | 83231SK682BYB |
| 1054 | 83231TRB530NR |
| 1055 | 8323134TV5TM3 |
| 1056 | 8323116MR8P4C |
| 1057 | 83231FG7GK8XD |
| 1058 | 83231QCCXY7B2 |
| 1059 | 83231GC0GZB0K |
| 1060 | 83231X27R74CF |
| 1061 | 83231QHV589DX |
| 1062 | 83231B4C76F65 |
| 1063 | 83231CY8STFXZ |
| 1064 | 83231GGKV5VJP |
| 1065 | 8323110CM52FB |
| 1066 | 83231NHG6TZCH |
| 1067 | 83231VDR1DX7F |
| 1068 | 832311Q5Z999X |
| 1069 | 832314B0NZ3JH |
| 1070 | 832310GZJMM4T |
| 1071 | 83231Q0786ZBZ |
| 1072 | 832316RRH9078 |
| 1073 | 8323117K3FTP5 |
| 1074 | 83231311QKZQC |
| 1075 | 83231FZ1XND46 |
| 1076 | 83231TYR2S7ZP |
| 1077 | 83231NH6Q4J1R |
| 1078 | 83231RJ917Z21 |
| 1079 | 83231C9Y3RB5H |
| 1080 | 83231TB1BX3QY |
| 1081 | 83231CYD83P9F |
| 1082 | 83231DPFZ7KY3 |
| 1083 | 83231HNMVZBBK |
| 1084 | 83231V43S7GC2 |
| 1085 | 832310NTZF9DG |
| 1086 | 8323192V8KN6T |
| 1087 | 83231F7XKBNPR |
| 1088 | 832316CSMH5QS |
| 1089 | 83231YX5MRK79 |
| 1090 | 83231XVPQFH8Q |
| 1091 | 83231VHMN82QD |
| 1092 | 832311RX3DKMB |
| 1093 | 832311T0MFKXZ |
| 1094 | 8323139CD68HZ |
| 1095 | 83231BB3KX9MG |
| 1096 | 83231FPTJ2JNN |

| | |
|---|---|
| 1097 | 8323178FHTZ29 |
| 1098 | 83231XSMY07NM |
| 1099 | 83231SH7J7B6J |
| 1100 | 83231D3BPY7VS |
| 1101 | 83231FQZSX9Z5 |
| 1102 | 83231KV2RYNHX |
| 1103 | 83231XKJZR8R5 |
| 1104 | 83231ZJZB1MBD |
| 1105 | 832317JD80Y16 |
| 1106 | 83231YGPN7PXM |
| 1107 | 83231ZD38DXNQ |
| 1108 | 832317BR9RPVF |
| 1109 | 83231J4HJCGYX |
| 1110 | 83231MZGJJVD4 |
| 1111 | 83231GRV4XVT7 |
| 1112 | 83231Y6VC4408 |
| 1113 | 832316TYDSC01 |
| 1114 | 83231ZC5KMC52 |
| 1115 | 83231RMMCDX2M |
| 1116 | 83231PQS9MKDG |
| 1117 | 83231J0Q49NGX |
| 1118 | 832314Z4DG191 |
| 1119 | 83231C1Q7FF4S |
| 1120 | 832314M4QDB62 |
| 1121 | 8323195ZDG2SD |
| 1122 | 8323106R550MN |
| 1123 | 83231RJ024GD9 |
| 1124 | 83231HZ3Z08ZJ |
| 1125 | 832316ZD75F81 |
| 1126 | 832317J6R9153 |
| 1127 | 83231TPN6Q6MK |
| 1128 | 83231F22CCTK6 |
| 1129 | 83231ZVTVNKQ4 |
| 1130 | 83231P1V2X8VZ |
| 1131 | 832317X7VSC6Q |
| 1132 | 83231GRSDZBBN |
| 1133 | 83231MPJF2811 |
| 1134 | 83231R47PP3X7 |
| 1135 | 832318XJH3899 |
| 1136 | 83231336ZMG51 |
| 1137 | 83231R5T7X7SK |
| 1138 | 83231B6D47J1G |
| 1139 | 83231BKZ3D5YZ |
| 1140 | 832312T86TR4X |

| | |
|---|---|
| 1141 | 832317QPK9CC1 |
| 1142 | 8323197XCM5K8 |
| 1143 | 8323110BCHDKZ |
| 1144 | 832313XF47DFY |
| 1145 | 8323184F8NN4H |
| 1146 | 832314Y6531QV |
| 1147 | 83231G3YV8SXX |
| 1148 | 83231HXK502NK |
| 1149 | 83231GBZ76SF7 |
| 1150 | 83231XGV5FVC3 |
| 1151 | 83231609KHDVN |
| 1152 | 83231YFYY3BMY |
| 1153 | 83231467BVJ6Y |
| 1154 | 83231NGCBV2Q6 |
| 1155 | 832316GF7G54R |
| 1156 | 83231Y4GGMSKK |
| 1157 | 8323105Z6S3JJ |
| 1158 | 83231RC7HJ20Q |
| 1159 | 83231JTTD4RG2 |
| 1160 | 832318JY8C68Q |
| 1161 | 832317TN2TD0X |
| 1162 | 8323164YK308H |
| 1163 | 832313DH3P02M |
| 1164 | 83231213TQXR2 |
| 1165 | 83231S6GKTFFF |
| 1166 | 832316GJKTQGQ |
| 1167 | 83231Y8GGDTNS |
| 1168 | 8323138T4MZ18 |
| 1169 | 8323180ZFM2HF |
| 1170 | 832312MC2SQT6 |
| 1171 | 83231TZ5XTY22 |
| 1172 | 83231KRDPTF29 |
| 1173 | 83231TYS6CM7C |
| 1174 | 83231R70X8HTF |
| 1175 | 832317FBKTY56 |
| 1176 | 83231FV7PXJCS |
| 1177 | 83231ST8YB73Z |
| 1178 | 83231Q2343QHV |
| 1179 | 8323181G2Q9J9 |
| 1180 | 832313XFXVGM7 |
| 1181 | 83231X7MYB1G5 |
| 1182 | 83231CQBBMBR3 |
| 1183 | 832314894P7S7 |
| 1184 | 832315XY51GXH |

| | |
|---|---|
| 1185 | 832319DJ2N9Y9 |
| 1186 | 83231XFF4QZHS |
| 1187 | 83231R33QGDKH |
| 1188 | 83231BHY6JPH8 |
| 1189 | 832318JT0Q8Q3 |
| 1190 | 832314RZ4SGYS |
| 1191 | 832310DKH0BJM |
| 1192 | 832313BTV4JBR |
| 1193 | 83231N5Y99NG8 |
| 1194 | 83231RNYMYJG1 |
| 1195 | 83231R6MTHR0P |
| 1196 | 83231BKVTRJ8Y |
| 1197 | 832315YH4H6TH |
| 1198 | 83231KV79BK2V |
| 1199 | 83231K19HRFC7 |
| 1200 | 83231D3CXTXNB |
| 1201 | 832310G9J58N3 |
| 1202 | 83231HNGB1XNG |
| 1203 | 83231HZXNVFR1 |
| 1204 | 83231MJGZHC63 |
| 1205 | 832313NY3J809 |
| 1206 | 83231HF8Y9JGZ |
| 1207 | 83231SQNJJBKT |
| 1208 | 8323120TQKFC4 |
| 1209 | 83231DM0N7KHP |
| 1210 | 8323187F9M39B |
| 1211 | 83231XYNN6697 |
| 1212 | 83231D5SJ8G9T |
| 1213 | 83231YDGPGXXX |
| 1214 | 83231Z1KFDY0R |
| 1215 | 83231QTZXSP33 |
| 1216 | 83231S4Q4RDZ2 |
| 1217 | 83231K3XGRCJ0 |
| 1218 | 83231YBNNH99N |
| 1219 | 83231M61ZP5MC |
| 1220 | 83231FRCP1JY1 |
| 1221 | 83231J462RHPG |
| 1222 | 83231CQYR393S |
| 1223 | 83231370807FK |
| 1224 | 83231FZDGPHNY |
| 1225 | 83231RZ4TTKDK |
| 1226 | 83231DC3YN404 |
| 1227 | 832316X60HSRC |
| 1228 | 83231FKNMFY59 |

| | |
|---|---|
| 1229 | 832316CTF3QF6 |
| 1230 | 83231B9R5FPHB |
| 1231 | 83231MG6VYZY9 |
| 1232 | 832311Z46PZ73 |
| 1233 | 83231KF9QT5ZG |
| 1234 | 83231CT8Y80TM |
| 1235 | 83231RZJY5B28 |
| 1236 | 8323134V0S54J |
| 1237 | 832318XT20G37 |
| 1238 | 832315GPXTXFB |
| 1239 | 8323159FRJBZB |
| 1240 | 83231Q9VRKRBG |
| 1241 | 83231DXVSFYCG |
| 1242 | 8323102X0VTXY |
| 1243 | 83231M4QVQ6JJ |
| 1244 | 83231P6P4PFN6 |
| 1245 | 8323160SKGHKP |
| 1246 | 83231VR84YX0P |
| 1247 | 83231G79QH38H |
| 1248 | 83231G7QX1YX7 |
| 1249 | 83231XMJ8M5GV |
| 1250 | 83231NYBCXBG4 |
| 1251 | 832313S4M7GY1 |
| 1252 | 83231B3C64KX0 |
| 1253 | 83231VQY6N384 |
| 1254 | 83231KRYG94R5 |
| 1255 | 8323160J93N0Y |
| 1256 | 83231DPS3XVZR |
| 1257 | 832314G81ZFM6 |
| 1258 | 832315JFZH02B |
| 1259 | 832311YGMDHH3 |
| 1260 | 83231N533BBHB |
| 1261 | 83231H2VPC5B8 |
| 1262 | 83231F08GYNVX |
| 1263 | 83231Z0QMJQ92 |
| 1264 | 83231DCF6T6JD |
| 1265 | 83231FVV1JMG9 |
| 1266 | 83231GV40ZHJB |
| 1267 | 83231TMHTPN5Q |
| 1268 | 83231R5RXV97M |
| 1269 | 83231XX5BMK8V |
| 1270 | 832315496tmdm |
| 1271 | 83231K3YKRQJC |
| 1272 | 83231PX446YYK |

| | |
|---|---|
| 1273 | 832317YBX5PG8 |
| 1274 | 8323142PJ5H0F |
| 1275 | 83231XFRDTVST |
| 1276 | 83231BY1T1V91 |
| 1277 | 83231F1XSVBNZ |
| 1278 | 832313F49ZGBJ |
| 1279 | 83231CS7K5FJP |
| 1280 | 83231YZYT0MKB |
| 1281 | 83231FCC5R4HG |
| 1282 | 8323116F07YJ8 |
| 1283 | 83231C50XV7ZN |
| 1284 | 83231PY4DNDJ3 |
| 1285 | 83231510HXV2N |
| 1286 | 83231Q1DDYNH2 |
| 1287 | 83231D5H11D6Z |
| 1288 | 83231FQJHSJS1 |
| 1289 | 832314JC7XPYT |
| 1290 | 832312MD11XSQ |
| 1291 | 83231TDH4YB4Q |
| 1292 | 8323108YMD3KS |
| 1293 | 83231XHP05PH2 |
| 1294 | 832318R36YB45 |
| 1295 | 832315F3QFHYH |
| 1296 | 83231V2099C8R |
| 1297 | 83231VYCH3KFN |
| 1298 | 83231RDPF89BZ |
| 1299 | 8323103KB6RRJ |
| 1300 | 832310GQTSQHJ |
| 1301 | 832317GQV6Z5C |
| 1302 | 832316BYNSTKV |
| 1303 | 83231C2YVQR9Y |
| 1304 | 83231T2MHPDMB |
| 1305 | 83231F2VD0Q18 |
| 1306 | 83231CRQ2Q266 |
| 1307 | 83231F644YZ08 |
| 1308 | 832313CPBT22P |
| 1309 | 832319Q0GQ1NK |
| 1310 | 832311CRT27SZ |
| 1311 | 832310B3CK0VJ |
| 1312 | 83231FVJHRP9Z |
| 1313 | 832315D0VCBXN |
| 1314 | 83231RXDDQZ81 |
| 1315 | 83231YJFR5R1S |
| 1316 | 83231V4QYQX9Q |

| | |
|---|---|
| 1317 | 8323165XJJFF0 |
| 1318 | 83231GPJ8VBR8 |
| 1319 | 83231ZT9CMZC1 |
| 1320 | 832318ZR3CT6S |
| 1321 | 83231MCZ34QVQ |
| 1322 | 83231Q0F4PGK7 |
| 1323 | 832318D8V2GNX |
| 1324 | 83231YPHK4SYH |
| 1325 | 83231V9Z807MR |
| 1326 | 83231X6045K71 |
| 1327 | 83231ZSDSY72M |
| 1328 | 832310BY0K106 |
| 1329 | 83231ZQH3Q61Q |
| 1330 | 83231DX892RPX |
| 1331 | 83231PCNX98MR |
| 1332 | 83231Y9CV4366 |
| 1333 | 83231X2Q6DSJB |
| 1334 | 832314MZDR69Y |
| 1335 | 83231483MKT61 |
| 1336 | 83231KYSGHJCJ |
| 1337 | 83231553XYV10 |
| 1338 | 832319NHNQHH8 |
| 1339 | 83231QKV4PCS9 |
| 1340 | 832314X1D6V47 |
| 1341 | 83231YRSSHBZ9 |
| 1342 | 83231HHDQHM55 |
| 1343 | 832315XXBRPXC |
| 1344 | 832318BFY1QF9 |
| 1345 | 83231P6PB5F8Y |
| 1346 | 83231MPHN7VHK |
| 1347 | 83231S5H0Z2HN |
| 1348 | 83231780YKT6P |
| 1349 | 83231ZHR7DS80 |
| 1350 | 832316S3Z75K1 |
| 1351 | 832316BDX3TM1 |
| 1352 | 83231SNXYB7Z9 |
| 1353 | 83231PK320FCT |
| 1354 | 83231ZVS79F3V |
| 1355 | 8323103D60T9Q |
| 1356 | 8323157T5K71N |
| 1357 | 83231TTZMS49Y |
| 1358 | 83231B6B5P5ZC |
| 1359 | 83231KF63CMRH |
| 1360 | 83231SGN70S72 |

| | |
|---|---|
| 1361 | 8323125XQ3X38 |
| 1362 | 83231C7KVQ50S |
| 1363 | 832314Z3QTBJ4 |
| 1364 | 83231HBVD38MZ |
| 1365 | 83231XDD44313 |
| 1366 | 83231DNC1N6DG |
| 1367 | 83231RK78M5HV |
| 1368 | 832310XMHDCVY |
| 1369 | 83231TMBBCR1B |
| 1370 | 83231QGR78ZGR |
| 1371 | 83231FVDVD23X |
| 1372 | 83231Q3X99C4N |
| 1373 | 83231SRNQ638C |
| 1374 | 832311T4VCYV6 |
| 1375 | 832314F6BNVVF |
| 1376 | 83231PT163MG9 |
| 1377 | 83231VHM1BHHN |
| 1378 | 83231DJC1DHDM |
| 1379 | 83231S43DD4YB |
| 1380 | 83231VB175MXF |
| 1381 | 83231M8K8NZZK |
| 1382 | 8323188STXPCH |
| 1383 | 83231DJRJNT25 |
| 1384 | 832310Q0Q1HPD |
| 1385 | 83231ZBKX5JH1 |
| 1386 | 83231J7PBM4HC |
| 1387 | 8323113FHQCDY |
| 1388 | 83231S31C5HV6 |
| 1389 | 83231X15T93RR |
| 1390 | 83231XSCQDYSD |
| 1391 | 83231YMD8TB9R |
| 1392 | 83231F5CM74D8 |
| 1393 | 83231JD4CJKJV |
| 1394 | 83231KTR3S0ZQ |
| 1395 | 83231M9BX6K4C |
| 1396 | 83231J61NYCK0 |
| 1397 | 8323102V75255 |
| 1398 | 83231GNHCTH7S |
| 1399 | 83231NBYG8CQZ |
| 1400 | 832315H4QMV4B |
| 1401 | 83231JDKBKTJD |
| 1402 | 832312HDHRK9M |
| 1403 | 83231BY9JCBQS |
| 1404 | 832316J61SG3F |

| | |
|---|---|
| 1405 | 83231JF7Q0B7M |
| 1406 | 832317BNYZB0X |
| 1407 | 832312F0KH9X0 |
| 1408 | 83231MK76B23P |
| 1409 | 832317Z82JRX8 |
| 1410 | 83231S4JB6J9F |
| 1411 | 83231P55CT56Q |
| 1412 | 832310VDMBZBV |
| 1413 | 83231GF4V4Z8R |
| 1414 | 8323175YR20KR |
| 1415 | 832317D8CK7B5 |
| 1416 | 83231SS2045S4 |
| 1417 | 83231Q9PGZ206 |
| 1418 | 83231PPGSDRKG |
| 1419 | 83231X8G92MSR |
| 1420 | 83231382PJ4S9 |
| 1421 | 83231TB26XKRD |
| 1422 | 83231XVS98SJH |
| 1423 | 83231J2NSVSC4 |
| 1424 | 83231N05D781B |
| 1425 | 832317VX2K49Y |
| 1426 | 83231SB92GDQ3 |
| 1427 | 83231N5FZP0B5 |
| 1428 | 83231TB6FYKHD |
| 1429 | 832316M4SDDFD |
| 1430 | 83231QN1RH01J |
| 1431 | 83231DYTJX1V8 |
| 1432 | 832318PSN8VQ4 |
| 1433 | 83231G514KNX6 |
| 1434 | 83231RJCPZPPV |
| 1435 | 83231V37KXH4V |
| 1436 | 83231CM84C255 |
| 1437 | 83231QSFK0RJY |
| 1438 | 83231Q640B797 |
| 1439 | 83231BVFTD068 |
| 1440 | 83231YG541CNP |
| 1441 | 83231YDN9VJNF |
| 1442 | 83231551HG3FG |
| 1443 | 832312ZDGH9RD |
| 1444 | 83231VBJ7K7X8 |
| 1445 | 83231G4HM5S2V |
| 1446 | 83231HSYR74TG |
| 1447 | 83231JCPBV4QC |
| 1448 | 83231JNFPSSYC |

| | |
|---|---|
| 1449 | 83231DZTJSZ73 |
| 1450 | 832314ZPQKCGK |
| 1451 | 83231X68HS85R |
| 1452 | 8323105ZV38Q1 |
| 1453 | 83231J59Z0DD0 |
| 1454 | 83231BVG4HFJ6 |
| 1455 | 832313KYKZ58Y |
| 1456 | 83231YBK7D7ZP |
| 1457 | 83231TSMNVDJ4 |
| 1458 | 83231B43CK296 |
| 1459 | 8323103NFJ49F |
| 1460 | 8323104XCF6C8 |
| 1461 | 8323144KYJ5QT |
| 1462 | 8323120B0J3F5 |
| 1463 | 8323138FV5410 |
| 1464 | 8323153H2HKNN |
| 1465 | 83231YPC140CQ |
| 1466 | 83231JZQSK9Y4 |
| 1467 | 83231NQPFK5QF |
| 1468 | 832314T1SYFG7 |
| 1469 | 83231Z8KHTN6Y |
| 1470 | 832316T3CR3X9 |
| 1471 | 83231PBNX8VT6 |
| 1472 | 8323178J4HS7R |
| 1473 | 832314J2D28FN |
| 1474 | 832318HDGVHG5 |
| 1475 | 832316S2FB15P |
| 1476 | 83231QVT9QD4N |
| 1477 | 83231S9FJRKS8 |
| 1478 | 83231JSQMH786 |
| 1479 | 832312ZXVBR1H |
| 1480 | 832311G6JT89F |
| 1481 | 8323102H14906 |
| 1482 | 832314PP2D5K2 |
| 1483 | 832312SBT2Y4F |
| 1484 | 83231FGQPVZM0 |
| 1485 | 83231PXQGYX3Q |
| 1486 | 83231D4H4MZBY |
| 1487 | 83231KP3J1Z12 |
| 1488 | 83231QRDDFMR6 |
| 1489 | 83231CKJXKTYB |
| 1490 | 83231JHKXF6GG |
| 1491 | 83231GY8T529B |
| 1492 | 83231H9RPNXXY |

| | |
|---|---|
| 1493 | 832319NTBZYC2 |
| 1494 | 83231MG4MPND6 |
| 1495 | 8323107Y87CS0 |
| 1496 | 83231NHQ23X55 |
| 1497 | 832317VH9159M |
| 1498 | 83231JF7J3MCP |
| 1499 | 832316B1VBY90 |
| 1500 | 83231QTRH2HR1 |
| 1501 | 832312THPYF2T |
| 1502 | 83231NRF57DCT |
| 1503 | 83231DT3QG1CK |
| 1504 | 83231VDSH2BRP |
| 1505 | 83231ZX52DZVY |
| 1506 | 8323170HJ71F9 |
| 1507 | 832316CJXDJFG |
| 1508 | 832313KF48PN2 |
| 1509 | 83231MMNT944K |
| 1510 | 832318GCJQST4 |
| 1511 | 83231HC067C1F |
| 1512 | 83231JDZKBFMC |
| 1513 | 83231CNZJ2YP6 |
| 1514 | 83231N1J2D699 |
| 1515 | 8323195VGGV4X |
| 1516 | 832319DZZY682 |
| 1517 | 8323124Z2Q8V6 |
| 1518 | 83231PR5C587D |
| 1519 | 83231S9J02RH6 |
| 1520 | 832318HBFDKVD |
| 1521 | 83231XCVPCV67 |
| 1522 | 83231XKNK6NX4 |
| 1523 | 832319YS0SSBV |
| 1524 | 832315VPTVBZT |
| 1525 | 83231H6JZVQ2N |
| 1526 | 83231KD5TD429 |
| 1527 | 83231S4B2J3VG |
| 1528 | 83231GZ1J137N |
| 1529 | 832318V3JF9Y9 |
| 1530 | 83231BJRNY4FX |
| 1531 | 83231JXNCC9P1 |
| 1532 | 8323110X3QBQN |
| 1533 | 83231XGYJQJ05 |
| 1534 | 832315H9XSC78 |
| 1535 | 8323130H85Y9Y |
| 1536 | 832315SPBF995 |

| | |
|---|---|
| 1537 | 83231VVG0M2JQ |
| 1538 | 83231KBNZY8JS |
| 1539 | 83231CBYQQ1BD |
| 1540 | 832318KD3BPDZ |
| 1541 | 83231C3QR1B25 |
| 1542 | 83231TM9VGK9P |
| 1543 | 83231C6SQY40Q |
| 1544 | 83231T6KH9BX2 |
| 1545 | 83231YRZT99PY |
| 1546 | 83231X01GBF35 |
| 1547 | 83231F1VCCKG7 |
| 1548 | 832312FJ3GJ7N |
| 1549 | 83231937YY1C2 |
| 1550 | 83231KKY81RTM |
| 1551 | 832315HFFCPT3 |
| 1552 | 83231JJ9SCV4F |
| 1553 | 83231RSFVVHBK |
| 1554 | 832317ZHGCYFK |
| 1555 | 83231DZJQSZSJ |
| 1556 | 83231SHX8132Z |
| 1557 | 83231P12R0DCY |
| 1558 | 83231008M60SF |
| 1559 | 832312RYGG8MH |
| 1560 | 83231GZV44JR6 |
| 1561 | 8323129P5B19S |
| 1562 | 83231ZVKY8V4T |
| 1563 | 83231S3V2TH7F |
| 1564 | 832316YJ2168X |
| 1565 | 83231XVX4T1SQ |
| 1566 | 83231DGHRQ6BZ |
| 1567 | 832315Z6H3YXG |
| 1568 | 83231C145P5KZ |
| 1569 | 832311X1K72NY |
| 1570 | 832311S42QSPJ |
| 1571 | 83231YNB2N7J0 |
| 1572 | 83231Z194MTP7 |
| 1573 | 83231RYK4DF5D |
| 1574 | 8323180Q91MNX |
| 1575 | 83231S29QH3XP |
| 1576 | 832312RZNB7FX |
| 1577 | 832310Z3Q24NH |
| 1578 | 83231QBX0F509 |
| 1579 | 83231GFZ2GHNH |
| 1580 | 83231RC967Z5S |

| | |
|---|---|
| 1581 | 832311DPBVYSX |
| 1582 | 83231DQ4BSC91 |
| 1583 | 832317VCF8QYR |
| 1584 | 83231BC9M61RR |
| 1585 | 8323105QPBTJ4 |
| 1586 | 8323197T6RGSQ |
| 1587 | 8323113RQ1VQB |
| 1588 | 83231TZS5PTZR |
| 1589 | 832310B9G2FTQ |
| 1590 | 83231N7J3QZ79 |
| 1591 | 83231HD103JK4 |
| 1592 | 83231TRSC65T5 |
| 1593 | 83231HJVQDS96 |
| 1594 | 8323124GJ6DR4 |
| 1595 | 8323107GJ1FN6 |
| 1596 | 83231XKTDG8X5 |
| 1597 | 832313XXYVF06 |
| 1598 | 83231GVHH2PK7 |
| 1599 | 832313D5DK3C3 |
| 1600 | 83231YNRJKBBT |
| 1601 | 83231RTN3F3GT |
| 1602 | 83231GF8V13JR |
| 1603 | 832316S63V26P |
| 1604 | 832310ZQCP06D |
| 1605 | 83231XZDF99QR |
| 1606 | 832317B5F04BJ |
| 1607 | 83231BBV61DV3 |
| 1608 | 832313PS5F1PS |
| 1609 | 832310VCV7FYZ |
| 1610 | 83231HG6BQMMT |
| 1611 | 83231K8M4ZJ59 |
| 1612 | 832319PBJ25BQ |
| 1613 | 832314V4X3733 |
| 1614 | 83231JBTBG3YC |
| 1615 | 83231PGK70YYG |
| 1616 | 832318GCM3YPR |
| 1617 | 83231VXGN3VF6 |
| 1618 | 83231F7QNK18D |
| 1619 | 83231Q0NXBTGB |
| 1620 | 83231ZMT14YGH |
| 1621 | 83231CJRZK5CH |
| 1622 | 83231TD4XNZNC |
| 1623 | 83231N80RKRPD |
| 1624 | 83231XS6S89BX |

| | |
|---|---|
| 1625 | 83231V0PS6RDC |
| 1626 | 83231RZ8R4HM9 |
| 1627 | 83231F8SV9439 |
| 1628 | 83231DYTX55K1 |
| 1629 | 83231MM500FFV |
| 1630 | 83231VQJJX1XV |
| 1631 | 832319S59PHBM |
| 1632 | 83231Q5X80YV9 |
| 1633 | 83231XP2R6HG2 |
| 1634 | 832311FXHX65Z |
| 1635 | 83231GR2M3CKV |
| 1636 | 832319XJ0K611 |
| 1637 | 83231JCSK2F26 |
| 1638 | 8323147M7KTQ1 |
| 1639 | 832316H94RB7D |
| 1640 | 83231FB3YKDPP |
| 1641 | 83231FB1F5KT2 |
| 1642 | 832310FHXT207 |
| 1643 | 8323183XV31T5 |
| 1644 | 83231HBCXSR9D |
| 1645 | 83231JGP5XKM0 |
| 1646 | 83231R1D820KB |
| 1647 | 83231JF1FM6C3 |
| 1648 | 83231ZVRX1R01 |
| 1649 | 83231NGKDMQC1 |
| 1650 | 832313STS1796 |
| 1651 | 832317GNK10R7 |
| 1652 | 8323198FMHDN1 |
| 1653 | 83231ZD4VFY8V |
| 1654 | 8323186RDVN83 |
| 1655 | 83231796Z4RJ1 |
| 1656 | 83231RHSNF194 |
| 1657 | 83231DKG38Q2J |
| 1658 | 83231H1962414 |
| 1659 | 83231QVYG5937 |
| 1660 | 83231N3SC7KZ1 |
| 1661 | 832313MQFRQB5 |
| 1662 | 83231P836SF3G |
| 1663 | 83231XZ08PBQF |
| 1664 | 83231HQ8RRDKC |
| 1665 | 83231M238G4G3 |
| 1666 | 83231N1PV2QFF |
| 1667 | 83231JKSSDZ4H |
| 1668 | 83231FC1NVQJG |

| | |
|---|---|
| 1669 | 83231X5T9QZ50 |
| 1670 | 83231ZPDV2TZS |
| 1671 | 83231QS42SN4J |
| 1672 | 832314NGRP3T3 |
| 1673 | 832313SB20N2J |
| 1674 | 83231NBPQVMG6 |
| 1675 | 83231K5F53TYC |
| 1676 | 832312Q75SDCN |
| 1677 | 832316R9HG622 |
| 1678 | 83231Y48JHKSM |
| 1679 | 83231MC892CPC |
| 1680 | 83231V4XRNZKD |
| 1681 | 83231CBHY03JX |
| 1682 | 83231869HC7ZC |
| 1683 | 8323188F9BDC5 |
| 1684 | 832312CCFNVSQ |
| 1685 | 83231FNV95H3X |
| 1686 | 83231DN5BGHP3 |
| 1687 | 83231NRH2K9K1 |
| 1688 | 83231984NBHCR |
| 1689 | 83231X8SC1GKT |
| 1690 | 83231ZF1B7PXJ |
| 1691 | 832310N4KTBRH |
| 1692 | 83231C1T73DXH |
| 1693 | 8323136RB4FDK |
| 1694 | 83231SQ44TKDX |
| 1695 | 832314S8DZRKH |
| 1696 | 832313Z96ZPR6 |
| 1697 | 832311XGHY57F |
| 1698 | 83231TXST3S7D |
| 1699 | 83231YH3FKK9P |
| 1700 | 832319ZX0GYR0 |
| 1701 | 83231DMN5XDMD |
| 1702 | 83231MXG8B1QH |
| 1703 | 83231DTCJ1637 |
| 1704 | 832316207BQNV |
| 1705 | 83231T0GMJ7X7 |
| 1706 | 83231BVTSCNFJ |
| 1707 | 832317FD90V0F |
| 1708 | 8323106QVJ8VG |
| 1709 | 83231H2RBTJ09 |
| 1710 | 8323118Z464N2 |
| 1711 | 832316VRPP8GB |
| 1712 | 83231GQ9RQDDK |

| | |
|---|---|
| 1713 | 83231NMJ09YD3 |
| 1714 | 83231X3YSYR00 |
| 1715 | 832318F63N06P |
| 1716 | 83231C20TH4R4 |
| 1717 | 83231909ZTPF9 |
| 1718 | 8323146YV35FZ |
| 1719 | 832315CH8KJ3X |
| 1720 | 83231J6CDR6NC |
| 1721 | 832318T319PR3 |
| 1722 | 83231T64D95NZ |
| 1723 | 83231HXYHT8S6 |
| 1724 | 83231VZ15V47C |
| 1725 | 83231FMT2HJQF |
| 1726 | 832312SXKJH7P |
| 1727 | 83231KQ4BQ4XJ |
| 1728 | 83231D0YBSTVG |
| 1729 | 8323149XVFXQF |
| 1730 | 83231XHMS1PF9 |
| 1731 | 83231F9K7K7ZR |
| 1732 | 832317K9VZ3PS |
| 1733 | 832316YVQJ0MN |
| 1734 | 83231S5QSVQ02 |
| 1735 | 83231PSFVGZDR |
| 1736 | 83231XGZ2CZ1J |
| 1737 | 83231XV4GB35H |
| 1738 | 83231S9D81KFK |
| 1739 | 83231PKSKZX22 |
| 1740 | 83231399QV3SQ |
| 1741 | 83231HTFR8769 |
| 1742 | 832310X6JB9SK |
| 1743 | 832317BNC38BM |
| 1744 | 83231Q55YY4M6 |
| 1745 | 8323107F4DPXH |
| 1746 | 83231F0Z21VHX |
| 1747 | 83231XJX7YKZF |
| 1748 | 83231RKGGTVP7 |
| 1749 | 83231R64XCHD2 |
| 1750 | 83231RCHHM83Z |
| 1751 | 83231Y4HR01FK |
| 1752 | 832315Q7VKPX0 |
| 1753 | 83231J4MSHVM2 |
| 1754 | 83231D1MV44SH |
| 1755 | 83231JQGZR4Z8 |
| 1756 | 832310QVD2K17 |

| | |
|---|---|
| 1757 | 83231GT935VDK |
| 1758 | 83231VXTKR177 |
| 1759 | 8323177FHF90R |
| 1760 | 83231X2XB8BS4 |
| 1761 | 8323189H0K0GK |
| 1762 | 83231CPBYZ725 |
| 1763 | 83231G0R75YCS |
| 1764 | 832318BXV3D7X |
| 1765 | 83231J005FTQT |
| 1766 | 83231V3BHG1KG |
| 1767 | 83231VF0VP4NZ |
| 1768 | 83231Q8XK24X3 |
| 1769 | 83231ZKJ7QK4C |
| 1770 | 832316QR3N21K |
| 1771 | 83231JBK630MK |
| 1772 | 8323113K5M76B |
| 1773 | 83231GJ6CZ2QP |
| 1774 | 83231N0X3V9CX |
| 1775 | 83231V3QZZHGB |
| 1776 | 83231HPJ5P29Y |
| 1777 | 832315VZ26N8T |
| 1778 | 83231SRH3DF50 |
| 1779 | 83231C58X6YYB |
| 1780 | 83231540BR41Q |
| 1781 | 83231CN5N1Q24 |
| 1782 | 83231Y0BNZCD0 |
| 1783 | 832310V6449CJ |
| 1784 | 832312HYZ6XMV |
| 1785 | 83231J98MC4DC |
| 1786 | 83231CZQR0F41 |
| 1787 | 83231BX38S3P7 |
| 1788 | 83231NBZH784Y |
| 1789 | 83231CRQ80YP7 |
| 1790 | 832317H55055P |
| 1791 | 832317HZHCHMB |
| 1792 | 83231CCYVZN56 |
| 1793 | 83231DNHHB7SB |
| 1794 | 83231PS66J8B9 |
| 1795 | 83231YXVZCJ28 |
| 1796 | 8323144H1RGCZ |
| 1797 | 83231409QVBG1 |
| 1798 | 83231XQQCCHVV |
| 1799 | 83231DTGNKGB7 |
| 1800 | 83231ZKD7JT63 |

| | |
|---|---|
| 1801 | 83231XT305FH7 |
| 1802 | 832314G1V02T5 |
| 1803 | 832316BTV4K31 |
| 1804 | 83231RTYV298B |
| 1805 | 83231SK34GM3M |
| 1806 | 832316T2K5XBC |
| 1807 | 83231RVPF02PK |
| 1808 | 83231H6PYR25R |
| 1809 | 832315RZV5DQY |
| 1810 | 83231C308RFFM |
| 1811 | 832310B6YRXQJ |
| 1812 | 83231Y82RFRD3 |
| 1813 | 832312H343MFC |
| 1814 | 83231HVKP563V |
| 1815 | 832312X72FGS6 |
| 1816 | 8323117FSYX26 |
| 1817 | 832319J0CK15X |
| 1818 | 83231KP41819D |
| 1819 | 83231HSZS7S1V |
| 1820 | 83231BGK3VJ7J |
| 1821 | 83231Q3BD98N2 |
| 1822 | 83231C0YCP5R3 |
| 1823 | 83231FM33R1VX |
| 1824 | 8323139BMHKD1 |
| 1825 | 83231XGSQNKJM |
| 1826 | 832318MJ61NY6 |
| 1827 | 83231KRV7FS7Q |
| 1828 | 832310S54FC3Y |
| 1829 | 8323154V1KY1J |
| 1830 | 8323107QTYVTM |
| 1831 | 83231JCYR4FMT |
| 1832 | 83231B3SBX3QF |
| 1833 | 83231RV3HXQ0F |
| 1834 | 83231M19NS0ND |
| 1835 | 83231KD1MJ7YG |
| 1836 | 83231JD8TZ744 |
| 1837 | 83231RY5442ST |
| 1838 | 83231457MXDQZ |
| 1839 | 83231X2FB6GG0 |
| 1840 | 83231BSGXND77 |
| 1841 | 8323141QQD3QJ |
| 1842 | 83231DFZRGN3X |
| 1843 | 83231R2J6SN72 |
| 1844 | 83231N76NT6QR |

| | |
|---|---|
| 1845 | 83231YPK62NP8 |
| 1846 | 83231KK119K2J |
| 1847 | 83231DR5K5497 |
| 1848 | 83231CBGD5Y1N |
| 1849 | 83231T4XF47H4 |
| 1850 | 832311T78X8C1 |
| 1851 | 832314JJ85MG7 |
| 1852 | 83231P2RDPY9S |
| 1853 | 83231F41DMTN4 |
| 1854 | 832310Y72HXCY |
| 1855 | 83231PRYCF8T9 |
| 1856 | 83231P6TH2MHJ |
| 1857 | 83231J7VF9T13 |
| 1858 | 83231V1R5GHX3 |
| 1859 | 83231STTG11RM |
| 1860 | 83231DJNHM4MD |
| 1861 | 83231CGDCT28G |
| 1862 | 83231YYS7M8CM |
| 1863 | 832315RNR5SG6 |
| 1864 | 83231P78T8Z58 |
| 1865 | 83231BM70P4PF |
| 1866 | 83231531HBJ5P |
| 1867 | 83231P16FG4K9 |
| 1868 | 83231QXDTJJ7X |
| 1869 | 83231VRDVZZ7Q |
| 1870 | 83231H4D7QRVR |
| 1871 | 8323119DJZRMQ |
| 1872 | 83231991MXFP3 |
| 1873 | 83231GD3378QS |
| 1874 | 83231K599JPCP |
| 1875 | 832315Q8CTND9 |
| 1876 | 83231XR0NV1XP |
| 1877 | 8323154VM1T52 |
| 1878 | 83231YMJB5TF7 |
| 1879 | 832312D6HNJ1S |
| 1880 | 83231Q0Q8BDZZ |
| 1881 | 832314Z3XHT83 |
| 1882 | 83231MBDKM7CY |
| 1883 | 8323117SZJR35 |
| 1884 | 83231NYR2Y8S1 |
| 1885 | 83231MHPJ6YHR |
| 1886 | 83231BZQQDG5V |
| 1887 | 83231RM5NMNSF |
| 1888 | 83231VNKCBYSX |

| | |
|---|---|
| 1889 | 83231B84XPT7Z |
| 1890 | 832319NFVF6Y7 |
| 1891 | 83231HBJ5QK2K |
| 1892 | 83231YT95SJ7X |
| 1893 | 83231QPK921T8 |
| 1894 | 83231B653YQXK |
| 1895 | 83231BJYY80JB |
| 1896 | 832316XGPVVNZ |
| 1897 | 83231PT8J7144 |
| 1898 | 83231PDN26MMC |
| 1899 | 83231T4Y0SZVN |
| 1900 | 832319C3BXBYG |
| 1901 | 832312H68RRDD |
| 1902 | 8323151SVBKVC |
| 1903 | 83231BVB7Q4PC |
| 1904 | 83231SG8S7HF2 |
| 1905 | 832310G0HGBC4 |
| 1906 | 8323136KTYGDJ |
| 1907 | 832314F8NTKZK |
| 1908 | 83231X1PF11Z2 |
| 1909 | 832316KH6DBC1 |
| 1910 | 832312VHJT13R |
| 1911 | 83231FMD3K80P |
| 1912 | 83231HTHMKQH7 |
| 1913 | 832314CRKBCG6 |
| 1914 | 83231Q8T50T3K |
| 1915 | 83231J1BXH1ZM |
| 1916 | 832312ZMGGV99 |
| 1917 | 83231VPD141B7 |
| 1918 | 8323160H1B1BT |
| 1919 | 832312SKKN8SS |
| 1920 | 83231TX686BZB |
| 1921 | 832316Q4D0BRM |
| 1922 | 83231FGQ22SPH |
| 1923 | 832313GVNM8ZC |
| 1924 | 83231P7GDGD5K |
| 1925 | 832312STR3C5V |
| 1926 | 83231B15C6CX1 |
| 1927 | 83231JG54GG50 |
| 1928 | 832319M5V3SPV |
| 1929 | 83231GG4VGX5M |
| 1930 | 83231NG44JKKF |
| 1931 | 83231Y2BKZ6CS |
| 1932 | 83231KFGB8TJ9 |

| | |
|---|---|
| 1933 | 83231GHZS2C0F |
| 1934 | 83231FV25KS70 |
| 1935 | 83231N1MZ2X35 |
| 1936 | 83231BH5F68SF |
| 1937 | 832315CQ3FJ52 |
| 1938 | 83231536PDKT8 |
| 1939 | 83231DK8QG7XP |
| 1940 | 83231F1M24FNZ |
| 1941 | 83231JFBRXGF0 |
| 1942 | 83231VF2RMZ48 |
| 1943 | 8323106HT33X8 |
| 1944 | 832313M8K6RKS |
| 1945 | 83231K99BD2DK |
| 1946 | 832313VBQR9BK |
| 1947 | 832311ZPV3XSJ |
| 1948 | 83231M2CPP5RC |
| 1949 | 83231GN3K22N0 |
| 1950 | 83231547NMNBJ |
| 1951 | 83231PBSMQ1XJ |
| 1952 | 83231KM963HY6 |
| 1953 | 83231HHV42MG4 |
| 1954 | 832319CBPTSBP |
| 1955 | 83231S4JJ8ZV2 |
| 1956 | 83231C79DQXD5 |
| 1957 | 83231H2DG367H |
| 1958 | 83231HFH24TG6 |
| 1959 | 83231TD9VGZRR |
| 1960 | 83231DG2YGMYF |
| 1961 | 83231MZ0S4T4R |
| 1962 | 832317QXBSR40 |
| 1963 | 83231ZRZ5MMCX |
| 1964 | 832316BRCVJPB |
| 1965 | 83231B6NC8DQT |
| 1966 | 83231546H4FK7 |
| 1967 | 8323139PFNDB6 |
| 1968 | 832319DJXNZM7 |
| 1969 | 832313B5K7J1T |
| 1970 | 83231KFBK8F1Y |
| 1971 | 832311MZVQVV3 |
| 1972 | 83231Y24RQ06B |
| 1973 | 83231MRN9V9TZ |
| 1974 | 83231NR2DQR7Q |
| 1975 | 83231QN3P7DD4 |
| 1976 | 83231NXZGN6M3 |

| | |
|---|---|
| 1977 | 83231R8SY8G3R |
| 1978 | 83231PB6NR0MK |
| 1979 | 832311T74HNDB |
| 1980 | 832310R5B7J7C |
| 1981 | 83231Q7DXJD47 |
| 1982 | 832310RKT4CDC |
| 1983 | 83231T7QXS0KZ |
| 1984 | 83231PGHNH78Y |
| 1985 | 83231V4SNHX31 |
| 1986 | 83231J49SQ9J0 |
| 1987 | 83231K66772ZQ |
| 1988 | 832316RKTSFS4 |
| 1989 | 83231S377VJ51 |
| 1990 | 83231GCK9QQ9M |
| 1991 | 83231N6YG7J63 |
| 1992 | 832313J4D84F8 |
| 1993 | 83231FV40V5JH |
| 1994 | 83231H1D9Y65H |
| 1995 | 832314B808Q7P |
| 1996 | 83231NZ7710FN |
| 1997 | 83231YR13V6C5 |
| 1998 | 83231VHM1F6RB |
| 1999 | 832317CFRGG7M |
| 2000 | 83231G7GC1YMD |
| 2001 | 83231K5MPG8V4 |
| 2002 | 832315DHB3800 |
| 2003 | 83231B11XGBRB |
| 2004 | 832319VP3Y4DD |
| 2005 | 832313VXF6HCN |
| 2006 | 83231FQXGQ98C |
| 2007 | 83231S6ZV6KS1 |
| 2008 | 83231BGR2P232 |
| 2009 | 832318FCF0FP2 |
| 2010 | 832313T2CT9G5 |
| 2011 | 83231VS1548C8 |
| 2012 | 83231X1Z51S22 |
| 2013 | 83231HJ1K50H2 |
| 2014 | 83231F96PF0MS |
| 2015 | 83231DJTMF647 |
| 2016 | 83231CJFHF4JM |
| 2017 | 83231XKC4HFGP |
| 2018 | 83231JGGNTR3T |
| 2019 | 832314X267K1T |
| 2020 | 83231GN0GV96D |

| | |
|---|---|
| 2021 | 832312DXDNRCH |
| 2022 | 8323128FVBZYT |
| 2023 | 83231JRX8NNC2 |
| 2024 | 83231N7K2KKMX |
| 2025 | 8323199YHKXFX |
| 2026 | 83231DQQZQT7P |
| 2027 | 83231J31J5R4G |
| 2028 | 83231CPYP5BJT |
| 2029 | 83231PXSF1X05 |
| 2030 | 8323147QT3CFM |
| 2031 | 83231G4MP1BRB |
| 2032 | 832317D0B321Y |
| 2033 | 832315C6SXZ3V |
| 2034 | 8323134RPS7FS |
| 2035 | 832314X0Y0NXH |
| 2036 | 83231NXCMXPNG |
| 2037 | 832318MQVYVZY |
| 2038 | 83231T9M3M97Z |
| 2039 | 83231B7KGX1KT |
| 2040 | 83231NHXDKPKJ |
| 2041 | 83231QFQ1MK79 |
| 2042 | 83231JHS16KR3 |
| 2043 | 832312FQ3Z9CT |
| 2044 | 83231P1HX2JSF |
| 2045 | 83231CG8DQ84X |
| 2046 | 83231BXY9T97J |
| 2047 | 83231BJDYT86J |
| 2048 | 83231P65KT1F2 |
| 2049 | 83231CN52KCK9 |
| 2050 | 83231732CP1JB |
| 2051 | 83231GBBKCJMC |
| 2052 | 83231ZB3MB8HH |
| 2053 | 83231355Y19XP |
| 2054 | 83231GHRJH446 |
| 2055 | 83231HCCTJVSF |
| 2056 | 83231Z88N0SK5 |
| 2057 | 8323193R0ZJ6Z |
| 2058 | 832310XKB6S4B |
| 2059 | 83231CZGBJRKP |
| 2060 | 832311J3B2B3P |
| 2061 | 83231DCYFRQTB |
| 2062 | 83231HBCJVFCN |
| 2063 | 83231YF2T3F10 |
| 2064 | 83231368Y7ZGP |

| | |
|---|---|
| 2065 | 8323154ZQHXSV |
| 2066 | 83231FXZKRDSP |
| 2067 | 83231HH0H3DZS |
| 2068 | 83231X4S2RG0R |
| 2069 | 83231H3HT25X8 |
| 2070 | 83231SQ6X80D5 |
| 2071 | 832316V20J3K6 |
| 2072 | 83231N0NK4Q97 |
| 2073 | 832313G589HDK |
| 2074 | 832314GZB5MMH |
| 2075 | 832310HN6YKQY |
| 2076 | 832315XXDY255 |
| 2077 | 832317C3G44T4 |
| 2078 | 832311RBTHB56 |
| 2079 | 83231B4ZQ16ZR |
| 2080 | 83231FPD6MNKX |
| 2081 | 83231GKC723MT |
| 2082 | 832317V9NYY3F |
| 2083 | 83231SH6YVV70 |
| 2084 | 8323160J63HZ1 |
| 2085 | 83231F0688TGM |
| 2086 | 83231D6F4BT7K |
| 2087 | 83231MN65T3BY |
| 2088 | 83231JVY25SS8 |
| 2089 | 832311XQ9YN5K |
| 2090 | 83231K2TZF763 |
| 2091 | 83231Z9QHGCXB |
| 2092 | 832313Q2MVX71 |
| 2093 | 832313Y7XX0Z2 |
| 2094 | 83231Z5KX3ZN7 |
| 2095 | 832317F498B1Q |
| 2096 | 83231V3TF2XZV |
| 2097 | 8323155P0GQ6T |
| 2098 | 83231H01YG24D |
| 2099 | 83231K3YFG3ZH |
| 2100 | 83231PYPRQSTY |
| 2101 | 832312B5K5BSQ |
| 2102 | 83231GXCM9YXM |
| 2103 | 832315B05JYCP |
| 2104 | 8323154Z1B77K |
| 2105 | 8323120RSZYQ1 |
| 2106 | 832315CHPF97G |
| 2107 | 832310N4NGFQP |
| 2108 | 83231ZZGZHC22 |

| | |
|---|---|
| 2109 | 83231RMZD5B41 |
| 2110 | 83231DVRDKRX5 |
| 2111 | 83231SD1DX4KX |
| 2112 | 8323132T18PBD |
| 2113 | 83231842VBK4K |
| 2114 | 83231G9JKCFBF |
| 2115 | 83231YMY5HTXJ |
| 2116 | 83231J6G7S7X8 |
| 2117 | 832316BGF167X |
| 2118 | 83231TPYRXPT4 |
| 2119 | 832317GVY6MZ3 |
| 2120 | 83231RSBP08JR |
| 2121 | 8323158H8Q4F1 |
| 2122 | 83231CKBD0J64 |
| 2123 | 83231Z74VY4M0 |
| 2124 | 8323127MGGP31 |
| 2125 | 83231DXS3QD90 |
| 2126 | 832315P69DCCH |
| 2127 | 83231XPYRP92J |
| 2128 | 832318RFRT1V0 |
| 2129 | 83231P9JBSDXY |
| 2130 | 832312NNG38K6 |
| 2131 | 832313RCDS7DV |
| 2132 | 83231F50GR43Z |
| 2133 | 832316RSDHXQ4 |
| 2134 | 83231KGQ5VC6N |
| 2135 | 832317GMZNN4V |
| 2136 | 83231NQM2VSVN |
| 2137 | 83231JT08CQ6Y |
| 2138 | 832319CDZHJTK |
| 2139 | 83231GSYSBPTQ |
| 2140 | 832319K041Q7J |
| 2141 | 83231XFRNXNXG |
| 2142 | 83231134YRHMN |
| 2143 | 83231JJG5P8P3 |
| 2144 | 83231HRDCKBPY |
| 2145 | 83231ZV7VB2HH |
| 2146 | 83231J71J34VP |
| 2147 | 83231J7VPVZ65 |
| 2148 | 83231BQSQ33TS |
| 2149 | 83231893B89MT |
| 2150 | 8323172ZHPR16 |
| 2151 | 83231GJC3696Y |
| 2152 | 83231B0474MZ5 |

| | |
|---|---|
| 2153 | 83231T442K105 |
| 2154 | 832310J9K0GP8 |
| 2155 | 83231QPS7T37K |
| 2156 | 832317N3Z1B9C |
| 2157 | 832315YX4S0QB |
| 2158 | 83231TZ7RJHKS |
| 2159 | 83231RJ11GQDT |
| 2160 | 8323111FMG8V6 |
| 2161 | 83231FD9V232P |
| 2162 | 83231Q20X713G |
| 2163 | 83231R6NB65DP |
| 2164 | 83231ZPNDJPYN |
| 2165 | 83231M51C6PXJ |
| 2166 | 8323167TBZGQ0 |
| 2167 | 8323160P9MNPB |
| 2168 | 8323181DQCGVZ |
| 2169 | 83231JPYZ1GZT |
| 2170 | 83231S7R9B5BQ |
| 2171 | 83231JPB8NTSF |
| 2172 | 83231ST948YX9 |
| 2173 | 832315JHTJSHK |
| 2174 | 8323135J3MM20 |
| 2175 | 83231JD4MP8GY |
| 2176 | 83231237N01QQ |
| 2177 | 83231075226QB |
| 2178 | 832311Z7H8MTG |
| 2179 | 83231KXQD5MBK |
| 2180 | 83231NKCF99MD |
| 2181 | 83231V6H1Q419 |
| 2182 | 832315VC42VKY |
| 2183 | 832317BMDPV8H |
| 2184 | 83231Z2X827NJ |
| 2185 | 8323132B5JV4F |
| 2186 | 83231PZ2BG77N |
| 2187 | 83231N6QXD9S3 |
| 2188 | 83231YX5V6V9P |
| 2189 | 83231S3385CRM |
| 2190 | 8323168NCVXDX |
| 2191 | 83231C879NGB4 |
| 2192 | 83231Y3DG02S6 |
| 2193 | 83231ZBYHXX6H |
| 2194 | 83231XYBP66C9 |
| 2195 | 83231VC621RF4 |
| 2196 | 83231MH93QVGV |

| | |
|---|---|
| 2197 | 83231VJC2VBDR |
| 2198 | 83231H65SBQ2K |
| 2199 | 83231N2J5JH94 |
| 2200 | 83231SX1CRKB2 |
| 2201 | 832317RNHHHVG |
| 2202 | 8323100SQ1S8V |
| 2203 | 83231TMGZ5DSB |
| 2204 | 832310STZHSXG |
| 2205 | 83231RRJ2J3RP |
| 2206 | 83231K3HH1X3C |
| 2207 | 832310R7B0QRK |
| 2208 | 832319KQX3F0K |
| 2209 | 83231QKX9K28Z |
| 2210 | 83231HZCNMHYH |
| 2211 | 832315MFS25GJ |
| 2212 | 83231V0JNX40Y |
| 2213 | 83231KJBFPX9Q |
| 2214 | 83231SDQT6S75 |
| 2215 | 83231Y7VM6MMR |
| 2216 | 83231DQB9B666 |
| 2217 | 83231BPF3V6R4 |
| 2218 | 83231C8Z2Y9YT |
| 2219 | 83231NPMSVMX2 |
| 2220 | 83231PS13CB9R |
| 2221 | 832313YDS65C8 |
| 2222 | 83231Z7BP7Q8H |
| 2223 | 83231C13CGJ83 |
| 2224 | 83231F11FD004 |
| 2225 | 83231SQ5PG7SQ |
| 2226 | 83231NVMF42VN |
| 2227 | 83231FCJPRQNV |
| 2228 | 83231QYFPX70C |
| 2229 | 83231TRX92VBC |
| 2230 | 8323111CTQ6JK |
| 2231 | 83231748G5XX4 |
| 2232 | 83231FBTFPVBK |
| 2233 | 83231QPRG095N |
| 2234 | 83231N211FY3G |
| 2235 | 83231K2DK5MNZ |
| 2236 | 832319QBXPXFK |
| 2237 | 83231Q5VMF21P |
| 2238 | 83231C4GJ2BFF |
| 2239 | 832319ZYH4BHQ |
| 2240 | 83231PJ96YB5D |

| | |
|---|---|
| 2241 | 832318DYG1S1N |
| 2242 | 83231PHFMKQT1 |
| 2243 | 83231RH3TGFZ0 |
| 2244 | 83231Z7FB3Z22 |
| 2245 | 83231XB1FR76X |
| 2246 | 83231YCDQSK07 |
| 2247 | 83231s3f9jrp3 |
| 2248 | 832317SC9J1QC |
| 2249 | 83231VZVN0NJZ |
| 2250 | 83231B16PZP12 |
| 2251 | 83231F3TM8QPF |
| 2252 | 83231R3DGFSVT |
| 2253 | 83231VK58MV5M |
| 2254 | 83231PT63JP1V |
| 2255 | 832314419BX19 |
| 2256 | 832311XRFP7DG |
| 2257 | 83231H0PVXHMQ |
| 2258 | 83231T6GPDYBZ |
| 2259 | 83231TYZD70GS |
| 2260 | 83231HY8ZHN6H |
| 2261 | 83231K2YZB795 |
| 2262 | 8323178Z6RHNZ |
| 2263 | 83231YYYJZBH9 |
| 2264 | 83231KG9N6S48 |
| 2265 | 83231S7NFTJHT |
| 2266 | 83231VB92H93J |
| 2267 | 8323145SZYMRV |
| 2268 | 83231VJV9RC3D |
| 2269 | 83231JB716FVR |
| 2270 | 83231TDFTG5KD |
| 2271 | 83231VBCTHNF6 |
| 2272 | 83231J508GYFC |
| 2273 | 83231VGHXRD86 |
| 2274 | 832318X83PGTC |
| 2275 | 832310TR7TKJR |
| 2276 | 83231V2X38DBV |
| 2277 | 83231MYQRXQ3M |
| 2278 | 83231PRG8S7QS |
| 2279 | 83231CQK14S3C |
| 2280 | 83231YDGS08BB |
| 2281 | 832316QMSM6CP |
| 2282 | 832310BR9HDVD |
| 2283 | 8323182CJ58X1 |
| 2284 | 832314DGPXYKT |

| | |
|---|---|
| 2285 | 83231H83JCQ6B |
| 2286 | 83231JNZC8TCQ |
| 2287 | 83231FBN1Y83V |
| 2288 | 832310FQ80ZC5 |
| 2289 | 83231HK1B366T |
| 2290 | 83231T2MS0MJM |
| 2291 | 83231C6GVN2MF |
| 2292 | 832317JNXRCNT |
| 2293 | 83231TS95006K |
| 2294 | 832317R37TS9F |
| 2295 | 83231G90MG0Q3 |
| 2296 | 832314XC22Y6D |
| 2297 | 8323114MSNM6P |
| 2298 | 83231D76J272K |
| 2299 | 832319D5TFPJF |
| 2300 | 832314QMKXYNJ |
| 2301 | 83231ZQSS1B00 |
| 2302 | 83231HBBRX262 |
| 2303 | 83231PR87HQYQ |
| 2304 | 83231V340532V |
| 2305 | 83231BP38B3TH |
| 2306 | 83231XSCXS08S |
| 2307 | 83231QKRJBQC0 |
| 2308 | 83231P3KQGDRZ |
| 2309 | 83231N8FF994Y |
| 2310 | 8323182PC0RX0 |
| 2311 | 83231GD10VTZV |
| 2312 | 832312X5F4SZ2 |
| 2313 | 83231N8D94C93 |
| 2314 | 83231SMC329FD |
| 2315 | 83231Z26VD85G |
| 2316 | 83231F9515970 |
| 2317 | 83231P4YX06F3 |
| 2318 | 83231TMV3HXVX |
| 2319 | 832312YC0FJHR |
| 2320 | 83231VM1C54DS |
| 2321 | 83231FKZG13DN |
| 2322 | 83231302F0D5C |
| 2323 | 83231HP8F67ZP |
| 2324 | 83231D8QDQSQB |
| 2325 | 832314TB8BXZ2 |
| 2326 | 832316ST8V4B0 |
| 2327 | 83231JYM6XF5G |
| 2328 | 83231F4BMSRMR |

| | |
|---|---|
| 2329 | 83231TYZ39N03 |
| 2330 | 83231S6BJHFX0 |
| 2331 | 83231HV1B9Q43 |
| 2332 | 83231PBC4KBRF |
| 2333 | 83231XRXRKBKP |
| 2334 | 832317MF5N2VV |
| 2335 | 83231PG1C6N99 |
| 2336 | 832315ZQX6C8N |
| 2337 | 832310008Q8QC |
| 2338 | 83231KBB0XGZK |
| 2339 | 83231N92KK7NF |
| 2340 | 8323170RSV0JF |
| 2341 | 83231YFY6TCRC |
| 2342 | 83231B28QCGYJ |
| 2343 | 83231YCSX45D6 |
| 2344 | 83231K2P8XKHD |
| 2345 | 832317361KRP8 |
| 2346 | 832314770KCRM |
| 2347 | 8323161YXT1DN |
| 2348 | 83231XT5XKK65 |
| 2349 | 832311J98FY1G |
| 2350 | 83231ZBFJ0JHR |
| 2351 | 83231X5T11KQ5 |
| 2352 | 83231C8FPTYQV |
| 2353 | 832318QZ7DNXN |
| 2354 | 83231N9ZNZDZN |
| 2355 | 832317TGMX0Y4 |
| 2356 | 83231SVMY7NZT |
| 2357 | 8323173DTS04N |
| 2358 | 83231GJJ4GDPT |
| 2359 | 83231KFS7M02Y |
| 2360 | 832312KCY7QYF |
| 2361 | 832314FXR3HBH |
| 2362 | 832319D3YXD9S |
| 2363 | 83231H5ND7RJB |
| 2364 | 832312NS876ZJ |
| 2365 | 83231QFBP37JB |
| 2366 | 83231BDN3PTHJ |
| 2367 | 832315ZZ904YP |
| 2368 | 83231VTH83YGZ |
| 2369 | 83231DTN0XZJC |
| 2370 | 832313QCQ0D1C |
| 2371 | 8323148NS440N |
| 2372 | 83231K336915B |

| | |
|---|---|
| 2373 | 83231ZX189R3R |
| 2374 | 83231312Q64YQ |
| 2375 | 83231T55QX0G0 |
| 2376 | 83231B1F1PB90 |
| 2377 | 832318ZMPX2QC |
| 2378 | 83231P4D5F3V7 |
| 2379 | 83231FZXNCNNX |
| 2380 | 83231HQYC0C4H |
| 2381 | 83231PXCDBZM7 |
| 2382 | 83231QZ42PRGM |
| 2383 | 83231NPKPVJ61 |
| 2384 | 832312R2DFB6X |
| 2385 | 83231TQDZH7ZK |
| 2386 | 83231NHRHHSMH |
| 2387 | 83231KMBPBK4X |
| 2388 | 83231TRRQCTRC |
| 2389 | 83231HYDHST1D |
| 2390 | 83231J9XXB71Z |
| 2391 | 83231BC2Z68QQ |
| 2392 | 832311X1R3RS3 |
| 2393 | 83231DQ72J1ZF |
| 2394 | 83231S8R28PKT |
| 2395 | 83231FHZ41VXY |
| 2396 | 83231949DBGZG |
| 2397 | 832319MP1JFXB |
| 2398 | 83231T1HQY12P |
| 2399 | 832317H4P52ZG |
| 2400 | 832312T3KFC6N |
| 2401 | 83231039MJNFZ |
| 2402 | 83231Y19VCQ8V |
| 2403 | 83231TG45GNB8 |
| 2404 | 83231XFVH7J7H |
| 2405 | 83231FK6R3M48 |
| 2406 | 83231KC694QNJ |
| 2407 | 8323199MJKJFT |
| 2408 | 83231F314NK06 |
| 2409 | 83231CF26MR6S |
| 2410 | 8323130642HXC |
| 2411 | 83231XHP32SF6 |
| 2412 | 832317D6K6NH3 |
| 2413 | 83231P1KX2NSH |
| 2414 | 83231S8XYPJTY |
| 2415 | 83231DY87DK4C |
| 2416 | 832315N31TP1F |

| | |
|---|---|
| 2417 | 8323169K88TDY |
| 2418 | 83231N52Y639G |
| 2419 | 8323117MNKRFH |
| 2420 | 83231STHCTD17 |
| 2421 | 83231SRD63RD5 |
| 2422 | 83231KGZCYHPV |
| 2423 | 83231MKPPK7Z9 |
| 2424 | 83231D1XPDJJN |
| 2425 | 83231KKQRXGTV |
| 2426 | 832311C9VT8M8 |
| 2427 | 83231QM5K8JHX |
| 2428 | 832315R6C0JN9 |
| 2429 | 832317DRH7YPZ |
| 2430 | 83231K89DTZ6X |
| 2431 | 832316TMTD8X2 |
| 2432 | 832310P7BM0PB |
| 2433 | 83231R2FKQ0SY |
| 2434 | 83231Q0CR8QRS |
| 2435 | 83231DX2GF6N4 |
| 2436 | 83231MHN6N8D3 |
| 2437 | 83231HYYP7VRQ |
| 2438 | 8323156G4JM57 |
| 2439 | 83231M6X1M1XX |
| 2440 | 83231BP7S9TJN |
| 2441 | 83231XFKF16S0 |
| 2442 | 83231RJBRT9HD |
| 2443 | 83231RYSVCDC2 |
| 2444 | 83231GCNTCMCZ |
| 2445 | 8323170JF1NMZ |
| 2446 | 83231X7HNKM4R |
| 2447 | 83231TF2PSXF3 |
| 2448 | 83231RK2MVC82 |
| 2449 | 832310BJ1QPZ8 |
| 2450 | 83231K87B756Q |
| 2451 | 832318G6RBH0K |
| 2452 | 83231DV6FFK39 |
| 2453 | 832314JNQXM4F |
| 2454 | 83231SRQJ49B4 |
| 2455 | 8323181FJKJDH |
| 2456 | 832314NBQB56P |
| 2457 | 8323161MCV126 |
| 2458 | 83231VJ4STS8C |
| 2459 | 83231RB8DCBZT |
| 2460 | 832319J6GSDSY |

| | |
|---|---|
| 2461 | 8323167HS388V |
| 2462 | 8323101761HN2 |
| 2463 | 8323169QTPR3H |
| 2464 | 83231ZB0T2G7N |
| 2465 | 832314BKMTMX7 |
| 2466 | 832317B9D5D1N |
| 2467 | 83231810FS0KS |
| 2468 | 83231P2P8BCHD |
| 2469 | 83231ZKRCHDCV |
| 2470 | 832319FPMQRDH |
| 2471 | 832318TD4JKPB |
| 2472 | 83231F4SDR47H |
| 2473 | 83231DRD530QC |
| 2474 | 83231CHFKGXXN |
| 2475 | 832317GRY3B0B |
| 2476 | 832319ZSJHDJR |
| 2477 | 83231KFVP9NC2 |
| 2478 | 83231ZG3RSSS5 |
| 2479 | 83231ZV8SQPCT |
| 2480 | 8323145QDG6VK |
| 2481 | 83231BFZF50QM |
| 2482 | 832318G9216FD |
| 2483 | 83231CCGQTHTS |
| 2484 | 83231CDK05X5K |
| 2485 | 83231HBV9SY35 |
| 2486 | 83231KS1Z8S0X |
| 2487 | 832312Y12GXDF |
| 2488 | 83231QDCZQS8G |
| 2489 | 8323192Z52TR2 |
| 2490 | 83231T5RDXVJM |
| 2491 | 832315P4R9413 |
| 2492 | 8323173K08Q7M |
| 2493 | 83231FX4PNYBK |
| 2494 | 83231TMKY3TM6 |
| 2495 | 832319KS0PJKQ |
| 2496 | 83231XMGCGRMJ |
| 2497 | 83231JYPYPPRT |
| 2498 | 83231RFBX558N |
| 2499 | 8323168HTTTMR |
| 2500 | 83231Z5VN6M1Z |
| 2501 | 832319RZMDZ2K |
| 2502 | 832319JH78S0V |
| 2503 | 83231THVH3YC4 |
| 2504 | 8323184F4J260 |

| | |
|---|---|
| 2505 | 83231SGP48VDK |
| 2506 | 83231CN6JYNNH |
| 2507 | 83231VR43DVDH |
| 2508 | 83231GJHMK4TY |
| 2509 | 83231F4D1Z5F7 |
| 2510 | 83231QSVK36H3 |
| 2511 | 83231SYYHBDKP |
| 2512 | 832311CHFF0CR |
| 2513 | 83231R9SX8N4P |
| 2514 | 832316JQFMYQS |
| 2515 | 83231BYGBYNMH |
| 2516 | 83231YBZRMMNY |
| 2517 | 83231KX060TRJ |
| 2518 | 8323153JQPQPJ |
| 2519 | 83231F1JZXG2X |
| 2520 | 832319414PDKT |
| 2521 | 83231SK65BFC7 |
| 2522 | 83231JFMZ13B5 |
| 2523 | 83231TZD1QG1S |
| 2524 | 83231YSPDJYYH |
| 2525 | 83231JCMTG23P |
| 2526 | 832316Z4P8HB7 |
| 2527 | 832319FKK1P6G |
| 2528 | 83231HTQV5KYY |
| 2529 | 83231DDZCJJ1Z |
| 2530 | 83231DD42CF9P |
| 2531 | 83231Y129P9SK |
| 2532 | 832318G00HDSH |
| 2533 | 832319165YQQB |
| 2534 | 83231SJFTPM6X |
| 2535 | 83231T8NP98PX |
| 2536 | 83231S4JTKFZ8 |
| 2537 | 83231MTD16C2X |
| 2538 | 832318JCZ0XVD |
| 2539 | 83231RQGQVV5D |
| 2540 | 83231ZQ8B7MNB |
| 2541 | 83231TXM4B0FZ |
| 2542 | 83231S98H3HY6 |
| 2543 | 83231T5J3QGFH |
| 2544 | 83231C51M0PY6 |
| 2545 | 83231R9KD4QSR |
| 2546 | 832310PBSYGT6 |
| 2547 | 83231RFFGVHCB |
| 2548 | 83231N8QRBQ6N |

| | |
|---|---|
| 2549 | 83231JG00JGZS |
| 2550 | 83231DJKDTKRN |
| 2551 | 832313NR3SN9F |
| 2552 | 83231XN18ZY15 |
| 2553 | 83231FGM76XF7 |
| 2554 | 83231K2JS85BQ |
| 2555 | 83231TGGVYK9C |
| 2556 | 83231YF570GZ1 |
| 2557 | 83231T565X0QG |
| 2558 | 83231DV2MTQVX |
| 2559 | 83231QM6Z2K2G |
| 2560 | 83231XFJ9MVYX |
| 2561 | 832317148PH9C |
| 2562 | 832319TYF14V3 |
| 2563 | 83231VQVVDD3J |
| 2564 | 83231GTMZPCMX |
| 2565 | 83231NRMMBS45 |
| 2566 | 832318CKPND05 |
| 2567 | 83231FN0P78SR |
| 2568 | 832316HY003RF |
| 2569 | 83231R302GPVT |
| 2570 | 83231JR3TH8ZK |
| 2571 | 832317D5GGN8D |
| 2572 | 83231YT95CHN3 |
| 2573 | 83231JGBB77R3 |
| 2574 | 832312JXCBGJX |
| 2575 | 832318C1SP15M |
| 2576 | 83231M15RK1DC |
| 2577 | 832316KCXXSM9 |
| 2578 | 83231JD4M24VC |
| 2579 | 83231VJ7F5DNT |
| 2580 | 83231F18S004B |
| 2581 | 83231J1C6VQ79 |
| 2582 | 8323157SVZ46D |
| 2583 | 83231B3NHHCCG |
| 2584 | 83231Q0M5TFFN |
| 2585 | 8323195QRXSM7 |
| 2586 | 8323145RKMDRM |
| 2587 | 83231B5Y78N09 |
| 2588 | 83231RSNYT4NK |
| 2589 | 832313MBMDQQ2 |
| 2590 | 83231XRR2MCHT |
| 2591 | 83231DH551XXB |
| 2592 | 83231JV1TCYG9 |

| | |
|---|---|
| 2593 | 83231C1XXZYFQ |
| 2594 | 83231M026JRC0 |
| 2595 | 8323177G77TP6 |
| 2596 | 83231FBJBD80P |
| 2597 | 83231B296CZ0Y |
| 2598 | 83231RDYK70M1 |
| 2599 | 83231P8MRK0R3 |
| 2600 | 832311151N53D |
| 2601 | 83231HPF9JZJH |
| 2602 | 832316PK0X0QC |
| 2603 | 832314ZQSHVMR |
| 2604 | 83231JKKYD57B |
| 2605 | 83231QZG7J1QR |
| 2606 | 832310KNPTQY3 |
| 2607 | 83231XP7QXT9M |
| 2608 | 832311PKZVBZQ |
| 2609 | 83231YH3B48J9 |
| 2610 | 83231B2H35ZBZ |
| 2611 | 832314F24ZB20 |
| 2612 | 83231XQ3VMD5X |
| 2613 | 832314P31PGHT |
| 2614 | 83231HRKQ63NJ |
| 2615 | 832310K4GBXP9 |
| 2616 | 83231TYRP0V6F |
| 2617 | 83231Q1MPQR50 |
| 2618 | 83231S6RHHHR2 |
| 2619 | 83231DM1HQCVM |
| 2620 | 8323167096HR7 |
| 2621 | 83231F16YQR93 |
| 2622 | 83231SCVS0RQD |
| 2623 | 83231S4PM1D0S |
| 2624 | 8323141SSNX60 |
| 2625 | 832319085NQTF |
| 2626 | 83231TG52FPG4 |
| 2627 | 83231DDZ232G0 |
| 2628 | 83231MVQ352J6 |
| 2629 | 832314VZFHZ3D |
| 2630 | 832315CVM44DH |
| 2631 | 8323103V55DQ4 |
| 2632 | 83231D9NN071F |
| 2633 | 83231FHD4MPQT |
| 2634 | 83231VMG7Y9D6 |
| 2635 | 83231YMN034JF |
| 2636 | 83231HCPNY8S3 |

| | |
|---|---|
| 2637 | 83231TXQB259N |
| 2638 | 83231KZK058S3 |
| 2639 | 83231DC90FB0V |
| 2640 | 83231Y8H5157Q |
| 2641 | 8323157CX2CQH |
| 2642 | 832316Y12S8KZ |
| 2643 | 83231DF4ZPQR6 |
| 2644 | 83231C71MHGPZ |
| 2645 | 83231XCSS0B79 |
| 2646 | 83231VJ2YD4C3 |
| 2647 | 83231RNDC9G05 |
| 2648 | 83231GVYN2HVF |
| 2649 | 8323154G08SR6 |
| 2650 | 83231GVQJMRDV |
| 2651 | 832319QBXB4VC |
| 2652 | 832314V78GYDF |
| 2653 | 83231MJXR1VSR |
| 2654 | 832318PCDBFFZ |
| 2655 | 83231ZQHR96D4 |
| 2656 | 832317XF57RV6 |
| 2657 | 83231PG1JBQX8 |
| 2658 | 832312QQHNSD4 |
| 2659 | 83231Y25Z3XSX |
| 2660 | 83231FYB8SDX7 |
| 2661 | 83231X5987JG3 |
| 2662 | 83231H87KR454 |
| 2663 | 83231N9M1X2TQ |
| 2664 | 83231N9BRC9MR |
| 2665 | 83231DKZFQKRM |
| 2666 | 832315ZXRJTNS |
| 2667 | 83231Q27JBCVQ |
| 2668 | 83231R6PJJBMB |
| 2669 | 83231DGG8HT5H |
| 2670 | 83231BRX73TTQ |
| 2671 | 8323167VD1G2Y |
| 2672 | 832319PX5X1VY |
| 2673 | 83231CDX3K7Z0 |
| 2674 | 832315450GXHJ |
| 2675 | 83231T6GKTHT2 |
| 2676 | 8323191SHM1TJ |
| 2677 | 83231G42HSH3P |
| 2678 | 83231D742HVBB |
| 2679 | 83231QHMD9DKD |
| 2680 | 832315CQPV41X |

| | |
|---|---|
| 2681 | 83231S55V9B53 |
| 2682 | 83231CKRCVT3N |
| 2683 | 83231BD3RZ9CP |
| 2684 | 83231BZ74T7JR |
| 2685 | 8323106RGG290 |
| 2686 | 83231ZRSJ45BF |
| 2687 | 83231ZDJY2NH7 |
| 2688 | 83231NSS4ZH1S |
| 2689 | 83231QKVC5F31 |
| 2690 | 83231C5TC5TFK |
| 2691 | 832312HX5D1H3 |
| 2692 | 832316G26C8HZ |
| 2693 | 83231JG30JH8Z |
| 2694 | 83231HD30C50R |
| 2695 | 832316PKQ31H8 |
| 2696 | 83231XJ5ZDKV1 |
| 2697 | 83231M9JZSYP3 |
| 2698 | 832312GYNNY5N |
| 2699 | 832314Q0TRXBV |
| 2700 | 83231J8DVKGCF |
| 2701 | 83231QYR54NBQ |
| 2702 | 83231KDV77130 |
| 2703 | 8323120XTFBZQ |
| 2704 | 83231Y3S1TFR6 |
| 2705 | 832317ZX3M4M8 |
| 2706 | 832313VXT6FY4 |
| 2707 | 83231HPTTCVQ5 |
| 2708 | 83231K7Y2CZ7X |
| 2709 | 8323165DQJ33N |
| 2710 | 83231K3C1H5Y6 |
| 2711 | 83231X4G3XB6S |
| 2712 | 83231GD8VHQRT |
| 2713 | 832314JMM2F8C |
| 2714 | 832319MVDVQHD |
| 2715 | 832310JTGGF98 |
| 2716 | 832313PKMRS3M |
| 2717 | 83231S08PCP3B |
| 2718 | 832316XZK1R83 |
| 2719 | 832318CFF32V0 |
| 2720 | 83231VX746ZTV |
| 2721 | 832315K5FNYS4 |
| 2722 | 83231JST0V34P |
| 2723 | 832314QNG8J7S |
| 2724 | 83231BBDFR1CQ |

| | |
|---|---|
| 2725 | 83231R34YKD61 |
| 2726 | 83231F8MK4265 |
| 2727 | 83231QXHZG0C5 |
| 2728 | 83231CSBBXT1H |
| 2729 | 83231R3SPGFXC |
| 2730 | 83231NXH6FBDD |
| 2731 | 832316CVR3Z3F |
| 2732 | 83231VX5HFZRB |
| 2733 | 8323161FTYGH2 |
| 2734 | 8323159SD44V8 |
| 2735 | 83231GYPMZQ2G |
| 2736 | 8323172N1XP70 |
| 2737 | 83231VBR6F425 |
| 2738 | 832312GFKYT9J |
| 2739 | 8323194X7S5YK |
| 2740 | 8323163CDTJ8Q |
| 2741 | 83231XFY883FK |
| 2742 | 83231KVKJGF2F |
| 2743 | 83231B4TY3X30 |
| 2744 | 83231289KX078 |
| 2745 | 83231BFHFMPGR |
| 2746 | 8323157S6F48S |
| 2747 | 83231Y4GQJF41 |
| 2748 | 83231STZSJKKT |
| 2749 | 832319MT4MF9V |
| 2750 | 83231F2NCJNCK |
| 2751 | 832311193NF4M |
| 2752 | 83231CMC87VGT |
| 2753 | 832317FBXVZBM |
| 2754 | 8323127B37XN4 |
| 2755 | 83231FSV3Z1H1 |
| 2756 | 83231GX0P6C2N |
| 2757 | 83231BXH4SDYC |
| 2758 | 83231K6DG9KZK |
| 2759 | 832316P51SY3J |
| 2760 | 832319FRFJDFD |
| 2761 | 8323166JR07Q6 |
| 2762 | 83231P77HFGMF |
| 2763 | 83231ZZ5Z3SMM |
| 2764 | 832314F71ZSJP |
| 2765 | 83231HRSM48JM |
| 2766 | 832315T68M6XD |
| 2767 | 83231C8VCZG5H |
| 2768 | 8323180V4T1F8 |

| | |
|---|---|
| 2769 | 832313J1BXFXN |
| 2770 | 83231XP7QFV0J |
| 2771 | 832317JYRTXF4 |
| 2772 | 83231PH6HP43R |
| 2773 | 83231VRBYVS6Q |
| 2774 | 83231RNCQ7ZHV |
| 2775 | 832317PBP3X0M |
| 2776 | 8323101SDNHB9 |
| 2777 | 832310S46GXVM |
| 2778 | 83231Y3K4CRP1 |
| 2779 | 832316GNNHY26 |
| 2780 | 832313YMPJ8M5 |
| 2781 | 832311NXNMV0N |
| 2782 | 83231JVN6BQ69 |
| 2783 | 832310GZ1V960 |
| 2784 | 83231JF8JNVTS |
| 2785 | 832316RYD928N |
| 2786 | 83231T6RX4NYH |
| 2787 | 83231K75BV3JZ |
| 2788 | 83231N1828F10 |
| 2789 | 83231YSDV1DPQ |
| 2790 | 83231KK47XGPD |
| 2791 | 832313S9FYT60 |
| 2792 | 83231H9B7V7KV |
| 2793 | 83231JCGHNYDD |
| 2794 | 83231DGV9XJ65 |
| 2795 | 83231DH1THDFZ |
| 2796 | 83231X8PVK2HS |
| 2797 | 83231H0DYTXKK |
| 2798 | 83231X5GYFTFN |
| 2799 | 83231X5TZ4VMQ |
| 2800 | 83231MP9TDHHX |
| 2801 | 83231YH26T5ZR |
| 2802 | 83231780X67H2 |
| 2803 | 83231J6K24ZSH |
| 2804 | 832317J1XGSHF |
| 2805 | 83231SSRDN0F6 |
| 2806 | 83231Q4XF2H2D |
| 2807 | 83231DZN563P3 |
| 2808 | 83231GXRNQ0CV |
| 2809 | 83231RV58C4T2 |
| 2810 | 83231KVG3057J |
| 2811 | 8323143GFVF95 |
| 2812 | 83231J3V41MXQ |

| | |
|---|---|
| 2813 | 83231Y5C88MYC |
| 2814 | 832312PPHYP8H |
| 2815 | 83231F4GF32ST |
| 2816 | 832317G2RCJXV |
| 2817 | 83231RYTKRFDV |
| 2818 | 832313D0SYM6P |
| 2819 | 83231H83G6DHP |
| 2820 | 83231TFRGGZ49 |
| 2821 | 83231P0NF2T29 |
| 2822 | 832312J6DPMTN |
| 2823 | 83231C227RC3Z |
| 2824 | 83231R593FG5H |
| 2825 | 83231F1Z5CM3K |
| 2826 | 832318PCSHCYY |
| 2827 | 832314TY7X3M3 |
| 2828 | 83231BS8DCPDD |
| 2829 | 83231J1JM7FN4 |
| 2830 | 83231B8G21JGB |
| 2831 | 83231KJ64PHVJ |
| 2832 | 83231TJ5281K2 |
| 2833 | 83231H2PJGT5K |
| 2834 | 83231XV2MC55F |
| 2835 | 83231R97YG19K |
| 2836 | 83231C2CTBBQH |
| 2837 | 83231JDDDQ8TG |
| 2838 | 83231TM5C2GNF |
| 2839 | 83231BQ5CYD9G |
| 2840 | 83231N8YG0316 |
| 2841 | 83231MYCDYZZT |
| 2842 | 83231H26TMP2G |
| 2843 | 83231S9NBH6R2 |
| 2844 | 832310HMQZQBC |
| 2845 | 83231S00SFZ6B |
| 2846 | 832318YGR41F9 |
| 2847 | 83231QB657V49 |
| 2848 | 832316T2GS2BR |
| 2849 | 8323191VJPGPD |
| 2850 | 832317X5F2986 |
| 2851 | 8323159RXDYRJ |
| 2852 | 832310XS9J6Z6 |
| 2853 | 832312GG58233 |
| 2854 | 83231PS067675 |
| 2855 | 83231ZRR3NKNZ |
| 2856 | 83231F757KRHH |

| | |
|---|---|
| 2857 | 832318NX066D9 |
| 2858 | 832319Y90JRCB |
| 2859 | 83231HQRS4GVM |
| 2860 | 83231NRQQQHM9 |
| 2861 | 83231H6QGM444 |
| 2862 | 83231MGN6JPCD |
| 2863 | 832317mq47819 |
| 2864 | 832316C0755M1 |
| 2865 | 83231F2QG2892 |
| 2866 | 83231BVBJVFDD |
| 2867 | 83231VSPYJ0Y9 |
| 2868 | 83231FN4S9133 |
| 2869 | 83231VCKHQVX0 |
| 2870 | 83231K6Q45SJ7 |
| 2871 | 83231DJ69FX9D |
| 2872 | 83231Q3FGBQKC |
| 2873 | 832319NSF73YG |
| 2874 | 83231PQXZKDHX |
| 2875 | 832312M3v6fcs |
| 2876 | 832319XN3XG54 |
| 2877 | 832312D1XFJQS |
| 2878 | 83231JQ11PKJB |
| 2879 | 83231TVBYZFB4 |
| 2880 | 832313PG8DDFD |
| 2881 | 832315D7C45S5 |
| 2882 | 832313VNJD8NP |
| 2883 | 832315SV3N5XY |
| 2884 | 83231MH749MDD |
| 2885 | 83231MTFMHBDT |
| 2886 | 83231GD9Q6GJJ |
| 2887 | 832311Z2ZXX67 |
| 2888 | 832318K5S8BJC |
| 2889 | 83231SMZ65QQ9 |
| 2890 | 832312SB31QDQ |
| 2891 | 832312JJYFJ4S |
| 2892 | 83231BQ5Z8JC9 |
| 2893 | 83231JC34H1GK |
| 2894 | 83231NF741JMS |
| 2895 | 83231XV8H9GBS |
| 2896 | 83231YYJ7PJJH |
| 2897 | 83231T67KZB0G |
| 2898 | 83231R4M815NV |
| 2899 | 83231Z6BZC1JY |
| 2900 | 8323148S66YJG |

| | |
|---|---|
| 2901 | 83231FSNNX623 |
| 2902 | 83231PVTY61MM |
| 2903 | 83231BH8VJJBD |
| 2904 | 83231MXJQ4BB6 |
| 2905 | 83231MGSC4D6T |
| 2906 | 83231X2HXJY8D |
| 2907 | 832313QP0MQ5Y |
| 2908 | 83231NHMYN5M7 |
| 2909 | 83231FX2RCPVC |
| 2910 | 83231R9ZQ1G74 |
| 2911 | 83231NZS2C0JN |
| 2912 | 832313GPXYC92 |
| 2913 | 83231NSFH5J9B |
| 2914 | 832319YVX29CC |
| 2915 | 83231CHJJK7Z1 |
| 2916 | 832318XFSS479 |
| 2917 | 83231V6P64TFZ |
| 2918 | 83231H7C8C6F4 |
| 2919 | 83231R2Z23322 |
| 2920 | 83231BX2XC7PR |
| 2921 | 83231RCN085Z9 |
| 2922 | 83231MXBJ767D |
| 2923 | 83231RRBZ2X9Z |
| 2924 | 83231JDDXMSP4 |
| 2925 | 83231N45B6P2X |
| 2926 | 832314GGGCQ5F |
| 2927 | 83231ZZVHSXDM |
| 2928 | 83231X2GSM5RH |
| 2929 | 83231C548XY1V |
| 2930 | 83231X13S6X6Z |
| 2931 | 832317VH6G9BZ |
| 2932 | 83231G446JPGS |
| 2933 | 8323162T277VD |
| 2934 | 83231FVYJNXB3 |
| 2935 | 832313XX7R0JJ |
| 2936 | 8323129BGY42J |
| 2937 | 832314B276QCV |
| 2938 | 83231JZTK9599 |
| 2939 | 83231T56YZ67C |
| 2940 | 83231RSY8DBGY |
| 2941 | 832317HXVHJRY |
| 2942 | 83231YNNVQ98F |
| 2943 | 832318HS6BQ1F |
| 2944 | 83231PBS9N7SC |

| | |
|---|---|
| 2945 | 83231Y70J34DP |
| 2946 | 83231C0NPNB94 |
| 2947 | 832310GDBXKGJ |
| 2948 | 83231N40NYGRD |
| 2949 | 83231FV1FS6VQ |
| 2950 | 83231DT8HM14D |
| 2951 | 83231656J3GSM |
| 2952 | 83231VMGT0TP5 |
| 2953 | 83231F64ZKFKD |
| 2954 | 8323152GPB2DJ |
| 2955 | 83231C72SSBCB |
| 2956 | 832316ZHGCVZ2 |
| 2957 | 83231XJGN6GD7 |
| 2958 | 83231YJ0DZQ03 |
| 2959 | 83231GP7MNZ0D |
| 2960 | 83231N9KPV6N0 |
| 2961 | 832319Q4K9TP8 |
| 2962 | 83231C63S4SRR |
| 2963 | 83231HCG9VM54 |
| 2964 | 832319C6SB4SQ |
| 2965 | 83231BX59X7QG |
| 2966 | 832314MM8VG29 |
| 2967 | 8323113J75Y0N |
| 2968 | 83231DCXFDJJS |
| 2969 | 83231JKZGZZQH |
| 2970 | 83231C4F3XR2F |
| 2971 | 83231F8TGR8SF |
| 2972 | 832315YQYF6KJ |
| 2973 | 832314NXJ52Y3 |
| 2974 | 83231T4JFZTMJ |
| 2975 | 83231Y1C7VM2F |
| 2976 | 8323141DR1P0Z |
| 2977 | 832313K25KPY2 |
| 2978 | 83231S4Q5VZ47 |
| 2979 | 83231D50M258D |
| 2980 | 83231MDG48GCB |
| 2981 | 83231960FJ706 |
| 2982 | 832316YV5BZ17 |
| 2983 | 83231B6178HFH |
| 2984 | 832317SFVG15T |
| 2985 | 83231P0DVPCJG |
| 2986 | 83231Q5B6N471 |
| 2987 | 83231XP5CTTZS |
| 2988 | 83231S1C5Y2DS |

| | |
|---|---|
| 2989 | 8323174J7C36X |
| 2990 | 83231BZRPZ0R3 |
| 2991 | 83231BBP4DPS8 |
| 2992 | 832313JC918Q1 |
| 2993 | 83231QT0JDV59 |
| 2994 | 832312C66V2H2 |
| 2995 | 8323114DZYSJ4 |
| 2996 | 83231M45ZP2R9 |
| 2997 | 83231C6RRPR3F |
| 2998 | 83231BP44KR63 |
| 2999 | 83231HJRXJVF4 |
| 3000 | 83231J12RB7JT |
| 3001 | 83231KMCS7ZRT |
| 3002 | 83231YNH5F203 |
| 3003 | 83231Q3P3SKGJ |
| 3004 | 832317DT3NKYV |
| 3005 | 83231FT80G2GQ |
| 3006 | 83231X7596J0X |
| 3007 | 83231CF14Y1M1 |
| 3008 | 832311SFT3D1K |
| 3009 | 83231FJTR0700 |
| 3010 | 832311YZYMT51 |
| 3011 | 83231MZHYMG0Z |
| 3012 | 83231CBQ33TF4 |
| 3013 | 8323107ZTKQS7 |
| 3014 | 83231V50373P7 |
| 3015 | 83231Q27KP4VM |
| 3016 | 83231FC5BP1S8 |
| 3017 | 83231NVX07R2F |
| 3018 | 83231V8G0BRTK |
| 3019 | 83231N4N798T6 |
| 3020 | 832318CZQXVX8 |
| 3021 | 83231SKDD8BMV |
| 3022 | 8323169S6N73X |
| 3023 | 83231T9HF1YP9 |
| 3024 | 83231784CMV9G |
| 3025 | 83231RC0SQYQF |
| 3026 | 83231Y2RGGGKP |
| 3027 | 832310HSMHQQG |
| 3028 | 8323101KX1QN3 |
| 3029 | 832319P0BGV9D |
| 3030 | 83231697N0R1M |
| 3031 | 83231RHCZXV48 |
| 3032 | 83231J5BBDYVG |

| | |
|---|---|
| 3033 | 83231PVHSMPPN |
| 3034 | 832310KCRVK17 |
| 3035 | 83231HYX5NZCS |
| 3036 | 83231DX20V6NV |
| 3037 | 83231S8C2VG30 |
| 3038 | 832319DVZT8VC |
| 3039 | 832314VRMKJHZ |
| 3040 | 83231543N9NMD |
| 3041 | 83231R5ZCDP21 |
| 3042 | 83231BP98GYHP |
| 3043 | 83231C6JD88V1 |
| 3044 | 83231TV7KCNBX |
| 3045 | 83231QG7VQQ5R |
| 3046 | 832313V7V0CYH |
| 3047 | 83231D0241X0S |
| 3048 | 83231XPP5G7PT |
| 3049 | 83231Z60RKXCH |
| 3050 | 8323105S6XKCY |
| 3051 | 83231BXCJDJB8 |
| 3052 | 83231BPGHFT6F |
| 3053 | 83231X04NCVNT |
| 3054 | 8323132RCTNDK |
| 3055 | 83231VNQX17CX |
| 3056 | 832316PYVGC48 |
| 3057 | 83231P9DGSG5T |
| 3058 | 83231DN4H21ZN |
| 3059 | 83231J139103H |
| 3060 | 83231VD8FCZPG |
| 3061 | 83231K720KD03 |
| 3062 | 83231V7SCS930 |
| 3063 | 83231FYMJPNTK |
| 3064 | 83231TTQN8DP6 |
| 3065 | 83231N7H6ZKZF |
| 3066 | 832316M95217J |
| 3067 | 83231YCNFM8CB |
| 3068 | 83231QZ9541H9 |
| 3069 | 832319609H2KJ |
| 3070 | 8323143F655QJ |
| 3071 | 83231XG6YXQ88 |
| 3072 | 832318TCS2PJ7 |
| 3073 | 83231YZ2352RH |
| 3074 | 832315173FRTB |
| 3075 | 83231DN3Z36FP |
| 3076 | 83231ZQVXQDK7 |

| | |
|---|---|
| 3077 | 832312HD5JJ45 |
| 3078 | 83231XPB56NDK |
| 3079 | 83231KG45HKMH |
| 3080 | 832312YH2Q0NK |
| 3081 | 83231S5Y8NN7T |
| 3082 | 832315PHCBK16 |
| 3083 | 83231QYNJ2KY2 |
| 3084 | 832313NS83672 |
| 3085 | 832312SGSBGBK |
| 3086 | 832313C2JTCK8 |
| 3087 | 83231J0V817SK |
| 3088 | 8323135Z9PY9T |
| 3089 | 832317D923BHY |
| 3090 | 83231MJDKM2CS |
| 3091 | 83231ZGQBPYXG |
| 3092 | 83231NGSNDH97 |
| 3093 | 83231V21SB578 |
| 3094 | 83231FD37KMX2 |
| 3095 | 83231YH43SY7C |
| 3096 | 832315HP4434J |
| 3097 | 83231DSPHNG81 |
| 3098 | 83231VDJDYJGD |
| 3099 | 832310TX6HJGT |
| 3100 | 83231RGQ4G4P5 |
| 3101 | 832311T311ZF9 |
| 3102 | 83231JYJG4J9S |
| 3103 | 83231VK2HJHQV |
| 3104 | 83231Y52NQY0N |
| 3105 | 83231SZQ6SP13 |
| 3106 | 8323192RC7YQY |
| 3107 | 83231831RPRJS |
| 3108 | 832312DMMX15F |
| 3109 | 83231RCZ3VZK3 |
| 3110 | 832319THMG8SN |
| 3111 | 83231S8PQQG92 |
| 3112 | 83231XDGV1DHM |
| 3113 | 8323184BRK4DG |
| 3114 | 832318BXN04MP |
| 3115 | 83231Q62986FQ |
| 3116 | 832311M01118N |
| 3117 | 83231SXS6K31T |
| 3118 | 83231CRM1T4BK |
| 3119 | 83231RRVNNFBN |
| 3120 | 83231PJ9ZV5F2 |

| | |
|---|---|
| 3121 | 8323195X0KPS8 |
| 3122 | 83231SRNTJ0SV |
| 3123 | 832310KG23Z21 |
| 3124 | 83231QPS3YJN8 |
| 3125 | 832315DTN59Q1 |
| 3126 | 832317DGYSPYG |
| 3127 | 83231D9TQ02CR |
| 3128 | 83231RN44PGJR |
| 3129 | 832316VFXHB95 |
| 3130 | 83231H6890VSM |
| 3131 | 83231RJXYGDHY |
| 3132 | 83231ZRF53GZ0 |
| 3133 | 83231K8XQJ20B |
| 3134 | 83231K4NV1S9R |
| 3135 | 83231GVT0FPZX |
| 3136 | 83231FV6CCZGX |
| 3137 | 832314P89H58Z |
| 3138 | 83231M3496340 |
| 3139 | 83231223PVM5K |
| 3140 | 83231ND0HSB0D |
| 3141 | 8323102H587RZ |
| 3142 | 83231V7FCCS6D |
| 3143 | 83231GC34K3QF |
| 3144 | 83231HXKT880V |
| 3145 | 83231Q9P5K92N |
| 3146 | 83231T82K5463 |
| 3147 | 83231989CVRQD |
| 3148 | 832315T32D6DN |
| 3149 | 83231DKMM8497 |
| 3150 | 83231076YV6M3 |
| 3151 | 8323169SGNZ68 |
| 3152 | 83231FVM62HGD |
| 3153 | 83231P1S5566S |
| 3154 | 83231PZDSQV2M |
| 3155 | 83231VQZHKH97 |
| 3156 | 83231QNVD88D1 |
| 3157 | 83231NY5P1ZJ1 |
| 3158 | 83231BYDVHMP5 |
| 3159 | 83231B48B2NN9 |
| 3160 | 83231D9YFPX12 |
| 3161 | 83231G9SC2JKH |
| 3162 | 83231NKR1C9CT |
| 3163 | 83231MBF9C4DZ |
| 3164 | 832318Y47DPXQ |

| | |
|---|---|
| 3165 | 83231HRNNZTYS |
| 3166 | 83231CYF4KPGP |
| 3167 | 832311P41YTHD |
| 3168 | 83231BPPDG23V |
| 3169 | 83231CHRBBYND |
| 3170 | 832310HPHQXFF |
| 3171 | 83231YRJ49ZKP |
| 3172 | 83231RDJ0VBPG |
| 3173 | 832317CBT1FF9 |
| 3174 | 8323109XP06YV |
| 3175 | 83231MYP1DJ85 |
| 3176 | 83231J618GF5S |
| 3177 | 83231ZYVFNN0T |
| 3178 | 83231MJBPZXBF |
| 3179 | 832318M5K0Z46 |
| 3180 | 83231H8FHBBPQ |
| 3181 | 83231YPHG089N |
| 3182 | 83231HYPGSBDV |
| 3183 | 83231JPY5YN7G |
| 3184 | 83231GXVG0CP1 |
| 3185 | 832315V4DQTG7 |
| 3186 | 8323131FG4NVY |
| 3187 | 83231ZP5KMM6N |
| 3188 | 83231R3FYXKKK |
| 3189 | 832315Q57FP6R |
| 3190 | 83231B1977FM6 |
| 3191 | 83231KJDPFR0F |
| 3192 | 83231RNB5VXY7 |
| 3193 | 83231CPHNH86N |
| 3194 | 832312MPN2TH9 |
| 3195 | 832316X325F5N |
| 3196 | 83231P9Y3J707 |
| 3197 | 83231TDXFCKTD |
| 3198 | 832314BF1PNKX |
| 3199 | 832313VDVG23T |
| 3200 | 83231MCFKXHC7 |
| 3201 | 83231DNG1XT8D |
| 3202 | 83231FCR95QT6 |
| 3203 | 83231JV9ZT7QT |
| 3204 | 83231165SQJQV |
| 3205 | 83231RS3ZNK7Q |
| 3206 | 8323160KHB2DR |
| 3207 | 832311BPF461V |
| 3208 | 83231CMT5377P |

| | |
|---|---|
| 3209 | 83231RN15CMP0 |
| 3210 | 8323195TBMQMX |
| 3211 | 83231GZSZ40BR |
| 3212 | 8323108122GV9 |
| 3213 | 83231KS9678CV |
| 3214 | 83231F7DMBX69 |
| 3215 | 832310GJGYHQB |
| 3216 | 83231CGPZYDHP |
| 3217 | 83231VN1890HQ |
| 3218 | 83231TQ32TP07 |
| 3219 | 83231P3YNRVVV |
| 3220 | 83231QHGPJKVY |
| 3221 | 832316890HZ0T |
| 3222 | 83231TJ0KDXKB |
| 3223 | 832311M39F8FX |
| 3224 | 83231VDZFGVZ6 |
| 3225 | 83231HJ15F4DB |
| 3226 | 83231C0426KXV |
| 3227 | 83231GKC9DD16 |
| 3228 | 83231DV4J8PBV |
| 3229 | 83231VT5DNKZ7 |
| 3230 | 832312NKSX68D |
| 3231 | 832318Y8NM65F |
| 3232 | 83231JF8SRCJ8 |
| 3233 | 832313SG7Y80K |
| 3234 | 83231P21KNJS1 |
| 3235 | 83231KMY1HF19 |
| 3236 | 83231F2GG6621 |
| 3237 | 832316TKZFRFX |
| 3238 | 83231PYYHKG0K |
| 3239 | 832317XRVMQV6 |
| 3240 | 83231MJ7K6MR1 |
| 3241 | 83231CCVN0BR7 |
| 3242 | 832311TGT2Q5D |
| 3243 | 83231NYX165JT |
| 3244 | 8323191FH3199 |
| 3245 | 83231YB2YJRZT |
| 3246 | 83231TMVVSS41 |
| 3247 | 832312K2MPTZZ |
| 3248 | 83231K3X8CZM3 |
| 3249 | 83231ZPN3YK5R |
| 3250 | 832319TTSZCNT |
| 3251 | 83231JVH1Z9DD |
| 3252 | 832315G77M73F |

| | |
|---|---|
| 3253 | 832316JX2RJT5 |
| 3254 | 83231M1SKB08N |
| 3255 | 832313VTXFJ4D |
| 3256 | 83231ZGQX953C |
| 3257 | 83231BM4NYQJN |
| 3258 | 83231J4B4Y297 |
| 3259 | 83231DSNGK2KS |
| 3260 | 83231X87NGXBP |
| 3261 | 83231CHRH79XX |
| 3262 | 8323169B2MP4C |
| 3263 | 83231QTV4M4TK |
| 3264 | 832318M7FY58N |
| 3265 | 83231G27V3NKY |
| 3266 | 83231Q8V8Z748 |
| 3267 | 83231YSSF681G |
| 3268 | 83231J83RG5K4 |
| 3269 | 83231NV4TFRGQ |
| 3270 | 832314Q9RC01B |
| 3271 | 83231JSYRMK37 |
| 3272 | 83231YF7MS3KM |
| 3273 | 8323134N58T8Q |
| 3274 | 83231YVZVMX64 |
| 3275 | 83231K356V83D |
| 3276 | 832313V14T4YS |
| 3277 | 83231FXT7GJ9N |
| 3278 | 832315VJ65N2M |
| 3279 | 83231Q2MGXNN0 |
| 3280 | 83231Y5Q72N24 |
| 3281 | 83231Q7KH25XX |
| 3282 | 83231H8XMC8TB |
| 3283 | 83231VHT3QQGQ |
| 3284 | 832311634KYHY |
| 3285 | 83231X78PB3MH |
| 3286 | 83231S8HHH9N0 |
| 3287 | 83231XXVPC41R |
| 3288 | 83231HPKQ0J77 |
| 3289 | 832311RD4SZVF |
| 3290 | 832313YCS67TP |
| 3291 | 832310F2BVZ4G |
| 3292 | 83231F5VKCQFT |
| 3293 | 8323187JQ76HK |
| 3294 | 83231B4N8MVZ7 |
| 3295 | 83231H4V243B1 |
| 3296 | 83231XFBQNJ2P |

| | |
|---|---|
| 3297 | 83231J8JZ3RV3 |
| 3298 | 83231Z43SR3DD |
| 3299 | 832317YSY2T9D |
| 3300 | 83231BT5J96R2 |
| 3301 | 83231685QBVCH |
| 3302 | 83231D8V3F1Q5 |
| 3303 | 83231CGNND9SD |
| 3304 | 83231J1Q19BYR |
| 3305 | 83231B6ZXJZQ1 |
| 3306 | 832310XF2TC0T |
| 3307 | 8323181S730KQ |
| 3308 | 83231SHV40P5M |
| 3309 | 83231YP94XJ7S |
| 3310 | 83231H08CX2QS |
| 3311 | 832315QP1RK9R |
| 3312 | 832317VCQXS84 |
| 3313 | 832313TY4SN0M |
| 3314 | 83231ZGD48R39 |
| 3315 | 83231G823HHZJ |
| 3316 | 832318VTZ6G6P |
| 3317 | 83231PRJ52QD5 |
| 3318 | 83231F6D57RT2 |
| 3319 | 832318TX2KX3F |
| 3320 | 8323132XDP7GX |
| 3321 | 83231VN87CPY5 |
| 3322 | 83231Y4RBSBQ4 |
| 3323 | 83231YYVVZXHZ |
| 3324 | 832312YY2F2N1 |
| 3325 | 83231JSSF4R1M |
| 3326 | 83231TD8STTX3 |
| 3327 | 8323185Q41KT1 |
| 3328 | 83231P95NYZTC |
| 3329 | 832316HZFTMBS |
| 3330 | 83231KD9CPT50 |
| 3331 | 832310ZS3XXR8 |
| 3332 | 83231FF72YY2G |
| 3333 | 832314906YVJ4 |
| 3334 | 8323192T52PJD |
| 3335 | 83231SXQHZ7T2 |
| 3336 | 8323112R4ST55 |
| 3337 | 83231MGRY1BF7 |
| 3338 | 83231T3PKJ5D0 |
| 3339 | 83231xd14ts2z |
| 3340 | 832316YTZ9NNV |

| | |
|---|---|
| 3341 | 83231BYMMGV2S |
| 3342 | 83231G5RVQB8S |
| 3343 | 83231B0MR25N6 |
| 3344 | 8323130BB09H5 |
| 3345 | 832317QVT7M46 |
| 3346 | 83231DQTMTFPV |
| 3347 | 832312J6N55CM |
| 3348 | 83231GM75N59Q |
| 3349 | 83231PK7YM6ND |
| 3350 | 83231BY1NMVCD |
| 3351 | 83231QC8T0J55 |
| 3352 | 832314MPQPKCR |
| 3353 | 83231Z4R1HCYZ |
| 3354 | 83231H9TQD8CY |
| 3355 | 83231TGF8RD08 |
| 3356 | 83231ZFD6PGCZ |
| 3357 | 83231T1FR1HVN |
| 3358 | 8323158SRCVCC |
| 3359 | 83231P4V0KH7D |
| 3360 | 83231ZVFKZ4GF |
| 3361 | 8323108YH8Z5V |
| 3362 | 83231CHCH4BHF |
| 3363 | 83231MYR3H0T4 |
| 3364 | 832318QB26B1M |
| 3365 | 832311SY5YZDQ |
| 3366 | 832315DM9JVDK |
| 3367 | 832318QQGMD5Y |
| 3368 | 8323130NSJCGZ |
| 3369 | 83231ZZ5D0C6Y |
| 3370 | 83231T1GHGS4Z |
| 3371 | 832317Q3MJ7SK |
| 3372 | 832315R4X37F4 |
| 3373 | 832311BNRF52B |
| 3374 | 83231KK37DYP7 |
| 3375 | 83231JGMTT9JT |
| 3376 | 832310VF5YXFB |
| 3377 | 83231Z3XHZGNN |
| 3378 | 832311ZCZPD66 |
| 3379 | 83231B5RFF22Y |
| 3380 | 83231Q5V3T0KT |
| 3381 | 83231494DTVT0 |
| 3382 | 83231X16R4525 |
| 3383 | 832317D4C3NXJ |
| 3384 | 83231CXBXYS9T |

| | |
|---|---|
| 3385 | 83231XMF2FNDZ |
| 3386 | 83231VGS4QH4D |
| 3387 | 83231ZCGF8STF |
| 3388 | 832316FG8JBSC |
| 3389 | 83231TRQ305TG |
| 3390 | 832316KCX8BD7 |
| 3391 | 83231RPBJTTGH |
| 3392 | 83231NY0MZCM4 |
| 3393 | 83231X5Y0F85Z |
| 3394 | 832315N4VG9GR |
| 3395 | 83231TB8ST05K |
| 3396 | 832317VXFM23B |
| 3397 | 8323142B6N3P6 |
| 3398 | 83231B6DBSYH9 |
| 3399 | 83231726ZDGV5 |
| 3400 | 83231RK3R6STX |
| 3401 | 8323156X13SZZ |
| 3402 | 832316Q4Z1FXT |
| 3403 | 83231PZR2BQZH |
| 3404 | 832316S2QZZXX |
| 3405 | 83231H76NRH0N |
| 3406 | 83231M2YQ3G6Y |
| 3407 | 83231MXPJV59M |
| 3408 | 83231Z7BP0ZM5 |
| 3409 | 83231VTXGK424 |
| 3410 | 83231XMNJP224 |
| 3411 | 832314QR4SZVX |
| 3412 | 83231N4CT2TGV |
| 3413 | 83231XZN002FT |
| 3414 | 83231C8H9JG91 |
| 3415 | 832312XBSH476 |
| 3416 | 83231D72MPNTC |
| 3417 | 832314YC0D4P8 |
| 3418 | 83231Z5JYK35S |
| 3419 | 832319MCHK7MJ |
| 3420 | 83231DMN0XJZB |
| 3421 | 83231ZMF07M58 |
| 3422 | 832317DRKNVY5 |
| 3423 | 83231VJPZ0V43 |
| 3424 | 83231RT2KBPV6 |
| 3425 | 83231Q93Z1PR5 |
| 3426 | 83231C1934HZH |
| 3427 | 8323164K7YBJ6 |
| 3428 | 83231RJXH40PZ |

| | |
|---|---|
| 3429 | 832313XCQNHK8 |
| 3430 | 83231PJB5291R |
| 3431 | 83231J3YHXT0G |
| 3432 | 832319SM1VKK3 |
| 3433 | 83231QX1Y4HVQ |
| 3434 | 832312XBMQDSC |
| 3435 | 832315NTG8BN0 |
| 3436 | 832319J0V4Y02 |
| 3437 | 83231MCHQM970 |
| 3438 | 83231YPHJMXQ0 |
| 3439 | 83231PVRP01V3 |
| 3440 | 83231Q426F5MB |
| 3441 | 832310R4TB9HC |
| 3442 | 83231HFVT4KSQ |
| 3443 | 83231CMDP6KYT |
| 3444 | 83231VGCQT3GZ |
| 3445 | 83231TDKZYZ5X |
| 3446 | 83231N80JFY5F |
| 3447 | 832316MD03DV8 |
| 3448 | 83231B58KDY6D |
| 3449 | 83231M0HGMXTN |
| 3450 | 832318HD0B3DG |
| 3451 | 83231YHDKVBNC |
| 3452 | 83231PY3F3XV0 |
| 3453 | 83231NQQCNZHV |
| 3454 | 832318Q4BZJBS |
| 3455 | 832314SNKCXJV |
| 3456 | 83231PS6Z9JJ7 |
| 3457 | 832318Z3GR2HS |
| 3458 | 83231Q2SJKXDV |
| 3459 | 83231Y3MHDRV0 |
| 3460 | 83231DVD9FYP3 |
| 3461 | 83231V51F7QMT |
| 3462 | 83231PZ6QXRFK |
| 3463 | 83231NCRGPT8Q |
| 3464 | 83231XRB13H3S |
| 3465 | 83231QYK01V2T |
| 3466 | 83231VS32B3VX |
| 3467 | 83231SZN2X020 |
| 3468 | 83231750X59G4 |
| 3469 | 83231V954GR68 |
| 3470 | 83231V2KKH10Z |
| 3471 | 83231SPM316MH |
| 3472 | 83231ZFGC5B0T |

| | |
|---|---|
| 3473 | 83231CP14F071 |
| 3474 | 832315VQD6R25 |
| 3475 | 832318KY881YH |
| 3476 | 83231CB6TQDGR |
| 3477 | 83231YV5MSVDH |
| 3478 | 83231MH20793S |
| 3479 | 832319MDF83YQ |
| 3480 | 83231PHP9CY6R |
| 3481 | 83231KGZ834QQ |
| 3482 | 8323142H5D4XZ |
| 3483 | 832314DP85CDD |
| 3484 | 83231NMH8R0KV |
| 3485 | 83231Z67H5J20 |
| 3486 | 83231TVBJPX8T |
| 3487 | 83231CHR4KYVZ |
| 3488 | 83231R2QX67KX |
| 3489 | 83231ZBT1T37B |
| 3490 | 83231NR68FKMJ |
| 3491 | 83231DGX0X1G3 |
| 3492 | 832312P12BSJP |
| 3493 | 83231951BHC3F |
| 3494 | 832311QMGJBMG |
| 3495 | 83231M0FBFP7Y |
| 3496 | 83231QGCSRS55 |
| 3497 | 83231DB0G2BZ9 |
| 3498 | 832318FHY408T |
| 3499 | 83231H13X7KC1 |
| 3500 | 83231FVJ21RS8 |
| 3501 | 83231QS8S2M1R |
| 3502 | 832312NG6YB93 |
| 3503 | 83231NXQ67V8G |
| 3504 | 83231D4KKBSPF |
| 3505 | 83231FPPXQ192 |
| 3506 | 832316ZGCMMV6 |
| 3507 | 83231HZXK55HY |
| 3508 | 8323138G8S8VY |
| 3509 | 83231M124SCG1 |
| 3510 | 83231S5KNV11H |
| 3511 | 83231KZSDHBYT |
| 3512 | 83231GMSP0Y8V |
| 3513 | 83231ZK70XX17 |
| 3514 | 83231MTCGGM89 |
| 3515 | 832317V1TSP85 |
| 3516 | 83231FJCD41RF |

| | |
|---|---|
| 3517 | 83231R0DQ6RSG |
| 3518 | 832316DFBNK5Y |
| 3519 | 832318ZCTVTXS |
| 3520 | 83231NKHC2QR4 |
| 3521 | 832319DM4SDH1 |
| 3522 | 83231XRFYF3C9 |
| 3523 | 83231F3811Q87 |
| 3524 | 832317Z10GSZR |
| 3525 | 832310PRMJMQG |
| 3526 | 83231P21V5R1Z |
| 3527 | 83231DFB06190 |
| 3528 | 832310DGFC995 |
| 3529 | 83231TGKS5Z93 |
| 3530 | 83231JGRMHFCP |
| 3531 | 832311SJZPY7Q |
| 3532 | 83231VV9B7H6H |
| 3533 | 83231XTSPBQPG |
| 3534 | 83231Z3Z7YH84 |
| 3535 | 83231DV4PKJ0X |
| 3536 | 83231V44X30KC |
| 3537 | 83231YQKBJMBQ |
| 3538 | 83231GMYXZ55Z |
| 3539 | 8323173Y24NFK |
| 3540 | 832314RVDRRB7 |
| 3541 | 83231V349N04J |
| 3542 | 83231JJG5C2DM |
| 3543 | 83231YDMF869H |
| 3544 | 83231T3GQQ2YZ |
| 3545 | 832315FJKGDFH |
| 3546 | 832312Y2F752K |
| 3547 | 83231YTMXJXK9 |
| 3548 | 83231VV4NMJV6 |
| 3549 | 83231GKSKVH96 |
| 3550 | 83231JFPV72RN |
| 3551 | 83231GB8C8Z3Q |
| 3552 | 832311MPQJSD4 |
| 3553 | 83231TMBHPCKG |
| 3554 | 83231DY6CMGNV |
| 3555 | 83231CHXRPVY8 |
| 3556 | 832319N83YMH5 |
| 3557 | 83231XJXFJ4QN |
| 3558 | 83231J6XFBRGP |
| 3559 | 832314NXFFR5C |
| 3560 | 83231MX5043Q2 |

| | |
|---|---|
| 3561 | 832315R9GG548 |
| 3562 | 8323120RQF3R7 |
| 3563 | 83231YRVHXHZ3 |
| 3564 | 83231HNYN11X1 |
| 3565 | 83231N8V3ZJX2 |
| 3566 | 83231SMYHFXBD |
| 3567 | 832311PX254CC |
| 3568 | 83231J3TNSRDV |
| 3569 | 83231GP75T786 |
| 3570 | 83231GRXHQ9D6 |
| 3571 | 83231N3NXR722 |
| 3572 | 83231SHRSZ9C0 |
| 3573 | 8323175JZB7P9 |
| 3574 | 832311XQ2KJX2 |
| 3575 | 83231DGR5050R |
| 3576 | 83231K6P57YP1 |
| 3577 | 83231YCHB0RQZ |
| 3578 | 83231GB740620 |
| 3579 | 83231XDSDVK3Y |
| 3580 | 83231X9YZ6T8F |
| 3581 | 83231C85MVQXQ |
| 3582 | 832310BCKTFHK |
| 3583 | 83231JDNTDZNX |
| 3584 | 8323180ZPX6ZN |
| 3585 | 8323113X9RYXC |
| 3586 | 83231DK4RNPDH |
| 3587 | 83231VXGVKF06 |
| 3588 | 83231ZZRK0HK9 |
| 3589 | 83231J4VZSKJH |
| 3590 | 83231K1P5BYT6 |
| 3591 | 83231XQV9KRTF |
| 3592 | 83231DST7TSD0 |
| 3593 | 83231KBVST1V4 |
| 3594 | 832316J2624VJ |
| 3595 | 83231D2XTG8TY |
| 3596 | 832314V29B3DT |
| 3597 | 832311PHT59ZD |
| 3598 | 83231CQFQDBJP |
| 3599 | 832316B9DP4FR |
| 3600 | 832314SZHVS7P |
| 3601 | 83231YRVJN3ND |
| 3602 | 83231VTVF9N0H |
| 3603 | 832314GGKDF2T |
| 3604 | 83231DHY3V229 |

| | |
|---|---|
| 3605 | 832314YR3RQMY |
| 3606 | 832318632RYQ5 |
| 3607 | 832310K6273TQ |
| 3608 | 83231JVRT3QGY |
| 3609 | 83231YSYGHN7Q |
| 3610 | 83231JKQND91R |
| 3611 | 832312J5T14P7 |
| 3612 | 83231GC6887SP |
| 3613 | 83231ZFJMC9H6 |
| 3614 | 832316RGD5FYG |
| 3615 | 83231HPF14GKX |
| 3616 | 8323165SD5RPF |
| 3617 | 83231B08N0ZR2 |
| 3618 | 832315H6HH8S2 |
| 3619 | 83231V5NBG6V2 |
| 3620 | 8323194PM2PT4 |
| 3621 | 8323144ZDSM4X |
| 3622 | 832316ZKBD1DQ |
| 3623 | 83231Q3FM55ZS |
| 3624 | 83231TVKNN06N |
| 3625 | 832312FXD1JPN |
| 3626 | 83231XBMNYVC1 |
| 3627 | 832310F7G9FD5 |
| 3628 | 83231HFN3ZCJZ |
| 3629 | 832310ZX9GQZT |
| 3630 | 83231YN4X15S2 |
| 3631 | 83231V6TXKQC2 |
| 3632 | 83231DYXF42H4 |
| 3633 | 8323119SFXBF8 |
| 3634 | 83231X1J34VM3 |
| 3635 | 83231CV0PYX4H |
| 3636 | 83231C61J5RFT |
| 3637 | 832311FJTY7KJ |
| 3638 | 832315Q1HBZ25 |
| 3639 | 83231K2ZGHCCR |
| 3640 | 8323193DP069Q |
| 3641 | 83231M66J592B |
| 3642 | 832311788CJJD |
| 3643 | 8323114KB5PQM |
| 3644 | 83231RT2HX1PC |
| 3645 | 83231TC04DH3X |
| 3646 | 83231HK553KBB |
| 3647 | 8323163RN6Z3G |
| 3648 | 83231H4ND4PG6 |

| | |
|---|---|
| 3649 | 83231THYJB0B3 |
| 3650 | 83231Y68RGYY4 |
| 3651 | 83231M02T6R2F |
| 3652 | 832318DD04RZC |
| 3653 | 83231FR96PTQP |
| 3654 | 83231GHNFC25C |
| 3655 | 83231H8V9BG77 |
| 3656 | 83231DR2Q854G |
| 3657 | 83231811ZFMVV |
| 3658 | 832310JVP9X48 |
| 3659 | 83231ZFSX2YV5 |
| 3660 | 832316KV2S2CV |
| 3661 | 8323184Y5VXJ4 |
| 3662 | 832315JM44P4Y |
| 3663 | 83231CCMJCYN1 |
| 3664 | 83231DB8HF4J4 |
| 3665 | 83231X5ZQ3PBQ |
| 3666 | 832311V2536VH |
| 3667 | 832318H09XRVP |
| 3668 | 83231NCFRPB2H |
| 3669 | 832317SXPDPR5 |
| 3670 | 83231639VDYP2 |
| 3671 | 832312HS5HTPZ |
| 3672 | 83231M9FG05GX |
| 3673 | 8323161RGTY1Z |
| 3674 | 832315N7GDXCX |
| 3675 | 832319Y93GFRH |
| 3676 | 832311PH7CVF5 |
| 3677 | 83231SKKY5T7P |
| 3678 | 8323191NY87B4 |
| 3679 | 83231S1B24RVM |
| 3680 | 83231N85GZ7R0 |
| 3681 | 83231CR2BBPKC |
| 3682 | 832317XK7PDR2 |
| 3683 | 832311SQ5RHYP |
| 3684 | 83231XSQS93NB |
| 3685 | 8323150K0HBZR |
| 3686 | 83231D9RG70MX |
| 3687 | 83231FRVM3DZ3 |
| 3688 | 83231JKBK1VPV |
| 3689 | 83231XJ8HYK4J |
| 3690 | 832310ZC1J5CT |
| 3691 | 83231FXZFB67M |
| 3692 | 83231NR11QQB8 |

| | |
|---|---|
| 3693 | 83231YGT1Y6V9 |
| 3694 | 83231PXBY02FV |
| 3695 | 832313KNF855R |
| 3696 | 83231CZCD13KV |
| 3697 | 83231J93860KK |
| 3698 | 83231B934S3TQ |
| 3699 | 8323162Z3Q823 |
| 3700 | 832316YB43SVT |
| 3701 | 83231G5CJQSR7 |
| 3702 | 83231RJSXJR19 |
| 3703 | 83231C1HNNCNX |
| 3704 | 83231Y9ZB793D |
| 3705 | 83231T8M84X4F |
| 3706 | 83231NZ3FQ1QM |
| 3707 | 832316ZBMSGCY |
| 3708 | 83231PDY0N388 |
| 3709 | 83231R8BNTVTX |
| 3710 | 83231XCR7JJ64 |
| 3711 | 83231BF3J9T1Z |
| 3712 | 83231CKHTJ5C7 |
| 3713 | 83231TTD0XXRZ |
| 3714 | 832313Z0SSSTF |
| 3715 | 8323172JXQPSZ |
| 3716 | 8323128FNZRMS |
| 3717 | 83231QR9GMVKY |
| 3718 | 83231TV7MTYSX |
| 3719 | 83231V0P0860K |
| 3720 | 83231DX7YNYHY |
| 3721 | 83231C1H0BG6M |
| 3722 | 83231BR75547C |
| 3723 | 83231S9HZ8QJX |
| 3724 | 832310GTHH0T3 |
| 3725 | 83231DDNS572M |
| 3726 | 83231VNX2CRB6 |
| 3727 | 8323189BSP8Y5 |
| 3728 | 8323164RKSNKN |
| 3729 | 83231P0N2G3GH |
| 3730 | 83231G9THR05G |
| 3731 | 83231JD38MHVY |
| 3732 | 832316D8DPMMY |
| 3733 | 8323101C2S3Y3 |
| 3734 | 83231T41GTRBV |
| 3735 | 83231FFZ3BNF2 |
| 3736 | 832319N7RZZN1 |

| | |
|---|---|
| 3737 | 83231N4GZDGVJ |
| 3738 | 83231GB6C68N8 |
| 3739 | 83231858ST252 |
| 3740 | 832314C7VD490 |
| 3741 | 83231S1KYGSY9 |
| 3742 | 832319F76Z7CX |
| 3743 | 83231F6G8BFHB |
| 3744 | 83231JPV2ZJ94 |
| 3745 | 83231MZJBY439 |
| 3746 | 83231C2Q548XZ |
| 3747 | 83231S4B316BT |
| 3748 | 83231NX4PK8YT |
| 3749 | 83231JGJCKD5F |
| 3750 | 83231ZKZC3NBG |
| 3751 | 83231XV6XSJD0 |
| 3752 | 83231G94VYF0R |
| 3753 | 83231PQ5KB7ZJ |
| 3754 | 832315B82N8FH |
| 3755 | 83231RBJV1128 |
| 3756 | 83231FYR16PD2 |
| 3757 | 83231GND43PT7 |
| 3758 | 832316ZQHFKBF |
| 3759 | 8323131CPNQT9 |
| 3760 | 83231TDX76TVF |
| 3761 | 83231Q7BPK2SC |
| 3762 | 832311J6YJC82 |
| 3763 | 83231V519TFGB |
| 3764 | 83231YT76162B |
| 3765 | 83231HCJ4RH1V |
| 3766 | 83231NG7425V1 |
| 3767 | 83231ZM8BJMN3 |
| 3768 | 83231PJQ7TK6Z |
| 3769 | 83231SPT797FF |
| 3770 | 83231C4B0KYR2 |
| 3771 | 8323120FDVM87 |
| 3772 | 83231XJ5VH04V |
| 3773 | 8323166RK5X1S |
| 3774 | 83231JR0SV44G |
| 3775 | 83231D1974Q2T |
| 3776 | 83231KC0Y2V9D |
| 3777 | 83231M1VK4XDF |
| 3778 | 832310DVFQQC8 |
| 3779 | 83231QFH2647H |
| 3780 | 832317DG69D6B |

| | |
|---|---|
| 3781 | 832313RM9V6TK |
| 3782 | 83231C8YYF0X1 |
| 3783 | 83231B2D6RT41 |
| 3784 | 8323150ZJRDH9 |
| 3785 | 83231994KRJN9 |
| 3786 | 83231B9PKH8YT |
| 3787 | 83231QFVPTMYS |
| 3788 | 832314yzt5GH9 |
| 3789 | 83231DPZBHHS0 |
| 3790 | 83231ZB1M17TD |
| 3791 | 83231TH5N7YC9 |
| 3792 | 83231XVKZG7GK |
| 3793 | 83231RN0G21GN |
| 3794 | 83231DCJZHJ82 |
| 3795 | 832318CTXJ2T1 |
| 3796 | 832317FPSRYHK |
| 3797 | 83231Q22CR1FR |
| 3798 | 83231JZXCZZJ6 |
| 3799 | 83231K8PJ5MFC |
| 3800 | 83231F987ZFDK |
| 3801 | 832317FY5SY0H |
| 3802 | 83231TSZK8NP2 |
| 3803 | 832319CSR1DP5 |
| 3804 | 83231D1FMNP5Z |
| 3805 | 832311HFN6JR5 |
| 3806 | 83231YX2XTK3K |
| 3807 | 83231ZKJXP2FQ |
| 3808 | 832315VCMXX37 |
| 3809 | 83231BPQ9C5M3 |
| 3810 | 83231Z3G1ZSG5 |
| 3811 | 83231JBKG5X5J |
| 3812 | 83231J5D011VQ |
| 3813 | 83231V9S0FVM4 |
| 3814 | 83231869XQQB1 |
| 3815 | 83231KZ8KH08K |
| 3816 | 83231193J5KF2 |
| 3817 | 83231NK1T60CB |
| 3818 | 83231G48SR75Y |
| 3819 | 83231QK9NGPP0 |
| 3820 | 83231NJ9JM7N0 |
| 3821 | 83231D79MRVR1 |
| 3822 | 83231X4TJHCF3 |
| 3823 | 83231RJNMH1N4 |
| 3824 | 832319Z7840XP |

| | |
|---|---|
| 3825 | 83231YZ4TPDPX |
| 3826 | 83231HMMBS46D |
| 3827 | 83231SNF32V3R |
| 3828 | 83231943TYQY0 |
| 3829 | 8323154CBQ8ZR |
| 3830 | 8323149NT6TND |
| 3831 | 83231KHX4GDMG |
| 3832 | 8323158DH2KDS |
| 3833 | 83231YXK78TBV |
| 3834 | 8323179K5D3V5 |
| 3835 | 83231SJDB7GNG |
| 3836 | 8323176R4M3C9 |
| 3837 | 8323182DJDHZN |
| 3838 | 83231Y2GBFHMG |
| 3839 | 832310Z87D5JX |
| 3840 | 83231GDZYPBB3 |
| 3841 | 83231Q6SKCC32 |
| 3842 | 83231X95TRRP3 |
| 3843 | 832319HR7M9K9 |
| 3844 | 83231TTF6JDD3 |
| 3845 | 832319Q4BZ2ZJ |
| 3846 | 832317QQHN59C |
| 3847 | 83231J2J1GRZ5 |
| 3848 | 83231NVRJB3XP |
| 3849 | 83231X56KN2DT |
| 3850 | 8323176M1KCR9 |
| 3851 | 83231F2SFSMBC |
| 3852 | 83231B7RTCTV1 |
| 3853 | 83231PHZHHJN5 |
| 3854 | 83231RYPJB0HM |
| 3855 | 83231GFKJ75CV |
| 3856 | 8323124DGJNFC |
| 3857 | 83231QG3409XY |
| 3858 | 83231NTM9MYY2 |
| 3859 | 832310KJ045S8 |
| 3860 | 83231H0YCGZX6 |
| 3861 | 832317P9XD5RQ |
| 3862 | 83231PNHDJDP9 |
| 3863 | 8323109SBZ5JG |
| 3864 | 83231DS67TY3X |
| 3865 | 832310DXZ3K05 |
| 3866 | 832311PZ5M9QJ |
| 3867 | 83231HCPSSJ9P |
| 3868 | 83231BSDTM58X |

| | |
|---|---|
| 3869 | 83231FVFVSDMV |
| 3870 | 83231999BDPPM |
| 3871 | 83231PG62C97Y |
| 3872 | 83231RN07Q0YF |
| 3873 | 83231BD8MCD7C |
| 3874 | 83231FD4K2YSC |
| 3875 | 83231MG25XZDK |
| 3876 | 83231PH99VQC3 |
| 3877 | 8323123SRMRP2 |
| 3878 | 832314RYN27D8 |
| 3879 | 83231VZCPV38B |
| 3880 | 83231MB25Y1F6 |
| 3881 | 83231ZM59NF5S |
| 3882 | 83231P7X569ZP |
| 3883 | 8323157HNZR8T |
| 3884 | 83231cz5x0z0m |
| 3885 | 83231QHMR10FY |
| 3886 | 83231J87B397B |
| 3887 | 832311M5M6Y1B |
| 3888 | 832313TJX52JZ |
| 3889 | 832312471V576 |
| 3890 | 832317NTFZ1C7 |
| 3891 | 8323108Z40J5Y |
| 3892 | 83231TRH5KDH3 |
| 3893 | 83231DQSNM4SK |
| 3894 | 83231PH4DGZJF |
| 3895 | 83231CCGCFPZ2 |
| 3896 | 83231BMKV91VC |
| 3897 | 83231SY7Z7SVH |
| 3898 | 8323174XFBM34 |
| 3899 | 83231CXGMCXBT |
| 3900 | 83231VH36CPK8 |
| 3901 | 83231VPTRZ81X |
| 3902 | 83231644DT1X8 |
| 3903 | 83231RGQMFKXV |
| 3904 | 832310M6R4F61 |
| 3905 | 832319TJ4R9NH |
| 3906 | 83231792VZ0XB |
| 3907 | 83231RTNQ6S7P |
| 3908 | 83231Y3QS2GGM |
| 3909 | 83231944Z12YP |
| 3910 | 83231ZPJ406SJ |
| 3911 | 832312K27K0CV |
| 3912 | 832319V1H6T6V |

| | |
|---|---|
| 3913 | 832312C7GR7XP |
| 3914 | 83231F221H1ZT |
| 3915 | 83231JMKYVBP6 |
| 3916 | 83231J7GHDV5Y |
| 3917 | 832318SQCYHT5 |
| 3918 | 832316FH7GF5J |
| 3919 | 832312J6GG3KS |
| 3920 | 83231CJ75TMKY |
| 3921 | 83231DZBBV0FG |
| 3922 | 8323155JDY6RV |
| 3923 | 832314F4HSDT5 |
| 3924 | 83231BCM253P0 |
| 3925 | 832313TYV8ZCN |
| 3926 | 832314VMQ4SF6 |
| 3927 | 83231P72JQV3N |
| 3928 | 83231J5ZV3HTF |
| 3929 | 832312Q7Z988N |
| 3930 | 8323150T17TFT |
| 3931 | 832316XBRRYSJ |
| 3932 | 83231QHPGPS5K |
| 3933 | 83231RYP6KY61 |
| 3934 | 83231MSM8QTG0 |
| 3935 | 83231BJ1P44K1 |
| 3936 | 83231TG7D878B |
| 3937 | 83231TX6BF773 |
| 3938 | 8323154N30F5R |
| 3939 | 83231XB6Z801K |
| 3940 | 83231677T8497 |
| 3941 | 83231KH78K80Z |
| 3942 | 832312FJ6XG79 |
| 3943 | 83231XTFSCQNR |
| 3944 | 83231PHCCQ4BZ |
| 3945 | 83231V0HHXCJM |
| 3946 | 83231MJ1Q31ZQ |
| 3947 | 83231QJ6DTYCR |
| 3948 | 83231SXGSSC8Y |
| 3949 | 83231H5V7K6BF |
| 3950 | 83231P44FTX8Z |
| 3951 | 83231HNZQSJ8T |
| 3952 | 83231NGR218HC |
| 3953 | 83231JR1J6HRG |
| 3954 | 83231NHN2DXS0 |
| 3955 | 83231DRB606V5 |
| 3956 | 83231TC6J3TJD |

| | |
|---|---|
| 3957 | 83231KGZ9C510 |
| 3958 | 83231GXJJ67Y9 |
| 3959 | 83231JSPY5CPN |
| 3960 | 83231VJN6CFZ8 |
| 3961 | 83231QCDGXZ8J |
| 3962 | 83231ZPH5Q951 |
| 3963 | 83231H58DM5T7 |
| 3964 | 83231D9NXTJB4 |
| 3965 | 8323193BNC5KY |
| 3966 | 832316HKZ37Z1 |
| 3967 | 83231RTHKG8BS |
| 3968 | 832319NSC0SXQ |
| 3969 | 83231GD6BM4SD |
| 3970 | 83231JTR1M18Q |
| 3971 | 832310KYH6DN3 |
| 3972 | 83231ZC8D1JZR |
| 3973 | 83231ZP8B6VZH |
| 3974 | 8323113T3R3BX |
| 3975 | 83231S6ZQXMDN |
| 3976 | 83231F04B1T38 |
| 3977 | 83231VBRBR6BK |
| 3978 | 83231BK9VSG0V |
| 3979 | 83231YYMSPY89 |
| 3980 | 83231S7H7HY55 |
| 3981 | 83231J7ZMVBMY |
| 3982 | 83231T233ZQ3T |
| 3983 | 832319PD0868T |
| 3984 | 83231GQHCJ0PJ |
| 3985 | 832314V564BZ8 |
| 3986 | 832314HZ7NH30 |
| 3987 | 83231K6FS32M8 |
| 3988 | 83231B6DG7Q60 |
| 3989 | 832310SFQ610P |
| 3990 | 832315ZP0DG0Q |
| 3991 | 832318BZ9K5M0 |
| 3992 | 83231GV8N50R0 |
| 3993 | 83231B35T0PX7 |
| 3994 | 8323109025QKR |
| 3995 | 83231Z9X8JQ6S |
| 3996 | 83231HJ539MZH |
| 3997 | 832319H289Z3Y |
| 3998 | 83231SQ7CNDD8 |
| 3999 | 832316DHH7BPB |
| 4000 | 83231ZKTMMH6F |

| | |
|---|---|
| 4001 | 83231QZ02KF1S |
| 4002 | 83231894F77MP |
| 4003 | 83231JY92P384 |
| 4004 | 83231C4Y66CDG |
| 4005 | 8323132DYZ33C |
| 4006 | 83231V4YYRXXC |
| 4007 | 832317SGTGJPM |
| 4008 | 83231K545HG0J |
| 4009 | 83231MTJ7X2TP |
| 4010 | 832313GCR7B3S |
| 4011 | 832316MGZSYY5 |
| 4012 | 83231F9NR872X |
| 4013 | 83231P2NRZY4G |
| 4014 | 832317PPTCPN4 |
| 4015 | 832312MNQYGYR |
| 4016 | 83231T6SFY1C5 |
| 4017 | 83231X7H0F9P4 |
| 4018 | 83231MTCPM0N5 |
| 4019 | 832316FXCN5D2 |
| 4020 | 83231XPSG703X |
| 4021 | 83231D9ZHF0H6 |
| 4022 | 832319VPPMM07 |
| 4023 | 832317RNKDFK3 |
| 4024 | 832319NKC8499 |
| 4025 | 83231P412B889 |
| 4026 | 832316JYKQYB8 |
| 4027 | 832315F4STPZH |
| 4028 | 83231ZRP74NJ5 |
| 4029 | 83231F4HQ6HZC |
| 4030 | 83231FC9V45JT |
| 4031 | 8323137PK6M6R |
| 4032 | 83231KZ56RS36 |
| 4033 | 83231Q044TTJB |
| 4034 | 832317J1XDC5Z |
| 4035 | 83231D9QM68BP |
| 4036 | 83231KGQBG2Y3 |
| 4037 | 83231TZ55591H |
| 4038 | 83231CNDF65XP |
| 4039 | 83231VTKT5TPM |
| 4040 | 83231559F3RTQ |
| 4041 | 83231D5B2Q8D1 |
| 4042 | 83231H99RN2XD |
| 4043 | 832317HZTGZ6N |
| 4044 | 83231ZKTXXBDT |

| | |
|---|---|
| 4045 | 8323154FCBYSG |
| 4046 | 83231RB7VVK57 |
| 4047 | 83231SYSNDYHF |
| 4048 | 832312YB9X3QS |
| 4049 | 83231NDXJFMKF |
| 4050 | 83231G9ZTHKS1 |
| 4051 | 832318K48MTSD |
| 4052 | 832310G2KTJCF |
| 4053 | 832316PTDKNN5 |
| 4054 | 83231K45B1C5J |
| 4055 | 83231621R62C8 |
| 4056 | 83231NF3FN444 |
| 4057 | 83231BHJYHR2J |
| 4058 | 832310BKKD4GV |
| 4059 | 83231PJRGG5TJ |
| 4060 | 83231RFCRY3H6 |
| 4061 | 83231HMCT9K2N |
| 4062 | 83231FGFH61YJ |
| 4063 | 83231H3K7NVB8 |
| 4064 | 83231MPCFF61Y |
| 4065 | 83231NB7BM77Z |
| 4066 | 83231HJX1BHG5 |
| 4067 | 83231J12M1Y86 |
| 4068 | 83231P4529RR1 |
| 4069 | 8323175J3RMCB |
| 4070 | 83231CMQR0Y29 |
| 4071 | 83231N836F6MK |
| 4072 | 83231R4J6JSBV |
| 4073 | 83231HYD8SX46 |
| 4074 | 83231NHBVV844 |
| 4075 | 83231HJ0XN30G |
| 4076 | 8323149PQG6JK |
| 4077 | 83231MB5QZ4K1 |
| 4078 | 83231MKKNP3NB |
| 4079 | 832319T9DH1TK |
| 4080 | 83231H28QG2Y7 |
| 4081 | 83231TMSR817B |
| 4082 | 83231CFGV2KQG |
| 4083 | 832313SBVQ2R8 |
| 4084 | 83231B591TYSJ |
| 4085 | 83231QZ2K146Z |
| 4086 | 8323152FSFTMT |
| 4087 | 83231VMYPXQ1Q |
| 4088 | 832316JTY96SC |

| | |
|---|---|
| 4089 | 832318ZZP16PD |
| 4090 | 83231XRZN7TBF |
| 4091 | 83231H5613ZP6 |
| 4092 | 83231XZ12H11Y |
| 4093 | 83231DZ294RSN |
| 4094 | 8323144D8K737 |
| 4095 | 83231RNXRH6GZ |
| 4096 | 83231SJ0VXTMK |
| 4097 | 832315F0YXXG7 |
| 4098 | 83231FPP1PT7B |
| 4099 | 83231YS3TYX36 |
| 4100 | 83231PQNHR7Y0 |
| 4101 | 83231VRCZMDX7 |
| 4102 | 832316DF7ZK6D |
| 4103 | 83231QY576Q7X |
| 4104 | 83231X0KT60BY |
| 4105 | 83231DDXKVT3X |
| 4106 | 83231Q1DFY22Q |
| 4107 | 83231T6G56Y6R |
| 4108 | 83231HMQ7SG0G |
| 4109 | 83231ZTXRCXVB |
| 4110 | 83231MNRY23GJ |
| 4111 | 832315F6FH9HC |
| 4112 | 832316BS69BCH |
| 4113 | 832310SCJHN8N |
| 4114 | 832313GC8J527 |
| 4115 | 832316YRG8FTJ |
| 4116 | 83231V7YK8274 |
| 4117 | 832310HHZ32SG |
| 4118 | 83231S19JM8R2 |
| 4119 | 83231YQFV8TM2 |
| 4120 | 8323162VMZK8K |
| 4121 | 83231F4R8VKTZ |
| 4122 | 83231TCY3ZCM2 |
| 4123 | 83231PGRY1PTX |
| 4124 | 8323192DTNT28 |
| 4125 | 83231CQY3QPS0 |
| 4126 | 832317399GRYF |
| 4127 | 83231Z1KD46N1 |
| 4128 | 83231PT0J8J9B |
| 4129 | 832315M5V21ZD |
| 4130 | 83231HP75VC84 |
| 4131 | 832315ZKQ3Y8D |
| 4132 | 832312BZS4PS0 |

| | |
|---|---|
| 4133 | 83231DBCV35R6 |
| 4134 | 83231D28TGCFP |
| 4135 | 83231KCY4B2GB |
| 4136 | 83231P7DJB091 |
| 4137 | 83231Y9H2B027 |
| 4138 | 83231JZP3GZS2 |
| 4139 | 8323164Y6DCY5 |
| 4140 | 832319Q5TQZPN |
| 4141 | 832312KHYYM9V |
| 4142 | 83231MY5V619F |
| 4143 | 832317C27CB96 |
| 4144 | 83231X8MPVSGS |
| 4145 | 8323157KMBPTG |
| 4146 | 832319YVZM0J1 |
| 4147 | 83231NG96NT9S |
| 4148 | 832317119CMP0 |
| 4149 | 83231DH2G3N5V |
| 4150 | 83231P3XNDR97 |
| 4151 | 8323151PVXSP2 |
| 4152 | 83231X8VG5NDC |
| 4153 | 83231M7GQ3NR2 |
| 4154 | 83231H2NX2FKJ |
| 4155 | 832310ZF0NXRJ |
| 4156 | 832310ZQDC381 |
| 4157 | 8323163P722TJ |
| 4158 | 83231H9T7DM1H |
| 4159 | 83231QK5NC11V |
| 4160 | 83231G3XYQBH6 |
| 4161 | 83231JK6N8MY3 |
| 4162 | 83231KQKX708H |
| 4163 | 832310582X246 |
| 4164 | 83231YD59R98G |
| 4165 | 83231YPVKS1J1 |
| 4166 | 83231D8BGCF7X |
| 4167 | 83231PFN44QMT |
| 4168 | 832312C10JJHX |
| 4169 | 83231V19DDTSM |
| 4170 | 83231HS7B534M |
| 4171 | 83231QH0H49R7 |
| 4172 | 83231QT4BPNF7 |
| 4173 | 83231PM72DX10 |
| 4174 | 83231N5QVTB1S |
| 4175 | 83231H8FN0JMP |
| 4176 | 83231FCBY7FFV |

| | |
|---|---|
| 4177 | 83231C1Q950QM |
| 4178 | 83231ZS9Q447T |
| 4179 | 83231MMD7SQ3B |
| 4180 | 83231Q2D4NC9R |
| 4181 | 83231HTD6NG4S |
| 4182 | 832310C4SJYY4 |
| 4183 | 83231YTGBJCCN |
| 4184 | 832312K4C0K2G |
| 4185 | 832315K9RDHSF |
| 4186 | 8323197T206ZQ |
| 4187 | 83231NS4V3XPD |
| 4188 | 83231JTG6B6KD |
| 4189 | 83231CM2CN3M9 |
| 4190 | 832316X42V3QY |
| 4191 | 83231Z8YP927G |
| 4192 | 83231F9DT7RQ1 |
| 4193 | 83231ZFFH53Z7 |
| 4194 | 832319Q885894 |
| 4195 | 83231NPDQ2ZKS |
| 4196 | 83231P0VBHQ1Q |
| 4197 | 83231M9JSV2J7 |
| 4198 | 83231KK75BMBR |
| 4199 | 83231BJN9MV7H |
| 4200 | 83231QVP9ZVZ0 |
| 4201 | 83231SDX22VFM |
| 4202 | 83231Y8CJD5M5 |
| 4203 | 83231TXXDDY7Q |
| 4204 | 83231Q8FQHPGJ |
| 4205 | 832310RT82JKX |
| 4206 | 832314CTKJVR7 |
| 4207 | 83231MZGK24P6 |
| 4208 | 83231GRMYCQ91 |
| 4209 | 832311449H0V1 |
| 4210 | 83231K803Z1H1 |
| 4211 | 83231G0X94T35 |
| 4212 | 83231PK2933C7 |
| 4213 | 83231NJZSZ354 |
| 4214 | 83231JG5RYT4V |
| 4215 | 83231SGSSBPRR |
| 4216 | 83231T75S9MQT |
| 4217 | 83231H6653H2C |
| 4218 | 83231N2QDGPB2 |
| 4219 | 83231FJM4Q3KN |
| 4220 | 83231SB0Y3BZP |

| | |
|---|---|
| 4221 | 832315M0SYD7J |
| 4222 | 832318K1XR9V5 |
| 4223 | 83231Y3YBS3Q1 |
| 4224 | 83231Q0P18SKH |
| 4225 | 83231XRS2HR81 |
| 4226 | 83231B8ZDKTNQ |
| 4227 | 832318H5C5XJF |
| 4228 | 83231ZJQGYNZD |
| 4229 | 83231345V86KF |
| 4230 | 83231K2NR7311 |
| 4231 | 83231P0PBGYCG |
| 4232 | 83231NS372XP4 |
| 4233 | 8323172D5ZJ50 |
| 4234 | 83231t6kvfz1z |
| 4235 | 832317122S01X |
| 4236 | 832316X7PQKGQ |
| 4237 | 8323151S3RF7M |
| 4238 | 83231406J8JNM |
| 4239 | 83231TXVZV0JK |
| 4240 | 83231Q738PR2G |
| 4241 | 83231G2ZYSMKX |
| 4242 | 83231D6RJ4916 |
| 4243 | 8323128NKG13K |
| 4244 | 8323107ZY554H |
| 4245 | 83231PQ1N4YB7 |
| 4246 | 832315N3HNRYS |
| 4247 | 83231NSPBYS57 |
| 4248 | 83231J2XSGHV6 |
| 4249 | 83231QF83XDD0 |
| 4250 | 83231HZYCSFTD |
| 4251 | 832319V6DN93K |
| 4252 | 83231SSSMJKYD |
| 4253 | 83231C2N6V9G0 |
| 4254 | 83231JHDV6QYV |
| 4255 | 83231HS46TZXN |
| 4256 | 83231CYFFR5BX |
| 4257 | 832311P67QT9Q |
| 4258 | 83231ZF0FHN01 |
| 4259 | 83231HTZZRZ5B |
| 4260 | 832319JF7S8KB |
| 4261 | 83231JTKK5TRM |
| 4262 | 83231D6YC5Y2D |
| 4263 | 83231C51GSKJJ |
| 4264 | 83231Y0TNQQGM |

| | |
|---|---|
| 4265 | 83231PT6M470H |
| 4266 | 83231RN73ZS16 |
| 4267 | 83231CNX4VJRY |
| 4268 | 832315R51246Z |
| 4269 | 83231GGP20QVF |
| 4270 | 83231B0KR24B8 |
| 4271 | 83231H8T2B48P |
| 4272 | 83231BN3R8K1M |
| 4273 | 83231QR33GDYT |
| 4274 | 83231N67570DC |
| 4275 | 83231D5G8V24Q |
| 4276 | 8323189R1T9PM |
| 4277 | 83231QYRMB1QR |
| 4278 | 8323152K4CH8Y |
| 4279 | 83231PTPS5F3B |
| 4280 | 83231TXQ88V63 |
| 4281 | 83231PCNVGC6G |
| 4282 | 83231311S721F |
| 4283 | 83231J2VDN44F |
| 4284 | 83231XCC6RVC8 |
| 4285 | 83231TPXF4KDP |
| 4286 | 83231GMT9P11N |
| 4287 | 83231g4k4qdrc |
| 4288 | 83231PCV8S16T |
| 4289 | 832318X9FC80J |
| 4290 | 8323155PGP8K6 |
| 4291 | 83231GDGVSVDZ |
| 4292 | 8323124BV07VB |
| 4293 | 83231DFTGFRTF |
| 4294 | 83231SS9GDFBB |
| 4295 | 8323136VHTVZR |
| 4296 | 83231B3G4950D |
| 4297 | 83231BKR36CKV |
| 4298 | 832314Y7YN9B4 |
| 4299 | 83231HH24KN87 |
| 4300 | 8323187MXFVTF |
| 4301 | 83231VHJ23TV5 |
| 4302 | 832316CP71JGZ |
| 4303 | 83231VRJVP8HV |
| 4304 | 83231MX97KTQT |
| 4305 | 83231JPMYQF5B |
| 4306 | 83231RFBDKMCJ |
| 4307 | 8323151DDZ8BB |
| 4308 | 83231H0CP9D7N |

| | |
|---|---|
| 4309 | 83231HY75PFHG |
| 4310 | 8323138K0P299 |
| 4311 | 83231HQZ94YGR |
| 4312 | 8323170CN4TGF |
| 4313 | 832317SHX739Z |
| 4314 | 832317SYPT2N2 |
| 4315 | 83231FF149J1J |
| 4316 | 83231F3SG5TNQ |
| 4317 | 832311B3CSQNX |
| 4318 | 83231F9TKTJZ9 |
| 4319 | 8323165Z1Y95Z |
| 4320 | 83231ZNX0QRDG |
| 4321 | 83231BN3183QP |
| 4322 | 832317TJH6CZT |
| 4323 | 83231JX25BGJ2 |
| 4324 | 83231SZHX087C |
| 4325 | 832311PBMN799 |
| 4326 | 832317G82HP56 |
| 4327 | 832313TVDH84S |
| 4328 | 83231V8Q0VBJB |
| 4329 | 83231R3ZGM7X0 |
| 4330 | 83231H77RQ70V |
| 4331 | 83231P4PZGKJJ |
| 4332 | 83231M1HC15K8 |
| 4333 | 83231NZ4Q7S9S |
| 4334 | 832314X108873 |
| 4335 | 8323157SGVCZG |
| 4336 | 83231FGYCP102 |
| 4337 | 83231R1N78J0S |
| 4338 | 83231KM4VHV1R |
| 4339 | 832312Y154HC3 |
| 4340 | 83231RV2M3PSV |
| 4341 | 83231S85PPNMH |
| 4342 | 832316NVF6P22 |
| 4343 | 8323187X1NSG7 |
| 4344 | 83231M7P8YYY0 |
| 4345 | 83231BGH8P227 |
| 4346 | 83231VGZT1JYZ |
| 4347 | 83231FDJNMH9Z |
| 4348 | 83231X40K0GN2 |
| 4349 | 832313FFJ5XJH |
| 4350 | 83231Y0MJRSSD |
| 4351 | 8323191ZHT9DN |
| 4352 | 83231GYJJ49Y6 |

| | |
|---|---|
| 4353 | 832313CZ31XH5 |
| 4354 | 8323129JDBR4S |
| 4355 | 83231CB9RQQ0Y |
| 4356 | 83231TQRBXP2F |
| 4357 | 832316N33JFX4 |
| 4358 | 83231SZMC1BQ1 |
| 4359 | 832312PK0RD17 |
| 4360 | 832319PRB0BVF |
| 4361 | 83231T7MC0GKB |
| 4362 | 83231QJTCM4FG |
| 4363 | 83231GH8CGCV5 |
| 4364 | 83231XRMJBSQS |
| 4365 | 83231X2NH1DD8 |
| 4366 | 832317GG311NV |
| 4367 | 8323144VJTZMP |
| 4368 | 832314GK0V461 |
| 4369 | 83231QS0P4146 |
| 4370 | 83231YMMQZKJQ |
| 4371 | 83231VPKDXDRP |
| 4372 | 832314Y588YRP |
| 4373 | 832310TJ1SX26 |
| 4374 | 83231P4BS505Q |
| 4375 | 83231RPT39M94 |
| 4376 | 832314VQX9K7H |
| 4377 | 83231R8MZ659K |
| 4378 | 832312YXCKP8M |
| 4379 | 83231ZJBY216J |
| 4380 | 83231DX477J5F |
| 4381 | 83231PQJ5H0F3 |
| 4382 | 8323157K2Y99F |
| 4383 | 83231RHKBH1RD |
| 4384 | 83231STF8XRQT |
| 4385 | 83231G9X0XRHM |
| 4386 | 83231JR81BJ5X |
| 4387 | 83231YHHK06S0 |
| 4388 | 83231NZY4CTC0 |
| 4389 | 83231SVKTKNCV |
| 4390 | 83231SFJ82QFP |
| 4391 | 83231D99RZQT2 |
| 4392 | 83231HRQSKQK0 |
| 4393 | 83231XG06NQD7 |
| 4394 | 832318B1BX8H4 |
| 4395 | 83231DF5F66XF |
| 4396 | 83231MKMZH0Y7 |

| | |
|---|---|
| 4397 | 83231YJBF1GKV |
| 4398 | 832313GYX2KYJ |
| 4399 | 832312ZMDSGV6 |
| 4400 | 83231DZGGHJPJ |
| 4401 | 83231FMK1NP7T |
| 4402 | 8323142XNG663 |
| 4403 | 832310HD7PZ1T |
| 4404 | 83231GFGPM2CS |
| 4405 | 83231KYG1HP7K |
| 4406 | 83231BVRN4KR4 |
| 4407 | 83231211XB58J |
| 4408 | 83231J63CZHHF |
| 4409 | 83231ZF5TYSJ9 |
| 4410 | 83231FXTKKKZX |
| 4411 | 83231P5RQC231 |
| 4412 | 83231960BDN47 |
| 4413 | 83231X5Z2HPHP |
| 4414 | 83231GD7JMFCC |
| 4415 | 83231F2YSSMSF |
| 4416 | 83231JT18MGDZ |
| 4417 | 83231T2P07QBQ |
| 4418 | 832315ZCZZK5Z |
| 4419 | 8323189MTRYDQ |
| 4420 | 83231G0CKGH31 |
| 4421 | 83231ZK9QK9YY |
| 4422 | 83231T9YZBXZF |
| 4423 | 83231GVCR65NS |
| 4424 | 832316QRF7F5F |
| 4425 | 832319SCPFCD4 |
| 4426 | 83231MGFQNRBM |
| 4427 | 83231JTB7V1DM |
| 4428 | 832315MNTX8JK |
| 4429 | 832318D4J0M9P |
| 4430 | 83231CFKSRNTZ |
| 4431 | 83231VBKGP4HH |
| 4432 | 83231H9NC33P7 |
| 4433 | 83231YKS3DD42 |
| 4434 | 832318PH6HTX8 |
| 4435 | 83231RSJPYJNQ |
| 4436 | 83231PX56H57N |
| 4437 | 83231D4Y8PPC4 |
| 4438 | 83231M1GC2PHP |
| 4439 | 832319TZC9TKY |
| 4440 | 83231Q9MKNJSQ |

| | |
|---|---|
| 4441 | 832319FTVF5XC |
| 4442 | 832314011Y4HJ |
| 4443 | 83231162VZ685 |
| 4444 | 8323155PCV9BX |
| 4445 | 8323115R4XHCR |
| 4446 | 83231KQTS4M47 |
| 4447 | 832313Y7GMTP3 |
| 4448 | 832313DDQKRHZ |
| 4449 | 83231D7TYP51V |
| 4450 | 83231HVG6Y0ND |
| 4451 | 83231Y2XPJSQJ |
| 4452 | 83231R26TFV49 |
| 4453 | 83231DQ1D1PB8 |
| 4454 | 832317MNYG248 |
| 4455 | 83231QC0P76P0 |
| 4456 | 83231N1JGFFQM |
| 4457 | 83231KRBFNTCD |
| 4458 | 832314FKVDJVP |
| 4459 | 83231GZ5MK3Y6 |
| 4460 | 832311PBG1VFF |
| 4461 | 83231NR1RRYF4 |
| 4462 | 832313YP493TN |
| 4463 | 832312PRBF5F8 |
| 4464 | 83231HV1NR3R3 |
| 4465 | 83231SVNFYCY5 |
| 4466 | 83231ZF61GR3M |
| 4467 | 83231JB1M5J58 |
| 4468 | 832315BG92HG7 |
| 4469 | 83231QHB40S5R |
| 4470 | 83231H6DHB8BD |
| 4471 | 83231M10BXFZ7 |
| 4472 | 83231R06SBPGP |
| 4473 | 83231SN1CHSTV |
| 4474 | 8323177HMQ42F |
| 4475 | 83231VZ832J8M |
| 4476 | 83231C4ZM3GSY |
| 4477 | 8323104190MZ3 |
| 4478 | 83231KJS55J27 |
| 4479 | 83231D81X13VZ |
| 4480 | 83231SJYZHGM3 |
| 4481 | 83231RGJXVC93 |
| 4482 | 832313XSNPF8P |
| 4483 | 83231VGPF4XRY |
| 4484 | 832313GD5462Q |

| | |
|---|---|
| 4485 | 83231VN0Q7C5N |
| 4486 | 83231HKZJZVRV |
| 4487 | 83231T38XSS2T |
| 4488 | 83231B1K7MBDG |
| 4489 | 83231680T7MTC |
| 4490 | 83231804SHJRY |
| 4491 | 83231Q7V0N126 |
| 4492 | 83231MJ5F6XJF |
| 4493 | 83231SRHT4RR8 |
| 4494 | 83231TQ6Q4BJC |
| 4495 | 83231C1BNB62S |
| 4496 | 832318F3HG8QH |
| 4497 | 83231ZVGZ7D55 |
| 4498 | 8323114P41487 |
| 4499 | 832316XTTM65Q |
| 4500 | 83231X8XDK46M |
| 4501 | 83231ZBZYG7VX |
| 4502 | 83231H52K578F |
| 4503 | 83231HP4JKN4F |
| 4504 | 83231PNQXSBV4 |
| 4505 | 832316T41GX9S |
| 4506 | 8323120DP22CY |
| 4507 | 832313P3VMDN5 |
| 4508 | 83231724XCVGJ |
| 4509 | 83231TB99SQ9J |
| 4510 | 83231K14XZ229 |
| 4511 | 832313YBFBRNP |
| 4512 | 83231X3CCDQ84 |
| 4513 | 83231TF3348GC |
| 4514 | 83231XQH04B5Q |
| 4515 | 83231M0H7DGKP |
| 4516 | 83231QMVMPVX5 |
| 4517 | 83231Z0352KQJ |
| 4518 | 832315H0YTKP8 |
| 4519 | 83231K49V3KY1 |
| 4520 | 83231D0MJ5XJK |
| 4521 | 832312V7M3VZP |
| 4522 | 832314GVCJBK0 |
| 4523 | 83231BFVFFKMM |
| 4524 | 83231QTT039SY |
| 4525 | 83231875BN7DT |
| 4526 | 832317GM1HYM3 |
| 4527 | 83231S61HKTY2 |
| 4528 | 832310P4Y4QBC |

| | |
|---|---|
| 4529 | 832315GH30Q28 |
| 4530 | 83231S3T2Q0FT |
| 4531 | 83231MQ50G74B |
| 4532 | 832310PH3VRN0 |
| 4533 | 83231KZZ4S1TJ |
| 4534 | 83231ZQVSHDMH |
| 4535 | 83231TS5VR5C9 |
| 4536 | 83231BP1S3835 |
| 4537 | 83231CTQ2RXDX |
| 4538 | 832317ZY067J4 |
| 4539 | 83231T8TYB93M |
| 4540 | 83231JVD7QK9Y |
| 4541 | 83231DX303NGR |
| 4542 | 832314958TGTG |
| 4543 | 832312XXNHKD9 |
| 4544 | 83231G856Q17V |
| 4545 | 83231N05RBRSV |
| 4546 | 83231JYC5N305 |
| 4547 | 83231P10VQQVB |
| 4548 | 83231VVCF442Q |
| 4549 | 83231R5HB3PD5 |
| 4550 | 83231Z45H4RXQ |
| 4551 | 83231DPVDJVK5 |
| 4552 | 83231DDQC1RJN |
| 4553 | 83231PYRJS10Z |
| 4554 | 83231PDK0903G |
| 4555 | 83231NGY9Z1KS |
| 4556 | 83231R1RY7DY3 |
| 4557 | 83231D3S9D90N |
| 4558 | 83231V7TCBJKQ |
| 4559 | 83231YQMN4SJD |
| 4560 | 83231KGN3MJFY |
| 4561 | 83231SBMK7BS2 |
| 4562 | 83231FPS3F06H |
| 4563 | 83231GMHX1PB3 |
| 4564 | 832316Y8Z76CT |
| 4565 | 8323115DK110Y |
| 4566 | 83231T5SS7K8B |
| 4567 | 83231T13M520Q |
| 4568 | 832311XQP77HM |
| 4569 | 83231C5RM9RXH |
| 4570 | 832314S06SQ5B |
| 4571 | 83231Y7BTX0D8 |
| 4572 | 832311BPRR1YH |

| | |
|---|---|
| 4573 | 83231FBXNC299 |
| 4574 | 83231KXJT2JSY |
| 4575 | 83231K4H7893Z |
| 4576 | 83231M3HCZH3G |
| 4577 | 832318J7JCZ5K |
| 4578 | 83231CN871797 |
| 4579 | 8323197Y7PJD4 |
| 4580 | 832311T0BFC9D |
| 4581 | 8323119DMZG25 |
| 4582 | 832312925N63X |
| 4583 | 832316FB39Z7T |
| 4584 | 83231VHT0R52Y |
| 4585 | 83231KGFFVF7K |
| 4586 | 83231615YXQXP |
| 4587 | 83231KFKR2311 |
| 4588 | 83231Q6NRHDPX |
| 4589 | 832314TJT8RXX |
| 4590 | 83231S2BVSMPP |
| 4591 | 832313MJ7S9TT |
| 4592 | 83231D2XV4X9N |
| 4593 | 83231TQ9YMRQ1 |
| 4594 | 83231JVFTDHZX |
| 4595 | 83231FFGHG1MN |
| 4596 | 83231J2DQ34R3 |
| 4597 | 83231JSM81G1D |
| 4598 | 83231YVR3MTGD |
| 4599 | 83231K8FSMJBC |
| 4600 | 8323146B6Y6MS |
| 4601 | 83231QGJNVG7R |
| 4602 | 832310YT0ZYQ0 |
| 4603 | 832310S06K4K3 |
| 4604 | 83231P95KMTX4 |
| 4605 | 832319R46Z5YB |
| 4606 | 832314NH20KXG |
| 4607 | 832316FKPF5TD |
| 4608 | 832319k7v5vx1 |
| 4609 | 83231YJQZ1GT6 |
| 4610 | 8323125HXPC54 |
| 4611 | 83231RRGRS8VB |
| 4612 | 83231JZ60G37S |
| 4613 | 83231VH2DM2Z6 |
| 4614 | 83231KK9BPJBH |
| 4615 | 83231MQST97S9 |
| 4616 | 83231BH276X9S |

| | |
|---|---|
| 4617 | 83231S14SSYZ0 |
| 4618 | 83231V7V4TZR0 |
| 4619 | 83231ZNMSHP88 |
| 4620 | 83231VMSBXKJG |
| 4621 | 83231TRDQS2KK |
| 4622 | 83231HSCK1B75 |
| 4623 | 83231FMNK4B93 |
| 4624 | 83231HN0BYRCC |
| 4625 | 83231TH6BHP9V |
| 4626 | 83231JZ07BB5S |
| 4627 | 83231Y38TKM8B |
| 4628 | 83231VVMTTM9K |
| 4629 | 83231PTJ97HZY |
| 4630 | 83231696KBHYY |
| 4631 | 83231Q8G7YZRK |
| 4632 | 832314B1BQM51 |
| 4633 | 83231ZX5JBDK3 |
| 4634 | 83231P2V2M2VM |
| 4635 | 83231QV1V84RB |
| 4636 | 832316ZS1K7SR |
| 4637 | 83231DBG3MK6X |
| 4638 | 832311M5HPCG7 |
| 4639 | 832316V47D3X8 |
| 4640 | 83231XVCJVS36 |
| 4641 | 832314JNPYNB4 |
| 4642 | 83231J5ZXGSZ5 |
| 4643 | 83231VJSZBKJF |
| 4644 | 83231CGFFFZP2 |
| 4645 | 83231TMX2JT0P |
| 4646 | 83231MMM6B1CV |
| 4647 | 832319TK29CKZ |
| 4648 | 832315K41VDHQ |
| 4649 | 8323195FC57P8 |
| 4650 | 83231620Q401V |
| 4651 | 83231VB6X8FDV |
| 4652 | 83231C2CQV3XY |
| 4653 | 83231YBVG7K9D |
| 4654 | 83231X11X9B4Q |
| 4655 | 83231C4SYV6CF |
| 4656 | 83231ZTVKBD6F |
| 4657 | 832313TNK977B |
| 4658 | 83231202FMGGD |
| 4659 | 832315H68SVN0 |
| 4660 | 83231PS659PMX |

| | |
|---|---|
| 4661 | 83231YQZHPGCT |
| 4662 | 83231QKVYGDRR |
| 4663 | 832318BRBQYRQ |
| 4664 | 83231Z7NTQJF9 |
| 4665 | 83231S48T6RCG |
| 4666 | 83231DN16NMMX |
| 4667 | 83231KTM652DV |
| 4668 | 83231F5KQVM3H |
| 4669 | 83231CDG6CC9D |
| 4670 | 83231SGVJQNYQ |
| 4671 | 83231FCF9JS8X |
| 4672 | 83231YQ50XCGJ |
| 4673 | 83231CGPQKQXC |
| 4674 | 83231K863QK2J |
| 4675 | 83231J3RQYJ39 |
| 4676 | 83231XS6FTQ8G |
| 4677 | 832314S2TSRQY |
| 4678 | 83231B65C4M15 |
| 4679 | 83231MGQJ8S7Q |
| 4680 | 832317VNCNXGN |
| 4681 | 83231XXNBG89Z |
| 4682 | 83231M1CN1M5Q |
| 4683 | 832314HC6R0CK |
| 4684 | 8323110PDTQ04 |
| 4685 | 83231F5DSP4KB |
| 4686 | 83231CTV08FQ5 |
| 4687 | 83231Z5DT3FGR |
| 4688 | 83231Y477Y2R2 |
| 4689 | 83231SM7MCG3Y |
| 4690 | 8323129YBY13C |
| 4691 | 83231649S11X7 |
| 4692 | 8323169417QY8 |
| 4693 | 83231GJ8BP0MK |
| 4694 | 83231M18ZBPG3 |
| 4695 | 83231BCKM9RYN |
| 4696 | 832319B794CCR |
| 4697 | 83231TM83N5K1 |
| 4698 | 83231QXXTCSGP |
| 4699 | 83231KY9X9TS8 |
| 4700 | 83231G3MRXKCN |
| 4701 | 832312CNSBY1Y |
| 4702 | 83231QTVTTS18 |
| 4703 | 832319V9Q14K0 |
| 4704 | 832313NCNDGR7 |

| | |
|---|---|
| 4705 | 83231XH00NBNR |
| 4706 | 83231M2PGCQHX |
| 4707 | 8323194TDKXNN |
| 4708 | 83231SPGJT394 |
| 4709 | 83231R8111P11 |
| 4710 | 832310V1M66T0 |
| 4711 | 832316XNNY58G |
| 4712 | 83231XF8C6S1V |
| 4713 | 832310SDPK72Y |
| 4714 | 83231YD07PD9N |
| 4715 | 83231536RXK1Q |
| 4716 | 83231D19CSX4T |
| 4717 | 832316Z2G51VG |
| 4718 | 83231M1346V2T |
| 4719 | 832315FKDSJ48 |
| 4720 | 83231JS0185TY |
| 4721 | 83231VXM4TKH8 |
| 4722 | 83231JJP9P5XR |
| 4723 | 832312S7QDGFV |
| 4724 | 83231Y1ZJG518 |
| 4725 | 83231DR6C5P5J |
| 4726 | 83231R6YBKTBQ |
| 4727 | 83231R7770YHT |
| 4728 | 832313FXMVGSB |
| 4729 | 83231ZFNGK6QH |
| 4730 | 83231Q9S4DC7D |
| 4731 | 83231NYDZXSN0 |
| 4732 | 832319M79XNMT |
| 4733 | 83231HCTNSSYF |
| 4734 | 832310G988K3X |
| 4735 | 83231SHSK83S8 |
| 4736 | 832311S6RGFMR |
| 4737 | 83231YMMG5NPF |
| 4738 | 83231FF866NXM |
| 4739 | 83231CV1RDK1S |
| 4740 | 83231X35R7F2K |
| 4741 | 83231TQ570H2B |
| 4742 | 83231H6CV1BB8 |
| 4743 | 8323161F6PN9Z |
| 4744 | 83231ZTCTH8MY |
| 4745 | 83231XYQTTPVX |
| 4746 | 83231Q0TFZBHC |
| 4747 | 83231F03MB5MC |
| 4748 | 832317HV5SMQV |

| | |
|---|---|
| 4749 | 83231PD4KKG3R |
| 4750 | 832317RT53RZG |
| 4751 | 83231BGG2PQMS |
| 4752 | 832317Z6MHHK5 |
| 4753 | 83231D3XY51T2 |
| 4754 | 83231N722476X |
| 4755 | 83231VV6X7R2X |
| 4756 | 83231HNMJR83V |
| 4757 | 832311X8HXB06 |
| 4758 | 83231P1J0NFCN |
| 4759 | 832319P11RYQP |
| 4760 | 8323176VD5VJ0 |
| 4761 | 832311V96CP94 |
| 4762 | 832313BQ99S3G |
| 4763 | 832318GXHY72H |
| 4764 | 83231RJCB4GQ8 |
| 4765 | 83231P0FHS2C4 |
| 4766 | 832318PMNRS4X |
| 4767 | 83231RK8C0BP3 |
| 4768 | 83231F5033B4C |
| 4769 | 83231Z93ST807 |
| 4770 | 83231NRK7V3PP |
| 4771 | 832311VTGVBTP |
| 4772 | 83231KFFKNNQB |
| 4773 | 832314JT4M1N6 |
| 4774 | 83231G70XQVCP |
| 4775 | 832313Z2P21T3 |
| 4776 | 832318QNX3JJC |
| 4777 | 83231JQ6D275M |
| 4778 | 832311BGX00FN |
| 4779 | 83231HP6506SR |
| 4780 | 83231QNVBQMKS |
| 4781 | 832313XSQNYYJ |
| 4782 | 83231N6T48QCK |
| 4783 | 83231D7M1XYXV |
| 4784 | 83231ZF6ZVZHG |
| 4785 | 83231339RFDQK |
| 4786 | 83231V0B7H74J |
| 4787 | 83231ZS5FQMP0 |
| 4788 | 83231ZP61KT5H |
| 4789 | 83231HJ20TQCJ |
| 4790 | 83231X54NN085 |
| 4791 | 83231JZXNRBGJ |
| 4792 | 832318YF4GMM1 |

| | |
|---|---|
| 4793 | 83231YPM73SVV |
| 4794 | 83231N6GNYPZ5 |
| 4795 | 83231G810Q9VB |
| 4796 | 83231FP6PZ54R |
| 4797 | 832311TTCKFHH |
| 4798 | 83231SP8R5T29 |
| 4799 | 83231G5ZVRJX9 |
| 4800 | 83231116RH6G1 |
| 4801 | 83231YDG298R9 |
| 4802 | 83231XKRHDGCH |
| 4803 | 83231K1C8TC2H |
| 4804 | 83231Z48PT5SF |
| 4805 | 83231PQJZK1X7 |
| 4806 | 83231JP279SFX |
| 4807 | 8323114H4QHSY |
| 4808 | 8323192XXJK3J |
| 4809 | 83231KGKP190S |
| 4810 | 83231VPF7Y3NQ |
| 4811 | 832313MXJ4HB2 |
| 4812 | 83231F4N21VGC |
| 4813 | 83231ZG9R8CBS |
| 4814 | 832311B1BYR3X |
| 4815 | 832313CP12F8C |
| 4816 | 83231HRYPZCNM |
| 4817 | 83231DDR000P4 |
| 4818 | 83231DDFJCM2P |
| 4819 | 83231QHBKRXJ2 |
| 4820 | 83231G168KC6Z |
| 4821 | 832310681DM25 |
| 4822 | 8323126RRZTRD |
| 4823 | 832311169T2GS |
| 4824 | 832316R5ST5YV |
| 4825 | 83231J5RHXDYM |
| 4826 | 83231X4PY2YFR |
| 4827 | 83231VP7B6VSC |
| 4828 | 832319DC0J1SS |
| 4829 | 832313K6RQHHR |
| 4830 | 83231Z1VYCD4P |
| 4831 | 832318FPKPS0V |
| 4832 | 83231505NXSSG |
| 4833 | 832317ZNJ0H89 |
| 4834 | 83231HVB4Y7PN |
| 4835 | 832315G9SJ4HB |
| 4836 | 83231VKKC45NT |

| | |
|---|---|
| 4837 | 832318NXV3DKF |
| 4838 | 83231TQNPBMP2 |
| 4839 | 83231MGT5J3H3 |
| 4840 | 83231Y8TBQBYV |
| 4841 | 83231PRK47BMN |
| 4842 | 83231G3R492ZM |
| 4843 | 83231189YCDVN |
| 4844 | 832312Z241QQY |
| 4845 | 83231NRD9D04J |
| 4846 | 83231408FVSH2 |
| 4847 | 832315ZYQ6YSY |
| 4848 | 83231YKX022K5 |
| 4849 | 83231J3KXMJPK |
| 4850 | 832312C57YKQ9 |
| 4851 | 8323150NJBQYT |
| 4852 | 83231VN6BH647 |
| 4853 | 8323196585N07 |
| 4854 | 83231JN9SVJF9 |
| 4855 | 8323170ZZVZS9 |
| 4856 | 83231HZJ487ZC |
| 4857 | 83231VRNN1B16 |
| 4858 | 83231TH3S2GG1 |
| 4859 | 8323161985SQT |
| 4860 | 8323182B6F097 |
| 4861 | 832316T1SSPGS |
| 4862 | 83231VXD3X9P9 |
| 4863 | 832318HFSKX0H |
| 4864 | 83231BP14Q8DC |
| 4865 | 83231PRRH2KKC |
| 4866 | 83231N006CF6V |
| 4867 | 832317XMKRBDK |
| 4868 | 83231FN4ZKKGK |
| 4869 | 832313SZ0DZ0K |
| 4870 | 83231SGPVDGK8 |
| 4871 | 8323128RBCBFS |
| 4872 | 83231KFG39DCK |
| 4873 | 83231XH0M4TNB |
| 4874 | 83231F7PGY4MN |
| 4875 | 832318DM3H2DH |
| 4876 | 83231P1JVRNB1 |
| 4877 | 83231ZBCC85FK |
| 4878 | 83231KJXH99Q9 |
| 4879 | 83231H9P6B8TV |
| 4880 | 83231F847XHPD |

| | |
|---|---|
| 4881 | 83231VH5SXKSK |
| 4882 | 83231MGMSY8PT |
| 4883 | 83231G625QJN8 |
| 4884 | 83231Q6527PZ8 |
| 4885 | 83231JF66R5VM |
| 4886 | 83231QRHDYG89 |
| 4887 | 832311GBJHSJ4 |
| 4888 | 832311S8PTVZN |
| 4889 | 83231KGDPHX71 |
| 4890 | 832316J56S2ZK |
| 4891 | 832314FJKY6QG |
| 4892 | 83231SVKGCM2R |
| 4893 | 83231NQKSHJDT |
| 4894 | 83231P21T9CF0 |
| 4895 | 83231Z1GMSC0D |
| 4896 | 832317KRQBFHT |
| 4897 | 832317Q1NTQXF |
| 4898 | 83231MM83KHFX |
| 4899 | 8323174H2HHDP |
| 4900 | 83231J61RDYG7 |
| 4901 | 83231MQ1ZRVXD |
| 4902 | 83231PSCKSF0C |
| 4903 | 83231HVQ2HG04 |
| 4904 | 83231DCSFSCD3 |
| 4905 | 83231HYRNCFP1 |
| 4906 | 832313CYQ0RSP |
| 4907 | 832315R8GGNDH |
| 4908 | 83231B3Z73BHH |
| 4909 | 83231C82SXH1F |
| 4910 | 83231ZCXTH5XN |
| 4911 | 83231FJ73Z130 |
| 4912 | 83231ZSYZMB92 |
| 4913 | 83231YB1C5XCS |
| 4914 | 83231BXXN2R7C |
| 4915 | 83231BSHRNN52 |
| 4916 | 832315VHNZ86C |
| 4917 | 832311N2Z2M5T |
| 4918 | 83231G6JK4RH4 |
| 4919 | 832317RKT3BR9 |
| 4920 | 83231KHBPQ040 |
| 4921 | 83231HT591778 |
| 4922 | 83231H7Z9QCPF |
| 4923 | 83231KDSM9C03 |
| 4924 | 832317XYZ6QFV |

| | |
|---|---|
| 4925 | 83231MXBT4FC7 |
| 4926 | 8323160VTDP10 |
| 4927 | 83231347473J5 |
| 4928 | 8323191PFK92N |
| 4929 | 83231C8BC3CVK |
| 4930 | 83231XMMQB8BY |
| 4931 | 83231C5770548 |
| 4932 | 83231T4NHS3JX |
| 4933 | 83231R05MK263 |
| 4934 | 83231RS62PTXB |
| 4935 | 83231R1HVFPK1 |
| 4936 | 83231KKBGVK6P |
| 4937 | 832314344M75K |
| 4938 | 83231RMPSGV70 |
| 4939 | 83231SSN74VZT |
| 4940 | 8323197S9ZR51 |
| 4941 | 83231BX0QHRJS |
| 4942 | 83231R73Y44P5 |
| 4943 | 83231C983NX04 |
| 4944 | 83231MN663N60 |
| 4945 | 83231N6HGM6JY |
| 4946 | 83231QV1CYCGV |
| 4947 | 832310PX1VM4P |
| 4948 | 8323162CRKMH7 |
| 4949 | 83231YCQ3NPN9 |
| 4950 | 83231R69P4CXP |
| 4951 | 83231Z2GKPVRB |
| 4952 | 832316DJ7PNYQ |
| 4953 | 83231C5QPYBV0 |
| 4954 | 832316MPDJNJZ |
| 4955 | 83231QPHRS2NR |
| 4956 | 83231S58NPQGP |
| 4957 | 832318SSN2ZBB |
| 4958 | 83231mx2xn91f |
| 4959 | 832312SZ618NS |
| 4960 | 83231PJ6GFJ2Q |
| 4961 | 83231QSNKYQNM |
| 4962 | 83231GYPVYVCH |
| 4963 | 8323188KJ3XRR |
| 4964 | 832318P4ZB8D1 |
| 4965 | 83231S26DJS35 |
| 4966 | 83231V9JNKX7X |
| 4967 | 83231C2MNCZZ2 |
| 4968 | 832313KX31Q7C |

| | |
|---|---|
| 4969 | 83231JQD83683 |
| 4970 | 83231C0NVF9JZ |
| 4971 | 83231NGPS898K |
| 4972 | 83231K9DHMR4F |
| 4973 | 832313SJ9MMV4 |
| 4974 | 83231C1RYH7M0 |
| 4975 | 83231ZNVSRN6T |
| 4976 | 83231B9Q2HY41 |
| 4977 | 83231VNV4GNGK |
| 4978 | 83231FMM1CCQC |
| 4979 | 83231J7Q2M67P |
| 4980 | 832313K39HQDG |
| 4981 | 832318B1THJZV |
| 4982 | 83231R8TQ6RBN |
| 4983 | 8323105Z7KFT4 |
| 4984 | 832319892VF8F |
| 4985 | 83231NK9Y1568 |
| 4986 | 83231R00281PK |
| 4987 | 83231531JVP1Y |
| 4988 | 83231B74CP955 |
| 4989 | 8323190R5MR14 |
| 4990 | 83231407GFQ58 |
| 4991 | 832311T2MV64F |
| 4992 | 83231TFRZ6MT2 |
| 4993 | 832315KMGMNPY |
| 4994 | 83231NB8D69ZC |
| 4995 | 83231FV36XYG4 |
| 4996 | 83231506K4T34 |
| 4997 | 83231MV45Y41H |
| 4998 | 83231XMH1F69N |
| 4999 | 83231DYDTSG1Z |
| 5000 | 83231Y09FZJZK |
| 5001 | 83231TTN9C9Y1 |
| 5002 | 83231K6HNNFGC |
| 5003 | 8323137GJMXKH |
| 5004 | 83231DMFTFPH9 |
| 5005 | 83231KGMP1SVK |
| 5006 | 83231Q5TQ6M2D |
| 5007 | 83231B2MG1KRP |
| 5008 | 83231ZCX4B427 |
| 5009 | 83231JN774SM3 |
| 5010 | 832319VZ08CS6 |
| 5011 | 83231317ZZ4K2 |
| 5012 | 83231KHB3ZCPJ |

| | |
|---|---|
| 5013 | 83231HRR7TZ71 |
| 5014 | 83231DXDGDCSZ |
| 5015 | 832316DGPC6PM |
| 5016 | 832315CN9T3ZP |
| 5017 | 83231072514B9 |
| 5018 | 832316VK0YK9Y |
| 5019 | 832319XNS7XX6 |
| 5020 | 83231V19HS9M8 |
| 5021 | 83231Z51CHXB3 |
| 5022 | 83231HFNG0PSV |
| 5023 | 83231RJ26BSGV |
| 5024 | 832312J33XN0Z |
| 5025 | 83231N2KZSFG8 |
| 5026 | 832310494FZM7 |
| 5027 | 832310KVJ85CJ |
| 5028 | 832316ZNPKKHQ |
| 5029 | 8323168NYD273 |
| 5030 | 83231ZZK1Z28P |
| 5031 | 83231X08Y0MHF |
| 5032 | 832317VT8JSRQ |
| 5033 | 832313NBVHMG4 |
| 5034 | 832318D6HSX0S |
| 5035 | 83231JC59DF0G |
| 5036 | 83231202MN6KM |
| 5037 | 832316C6046ZP |
| 5038 | 83231394YMRG3 |
| 5039 | 83231941T6J12 |
| 5040 | 83231N494MYB5 |
| 5041 | 832319835DVQ9 |
| 5042 | 8323116C203TP |
| 5043 | 832319NP1CXJY |
| 5044 | 83231QK26G4FR |
| 5045 | 83231RT40Q83V |
| 5046 | 83231C6SNFD50 |
| 5047 | 83231V0DX19XX |
| 5048 | 832319Y83ST7D |
| 5049 | 83231YJB660JF |
| 5050 | 83231PM44MN10 |
| 5051 | 83231X3NQMVQG |
| 5052 | 8323170GZVQ1B |
| 5053 | 83231CZ56VM0N |
| 5054 | 832313PKJC1SB |
| 5055 | 83231CK71G8F4 |
| 5056 | 83231BGVP0T4Z |

| | |
|---|---|
| 5057 | 83231V0R68VG5 |
| 5058 | 83231YM69P2HH |
| 5059 | 8323115QN14TH |
| 5060 | 832318M09FXSV |
| 5061 | 83231N11T2RG9 |
| 5062 | 83231473NZJ84 |
| 5063 | 83231MYN2KC9C |
| 5064 | 83231HCSFGY01 |
| 5065 | 83231Q8PXMDZV |
| 5066 | 832313TN9K10K |
| 5067 | 832318V0STJZ3 |
| 5068 | 83231FQJ706PN |
| 5069 | 83231XJ4M0D3P |
| 5070 | 83231NTK02K2H |
| 5071 | 832317Z5N979H |
| 5072 | 83231KY3RY9V4 |
| 5073 | 83231DMXGD6SH |
| 5074 | 8323131H76H7C |
| 5075 | 832313DNNRC9D |
| 5076 | 832311FJC53JT |
| 5077 | 83231GV7B2NHX |
| 5078 | 83231Y7Q50MTH |
| 5079 | 83231FJZ7XS77 |
| 5080 | 83231QMX529DV |
| 5081 | 83231FT8CG232 |
| 5082 | 832310J7F473S |
| 5083 | 83231ND6ZQHZR |
| 5084 | 83231P862P8TJ |
| 5085 | 832319P1G50XN |
| 5086 | 83231KRYJTF79 |
| 5087 | 832312PMXNYD5 |
| 5088 | 83231H3RNCQMT |
| 5089 | 83231X56X18Q1 |
| 5090 | 83231V3K3TPYB |
| 5091 | 832314FYX0S7Y |
| 5092 | 83231D30F8GVQ |
| 5093 | 83231R7VXH5T7 |
| 5094 | 83231VY9DHDG7 |
| 5095 | 832313XY4XGG1 |
| 5096 | 832313YJ22ZXM |
| 5097 | 83231N1Q0XZ8T |
| 5098 | 832310P7B9BYD |
| 5099 | 8323109KDMT88 |
| 5100 | 83231TJ99CQ7Q |

| | |
|---|---|
| 5101 | 83231R66FY2X5 |
| 5102 | 832312CNG314M |
| 5103 | 83231Q6Y745X5 |
| 5104 | 832316DXFZ5JH |
| 5105 | 832315QV9R32X |
| 5106 | 832317KCJJX5K |
| 5107 | 83231X0X1H57R |
| 5108 | 832315CM1ZDY2 |
| 5109 | 832311KFQR2FX |
| 5110 | 83231FMK2D4MB |
| 5111 | 832313G6Z3Q4K |
| 5112 | 83231P6M2QKZ6 |
| 5113 | 832313YJP6YT7 |
| 5114 | 83231VNZV766F |
| 5115 | 83231NHRJX68Y |
| 5116 | 83231TM5KPKKY |
| 5117 | 832314JZ15X2D |
| 5118 | 83231CV3H7GKH |
| 5119 | 832318JH500TR |
| 5120 | 832313C4Y8B5F |
| 5121 | 832314HN357T1 |
| 5122 | 83231BYS91MXD |
| 5123 | 83231HKDJ1XKD |
| 5124 | 83231J7G3TGXP |
| 5125 | 83231089NK5MK |
| 5126 | 83231T6MY5C70 |
| 5127 | 83231G7F2P8N7 |
| 5128 | 832312VSPCGB6 |
| 5129 | 832310SVRB4NK |
| 5130 | 83231ZZHTY9V7 |
| 5131 | 83231701PM26S |
| 5132 | 832317BV9S0Y2 |
| 5133 | 832317X4D01RY |
| 5134 | 8323153MS1VMJ |
| 5135 | 83231Z043PNR6 |
| 5136 | 83231QFDBFHPQ |
| 5137 | 83231358B7D5S |
| 5138 | 83231BKKR114V |
| 5139 | 832319HTVK8RN |
| 5140 | 83231VC8FCZG6 |
| 5141 | 832317YCX1P7R |
| 5142 | 83231B3B3R709 |
| 5143 | 832318QJZZ279 |
| 5144 | 8323116HYMRBM |

| | |
|---|---|
| 5145 | 83231YFSZ6MJ8 |
| 5146 | 8323117GNS0BR |
| 5147 | 83231FS00SGKP |
| 5148 | 83231CSTGZGQ3 |
| 5149 | 8323142NR38YY |
| 5150 | 83231XD0SZN00 |
| 5151 | 8323149PM9JN2 |
| 5152 | 832319GSKT8HB |
| 5153 | 832310P5H0DMD |
| 5154 | 83231DP1NV3YF |
| 5155 | 83231T762GSQQ |
| 5156 | 83231CDYV2SKY |
| 5157 | 83231893H5GV6 |
| 5158 | 83231X20JZRB9 |
| 5159 | 83231DCFTSF8Q |
| 5160 | 83231SQB1MDQ4 |
| 5161 | 832315TYFXP89 |
| 5162 | 83231CDF6K5YY |
| 5163 | 83231X76192BQ |
| 5164 | 83231XFC8HBXJ |
| 5165 | 83231TD3J0NMG |
| 5166 | 83231BD0FTT53 |
| 5167 | 832317KKBQJ2Y |
| 5168 | 832314XSVV8TJ |
| 5169 | 83231JYTSC90V |
| 5170 | 832313MHZXZZ2 |
| 5171 | 83231F68M7XRM |
| 5172 | 83231HDVDNMG9 |
| 5173 | 83231TDZHG1K8 |
| 5174 | 83231MHPQ32J9 |
| 5175 | 83231R729XC9K |
| 5176 | 832318C2PB6ZJ |
| 5177 | 83231QPXD9C2Q |
| 5178 | 83231VSXQC0J7 |
| 5179 | 83231GBSY43VZ |
| 5180 | 83231SVGKD7YK |
| 5181 | 83231N7B7X46K |
| 5182 | 83231FSVK5N5Y |
| 5183 | 83231TCCXYKHC |
| 5184 | 83231P4DPKQFS |
| 5185 | 83231GPMS4TV8 |
| 5186 | 83231QJND5CR1 |
| 5187 | 83231Y3V1GXSG |
| 5188 | 83231FFMRCZMY |

| | |
|---|---|
| 5189 | 83231V3RQ6RXF |
| 5190 | 83231M6SXBT4C |
| 5191 | 83231XTVY6712 |
| 5192 | 83231ZVJJ3TNN |
| 5193 | 832318B2Y544C |
| 5194 | 83231M464DSMV |
| 5195 | 83231T3Y7J26B |
| 5196 | 832316BGQPHTM |
| 5197 | 832310ZXR153H |
| 5198 | 83231D6D17YDS |
| 5199 | 83231SG62F6Y6 |
| 5200 | 83231QMNDCZNY |
| 5201 | 83231S28JNQV9 |
| 5202 | 83231FQ722JST |
| 5203 | 832317MRNCKXR |
| 5204 | 83231CZXSK0J8 |
| 5205 | 832313PFZZQN8 |
| 5206 | 83231RZH0BNPS |
| 5207 | 83231M9N9500B |
| 5208 | 83231QH90MHVH |
| 5209 | 83231TP9Z9059 |
| 5210 | 83231793CHB5N |
| 5211 | 83231428GDH2X |
| 5212 | 83231KQ83VNMM |
| 5213 | 832312JPRGYKF |
| 5214 | 832316GK35P67 |
| 5215 | 83231F30R1M1D |
| 5216 | 83231Y7C342GY |
| 5217 | 83231XH4SJYC6 |
| 5218 | 83231Y1Y42XYC |
| 5219 | 83231CB884PP3 |
| 5220 | 83231HJJBT4JN |
| 5221 | 83231NFHF7FPP |
| 5222 | 83231Y925MNYJ |
| 5223 | 832319PHF650T |
| 5224 | 832310K2TGDQN |
| 5225 | 8323179ZB4FRV |
| 5226 | 832316JHHNTV4 |
| 5227 | 832319JX4G4ZR |
| 5228 | 8323134BF9NCP |
| 5229 | 83231CC41527T |
| 5230 | 83231XN9QZ5KK |
| 5231 | 83231HMFRRXYX |
| 5232 | 83231GKS76M2D |

| | |
|---|---|
| 5233 | 83231X7N7DFRY |
| 5234 | 83231J6MBNH5D |
| 5235 | 83231C04JSJGX |
| 5236 | 8323187M9PZHG |
| 5237 | 83231JFVBBJQP |
| 5238 | 83231SXNXX5DD |
| 5239 | 83231RVMXXV3S |
| 5240 | 8323111BYF36Z |
| 5241 | 8323127Y5ZY3B |
| 5242 | 83231NXB1KGXQ |
| 5243 | 83231G3VJTY80 |
| 5244 | 8323185M919V4 |
| 5245 | 832310HHZCCM0 |
| 5246 | 83231GZ0GTRDZ |
| 5247 | 832312Q90NQ6Y |
| 5248 | 83231TF05F3RF |
| 5249 | 83231G0TBV3N8 |
| 5250 | 83231RNH4F7MH |
| 5251 | 8323143PBYB73 |
| 5252 | 83231NCC2RTTC |
| 5253 | 83231GGD87BZZ |
| 5254 | 83231RYGMRF2Z |
| 5255 | 83231H7BVXXV3 |
| 5256 | 83231KZP8KKJ6 |
| 5257 | 83231Q1SK4CSM |
| 5258 | 83231CMKKJTX4 |
| 5259 | 832317M8D4NNP |
| 5260 | 832313RPRMZD9 |
| 5261 | 832312KQHT2X6 |
| 5262 | 83231Q03ZZ17J |
| 5263 | 8323146GJ6381 |
| 5264 | 83231YQF7NKZ6 |
| 5265 | 832315CQKT53C |
| 5266 | 83231G468XRP3 |
| 5267 | 83231H2JGS9JQ |
| 5268 | 83231b39p934v |
| 5269 | 83231SBV3YX7N |
| 5270 | 83231CKST3046 |
| 5271 | 83231GQP83KF3 |
| 5272 | 832318RF96QRX |
| 5273 | 83231GDGDQC9C |
| 5274 | 83231B437Z44Z |
| 5275 | 832319JR4SYR9 |
| 5276 | 83231TJZQJ75T |

| | |
|---|---|
| 5277 | 8323125VM72NJ |
| 5278 | 83231P7X6H8SB |
| 5279 | 83231KPN7RHRX |
| 5280 | 83231JBJ232NN |
| 5281 | 83231F0BQP08P |
| 5282 | 832319jc7q7d3 |
| 5283 | 83231MMY0G0M0 |
| 5284 | 83231ZG031YH7 |
| 5285 | 832317S3XT2VD |
| 5286 | 83231NHHYC3Q8 |
| 5287 | 83231VP0326X7 |
| 5288 | 8323149B3HGN0 |
| 5289 | 83231CQ43H78R |
| 5290 | 8323138F17SKK |
| 5291 | 83231VBGZ4RYP |
| 5292 | 83231S21SG543 |
| 5293 | 83231228B80PQ |
| 5294 | 83231NBM4DN0V |
| 5295 | 832319QK8HXGX |
| 5296 | 83231SK1860DX |
| 5297 | 832310NP9T8J8 |
| 5298 | 832313G28NYF6 |
| 5299 | 83231FCBDBDB6 |
| 5300 | 83231GG82GYPZ |
| 5301 | 83231ZYYRQ6G1 |
| 5302 | 832310KSXRV2S |
| 5303 | 83231CCD8RJ93 |
| 5304 | 832317JB35B6N |
| 5305 | 83231K1PYVTRN |
| 5306 | 83231F007H486 |
| 5307 | 83231TFDPRCGH |
| 5308 | 83231F6HPXSVC |
| 5309 | 832313QQ1SVJH |
| 5310 | 83231Z046J1V3 |
| 5311 | 8323110GDGJFK |
| 5312 | 83231B5NR3G7Y |
| 5313 | 83231H83G9YXP |
| 5314 | 83231R4KVG1M8 |
| 5315 | 83231X5689ZQP |
| 5316 | 83231R537SGB9 |
| 5317 | 83231R9K4BY8V |
| 5318 | 83231GRTTPT9F |
| 5319 | 832310XBVCRQJ |
| 5320 | 83231QKSMG0DB |

| | |
|---|---|
| 5321 | 83231NSJFVZ65 |
| 5322 | 83231ZSQBVVGB |
| 5323 | 83231SFBNYQ7V |
| 5324 | 8323170F6B69Z |
| 5325 | 83231VGXJCY9V |
| 5326 | 83231X9XKQVYX |
| 5327 | 83231QM78VVZ4 |
| 5328 | 832312FKB484K |
| 5329 | 83231X697GH81 |
| 5330 | 832317N5Y4VMJ |
| 5331 | 8323102QSZDXT |
| 5332 | 83231VVXH1K80 |
| 5333 | 83231N54P9JBD |
| 5334 | 83231SK4CNCRD |
| 5335 | 832316DJPQHX3 |
| 5336 | 832319YQS15YD |
| 5337 | 83231M6196QHS |
| 5338 | 83231XQZMT83S |
| 5339 | 83231RD6NK62R |
| 5340 | 832316Z7RYMJ9 |
| 5341 | 83231RDG5HY6F |
| 5342 | 83231152VZQM5 |
| 5343 | 832319JP3VVZV |
| 5344 | 8323109QZ1GCX |
| 5345 | 83231C2GBZM6D |
| 5346 | 832316XMF2CYF |
| 5347 | 83231JSPN9BBG |
| 5348 | 832314KMZR7TQ |
| 5349 | 83231GDX7P47J |
| 5350 | 832312K8GD05Y |
| 5351 | 832319S9C7N26 |
| 5352 | 83231J12VSSVS |
| 5353 | 83231BSM82F7Q |
| 5354 | 832318SYNVY12 |
| 5355 | 83231Q7CP907X |
| 5356 | 83231CRRV3HCP |
| 5357 | 83231XX34RR3G |
| 5358 | 832314484YNFS |
| 5359 | 832313KGSB9GZ |
| 5360 | 83231RH77XPV2 |
| 5361 | 83231VMBNVTPB |
| 5362 | 832315XC9NN1J |
| 5363 | 83231C5D2383Y |
| 5364 | 83231QXDSNPHB |

| | |
|---|---|
| 5365 | 832316CH8H8CT |
| 5366 | 832319qqhqpvf |
| 5367 | 83231P9T80RX2 |
| 5368 | 83231RNC0Q4SB |
| 5369 | 83231CCKPJN70 |
| 5370 | 832315YCS04TB |
| 5371 | 83231CR8HK3JJ |
| 5372 | 83231TJ1J662T |
| 5373 | 83231BHB1J3ZC |
| 5374 | 83231T21QGD8T |
| 5375 | 83231VZ9V1JM5 |
| 5376 | 832317Y6ZSC7V |
| 5377 | 832319RNBD9B7 |
| 5378 | 83231NK43BM6Y |
| 5379 | 8323176XF2Q9Q |
| 5380 | 83231X06FBMN3 |
| 5381 | 83231TR9SRZ84 |
| 5382 | 832315XKBHBX0 |
| 5383 | 83231Z790SK32 |
| 5384 | 83231YCBZGHGR |
| 5385 | 83231KQV568JF |
| 5386 | 83231TF5R04FN |
| 5387 | 832314G6T37RC |
| 5388 | 83231PXFX551P |
| 5389 | 83231GJ1NKMN0 |
| 5390 | 83231FTTGMTB6 |
| 5391 | 8323134T82S0Y |
| 5392 | 83231PJ57BVTD |
| 5393 | 83231FRT0SS82 |
| 5394 | 83231YN7SNNVZ |
| 5395 | 8323110R56S9C |
| 5396 | 83231T2PCHZ7Z |
| 5397 | 83231S89RPGRP |
| 5398 | 83231TCNNCJJH |
| 5399 | 832314YHM6NYT |
| 5400 | 83231MPHCX2JM |
| 5401 | 83231Y056PJBC |
| 5402 | 832319C1GV20C |
| 5403 | 83231N5D5Y23P |
| 5404 | 8323131GJMMZ2 |
| 5405 | 83231DKG4DCBC |
| 5406 | 83231V13463PZ |
| 5407 | 832316FJCZX23 |
| 5408 | 83231ZP76JJP8 |

| | |
|---|---|
| 5409 | 83231ZKVQSSZD |
| 5410 | 8323129YFBG7Z |
| 5411 | 83231SXG3DTY0 |
| 5412 | 832313XG6YM4G |
| 5413 | 83231S7JV1ZJG |
| 5414 | 832318J5B0RXD |
| 5415 | 83231H8DDDPXX |
| 5416 | 832312M2CDM36 |
| 5417 | 83231H0QV8ZSP |
| 5418 | 83231F1KMKYBB |
| 5419 | 83231S0MPPDGZ |
| 5420 | 83231JYM5KKP0 |
| 5421 | 83231595KD5NM |
| 5422 | 83231RQB2K2HV |
| 5423 | 83231P836BY09 |
| 5424 | 8323117KDJMXY |
| 5425 | 83231Q484GT9X |
| 5426 | 83231MNV4Z87R |
| 5427 | 83231V4RZTS81 |
| 5428 | 83231SM5CR6FV |
| 5429 | 83231K7C5Y2NS |
| 5430 | 83231PHHCHYPZ |
| 5431 | 8323140TBFCR9 |
| 5432 | 832314CHX5G1K |
| 5433 | 83231R8B0H2GH |
| 5434 | 83231KNKC5QJS |
| 5435 | 83231NVQVC7XN |
| 5436 | 832313KQ1T8D1 |
| 5437 | 83231T74YZ3CY |
| 5438 | 83231C32698T7 |
| 5439 | 83231RZ47QK9B |
| 5440 | 832310KKFPJ1V |
| 5441 | 83231HDT0JJHZ |
| 5442 | 83231YB2FGH6M |
| 5443 | 832319K6015RK |
| 5444 | 83231BCJ65G45 |
| 5445 | 83231QX7NQKXC |
| 5446 | 83231JJ1PTKDT |
| 5447 | 83231R6DZ6P43 |
| 5448 | 832319X14RRJD |
| 5449 | 83231X08J5BC8 |
| 5450 | 83231Y7N70GQ8 |
| 5451 | 83231098P5R7R |
| 5452 | 83231JRS06NPY |

| | |
|---|---|
| 5453 | 83231GR5RH341 |
| 5454 | 83231KKPBF21Y |
| 5455 | 8323116V0DMJF |
| 5456 | 83231XH1KGMPT |
| 5457 | 83231DSBP5N46 |
| 5458 | 83231GGXV6TT3 |
| 5459 | 832310935DHRV |
| 5460 | 83231F7SR1G9D |
| 5461 | 832317QX809B8 |
| 5462 | 83231RQGDQDVS |
| 5463 | 8323177MR7066 |
| 5464 | 832312Z5S90B9 |
| 5465 | 832315RX9X3YM |
| 5466 | 83231H9G4PZX6 |
| 5467 | 83231GQ49R4MP |
| 5468 | 83231XT5XDS2N |
| 5469 | 83231S995NZZ0 |
| 5470 | 83231JD43YFMT |
| 5471 | 832310P48B9R6 |
| 5472 | 832313HJ5GK84 |
| 5473 | 83231SRVD5M36 |
| 5474 | 83231K6HQF43K |
| 5475 | 83231Y2YMKP5G |
| 5476 | 832315NK85Q6X |
| 5477 | 832313DJT6R4K |
| 5478 | 832315ZTDX93B |
| 5479 | 83231K8C9SVQ3 |
| 5480 | 832310PV0VSGK |
| 5481 | 83231VN9N2RM2 |
| 5482 | 83231H3838NR6 |
| 5483 | 83231NKSSC7K9 |
| 5484 | 83231988NF5D5 |
| 5485 | 83231Z59ZDHKM |
| 5486 | 83231YMRPZGPH |
| 5487 | 83231GVV16N7J |
| 5488 | 832319GY1N4PT |
| 5489 | 83231XCBKRN2D |
| 5490 | 832318Q38QG0Y |
| 5491 | 832313M0YKB2J |
| 5492 | 83231MHZ4TMXH |
| 5493 | 83231Z1B5JS9S |
| 5494 | 832310JPH5TVV |
| 5495 | 83231JSTQMSYB |
| 5496 | 832314TJV69DZ |

| | |
|---|---|
| 5497 | 832316SSR6Q6S |
| 5498 | 832310C68TRSP |
| 5499 | 83231XP7DSBM0 |
| 5500 | 83231NGXRG7RY |
| 5501 | 83231HN3VGMPJ |
| 5502 | 83231R5N3Z0FR |
| 5503 | 83231N34R7YY2 |
| 5504 | 83231CP9BYQG2 |
| 5505 | 83231N6NCTXBG |
| 5506 | 83231Y1H3BV1H |
| 5507 | 832315HX0B6YV |
| 5508 | 83231Q6TZCGS7 |
| 5509 | 83231J5PNH6KJ |
| 5510 | 832319161TH38 |
| 5511 | 832315GYT1X2G |
| 5512 | 832311GX1J070 |
| 5513 | 83231QNFC4SZQ |
| 5514 | 83231XNBVGP25 |
| 5515 | 83231S2H94THV |
| 5516 | 8323130Y3CFMG |
| 5517 | 83231ZBR5HRR0 |
| 5518 | 83231G37CTRK9 |
| 5519 | 83231011NBVR3 |
| 5520 | 83231VHT21MFC |
| 5521 | 832310CV6C77Y |
| 5522 | 83231VD8KCJF8 |
| 5523 | 83231S4YXJJFD |
| 5524 | 83231QNDQJKY1 |
| 5525 | 83231D39G1KR2 |
| 5526 | 832315XQ5H0FN |
| 5527 | 83231H4Y163XS |
| 5528 | 83231J80JFTTG |
| 5529 | 832319TQCZ6T8 |
| 5530 | 83231H2T5YDDM |
| 5531 | 832313ZFS5ZRX |
| 5532 | 83231BSBG47PK |
| 5533 | 83231JSFXP34T |
| 5534 | 8323128HT387Q |
| 5535 | 83231H55Q6Y8Y |
| 5536 | 83231VF3XRJK4 |
| 5537 | 83231N7QZ3M93 |
| 5538 | 83231R8YRNH3Z |
| 5539 | 832312FZNYJC5 |
| 5540 | 832315CM8M4MN |

| | |
|---|---|
| 5541 | 83231SDS79H5T |
| 5542 | 832313JQBV3ZR |
| 5543 | 8323136P6P48T |
| 5544 | 832317VKG16M9 |
| 5545 | 83231K42D4CGD |
| 5546 | 83231DPQY9KHP |
| 5547 | 83231RX12NF5N |
| 5548 | 83231K46XCBJF |
| 5549 | 832319FG87RMX |
| 5550 | 83231BZ8NN6G7 |
| 5551 | 83231V966D9FB |
| 5552 | 83231R1PB7HYB |
| 5553 | 83231T7HV17XV |
| 5554 | 832313JFXM61H |
| 5555 | 83231M9TJP79M |
| 5556 | 83231X8ZB2288 |
| 5557 | 83231PHG7Q5MX |
| 5558 | 83231VMJ80S3Z |
| 5559 | 83231ZSNTFTP9 |
| 5560 | 83231C9F453X8 |
| 5561 | 83231XV91ZDZS |
| 5562 | 83231BDSVGFYC |
| 5563 | 83231V7MHFMSF |
| 5564 | 8323133SMYCVC |
| 5565 | 832312177FXVD |
| 5566 | 832313VP8Y50T |
| 5567 | 83231G525ZTVV |
| 5568 | 83231F0BPVBHS |
| 5569 | 83231J1T4Q79P |
| 5570 | 832313RJTM3ZZ |
| 5571 | 832314QV6CH0H |
| 5572 | 83231MXXZMZZ1 |
| 5573 | 83231GX67ZNKC |
| 5574 | 832317HXTQ8HD |
| 5575 | 83231385HJYJQ |
| 5576 | 83231G2ZBY0KF |
| 5577 | 8323145CJFXDY |
| 5578 | 8323143P5KH26 |
| 5579 | 832317P5DJPGR |
| 5580 | 8323163QRFNJB |
| 5581 | 83231KBTFT5DG |
| 5582 | 83231M44VN9FV |
| 5583 | 83231KKJF4B4H |
| 5584 | 83231XCT010F9 |

| | |
|---|---|
| 5585 | 83231740B7D9C |
| 5586 | 832317SGQ8P7F |
| 5587 | 83231SDF6NFQX |
| 5588 | 83231GYPG1FJZ |
| 5589 | 83231JG2FQK13 |
| 5590 | 83231FM4R0X5M |
| 5591 | 8323126S792H0 |
| 5592 | 83231SR3SK5TN |
| 5593 | 83231SR48JJM3 |
| 5594 | 832312KD6BQVN |
| 5595 | 832311Z23CRD8 |
| 5596 | 832310DQNGZVP |
| 5597 | 83231RMQ1KKNQ |
| 5598 | 83231SGQTD5QV |
| 5599 | 83231V8NY3RR3 |
| 5600 | 832314GYJ5DZK |
| 5601 | 832310GN5B7PQ |
| 5602 | 83231D991BR88 |
| 5603 | 83231QM331K8Y |
| 5604 | 83231DZKDJQ3S |
| 5605 | 8323116K669GQ |
| 5606 | 832313CM8QFDX |
| 5607 | 83231XV7SYVCZ |
| 5608 | 832310T1Y2S6V |
| 5609 | 83231XVK4ZNRN |
| 5610 | 832317MTBKD76 |
| 5611 | 832317RM23HRG |
| 5612 | 83231YNKDJ5DD |
| 5613 | 832316TH41VY6 |
| 5614 | 83231N1PFGKBX |
| 5615 | 83231MX900P08 |
| 5616 | 83231CFFKZ75Q |
| 5617 | 83231DQR25XP2 |
| 5618 | 83231XB5D7C5P |
| 5619 | 83231XN0CD6CR |
| 5620 | 83231ZDTFMVB8 |
| 5621 | 83231VNSBZHB1 |
| 5622 | 832318YNC20Z0 |
| 5623 | 8323149ZZ0Y08 |
| 5624 | 83231Y9M134F2 |
| 5625 | 832310Z7SJ718 |
| 5626 | 83231K6KFP7JC |
| 5627 | 8323101MH78NT |
| 5628 | 83231BGVT6VJS |

| | |
|---|---|
| 5629 | 83231MBZJDYSP |
| 5630 | 832316V5TVGHN |
| 5631 | 83231RZY5JPN8 |
| 5632 | 832317TSNJC10 |
| 5633 | 83231VSS4KRTP |
| 5634 | 83231KB9XQMRS |
| 5635 | 83231TF8Z15Z2 |
| 5636 | 83231F36K5NG7 |
| 5637 | 83231BYHFKTHZ |
| 5638 | 83231NDBMGHYR |
| 5639 | 83231SKGN5NTB |
| 5640 | 83231F47HJTX9 |
| 5641 | 83231Q7BGJY97 |
| 5642 | 83231JT23QZCN |
| 5643 | 83231M41B8VB2 |
| 5644 | 83231FTKDHQ5N |
| 5645 | 83231GJP2Q5BS |
| 5646 | 83231T9CMHG62 |
| 5647 | 83231P3YRQX8C |
| 5648 | 83231ZYP3QCBF |
| 5649 | 83231Y4XDBCNK |
| 5650 | 832313HG5N4DC |
| 5651 | 83231B3QSK85G |
| 5652 | 83231BJ6P9Y7D |
| 5653 | 83231B5G3R693 |
| 5654 | 83231Q3NJ8JZV |
| 5655 | 832313XDC9JP3 |
| 5656 | 83231Z2R2YG18 |
| 5657 | 83231JC9Q8JPF |
| 5658 | 8323109677PCB |
| 5659 | 83231ZZ1MVR80 |
| 5660 | 83231P64MZKZ0 |
| 5661 | 83231G4SJ35N0 |
| 5662 | 83231G2MYF3TQ |
| 5663 | 8323135167V58 |
| 5664 | 83231VX7HDYKT |
| 5665 | 8323186CQJD2T |
| 5666 | 83231TVRNJH31 |
| 5667 | 83231GR37SKV3 |
| 5668 | 83231N5MH42Y0 |
| 5669 | 8323167KGXZND |
| 5670 | 832315Q67KYZB |
| 5671 | 83231S4HQ2Z67 |
| 5672 | 832318780CJ1Q |

| | |
|---|---|
| 5673 | 8323179YH4D1S |
| 5674 | 83231nrptv0jy |
| 5675 | 83231Z17TTCN6 |
| 5676 | 83231ZYCJH3SR |
| 5677 | 83231PSF9VBMT |
| 5678 | 83231GQBMX5RV |
| 5679 | 83231XN98PZFQ |
| 5680 | 83231YZ3P7VHV |
| 5681 | 83231FHR9HXZP |
| 5682 | 83231pycv78x2 |
| 5683 | 832318K35953S |
| 5684 | 832312F0VHNV1 |
| 5685 | 832310HFGS83Z |
| 5686 | 83231K593775V |
| 5687 | 83231JT25CBYJ |
| 5688 | 83231GF7MT1B2 |
| 5689 | 83231QTF2JJ69 |
| 5690 | 832318FM3V5RN |
| 5691 | 83231Q3Q0XHF5 |
| 5692 | 83231SMNJ03VD |
| 5693 | 83231PNF75DQM |
| 5694 | 83231VF0SG36G |
| 5695 | 83231JBY1T0DP |
| 5696 | 832318FMKPVHZ |
| 5697 | 83231MQS174CX |
| 5698 | 83231N2CH75R3 |
| 5699 | 83231MXBN69B7 |
| 5700 | 83231XT302CKR |
| 5701 | 83231F14HXJ6Q |
| 5702 | 83231RM1TD88R |
| 5703 | 83231V07D5P9P |
| 5704 | 83231NGDTQ54B |
| 5705 | 83231JPY364N2 |
| 5706 | 83231KZF1RDH8 |
| 5707 | 83231H8D7RS6R |
| 5708 | 83231FFSN9DN1 |
| 5709 | 83231JJ2MRBJ6 |
| 5710 | 83231T1RR2HFJ |
| 5711 | 832317R06BX3B |
| 5712 | 832311GPRSNFB |
| 5713 | 83231S2NG2HTV |
| 5714 | 832310VN7J472 |
| 5715 | 83231PC02NM06 |
| 5716 | 83231M1H47MMT |

| | |
|---|---|
| 5717 | 832311DZ204N4 |
| 5718 | 832317YT9V7X9 |
| 5719 | 832311SJ1XKT4 |
| 5720 | 83231H1B888X9 |
| 5721 | 83231ZTKMZ4SV |
| 5722 | 8323140SN8140 |
| 5723 | 83231YCKK6Z6Y |
| 5724 | 83231BMC0MVZQ |
| 5725 | 832317ZNGK9X1 |
| 5726 | 83231F1ST469P |
| 5727 | 83231PQX1JKPF |
| 5728 | 8323180QVKTX1 |
| 5729 | 83231VJ5T1CGB |
| 5730 | 832311JY7PK28 |
| 5731 | 83231C0F0BQ2S |
| 5732 | 83231HV8X869F |
| 5733 | 83231KGQ7CQD9 |
| 5734 | 83231QP9SVM1Z |
| 5735 | 83231VT9KH38J |
| 5736 | 83231CS733NRB |
| 5737 | 83231M33P1HQP |
| 5738 | 83231MFRSKMY4 |
| 5739 | 83231HVP4XFQH |
| 5740 | 83231VTB032HQ |
| 5741 | 83231MK60F8KT |
| 5742 | 83231SKX0898Q |
| 5743 | 832310KC81MSB |
| 5744 | 83231KJHBSMGT |
| 5745 | 83231YZZBQ1RS |
| 5746 | 83231QJZQV27R |
| 5747 | 83231PCPFT9CM |
| 5748 | 83231P3J2XYV2 |
| 5749 | 83231RQ23RKX8 |
| 5750 | 83231M8SVYVC5 |
| 5751 | 83231YG5ZBG3R |
| 5752 | 83231KS2MTSBJ |
| 5753 | 83231R30YCF8B |
| 5754 | 83231102JXKD5 |
| 5755 | 83231H6BM05YM |
| 5756 | 83231T440GTSV |
| 5757 | 83231Q6JP29PY |
| 5758 | 83231QJ27PXJX |
| 5759 | 832313VM5GRC4 |
| 5760 | 83231MCG97R72 |

| | |
|---|---|
| 5761 | 83231J36PZXMT |
| 5762 | 83231ZGP8FJ4D |
| 5763 | 83231NKVDPX50 |
| 5764 | 83231VQFKC3HK |
| 5765 | 832318386FPRF |
| 5766 | 8323174KT8V2G |
| 5767 | 83231RZ7SV68T |
| 5768 | 83231HQ290N49 |
| 5769 | 832317ZJ73730 |
| 5770 | 83231N26F9DBY |
| 5771 | 83231BR03H02B |
| 5772 | 83231CJM4D9RZ |
| 5773 | 83231PFGVRX69 |
| 5774 | 83231HKX2VSSF |
| 5775 | 83231K1MB72ZF |
| 5776 | 83231PQTSM8CZ |
| 5777 | 83231V4PKNH0J |
| 5778 | 83231N0QJP5ZY |
| 5779 | 832318D5BSD33 |
| 5780 | 8323142YB773T |
| 5781 | 83231RYJC1XHS |
| 5782 | 83231249SF2YC |
| 5783 | 832311Z45QKFM |
| 5784 | 83231G8YD73N6 |
| 5785 | 832310VPHSGZT |
| 5786 | 83231FBSC97QQ |
| 5787 | 83231ZX5D14XG |
| 5788 | 832318JJQF6FV |
| 5789 | 832314JZ6HV75 |
| 5790 | 832318YK5JB4K |
| 5791 | 83231N6J7ZY1J |
| 5792 | 83231SB1Q76J6 |
| 5793 | 8323110VYK687 |
| 5794 | 83231333SH3HJ |
| 5795 | 83231XC63VVMJ |
| 5796 | 83231DK4JZ4FS |
| 5797 | 83231CKM8JBYP |
| 5798 | 83231PKNB4QVF |
| 5799 | 832314YG2Y15V |
| 5800 | 83231GYKMM830 |
| 5801 | 83231H9VPJBBP |
| 5802 | 832315JXSCCD1 |
| 5803 | 832318ZJBTSJ1 |
| 5804 | 83231M403FT2C |

| | |
|---|---|
| 5805 | 83231CGRRQYG5 |
| 5806 | 83231YVKTN37Y |
| 5807 | 832318HPHM6GS |
| 5808 | 832313QG849GY |
| 5809 | 8323127JYX09P |
| 5810 | 83231BT78CRFH |
| 5811 | 8323154P250MZ |
| 5812 | 832312M24YNYB |
| 5813 | 83231V7YR15K4 |
| 5814 | 8323176BGKC59 |
| 5815 | 83231MPNMX598 |
| 5816 | 83231G4YM7KH5 |
| 5817 | 83231PRC64NYB |
| 5818 | 83231TN11VD1Z |
| 5819 | 83231S7Y822X3 |
| 5820 | 83231V4D4BV1Y |
| 5821 | 832318DMZCRZ9 |
| 5822 | 83231GNGZ412S |
| 5823 | 832313386PKPB |
| 5824 | 83231J6STC0CY |
| 5825 | 83231T4XZ0KZG |
| 5826 | 83231CYGX7P88 |
| 5827 | 83231PKSBJY7H |
| 5828 | 8323118S90B5S |
| 5829 | 83231T7MF5JF0 |
| 5830 | 83231S30NP4JJ |
| 5831 | 83231TZZ7DX13 |
| 5832 | 8323186GDTVFJ |
| 5833 | 83231FVV8XDMY |
| 5834 | 83231PV06446X |
| 5835 | 83231FC234RJT |
| 5836 | 832319XBNHKBY |
| 5837 | 83231MCR82SBR |
| 5838 | 8323184JN0D6M |
| 5839 | 83231TVDJY56S |
| 5840 | 83231ZDZTJJ8F |
| 5841 | 83231N1T48GNG |
| 5842 | 83231ZRP9RJ8R |
| 5843 | 83231R9D5HTG1 |
| 5844 | 83231ZCSV0NTN |
| 5845 | 83231N6FVMR4V |
| 5846 | 8323173VBP34M |
| 5847 | 83231C05D29JY |
| 5848 | 832311J9FCB6B |

| | |
|---|---|
| 5849 | 8323176D593FR |
| 5850 | 832313YBMGVX4 |
| 5851 | 83231VF5Q5JTX |
| 5852 | 83231RQV0G186 |
| 5853 | 83231KN9T7DK7 |
| 5854 | 83231HHZ6RNN1 |
| 5855 | 83231FDZF8ZDP |
| 5856 | 83231SCKHNJ8X |
| 5857 | 83231XFZPVSBT |
| 5858 | 83231PB21QMNG |
| 5859 | 83231660R0G36 |
| 5860 | 832315RR98P15 |
| 5861 | 832313B9S30X7 |
| 5862 | 83231NBXDX204 |
| 5863 | 83231SFNS7MZG |
| 5864 | 83231007PDQS1 |
| 5865 | 83231V20S8SJS |
| 5866 | 8323189YNJ4D0 |
| 5867 | 8323132NF98J6 |
| 5868 | 83231HTRJ3NH2 |
| 5869 | 83231P86VJRZV |
| 5870 | 83231S5PVB5FK |
| 5871 | 83231B9HMG61Z |
| 5872 | 83231NRSC58YN |
| 5873 | 832312KYTJ7V6 |
| 5874 | 832315NH6372G |
| 5875 | 8323100036DGC |
| 5876 | 832314Q02QGFH |
| 5877 | 83231B9SP99V0 |
| 5878 | 832317P6M1QK6 |
| 5879 | 83231HJ13335K |
| 5880 | 83231G28CVMXQ |
| 5881 | 83231R88N6JB8 |
| 5882 | 83231MKXDYJYX |
| 5883 | 83231TBY7PTQK |
| 5884 | 832314ZM728XJ |
| 5885 | 83231G5N93QYR |
| 5886 | 8323179X1R552 |
| 5887 | 83231CX8QCDKN |
| 5888 | 832311RNRZVSR |
| 5889 | 83231MXZ442Z5 |
| 5890 | 83231TG8XMJV3 |
| 5891 | 83231BC7BNR19 |
| 5892 | 83231S6DRNPZN |

| | |
|---|---|
| 5893 | 83231XTJGH1YT |
| 5894 | 83231SFSB4YY8 |
| 5895 | 83231P38FDV8Y |
| 5896 | 832311QFC7196 |
| 5897 | 83231VCSRTSZK |
| 5898 | 83231SG02QXDM |
| 5899 | 83231G7Y69HN5 |
| 5900 | 8323198QNM500 |
| 5901 | 83231FJ109748 |
| 5902 | 83231NTVB81K7 |
| 5903 | 8323182VMKPTQ |
| 5904 | 83231D5F5Z7KM |
| 5905 | 83231VQDV475Y |
| 5906 | 83231MHF36Z1G |
| 5907 | 83231M2S052K7 |
| 5908 | 83231J6D9T221 |
| 5909 | 83231HS6JFV5S |
| 5910 | 83231XH1GKCK9 |
| 5911 | 8323114Y5CDD4 |
| 5912 | 83231G3QF572H |
| 5913 | 83231R25XRH8G |
| 5914 | 83231Z8XS3QP4 |
| 5915 | 832315J897TTY |
| 5916 | 8323150D9XBFS |
| 5917 | 83231RGPQ9XQT |
| 5918 | 83231XRRD5TK1 |
| 5919 | 83231N54704PM |
| 5920 | 83231XFHVY8TX |
| 5921 | 832317FYC5VNM |
| 5922 | 8323156KXFGFY |
| 5923 | 8323160GHM72B |
| 5924 | 83231Q9ZS0B2Z |
| 5925 | 83231H3SXM6RS |
| 5926 | 83231G547QPVJ |
| 5927 | 83231Y90B8Y1P |
| 5928 | 83231F920CG20 |
| 5929 | 832313TDDY32H |
| 5930 | 83231PSS8J3H7 |
| 5931 | 832312C2NK4DQ |
| 5932 | 83231PD0HPM74 |
| 5933 | 832319H7Y0G9V |
| 5934 | 832311T8Y2VM4 |
| 5935 | 8323139GFCYD5 |
| 5936 | 832313YRM3CN6 |

| | |
|---|---|
| 5937 | 832312K2B30K7 |
| 5938 | 8323122H605NF |
| 5939 | 83231F37Q6K2S |
| 5940 | 83231VT3CRQMG |
| 5941 | 83231N7DGKRR0 |
| 5942 | 83231VJX35SFD |
| 5943 | 832311Y15YS0M |
| 5944 | 832315KHD6DRT |
| 5945 | 832314NKZ08D9 |
| 5946 | 832315J1KBDM8 |
| 5947 | 83231JZTK7GCR |
| 5948 | 83231FG3RN83K |
| 5949 | 83231FJY3MNVT |
| 5950 | 83231CQ2VHXYG |
| 5951 | 83231QT4NFK1N |
| 5952 | 83231H49RP5C7 |
| 5953 | 83231R4M9HSH4 |
| 5954 | 83231Q619QVR0 |
| 5955 | 83231KT7DY7JP |
| 5956 | 83231N0KM90D6 |
| 5957 | 83231M57QNVVP |
| 5958 | 8323115C8RQFK |
| 5959 | 832312P4HZKTX |
| 5960 | 83231XPZNNX2M |
| 5961 | 832314B906YH9 |
| 5962 | 8323110YKK8MD |
| 5963 | 83231PG8NMYSR |
| 5964 | 83231Y44CX6DZ |
| 5965 | 83231RT3YQV0F |
| 5966 | 83231B4B0DHN2 |
| 5967 | 832310SV1H0SQ |
| 5968 | 8323123H4SVDV |
| 5969 | 832310YSJ2CDJ |
| 5970 | 83231RRN1PFT6 |
| 5971 | 83231D5J8KVXZ |
| 5972 | 83231XMGDZNM6 |
| 5973 | 832313TXFQMYV |
| 5974 | 832313H9KS6V9 |
| 5975 | 832312G87N10H |
| 5976 | 83231KYGDDGKY |
| 5977 | 8323187KNGH1R |
| 5978 | 83231YJ95J5BN |
| 5979 | 83231K5863ZCT |
| 5980 | 832315VJ5Y7CS |

| | |
|---|---|
| 5981 | 83231SQJFX388 |
| 5982 | 83231CNFKSG83 |
| 5983 | 83231K2XZNZ28 |
| 5984 | 83231H8QZDN8D |
| 5985 | 832311HQ2TVGJ |
| 5986 | 83231RKZ6V7GV |
| 5987 | 83231XQ3DPK6B |
| 5988 | 83231HPMTK8KK |
| 5989 | 832315JFN9087 |
| 5990 | 8323141558Q2B |
| 5991 | 8323174K9R640 |
| 5992 | 83231PGCZTCJ6 |
| 5993 | 8323114136XVD |
| 5994 | 83231C8YRNFR8 |
| 5995 | 83231BV9S2XVQ |
| 5996 | 83231XBB4535P |
| 5997 | 83231TBDD0K2Z |
| 5998 | 83231Z9QGXDZC |
| 5999 | 832311DSH2FJS |
| 6000 | 832310XF5F87T |
| 6001 | 83231Q122ZPVB |
| 6002 | 83231TG95ZS0R |
| 6003 | 832317H8V23D0 |
| 6004 | 83231PPFZR7M1 |
| 6005 | 83231HVM73NJX |
| 6006 | 83231T7XBRPRY |
| 6007 | 83231R0BC838S |
| 6008 | 83231YNMF7SFG |
| 6009 | 83231318FB599 |
| 6010 | 83231F4X551QY |
| 6011 | 8323109YZB7Y0 |
| 6012 | 83231NXRBZYG0 |
| 6013 | 83231XQGZ7YN4 |
| 6014 | 83231T8HKRPN8 |
| 6015 | 83231DKV8HTN6 |
| 6016 | 83231JGC358JK |
| 6017 | 83231G5RGFZT0 |
| 6018 | 83231TP32QF74 |
| 6019 | 83231VNSZKXX2 |
| 6020 | 83231KZFBSMV6 |
| 6021 | 83231FD88RDZV |
| 6022 | 8323187PFBCF0 |
| 6023 | 83231M86SV01B |
| 6024 | 83231ZM8RBYF0 |

| | |
|---|---|
| 6025 | 83231TFNNYN01 |
| 6026 | 83231CZ1H2T0Y |
| 6027 | 832310BXSB52F |
| 6028 | 83231M3YZ9N4J |
| 6029 | 83231S866Y7NN |
| 6030 | 832317Q1NBCJ4 |
| 6031 | 83231C0R7XC3P |
| 6032 | 832316MK9S1BC |
| 6033 | 832318QK3H47X |
| 6034 | 83231TXPC36G0 |
| 6035 | 83231QK1YY8KF |
| 6036 | 83231YMY772X8 |
| 6037 | 832312SSYGV3F |
| 6038 | 832319BQHPD05 |
| 6039 | 83231F0YDYF01 |
| 6040 | 832319B2VRQGP |
| 6041 | 832314Q1QX4XB |
| 6042 | 83231VV0CJDC7 |
| 6043 | 83231SGFVH745 |
| 6044 | 83231Y2PKPYBS |
| 6045 | 83231Q1CZT27R |
| 6046 | 83231KMGFRY9M |
| 6047 | 83231B8QV3J6G |
| 6048 | 8323159MT63KD |
| 6049 | 83231G7PTS867 |
| 6050 | 832317JZFY8MG |
| 6051 | 8323116851QRF |
| 6052 | 83231MKKSHGR1 |
| 6053 | 83231T8R67N9T |
| 6054 | 832318Z6X6DCF |
| 6055 | 83231QP8CV14X |
| 6056 | 8323189TCN0FT |
| 6057 | 83231CBZQQY05 |
| 6058 | 83231FTFTB7YB |
| 6059 | 83231MD73J404 |
| 6060 | 832312521JR8J |
| 6061 | 83231JXG5H15H |
| 6062 | 83231HTTTXHNM |
| 6063 | 83231BZHNT1SC |
| 6064 | 8323122CMTG4G |
| 6065 | 832319P7GGMCD |
| 6066 | 83231PG3VHVTS |
| 6067 | 8323125XTZFB0 |
| 6068 | 83231D172H8JJ |

| | |
|---|---|
| 6069 | 832314NFP1G57 |
| 6070 | 83231Y4R4C9Q8 |
| 6071 | 83231VSBKNTZJ |
| 6072 | 83231ZBY309P7 |
| 6073 | 83231YT1CT8XX |
| 6074 | 83231TB0RJ6XB |
| 6075 | 83231Q3VRHVRM |
| 6076 | 83231DB5JP1ZQ |
| 6077 | 832310MK216QH |
| 6078 | 83231P7S2QBX3 |
| 6079 | 83231QK203DN9 |
| 6080 | 83231YH9C5BTC |
| 6081 | 83231BC4825GN |
| 6082 | 83231YF7303KK |
| 6083 | 832317QYQ68C7 |
| 6084 | 83231VSG8ZNTJ |
| 6085 | 832314563FMM8 |
| 6086 | 83231HK423XVN |
| 6087 | 83231T30G9H7K |
| 6088 | 8323123DH9GSZ |
| 6089 | 8323138P9PJ7G |
| 6090 | 83231K1652JK0 |
| 6091 | 83231688YMRDV |
| 6092 | 8323149DC0GBK |
| 6093 | 8323125NDK5K8 |
| 6094 | 832319HHT6HSF |
| 6095 | 832316Y64MHDF |
| 6096 | 832317GVGD0B0 |
| 6097 | 83231DHS1KGZY |
| 6098 | 83231D1JCYHCH |
| 6099 | 83231C2CS85QN |
| 6100 | 83231H5N57XDG |
| 6101 | 83231GVBK0F5D |
| 6102 | 832315SBXJ18F |
| 6103 | 832311R6C7D1G |
| 6104 | 83231K9SG2QK5 |
| 6105 | 83231543XH3Q0 |
| 6106 | 83231D0HG3SRB |
| 6107 | 832314HFQRZHD |
| 6108 | 832310P3C898T |
| 6109 | 83231HTD7SSXY |
| 6110 | 83231DG061RYQ |
| 6111 | 83231DR0SX663 |
| 6112 | 83231HR902XFQ |

| | |
|---|---|
| 6113 | 83231VHGK04NJ |
| 6114 | 83231V3PP78GF |
| 6115 | 83231XMJH0J90 |
| 6116 | 83231F8QDGVJ2 |
| 6117 | 83231DQCX3N3M |
| 6118 | 8323195FYRPCD |
| 6119 | 83231KH03630G |
| 6120 | 83231D62HFT80 |
| 6121 | 83231HRHYCNPJ |
| 6122 | 83231NCC2ZP4M |
| 6123 | 83231Z3VPMGM0 |
| 6124 | 83231D4K0H6NY |
| 6125 | 83231XTCRXP6P |
| 6126 | 83231XCZZ3NDG |
| 6127 | 83231NN66KMN9 |
| 6128 | 83231T3MZ91ZZ |
| 6129 | 832315Q33GBVT |
| 6130 | 83231FNMFFNCP |
| 6131 | 832317GGHXN5D |
| 6132 | 83231NKQSG5HB |
| 6133 | 83231F4HQM627 |
| 6134 | 83231PMRYPNXM |
| 6135 | 832318RCS345V |
| 6136 | 83231KMPQB5JZ |
| 6137 | 83231MTCSBCD0 |
| 6138 | 83231KX9BQX9V |
| 6139 | 83231Y5FSS3B2 |
| 6140 | 832318RM2J211 |
| 6141 | 83231DDY0QYJV |
| 6142 | 8323175BSR8Y4 |
| 6143 | 83231TXGQ9DPX |
| 6144 | 83231G9HVYN7K |
| 6145 | 83231RJXGVXMH |
| 6146 | 83231G6DC0R9X |
| 6147 | 83231HNFV8FYQ |
| 6148 | 83231YHS7MRV8 |
| 6149 | 83231X24V8B84 |
| 6150 | 83231YHDQV8ZK |
| 6151 | 83231XFHZ8FX8 |
| 6152 | 83231GXQ64PN8 |
| 6153 | 8323148DVK95D |
| 6154 | 83231XBQFM62Y |
| 6155 | 83231HX0F4JD8 |
| 6156 | 832311H26HHV3 |

| | |
|---|---|
| 6157 | 83231JRV35VHR |
| 6158 | 83231NFDZV20X |
| 6159 | 832312D3H9X77 |
| 6160 | 832310NZZD9X6 |
| 6161 | 8323139VCX35Y |
| 6162 | 83231Z207DVPB |
| 6163 | 83231DH53RD98 |
| 6164 | 83231K7KR5GRM |
| 6165 | 832318Z4CM9YH |
| 6166 | 832311D2M69XM |
| 6167 | 832312DDSKCYB |
| 6168 | 832313YKB1Y62 |
| 6169 | 83231H9PPRJY3 |
| 6170 | 83231ND042THX |
| 6171 | 8323185NC70DG |
| 6172 | 8323123Q36QSX |
| 6173 | 83231BF459XS6 |
| 6174 | 832319G0J8BJ2 |
| 6175 | 83231SNS8853D |
| 6176 | 832311VB049MX |
| 6177 | 832318VVP66NM |
| 6178 | 832311Y4KJD47 |
| 6179 | 832318RDMMXMY |
| 6180 | 83231YHPS7GJ7 |
| 6181 | 83231PX53NQYY |
| 6182 | 83231HS0YTJSB |
| 6183 | 832318K9Z05RV |
| 6184 | 83231J22DQT4H |
| 6185 | 83231V1X00F9G |
| 6186 | 83231CH2KBPGS |
| 6187 | 83231QVP4Y24Z |
| 6188 | 83231H1XK98BF |
| 6189 | 83231VJD7518Q |
| 6190 | 83231K9QB7VF4 |
| 6191 | 832310DVZY8TG |
| 6192 | 832311HTXTSG8 |
| 6193 | 832318684FQ3G |
| 6194 | 832316XPS11NV |
| 6195 | 83231473BTP99 |
| 6196 | 8323103JYZY5H |
| 6197 | 83231FF5X70DM |
| 6198 | 8323127NZZJH3 |
| 6199 | 83231BBDQS041 |
| 6200 | 832314TPP1Z2V |

| | |
|---|---|
| 6201 | 83231B2Y343QX |
| 6202 | 832316PCF4P60 |
| 6203 | 8323139SHBC56 |
| 6204 | 83231V8469HF9 |
| 6205 | 8323157ZRKSV8 |
| 6206 | 83231SFKK5NXN |
| 6207 | 83231FJ911B9G |
| 6208 | 83231T9MZKS20 |
| 6209 | 83231SN68G1JK |
| 6210 | 832311QV0DHK1 |
| 6211 | 83231FRR8R3FD |
| 6212 | 83231GBZNJNQ5 |
| 6213 | 832319VXZQCQG |
| 6214 | 832311M9PB5DT |
| 6215 | 83231HV9J68R0 |
| 6216 | 83231C5XBS2PM |
| 6217 | 83231RK4HZBS0 |
| 6218 | 83231KRVK3ZDH |
| 6219 | 832318PXRM8Y7 |
| 6220 | 832313JN9RC73 |
| 6221 | 8323196X5RN4H |
| 6222 | 832312NC0JQ75 |
| 6223 | 83231BNBT9RHD |
| 6224 | 832315Y1BC1CY |
| 6225 | 83231Z41QCRM4 |
| 6226 | 83231VQHH17V7 |
| 6227 | 83231VSDFB6MM |
| 6228 | 83231XR8GR524 |
| 6229 | 83231XPH6614Z |
| 6230 | 832314HJXG26P |
| 6231 | 832311VGX78VJ |
| 6232 | 83231CX27S5JC |
| 6233 | 832317ZZDPJRG |
| 6234 | 83231HXF90CZ3 |
| 6235 | 83231B2P6DRD9 |
| 6236 | 832312Y8K2HN8 |
| 6237 | 832315T01022C |
| 6238 | 83231FB0H0QJT |
| 6239 | 832317JBFB97S |
| 6240 | 83231F07Y29XT |
| 6241 | 832314080PQ32 |
| 6242 | 83231NX8FCJMC |
| 6243 | 83231Q8DB9BJ2 |
| 6244 | 83231R167RBH1 |

| | |
|---|---|
| 6245 | 83231DNQDHY4J |
| 6246 | 83231J7PZ71YG |
| 6247 | 8323178zycfjc |
| 6248 | 83231H6XBZF70 |
| 6249 | 83231F5D3F0PB |
| 6250 | 83231G4J0CKJH |
| 6251 | 83231BMZFMR7C |
| 6252 | 83231GNB1XSH7 |
| 6253 | 8323152YBJZGB |
| 6254 | 83231STZM40P6 |
| 6255 | 83231RT2ZTS36 |
| 6256 | 83231SM6J3PZD |
| 6257 | 83231RQJFQYHJ |
| 6258 | 832310C34FR5F |
| 6259 | 8323159MSP7TC |
| 6260 | 8323137XX9H0X |
| 6261 | 832314R1H90QN |
| 6262 | 83231XQ9SG5MV |
| 6263 | 832314149Z126 |
| 6264 | 83231MKRKBQB2 |
| 6265 | 83231VC5YB2RG |
| 6266 | 83231HB8ZXM3G |
| 6267 | 83231X52QP7NN |
| 6268 | 83231CSNZX3Y1 |
| 6269 | 83231BZHMNYJQ |
| 6270 | 83231Q9TFB8P3 |
| 6271 | 83231YTZZVPHB |
| 6272 | 83231PPYP05D4 |
| 6273 | 83231RBQZVD9D |
| 6274 | 83231B1NSNG3X |
| 6275 | 832315Q5X1C3R |
| 6276 | 832317F9KFKKH |
| 6277 | 83231CBFTKHPM |
| 6278 | 832313VM5NJC9 |
| 6279 | 832314JNY4CHP |
| 6280 | 832318RXC7C8G |
| 6281 | 832317FF8VNZ5 |
| 6282 | 83231GS07H202 |
| 6283 | 83231R13J8NV4 |
| 6284 | 83231RPNXRG5D |
| 6285 | 832312Q7SN88S |
| 6286 | 83231M34VTKGG |
| 6287 | 83231ZTRDMDZV |
| 6288 | 832316JPJMH55 |

| | |
|---|---|
| 6289 | 8323189QD7NPG |
| 6290 | 83231SM6QYY35 |
| 6291 | 83231J2HD6ZH7 |
| 6292 | 83231BNTSN5M2 |
| 6293 | 83231DJYQ47BR |
| 6294 | 832318XKGF2NK |
| 6295 | 83231QJ691X23 |
| 6296 | 83231S3D02VKX |
| 6297 | 83231NMNGF4Y1 |
| 6298 | 832317VB9PD5M |
| 6299 | 832317H9BQT85 |
| 6300 | 83231TSTY60X0 |
| 6301 | 832317B7FS0HR |
| 6302 | 83231S1NNDNH5 |
| 6303 | 83231VK36J5C4 |
| 6304 | 832310FDBV4DJ |
| 6305 | 83231CJVHZNDG |
| 6306 | 83231921ZZZNH |
| 6307 | 83231S25K142V |
| 6308 | 83231CV9CYJ1S |
| 6309 | 83231VHPPTNBZ |
| 6310 | 83231D0XX5HGB |
| 6311 | 83231JV7215J8 |
| 6312 | 83231XDD24XR3 |
| 6313 | 8323164Y9HMSX |
| 6314 | 83231JX2PFP3T |
| 6315 | 83231ZF51531Y |
| 6316 | 83231DXXXF84D |
| 6317 | 83231Q1Y94RQ5 |
| 6318 | 83231YVDTZP37 |
| 6319 | 832317KY9SP72 |
| 6320 | 832311K0PT8QD |
| 6321 | 83231F64150X5 |
| 6322 | 83231XDHYRZQF |
| 6323 | 832312ZB94QZC |
| 6324 | 83231KC73ZS12 |
| 6325 | 8323170NRGBY5 |
| 6326 | 83231G867KS6S |
| 6327 | 832314FVS5H9D |
| 6328 | 83231N98JKHKT |
| 6329 | 83231DV76BS1R |
| 6330 | 8323193C6YMYQ |
| 6331 | 83231S0113102 |
| 6332 | 83231KH7DD85X |

| | |
|---|---|
| 6333 | 83231B1CX9Y6C |
| 6334 | 832319KMG1X6D |
| 6335 | 8323177398PBV |
| 6336 | 83231J30RTHCC |
| 6337 | 83231HPM4CRNV |
| 6338 | 83231CQ7P0ZM2 |
| 6339 | 83231J6GQRGJ6 |
| 6340 | 83231K6M5K2R8 |
| 6341 | 83231C623CQCP |
| 6342 | 83231JV8N8BBJ |
| 6343 | 83231KHFK4YZN |
| 6344 | 83231BH5NDJF1 |
| 6345 | 83231SHJ1VMH0 |
| 6346 | 83231XCRZJ01N |
| 6347 | 83231B57B7117 |
| 6348 | 83231B57B7117 |
| 6349 | 83231FV4S5RTP |
| 6350 | 83231RG04HJCQ |
| 6351 | 832312PXXYFD2 |
| 6352 | 83231HRNQV2M1 |
| 6353 | 83231SMSM2R3C |
| 6354 | 83231K4XMBZ12 |
| 6355 | 832318807G88G |
| 6356 | 83231QR72DH9Y |
| 6357 | 83231QC9TXR6T |
| 6358 | 83231SR8M2XTG |
| 6359 | 832314P3KNP2F |
| 6360 | 832317CB69SXH |
| 6361 | 83231SGZN02N5 |
| 6362 | 83231GZ3FGGPB |
| 6363 | 832314S4N5FBH |
| 6364 | 83231CTQD0G19 |
| 6365 | 8323170XHNHJ6 |
| 6366 | 83231J755MFCM |
| 6367 | 8323194Y29TDX |
| 6368 | 83231FQNY2D87 |
| 6369 | 8323104SXCX7G |
| 6370 | 83231X2Z3G54D |
| 6371 | 83231BPG5KVR9 |
| 6372 | 83231VK3V6NZ2 |
| 6373 | 83231JMM6P35Y |
| 6374 | 83231ZNFS7MC5 |
| 6375 | 83231510664T3 |
| 6376 | 83231VT41XPPC |

| | |
|---|---|
| 6377 | 83231CT83J8FD |
| 6378 | 832313XZ1HF37 |
| 6379 | 83231P8B061FR |
| 6380 | 83231GDQDFD1N |
| 6381 | 83231DZYV6NR1 |
| 6382 | 83231CNGHR17C |
| 6383 | 83231PBT7MQQJ |
| 6384 | 83231DCGY1JFD |
| 6385 | 83231PVSD80NB |
| 6386 | 83231CSB115JQ |
| 6387 | 8323191G9M4BM |
| 6388 | 83231RDC0GGVV |
| 6389 | 8323197M01XFX |
| 6390 | 832311X57KY8B |
| 6391 | 83231SQFP29T1 |
| 6392 | 83231BBSBM1Z3 |
| 6393 | 83231VTCXVN4Y |
| 6394 | 8323120DH3DKG |
| 6395 | 83231C7PCRB81 |
| 6396 | 83231BBJMQ4KZ |
| 6397 | 83231VR2H01HB |
| 6398 | 83231SKT9CGNY |
| 6399 | 83231D8V45HQ7 |
| 6400 | 832318BMY7CCB |
| 6401 | 83231TSXH2NQK |
| 6402 | 83231GN4ZPVSJ |
| 6403 | 83231V5X667SJ |
| 6404 | 83231NVSXJRQZ |
| 6405 | 832310X8X7K8G |
| 6406 | 832311H7GZ2S9 |
| 6407 | 83231087QD9J9 |
| 6408 | 83231MXBTQMGG |
| 6409 | 83231RST8H078 |
| 6410 | 83231VBMG1DKN |
| 6411 | 832318CXSRK93 |
| 6412 | 83231828J3VF7 |
| 6413 | 83231NJ4P8T4Q |
| 6414 | 83231PQ3Q3HZG |
| 6415 | 832313KBRDFXT |
| 6416 | 83231R688HFKZ |
| 6417 | 83231ZGZ5G51Q |
| 6418 | 83231ZZV68CPQ |
| 6419 | 8323107YZR7X9 |
| 6420 | 83231V2P2GPV2 |

| | |
|---|---|
| 6421 | 83231MV7FZM82 |
| 6422 | 832313CDS735G |
| 6423 | 8323150VTMN4S |
| 6424 | 83231NFV8DX8P |
| 6425 | 83231C7SPJKC6 |
| 6426 | 83231HXT5D7FK |
| 6427 | 83231PMY1BR62 |
| 6428 | 83231S0F83D23 |
| 6429 | 83231GRSH93CC |
| 6430 | 83231DN1P90BQ |
| 6431 | 83231FDVHDZGN |
| 6432 | 83231KNTSFFQ7 |
| 6433 | 83231HK1GDMD1 |
| 6434 | 832313M76255K |
| 6435 | 83231PDX47CD3 |
| 6436 | 83231240ZP253 |
| 6437 | 83231JM0B1P27 |
| 6438 | 83231HNKNZ407 |
| 6439 | 83231SH4D6PBZ |
| 6440 | 832312GX35V9G |
| 6441 | 83231YN17JPCP |
| 6442 | 83231F69XH7M5 |
| 6443 | 83231MFQ46YMB |
| 6444 | 83231Q17RGQBD |
| 6445 | 83231S8VG6GD7 |
| 6446 | 832316V8TS4SH |
| 6447 | 832314P5BB2Y5 |
| 6448 | 832310H4TFR79 |
| 6449 | 832318RT4P1S9 |
| 6450 | 832312MV41R3M |
| 6451 | 83231727KC12C |
| 6452 | 832310G3CY5ZH |
| 6453 | 83231QHMRXRNX |
| 6454 | 83231GCCZK9N3 |
| 6455 | 83231T8GMMJ3H |
| 6456 | 83231ZYZVD6Z2 |
| 6457 | 83231XCS5F7R3 |
| 6458 | 832318T06QM1M |
| 6459 | 83231PTMQBSZR |
| 6460 | 83231ZYVH9JPH |
| 6461 | 83231GP9TFT21 |
| 6462 | 832312P3MMTC2 |
| 6463 | 83231QFQSD4DP |
| 6464 | 832315X38GNG5 |

| | |
|---|---|
| 6465 | 83231XHYDX9Z5 |
| 6466 | 83231GJ4JR077 |
| 6467 | 832310XN487P6 |
| 6468 | 8323177TXGMYF |
| 6469 | 83231GB5GZN80 |
| 6470 | 83231T3RZTT5R |
| 6471 | 83231642XSMHS |
| 6472 | 832319TSZM3FY |
| 6473 | 83231MN4N1MG5 |
| 6474 | 83231S699M41N |
| 6475 | 83231NZYHD7TD |
| 6476 | 83231CJY29204 |
| 6477 | 8323127Q308F9 |
| 6478 | 83231VSQ70SDT |
| 6479 | 832314J7XJSKC |
| 6480 | 83231MZC6HS8M |
| 6481 | 83231B5MJ7MNR |
| 6482 | 83231GQV63DCF |
| 6483 | 83231TPG78MH8 |
| 6484 | 83231BR2R5NRV |
| 6485 | 83231QT5KSV5H |
| 6486 | 83231K71GP8P6 |
| 6487 | 83231SM1654NV |
| 6488 | 83231YFPG7B0B |
| 6489 | 83231XCJM3R89 |
| 6490 | 832319Y501TFG |
| 6491 | 83231MGVG61QD |
| 6492 | 83231V87CSN67 |
| 6493 | 832310F5F4Y1J |
| 6494 | 83231PJ197N89 |
| 6495 | 83231JXK4P2B7 |
| 6496 | 83231GN97X1D1 |
| 6497 | 83231H8SQGB56 |
| 6498 | 83231QN4JNR8V |
| 6499 | 83231YQG51XB8 |
| 6500 | 832318G1PG32R |
| 6501 | 832311H4CC430 |
| 6502 | 832318S1DM52Z |
| 6503 | 83231Y6D7DRVR |
| 6504 | 832316MKH7VYH |
| 6505 | 83231HKNSXZV3 |
| 6506 | 83231V0QGFVT7 |
| 6507 | 83231Q72KM79P |
| 6508 | 832311F1YS9KM |

| | |
|---|---|
| 6509 | 83231X0DYMJP3 |
| 6510 | 83231DSSD9QHB |
| 6511 | 83231JTYTR1Y5 |
| 6512 | 83231K5K5BKP3 |
| 6513 | 83231G4SNGQJ2 |
| 6514 | 83231Z9DM6KV0 |
| 6515 | 83231XNC8VX5K |
| 6516 | 83231HNP48FM5 |
| 6517 | 83231JV86TDBD |
| 6518 | 83231F4RMH787 |
| 6519 | 83231JP0J9N28 |
| 6520 | 83231J4DM0B74 |
| 6521 | 83231XC88RY9P |
| 6522 | 83231BKR74T65 |
| 6523 | 83231NTKGNP95 |
| 6524 | 83231C6B4FH25 |
| 6525 | 83231QCF9Q5NY |
| 6526 | 83231MD792QJQ |
| 6527 | 83231G3BMFDQ2 |
| 6528 | 83231Q2PFT2J6 |
| 6529 | 83231BY5Q8067 |
| 6530 | 83231CZ37DXKJ |
| 6531 | 83231G12G13ND |
| 6532 | 83231RS8PXF4Y |
| 6533 | 83231CZ123QFS |
| 6534 | 83231N8DYH9X1 |
| 6535 | 83231Q4NP8J3R |
| 6536 | 83231FQSQ1CNR |
| 6537 | 83231ZTJ33XX8 |
| 6538 | 83231G1FZQ90M |
| 6539 | 8323132QFTM1D |
| 6540 | 83231DQKDKMRF |
| 6541 | 83231GF25JV6S |
| 6542 | 832310Q890YQ8 |
| 6543 | 83231JNXVKZ42 |
| 6544 | 8323164TQD944 |
| 6545 | 83231T8HN9K0M |
| 6546 | 8323115RNR33V |
| 6547 | 83231NZ92QTX2 |
| 6548 | 83231B874MC7S |
| 6549 | 83231F1K7RFF6 |
| 6550 | 83231TY5RNNKQ |
| 6551 | 83231N2V3T3FY |
| 6552 | 83231BX41SJN2 |

| | |
|---|---|
| 6553 | 83231X732SVZ6 |
| 6554 | 83231C9Z9HR2C |
| 6555 | 83231J89GQNF6 |
| 6556 | 832315GB38B49 |
| 6557 | 83231RKNCHS76 |
| 6558 | 83231SXDM1PX8 |
| 6559 | 83231SP9DY2PH |
| 6560 | 83231PR8Y08C3 |
| 6561 | 83231N6NJ8H3C |
| 6562 | 83231HM6ZDKQ8 |
| 6563 | 8323110B05GYY |
| 6564 | 832314K9KXK3Q |
| 6565 | 83231CD2896CT |
| 6566 | 832319BPBX6PY |
| 6567 | 83231Y583CFKV |
| 6568 | 83231JZ631K7S |
| 6569 | 83231DJMZ48MZ |
| 6570 | 8323147RR3V3R |
| 6571 | 83231R50G8X56 |
| 6572 | 832318YDX2V9B |
| 6573 | 83231C96Y8YZV |
| 6574 | 83231DZ47D9DQ |
| 6575 | 83231BFRV5093 |
| 6576 | 832310134DFRH |
| 6577 | 83231FQB24ZVN |
| 6578 | 83231RPHGG06G |
| 6579 | 83231YCF8TB43 |
| 6580 | 83231GDJDZ4PK |
| 6581 | 832317FJVRD51 |
| 6582 | 83231P4QK74QN |
| 6583 | 83231PC8GB4RM |
| 6584 | 83231HFSYC7VT |
| 6585 | 83231GGDMTV6H |
| 6586 | 832311S7Z5RJY |
| 6587 | 83231J60ZP4VK |
| 6588 | 83231M7T7DJD6 |
| 6589 | 83231YBK97K25 |
| 6590 | 83231TX9XJB9B |
| 6591 | 832310PBY5GY9 |
| 6592 | 832316567K8FD |
| 6593 | 832311D2D4440 |
| 6594 | 832310PQG8G1Q |
| 6595 | 83231F8JCNDR2 |
| 6596 | 832311Z8X4J4F |

| | |
|---|---|
| 6597 | 8323177HTBRCF |
| 6598 | 83231K9ZRHQ6D |
| 6599 | 83231VQGZJ7QQ |
| 6600 | 832313M5BX5PQ |
| 6601 | 83231YY9M40VT |
| 6602 | 83231Y196JTRG |
| 6603 | 83231989165H2 |
| 6604 | 832315JFP7H7Z |
| 6605 | 83231S7GB1ZT6 |
| 6606 | 8323103B4XZZK |
| 6607 | 83231TP1CJSHF |
| 6608 | 83231Y3TV1Q4C |
| 6609 | 83231BGN3CVTZ |
| 6610 | 83231BMB8ZVK7 |
| 6611 | 83231GTF9D3ZP |
| 6612 | 832310FS7T8KJ |
| 6613 | 832312ZT2H0JR |
| 6614 | 83231DBTVVDFV |
| 6615 | 83231KMYQ2R38 |
| 6616 | 83231CRC00MRH |
| 6617 | 832311315DCPT |
| 6618 | 8323147XP6Q4G |
| 6619 | 83231130K1CS9 |
| 6620 | 83231Z3QJ1HQG |
| 6621 | 832312MQ1PCH1 |
| 6622 | 83231R7K6BX21 |
| 6623 | 8323158RD712Q |
| 6624 | 83231PTQFXTT5 |
| 6625 | 83231VJK5ZR57 |
| 6626 | 8323144G90FV7 |
| 6627 | 83231RJ4B2VNJ |
| 6628 | 83231M72C3919 |
| 6629 | 832312DMBHZKY |
| 6630 | 83231XVKNXXFC |
| 6631 | 83231M2D234MR |
| 6632 | 83231NPHGC9D5 |
| 6633 | 832319V79ZT1F |
| 6634 | 832317ZSR25Y7 |
| 6635 | 8323120CQ52XK |
| 6636 | 83231F6X1VZV5 |
| 6637 | 83231KK30Y9JY |
| 6638 | 8323138K3G3NR |
| 6639 | 83231TRR6KYS2 |
| 6640 | 832310ZPZ27VM |

| | |
|---|---|
| 6641 | 83231XTHN4J22 |
| 6642 | 8323120QXNTVD |
| 6643 | 83231DDJXX332 |
| 6644 | 83231D72R3BCR |
| 6645 | 83231KGS8684J |
| 6646 | 83231XHKJ9VJX |
| 6647 | 83231R6S9HVVG |
| 6648 | 83231QCS8H1K2 |
| 6649 | 83231SZSN55JH |
| 6650 | 83231Y0SN1Q6V |
| 6651 | 83231BYHNZRSB |
| 6652 | 83231CP617SQS |
| 6653 | 83231NHZMKY0M |
| 6654 | 83231S1708XXC |
| 6655 | 832316STSSF3F |
| 6656 | 832316C3CHZ49 |
| 6657 | 83231VQ15V95C |
| 6658 | 83231CFGXS3Z7 |
| 6659 | 83231VK4RQ2Z9 |
| 6660 | 832316C5HBCJ4 |
| 6661 | 83231RF6HG345 |
| 6662 | 832317FC21NPY |
| 6663 | 83231KRKBJYH0 |
| 6664 | 832319S4NDV7N |
| 6665 | 83231KH18BBKG |
| 6666 | 832315P6VSM04 |
| 6667 | 83231S2QR9PZB |
| 6668 | 8323159J7GCC8 |
| 6669 | 83231H0CK87FV |
| 6670 | 83231988MZBD7 |
| 6671 | 832317CJCYSH6 |
| 6672 | 832314nxfnff7 |
| 6673 | 832318P2DN52N |
| 6674 | 83231PC10SZXK |
| 6675 | 832314QPFJZ43 |
| 6676 | 832319QXYNF6V |
| 6677 | 8323193P042RY |
| 6678 | 83231K973NSQ4 |
| 6679 | 83231FDS8GHK2 |
| 6680 | 83231H5479KBF |
| 6681 | 83231P4D1VB07 |
| 6682 | 832312M67NRZ7 |
| 6683 | 83231HMQK2BCR |
| 6684 | 832312HY0TCZ7 |

| | |
|---|---|
| 6685 | 8323121B0YH21 |
| 6686 | 83231RYKJTHV4 |
| 6687 | 83231NX1DMB5B |
| 6688 | 83231Q2M688Y0 |
| 6689 | 83231KQTD3RKC |
| 6690 | 8323188BGC9PK |
| 6691 | 83231MPS4XFMF |
| 6692 | 83231KM9Z8Z2V |
| 6693 | 83231RRGGJP16 |
| 6694 | 83231M7YNM5KZ |
| 6695 | 83231QVTNXJ7C |
| 6696 | 832313ND9C5CY |
| 6697 | 832314PPKT9ZY |
| 6698 | 83231BXBJD39T |
| 6699 | 83231P2GY1JRN |
| 6700 | 83231SMJSYRRV |
| 6701 | 832316XT0GBVV |
| 6702 | 8323146R48Y2K |
| 6703 | 8323194ZMKGX7 |
| 6704 | 83231YNZBD1H0 |
| 6705 | 83231T45C897F |
| 6706 | 83231SBGRX30F |
| 6707 | 8323182Z7ZTY5 |
| 6708 | 83231446GGD1M |
| 6709 | 832318TSG85PR |
| 6710 | 83231FZ0DC08T |
| 6711 | 83231KKPHNG31 |
| 6712 | 832314HGZCKSN |
| 6713 | 83231F9MPXHQP |
| 6714 | 83231G25GR4T0 |
| 6715 | 83231BPH7XF03 |
| 6716 | 83231PF9MQZD3 |
| 6717 | 83231J0M3694R |
| 6718 | 83231DJT0NPFC |
| 6719 | 8323191P8TPMY |
| 6720 | 83231SFM86YBC |
| 6721 | 832310BS80260 |
| 6722 | 832312SZN8Z0D |
| 6723 | 8323196CCQ6H9 |
| 6724 | 83231K47YD1C3 |
| 6725 | 83231SG3KGJHF |
| 6726 | 83231HBH9FV84 |
| 6727 | 83231338JRV1F |
| 6728 | 83231RC3P6TCF |

| | |
|---|---|
| 6729 | 83231FHVBCX25 |
| 6730 | 83231NJ2Q26HZ |
| 6731 | 83231Y6C5HPZD |
| 6732 | 83231FCFZ0NTF |
| 6733 | 83231BVS04192 |
| 6734 | 832316YVTN4MB |
| 6735 | 832319M1202RM |
| 6736 | 83231MPRHGDN5 |
| 6737 | 8323151SZ35FF |
| 6738 | 8323151SZ35FF |
| 6739 | 832319JXYM083 |
| 6740 | 832318QNZBDSP |
| 6741 | 83231GN8BHB77 |
| 6742 | 83231R3YR7HXX |
| 6743 | 83231DMJ49J5R |
| 6744 | 83231HYJYVPP2 |
| 6745 | 83231CK029V24 |
| 6746 | 83231Z4H9YDQ0 |
| 6747 | 8323138HD0DG1 |
| 6748 | 832318KPJ45FD |
| 6749 | 832319H9M39KC |
| 6750 | 83231VR5QNSTK |
| 6751 | 83231N1JQBPPX |
| 6752 | 83231TGJ8D3N0 |
| 6753 | 83231VDMSCJSM |
| 6754 | 832318JS69FT4 |
| 6755 | 8323119PDPC40 |
| 6756 | 8323105TDV0S2 |
| 6757 | 83231D11Q0621 |
| 6758 | 83231P1SHTYSX |
| 6759 | 83231K5PHCVPM |
| 6760 | 83231R151RTBV |
| 6761 | 83231QVDSXZTS |
| 6762 | 83231NM72FRJQ |
| 6763 | 83231D3HD7H49 |
| 6764 | 83231P4HMJB62 |
| 6765 | 83231CDDHB93J |
| 6766 | 83231GSP7N61H |
| 6767 | 83231BCHKHTGX |
| 6768 | 83231XRGQT1BP |
| 6769 | 83231C3NSCY1X |
| 6770 | 83231B9B52272 |
| 6771 | 83231G8V8VGFS |
| 6772 | 83231HQX53XZQ |

| | |
|---|---|
| 6773 | 8323183TMTM6Y |
| 6774 | 8323184YTRMK6 |
| 6775 | 83231XKJN1FPD |
| 6776 | 83231NZB80QDF |
| 6777 | 83231HT856RHR |
| 6778 | 83231B2X968N1 |
| 6779 | 83231KQN9D05Y |
| 6780 | 83231C1HCXD1N |
| 6781 | 83231VT462D1F |
| 6782 | 83231F6N82CKF |
| 6783 | 83231FY67MK0B |
| 6784 | 83231GK6PKF0T |
| 6785 | 83231RR8824XK |
| 6786 | 83231XBSRKCG5 |
| 6787 | 83231HTDS8N4D |
| 6788 | 83231FYFF142D |
| 6789 | 832314NGS8QS6 |
| 6790 | 832317473CVTB |
| 6791 | 83231M48DQKDN |
| 6792 | 83231G6JVN3N8 |
| 6793 | 8323177JS2JYX |
| 6794 | 83231JBX2KV5N |
| 6795 | 83231X4Y4CHN1 |
| 6796 | 83231SS765XN0 |
| 6797 | 83231SS765XN0 |
| 6798 | 83231FYD053YD |
| 6799 | 83231ZD808R4H |
| 6800 | 83231J3TPS0H1 |
| 6801 | 83231SHYB1JDG |
| 6802 | 83231M6NSGY2X |

# Exhibit 15

# Harrer Law P.C. / Potter Handy LLP
# Compliant Opt-Out Requests

| Count | Class Member ID |
|---|---|
| 1 | 83231FYBJ2PJH |
| 2 | 8323108K33C8Q |
| 3 | 83231R1T2250C |
| 4 | 83231ZQM24H1D |
| 5 | 83231Z83JKHT6 |
| 6 | 83231TD06HSKR |
| 7 | 83231H7VXH4J2 |
| 8 | 83231BPC4MNB8 |
| 9 | 83231F98R17D5 |
| 10 | 832319XM7J17G |
| 11 | 83231ZJ1VMN0N |
| 12 | 83231Y1G05JM4 |
| 13 | 832316V4MRCQY |
| 14 | 8323145461SS3 |
| 15 | 83231MXYTTH11 |
| 16 | 8323108VC2TK4 |
| 17 | 832312F0ZS785 |
| 18 | 83231X4K90YP0 |
| 19 | 832317FBDYNX1 |
| 20 | 832318BJSB826 |
| 21 | 83231277TJJF6 |
| 22 | 83231X7SKKYCF |
| 23 | 83231XJ936DR5 |
| 24 | 83231PGJDMHVS |
| 25 | 83231QR2J2PZD |
| 26 | 832319X4JSNRC |
| 27 | 83231VJR3RB8T |
| 28 | 8323170J5K5C9 |
| 29 | 832318QCMVXCM |
| 30 | 83231S7TGGQM8 |
| 31 | 83231SN4KXY5D |
| 32 | 83231824BS80K |
| 33 | 83231YFFC5PVB |
| 34 | 83231RX4F06VT |
| 35 | 83231C5Y1Z2DQ |
| 36 | 832318PP8YB0C |
| 37 | 83231QJ41BPSG |
| 38 | 832319743DKZ9 |
| 39 | 83231H3TD2VVB |

| | |
|---|---|
| 40 | 83231BSFFVHNF |
| 41 | 8323167Q3R1VR |
| 42 | 83231BDHRYG1Z |
| 43 | 83231JNHNKMN1 |
| 44 | 83231C30JQRD8 |
| 45 | 8323129GDQQHD |
| 46 | 832314ZQY5CN0 |
| 47 | 83231D8NSPTD4 |
| 48 | 8323149ZCBB3Z |
| 49 | 83231C4D5GK14 |
| 50 | 83231NB94QG4C |
| 51 | 83231CG0G9SRY |
| 52 | 83231DMYNVK6Y |
| 53 | 83231J65ZKXC7 |
| 54 | 83231TXDV9XZ8 |
| 55 | 8323199JRH9G1 |
| 56 | 83231321T40FT |
| 57 | 83231F7XBG9DV |
| 58 | 83231MVC9TSX3 |
| 59 | 83231G6K8M619 |
| 60 | 83231J697M4K7 |
| 61 | 832311CG98MKS |
| 62 | 83231Q6YJV1RX |
| 63 | 83231TRGS1VBX |
| 64 | 832319YYJTC3G |
| 65 | 83231H1RZM1JQ |
| 66 | 83231Y08VPP4G |
| 67 | 83231XG2BJX5F |
| 68 | 832312T9109FQ |
| 69 | 83231YS5QNX64 |
| 70 | 83231J3PG95T2 |
| 71 | 83231K6JQF9DH |
| 72 | 83231P9XK14Y8 |
| 73 | 832310FNYF9B4 |
| 74 | 83231T4FTSS9J |
| 75 | 83231DPMBJ66P |
| 76 | 83231T2YVT13V |
| 77 | 832315S0Z0TKM |
| 78 | 83231B4DC3TXP |
| 79 | 83231409RNTXB |
| 80 | 832316K5QQSGZ |
| 81 | 83231SFJKM1D0 |
| 82 | 83231J418M965 |
| 83 | 83231XB347BXQ |

| | |
|---|---|
| 84 | 83231Z7C04S62 |
| 85 | 83231XDDJ8NXS |
| 86 | 83231P5R5JCYT |
| 87 | 83231YYH47J65 |
| 88 | 8323120PV78YT |
| 89 | 83231J0TQ98X9 |
| 90 | 83231BD8QJ0J9 |
| 91 | 8323174T157PS |
| 92 | 83231115N2PKV |
| 93 | 83231JM3QQ4KN |
| 94 | 8323104FQCHV6 |
| 95 | 8323196QT6PYN |
| 96 | 832319R63NV0G |
| 97 | 832315NJ8XD1Q |
| 98 | 83231HQ6DT5CF |
| 99 | 8323127T0FPRQ |
| 100 | 83231TCFSGT4K |
| 101 | 83231S4P229T9 |
| 102 | 83231ZF9ZQDB3 |
| 103 | 83231MBGGRNV6 |
| 104 | 83231D28X440R |
| 105 | 83231MN9FHQ4Q |
| 106 | 83231TGC8YY4J |
| 107 | 83231J81P7RTH |
| 108 | 83231QB1KVP48 |
| 109 | 83231H10MQJ6B |
| 110 | 83231NSSTG2NQ |
| 111 | 83231ZPSMGBMB |
| 112 | 83231V1YF40Q0 |
| 113 | 83231X43699SY |
| 114 | 83231FZF25CGS |
| 115 | 832316BXHDG0T |
| 116 | 83231Q0SJQ5M6 |
| 117 | 83231N5HYMTB0 |
| 118 | 83231S0XG64HT |
| 119 | 83231DZBYBBK1 |
| 120 | 832310KYNCY5S |
| 121 | 83231YCCBQFZ7 |
| 122 | 832318RNBX7FK |
| 123 | 83231HQTZTRQK |
| 124 | 8323194HVDRCV |
| 125 | 832311V6PZ206 |
| 126 | 832313N613N3K |
| 127 | 83231J5KKD1BP |

| | |
|---|---|
| 128 | 83231K3G158J6 |
| 129 | 83231V4GZMNRG |
| 130 | 83231CD7TGBJM |
| 131 | 83231GKSZHF8Y |
| 132 | 83231QNCFBB1F |
| 133 | 83231HCFGJHQ6 |
| 134 | 83231MQQF7GBJ |
| 135 | 83231D33Z45T2 |
| 136 | 832317PD8RB2B |
| 137 | 83231175RT2C6 |
| 138 | 83231XFX01V64 |
| 139 | 83231GH8Y2RS0 |
| 140 | 83231QRRF5NSX |
| 141 | 8323151B095D8 |
| 142 | 83231F8S6T7B5 |
| 143 | 832317KQQGJ5R |
| 144 | 83231Z7SGCH2R |
| 145 | 832311D4TQRJ0 |
| 146 | 83231M28G6NFB |
| 147 | 83231Z0GVSMB9 |
| 148 | 832312CM67M4X |
| 149 | 83231P29N9PKC |
| 150 | 83231H6PP64XB |
| 151 | 83231KYZ01C13 |
| 152 | 8323167PG0QFV |
| 153 | 832317QDGHJ17 |
| 154 | 83231SFTQB8HK |
| 155 | 832312HDZCM6J |
| 156 | 83231RHFMYZDH |
| 157 | 83231TJK5QTZ9 |
| 158 | 83231QY3KSY74 |
| 159 | 83231GVX8FXDC |
| 160 | 83231YS89B7CN |
| 161 | 832310ZTVJBRT |
| 162 | 83231T9Q0PQPP |
| 163 | 83231RPT1S9Q3 |
| 164 | 83231MKB21BTT |
| 165 | 83231882MV2SR |
| 166 | 832311K1GKBR9 |
| 167 | 83231JK406G2F |
| 168 | 83231MS2MB6PM |
| 169 | 83231MRFCGJ6Z |
| 170 | 8323173JBPTK3 |
| 171 | 832317RVKNRP6 |

| | |
|---|---|
| 172 | 83231Z3C3VY7K |
| 173 | 83231YNM3B00C |
| 174 | 8323150M7X5JD |
| 175 | 83231H9KT5SGG |
| 176 | 832317NFTY5ZQ |
| 177 | 83231F2Z1KJZJ |
| 178 | 83231VCH0P936 |
| 179 | 832319JHTXM5D |
| 180 | 83231TN6N16XC |
| 181 | 83231MH9SY3N0 |
| 182 | 83231QK6XMC4J |
| 183 | 83231S7PJGJN6 |
| 184 | 83231J40PY27T |
| 185 | 832313NKPT9P6 |
| 186 | 8323110HSDF0N |
| 187 | 8323183563FR6 |
| 188 | 83231BXCS9Q7D |
| 189 | 83231B8KMJQ10 |
| 190 | 832313ZDB52DK |
| 191 | 832316SJ315RT |
| 192 | 83231SH6GJP3M |
| 193 | 83231B2X1NKHQ |
| 194 | 83231DRMC9D0M |
| 195 | 832318QGBPRC4 |
| 196 | 83231JDJ615K8 |
| 197 | 83231SRRC3SNS |
| 198 | 83231Q5704TPT |
| 199 | 832312GR6PDKG |
| 200 | 83231B5X8598T |
| 201 | 83231Q21JTVMM |
| 202 | 8323147FRR6MB |
| 203 | 83231SJ5084SP |
| 204 | 83231MGS7MVMV |
| 205 | 83231YQHCK0GX |
| 206 | 83231K6M9CTRQ |
| 207 | 83231TH15X43Q |
| 208 | 83231RXRGS4JR |
| 209 | 832312VHM3N8D |
| 210 | 8323149C3J20X |
| 211 | 832311R78V3N6 |
| 212 | 83231J0Q2YB59 |
| 213 | 832315226RD3T |
| 214 | 832319DMKSF9J |
| 215 | 83231V3C0NSCQ |

| | |
|---|---|
| 216 | 83231CJ9VMS05 |
| 217 | 83231GD0FGPSZ |
| 218 | 83231PDCBBJCM |
| 219 | 83231RRDQ6X6X |
| 220 | 83231T6X4FB9Z |
| 221 | 83231KCNNJ920 |
| 222 | 832313CH90KQ1 |
| 223 | 832317JXCMSHM |
| 224 | 832319DV8HQGH |
| 225 | 83231BGH8RRXQ |
| 226 | 832317KKCBYCK |
| 227 | 83231X7GMM0JK |
| 228 | 83231CNKN0252 |
| 229 | 83231JMJVNFGN |
| 230 | 832315DCGK383 |
| 231 | 832311DYBXB6S |
| 232 | 8323128Z4YX65 |
| 233 | 83231BH1VX8VG |
| 234 | 83231PRVTJ68N |
| 235 | 832317VVY8CDV |
| 236 | 83231QM1BV7ST |
| 237 | 832315M8D7XSK |
| 238 | 83231NQXBYYJ0 |
| 239 | 8323123ZFQ03X |
| 240 | 832310NMSG3FN |
| 241 | 83231VT5Z9KG0 |
| 242 | 832316YQRY5CB |
| 243 | 8323157SXZJT2 |
| 244 | 83231GTHFJ2RP |
| 245 | 83231GB6ZX7R4 |
| 246 | 83231VV8QM623 |
| 247 | 8323124NR5SMF |
| 248 | 83231YDMMVFX2 |
| 249 | 832319SC1QYZ4 |
| 250 | 832310FFK7H97 |
| 251 | 83231DXVCH69Z |
| 252 | 832316596584T |
| 253 | 83231MMG2GP0G |
| 254 | 83231DCJ8XDJ4 |
| 255 | 83231C8ZKF5H0 |
| 256 | 83231Y60M2FDT |
| 257 | 83231245165H8 |
| 258 | 832312N9JN8VV |
| 259 | 83231XCRM2K32 |

| | |
|---|---|
| 260 | 8323195J18RX2 |
| 261 | 83231K8N34GGQ |
| 262 | 832314VSB9KZ8 |
| 263 | 83231S71QSX5G |
| 264 | 83231NTP5JD85 |
| 265 | 832314D09TFZ6 |
| 266 | 832312N9676GT |
| 267 | 83231TVKCQKS1 |
| 268 | 83231HD8B0RSP |
| 269 | 83231PZ6PY21X |
| 270 | 83231FPPB9KDT |
| 271 | 83231QVNHGHJ6 |
| 272 | 83231M13HJ4JS |
| 273 | 832317SCJQ8S3 |
| 274 | 8323170XZXHHN |
| 275 | 83231T0MCJT29 |
| 276 | 83231FMFHNR6G |
| 277 | 83231GGCJJYSG |
| 278 | 832311G9MVRPH |
| 279 | 83231F5X2P2BZ |
| 280 | 832313B37RGB5 |
| 281 | 83231Y8TK56M1 |
| 282 | 83231QQSKZCPF |
| 283 | 83231FPQSH88H |
| 284 | 83231P30NMXP6 |
| 285 | 83231D3YNG2CP |
| 286 | 832310G687CBD |
| 287 | 832313J73SKRG |
| 288 | 8323150C3B0ZB |
| 289 | 83231MXS925H5 |
| 290 | 832310CTYJ1DH |
| 291 | 83231Y1BT36VB |
| 292 | 83231ZT303H3K |
| 293 | 832314CQZ940X |
| 294 | 8323155XRHZM0 |
| 295 | 832310VX33Y5J |
| 296 | 83231VBJR41X3 |
| 297 | 8323166SGTCGX |
| 298 | 832311YMFXBCK |
| 299 | 83231TP98DXFV |
| 300 | 832316ZZHZ5DM |
| 301 | 832311NGXG0FN |
| 302 | 83231DPQMB0G4 |
| 303 | 83231RNCRVFGV |

| | |
|---|---|
| 304 | 832319Q61P81Q |
| 305 | 8323158VZ62ZS |
| 306 | 83231MY6GTG7H |
| 307 | 83231YBP51CT1 |
| 308 | 83231F1ZHS0PR |
| 309 | 83231S13QX9M7 |
| 310 | 83231MVJC5KT5 |
| 311 | 83231TN9F0CSN |
| 312 | 83231B9KJ89R3 |
| 313 | 83231PCTJ0F42 |
| 314 | 83231Q4FN5X6P |
| 315 | 832315941JMCY |
| 316 | 83231SD3ZK1H7 |
| 317 | 83231ZFJTCQBH |
| 318 | 832313SVKJPC7 |
| 319 | 83231CTPMGSNV |
| 320 | 83231TGZ2HZ9K |
| 321 | 83231GC9BMC63 |
| 322 | 83231K57FYTTP |
| 323 | 83231JMMV0TT0 |
| 324 | 83231XD64V23V |
| 325 | 832317HGM05X0 |
| 326 | 832319MMVG4YG |
| 327 | 8323137RFT86Z |
| 328 | 832313ZCZZF31 |
| 329 | 83231QTS39V2Z |
| 330 | 83231H3T4RVFN |
| 331 | 83231J4HTYFK2 |
| 332 | 8323165Z5VBH0 |
| 333 | 83231YZZ4JMVQ |
| 334 | 83231VSJPV1CK |
| 335 | 83231K548YG3S |
| 336 | 83231JVNMC707 |
| 337 | 83231XG1Z66KH |
| 338 | 8323172ZK3414 |
| 339 | 83231TQ16JHYS |
| 340 | 83231DBCS4MT1 |
| 341 | 83231MV4886DS |
| 342 | 832317SSPDQZQ |
| 343 | 83231PMPMBM31 |
| 344 | 83231CF5FSG64 |
| 345 | 83231SSP6620H |
| 346 | 83231PZR1S0R1 |
| 347 | 832316XB2BZCX |

| | |
|---|---|
| 348 | 83231JKJF3VVB |
| 349 | 832316HC34043 |
| 350 | 83231TS0X1CNH |
| 351 | 83231Z2BV1P2F |
| 352 | 83231ZRGN3XCQ |
| 353 | 832312JVK2V53 |
| 354 | 83231H400XZT2 |
| 355 | 8323191T7Z6CD |
| 356 | 83231Z161NZH2 |
| 357 | 83231Z57NR0KB |
| 358 | 832312S65GJYT |
| 359 | 8323185HPZZDD |
| 360 | 83231H5YBDVSK |
| 361 | 83231JMT9J56X |
| 362 | 832313CZ46K3T |
| 363 | 83231KPMF0YHX |
| 364 | 83231KNBR5484 |
| 365 | 83231Q61DBG0B |
| 366 | 83231GHXQMV32 |
| 367 | 83231BR2T1D7D |
| 368 | 83231D96HQN2Z |
| 369 | 83231KQPYY4TM |
| 370 | 8323176CC8GK1 |
| 371 | 832317VDCGK84 |
| 372 | 83231ZY98J4VM |
| 373 | 83231V03R93KT |
| 374 | 83231CNP9NGQG |
| 375 | 83231QNDZVMCT |
| 376 | 83231K9S1VS0G |
| 377 | 83231B8XRC3DS |
| 378 | 83231TDVS45S2 |
| 379 | 83231P8V5RJGQ |
| 380 | 83231GM8MZP1G |
| 381 | 83231Q93G7KV0 |
| 382 | 83231YJ43DJKH |
| 383 | 83231B9MDQRRM |
| 384 | 83231CMTKJGX9 |
| 385 | 83231B724BMJG |
| 386 | 83231020TB8FP |
| 387 | 832313GMPDH1G |
| 388 | 832313BCP82S6 |
| 389 | 83231H6PJCMX6 |
| 390 | 83231R0FRZDYQ |
| 391 | 83231CCVX1083 |

| | |
|---|---|
| 392 | 832310ZFZSHX1 |
| 393 | 832310HDY96KQ |
| 394 | 832317Q42VN1S |
| 395 | 83231F8RZ8C1T |
| 396 | 832314556BKMX |
| 397 | 832313R07Y2SK |
| 398 | 8323167PK6FXB |
| 399 | 83231632M5BBP |
| 400 | 83231FBT2Z9JN |
| 401 | 83231D389NJJ0 |
| 402 | 83231Q84GS3PR |
| 403 | 8323140K17QS5 |
| 404 | 83231Z0QCY39S |
| 405 | 83231QDGXF2YD |
| 406 | 83231PBBQSKQQ |
| 407 | 83231qckn40p2 |
| 408 | 83231GF8Vz02D |
| 409 | 83231PK1KT8Z9 |
| 410 | 8323145PPT3N9 |
| 411 | 832319SZ4370X |
| 412 | 83231J9BB1Q8K |
| 413 | 83231TMDTGK5T |
| 414 | 83231R2P0N0KB |
| 415 | 83231JKRKRRNX |
| 416 | 8323174Q74FY4 |
| 417 | 832313C4SZ93G |
| 418 | 832314B24TT6K |
| 419 | 8323140G38XDS |
| 420 | 83231Q0HM6HZ0 |
| 421 | 83231P0VCCFF7 |
| 422 | 832313KR72YCD |
| 423 | 8323196PF4CF6 |
| 424 | 83231SFKGNKSV |
| 425 | 83231XN89SJHR |
| 426 | 83231688859RD |
| 427 | 83231R5BQHNM0 |
| 428 | 83231GRY9JS7G |
| 429 | 83231RXH2RMK0 |
| 430 | 83231VQV23HGM |
| 431 | 83231SR32Z582 |
| 432 | 832311RJ0HHT7 |
| 433 | 832316CKJMPXP |
| 434 | 832314JCY9PNT |
| 435 | 83231MP5M53FR |

| | |
|---|---|
| 436 | 832312VXZ6C7B |
| 437 | 83231B6NJ9JF0 |
| 438 | 83231G98JNHSM |
| 439 | 832313H6MGQQV |
| 440 | 83231C2C35X69 |
| 441 | 83231TYNNFNKM |
| 442 | 8323120CQTCT4 |
| 443 | 83231C7GYP1G6 |
| 444 | 83231BSGPMND7 |
| 445 | 8323140BC851R |
| 446 | 83231DCRX0364 |
| 447 | 8323189TBPXCM |
| 448 | 83231D4RVNV1Q |
| 449 | 832313D2R468C |
| 450 | 8323189QQ68DH |
| 451 | 83231ZXMGF02T |
| 452 | 832317VDHSVSN |
| 453 | 83231XXBK9SD0 |
| 454 | 83231QQQKTGBB |
| 455 | 83231Q03F5K4M |
| 456 | 83231B4NCJPM8 |
| 457 | 832319137KQ4T |
| 458 | 832317VM2QRHX |
| 459 | 83231SM15FY5T |
| 460 | 83231X9DCX9PJ |
| 461 | 832315X8J7GCC |
| 462 | 832315V2SG41H |
| 463 | 83231DCHZC28C |
| 464 | 83231DHV44TBM |
| 465 | 832311TY3C0R5 |
| 466 | 83231KYVG8JZ9 |
| 467 | 83231ZMSNTCZF |
| 468 | 83231X0CZDYZP |
| 469 | 83231X3ZNGYY6 |
| 470 | 832310SJ0G8F8 |
| 471 | 83231XBFVRCNY |
| 472 | 83231V8XJ739V |
| 473 | 83231HVRDNM1C |
| 474 | 83231QTZ021J3 |
| 475 | 832311B2CS07J |
| 476 | 83231FXBSXS4Q |
| 477 | 8323119SRV4XV |
| 478 | 83231NDFQ5QMM |
| 479 | 8323130Z2XM47 |

| | |
|---|---|
| 480 | 83231G0N8PB9H |
| 481 | 832310KDCT82C |
| 482 | 83231HQM31QBN |
| 483 | 83231YJHDC9QT |
| 484 | 8323197FSTR1V |
| 485 | 832314P7TMNCZ |
| 486 | 83231NSFDP5NB |
| 487 | 832310JNHCQ2M |
| 488 | 83231YSDVTFFQ |
| 489 | 832310F87XK29 |
| 490 | 8323156QTRPC5 |
| 491 | 83231VFPXB94D |
| 492 | 832310J11BKRG |
| 493 | 83231Z0QHDQXC |
| 494 | 83231Y8QRZ50C |
| 495 | 83231MN1HS64G |
| 496 | 83231R5QZKSBJ |
| 497 | 832317RNXDJXN |
| 498 | 832319TY4N8BQ |
| 499 | 83231H60H3D8Y |
| 500 | 832319HYC0H8B |
| 501 | 832315DM6T6R4 |
| 502 | 832314NGRY2M9 |
| 503 | 83231J36JGHKG |
| 504 | 83231K281529S |
| 505 | 83231Z67J0T7X |
| 506 | 832317VC0BM9Y |
| 507 | 83231JPQF1949 |
| 508 | 83231TK5XPZ72 |
| 509 | 832319TDF423T |
| 510 | 83231SRS4KSYH |
| 511 | 8323115T2MGS5 |
| 512 | 8323168177SDH |
| 513 | 832319D37MYGN |
| 514 | 83231413JXT8T |
| 515 | 8323181JFD3PT |
| 516 | 832317T8BXJDB |
| 517 | 83231PFJ45KZR |
| 518 | 832318MKJPKNP |
| 519 | 832314G2Q8363 |
| 520 | 83231XDJ48YZC |
| 521 | 832316CMPG950 |
| 522 | 83231B0HBK4X8 |
| 523 | 83231CV48KN62 |

| | |
|---|---|
| 524 | 83231H39VFMV8 |
| 525 | 83231K619CCP9 |
| 526 | 832317ST5B2P4 |
| 527 | 83231070DMQPQ |
| 528 | 83231QY0Q19TX |
| 529 | 832317MQNH5KX |
| 530 | 83231XMP05BJ5 |
| 531 | 8323100P115FM |
| 532 | 83231PRFVSHP2 |
| 533 | 83231CZ4DZ1FD |
| 534 | 83231G7D2ND3N |
| 535 | 83231B9SYT7B9 |
| 536 | 83231X5KHZJXN |
| 537 | 83231J8D1745T |
| 538 | 8323165FFFZJZ |
| 539 | 83231YVRBR9HG |
| 540 | 83231N989VR8P |
| 541 | 83231QJRYV8CX |
| 542 | 83231659RDCK9 |
| 543 | 83231P6CXCHHC |
| 544 | 832319N1X3RNH |
| 545 | 83231F8XHQSKH |
| 546 | 83231MMK33NF8 |
| 547 | 83231MT8Z947S |
| 548 | 83231DTB5FRPF |
| 549 | 83231NCJRV97J |
| 550 | 83231H5DHFG1K |
| 551 | 83231F6NXVXTS |
| 552 | 83231SQBY0CGZ |
| 553 | 83231Q50KY9NZ |
| 554 | 832315R0TG6D5 |
| 555 | 83231HSDQHSJ2 |
| 556 | 83231JJ4R9631 |
| 557 | 83231XJJRRCZ8 |
| 558 | 832315G6DHKH5 |
| 559 | 83231MFCYQ157 |
| 560 | 83231HR6PX46P |
| 561 | 83231D3MZ55Y3 |
| 562 | 83231DF63JJFV |
| 563 | 83231B1F86PX1 |
| 564 | 832318Z085HPJ |
| 565 | 832311YH5PM1G |
| 566 | 832310TXYTQGS |
| 567 | 83231NVVP35PV |

| | |
|---|---|
| 568 | 8323103655TZ7 |
| 569 | 83231JJR3RDRG |
| 570 | 83231KGXFNT1S |
| 571 | 832316KM5JDFC |
| 572 | 83231CDDJGSMF |
| 573 | 83231BQQJR0H1 |
| 574 | 832312N7BBVN0 |
| 575 | 83231J5H2NTR1 |
| 576 | 83231K0BDQ5MC |
| 577 | 83231N6C8SS79 |
| 578 | 832316HPYSH81 |
| 579 | 83231TYNNPP9H |
| 580 | 83231Z420MTV2 |
| 581 | 8323185TF3KSH |
| 582 | 83231YJ85C4HK |
| 583 | 83231HRKJ625V |
| 584 | 83231HZNTKR63 |
| 585 | 832318H1RT40R |
| 586 | 832312SN1BHTP |
| 587 | 832318BC89CMJ |
| 588 | 83231X5HBD38Y |
| 589 | 83231VGHCJNXJ |
| 590 | 83231J4KNVP8V |
| 591 | 83231CQQ7T76B |
| 592 | 832316YSM1BF0 |
| 593 | 83231D8R4HRCM |
| 594 | 83231Y0PKXDH1 |
| 595 | 832317VG076R1 |
| 596 | 83231M2B1PQ8N |
| 597 | 83231P6Q1P8H8 |
| 598 | 832317TK43XP1 |
| 599 | 832314X792JBG |
| 600 | 83231B3DKVP74 |
| 601 | 83231CR02QBC9 |
| 602 | 83231VB4YJK1C |
| 603 | 83231MPXBYPQP |
| 604 | 832316266FXG9 |
| 605 | 83231F662ZZZT |
| 606 | 83231DZZ2KPJ3 |
| 607 | 83231BB6VB9VM |
| 608 | 83231QKSPHTG0 |
| 609 | 83231PCXBYJBC |
| 610 | 832314JT4Z3GD |
| 611 | 832313GTP201J |

| | |
|---|---|
| 612 | 83231KC7R37D4 |
| 613 | 83231C4779BDG |
| 614 | 832317QTH34ZM |
| 615 | 83231XKT32TNQ |
| 616 | 83231GMB0QBF3 |
| 617 | 832314M12CSDX |
| 618 | 832313HJPM2HB |
| 619 | 83231T7YPJHCD |
| 620 | 83231B2TG6ZJ3 |
| 621 | 8323103F18MJZ |
| 622 | 83231C6YDDQ5P |
| 623 | 83231V9MRS317 |
| 624 | 83231KHX45V6B |
| 625 | 832315RJYDVBT |
| 626 | 83231K3012M9R |
| 627 | 832314NCS41B5 |
| 628 | 83231DTTFGH3D |
| 629 | 8323150MYSG1H |
| 630 | 83231SXDMD1Q7 |
| 631 | 832316DQ8RQF6 |
| 632 | 83231VJ021RJB |
| 633 | 83231M8QG77GF |
| 634 | 83231HJY7C2QR |
| 635 | 832313V36V5YV |
| 636 | 83231MQM7RZP2 |
| 637 | 8323157333K2K |
| 638 | 832319NDDMDD9 |
| 639 | 83231YX2NP3SS |
| 640 | 83231RDV10JY3 |
| 641 | 83231KDHCQBSK |
| 642 | 832318Z1BH4Q2 |
| 643 | 832318JZ7XFRD |
| 644 | 8323152N1KJNP |
| 645 | 832313204SZ09 |
| 646 | 83231NKV4KQ1Q |
| 647 | 83231CGQS44JC |
| 648 | 83231RM5Y18VK |
| 649 | 83231TPZK4Q9K |
| 650 | 8323128YMMKXP |
| 651 | 83231R06CY3ZJ |
| 652 | 83231R54XJV76 |
| 653 | 8323141RQFJ35 |
| 654 | 83231B6JNSFM2 |
| 655 | 83231G785VP67 |

| | |
|---|---|
| 656 | 83231ZMJSDTHZ |
| 657 | 83231R8HYN9R4 |
| 658 | 83231X0X8B15J |
| 659 | 83231GCGSNHGD |
| 660 | 83231PNT5XJCN |
| 661 | 832312YGBB335 |
| 662 | 83231M7D2K1TV |
| 663 | 83231XKQVC02G |
| 664 | 83231j4j43vs8 |
| 665 | 83231MSD9Y1HH |
| 666 | 83231NYVDYR70 |
| 667 | 832317RYKQ920 |
| 668 | 83231X0H6R5PG |
| 669 | 8323181YVZPZ0 |
| 670 | 832310P02YG4B |
| 671 | 83231TFMB3418 |
| 672 | 83231P81JT5CC |
| 673 | 83231M0V138M7 |
| 674 | 83231XJR78YNZ |
| 675 | 83231B8ZX63MK |
| 676 | 83231FP1J1QN6 |
| 677 | 83231MMCND5K7 |
| 678 | 83231GHXGSP5K |
| 679 | 8323177VPJP5B |
| 680 | 83231VM566812 |
| 681 | 83231X5YFZC4X |
| 682 | 83231TG1ZC7Y5 |
| 683 | 832319VVMSNKX |
| 684 | 83231PMZV45KX |
| 685 | 83231DR6R6ZCV |
| 686 | 8323168R61YQ5 |
| 687 | 8323130H77M0P |
| 688 | 83231MHD8QFN7 |
| 689 | 83231JDQDD9QF |
| 690 | 83231JQBPB0SP |
| 691 | 83231517Z88NT |
| 692 | 83231RF1GRJK2 |
| 693 | 832319CHFZKHK |
| 694 | 83231V50G62JC |
| 695 | 83231MVJYYQP4 |
| 696 | 83231QZXZS3FX |
| 697 | 83231C4VSJKHV |
| 698 | 83231KM1C6ZPJ |
| 699 | 83231Z8YQRGGY |

| | |
|---|---|
| 700 | 83231CYVZKH0B |
| 701 | 83231QYJSV1KT |
| 702 | 8323149JX3BX9 |
| 703 | 83231JFG1JBKG |
| 704 | 83231X83BBXJ9 |
| 705 | 83231M5N9QFH9 |
| 706 | 83231MYC55NMQ |
| 707 | 83231R78F2JXH |
| 708 | 83231ZNKM1SPY |
| 709 | 8323102HZXYTB |
| 710 | 83231JCSXZY4D |
| 711 | 83231NV6NQR6Z |
| 712 | 83231VN6BVZ9T |
| 713 | 83231G4G49QRP |
| 714 | 83231Y1V2X004 |
| 715 | 83231KNFS4B4P |
| 716 | 83231PQY9Y3X9 |
| 717 | 832317B9S3BF8 |
| 718 | 83231D7V1XNQH |
| 719 | 8323142N2GMZ0 |
| 720 | 83231QBPBY0ZR |
| 721 | 832313KMM58J3 |
| 722 | 83231XPZDT8H3 |
| 723 | 83231Y130J11P |
| 724 | 832312G5Q82QK |
| 725 | 83231ZYJ4PFX5 |
| 726 | 83231ZV66VS53 |
| 727 | 83231T3DC4XNQ |
| 728 | 83231Z9JKRR4Y |
| 729 | 832310FB48QF6 |
| 730 | 83231VC9PSXDK |
| 731 | 832316NX14G7T |
| 732 | 832312KJP7JQK |
| 733 | 832310JXBHNTX |
| 734 | 83231ZQZ1F9NF |
| 735 | 83231TY7RJKFM |
| 736 | 8323155C41FN9 |
| 737 | 83231SQK8JGGV |
| 738 | 83231299SQGYG |
| 739 | 83231SMQMT9K3 |
| 740 | 83231M5RH9TB5 |
| 741 | 832314D77BG8V |
| 742 | 83231V63VC8QJ |
| 743 | 83231RXD7B9Y2 |

| | |
|---|---|
| 744 | 83231BVQF4Y66 |
| 745 | 83231Y2P9DFGB |
| 746 | 832310DC3Q79N |
| 747 | 83231VM1CM0SS |
| 748 | 83231PFGTZP9G |
| 749 | 83231FMFJZTGM |
| 750 | 83231JN1DRXJR |
| 751 | 832312GKH02ZV |
| 752 | 83231V0D5G6CN |
| 753 | 83231503TJ0K1 |
| 754 | 83231JH72GCVP |
| 755 | 832314ZCZM6GF |
| 756 | 83231KB32R323 |
| 757 | 832319N671HGM |
| 758 | 83231K61H2PH3 |
| 759 | 83231686PTXDG |
| 760 | 83231Y2XT33GT |
| 761 | 832318GNKBCVF |
| 762 | 832315TTV9FKB |
| 763 | 83231RBS248FB |
| 764 | 832318F0RYCSZ |
| 765 | 832314PX1CV30 |
| 766 | 83231VTY3NCR7 |
| 767 | 83231VRNBQB51 |
| 768 | 832318JZH822Z |
| 769 | 83231G13DHR4S |
| 770 | 83231R33J1B0M |
| 771 | 83231TS8STF6X |
| 772 | 8323175KK5YM9 |
| 773 | 832318Q38N81P |
| 774 | 83231RM2CGB0R |
| 775 | 832310T0TQ5QR |
| 776 | 83231980YXKX5 |
| 777 | 832319Z0GMBX2 |
| 778 | 832318R5ZFKC1 |
| 779 | 83231DVXQZR47 |
| 780 | 83231XPH20CR3 |
| 781 | 83231CCV5X43Z |
| 782 | 832314DZZS9Q0 |
| 783 | 83231B41KSXDT |
| 784 | 832316MS23RFC |
| 785 | 83231QZSZYV3K |
| 786 | 83231FFZTM68X |
| 787 | 83231S1RF29GF |

| | |
|---|---|
| 788 | 83231T8B04ZT1 |
| 789 | 83231VM435DHF |
| 790 | 83231VD2PZRPB |
| 791 | 83231N2D0J6FK |
| 792 | 832312K7VGKBZ |
| 793 | 832312RJHSHG8 |
| 794 | 832319YRTQCCB |
| 795 | 83231N6ZBQC9R |
| 796 | 83231YP462QSC |
| 797 | 83231T26FJY2J |
| 798 | 832314SHM2CN3 |
| 799 | 8323172H31Q5H |
| 800 | 83231BJP6MXGM |
| 801 | 83231QY7SSM48 |
| 802 | 83231DHFN822T |
| 803 | 83231V8ZH7CYQ |
| 804 | 83231J8B99SHT |
| 805 | 83231PY6C2RMT |
| 806 | 83231C8FCB879 |
| 807 | 83231SRZR9ZST |
| 808 | 83231YCMGDT78 |
| 809 | 832316961RBY2 |
| 810 | 83231YF5H628X |
| 811 | 83231T3PCMBYM |
| 812 | 83231XH9RXSD2 |
| 813 | 832317J0PKT64 |
| 814 | 832312T1TYCSR |
| 815 | 8323156J0788S |
| 816 | 832316ZF1MK1V |
| 817 | 832312NVSSGGM |
| 818 | 83231XDKQNSX9 |
| 819 | 83231BCVS7TJV |
| 820 | 832310N0FNV0D |
| 821 | 83231Q1M0BH8V |
| 822 | 83231RSN68DSX |
| 823 | 83231Q0KQTB2G |
| 824 | 83231DZT3R08T |
| 825 | 832311BJTYXNZ |
| 826 | 832317769SR7Y |
| 827 | 832313MCJCT9R |
| 828 | 83231JCFZ55KZ |
| 829 | 83231STX1SFGY |
| 830 | 832312PG929BQ |
| 831 | 832318PJDGFPM |

| | |
|---|---|
| 832 | 832318S630G5V |
| 833 | 83231Y7SS72S7 |
| 834 | 832318K1Q63B1 |
| 835 | 832312Z9TR7J3 |
| 836 | 83231K7B63KPB |
| 837 | 83231KHBT4ZXS |
| 838 | 83231BH295JFY |
| 839 | 83231JDF1B9DN |
| 840 | 832311XTVVQ5V |
| 841 | 83231FBV41DRG |
| 842 | 83231B9Q819D6 |
| 843 | 832319M96P039 |
| 844 | 832311RMKSPH2 |
| 845 | 83231HDS5N3NQ |
| 846 | 83231KZC8VV7T |
| 847 | 83231G76JDJ49 |
| 848 | 83231BDGGG89S |
| 849 | 83231CHJG7NS5 |
| 850 | 832316H7YVX82 |
| 851 | 832318DD2QTVB |
| 852 | 832319D908HTF |
| 853 | 83231TC04R81F |
| 854 | 8323198TRJC3F |
| 855 | 8323155YX0D7S |
| 856 | 83231CNVX72KP |
| 857 | 83231ZBXFXF0Q |
| 858 | 83231NQ2MTJK0 |
| 859 | 83231YQ868HPB |
| 860 | 832314X60Z2K3 |
| 861 | 832317SZNQDP0 |
| 862 | 8323175D3P4CX |
| 863 | 832317QDMMNHC |
| 864 | 83231N6FBSSZ5 |
| 865 | 83231N88VD22N |
| 866 | 83231P6J4G97Z |
| 867 | 83231N7N5K5ZB |
| 868 | 832317M8CYTQ2 |
| 869 | 832316ZHX50B4 |
| 870 | 8323167XPZZS6 |
| 871 | 832312DHNMQX5 |
| 872 | 83231Q04YZJ83 |
| 873 | 8323197P95Z43 |
| 874 | 83231Q5RBR5TF |
| 875 | 83231YDM46D1B |

| | |
|---|---|
| 876 | 83231DYXS536F |
| 877 | 83231B0RNPV84 |
| 878 | 83231N4CHD0BT |
| 879 | 83231GJVH5P22 |
| 880 | 83231SJHC79SP |
| 881 | 83231SY3B9549 |
| 882 | 83231MGXFRHBV |
| 883 | 83231Z0G9TXD2 |
| 884 | 83231Z4VSH4RY |
| 885 | 8323192N9R8NZ |
| 886 | 83231X42ZGJH3 |
| 887 | 83231BM74SXH9 |
| 888 | 83231CXP2H9SC |
| 889 | 83231KSD1P3F8 |
| 890 | 83231TK9P2XBM |
| 891 | 832310RTFRK1Q |
| 892 | 832317T7B4C3J |
| 893 | 83231G0PMT22H |
| 894 | 83231HPNBSPZF |
| 895 | 8323101F6MKVZ |
| 896 | 83231V2GK51X2 |
| 897 | 832313R2F39R4 |
| 898 | 83231343Q6RNQ |
| 899 | 832314YHBFNRC |
| 900 | 832316KSJ26Q9 |
| 901 | 83231TN88X8HY |
| 902 | 83231GQZRNP4R |
| 903 | 83231R6M9VJYJ |
| 904 | 83231Y0HPYX65 |
| 905 | 83231VVQ0YB8Q |
| 906 | 83231N84HBBG4 |
| 907 | 8323115FFHDGF |
| 908 | 83231XQXCHM5X |
| 909 | 83231RQHB25CQ |
| 910 | 83231S0Y4ZT7X |
| 911 | 83231CG5G3QXX |
| 912 | 83231R722V4PH |
| 913 | 8323123V770H3 |
| 914 | 83231X200VXT2 |
| 915 | 83231RR1ZSDTH |
| 916 | 83231ZFRJMS4Z |
| 917 | 832312NDR7D0C |
| 918 | 83231NJN6K7VZ |
| 919 | 832311VHTKKH4 |

| | |
|---|---|
| 920 | 832316J396JX9 |
| 921 | 8323119G3N59P |
| 922 | 83231Q9B5Y09C |
| 923 | 832317JTXHG3T |
| 924 | 83231J12PP88D |
| 925 | 83231D133TB3Y |
| 926 | 832316KYFNJJM |
| 927 | 83231R8914J7S |
| 928 | 83231TRYB352R |
| 929 | 83231F3YD3C1Q |
| 930 | 83231J5H8HBRX |
| 931 | 83231NYPQHZX7 |
| 932 | 83231MP4G47D3 |
| 933 | 83231049NY13P |
| 934 | 832311YH1Q5TV |
| 935 | 832314GHZT1N6 |
| 936 | 8323120B5YRM0 |
| 937 | 83231TV07Y7V9 |
| 938 | 8323148G33DYC |
| 939 | 832318HXDCMGZ |
| 940 | 832319Z0ZYF13 |
| 941 | 83231VT2CBG0J |
| 942 | 83231F0QHQRB3 |
| 943 | 83231G3N4DQG1 |
| 944 | 83231MYP8PJX0 |
| 945 | 83231YP2D76VV |
| 946 | 832311V3XMQDB |
| 947 | 8323110F0F626 |
| 948 | 83231V577JZ5Y |
| 949 | 83231VM0SMJ9D |
| 950 | 83231Z0ZV6367 |
| 951 | 83231N4FT67BY |
| 952 | 83231VRDXK4NF |
| 953 | 83231Z86GN57B |
| 954 | 83231RPC7XGP1 |
| 955 | 83231FX0KDNF2 |
| 956 | 83231J4S74X7S |
| 957 | 8323122ZQQYBK |
| 958 | 83231MQSSTF4M |
| 959 | 832316F0Q93SM |
| 960 | 83231NBBK1J8R |
| 961 | 832318RGTHP8N |
| 962 | 832314ZC9J4CG |
| 963 | 8323119H1G3F4 |

| | |
|---|---|
| 964 | 83231YF9HG8RN |
| 965 | 832312DJKKCRD |
| 966 | 83231PTC6CDPT |
| 967 | 8323173Z0BGQD |
| 968 | 8323161XJX0B2 |
| 969 | 83231RT387V46 |
| 970 | 832314F0TJDX1 |
| 971 | 83231QBJ834GS |
| 972 | 83231JP886N4R |
| 973 | 832312MB39YNJ |
| 974 | 83231363VQRDF |
| 975 | 83231PB6PSD0G |
| 976 | 83231ZT6PHXKD |
| 977 | 832311JNJSR1M |
| 978 | 83231XBZ49C3C |
| 979 | 832315MN9R119 |
| 980 | 83231HQ27J1GB |
| 981 | 832316VX2S4CN |
| 982 | 8323124T30BN5 |
| 983 | 83231R6VRSSYR |
| 984 | 83231DN3R56Z0 |
| 985 | 832310K4TZJ1D |
| 986 | 832316K7507SB |
| 987 | 83231FGHHCVNT |
| 988 | 83231783CGQKM |
| 989 | 83231BYPQ6PVY |
| 990 | 83231ZR417FTR |
| 991 | 83231QXXR06VH |
| 992 | 83231BRBT2K2X |
| 993 | 83231GC9Z1XMG |
| 994 | 83231ZNK63NC5 |
| 995 | 83231CX1XMG5R |
| 996 | 83231CVXXNMS7 |
| 997 | 83231BX3KFY6V |
| 998 | 832318BFJNDVZ |
| 999 | 83231YV9JX571 |
| 1000 | 832314D8QQ2NT |
| 1001 | 83231DC4K0XPC |
| 1002 | 83231476JQ51F |
| 1003 | 8323149PZH9B8 |
| 1004 | 8323152PF8NMP |
| 1005 | 832319VRM1J49 |
| 1006 | 83231RGD4YB62 |
| 1007 | 83231FTKFJN8R |

| | |
|---|---|
| 1008 | 83231MDHQZ487 |
| 1009 | 83231R6KQ148M |
| 1010 | 83231MB6QNPMS |
| 1011 | 83231Q829Y80X |
| 1012 | 832311N4X98X2 |
| 1013 | 8323122C444GZ |
| 1014 | 83231SFCMBR5K |
| 1015 | 83231YSG6M09N |
| 1016 | 832314GY8VJV9 |
| 1017 | 83231Y0M82V5S |
| 1018 | 83231ZHPYV9J2 |
| 1019 | 83231KBP9GJCX |
| 1020 | 83231RFJCKH05 |
| 1021 | 83231K6F7DCM5 |
| 1022 | 8323180CGD6QV |
| 1023 | 83231TXM2ZJV9 |
| 1024 | 83231HSY1SQPQ |
| 1025 | 83231GSVYG7HQ |
| 1026 | 832311G5R27MC |
| 1027 | 832310Q4MFDJJ |
| 1028 | 832312Z588V5R |
| 1029 | 83231PK4B428J |
| 1030 | 832315QC91GMV |
| 1031 | 83231GMQ0RFBH |
| 1032 | 832319G818D3F |
| 1033 | 832314GFJ8G8H |
| 1034 | 83231HNPSJT8S |
| 1035 | 83231TDBQ8XFN |
| 1036 | 83231521NQ974 |
| 1037 | 8323152Y29VD7 |
| 1038 | 83231HP7R2M6M |
| 1039 | 832315GXHS10X |
| 1040 | 83231P7XSX7VN |
| 1041 | 83231QG47H1Z7 |
| 1042 | 83231CXYR5K8P |
| 1043 | 8323109JC7F23 |
| 1044 | 832310BF30Q6R |
| 1045 | 83231TG2VT61N |
| 1046 | 83231KB5JQVPS |
| 1047 | 83231FCBVR6JZ |
| 1048 | 83231VVG50NGM |
| 1049 | 83231PXBVST4Q |
| 1050 | 83231MDMN1Y0G |
| 1051 | 832311R07SH17 |

| | |
|---|---|
| 1052 | 8323182VMK9GX |
| 1053 | 832317B8QM022 |
| 1054 | 8323196TJFBSG |
| 1055 | 83231YFG29R42 |
| 1056 | 83231CN1S8QV3 |
| 1057 | 83231CF9X84NS |
| 1058 | 832312PT7JC6C |
| 1059 | 83231MKVX7Z33 |
| 1060 | 83231XQ6QG3K9 |
| 1061 | 83231099PNT1K |
| 1062 | 83231Z0F9HTDN |
| 1063 | 83231RMF743B3 |
| 1064 | 8323128VX8C5F |
| 1065 | 83231Y5211KS4 |
| 1066 | 83231H7PQD95G |
| 1067 | 83231RD35J65J |
| 1068 | 83231KX3C4VQ5 |
| 1069 | 83231SBMMXKRT |
| 1070 | 83231KRFJHJPN |
| 1071 | 83231NTCQ0X9F |
| 1072 | 83231772VZ90D |
| 1073 | 83231Z7NXB57J |
| 1074 | 83231VT8KSDQN |
| 1075 | 8323157VH4YG7 |
| 1076 | 83231H30S5H3Q |
| 1077 | 83231BNVYRG35 |
| 1078 | 832315HBRHV83 |
| 1079 | 832319N9NRH2K |
| 1080 | 83231CTRSHT67 |
| 1081 | 83231GPP05Q01 |
| 1082 | 83231S7Y7BTCB |
| 1083 | 83231BTQRM76H |
| 1084 | 83231TMV54GZZ |
| 1085 | 832313Y8RVGC3 |
| 1086 | 83231C2MBZ3S9 |
| 1087 | 83231T8KGS5D5 |
| 1088 | 832312S3CNGPY |
| 1089 | 83231Q54MQ8QD |
| 1090 | 83231VT68ZTK4 |
| 1091 | 83231RVZ0HMBP |
| 1092 | 83231Y8BGYSNJ |
| 1093 | 8323152R5P2QJ |
| 1094 | 83231B45XJK8S |
| 1095 | 83231CD5QVP3M |

| | |
|---|---|
| 1096 | 832317BG5V8ZB |
| 1097 | 83231F2SYCH2R |
| 1098 | 832312XMCCJFT |
| 1099 | 832312NJHBGF0 |
| 1100 | 832310XQJ94BJ |
| 1101 | 83231C944F2FQ |
| 1102 | 832310XP73DKC |
| 1103 | 83231RY68TNMV |
| 1104 | 8323185777C7J |
| 1105 | 8323103GNDFZJ |
| 1106 | 83231FPG3M4ZS |
| 1107 | 832318XDV8DVQ |
| 1108 | 83231BXQPQHVK |
| 1109 | 83231PM3DG9RH |
| 1110 | 832312ZQJYY1P |
| 1111 | 83231DXHNDR1Q |
| 1112 | 832311X65Z797 |
| 1113 | 832311Y2CZTVQ |
| 1114 | 8323144BBFFCM |
| 1115 | 83231C5JXDGTM |
| 1116 | 83231BY5309F3 |
| 1117 | 83231S3GNZ8TP |
| 1118 | 83231DFQP8JMT |
| 1119 | 83231K2ZCNJTR |
| 1120 | 832311KCBH71X |
| 1121 | 83231519YZGFD |
| 1122 | 83231TM573JDT |
| 1123 | 832317F1V3RNZ |
| 1124 | 83231509N7TZY |
| 1125 | 83231TGQ34K6C |
| 1126 | 832311B4BH6FH |
| 1127 | 83231G6RGRSDN |
| 1128 | 832313MSPY8GG |
| 1129 | 83231QXKBRZHP |
| 1130 | 83231RT34ZM6D |
| 1131 | 83231550VX4QJ |
| 1132 | 8323131S760V2 |
| 1133 | 83231M9J2DPDK |
| 1134 | 832317NPD9VVZ |
| 1135 | 83231811FHTTT |
| 1136 | 83231XQZ6R3NT |
| 1137 | 83231X5XTTPMG |
| 1138 | 83231PR92MTSD |
| 1139 | 83231FB04PJ4K |

| | |
|---|---|
| 1140 | 83231DJCCHDMH |
| 1141 | 83231PTY40VMT |
| 1142 | 83231J3NMNSQY |
| 1143 | 83231SY6Y21SP |
| 1144 | 83231RZVQKQJJ |
| 1145 | 83231CHS84500 |
| 1146 | 83231SVFFCRCH |
| 1147 | 83231CBBCFRGQ |
| 1148 | 83231MC1KYBDV |
| 1149 | 83231XS16C84D |
| 1150 | 83231P5G89BR7 |
| 1151 | 83231VJQTFS11 |
| 1152 | 832315J5569J3 |
| 1153 | 832312MCZG44Z |
| 1154 | 832312T966FKK |
| 1155 | 83231X56DBTMF |
| 1156 | 832316X339JKG |
| 1157 | 83231177YJM74 |
| 1158 | 83231TN4NS9H7 |
| 1159 | 832310XF57M4Q |
| 1160 | 83231SFJ6Y6YP |
| 1161 | 832313BF1GNN8 |
| 1162 | 832312JHHC1VF |
| 1163 | 83231H4V5RXKT |
| 1164 | 83231HRTV976Z |
| 1165 | 832310049CFH8 |
| 1166 | 832316QT6PDRJ |
| 1167 | 832317FBYTT9Q |
| 1168 | 83231X5DSJR9F |
| 1169 | 83231V6MG9RGH |
| 1170 | 83231TV62SHKZ |
| 1171 | 83231M3MPQXCS |
| 1172 | 83231N8ZHXCHD |
| 1173 | 832313GDGCFKR |
| 1174 | 83231Q44H9BR1 |
| 1175 | 83231D967Q2PJ |
| 1176 | 8323161HTJ78K |
| 1177 | 83231YFQ6R9F0 |
| 1178 | 83231Z383MZBY |
| 1179 | 83231XNVZDQGK |
| 1180 | 83231Y52BJC2M |
| 1181 | 83231BVZDNSFR |
| 1182 | 83231GC5BG8K2 |
| 1183 | 832310NF63PPV |

| | |
|---|---|
| 1184 | 832310QSPNT8P |
| 1185 | 83231T5KJH6K5 |
| 1186 | 83231JSTN98DV |
| 1187 | 83231Z13X06NN |
| 1188 | 83231N4QXSP56 |
| 1189 | 83231FQMKX9M5 |
| 1190 | 832315CN970GH |
| 1191 | 83231NC1ZNQVH |
| 1192 | 83231NYFV69S8 |
| 1193 | 83231CZ5MQ6ZJ |
| 1194 | 83231VQSVXSDF |
| 1195 | 83231K738CSGG |
| 1196 | 83231RBM0MSDM |
| 1197 | 832314G8MM838 |
| 1198 | 83231XKMKQNBZ |
| 1199 | 83231K46R1RQ7 |
| 1200 | 8323151FDSYH1 |
| 1201 | 83231S8BZ2N5G |
| 1202 | 83231BXYH7X4P |
| 1203 | 83231MVKKCBRJ |
| 1204 | 83231RV094RQB |
| 1205 | 83231681H2YD2 |
| 1206 | 83231DVXBQ8RB |
| 1207 | 83231BTK3MSYM |
| 1208 | 83231B64K9XZP |
| 1209 | 8323122GMTB9J |
| 1210 | 83231RTZS5H6M |
| 1211 | 83231H7J949KY |
| 1212 | 8323172YZFZ26 |
| 1213 | 832311TYM6BV6 |
| 1214 | 8323106M0NXJ3 |
| 1215 | 83231TBTGBFCR |
| 1216 | 83231C3KXGH8X |
| 1217 | 832311R0DT9CB |
| 1218 | 83231DTFXCX77 |
| 1219 | 832319H3Y0YQ7 |
| 1220 | 83231T610CPZY |
| 1221 | 83231DR6JGGFQ |
| 1222 | 83231C4JCT1N1 |
| 1223 | 83231RBS0CQP4 |
| 1224 | 832315S182YY6 |
| 1225 | 83231J0XFS93V |
| 1226 | 83231G4RCHCD0 |
| 1227 | 83231T1V4NX3K |

| | |
|---|---|
| 1228 | 83231YV55M31F |
| 1229 | 83231YJ2K6SMD |
| 1230 | 83231VFCBZK8D |
| 1231 | 832316Z08MRMB |
| 1232 | 83231501F5ZN4 |
| 1233 | 83231J07CDRZF |
| 1234 | 83231N61VF8DN |
| 1235 | 832313S982B2Y |
| 1236 | 83231Z8V62JSM |
| 1237 | 83231CGQPNDN0 |
| 1238 | 83231MKJG04JB |
| 1239 | 83231S3VTCVZ9 |
| 1240 | 83231J9HY906B |
| 1241 | 8323165R37YKH |
| 1242 | 832310SKY9DGZ |
| 1243 | 83231YDJHJT89 |
| 1244 | 83231CVXPMB98 |
| 1245 | 83231P83YRMKS |
| 1246 | 83231RT011T0X |
| 1247 | 832315VCXFC84 |
| 1248 | 83231BRR8MVNP |
| 1249 | 83231ZTRR25C2 |
| 1250 | 832310S2QQ2PZ |
| 1251 | 832318SJFYMZ5 |
| 1252 | 832311XF2PS07 |
| 1253 | 83231CKFYGP46 |
| 1254 | 83231XH4K6Y1F |
| 1255 | 83231VSGZXPXG |
| 1256 | 832310HM7X5NJ |
| 1257 | 83231S7TF7R8S |
| 1258 | 83231FVZJSBH4 |
| 1259 | 83231MHY1H8MD |
| 1260 | 83231KDXDD3MS |
| 1261 | 83231C4GBZ3RB |
| 1262 | 83231GZP2HTNX |
| 1263 | 83231XCKD69RF |
| 1264 | 83231ZZ8NK8DT |
| 1265 | 83231JB6YZ8BG |
| 1266 | 832312FC8FCMS |
| 1267 | 832315KTQ4PRK |
| 1268 | 832311KYRGR1Z |
| 1269 | 83231S78ZV2C0 |
| 1270 | 832317MRV0ZGS |
| 1271 | 83231B7404XTD |

| | |
|---|---|
| 1272 | 83231VNTT9RCR |
| 1273 | 83231B4GZM9MG |
| 1274 | 832318Y3BF66D |
| 1275 | 8323177G9QM8M |
| 1276 | 83231XK5BY5G7 |
| 1277 | 83231J5XZP3CF |
| 1278 | 83231C7944KYT |
| 1279 | 83231B8RC9T8X |
| 1280 | 8323151QBDM8T |
| 1281 | 8323107FZH3M7 |
| 1282 | 83231GXMZRX61 |
| 1283 | 832311M0BYDV0 |
| 1284 | 83231QPVT8H7B |
| 1285 | 83231BMTXCTVJ |
| 1286 | 83231XYQHC3CQ |
| 1287 | 83231T561HX96 |
| 1288 | 832318N5N41HQ |
| 1289 | 83231XCX0D4VJ |
| 1290 | 83231CBTS70D6 |
| 1291 | 83231S63PCD6R |
| 1292 | 832314D4F6RQT |
| 1293 | 83231K38YHDG9 |
| 1294 | 83231P7RZ4415 |
| 1295 | 83231MD01CC68 |
| 1296 | 8323104K9ZQBP |
| 1297 | 832319ZN7730V |
| 1298 | 83231Z7J22SKX |
| 1299 | 83231RSFN55VD |
| 1300 | 83231DX5PYMRZ |
| 1301 | 832315GZRK54D |
| 1302 | 83231N29N6C8X |
| 1303 | 83231QPY6BJGQ |
| 1304 | 832310M8VQTJR |
| 1305 | 83231BBXS6K1K |
| 1306 | 83231TQYB26VR |
| 1307 | 83231MMV7S45S |
| 1308 | 832317G7PPJZN |
| 1309 | 83231Z15MRQ3X |
| 1310 | 83231M880X7ZS |
| 1311 | 83231FG4YMM1Y |
| 1312 | 832319FCFTK68 |
| 1313 | 832310CC7FJGF |
| 1314 | 83231VXYF5N0V |
| 1315 | 83231RCYXXC2G |

| | |
|---|---|
| 1316 | 8323110SS8H7Z |
| 1317 | 83231TSPNNN53 |
| 1318 | 83231ZY21SH0V |
| 1319 | 83231K5SZT9N0 |
| 1320 | 83231G572G9F0 |
| 1321 | 83231S320ZKXK |
| 1322 | 83231012MSV5H |
| 1323 | 83231MMB1BFYN |
| 1324 | 832317QJM811H |
| 1325 | 83231TP4VXSRH |
| 1326 | 83231T3ZQKG6F |
| 1327 | 8323196Q14R62 |
| 1328 | 83231MX2JP0GM |
| 1329 | 832318DK010CF |
| 1330 | 8323129SX40B8 |
| 1331 | 83231068RRT1N |
| 1332 | 832316G8Z6K0B |
| 1333 | 83231MV2SRZPX |
| 1334 | 832316T1YMSS2 |
| 1335 | 83231D53KD612 |
| 1336 | 832317RMXQM9S |
| 1337 | 83231G6CT7YFG |
| 1338 | 83231Q5FT06FF |
| 1339 | 83231MGF6SVNQ |
| 1340 | 83231NVXTZKCP |
| 1341 | 83231PY61KYH9 |
| 1342 | 832311FTG3X6B |
| 1343 | 83231MGK493H5 |
| 1344 | 83231NNQ72RD0 |
| 1345 | 83231BM99R39H |
| 1346 | 832316PM2GKSD |
| 1347 | 8323114QQBYVD |
| 1348 | 83231F03K0S01 |
| 1349 | 8323188SSCZVB |
| 1350 | 83231ZQT1M7XC |
| 1351 | 83231HKGHJZR1 |
| 1352 | 83231BBJ1HHH8 |
| 1353 | 8323162HN8D1H |
| 1354 | 83231ZSZBBFB4 |
| 1355 | 83231HK93V6HY |
| 1356 | 83231KVCJPVZS |
| 1357 | 83231GP37YM8Y |
| 1358 | 832310P6Z8GQH |
| 1359 | 83231CS6Z350M |

| | |
|---|---|
| 1360 | 83231X9DJKRD3 |
| 1361 | 83231T89R5Y6Z |
| 1362 | 83231YTGXJ80S |
| 1363 | 83231CSBJ7Z9K |
| 1364 | 832311CQTJPMB |
| 1365 | 832319G9XH4RB |
| 1366 | 83231NPDZD7RM |
| 1367 | 83231039054C4 |
| 1368 | 83231V66MGRQB |
| 1369 | 83231FC66MYXF |
| 1370 | 8323192Q9K69V |
| 1371 | 832314RCTVG01 |
| 1372 | 83231HY0FBRZ7 |
| 1373 | 8323168GRB87T |
| 1374 | 832319486NCMH |
| 1375 | 83231N988GVJF |
| 1376 | 83231CYKX8MT8 |
| 1377 | 83231PMKP1HJ6 |
| 1378 | 83231TNM4CP1M |
| 1379 | 83231C6Y7SX8B |
| 1380 | 83231GG6XF5YB |
| 1381 | 8323162D01YZ7 |
| 1382 | 83231FMYPN50P |
| 1383 | 832313QCK4PF0 |
| 1384 | 832317G4ZZXH8 |
| 1385 | 83231JVST3NB1 |
| 1386 | 83231XFTZP2NQ |
| 1387 | 83231S5HP1S34 |
| 1388 | 83231PFB410TZ |
| 1389 | 83231XZSSTXZ3 |
| 1390 | 83231C91JKX5X |
| 1391 | 83231622464QN |
| 1392 | 832315G53N70B |
| 1393 | 832319KC1MBDR |
| 1394 | 83231R849Y8HP |
| 1395 | 83231P70CH421 |
| 1396 | 83231D2JKY26H |
| 1397 | 832318HFGJKY3 |
| 1398 | 83231QR70J82V |
| 1399 | 83231R8G7BT1Y |
| 1400 | 83231D3YXTCDQ |
| 1401 | 83231TYH741Z7 |
| 1402 | 83231CF2SNTZB |
| 1403 | 83231HKMGG7ZH |

| | |
|---|---|
| 1404 | 83231XRD3X8SV |
| 1405 | 83231209SQZGF |
| 1406 | 83231FF3Y22NG |
| 1407 | 83231VVGV4Q3F |
| 1408 | 83231NCF615G6 |
| 1409 | 832311PN13HZ2 |
| 1410 | 832316855FHDX |
| 1411 | 83231556YHYBF |
| 1412 | 83231TNSH6BS1 |
| 1413 | 83231D6TZBGZM |
| 1414 | 83231N9NXSQCX |
| 1415 | 83231QBCT2TCB |
| 1416 | 83231NQY6F20Y |
| 1417 | 83231YV7Z861M |
| 1418 | 832313Y2KGHY1 |
| 1419 | 83231BY15GD7H |
| 1420 | 83231BZ65V611 |
| 1421 | 8323116NBR3NC |
| 1422 | 83231D17DKGV5 |
| 1423 | 83231SD6065JK |
| 1424 | 832315XD53C8Z |
| 1425 | 8323193G6RGC2 |
| 1426 | 83231K3C8DXTC |
| 1427 | 83231XHRV3CXN |
| 1428 | 83231B41J2C1Q |
| 1429 | 83231KTMQKFT2 |
| 1430 | 83231Q1HX97Z4 |
| 1431 | 83231CVYDJJDN |
| 1432 | 83231CKZ8VGVH |
| 1433 | 83231HRPHG853 |
| 1434 | 83231JHBXX79Q |
| 1435 | 83231CR0H9NG3 |
| 1436 | 83231X8DCZHFF |
| 1437 | 83231J0HZZG53 |
| 1438 | 832318J19G8X0 |
| 1439 | 83231QYZZNB8Z |
| 1440 | 83231NQPKCTQN |
| 1441 | 83231CVD120GH |
| 1442 | 83231DCKZF9Z8 |
| 1443 | 83231PTJ9H79D |
| 1444 | 8323148S36BCQ |
| 1445 | 83231KN3V5FBB |
| 1446 | 83231QMYC1J0N |
| 1447 | 83231V0Z4N4X4 |

| | |
|---|---|
| 1448 | 83231XQPNPGCB |
| 1449 | 83231Y0N40M8Y |
| 1450 | 832313JJ7VZTG |
| 1451 | 83231NMZ5ZVJQ |
| 1452 | 83231FSS1QZF6 |
| 1453 | 83231ZFY33VP0 |
| 1454 | 83231Q3X1X9FB |
| 1455 | 83231538537B6 |
| 1456 | 83231P329824Z |
| 1457 | 83231K974271M |
| 1458 | 83231B7KY6FHP |
| 1459 | 83231KM8Y00YH |
| 1460 | 83231B1FCYQ76 |
| 1461 | 83231VKF3NVCM |
| 1462 | 83231K9YBS0RH |
| 1463 | 83231KT1FD9RY |
| 1464 | 83231MHXMTVJC |
| 1465 | 8323180R0QQSJ |
| 1466 | 83231X4FDK2D9 |
| 1467 | 832317X58C9SP |
| 1468 | 83231YGZ6RJ91 |
| 1469 | 83231M4627XH6 |
| 1470 | 83231B1M4FBGB |
| 1471 | 83231VM2XQ6B9 |
| 1472 | 832318D21MTZN |
| 1473 | 83231SR5293G4 |
| 1474 | 8323110V8G9K6 |
| 1475 | 83231TDHXTCXF |
| 1476 | 83231HD6QD60N |
| 1477 | 832314BPBCHQ0 |
| 1478 | 83231NXVYMFCK |
| 1479 | 83231K9YNTGJQ |
| 1480 | 83231VVJVM6JP |
| 1481 | 83231Y8H7F63R |
| 1482 | 83231R480JNC9 |
| 1483 | 832318JX0ZP8P |
| 1484 | 832318JBJTPJR |
| 1485 | 83231KR9KMDSS |
| 1486 | 832319H3BKTZM |
| 1487 | 83231NKBQM3C6 |
| 1488 | 83231DTGB03KR |
| 1489 | 83231XDB958JB |
| 1490 | 83231RDVQYH96 |
| 1491 | 83231V15SMG3H |

| | |
|---|---|
| 1492 | 832316QN2XF1F |
| 1493 | 8323105066NR6 |
| 1494 | 83231M422YP7Q |
| 1495 | 832313FCZ0NGH |
| 1496 | 83231QF1PT4HT |
| 1497 | 8323187YVX008 |
| 1498 | 832314GG7CHXT |
| 1499 | 83231YTJHHTSB |
| 1500 | 832314F4M5N2Z |
| 1501 | 83231PTCFC89S |
| 1502 | 83231HF5MP327 |
| 1503 | 83231CFNNTTQC |
| 1504 | 83231ZDBJHG61 |
| 1505 | 832310VNRXMJB |
| 1506 | 832319BHXTB6Q |
| 1507 | 8323174RJQRS3 |
| 1508 | 832314SV1XZ27 |
| 1509 | 83231SNQKG74Q |
| 1510 | 83231K9D6NS30 |
| 1511 | 83231TCPYTS6M |
| 1512 | 83231GVC1461R |
| 1513 | 832314YN9ZMDX |
| 1514 | 83231JC6Z6JQQ |
| 1515 | 83231Q4495QJZ |
| 1516 | 83231ZN1F5VT1 |
| 1517 | 832312K5JTC3R |
| 1518 | 832314TVZMMKN |
| 1519 | 83231PN2YMY80 |
| 1520 | 83231GNNKDK6G |
| 1521 | 83231S8YD06SS |
| 1522 | 832313D6SRRT1 |
| 1523 | 83231HK09XDVK |
| 1524 | 83231TS0YNXYF |
| 1525 | 83231ZQTPZKK6 |
| 1526 | 83231F5S754F1 |
| 1527 | 832316M6V8XY7 |
| 1528 | 83231ZSCNCZ38 |
| 1529 | 832312FKC5TYR |
| 1530 | 832311DK9D3JZ |
| 1531 | 83231SY6C2JDK |
| 1532 | 832311Z27N596 |
| 1533 | 8323126T0KK34 |
| 1534 | 83231S9X2NF5X |
| 1535 | 83231Q4CFD7K7 |

| | |
|---|---|
| 1536 | 83231Y90FP2Z3 |
| 1537 | 83231PSRGQD8H |
| 1538 | 83231YXD0QC2G |
| 1539 | 83231N28Y315F |
| 1540 | 8323137VSCJS1 |
| 1541 | 83231YSFRZ6NK |
| 1542 | 83231387DTHVX |
| 1543 | 83231D2S6BDBS |
| 1544 | 83231M4HY0GTS |
| 1545 | 832319B63FKZX |
| 1546 | 83231Y8V78KHS |
| 1547 | 83231GTNX29ZC |
| 1548 | 832319SB2MGM2 |
| 1549 | 83231SV0DG3Q6 |
| 1550 | 83231J1H95K9H |
| 1551 | 83231SR2HK2K7 |
| 1552 | 83231CDCXJ0CF |
| 1553 | 83231S81Z74QT |
| 1554 | 83231MYGDQFM5 |
| 1555 | 8323184NVZ9M6 |
| 1556 | 83231PSZQ7GHM |
| 1557 | 83231FK6Q5SJ1 |
| 1558 | 83231YS665B06 |
| 1559 | 8323132N6TB86 |
| 1560 | 83231VD8MFV61 |
| 1561 | 83231TK9VNY4T |
| 1562 | 8323131Z12PY5 |
| 1563 | 83231K3F3GJH9 |
| 1564 | 83231KPKDD4CG |
| 1565 | 832314DJ7C1R6 |
| 1566 | 832317J75SV0V |
| 1567 | 8323127Y0K4CH |
| 1568 | 83231GSGN2M6R |
| 1569 | 83231X6G7QMVG |
| 1570 | 83231G7N0R51J |
| 1571 | 83231GT9ZJNYX |
| 1572 | 83231MT7JXCH2 |
| 1573 | 83231PRTX7Z2R |
| 1574 | 832313S745CV8 |
| 1575 | 83231T08D4B51 |
| 1576 | 83231MJ6173K0 |
| 1577 | 83231M91B8MFD |
| 1578 | 83231QX9J4HQ4 |
| 1579 | 83231BRYJHZSQ |

| | |
|---|---|
| 1580 | 83231DZ23NTY6 |
| 1581 | 832316SSDDNR2 |
| 1582 | 83231JS7BZ9BR |
| 1583 | 83231X8K9ZT1B |
| 1584 | 83231VT3THQ81 |
| 1585 | 83231FK8QTZ4Z |
| 1586 | 83231VQZ6ZC7K |
| 1587 | 83231ZXH6N0QQ |
| 1588 | 83231KRX5NR8D |
| 1589 | 83231JK6BYXRZ |
| 1590 | 83231C2C8964P |
| 1591 | 83231BRH52SC3 |
| 1592 | 83231KBZDM4B3 |
| 1593 | 83231RXH150H1 |
| 1594 | 832318H5XKZSC |
| 1595 | 83231MBPMFKM6 |
| 1596 | 83231598SXMG1 |
| 1597 | 832318NTVDJ7S |
| 1598 | 8323119QDVCS3 |
| 1599 | 8323185B0C46S |
| 1600 | 83231BG0QTFM5 |
| 1601 | 832312HMGGJS5 |
| 1602 | 83231QTQQY7TB |
| 1603 | 8323140R1NQRG |
| 1604 | 832316NYCYNJQ |
| 1605 | 83231F95H39SH |
| 1606 | 832318PY46F94 |
| 1607 | 83231ZZ9T0RGS |
| 1608 | 832311BNR59BN |
| 1609 | 83231V0P6S1SF |
| 1610 | 83231YMM16QT7 |
| 1611 | 83231NJBM12X3 |
| 1612 | 83231P7Y1RDK5 |
| 1613 | 83231PT2SDXC5 |
| 1614 | 832314D6Y1QH5 |
| 1615 | 83231BQH411VS |
| 1616 | 83231N8T56DDD |
| 1617 | 83231X3R2JNH6 |
| 1618 | 83231YQ4RPGRV |
| 1619 | 832318QH277SH |
| 1620 | 832311MRB94Q3 |
| 1621 | 832315Z8RKM4V |
| 1622 | 83231M1BYS98M |
| 1623 | 83231Z7BND12Q |

| | |
|---|---|
| 1624 | 83231B04M4H7Y |
| 1625 | 832313FP155T6 |
| 1626 | 83231Y41G1HXX |
| 1627 | 8323120K7MG6Q |
| 1628 | 8323127VSTFXH |
| 1629 | 832317XFVG0NX |
| 1630 | 832318ZZQRZC5 |
| 1631 | 83231JPTQDC7X |
| 1632 | 832311N0K1TX3 |
| 1633 | 83231GF908B9K |
| 1634 | 83231YMKM13HC |
| 1635 | 83231NBS1851G |
| 1636 | 83231Y7JVN0C9 |
| 1637 | 83231873R989D |
| 1638 | 832319R83Y1FS |
| 1639 | 832312CKHN6MS |
| 1640 | 83231TZTF6QVQ |
| 1641 | 83231P3T5NQMP |
| 1642 | 832318CT9T7ZF |
| 1643 | 83231HYXK3XKS |
| 1644 | 83231N902JKZ7 |
| 1645 | 83231Z9042S2B |
| 1646 | 832310PZJRF72 |
| 1647 | 832310RYC4P5D |
| 1648 | 83231FH336FT7 |
| 1649 | 832317Q5YMSRY |
| 1650 | 83231YH4FMBS5 |
| 1651 | 832312MGMZJ0S |
| 1652 | 83231Y1G7XQB7 |
| 1653 | 832315Q6HNVCY |
| 1654 | 83231RR0DYFNY |
| 1655 | 83231XGYX9JXG |
| 1656 | 83231DS7XYC59 |
| 1657 | 8323198CRK5HM |
| 1658 | 83231ZHHS9V50 |
| 1659 | 83231DSYNM6CV |
| 1660 | 83231DB1N5H9H |
| 1661 | 8323116DSXNN0 |
| 1662 | 83231SQJYCBGY |
| 1663 | 83231J9SCHBMP |
| 1664 | 832316540SQK3 |
| 1665 | 83231F1P82ZR7 |
| 1666 | 83231B78K3GRG |
| 1667 | 832312RD0GMRB |

| | |
|---|---|
| 1668 | 83231F6BVRJB4 |
| 1669 | 83231DH9J0PB5 |
| 1670 | 83231D2KB2ZSK |
| 1671 | 83231DG8SYC9S |
| 1672 | 83231VXZRS7FD |
| 1673 | 832311XNFFZKS |
| 1674 | 83231CG4S0PCF |
| 1675 | 83231VJPXX9H9 |
| 1676 | 83231FBG76KMS |
| 1677 | 832312B8D0NHQ |
| 1678 | 83231HFG29FY9 |
| 1679 | 832318RXBRBC1 |
| 1680 | 83231KM16KPRT |
| 1681 | 832318BQ4FQ3B |
| 1682 | 832314QCG9SV7 |
| 1683 | 83231Z6CT40XB |
| 1684 | 83231JJ0DM2k1 |
| 1685 | 832317P6349FV |
| 1686 | 832318ZD32NNP |
| 1687 | 832311SHG09H7 |
| 1688 | 83231GVM7FS4S |
| 1689 | 83231V2VR0H7K |
| 1690 | 8323164ZNQZP3 |
| 1691 | 832312KR2GQQ9 |
| 1692 | 83231HBBQV6MC |
| 1693 | 83231SNTHKDD6 |
| 1694 | 83231TS7GY2S7 |
| 1695 | 83231CX38402N |
| 1696 | 83231PF7SJQMS |
| 1697 | 8323126VQ1K4K |
| 1698 | 83231788NCPMZ |
| 1699 | 83231GR2HYHKR |
| 1700 | 83231P2TKSNV0 |
| 1701 | 83231CFM2YKQD |
| 1702 | 832310KHYY13F |
| 1703 | 83231C4MPH605 |
| 1704 | 83231Q0486PCB |
| 1705 | 83231VVQDNFD8 |
| 1706 | 83231HF8T841N |
| 1707 | 83231PNJNG1NZ |
| 1708 | 83231Y5NQ9CZ0 |
| 1709 | 83231C32S0M42 |
| 1710 | 8323182PTJZ5F |
| 1711 | 83231YXYCBJ3Q |

| | |
|---|---|
| 1712 | 832315KHHGQQ5 |
| 1713 | 83231JV40R0D9 |
| 1714 | 83231YJKQ7MKX |
| 1715 | 832318PZX5N89 |
| 1716 | 83231CPJRY3Z6 |
| 1717 | 832316GMZTTS6 |
| 1718 | 832316S0GHGBC |
| 1719 | 83231HVT5QSD7 |
| 1720 | 832310BKX5ZGC |
| 1721 | 8323139JY0BQJ |
| 1722 | 83231VM9NXTPN |
| 1723 | 832311HNGXNK2 |
| 1724 | 832310420GQ6X |
| 1725 | 83231XGBMRVJ1 |
| 1726 | 83231T5SYHTZB |
| 1727 | 83231G5KTFX38 |
| 1728 | 83231XGHJ6D05 |
| 1729 | 83231F7S267P3 |
| 1730 | 83231P77TD2H1 |
| 1731 | 83231YF04JV3H |
| 1732 | 832311925S6NK |
| 1733 | 83231KBD6X6V7 |
| 1734 | 83231ym919ptb |
| 1735 | 83231SVJY8J8N |
| 1736 | 83231K4YBZ570 |
| 1737 | 83231D5804SQT |
| 1738 | 83231VG6MRRJR |
| 1739 | 83231HPMS61CH |
| 1740 | 83231D24VVX13 |
| 1741 | 83231FHF60XN0 |
| 1742 | 83231PMVJGZPD |
| 1743 | 83231T8DZJ02V |
| 1744 | 83231BF8P46RT |
| 1745 | 832311T513D32 |
| 1746 | 832314TFC7SVM |
| 1747 | 832316H38MZBF |
| 1748 | 83231Z903V8RC |
| 1749 | 83231PRTZ9N5R |
| 1750 | 832316BTNBYR8 |
| 1751 | 83231G501DN95 |
| 1752 | 83231P0RQTF64 |
| 1753 | 83231K518M2GM |
| 1754 | 83231GC2VHFKJ |
| 1755 | 83231PJPJ5G46 |

| | |
|---|---|
| 1756 | 83231HPSGRC99 |
| 1757 | 832316JCP31KY |
| 1758 | 832316V4XFT6D |
| 1759 | 83231SXBT9FQ6 |
| 1760 | 83231XPJY4P08 |
| 1761 | 83231B7YC094P |
| 1762 | 832313GDYKZDX |
| 1763 | 832319V4XHGJV |
| 1764 | 832312F8VKV2D |
| 1765 | 83231JPJRM06F |
| 1766 | 83231N6YJCJ7R |
| 1767 | 83231RBFQ35CR |
| 1768 | 832317M56XHDJ |
| 1769 | 83231Q252HMT4 |
| 1770 | 83231JG9B552J |
| 1771 | 83231T4K3Y1BN |
| 1772 | 83231FF539S2G |
| 1773 | 83231G8CB2867 |
| 1774 | 832315CPKTM66 |
| 1775 | 83231TG11X3N2 |
| 1776 | 8323146V6MDZJ |
| 1777 | 83231YBP5RJDM |
| 1778 | 83231J66PSHQ8 |
| 1779 | 83231KJ6NTP48 |
| 1780 | 832313JS9P7HT |
| 1781 | 83231KK7KRZT1 |
| 1782 | 83231B4JFHK2F |
| 1783 | 83231Q2VF5H60 |
| 1784 | 83231QZTHMY5J |
| 1785 | 832317PHXBDD8 |
| 1786 | 832310PS0SQV5 |
| 1787 | 83231RFNKRQKK |
| 1788 | 83231X5HNRBM4 |
| 1789 | 832313Y5VP8VV |
| 1790 | 832317RFTRZFX |
| 1791 | 83231K2QBHS34 |
| 1792 | 83231MXHVMQB3 |
| 1793 | 83231RNJPTX78 |
| 1794 | 83231Y41GYD68 |
| 1795 | 832313DBP6GBP |
| 1796 | 832316B18HZ6Z |
| 1797 | 83231M16BNJ4N |
| 1798 | 832314SVK818P |
| 1799 | 83231X293SRG0 |

| | |
|---|---|
| 1800 | 832313RC97R5P |
| 1801 | 832314R0N9KPF |
| 1802 | 832318S5HP79B |
| 1803 | 832319V5BGPYD |
| 1804 | 83231VMX580MT |
| 1805 | 83231TKQ7F4NQ |
| 1806 | 83231Z8K02FF6 |
| 1807 | 83231Z8FFG472 |
| 1808 | 83231F6GKBVSD |
| 1809 | 8323177SKH20B |
| 1810 | 83231Z2XNJV0V |
| 1811 | 83231X4KGGGCR |
| 1812 | 83231C929YG68 |
| 1813 | 83231N1KF6ZG4 |
| 1814 | 832317C4QDVKQ |
| 1815 | 83231F1C7KP2V |
| 1816 | 83231V9JKV3D1 |
| 1817 | 83231R2Y3MSFB |
| 1818 | 83231BB8JQ942 |
| 1819 | 832316MFP5Y35 |
| 1820 | 83231N69RHY88 |
| 1821 | 8323124QTTXS8 |
| 1822 | 832316GPXKRGY |
| 1823 | 832311HCVV4TV |
| 1824 | 83231J46DV5X5 |
| 1825 | 83231PJN1ZP16 |
| 1826 | 83231VMJYH3VV |
| 1827 | 83231XKMMP3Q5 |
| 1828 | 832317VKJKQXK |
| 1829 | 83231KSFDYRX7 |
| 1830 | 832313C8TCRPS |
| 1831 | 83231D7S8478R |
| 1832 | 832319305GGJN |
| 1833 | 832319P1JSVNG |
| 1834 | 83231XD8TDH0M |
| 1835 | 83231CX4YY7XY |
| 1836 | 83231JQ0X61S7 |
| 1837 | 83231J8G3J6G4 |
| 1838 | 83231BN184K6K |
| 1839 | 83231QCJ9YXT8 |
| 1840 | 83231B80S3NDV |
| 1841 | 83231MXS08VGX |
| 1842 | 83231X56TTPTY |
| 1843 | 83231DPXC6KXV |

| | |
|---|---|
| 1844 | 83231DC08PPK5 |
| 1845 | 8323199DP8CST |
| 1846 | 83231Z0GHCB56 |
| 1847 | 83231866FJ0K2 |
| 1848 | 83231HPDZ7RH7 |
| 1849 | 83231HJFDC8TR |
| 1850 | 8323136Y45ZH3 |
| 1851 | 83231QV977JQ5 |
| 1852 | 83231V2T5BYGG |
| 1853 | 8323183FSYCJR |
| 1854 | 83231XVM2JXHF |
| 1855 | 832312Z97MVC1 |
| 1856 | 83231VT39P55X |
| 1857 | 83231SQB5PNSY |
| 1858 | 83231V5766YQH |
| 1859 | 83231KQ5805RG |
| 1860 | 83231K9Q3158P |
| 1861 | 83231MV1671DM |
| 1862 | 83231YX7G1CHV |
| 1863 | 83231VK3TTC5P |
| 1864 | 83231JVMXYHC2 |
| 1865 | 83231JX2T98T7 |
| 1866 | 83231HM5BJ1PZ |
| 1867 | 8323158FX7SCD |
| 1868 | 832319PSQYDS6 |
| 1869 | 832316Y03VG4G |
| 1870 | 8323126376T4V |
| 1871 | 832319SYTH0SH |
| 1872 | 83231BRB5Z99Q |
| 1873 | 83231J70MGTP6 |
| 1874 | 83231PHB052KZ |
| 1875 | 83231HKFVQJFP |
| 1876 | 83231FG368J8R |
| 1877 | 83231J8J4HYMM |
| 1878 | 83231KP19M9RD |
| 1879 | 832310RRKZF5T |
| 1880 | 83231X5JPS7JM |
| 1881 | 83231KR7YJM38 |
| 1882 | 83231FG6ZXB73 |
| 1883 | 83231KHBBYFPZ |
| 1884 | 832310F7C02MJ |
| 1885 | 83231NJZR1NXJ |
| 1886 | 83231RRVDQ9NT |
| 1887 | 83231X1ZTKC7G |

| | |
|---|---|
| 1888 | 832313JSYXXXH |
| 1889 | 83231G12TMS2R |
| 1890 | 83231J6SYVK4R |
| 1891 | 83231SMJQXQ79 |
| 1892 | 83231PT7NR7HP |
| 1893 | 832318FSGNFGJ |
| 1894 | 8323143D39Z7S |
| 1895 | 83231TDZHMRFS |
| 1896 | 83231X6Y0VGMM |
| 1897 | 832313BG6FBXX |
| 1898 | 83231MQQ97Y09 |
| 1899 | 83231YX7KF8D7 |
| 1900 | 83231FGFVCPPH |
| 1901 | 832319MZMRQD0 |
| 1902 | 83231Y13YBBBT |
| 1903 | 83231MP30D7BB |
| 1904 | 83231XQ4PN8D0 |
| 1905 | 83231Q0FHXT62 |
| 1906 | 83231DJ0GF0M0 |
| 1907 | 832316XPDKT10 |
| 1908 | 83231CCGQ7NXQ |
| 1909 | 83231JVRGH3CM |
| 1910 | 83231P781VSS4 |
| 1911 | 83231X5X1SH1C |
| 1912 | 83231Q1VMD4QC |
| 1913 | 832315N25XZ15 |
| 1914 | 83231G6XRZ6Z6 |
| 1915 | 83231RD8H77JJ |
| 1916 | 832319Q31CM32 |
| 1917 | 8323124JHVQ17 |
| 1918 | 83231BY7C13SM |
| 1919 | 832313GJ785P3 |
| 1920 | 83231KQ9JC2JF |
| 1921 | 83231DMCJ61R9 |
| 1922 | 83231C6R5Q1JB |
| 1923 | 832317B95GZXT |
| 1924 | 83231QBJ9SNR6 |
| 1925 | 83231HCBD933Y |
| 1926 | 83231HNTV0KTC |
| 1927 | 83231YGC6F8GD |
| 1928 | 8323128C6X587 |
| 1929 | 8323161TXD6H7 |
| 1930 | 83231BDN7PS11 |
| 1931 | 8323150DZ09PM |

| | |
|---|---|
| 1932 | 83231M3D5V2Q4 |
| 1933 | 83231H0Z77H44 |
| 1934 | 8323163S7B55X |
| 1935 | 832312G9VNM9N |
| 1936 | 83231RSXH1DFN |
| 1937 | 83231FN8M5FMV |
| 1938 | 83231YKD3HRN4 |
| 1939 | 83231GR0GGM6B |
| 1940 | 8323114HRBPBJ |
| 1941 | 83231CT60RHZX |
| 1942 | 832312SPHB820 |
| 1943 | 83231N8HFZ13N |
| 1944 | 832311C1T0QCS |
| 1945 | 832311004MH72 |
| 1946 | 8323166MS9NKM |
| 1947 | 83231XZ54348K |
| 1948 | 83231C8SQ37TZ |
| 1949 | 832314JBKFZB0 |
| 1950 | 83231Y48Q9YPF |
| 1951 | 83231P0KYYH3R |
| 1952 | 832312QXCR0C8 |
| 1953 | 832318B7Z970N |
| 1954 | 832311MMVB000 |
| 1955 | 832310JP7CRCH |
| 1956 | 83231YGPVHM1Z |
| 1957 | 83231T6F243D1 |
| 1958 | 83231BQV2MD6B |
| 1959 | 83231MVS3JDPQ |
| 1960 | 832310D648N9G |
| 1961 | 83231C64B5S41 |
| 1962 | 832310K2JY4D9 |
| 1963 | 83231N8TVG5VH |
| 1964 | 832317GH7K0Y0 |
| 1965 | 83231VH6C99D5 |
| 1966 | 83231G989VHS8 |
| 1967 | 832313P7NSP9C |
| 1968 | 83231CRSB4Y1Y |
| 1969 | 83231VYXYMVXZ |
| 1970 | 832314GYM2GJD |
| 1971 | 83231S57V7XCC |
| 1972 | 83231RG8KH7ST |
| 1973 | 83231TFF9VDV2 |
| 1974 | 83231VDDYSGFH |
| 1975 | 83231QH78ZQBF |

| | |
|---|---|
| 1976 | 83231CC793F06 |
| 1977 | 832310X05BQHT |
| 1978 | 83231R41DYGRZ |
| 1979 | 832314B2XN636 |
| 1980 | 83231Z8DZ3Y5P |
| 1981 | 832312PB26GN4 |
| 1982 | 832319HKR5KPH |
| 1983 | 832310DFHF1JF |
| 1984 | 83231Q0J0FP12 |
| 1985 | 83231ZGCDF6DV |
| 1986 | 832311J72P5RN |
| 1987 | 83231BY10PH3Q |
| 1988 | 83231N4BN68RP |
| 1989 | 8323190G8K1MH |
| 1990 | 83231QG01ZRC5 |
| 1991 | 8323150JXGZ0S |
| 1992 | 83231D90CJ070 |
| 1993 | 83231Q1RD2KTB |
| 1994 | 832318PZ8Z398 |
| 1995 | 83231QHMHVGCT |
| 1996 | 83231PHQ8NHZP |
| 1997 | 8323111JH002F |
| 1998 | 8323132D0K4X0 |
| 1999 | 83231RGF3QV4Y |
| 2000 | 83231HGNJS7CJ |
| 2001 | 83231444QHGVK |
| 2002 | 83231D6ZR32C8 |
| 2003 | 83231FB7VY29T |
| 2004 | 83231TS0R1785 |
| 2005 | 83231KPJ0JC0C |
| 2006 | 83231407QPKKP |
| 2007 | 832318KGV1R78 |
| 2008 | 832311TS9S7R6 |
| 2009 | 832314BD8M1NC |
| 2010 | 83231X5VVG9MV |
| 2011 | 83231RFJT2G54 |
| 2012 | 83231Z4YX1X1Y |
| 2013 | 83231F4NGQ750 |
| 2014 | 83231KQJFN3DJ |
| 2015 | 83231B97DQ6F7 |
| 2016 | 83231N486SZGX |
| 2017 | 8323133CPQ556 |
| 2018 | 83231684376MB |
| 2019 | 83231QFJK466Q |

| | |
|---|---|
| 2020 | 83231J2Q493FC |
| 2021 | 83231GF25C277 |
| 2022 | 832311H31J5F0 |
| 2023 | 83231PSVJ3CJM |
| 2024 | 83231Y4CXQSPK |
| 2025 | 832317KY2ST2F |
| 2026 | 83231S8M8D0D8 |
| 2027 | 83231YDJH711R |
| 2028 | 8323142CZ2QJX |
| 2029 | 83231VT4M00GG |
| 2030 | 83231976V2FPH |
| 2031 | 83231PBZMF3M1 |
| 2032 | 83231GFCPB7SR |
| 2033 | 83231M52XJ17c |
| 2034 | 832313K10060Z |
| 2035 | 8323183RXXC1F |
| 2036 | 83231MHMD4F4J |
| 2037 | 83231DT366G1M |
| 2038 | 83231ZK3QNPM4 |
| 2039 | 83231F368HS9H |
| 2040 | 832314PTHN36Z |
| 2041 | 83231Y1MKT5Y4 |
| 2042 | 832312PN15XTB |
| 2043 | 832317J8G6GT3 |
| 2044 | 83231RPXP6Q98 |
| 2045 | 832318TNMSNXM |
| 2046 | 83231N9ZD0FKG |
| 2047 | 832316G0F4GRG |
| 2048 | 832319V7498NF |
| 2049 | 83231F8VPDYK6 |
| 2050 | 8323134RDMGV2 |
| 2051 | 83231Y83GGK48 |
| 2052 | 832317ZZ2VR1H |
| 2053 | 832313D40M9HG |
| 2054 | 83231K1SSX1X8 |
| 2055 | 83231T3KYJ1ZV |
| 2056 | 832315FMV9H06 |
| 2057 | 83231M6BDVNN8 |
| 2058 | 832313597ZDDK |
| 2059 | 8323128XJN07D |
| 2060 | 83231Q07JNPT3 |
| 2061 | 83231VTX500TF |
| 2062 | 83231YZXFPZ2Z |
| 2063 | 832311THVN7X3 |

| | |
|---|---|
| 2064 | 83231185S48D6 |
| 2065 | 8323101D4F795 |
| 2066 | 83231F8GZVSF1 |
| 2067 | 83231FQ19G24V |
| 2068 | 83231QQQ4DD31 |
| 2069 | 83231MTYC29BN |
| 2070 | 832316P7VBMBF |
| 2071 | 83231D44QD0Z0 |
| 2072 | 832310GJPXSDK |
| 2073 | 83231CP155DM1 |
| 2074 | 832317X9M4PV1 |
| 2075 | 832314MNJJ4N3 |
| 2076 | 83231CZXCTRP4 |
| 2077 | 832319P6932K4 |
| 2078 | 83231P9X14KVF |
| 2079 | 83231S84PZDCM |
| 2080 | 83231S4Y637F1 |
| 2081 | 83231BGB5F5Z9 |
| 2082 | 83231HV5J26Y4 |
| 2083 | 832317HPQ8YCD |
| 2084 | 83231HT74ZGDN |
| 2085 | 83231NTFSQBK5 |
| 2086 | 83231VB4C2BRG |
| 2087 | 83231CSF3FPPR |
| 2088 | 8323191GM51DZ |
| 2089 | 83231KQRHGH6F |
| 2090 | 832314VDBVPCK |
| 2091 | 83231J88DXSD8 |
| 2092 | 832316DHC68BX |
| 2093 | 83231CT83T5MK |
| 2094 | 83231G54V0KMX |
| 2095 | 832317XN9Z2PV |
| 2096 | 83231JJRN9B7N |
| 2097 | 83231G90R61G5 |
| 2098 | 83231RS5PYXQ3 |
| 2099 | 83231XPP0T8VG |
| 2100 | 832310D403DJZ |
| 2101 | 83231JFX7FR56 |
| 2102 | 83231ZYTY2M2M |
| 2103 | 83231V8J4P5P3 |
| 2104 | 83231PTM8FCTR |
| 2105 | 832316QPRY16J |
| 2106 | 83231ZXCC9R95 |
| 2107 | 83231VPBZZH3R |

| | |
|---|---|
| 2108 | 832313M87RB9B |
| 2109 | 83231495ZJVK5 |
| 2110 | 83231PVC33JH7 |
| 2111 | 832315J65GXHF |
| 2112 | 83231ZKGXQ1MZ |
| 2113 | 832313BZQQMXS |
| 2114 | 8323156SN0KCC |
| 2115 | 83231T8B742DK |
| 2116 | 832313079RXXC |
| 2117 | 83231NY23DT3G |
| 2118 | 83231ZR5RBH6N |
| 2119 | 83231CPXDXV0N |
| 2120 | 83231FB18GT7J |
| 2121 | 83231PTBMBHV2 |
| 2122 | 8323164F79JKB |
| 2123 | 832315Z07C5FD |
| 2124 | 832315X7S7CJK |
| 2125 | 83231FNCG5K51 |
| 2126 | 83231S3F69MPB |
| 2127 | 83231K4T51JFD |
| 2128 | 83231SFHGRMT9 |
| 2129 | 8323182XKQ5S0 |
| 2130 | 832317PX7G2HH |
| 2131 | 832313B2VPJSY |
| 2132 | 83231GS2P4PV7 |
| 2133 | 83231PRJQ61SK |
| 2134 | 83231M4BQ3VN1 |
| 2135 | 832318H6B1X8D |
| 2136 | 832312JQ78G8X |
| 2137 | 83231SRZ85XG0 |
| 2138 | 83231Q4FM4VSQ |
| 2139 | 83231RF06K44P |
| 2140 | 83231FNRNXP5N |
| 2141 | 83231MC914ZVV |
| 2142 | 83231M011880Q |
| 2143 | 83231BPRDQPFM |
| 2144 | 83231990K0VMD |
| 2145 | 83231S96V3NBM |
| 2146 | 83231MTVVHQCY |
| 2147 | 83231G2HHJTZ7 |
| 2148 | 83231NNTQQ66S |
| 2149 | 832319R4CC3SD |
| 2150 | 83231C8C9FV07 |
| 2151 | 8323130RZ33YC |

| | |
|---|---|
| 2152 | 832315C5P3BRF |
| 2153 | 832312BVSDQ80 |
| 2154 | 832315PKNT1NP |
| 2155 | 83231SQ03YBDY |
| 2156 | 83231H52P4HGH |
| 2157 | 83231V5ZQ5TF9 |
| 2158 | 83231YY5TB14D |
| 2159 | 83231RV4JD78M |
| 2160 | 83231MYP5GPQ1 |
| 2161 | 83231RNHN95SR |
| 2162 | 83231JJY961D7 |
| 2163 | 83231GNGR8TXY |
| 2164 | 83231FNPSH5SH |
| 2165 | 83231QNH9H5RZ |
| 2166 | 83231K9HH17TJ |
| 2167 | 83231FQHFRG8C |
| 2168 | 8323162V9X6Y8 |
| 2169 | 83231NV92NJ31 |
| 2170 | 8323128M63RDR |
| 2171 | 83231GS6PF0RC |
| 2172 | 83231KHG8QG29 |
| 2173 | 83231QSDMY21Y |
| 2174 | 832312T9M9GRR |
| 2175 | 832313JY0Z1ZJ |
| 2176 | 83231GZ2V0Y83 |
| 2177 | 83231TDP1ZP0N |
| 2178 | 832310BXY99DJ |
| 2179 | 83231X1JFQJX0 |
| 2180 | 832316VPQSGS9 |
| 2181 | 832310KSS6R2C |
| 2182 | 83231XRJH990N |
| 2183 | 83231H7P7QC2V |
| 2184 | 83231YMB87CP0 |
| 2185 | 83231FZ4TBRBZ |
| 2186 | 83231BFYVFJKX |
| 2187 | 83231S6DTQ4M1 |
| 2188 | 83231PHVRKVS2 |
| 2189 | 83231P4139JF4 |
| 2190 | 8323149MF35V0 |
| 2191 | 83231G8P4T5M8 |
| 2192 | 83231B9QPYDYK |
| 2193 | 83231PQJ4BZ5Y |
| 2194 | 832315NBBGYY5 |
| 2195 | 83231YGZJDJ4X |

| | |
|---|---|
| 2196 | 83231TH1Y3FT2 |
| 2197 | 832310SMJYMT1 |
| 2198 | 832319YYVRV8N |
| 2199 | 83231YPBCXDH8 |
| 2200 | 83231DZRXMXH4 |
| 2201 | 832319BZY0Z0R |
| 2202 | 8323132PVDX7K |
| 2203 | 83231B7PS5GRH |
| 2204 | 83231F1JGHVFV |
| 2205 | 83231T7KZYRYD |
| 2206 | 83231N4B0ZQK2 |
| 2207 | 83231BMRDM8KH |
| 2208 | 83231YY2QRZ9X |
| 2209 | 8323173R6S57G |
| 2210 | 83231SFRNJ6G3 |
| 2211 | 83231R1V5YC76 |
| 2212 | 83231M6TDN9C0 |
| 2213 | 83231Z505BBBC |
| 2214 | 83231X9B86JJR |
| 2215 | 8323163MQG3HS |
| 2216 | 83231ZR8BZJ3R |
| 2217 | 83231ZRFMF8D6 |
| 2218 | 83231GT76GYB8 |
| 2219 | 83231YHTCYHHP |
| 2220 | 83231M703DPMQ |
| 2221 | 832313T4CQRR2 |
| 2222 | 83231PKTT8P2M |
| 2223 | 83231XTYCPC2F |
| 2224 | 83231DZCR5159 |
| 2225 | 832317348T175 |
| 2226 | 83231M2QB7795 |
| 2227 | 83231S8DG9058 |
| 2228 | 83231MS547NDX |
| 2229 | 83231B66GK29P |
| 2230 | 832318P46VY0Z |
| 2231 | 83231YMT95J58 |
| 2232 | 83231STGF13NS |
| 2233 | 83231YJBM1V6Z |
| 2234 | 832317YQK2FKP |
| 2235 | 83231BSRSQ2HG |
| 2236 | 83231T8TJ1YJF |
| 2237 | 83231HSTP01TZ |
| 2238 | 83231JT2KMMDB |
| 2239 | 832310JJYNBKK |

| | |
|---|---|
| 2240 | 83231Y52N2NQ7 |
| 2241 | 83231RMQBNVZJ |
| 2242 | 832316384VCFX |
| 2243 | 83231RKMM0XJB |
| 2244 | 83231DD2J362T |
| 2245 | 83231GS96ZS53 |
| 2246 | 832315279M4KK |
| 2247 | 83231ZXGT6G5D |
| 2248 | 83231HTFDGYGV |
| 2249 | 832311F4Z8D4V |
| 2250 | 832311QM6P7DS |
| 2251 | 832319V62F90M |
| 2252 | 83231YJHPNXMD |
| 2253 | 832316KK1H3PS |
| 2254 | 83231VN77NBQX |
| 2255 | 83231TQ8QTKFT |
| 2256 | 83231NGQ57MPH |
| 2257 | 83231Y1YX2HRB |
| 2258 | 832319R0819B9 |
| 2259 | 83231TD9QN70P |
| 2260 | 83231HRFR2PZ2 |
| 2261 | 832319SV716PS |
| 2262 | 832318YV728KM |
| 2263 | 83231QMP3G5PF |
| 2264 | 83231JN28R0NZ |
| 2265 | 832310RCHYSJJ |
| 2266 | 83231ZS3JG906 |
| 2267 | 83231D2NMRYBY |
| 2268 | 83231138G49SQ |
| 2269 | 83231YRQDJ63M |
| 2270 | 832315FJCKJ03 |
| 2271 | 83231GNFJM302 |
| 2272 | 832311QFVKKR3 |
| 2273 | 83231PS7CRNCB |
| 2274 | 832319R5CKSZS |
| 2275 | 83231B13N0MGH |
| 2276 | 8323169P7XRDD |
| 2277 | 83231G3C7CH9X |
| 2278 | 832312TGVX0VS |
| 2279 | 83231SZZ7BJ4K |
| 2280 | 83231JQK311BB |
| 2281 | 83231SQRCX6S4 |
| 2282 | 83231KJXHP9GP |
| 2283 | 83231BP93Y3C7 |

| | |
|---|---|
| 2284 | 83231KQ8S0676 |
| 2285 | 83231NTXJ1X72 |
| 2286 | 83231BY7CH4ZB |
| 2287 | 83231T71YR8T8 |
| 2288 | 83231KZS680M6 |
| 2289 | 83231PBF6S09S |
| 2290 | 83231KVT2236Q |
| 2291 | 83231MZY2PQQ3 |
| 2292 | 83231Q658KF9J |
| 2293 | 83231QC8HT1GH |
| 2294 | 83231MT8VSKRG |
| 2295 | 83231D0QQ9ZMS |
| 2296 | 83231B0MYCN3G |
| 2297 | 83231N5SZYPHH |
| 2298 | 83231MG49R514 |
| 2299 | 83231BF95KS7S |
| 2300 | 83231SPRCGYXH |
| 2301 | 832315C0V1B6P |
| 2302 | 83231ZZVDXKG2 |
| 2303 | 832318S7F3GK5 |
| 2304 | 832311PGGSQN1 |
| 2305 | 832313P25S5Z5 |
| 2306 | 83231KDBRDGFT |
| 2307 | 83231QJNKK1SS |
| 2308 | 83231YNRR9JZZ |
| 2309 | 8323178PT061V |
| 2310 | 8323115Y97KZ2 |
| 2311 | 832310DK6VCY7 |
| 2312 | 8323170GKCRR7 |
| 2313 | 83231PQRDG19V |
| 2314 | 832317J24NJVV |
| 2315 | 83231XQ0C7QSB |
| 2316 | 83231GCH7JHT8 |
| 2317 | 83231N3Q42KSN |
| 2318 | 832315CCS8TV1 |
| 2319 | 83231H186DSPF |
| 2320 | 8323191DVJ87C |
| 2321 | 83231MQM9MXNN |
| 2322 | 83231XS726Y0M |
| 2323 | 83231X08SDNGD |
| 2324 | 8323199BK7YBR |
| 2325 | 83231G96FJF1N |
| 2326 | 83231CM3B8HD2 |
| 2327 | 832316XTMMB90 |

| | |
|---|---|
| 2328 | 8323107NZD1GH |
| 2329 | 8323125DGJX1Y |
| 2330 | 83231MR3N646H |
| 2331 | 83231NRK9HVMV |
| 2332 | 8323143GBMQFG |

# Exhibit 17(a)

Case 3:24-cv-00757-E Document 312 Filed 08/11/25 Page 1 of 4 PageID 4113

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 1 2025
CLERK, U.S. DISTRICT COURT
By
Deputy

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

1. August Wakat,
   **Plaintiff,**
   v.
2. ATT Inc., Customer Data Security Breach Litigation, et al.,
   **Defendants.**

**Case No. 3:24-md-03114-E**

83231 COR0000019

COR0000019

**OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT BY SETTLEMENT CLASS MEMBER AUGUST WAKAT**

**COMES NOW**, Settlement Class Member **August Wakat**, Class Member ID: **83231P1S5FRM1**, individually and on behalf of his affected business, **Poe Boy Fleming Auto Salvage Inc.**, and pursuant to the procedures set forth in the Notice of Proposed Settlement and applicable law, respectfully **submits this Objection** to the proposed class action settlement and **requests that this matter be set for individual trial** in light of the severity, scope, and distinct harms suffered personally and through the business entity.

## I. INTRODUCTION

3. **On or about March 30, 2024**, AT&T publicly acknowledged a catastrophic data breach involving unauthorized disclosure of sensitive customer data, including names, Social Security numbers, addresses, dates of birth, and account information. The undersigned has been identified as a member of the affected class.

## II. GROUNDS FOR OBJECTION

4. **Prolonged and Intentional Conduct by Defendant**

The data breach was not an isolated incident but occurred over a **prolonged period exceeding one year**, during which AT&T was placed on **notice of multiple security vulnerabilities** and failed to take corrective measures. This amounts to **willful disregard** for Plaintiff's rights and a pattern of gross negligence, if not **intentional misconduct**.

5. ***Under 15 U.S.C. § 45(a) (FTC Act)***, corporations have a duty to protect consumer data and avoid **unfair or deceptive practices**, including inadequate data security. AT&T's failure to act despite notice constitutes a violation of this federal obligation. See also:

- **In re Equifax Inc. Customer Data Sec. Breach Litig.**, 999 F.3d 1247, 1261 (11th Cir. 2021) (holding that failure to maintain proper cybersecurity measures in face of known risks gives rise to plausible claims of willful misconduct).

- **Remijas v. Neiman Marcus Group, LLC**, 794 F.3d 688, 694 (7th Cir. 2015) ("It is easy to infer that [defendant] failed to put in place the necessary safeguards, and now that the harm has materialized, plaintiffs should have their day in court.")

6. **Inadequate Relief Compared to Harm**

The settlement proposes non-individualized relief in a lump sum format, which grossly **undercompensates victims** like Plaintiff who experienced long-term identity threats, financial losses, and reputational harm far beyond any offered remedy.

7. **Violation of Due Process Rights**

The proposed settlement, if approved, would effectively bar Plaintiff from pursuing **full redress** in a court of law, violating Plaintiff's constitutional right to a **meaningful opportunity to be**

**heard** and access to justice. See:

- **Mathews v. Eldridge**, 424 U.S. 319 (1976)
- **Logan v. Zimmerman Brush Co.**, 455 U.S. 422 (1982)

## IV. REQUEST FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests:

**8.** That this Court **deny final approval** of the proposed class settlement;

**9.** In the alternative, that Plaintiff be **excluded from the settlement** and permitted to **pursue individual claims** through trial;

**10.** That a hearing be scheduled to address Plaintiff's objections and evidence of actual damages;

**11.** Any other relief this Court deems just and proper.

Respectfully submitted this 5th day of August, 2025.

**August Wakat, Pro Se**
33050 Tall Timber Trace
Trinidad, Colorado 81082
Email: elroi81082@gmail.com
Phone: (719) 680-1335
Class Member ID: 83231P1S5FRM1

## CERTIFICATE OF SERVICE

I, **August Wakat**, certify that on this 5th day of August, 2025, I placed a true and correct copy of the correspondence titled **OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT BY SETTLEMENT CLASS MEMBER AUGUST WAKAT** in the **U.S. Mail**, first-class postage prepaid, and also served the same via **electronic mail**, to the following individuals and offices involved in the matter:

**12. Clerk of Court,** U.S. District Court – Northern District of Texas
1100 Commerce St., Room 1452, Dallas, TX 75242

13. **Craig D. Ball** – Craig D. Ball PC, 3251 Laurel St., New Orleans, LA 70115
Email: craig@ball.net | Tel: (713) 320-6066

14. **W. Mark Lanier** – The Lanier Law Firm, 10940 W Sam Houston Pkwy N, Ste. 100, Houston, TX 77064, Email: Mark.Lanier@LanierLawFirm.com | Tel: (713) 659-5200 | Fax: (713) 659-2204

15. **James E. Cecchi** – Carella Byrne Cecchi Brody & Agnello PC, 5 Becker Farm Rd., 2nd Fl., Roseland, NJ 07068, Email: jcecchi@carellabyrne.com | Tel: (973) 994-1700 | Fax: (973) 994-1744

16. **Jean Sutton Martin** – Morgan & Morgan CLG, 201 N Franklin St., Ste. 700, Tampa, FL 33602
Email: jeanmartin@forthepeople.com | Tel: (813) 223-5505 | Fax: (813) 222-2434

17. **Shauna Itri** – Seeger Weiss LLP, 325 Chestnut St., Ste. 917, Philadelphia, PA 19106
Email: sitri@seegerweiss.com | Tel: (215) 553-7981

18. **Charles E. Schaffer** – Levin Sedran & Berman LLP, 510 Walnut St., Ste. 500, Philadelphia, PA 19106, Email: cschaffer@lfsblaw.com | Tel: (215) 592-1500 | Fax: (215) 592-4663

19. **Joseph P. Guglielmo** – Scott+Scott LLP, 230 Park Ave., 17th Fl., New York, NY 10169
Email: jguglielmo@scott-scott.com | Tel: (212) 223-6444

20. **Larry A. Golston, Jr.** – Beasley Allen, 272 Commerce St., Montgomery, AL 36104
Email: larry.golston@beasleyallen.com | Tel: (334) 269-2343 | Fax: (334) 954-7555

21. **Nicholas R. Lange** – Freed Kanner LLP, 100 Tri-State Intl Dr., Ste. 128, Lincolnshire, IL 60069, Email: nlange@fklmlaw.com | Tel: (224) 632-4510 | Fax: (224) 632-4521

22. **Rebecca L. Solomon** – Tousley Brain Stephens PLLC, 1200 5th Ave., Ste. 1700, Seattle, WA 98101, Email: rsolomon@tousley.com | Tel: (206) 682-5600

23. **Thomas E. Loeser** – Cotchett Pitre & McCarthy LLP, 1809 7th Ave., Ste. 1610, Seattle, WA 98101, Email: tloeser@cpmlegal.com | Tel: (206) 802-1272 | Fax: (206) 299-4184

## DEFENSE COUNSEL FOR AT&T INC.

24. **Tamara D. Baggett** – Baker Hostetler, 2850 N. Harwood St., Ste. 1100, Dallas, TX 75201
Email: tbaggett@bakerlaw.com | Tel: (214) 210-1208 | Fax: (214) 210-1201

25. **Edward J. Jacobs** – Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111
Email: ejacobs@bakerlaw.com | Tel: (212) 589-4200

Respectfully Submitted,

August Wakat, Pro Se'

# Exhibit 17(b)

TO: AT&T Data Incident Settlement
C/o Kroll Settlement Administrations LLC
P.O. Box 5324
NEW York, NY 10150-5324

Case 3:24-CV-00757-E

CC: *Clerk of the Court,
• Settlement Class member Cousel, et, al
• Defendent's Counsel, et, al
• Settlement Administration Listed and/or documented! ON record.

FROM: Billie Howard, Settlement Class Member (ID: 83231K56KQRBC)
2251 S. Carlota Drive, New Palestine Indiana 46163-8037
Tel: (317) 699-5073
Email: busi_exec77@att.net

RE: MDL Docket No. 3:24md-03114-E et., al.
IN RE AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION et, al

83231 COR0000029

COR0000029

Date: August 12, 2025

Previous Address: 7244 Lakeside Woods Drive, Indpls, IN 46278
Previous Tel: 317: 828-0465

(Respectfully Submitted):

Billie Howard's Objection To MATER CLASS ACTION COMPLAINT SETTIEMENT

I (BILLIE Howard), do not agree with settlement, and/or application, for attorney fees, or cost, and service awards.

AT&T Failed to protect Former and current customer's Sensitive Personal information. And failed to safeguard my information, fueling harm on various levels. Therefore, as An overlap Settlement Class member is eligible for Settlement Class Member Benefits as both an AT&T 1 Settlement Class Member and AT&T 2 Settlement Class Member. /S/ Billie Howard Date: August 12, 2025.

Billie Howard
2251 S. Carlota Drive
New Palestine India
46163

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

INDIANAPOLIS
12 AUG 2025

9589 0710 5270 0931 1646 63

Retail

UNITED STATES POSTAL SERVICE®

10150

RDC 99

U.S. POSTAGE
FCM LETTER
INDIANAPOLIS
AUG 12, 2025

$10.48

S2322H500586

Mail To: AT&T Data Incident Settlement
C/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

10150-532424

# Exhibit 17(c)

Case 3:24-cv-00757-E Document 316 Filed 08/19/25 Page 1 of 3 PageID 4136

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 19 2025
CLERK, U.S. DISTRICT COURT
By KCR
Deputy

Ahmed Kayali
3011 N Vine St.
Denver, Colorado 80205
ahmedkay9@gmail.com
919-961-2999

Clerk of the Court
United States District Court for the Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, TX 75242

83231 COR0000061
COR0000061

Re: Objection to Settlements in *In re: AT&T Inc. Customer Data Security Breach Litigation*
MDL Docket No. 3:24-md-03114-E

Dear Clerk of the Court,

I, Ahmed Kayali, write to formally object to the proposed settlements for both AT&T 1 and AT&T 2 Settlement Classes, of which I am a member.

My information is listed on the notices as follows:

For the AT&T 1 Settlement Class:
Name on Notice: Ahmed Kayyali
Class Member ID: 83231S1JH1PN3

For the AT&T 2 Settlement Class:
Name on Notice: Ahmed M Kayyali
Class Member ID: 83231J266PR1F

Please note that while the class member notice was addressed to "Ahmed Kayyali" and "Ahmed M Kayyali," my legal name has since been changed to Ahmed Kayali.

The proposed settlement fund of $149 million is grossly inadequate and fundamentally fails to compensate class members for the damages incurred. My personal identifying information was not merely "breached"; it was permanently exposed on the dark web due to AT&T's failure to implement basic security safeguards. This is a complete betrayal of the trust I placed in AT&T to protect my most sensitive data.

A potential cash payment of what will likely amount to less than a hundred dollars is an insult. It does not reflect the lifelong risk of identity theft, financial fraud, and personal security threats I now face. The damage is not a one-time event; it is a permanent vulnerability. This settlement offers a pittance in exchange for releasing AT&T from liability for its egregious negligence.

The monetary compensation is trivial compared to the permanent exposure of my private data. I urge the Court to reject this settlement as unfair and insufficient. AT&T must be held to a higher standard for failing its most basic duty to customers.

Sincerely,

8/14/25

Ahmed Kayali

Ahmed Kayali
3011 N. Vine St.
Denver, CO 80205

DENVER CO 802
15 AUG 2025 PM 7 L



Clerk of the Court
United States District Court
1100 Commerce St. Room 1452
Dallas, TX 75242

RECEIVED
AUG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

5242-131052

# Exhibit 17(d)

Case 3:24-cv-00757-E Document 314 Filed 08/19/25 Page 1 of 2 PageID 4131

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 19 2025
CLERK, U.S. DISTRICT COURT
By KCR Deputy

**AT&T 1 Settlement Class**

I think that the settlement is ridiculous. $149 million for permanently exposing all of our information (SSNs) on the dark web is no more than a slap on the wrist for AT&T.

I am writing this letter of objection to the court to deny the settlement of $149 million. It needs to be at least ten times that, in my opinion.

For comparison, AT&T made $122,000 million (that's $122 billion) in revenue and $12,000 million ($12 billion) in profit in 2024. By settling for this amount, we are saying "please don't handle our data any better than you did during the breach."

83231 COR0000062

COR0000062

Sincerely,

**DAVID C NGO**

David Ngo
411 Lewis Rd SPC 275
San Jose, CA 95111

quadient
FIRST-CLASS MAIL
IMI
$000.74
08/14/2025 ZIP 95128
043M32205877
US POSTAGE

Clerk of the Court
United States District Court
1100 Commerce St. Room 1452
Dallas, TX 75242

PMA
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

75242$1310 C001

# Exhibit 17(e)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 19 2025
CLERK, U.S. DISTRICT COURT
By KOR
Deputy

**Evangelos Demestihas**
**1710 Greenhaven Street**
**Bakersfield, CA 93312**
**(661) 487-7338**
**Edemestihas@yahoo.com**
**August 10, 2025**

83231 COR0000063

COR0000063

**Clerk of the Court**
**United States District Court**
**Northern District of Texas**
**1100 Commerce Street, Room 1452**
**Dallas, TX 75242**

Re: In re: AT&T Inc. Customer Data Security Breach Litigation,

MDL No. 3:24-md-03114-E (Judge Ada E. Brown) – Objection to Settlement

Dear Clerk of the Court:

I, Evangelos Demestihas, hereby file this objection to the proposed class-action settlement in the above-captioned case and respectfully request that the Court require a higher payout for settlement class members, for the reasons below.

## 1. Statement of Class Membership

I confirm that I am a Settlement Class Member (affected by the AT&T 1 and/or AT&T 2 Data Incidents).
• Claim ID: 83231H607QX0K

## 2. Statement of Objection

I object to the settlement in its current form and urge the Court to increase the monetary relief to class members so that it fairly compensates for both tangible losses and the substantial time and effort spent addressing this breach.

## 3. Reasons for Objection

### A. Significant Time and Effort Loss

While the proposed settlement acknowledges out-of-pocket expenses, it undervalues the substantial loss of personal time required to mitigate the harm. Since learning of the breach, I have had to:
- Spend multiple hours contacting AT&T, my financial institutions, and credit bureaus.
- Initiate and follow up on fraud alerts and credit freezes.
- Review credit reports for suspicious activity on a recurring basis.
- Change account credentials and re-secure various online services.

This work was involuntary and caused disruption to my personal and professional life. Courts in similar data breach cases (e.g., In re Home Depot, Inc. Customer Data Sec. Breach Litig.) have recognized such time as a compensable loss. Yet the current settlement does not adequately factor in a reasonable hourly value for these efforts.

**B. Insufficient Compensation Relative to Harm**

The maximum payouts—$5,000 (AT&T 1) and $2,500 (AT&T 2)—will result in much lower net recoveries after attorney fees and administration costs. The breach exposed sensitive data, including Social Security numbers, which cannot be changed. This creates a permanent risk requiring ongoing monitoring well beyond the settlement period.

**C. Large Class Size Dilutes Recovery**

Tens of millions of individuals are included in this class. Even if only a fraction file claims, the available funds will result in minimal per-person payments, which fail to reflect the scale of the breach.

**D. Comparisons to Other Major Breach Settlements**

Comparable breaches with similar or lesser scope have yielded higher compensation:
- T-Mobile (2022) – $350M settlement; up to $25,000 per person for losses, plus 2 years monitoring.
- Equifax (2019) – $575M settlement; up to $20,000 per person, plus 10 years monitoring.

AT&T's settlement is below market by these measures.

## 4. Intention to Appear at Final Approval Hearing

I intend to appear at the Final Approval Hearing on December 3, 2025, to further present my objections, either in person or through counsel.

Respectfully submitted,

Evangelos Demestihas

August 10, 2025

DEMESTIHAS
1710 GREENHAVEN ST
BKFD CA 93312

SANTA CLARITA CA 913
13 AUG 2025 PM 5 L

RECEIVED
AUG [illegible]
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE ST, ROOM 1452
DALLAS, TX 75242

75242-131052

# Exhibit 17(f)

83231 COR0000053

COR0000053

The .Hon W. Royal Furgeson, Jr.
United States District Court, Northern District of Texas (Dallas Division)
1100 Commerce Street, Room 1452
Dallas, TX 75242

**in re: IN RE: AT&T Inc. CUSTOMER DATA §**
**SECURITY BREACH LITIGATION**
**CASE NO. 3:24-cv-00757-E**

**Correspondence**

August 19, 2025

This is a followup to my correspondence to the Court dated August 15, 2025. I have learned through third party credit monitoring that AT&T and/or Counsel in this settlement have falsely identified me as a member of the so-called AT&T 2 Settlement Class, effectively categorizing me as someone who suffered "minimal" exposure of call metadata and limiting my claim to $2,500 with a substantial burden of proof.

I contacted the court, concerned because nobody had ever divulged to me "what data" was leaked and "where" it was leaked. How am I even to know if AT&T was responsible for what happened if I don't know what data was breached or leaked?

It turns out AT&T is lying, I am in the AT&T 1 Settlement Class, they totally breached everything including my identity and my SSN and they are trying to get me to settle as a Class 2 member.

For this reason , I reiterate that I reject the settlement offer and I strenuously object to AT&T attempting to defraud me and/or this court by misrepresenting the damages I experienced.

AT&T is notorious for doing NSA surveillance , spying, and prying on people at the governments behest and they need to be held to the highest standards out of anyone when they mess up like this.

Lying to me and to the court about what they did to me, trying to get me to accept that settlement is unacceptable and I want to bring this to your attention. They are straight up **lying** about victim impact. This is not "call records" they compromised my whole identity. **This settlement offer is insulting and their claims before your court need further scrutiny.** Thank you for your time.

Compromised Information Found

Potential Site: AT&T data

Social Security Number: *****[redacted]

Joseph Aguinaga
714 Division St
La Crosse, WI 54601

The Honorable Brian Morris
Missouri River Courthouse
125 Central Avenue West Suite 301
Great Falls, MT 59404

**in re:** ***Snowflake, Inc. Data Breach Litigation***
**MDL Docket No. 3:24-md-3126**

**Correspondence**

August 15, 2025

I am writing to the court to object to the proposed representation and/or settlement in this case.

I experienced an issue where my telephone number(s) were somehow published on the Internet in 2024, **not just once, but twice.** Requiring me to go through three phone numbers in one year.

After changing my number with AT&T, my new telephone number was published **again.** I do not not know how it was obtained as it was closely guarded and only given to family and a few friends.

I specifically called AT&T, gave their customer service an earful, and, unaware of this breach, I flat out accused them of having an insider or an employee leaking my private information somehow. This concern was brushed off.

I cannot prove my details were published because I was successful in having the post(s) removed.

I object to the way this settlement requests a high burden of proof or documentation that I may have experienced embarassment or harassment as a result of my info somehow being on the Dark Web.

Furthermore, I can't even begin to quantify what losses I experienced, a good example would be the endless hours and hours and hours I spent trying to reset all of the "two factor" SMS/Text logins for everything from banking to social media, nor the months it took for me regain access to platforms like Twilio.com, after I changed my phone number and was now locked out of my account there.

As a result of the Twilio fiasco, I was without service on my business telephone number from April of 2024 to August of 2024 or thereabouts, and this means I spent maybe three or four months arguing with their support endlessly to regain control of all the VOIP telephone numbers I lost.

I am only now being made aware , today, that **perhaps** AT&T is the source of my misery.

I am not prepared to "**prove**" that they are the source of my misery and inconvenience.

I can't even put a dollar amount on my time or the hassle involved in any of this.

I do not think that a "tier cash payment" will amount to anything worth waiving my rights to sue AT&T or compel them to discovery to determine whether the rep I spoke to had documented my concerns that "someone at AT&T had leaked my phone number to third parties" , which turns out isnt exactly what happened, but I guarantee you I gave AT&T an earful and accused them of it.

They say "up to $2,500" but class action lawsuits are a joke and I'll probably get seventeen cents while these lawyers walk away with millions laughing at us.

I absolutely do not consent or agree to this in any way, nobody notified me of the breach, I do not know who these attorneys are and I need more information to substantiate or pursue a claim here.

I do not live in Montana, I did not incur my loss or damages in Montana, the idea that it would be in my better interest(s) to pursue this in the venue of Montana does not make any sense to me.

How would I even begin to assess any long term damages down the road from my information being published, or my identity or credit being stolen in the future?

I wasn't even aware that AT&T may have played some part in this until today and the idea that this "claim form" now asks me to lay out, document, and substantiate a claim RIGHT NOW or forever hold my peace , isn't going to work for me.

These attorneys are not making a concrete offer saying, "we will give you $________ to settle this matter" , I cannot weigh whether accepting it is worth my time or will adequately compensate me. I cannot accept "just agree to settle and hope you'll get some unspecified sum" to make this decision.

As far as I am concerned, this is not a legitimate offer of a settlement if there's no dollar amount.

Maybe it's a fair settlement, maybe it's not, how am I supposed to know from this correspondence?

Furthermore, for me to even disclose where my information was published, and to what audience, in a public venue, would more or less legitimize their so – called "doxxing" of me and verify my suspected identity to them, ultimately opening the door to even more harassment or embarassment. I'm supposed to just agree to get seventeen cents or eleven dollars or whatever they feel like paying?

How do I know the settlement would even cover the $12 or so I'm about to pay just to send your Court a certified letter right now?

Therefore **I totally, flatly, object to and reject the proposed settlement in its entirety** and I am writing to your court to ask you to consider the Defendent, Plaintiff(s), and their respective counsel to come back to the table with a **firm offer** of what the class would even be agreeing to in order to participate in this class.

Thank you,

Joseph Aguinaga
A member of the so-called AT&T 2 Settlement Class
714 Division St
La Crosse, Wisconsin 54601

# Exhibit 17(g)

August 17, 2025

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 26 2025
CLERK, U.S. DISTRICT COURT
By ______ Deputy KB

**To:** Clerk of the Court
US District Court for the Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, TX 75242

**From:** Kristal Quarker
**Class Member ID:** 83231PV3Z88HK
**Address:** 2490 Market St, NE | Washington, DC 20018
**Email:** KristalQ@yahoo.com

***Re: Formal Objection to Proposed Settlement In re AT&T Inc. Customer Data Security Breach Litigation MDL Docket No. 3:24-md-03114-E***

To the Honorable Court:

As a member of the AT&T 2 Settlement Class whose personal data was compromised, I object to the proposed settlement in its current form. **I DO NOT OPT OUT.**

This objection is submitted not out of malice, but out of a deep concern for the structural inequities embedded in the process and the message this settlement sends about data privacy and corporate responsibility. I object not because I expect perfection, but because I believe a process that impacts millions should meet basic standards of clarity, fairness, and dignity. This settlement, in its current form, does not.

I recognize that this agreement may meet the bare minimum of legal sufficiency, but it remains ethically hollow. It exemplifies a broader pattern in which corporations mismanage private consumer data and then evade meaningful accountability through ambiguous, procedurally burdensome settlements. The proposed structure rewards procedural compliance over harm, favors legal fluency over lived experience, and prioritizes corporate savings over equitable restitution. I expound herein to provide more context.

**Ambiguity as a Discretionary Barrier**
The phrase "fairly traceable to the Data Incident" is deliberately vague. It creates a discretionary barrier that chills participation and undermines procedural equity. This legal vagueness allows Kroll to act as arbiters of eligibility without a codified standard, rewarding those with legal fluency and penalizing those with equal harm but fewer tools.

**Undefined Documentation Standards and Selective Approval**
Kroll does not clearly exclude affidavits or self-prepared documentation. They also do not define what constitutes acceptable proof. This ambiguity serves two legal tactics: it protects the settlement from accusations of exclusion, while discouraging excessive payouts by burying clarity in administrative discretion. As is, this system rewards effort over *eligibility* and lets the administrator act like a judge in a process that should be transparent and equitable.

**Procedural Opacity and Power Imbalance**
This settlement is structured in a way that centralizes power in the hands of the Settlement Administrator, who operates without publicly disclosed standards, oversight, or a mechanism for

appeal. While claimants are required to submit documentation that their losses are "fairly traceable to the AT&T 1 Data Incident," the settlement never defines what this means or what constitutes sufficient documentation. This forces class members to navigate a vague and asymmetric process without guidance, while the Administrator applies invisible thresholds that determine eligibility and reimbursement. It creates a dynamic where a private entity, acting with unchecked authority, interprets ambiguous legal language on behalf of millions with no transparency and no recourse. Such procedural opacity undermines public trust and favors administrative efficiency at the expense of due process and individual justice.

**Disproportionate Harm to Vulnerable Populations**
This process disproportionately harms low income and marginalized individuals. These are often the people most impacted by data breaches, yet the least resourced to buy monitoring services, provide formal invoices, professional receipts, or extensive documentation. The settlement includes no tiers for time lost, mental distress, or digital safety risk, just reimbursement caps governed by opaque thresholds.

**Legal Formality as a Silencing Tool**
The settlement's design exploits legal formalities to suppress outrage. Relief is available only through administratively burdensome claims processes, whether online or by mail; both of which are laden with ambiguity, vague standards, and inconsistent documentation expectations. As stated above, a settlement that appears neutral but operates through invisible filters undermines public confidence in the courts and rewards administrative efficiency over real equity.

**Systemic Accountability and Repeat Breaches**
This is not AT&T's first data breach. The settlement should include a requirement for third party proof of cybersecurity upgrades, penetration testing results, or verified policy reforms. A one time payout scheme without systemic change only guarantees future incidents.

**Unclaimed funds**
The settlement notice is silent on the fate of unclaimed funds. It does not clarify whether AT&T retains the remainder after claims, fees, and expenses are paid, or whether those funds will be cy pres'd to a cause aligned with the nature of the breach. This lack of transparency raises legitimate concerns about accountability and the equitable use of class-wide funds. Unclaimed funds must not revert to AT&T under any scenario. Those funds should be redistributed among AT&T identified claimants.

**Request for Relief**
I respectfully request that the Court reject the current settlement structure or require revision to include:

• Clear standards for documentation, oversight, and public disclosure of the decision making process,
• A loss verification matrix available to all claimants,
• Tiered compensation that accounts for emotional and temporal harm,
• A formal appeals process,
• Public disclosure of unclaimed funds in addition to cybersecurity reforms undertaken by AT&T.

Respectfully submitted,

Kristal Quarker

Kristal Quarker
2490 Market St, NE
Washington, DC 20018

MOBILE AL 366
21 AUG 2025 AM 1 L
1775 5

FOREVER

X-RAY

Clerk of the Court
US District Court
Northern District of Texas
1100 Commerce St. #1452
Dallas, TX 75242

...ED - 5
... 26 2025
...ROOM

75242-131052

# Exhibit 17(h)

Gmail

**Email Notice of Proposed Class Action Settlement**
1 message

**Kelvin Wells** <kpwells63@yahoo.com> Sun, Aug 10, 2025 at 12:36 PM
To: Whatlove <whatlove03@gmail.com>, Kelvin Wells <wellskelvin1963@gmail.com>, Paulette Rahman <g45797@president.att-mail.com>, Sr. Officer Support <g53908@att.com>, devante.lewis@psc.com <devante.lewis@la.gov>, Torey Naquin (PSC) <torey.naquin3@la.gov>, FCC <consumercomplaints@fcc.gov>, FCC Disability Rights Office <dro@fcc.gov>

At&t changed my account PIN not allowing me to make online payments and doubled my billing each month to force me to leave at&t.kelvin Wells 1055 Elvin Drive Baton Rouge LA 70810.seeking damages for those actions also.

Kelvin Wells

---- Forwarded Message ----
**From:** Kroll Settlement Administration LLC <attsettlement@e.emailksa.com>
**To:** "kpwells63@yahoo.com" <kpwells63@yahoo.com>
**Sent:** Saturday, August 9, 2025 at 11:41:33 PM CDT
**Subject:** Email Notice of Proposed Class Action Settlement

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 19 2025
KCR
CLERK, U.S. DISTRICT COURT
By ______ Deputy

*In Re: AT&T Inc. Customer Data Security Breach Litigation*
MDL Docket No. 3:24-md-03114-E

**To all living persons in the United States whose Data Elements were included in the AT&T Data Incident that was announced on March 30, 2024, you may be eligible to receive a Settlement Class Member Benefit from a class action Settlement.**

**Name: KELVIN WELLS**
**Class Member ID: 83231NN3PNFX1**
**You have been identified as a member of the: AT&T 1 Settlement Class**

USDC
1100 Commerce St.
Room 1452
Dallas, TX. 75242

Please mail me Claim Form also.

Kelvin Wells
P.O. Box 352
ST. Gabriel, LA
70776
(225) 439-2646
Kpwells63@yahoo.com

I am asking for 300,000.00

Kelvin Wells

**Why am I receiving this Email Notice?** On March 30, 2024, AT&T announced that AT&T-specific fields were contained in a data set released on the dark web ("AT&T 1 Data Incident"). Following AT&T's announcement of the AT&T 1 Data Incident, lawsuits were iled against AT&T in state and federal courts across the co ntry. The lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 (captioned *In re AT&T Inc. Customer Data Sec. Breach Litigation*) (the "Action"). Without any admission of liability or wrongdoing, the Parties to the Action have agreed to enter a Settlement. You may be a Settlement Class Member eligible to receive Settlement Class Member Benefits under this Settlement.

**Who is a Settlement Class Member?**
All living persons in the United States whose Data Elements (some combination of names, addresses, telephone numbers, email addresses, dates of birth, account passcodes, billing account numbers, and Social Security numbers) were included in the AT&T 1 Data Incident, that was announced on March 30, 2024.

**What does the Settlement provide?** A non-reversionary all cash fund of $149,000,000 is available to pay Settlement Class Members to settle the claims arising from the AT&T 1 Data Incident ("AT&T 1 Settlement Fund").

Settlement Class Members will be eligible to receive: (a) Documented Loss Cash Payments; **or** (b) a Tiered Cash Payment. Please visit here for a full description of the Settlement Class Member Benefits and documentation requirements.

**How do I submit a Claim Form for a benefit?** You must submit a Claim Form, available here to be eligible to receive a benefit. Your completed Claim Form must be submitted online or mailed to the Settlement Administrator at AT&T Data Incident Settlement, c/o Kroll Settlement Administration LLC, P.O. Box 5324, New York, NY 10150-5324 and **postmarked, by November 18, 2025.** You will need the Class Member ID located at the top of this email to submit a Claim.

**TO RECEIVE AN ELECTRONIC OR ACH PAYMENT FOR YOUR VALID CLAIM, YOU MUST FILE A CLAIM FORM ONLINE AT WWW.TELECOMDATASETTLEMENT.COM**

**What are my other options?** If you **Do Nothing,** you will be legally bound by the terms of the Settlement, and you will release your claims against AT&T and all other Released Parties as defined in the Settlement Agreement. You may **Opt-Out** of the Settlement by **October 17, 2025** or file an **Objection** to the Settlement by **October 17, 2025**. Please visit **www.telecomdatasettlement.com** to view the Long Form Notice for more information on how to submit a request for exclusion and exclude yourself from or object to the Settlement.

**Do I have a lawyer in this case?** Yes, the Court appointed Class Counsel to represent you and other Settlement Class Members. You will not be charged directly for these lawyers; instead, the attorneys' fees and costs, will be paid up to one-third of the AT&T 1 Settlement Fund, plus reimbursement of costs incurred in prosecuting and settling the Action. If you want to be represented by your own lawyer, you may hire one at your own expense.

**The Court's Final Approval Hearing.** The Court is scheduled to hold a Final Approval Hearing on **December 3, 2025, at 9:00 a.m. CT**, to consider whether to approve the Settlement, hear objections, and consider Class Counsel's Application for Attorneys' Fees, Costs, and Service Awards, which are not to exceed $1,500 per Class Representative. You and/or an attorney that you have hired to represent you at your own expense may appear at the hearing, but you don't have to attend.

This Email Notice is only a summary. For more information or to change your address, visit www.telecomdatasettlement.com or call toll-free **(833) 890-4930.**

**PLEASE DO NOT CONTACT THE COURT, CLERK OF THE COURT OR CLASS COUNSEL FOR INFORMATION ABOUT THE CLASS ACTION SETTLEMENT**

Please monitor https://www.telecomdatasettlement.com/ for updates or call (833) 890-4930.

This email was sent to you because you are a Settlement Class Member.| Unsubscribe

Please do not reply to this email, it is sent from an unmonitored mailbox.

AT&T

AT&T Office of the President

Phone: 1 (800)-288-2020
Fax: 1 (281) 664-5370

## Response to Notice of Informal Complaint (NOIC)

Date: 03/04/2025

Federal Communications Commission
Consumer & Governmental Affairs Bureau
Consumer Inquiries and Complaints Division
45 L Street, NE
Washington, D.C. 20554

Complainant's Name: Kelvir Wells
File No.: 7640458
Response Type: Internet
Serve Date: 02/10/2025

**INVESTIGATION SUMMARY:**

AT&T received a notice from the Federal Communications Commission on behalf of Kelvin Wells regarding AT&T INTERNET℠ billing concerns.

AT&T previously addressed Mr. Wells' concerns under FCC ticket 7454437 and by his direct contacts to AT&T received between 01/2024 and 10/2024.

Mr. Wells has repeatedly submitted the same complaint, and he has refused to cooperate with AT&T, including declining to verify his identity properly and authenticate his account. AT&T has previously provided a final response and respectfully denied his demands multiple times because AT&T does not believe Mr. Wells' complaint has a good faith basis in fact or in law. While AT&T strives to resolve all customer disputes, it regrets that it was unable to reach a satisfactory resolution for Mr. Wells. Although Mr. Wells has expressed his dissatisfaction, AT&T believes all efforts have been made to best serve him, and its previous resolution remains unchanged.

Mr. Wells' concerns have been addressed and AT&T provided contact information should he have any further questions or concerns. AT&T sincerely apologizes for any inconvenience caused by this matter.

Please refer any additional questions, requests, or correspondence specific to this case to Paulette Rahman at g45797@att.com or 877-981-3661, Ext. 8876.

---

Sincerely,

AT&T Office of the President

cc: Kelvin Wells

2025 Apr. 22
At&t's stall factor is to prolong this part of administrative remedy, Paula Rahman & others understand the impact of their engaging in frauding me and other customers will cost her in individual & official capacity millions. I've paid At&t for over a decade & probably over charged for that long. How about that for proof & the documentation submitted? Kelvin Wells
P.O. Box 352 St. Gabriel, LA. 70776

Date Printed: 03/04/2025
Page: 1 of 1

LDVA Louisiana Department of Veterans Affairs

# DISABLED VETERANS PROPERTY TAX BENEFITS CERTIFICATION

Tax Assessor, East Baton Rouge Parish

Name of Veteran Kelvin Paul Wells Phone 225-439-2646

Name of Veteran's Surviving Spouse (if applicable) ______

Residential Property Address 1055 Elvin Drive

Baton rouge, LA 70810

The Louisiana Department of Veterans Affairs certifies that person named above is a **Veteran with a service-connected disability rating of 50% or more** as determined by the U.S. Department of Veterans Affairs, for the purpose of seeking a special assessment level under Article VII, Section 18(G) of the Louisiana Constitution, on residential property owned and occupied by the Veteran.

For the purpose of seeking ad valorem taxation exemption on residential property owned and occupied by a Veteran or a Veteran's surviving spouse under Article VII, Section 21(K) of the Louisiana Constitution, the Veteran named above has:

[X] **A service-connected total disability rating of 100% by schedule or based on Individual Unemployability** (*temporary ratings under 38 CFR 4.28, 4.29, and 4.30 do not qualify*) as determined by the U.S. Department of Veterans Affairs.

[ ] **A service-connected total disability rating of 70% to 99% by** (*temporary ratings under 38 CFR 4.28, 4.29, and 4.30 do not qualify*) as determined by the U.S. Department of Veterans Affairs.

[ ] **A service-connected total disability rating of 50% to 69% by** (*temporary ratings under 38 CFR 4.28, 4.29, and 4.30 do not qualify*) as determined by the U.S. Department of Veterans Affairs.

## Louisiana Department of Veterans Affairs Certification

I certify that the above named Veteran meets the eligibility requirements indicated above.

LA. Dept. of Veterans Affairs
Ascension Parish Service Office
P.O. Box 1227
Gonzales, LA. 70707-1227

Office Stamp

[signature]
Signature of Veterans Assistance Counselor

Michael Wilson Jr
Printed Name of Veterans Assistance Counselor

19Dec2023
Date

Forward to AT&T Please Forward

2025 Apr. 22
AT&T is
stealing

Only my address changed, NO service change, bills doubled since 12-29-2023, todays date Mar. 22, 2025

# [redacted]formal Complaint Form

Federal Communications Commission
Consumer & Governmental Affairs Bureau
Phone: 1-888-CALL-FCC (1-888-225-5322)
Fax: 1-866-418-0232
TTY: 1-888-TELL-FCC (1-888-835-5322)
American Sign Language Support Line: 1-844-4-FCC-ASL (1-844-432-2275)

For faster submission, consider filing your complaint electronically at www.fcc.gov/complaints

## CONTACT INFORMATION

(Colons below designate locations for responses) (Disabled Veteran)

First Name: Kelvin

Last Name: Wells

Company Name (if applicable):

Street Address/ PO Box: P.O. Box 352

City or Town: ST. Gabriel, LA. 70776

State: Louisiana

Zip Code: 70776

Phone service address
1055 Elvin Dr.
Baton Rouge, LA. 70810
(225) 766-8901 (Fax only)

Telephone Number and extension (if applicable):

Best Time to Contact You if Additional Information is Needed:

E-mail Address: Kp wells 63 @ yahoo. com
Wells Kelvin 1963@gmail.com

**COMPLAINT INFORMATION**

Your Issue (choose all that apply by placing an "X" on same line):

**TV**

Availability:
Billing:
Equipment:
Indecent Content:
Loud Commercials:

**Phone**

Unwanted Calls:
Availability:
Billing: I have been over billed for a year
Cramming:
Equipment:
Interference:
Junk Faxes:
Number Portability:
Rural Call Completion:
Slamming:

**Internet**

Availability:
Billing: I have been over billed for a year
Equipment:
Interference:

Speed:

**Radio**

Availability:
Billing:
Equipment:
Indecency:
Interference:
Pirate Radio:

**Access for People with Disabilities**

Closed Captioning.
Emergency Information:
Hearing Aid Compatibility:
Telecommunications Relay Service:
Video Description:

**Emergency Communications**

Interference:
Phone/911:
Tower Light Outage:

**Identify the name of the company that you are complaining about:**

AT&T 308 South Akard St.
Ste. 1110
Dallas, TX. 75202

**Describe what happened so that we can understand your issue. If relevant, include the name of the company you are complaining about, your account number and any other information you think might be**

## How to Submit Your Informal Complaint

You may submit this form by fax to 1-866-418-0232, or by postal mail to:

Federal Communications Commission
Consumer & Governmental Affairs Bureau
Consumer Inquiries and Complaints Division
45 L Street, NE
Washington, D.C. 20554.

In addition, you may submit your complaint or obtain consumer information over the telephone by calling 888-CALL-FCC (1-888-225-5322) voice, or 1-888-TELL-FCC (1-888-835-5322) TTY, or 844-4-FCC-ASL (1-844-432-2275) ASL. An FCC customer service representative will fill out an electronic version of the form for you during your conversation.

Case 3:24-cv-00757-E Document 317 Filed 08/19/25 Page 9 of 20 PageID 4147

AT&T

KELVIN WELLS
2575 GARDERE LN APT R311
BATON ROUGE LA 70820-7953

Page: 1 of 3
Issue Date: Feb 16, 2023
Account Number: 257971130

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.

Total due
$61.77
Please pay by:
Mar 11, 2023

## Account summary

| | |
|---|---|
| Your last bill | $61.77 |
| Payment, Feb 06 - Thank you! | -$61.77 |
| Remaining balance | $0.00 |

## Service summary

| | | |
|---|---|---|
| Internet | *Page 2* | $10.00 |
| Phone | *Page 2* | $51.77 |
| Total services | | $61.77 |

**Total due** **$61.77**
Please pay by Mar 11, 2023

Only address Changed & Bill have been doubled since 12-29-2023
Kelvin Wells
2025 mar 22

**Ways to pay and manage your account:**

**myAT&T app** iPhone and Android
**att.com/pay**
**800.288.2020** TTY: 800.651.5111

**Scan to pay**

AT&T

KELVIN WELLS
2575 GA[illegible]
BATON ROUGE LA 70820-7953

Page: 1 of 3
Issue Date: Jan 16, 2023
Account Number: 257971130

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.

Total due
$61.77
Please pay by:
Feb 07, 2023

## Account summary

| | |
|---|---|
| Your last bill | $60.75 |
| Payment, Jan 08 - Thank you! | -$60.75 |
| Remaining balance | $0.00 |

## Service summary

| | | |
|---|---|---|
| Internet | Page 2 | $10.00 |
| Phone | Page 2 | $51.77 |
| Total services | | $61.77 |

**Total due** **$61.77**
Please pay by Feb 07, 2023

**Ways to pay and manage your account:**

**myAT&T app** iPhone and Android
**att.com/pay**
**800.288.2020** TTY: 800.651.5111

**Scan to pay**

AT&T

Page: 3 of 3
Issue Date: Jan 16, 2023
Account Number: 257971130

*...News you can use continued*

including any inability to acquire reasonable substitute service. AT&T Customer Service can be reached at the toll-free number on your bill or V/TTY 800.651.5111. Thank you, AT&T, 60 West Avenue, Room 405, Wayne, PA 19087.

**Get it all with AT&T**

Everyone gets our great deals. Enjoy internet, wireless, TV and other premium services. Give us a call today at 844.887.2690.

## Important information

**Late payment fee**

A late payment fee of up to $9.99 will be assessed if payment is not received on or before the due date.

**Electronic check conversion**

Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically. If you want to save time and stamps, sign up for AutoPay at att.com/autopay using your checking account. It's easy, secure, and convenient!

**Internet usage allowance**

Unless your internet plan includes an unlimited data usage allowance, your total internet usage allowance will consist of your 1.5 terabyte (1.5 TB or 1,536 GB) plan usage allowance plus any additional offers. Exceeding your total internet usage allowance will result in a charge of $10 for each additional 50 GB of data even if less than 50 GB is consumed up to a maximum overage charge of $100 a month. Visit att.com/internet-usage to view details of your internet data usage.

**Fees and surcharges notice**

AT&T collects monthly fees and surcharges to help recover its required contribution to government programs and to recover costs AT&T pays in taxes and required payments levied by federal, state, and local governments. These fees and surcharges included on your bill are periodically adjusted to align with the rates determined by the government agency that is responsible for the state or federal fund or tax and subject to change at any time without notice to you unless required by law. For more information, please contact an AT&T Service Representative at the phone number listed on the front of your bill.

**Regulatory Cost Recovery Charge (RCRC)**

The RCRC is a monthly charge assessed by AT&T to recover fees imposed on AT&T by governmental entities in order to provide you with service. Components include: Federal Regulatory Fee, Telecommunications Relay Service (TRS) Fee, North American Numbering Plan Fee, and support for Local Number Portability administration.

**Administrative Fee**

Monthly surcharge that helps defray customer service costs associated with providing AT&T Phone services.

**Customer support**

AT&T speaks many languages. English 800.288.2020; Spanish 800.870.5855; Cantonese 800.281.2288; Mandarin 888.333.2828; Korean 800.300.6657; Vietnamese 800.300.5315; All other languages 800.203.8600.

AT&T U-verse SM TV, AT&T Internet and AT&T Phone provided by AT&T Louisiana.

© 2023 AT&T Intellectual Property. All rights reserved.

Printed on Recyclable Paper

AT&T

KELVIN WELLS
2575 GARDERE LN TRLR 83
BATON ROUGE LA 70820-7953


Issue Date: Mar 16, 2023
Account Number: 257971130

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.

Total due
$61.77
Please pay by:
Apr 08, 2023

## Account summary

| | |
|---|---|
| Your last bill | $61.77 |
| Payment, Mar 06 - Thank you! | -$61.77 |
| Remaining balance | $0.00 |

## Service summary

| | | |
|---|---|---|
| Internet | *Page 2* | $10.00 |
| Phone | *Page 2* | $51.77 |
| Total services | | $61.77 |

**Total due** **$61.77**
Please pay by Apr 08, 2023

**Ways to pay and manage your account:**

**myAT&T app** iPhone and Android
**att.com/pay**
**800.288.2020** TTY: 800.651.5111

**Scan to pay**

KANSAS CITY 640
15 APR 2025 PM 2 L

AT&T Corp.
P.O. Box 580
Lee's Summit, MO 64063-0580

Kelvin Wells
PO Box 352
St. Gabriela, LA 70776

70776-035252

Case 3:24-cv-00757-E Document 317 Filed 08/19/25 Page 14 of 20 PageID 4152

AT&T

KELVIN WELLS
2575 GARDERE LN TRLR 83
BATON ROUGE LA 70820-7953

Page: 1 of 3
Issue Date: Mar 16, 2022
Account Number: 257971130

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at att.com/paperless

AutoPay: Set up automatic payments that you can update whenever you want. Go to att.com/autopay today.

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.

Total due
$66.13
Please pay by:
Apr 07, 2022

## Account summary

| | |
|---|---|
| Your last bill | $23.27 |
| Payment, Mar 15 - Thank you! | -$23.27 |
| Remaining balance | $0.00 |

## Service summary

| | | | What's changed? |
|---|---|---|---|
| Account charges | *Page 2* | $9.99<br>Last bill $0.00, Difference +$9.99 | *< Late payment fee* |
| Internet | *Page 2* | $10.00<br>Last bill $10.00 | |
| Phone | *Page 2* | $46.14<br>Last bill $46.14 | |
| Total services | | $66.13 | |

**Total due** **$66.13**
Please pay by Apr 07, 2022

**Ways to pay and manage your account:**

**myAT&T app** iPhone and Android | **att.com/pay** | **800.288.2020** TTY: 800.651.5111

**Scan to pay**

AT&T

Page: 3 of 9
Issue Date: Mar 16, 2022
Account Number: 257971130

## News you can use

**Unlimited plan rate increase**
The $34.99 monthly rate for Unlimited N. America will increase to $35.99 on 3/20/2022. If you subscribe to the Unlimited N. America plan, but at a different monthly rate, you will not be affected by this change. If you have any questions or to learn more about our money-saving services, visit att.com or call 800.288.2020.

**Account notice**
Your Access from AT&T temporary waiver or data overage fees will expire on April 30, 2022. At that time, the $0 Unlimited Usage Plan Stand-alone will be removed from your account, and your plan will revert to its original data limit of 1TB per month. If you exceed your monthly data allowance, you will be charged $10 for each additional 50GB of data usage, even if less than 50GB is used. To monitor your data usage levels, go to att.com/myatt. For more information and data usage tips, go to att.com/internetusage

**AT&T all the way**
Get premium AT&T Internet, Wireless, TV and other great services. It's so much simpler when it's under one roof. New and existing customers get our best deals. Call today: 844.211.2649.

**Get DIRECTV STREAM[SM]**
Watch the best of Live TV & On Demand on all your favorite screens today. Plus, no contract required! 877.846.7852 or visit directv.com/BestStream

## Important information

**Late payment fee**
A late payment fee of up to $9.99 will be assessed if payment is not received on or before the due date.

**Electronic check conversion**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically. If you want to save time and stamps, sign up for AutoPay at att.com/autopay using your checking account. It's easy, secure, and convenient!

**Internet usage allowance**
Unless your internet plan includes an unlimited data usage allowance, your total internet usage allowance will consist of your 1 terabyte (1TB or 1,024 GB) plan usage allowance plus any additional offers. Exceeding your total internet usage allowance will result in a charge of $10 for each additional 50 GB of data even if less than 50 GB is consumed up to a maximum overage charge of $100 a month. Visit att.com/internet-usage to view details of your internet data usage.

**Regulatory Cost Recovery Charge (RCRC)**
The RCRC is a monthly charge assessed by AT&T to recover fees imposed on AT&T by governmental entities in order to provide you with service. Components include: Federal Regulatory Fee, Telecommunications Relay Service (TRS) Fee, North American Numbering Plan Fee, and support for Local Number Portability administration.

**Administrative Fee**
Monthly surcharge that helps defray customer service costs associated with providing AT&T Phone services.

**Customer support**
AT&T speaks many languages. English 800.288.2020; Spanish 800.870.5855; Cantonese 800.281.2288; Mandarin 888.333.2828; Korean 800.300.6657; Vietnamese 800.300.5315; All other languages 800.203.8600; Disabilities and Aging 800.772.3140.

AT&T U-verse[SM] TV, AT&T Internet and AT&T Phone provided by AT&T Louisiana.
© 2022 AT&T Intellectual Property. All rights reserved.

Printed on Recyclable Paper

Case 3:24-cv-00757-E Document 317 Filed 08/19/25 Page 16 of 20 PageID 4154

AT&T


Issue Date: Aug 16, 2024
Account Number: 257971130

## Service activity

### Internet

| Monthly charges | Aug 17 - Sep 16 | |
|---|---|---|
| 1. Internet Basic 3 | | $70.00 |
| **Government fees & taxes** | | |
| 2. LA County Sales Tax | | $0.22 |
| 3. LA State Sales Tax | | $0.18 |
| **Total for Internet** | | **$70.40** |

**Usage summary**

| Data | Used |
|---|---|
| Data allowance (1,536 GB) | 59 |

### Phone

| Monthly charges | Aug 17 - Sep 16 | |
|---|---|---|
| 1. Phone Unlimited N. America 225.766.8901<br>*$10 off for 12 months (Expires Feb 05, 2025)* | | $24.99 |
| **Company fees & surcharges** | | |
| 2. Administrative Fee | | $0.99 |
| 3. Federal Universal Service Charge | | $6.34 |
| 4. LA Universal Service Fund | | $0.41 |
| 5. Regulatory Cost Recovery Fee | | $1.23 |
| **Government fees & taxes** | | |
| 6. LA County 911 Service Fee | | $0.99 |
| 7. LA State Telecommunications Sales Tax | | $0.80 |
| 8. LA State Telecommunications Sales Tax - Interstate | | $0.24 |
| **Total for Phone** | | **$35.99** |

**Usage summary**

| 225.766.8901 | Used |
|---|---|
| Minute allowance (unlimited) | 820 |

## News you can use

**It's easier with myAT&T!**
Make payments and payment arrangements, check your balance and usage, and get help. Manage your device, plan and features, shop, upgrade, and add lines. Visit att.com/myatteasy2

**Powerful, unlimited connections and big savings that last**

Get some serious savings when you go all in with our best wireless plans and hyper-fast internet. The latest devices and best offers await. Call 844.211.2652 today.

## Important information

**Late payment fee**

*Important information continues...*

Case 3:24-cv-00757-E Document 317 Filed 08/19/25 Page 17 of 20 PageID 4155

# BBB® Complaint Form

Please return to:
Better Business Bureau serving Southeast Louisiana
3421 N. Causeway Blvd. Suite 707 Metairie, LA 70002
phone: (504) 581-6222 fax: (504) 524-9110 info@neworleans.bbb.org

| ansaction | Date you complained to company | Product or service | Salesperson |
|---|---|---|---|
| | Nov 09, 2024 | Phone & internet | |

| Company Information | | Consumer Information | |
|---|---|---|---|
| Name | AT&T | Your Name | Kelvin Wells |
| Address | 308 South Ackord | Your Address | P.O. Box 352 |
| City, State, ZIP | Dallas, TX. 75202 | Your City, State, ZIP | St. Gabriel, LA. 70776 |
| | | Your Phone | (225) 439-2646 Cell (225) 766-8901 (Fax only) |
| | | Your Email address | KP wells 63@yahoo.com |

Check causes of complaint below:

Advertising Issues Selling Practices Delivery Issues Repair Issues Warranty Issues
Product Quality Refund Practices Contract Dispute Service Issues Credit or Billing Dispute

explain the complaint details:

I've have been over billed since Jan of 2024 as I as a Disabled Veteran was part of access program. Since then, my bill has doubled and AT&T knowing that I'm Disabled Veteran, recieved my re-certification, and all pertinent information steals a over bills me intentionally frauding me each month.

t adjustment do you consider mutually fair:

double credit all payment's I sent to AT&T in 2024 a I should be billed for next 6 months and still have credit

2025 March

| You may attach copies of receipts, contracts, or other supporting documentation, if necessary. | Signature Kelvin Wells | Date 2024 ~~Nov 10~~ |
|---|---|---|

Thanks for your service is a circle of fees!

Case 3:24-cv-00757-E Document 317 Filed 08/19/25 Page 18 of 20 PageID 4156

Please forward to:

2024 Oct. 27

AT&T Office of the President
308 South Akard Street
Suite 1110.E3
Dallas, TX 75202-5315

October 15, 2024

Kelvin Wells
2575 Gardere Ln Trlr 83
Baton Rouge, LA 70820-7953

Neigbor forwarded this letter to me,all documentation sent to At&t,Public Service Commission,FCC,BBB has my mailing address as PO Box 352 St.Gabriel,La. 70776 as easch payment sent in for a decade,the service address is 1055 Elvin Dr.Baton Rouge, La.70810.Please explain to Paula R. and the actual President of that company,over 15 years of payments confirm status,or return every cent.

Kelvin Wells

RE: AT&T Billing Account No. .......1130 & Case No. 2480703

Dear Kelvin,

After responding to your multiple, repeat complaints, AT&T respectfully provided our final response on 09/17/2024. While we understand you disagree, we maintain our position, consider these matters closed, and decline to address them again.

Specifically, we advised you it is important we have a brief discussion with you to verify your identity, authenticate your account, and have your authorization to send information via email for each request you submit. This step is vital for maintaining the integrity of your account and protecting your personal information, and you have spoken with us by phone in the past.

Since that letter, you have continued submitting the same complaints. Such repeated complaints are burdensome for our agents, divert assistance from other customers, and will not change our answer. We ask that you cease and desist further submissions.

Please let us know a convenient time for you to speak with us, either via phone or through a secure online meeting platform. Your cooperation and understanding in this matter are appreciated, as they help us maintain the highest standards of account security and customer service.

We trust you understand our policy and guidelines to protect our customers. We look forward to providing you the services you want with mutual respect.

Sincerely,

*Paulette Rahman*

Paulette Rahman Sr. Manager
AT&T Office of the President
P: 877-981-3661 ext. 887

2024 Oct. 27

Your actions of leaving my account open to hackers placing my private information without protection has allowed despots to call dozens of times each day and night and some unauthorized use of credit cards. This Disabled Veteran has tinnitus ringing in the ears as a form of ptsd and loss of hearing in which your actions of over billing since december 2023 has added more stress The neglect,malfeasance,and lack of professionalism compounds the anquish.

Kelvin Wells

Kelvin Wells

AT&T Corp.
P.O. BOX 580
Lee Summit MO 64063

 2024 Sept. 25

M

## Fw: Complaint,over charges billing,transfer from 2575 gardere lane lot 83,baton rouge,La.70820

1 message

**Kelvin Wells** <kpwells63@yahoo.com> Wed, Sep 4, 2024 at 6:01 PM
To: FCC <consumercomplaints@fcc.gov>, Davante Lewis <davante.lewis@la.gov>, AT&T Office of the President <g14011@att.com>, Sr. Officer Support <g53908@att.com>, torey.naqin3@la.gov <torey.naqin3@la.gov>, Whatlove <whatlove03@gmail.com>, Kelvin Wells <wellskelvin1963@gmail.com>, Paulette Rahman <g45797@president.att-mail.com>, Better Business Bureau <complaints@mw.bbb.org>, Veterans Affairs Office of Inspector General (OIG) <vaoig@messages.va.gov>

---- Forwarded Message ----
**From:** Kelvin Wells <kpwells63@yahoo.com>
**To:** Paulette Rahman <g45797@president.att-mail.com>
**Sent:** Wednesday, September 4, 2024 at 05:55:29 PM CDT
**Subject:** Re: Complaint,over charges billing,transfer from 2575 gardere lane lot 83,baton rouge,La.70820

For over a decade,I haven't missed a payment concerning 225-766-8901 having been overcharged and receiving poor service during this entire period.i have provided statements from Veterans Administration showing permanent and total disabilty with rating of 100 percent,tinnitus and or hearing loss being one of those disabilties yet in total disregard of all request for written communication ,paulette keeps calling demanding to speak with me.A reasonable human knows better and would certainly not give false information thst shes or at&t has sent communication by surface mail to po box 352 st.gabriel,La.70776 or to billing address.i even provided copy of bill to bbb,fcc,and public service commissioner on several occasions as wellas fax number 225-766-8901 and text 225-439-2646.please provide the address of your registered agent for service as i intend to lodge formal complaint with the federal and state courts praying for a class action order showing and contending that a t& t is intentionally discriminating and retaliating against me and other Veterans. Sworn and Subscribed before me.
Kelvin Wells
[signature]

SWORN TO AND SUBSCRIBED BEFORE ME THIS 5th DAY OF Sept. 2024.
[signature]
Leanna McGee, Notary Public No. 151313
My Commission is for Life

LEANNA McGEE NOTARY PUBLIC NO. 151313 EAST BATON ROUGE PARISH, LA

On Wednesday, September 4, 2024 at 04:30:24 PM CDT, Paulette Rahman <g45797@president.att-mail.com> wrote:

Hi Mr. Kelvin,

Thank you for your recent correspondence to AT&T's Office of the President. I hope this message finds you well. I've attached a previous resolution letter sent to you regarding our policy on assistance with a complaint. Please contact me if your still in need of assistance. I can be reached M-F 8:30AM -5PM PT at 877-981-3661 xtn 8876.

Sincerely,

Paulette Rahman

Office of the President
AT&T Services, Inc.
p | g45797@president.att-mail.com

This message and any attachments to it contain confidential business information intended solely for the recipients. If you have received this email in error please do not forward or distribute it to anyone else but reply to report the error and then delete this message from your system.

ref:!00D6g05jkYJ.!500Kk01OdaC:ref

F

US POSTAGE IMI 974350810152148 2000393208
$2.44
SSK
FCM
08/10/25 Mailed from 70810 028W2311535

USPS FIRST-CLASS MAIL®

3.60 oz
RDC 99

SHIP TO:
United States District Court
1100 Commerce St.
Rm. 1452
DALLAS TX 75242

(420) 75242

United States District Court
1100 Commerce St
Rm 1452
Dallas, Tx. 75242

Wells, Kelvin
P.O. Box 352
St. Gabriel, LA.
70776

RECEIVED
AUG 18 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# Exhibit 17(i)

COR0000277
COR0000277

• **Hong Zhang**
meggie614@gmail.com | (626)-236-0731

In the case of the AT & T data breach incident, I would like to object to my current settlement and ask for a class one settlement. Currently, I am under a class two settlement, which indicates that my phone number and other basic information was leaked. However, I would like to argue that much more information was leaked during this breach, including my SSN. Along with this document, I have attached several forms that indicate this. My SSN was used to open a bank account in another state, without my knowledge. We received a statement to our current address highlighting this, which is also attached. This account was used in money laundering, where the perpetrator used my identity to open an account. We have filed a police report, it is also available for further information.

According to the settlement website:

1. **AT&T 1 Settlement Class:** All living persons in the United States whose Data Elements (which include some combination of names, addresses, telephone numbers, email addresses, dates of birth, account passcodes, billing account numbers, and Social Security numbers) were included in the AT&T 1 Data Incident, announced on March 30, 2024; AND
2. **AT&T 2 Settlement Class:** AT&T Account Owners or Line or End Users whose AT&T 2 Data Elements were involved in the AT&T 2 Data Incident. AT&T 2 Data Elements means telephone numbers of current and former AT&T customers, including, but not limited to, Account Owners or Line Users, which may have been accessible in the AT&T 2 Data Incident, along with the telephone numbers with which those customers interacted, counts of those interactions, aggregate call durations for a day or month, and for a small subset of individuals, one or more cell site identification numbers associated with the interactions.

I would like to argue that the date of the bank statements align with both data breach incidents, especially the first back in March 2024. I do not easily give out my personal information such as SSN and date of birth. Additionally, the statement was sent from Utah, which I am certain I have never been. I have dialed in to Marcus by Goldman Sachs to further investigate this account and they told us that it was opened via online banking services using SSN, with no need of a physical ID. Please let me know if you require any additional information. Thank you.

Sincerely,

Hong

A TRADITION OF SERVICE

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INCIDENT REPORT

DATE 08/09/24 PAGE 1 OF 3

ACTION: ☐ ACTIVE ☐ INACTIVE X PENDING; NON CRIMINAL; # OF ADULT ARRESTS Ø; # OF SUBJECT DETENTIONS Ø

URN# 9 (RETENTION) 24 (YEAR) 80028 (SEQUENTIAL) 2923 (REPORTING DISTRICT) 117 (STAT CODE) TAG# 70

CLASSIFICATION 1 / LEVEL / STAT CODE: IDENTITY THEFT 530.5(a) PC / F / 117

CLASSIFICATION 2 / LEVEL / STAT CODE

CLASSIFICATION 3 / LEVEL / STAT CODE

CLASSIFICATION 4 / LEVEL / STAT CODE

ADDITIONAL STAT CODES ☐ ASAP / 83 ☐ FIREARM RELATED / 83 ☐ GANG RELATED / 860 ☐ CYBER CRIME / 551 ☐ CYBER - RELATED CRIME / 552 ☐ CYBER - RELATED INCIDENT (NON - CRIMINAL) / 559 ☐ OTHER

DATE / TIME / DAY OF OCCURRENCE: BT 07/01/24 / MONDAY - 08/08/24 / THURSDAY

☐ PRINTS REQUESTED REQUESTED BY TIME
☐ PRINTS COMPLETED
BUSINESS NAME

LOCATION OF OCCURRENCE: 731 LEYLAND DR, DIAMOND BAR 91765

CODE: V - VICTIM • W - WITNESS • I - INFORMANT • R - REPORTING PARTY • P - PARTY

CODE V # 1 of 1 LAST NAME ZHANG FIRST NAME HONG MIDDLE NAME NMN SEX F RACE A DOB 07/31/71 AGE 63 DRIVER'S LICENSE / STATE ID 87605286/CA

RESIDENCE ADDRESS 731 LEYLAND DR. CITY DIAMOND BAR STATE CA ZIP 91765 RESIDENCE PHONE (Area Code)

BUSINESS / SCHOOL (GRADE) ADDRESS UNEMPLOYED CITY STATE ZIP BUSINESS PHONE (Area Code)

ETHNIC ORIGIN EMAIL ADDRESS SOCIAL NETWORKING ACCOUNT CELL PHONE (Area Code) 626)236-0731

VICTIM OF OFFENSE(S) (CLASSIFICATION) # # # # # #
VICTIM DESIROUS OF PROSECUTION? X YES ☐ NO
VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY? ☐ YES ☐ NO
ENGLISH SPEAKING? X YES ☐ NO
LANGUAGE

CODE / # of LAST NAME FIRST NAME MIDDLE NAME SEX RACE DOB AGE DRIVER'S LICENSE / STATE ID

RESIDENCE ADDRESS CITY STATE ZIP RESIDENCE PHONE (Area Code)

BUSINESS / SCHOOL (GRADE) ADDRESS CITY STATE ZIP BUSINESS PHONE (Area Code)

ETHNIC ORIGIN EMAIL ADDRESS SOCIAL NETWORKING ACCOUNT CELL PHONE (Area Code)

VICTIM OF OFFENSE(S) (CLASSIFICATION) # # # # # #
VICTIM DESIROUS OF PROSECUTION? ☐ YES ☐ NO
VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY? ☐ YES ☐ NO
ENGLISH SPEAKING? ☐ YES ☐ NO
LANGUAGE

CODE: S - SUSPECT • SJ - SUBJECT • M - PATIENT • S/V - SUSPECT / VICTIM • SJ / V - SUBJECT / VICTIM

CODE S # 1 of 1 LAST NAME UNKNOWN FIRST NAME MIDDLE NAME DOB AGE DRIVER'S LICENSE / STATE ID

SEX RACE ETHNIC ORIGIN HAIR EYES HEIGHT WEIGHT CELL PHONE (Area Code)

RESIDENCE ADDRESS CITY STATE ZIP RESIDENCE PHONE (Area Code)

BUSINESS / SCHOOL (GRADE) ADDRESS CITY STATE ZIP BUSINESS PHONE (Area Code)

AKA EMAIL ADDRESS SOCIAL NETWORKING ACCOUNT ENGLISH SPEAKING? ☐ YES ☐ NO LANGUAGE

MONIKER CHARGE BOOKING NUMBER N.I.C WHERE DETAINED OR CITE NUMBER N.I.C

CODE / # of LAST NAME FIRST NAME MIDDLE NAME DOB AGE DRIVER'S LICENSE / STATE ID

SEX RACE ETHNIC ORIGIN HAIR EYES HEIGHT WEIGHT CELL PHONE (Area Code)

RESIDENCE ADDRESS CITY STATE ZIP RESIDENCE PHONE (Area Code)

BUSINESS / SCHOOL (GRADE) ADDRESS CITY STATE ZIP BUSINESS PHONE (Area Code)

LARCIS: SC 8/13/24
SECDA: SC 8/13/24

AKA EMAIL ADDRESS SOCIAL NETWORKING ACCOUNT ENGLISH SPEAKING? ☐ YES ☐ NO LANGUAGE

MONIKER CHARGE BOOKING NUMBER WHERE DETAINED OR CITE NUMBER

BY DEPUTY Suarez EMPLOYEE # 610994 SWORN EXP IN YRS 6 DEPUTY EMPLOYEE # SWORN EXP IN YRS VACATION DATES

STATION WAL UNIT / CAR # 292X5 SHIFT D APPROVED Shi Wu EMPLOYEE # 543275 DATE / TIME 08/09/24 / 1540

PCD SUBMITTED? ☐ YES X NO VACATION DATES NONE ASSIGNMENT DB

HO NOTIFICATION REQUESTED? ☐ YES X NO DEPUTY DATE / TIME REQUEST DISTRIBUTION

SUSPECT / SUBJECT FIELD RELEASE APPROVED BY DATE / TIME TIME BROADCAST BY DATE / TIME SECRETARY JC

76C300F - SH-R-49 (Rev. 4/2014)

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INCIDENT REPORT

*A TRADITION OF SERVICE*

URN# 924-80028-2923-117
TAG # 70
DATE 08/09/24 PAGE 2 OF 3

**VEHICLE** LICENSE (STATE & NUMBER) YEAR MAKE MODEL BODY TYPE COLOR

VEHICLE FOR VICTIM # N/A
VEHICLE FOR SUSPECT #
REGISTERED OWNER
IDENTIFYING FEATURES

**STATUS** ☐ STOLEN ☐ STORED ☐ DAMAGED ☐ IMPOUNDED ☐ EMBEZZLED ☐ OUTSTANDING
CHP 180 SUBMITTED? ☐ YES ☒ NO
GARAGE NAME & PHONE

DESCRIPTION OF DAMAGE

**VEHICLE** LICENSE (STATE & NUMBER) YEAR MAKE MODEL BODY TYPE COLOR

VEHICLE FOR VICTIM # N/A
VEHICLE FOR SUSPECT #
REGISTERED OWNER
IDENTIFYING FEATURES

**STATUS** ☐ STOLEN ☐ STORED ☐ DAMAGED ☐ IMPOUNDED ☐ EMBEZZLED ☐ OUTSTANDING
CHP 180 SUBMITTED? ☐ YES ☒ NO
GARAGE NAME & PHONE

DESCRIPTION OF DAMAGE

## SCREENING FACTORS

☐ 1. SUSPECT IN CUSTODY
☐ 2. SUSPECT NAMED / KNOWN
☐ 3. UNIQUE SUSPECT IDENTIFIERS
☐ 4. VEHICLE IN CUSTODY
☐ 5. UNIQUE VEHICLE IDENTIFIERS
☐ 6. WRITER/REVIEWER DISCRETION

## PROPERTY CODE:

**S – STOLEN • R – RECOVERED • L – LOST • F – FOUND • E – EMBEZZLED • D – DAMAGED • K – SAFEKEEPING**
(Use all applicable Codes, for example, if property is both Stolen and Recovered, Code is S/R)

**RELEASED TO**

| CODE | ITEM # | QUAN. | DESCRIPTION (include kind of article, trade name, identifying numbers, physical description, material, color, condition, age and present market value) | SERIAL # | VALUE |
|---|---|---|---|---|---|
| | | | ** SEE NARRATIVE FOR FURTHER ** | | |

**Marcus:**
**BY GOLDMAN SACHS**

Goldman Sachs Bank USA
11850 South Election Road
Draper, UT 84020

September 4, 2024

Hong Zhang
731 Leyland Drive
Diamond Bar, CA 91765-4623

Re: Dispute Claim # 110465792608 Account ending in 2824

Dear Hong Zhang,

Research regarding your disputed account has been completed. A summary of the disputed account you reported is as follows:

The disputed account previously opened has been closed as shown below:

| Opening Date: | Account #: | Closure Date: |
|---|---|---|
| 06/25/2024 | 2824 | 08/16/2024 |

Please call us toll-free at **1-855-730-SAVE** (1-855-730-7283), Monday to Friday, 8 am – 10 pm, or Saturday to Sunday, 9 am – 7 pm ET for further information.

Sincerely,
Marcus by Goldman Sachs

Marcus by Goldman Sachs® is a brand of Goldman Sachs Bank USA, which is a wholly-owned subsidiary of The Goldman Sachs Group, Inc., a New York State-chartered bank and a member of the Federal Reserve System and FDIC. All savings deposit products provided by Goldman Sachs Bank USA.

Member FDIC

PO Box 70379

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
176006306

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: |
|---|---|---|
| Hong | | Zhang |
| **Address:** | **Phone:** | **Email:** |
| 731 Leyland Dr<br>Diamond Bar , CA 91765<br>USA | 626-236-0731 | meggie614@gmail.com |

## Personal Statement

I recieved a notice int he mail yesterday regarding an account with the finance company Marcus by Goldman Sachs. it notes that in the month If July (July 1- July 30), money has been transferred via internet deposit from Alliant Credit Union savibgs account to this Marcus online account. Then the money was withdrawn 14 different times mutiple times on 7/10 to a unknown BMO account. I do not know of any of this information, and I do not know how long this person has had my informaiton as well.

## Accounts Affected by the Crime

| Fraudulent Checking or Savings Account | | |
|---|---|---|
| **Company or Organization:** | Marcus by Goldman Sachs | |
| **Account Number:** | 300076442824 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 7/2024 | 8/2024 | $ 12813 |

| Fraudulent Bank Debits or Withdrawals | | |
|---|---|---|
| **Company or Organization:** | Marcus by Goldman Sachs | |
| **Account Number:** | 300076442824 | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 7/2024 | 8/2024 | $ 12403 |

# Exhibit 17(j)

83231 COR0000547
COR0000547

August 14, 2025

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

To Whom It May Concern:

I am writing to object to the AT&T Data Incident Settlement. I have been identified as a member of the AT&A 2 Settlement Class, with a class member ID of 832317HBVGYJ1.

If I am understanding the settlement correctly, I am not eligible for any compensation for this breach of my personal data unless I can document losses that are "fairly traceable" to the incident. However, I have not been provided with enough information to determine whether I have suffered losses related to the incident. What would constitute a "loss"? What would serve as acceptable "documentation" of a loss? These details are missing from the information I've received.

How am I to know whether some unidentified bad actor is misusing my personal information in a way that is harming me, financially or otherwise? How can I know whether this breached information is the reason for phishing and spam texts and calls that I currently receive on my phone(s), for example? How can I know whether a bad actor is using information about calls made by me or a family member to target us in marketing or fraudulent schemes? How can I be confident that harmful misuse of my household's data will not occur in the future, after this settlement has been concluded?

The AT&T security failure that allowed my household's personal cellphone numbers, and the telephone numbers with which we interacted, to be accessed by potential bad actors was *itself* a loss—one that is not easily documented but nonetheless deserving of compensation. We have paid AT&T faithfully every month for several decades, with the understanding that our data would be secure. AT&T did not keep its end of the bargain. And now the burden seems to have fallen on the customers—who were blameless in all of this—to prove that we were harmed by the company's failure.

While this settlement may be agreeable to AT&T and to the lawyers who negotiated this and will presumably get a big payout from it, it is a disservice to customers whose data was breached, regardless of whether we have the time and wherewithal to prove that we were harmed. The data breach itself was a harm that merits redress.

Respectfully,

Dawn Stover
1208 Snowden Rd
White Salmon, WA
Phone: 509-493-3652
Email: dstover@hughes.net

MS. DAWN STOVER
1208 SNOWDEN RD.
WHITE SALMON, WA 98672

PORTLAND OR RPDC 972
18 AUG 2025 PM 5 L

USA FOREVER

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

10150-532424

# Exhibit 17(k)

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

9/22/2025

RE: AT&T Inc. Customer Data Security Breach Litigation
MDL Docket No. 3:24-md-03114-E

I hereby Object to the Settlement proposed AT&T Data Incident Settlement for the following reasons:

a) It includes no commitment from AT&T to prevent future data breaches despite this being its second (known) breach.
b) AT&T should be required to specify, in writing, to each victim, exactly what personal data was exposed (not generalities – specifics).
c) This settlement does not address future harm which may be caused by this breach.
d) This settlement excludes related parties whose data has also been exposed by this breach.

Jenny Moyer Murphy
Class Member ID # 83231GD3GK4SB
AT&T Settlement Class 2
1775 Metz Road
Harleysville, PA 19438

p.o. box 5324
New York, NY 10150-5324



PHILADELPHIA PA 190
22 SEP 2025 PM 5 L

FOREVER USA 2024

AT&T Data Incident Settlement
C/o Kroll Settlement Administration LLC
p.o. box 5324
New York, NY 10150-5324

10150-532424

# Exhibit 17(l)

**Name:** ***Jeffrey M. Nadeau***
**Address:** ***5753 Highway 85 N. PMB 1829***
***Crestview, FL. 32536***
**Phone:** ***(207) 441-7734***
**ATT #:** ***8003310500 (number listed on my credit card statements)***
**E-mail:** ***jmn8669@gmail.com***

My objection to this settlement is because I believe that a financial settlement is not enough compensation to customers.

I understand that there are people who have actual financial losses and should be compensated.
To my knowledge, I have had no finacial loss, but instead, a daily rage at the amount of scam calls I recieve, which is up to an average of 5 per day.

These phone companies need to be doing more to protect there customers from these annoying calls.

## THERE IS NO SUCH THING AS AN "UNKNOWN CALLER"

**Every phone number has a name associated with it** and I'm sure the technology exists that would allow every phone call made to ping back to the actual number for confirmation before the call is completed.

I have not objected to any class action settlements in the last 5 years and I have no council representing me and will not be attending any hearings.

I have no actual proof that the data breach has led to the increase in annoyance calls but do strongly believe these companies should be doing more to protect there customers.

Jeffrey Nadeau

PORTLAND OR 972
26 SEP 2025 PM 5 L

$0.74
US POSTAGE
FIRST-CLASS IMI
063S10896186
97439
000039827

AT&T Data Incident Settlement
c/o Kroll settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

10150-532424

# Exhibit 17(m)

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

Grace Wilder Teal
205 Oak Ln
Absecon, NJ.

08201 -1737

Class Member ID # 83231DK5BR8HZ

To Whom it may concern,

I am a Tier 1 AT&T Class Settlement customer , since I was not attacked YET from AT&T letting my social security number fly on the "Dark Net" , I cannot claim damages & I surely don't feel 5 times whatever amount of money could possibly make up for a scammer ruining my whole life ... so I OBJECT TO THIS PROPOSAL.

I'm not looking for a pay off, I am seventy years old, if my social security is compromised , I'm screwed ! It's what I live on. It would be devastating .

I propose you give me a lifetime of LIFELOCK security measures instead of money...& make it the best choice they have.

Thank you for your consideration.

Sincerely,

Grace Wilder Teal     10/1/2025

RE: AT&T Inc. Customer Data Sec. Breach Litigation
MDL Docket No. 3:24-md-03114-E

3:24-cv-757-E

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 7 2025
CLERK, U.S. DISTRICT COURT
By KAF
Deputy

Mrs. Grace Wilder Teal
205 Oak Ln.
Absecon, NJ 08201

SOUTH JERSEY NJ 080
2 OCT 2025 PM 5 L

1775 [redacted]

AT&T DATA INCIDENT SETTLEMENT
CLERK OF THE COURT
1100 COMMERCE ST
DALLAS, TX 75242

...ED - 5
- 7 2025

75242-131052

# Exhibit 17(n)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 27 2025
CLERK, U.S. DISTRICT COURT
By KCR
Deputy

3:24-CV-757

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

**DALLAS DIVISION**

**IN RE AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION**

**MDL Docket No. 3:24-md-03114-E**

**Before the Honorable Judge Ada E Brown**

**OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT AND NOTICE OF INTENT TO APPEAR**

I, Shanee Jackson, a member of the proposed settlement class, herby submit this written

Objection to the proposed Class Action Settlement in the above-captioned matter and provide notice of my intent to appear at the Final Approval Hearing.

## I. IDENTIFICATION OF OBJECTOR

Name: Shanee Jackson

Address: 431 Woodlawn Ave NE Atlanta, GA 30318

Telephone Number: 404 809 5956

Email Address: Jacksonsha.79@gmail.com

Class Membership: Overlap Settlement Class

Member (eligible under both AT&T 1 and AT&T 2 Settlement Classes)

## II. GROUNDS FOR OBJECTION

I respectfully object to the proposed Settlement on the following grounds:

1. The proposed settlement amount is unreasonably low.

The total compensation available to Settlement Class Members is disproportionate to the scale and duration of the harm suffered by individuals whose sensitive personal date including Social Security number and account details were compromised in both the AT&T 1 and AT&T 2 Data incidents. The Monetary relief fails to adequately account for the risk of ongoing and future identity theft, credit impact, and loss of privacy.

2. The attorneys' fees are excessive relative to the benefits to class members.

The proposed allocation of net recovery available to individual Settlement Class Members. This imbalance raises concern that the settlement primarily benefits counsel rather than the affected consumers. The Court should scrutinize and reduce these fees to align with the actual relief provided to the class.

3. The Settlement unfairly treats Overlap Members.

Individuals like myself, who fall into both the AT&T 1 and AT&T 2 Settlement Classes, face limitations that prevent full compensation for cumulative harm. The restriction against using the same documentation for both incidents further diminishes fairness and equity for those whose date was compromised multiple times.

## III. REQUEST FOR RELIEF

I respectfully request that the Court:

Consider my individual objection and ensure that I, as an Overlap Settlement Class Member, receive a fair and reasonable payment the adequately reflects the harm, inconvenience, and ongoing risk I have experienced as a result of both the AT&T 1 and AT&T 2 Data Incidents.

Specifically, I request that the Court award or direct the Settlement Administrator to provide and increased or equitable payment to me personally, in recognition of the compounded exposure of my date in both incidents and the inadequacy of the current proposed tiered cash payment structure.

## IV. CONCLUSION

For the foregoing reason, I respectfully request that the Court sustain my objection and ensure that I personally receive fair and adequate compensation in light of my individual harm and overlapping exposure.

Respectfully submitted,

Shanee Jackson
431 Woodlawn Ave NE
Atlanta, GA 30318
Phone Number: 404 809 5956
Email: Jacksonsha.79@gmail.com
Date: October 18th, 2025

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Objection has been mailed or otherwise serviced upon the Settlement Administrator, Class Counsel, and Defense Counsel in accordance with the instructions provided in the Settlement Notice and the Court's Order Preliminarily Approving Settlement.

Shanee Jackson
Date: October 18th, 2025



Shanee Jackson
3982 Johnson Ferry Rd NE
Apt. 129
Brookhaven, GA 30319

CERTIFIED MAIL®

9589 0710 5270 2034 8999 61

Retail

RDC 99

75242

U.S. POSTAGE PAID
FCM LG ENV
ATLANTA, GA 30355
OCT 18, 2025

$11.60

S2323W500634-13

RECEIVED - 2

OCT 27 2025

MAILROOM

United States District Court - Northern District of Texas (Dallas Division)
ATTN: Clerk of the Court
1100 Commerce St. Room 1452
Dallas, TX 75242

X-RAY

# Exhibit 17(0)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 27 2025
CLERK, U.S. DISTRICT COURT
By KCR
Deputy
3:24-CV-757

Cari Ford
5512 Rosslyn Road
Houston, Texas 77091

October 17,2025

To Whom it May Concern:

Please let this serve as the required documentation or form to allow me to be given any and all information to clearly make an educated decision in regards to this settlement as well as any opportunity I may have to have my interest and issues addressed.

Despite my efforts to identify and rectify these issues, including reaching out to customer support numerous times, I have not been able to conclusively determine the full extent of devices or individuals associated with my account. Therefore, impossible for me to provided the requested information

Given this situation, I wish to ensure that this request covers an extension to any deadlines and transparency of what information leaked, so that I can still have the opportunity to protect my interests.

I apologize for the informal "hail mary" attempt, but I am exhausted and have no idea how to proceed, but wanted to try my best so I will include the information I have at the moment to the best of my ability , but  would appreciation that this not be used to against me in an effort to understand what is at stake. Below are the answers to the questions in regards to an objection

For an objection to be considered by the Court, the objection must state:

1. the objector's full name, mailing address, all AT&T telephone number(s), current telephone number; and for former AT&T customers all AT&T account number(s), and email address (if any) or an attestation that the former customer is unable to obtain their AT&T account number(s) or email address (if any);

   I cannot provide all information being requested as I received two letters in the mail from AT&T stating that my primary account phone number and address had been changed; however, when I called AT&T regarding the letters I was unable to get anyone that could confirm the letters or changes; therefore, I have no idea how my account information is set up with AT&T and unable to get the information that was changed, so I cannot provide.I do think this is imperative information that I should be allowed to have and respectfully request that the court of county clerk request this information on my behalf and allow me to inspect   Cari Ford , 8323967567

2. all grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel;*tbd, but please see email below

3. the number of times the objector has objected to a class action settlement within the 5 years preceding the date that the objector files the objection, the caption of each case in which the objector has made such objection, and a copy of any orders related to or ruling upon the objector's prior objections that were issued by the trial and appellate courts in each listed case

   **I have not objected to a class action settlement (that I am aware of) in the last 5 years
4. the identity of all counsel who represent the objector, including (1) any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement and/or Application for Attorneys' Fees, Costs, and Service Awards; (2) a description of the counsel's legal background and prior experience in connection with class action litigation; (3) a statement regarding whether fees to be sought will be calculated on the basis of a lodestar, contingency, or other method; (4) an estimate of the amount of fees to be sought; (5) the factual and legal justification for any fees to be sought; (6) the number of hours already spent by the counsel; and (7) an estimate of the hours to be spent in the future; and the attorney's hourly rate**I reached out to class counsel, but due to possible conflict of interest wasn't able to get necessary advice or representation given my issues and concerns are not addressed in the settlement;therefore,unclear and no way for me to make educated decision or give the required information request to be able to know if or how I should proceed. I have spoken to two additional attorneys regarding seeking assistance with this matter; however, not being their area of expertise and no written agreement and doing pro bono I will not include this information; however, if necessary for me to have the opportunity to be able to fully see and get assistance with my issues as willing to file suit on my behalf I can supply this information. But at the moment it is unclear and impossible for me to make this decision since I have not been given enough information or assistance from AT&T regarding changes to my account and its security and its failure to protect my data and any implications from.

5. the number of times in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the five years preceding the date of the filed objection, the caption of each case in which counsel or the firm has made such objection and a copy of any orders related to or ruling upon counsel's or the counsel's law firm's prior objections that were issued by the trial and appellate courts in each listed case in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the preceding five years; ;**I have not objected to a class action settlement (that I am aware of) in the last 5 years
6. the identity of all counsel (if any) representing the objector who will appear at the Final Approval Hearing;**at the moment I do not have enough information to know if protecting my interests as a class member objecting or if opting out and having representation. I have an attorney that he was willing to help me and if necessary would file suit on my behalf but would not be spending too much time on. However, I am unsure if this allows me full representation of my interest and best way to address the matter given the lack of transparency of what information was leaked in the data breach and any losses that I have suffered. how it factors into my inability to secure information and protect my privacy

7. four dates between the deadline for objections and a date two weeks before the Final Approval Hearing, during which the objector is available to be deposed by counsel for the Parties ** do not have enough information to be able to provide

8. a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any);**I do not have enough information to be able to provide
9. a statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing; **I do not have enough information to be able to provide

10. the objector's signature (an attorney's signature is not sufficient).

I am at a loss at how to appropriately proceed.
I appreciate your understanding and cooperation in this matter. Please acknowledge receipt of this letter and confirm that I will not be penalized or held to the current deadlines. If any part of this letter is deemed to be invalid please allow me the option to correct and have maximum protect in place as my goal is to protect my rights and interests, particularly in light of the difficulties I've encountered in obtaining complete information about my account.

Thank you for your attention to this request.

Cari Ford
(832) 396-7567

**From:** caricares@icloud.com <caricares@icloud.com>
**Sent:** Friday, October 17, 2025 2:06 PM
**To:** Mary Berna <Mary@maryberna.com>
**Subject:** Fwd: AT&T Attorney Call-Back and Email

Regards,

Cari Ford

832-396-7567

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Begin forwarded message:

**From:** "Evan M. Janush" < >
**Date:** October 16, 2025 at 1:06:41 PM CDT
**To:**
**Subject: Re: AT&T Attorney Call-Back and Email**

As you know, I cannot provide individual legal counsel.

I can advise the objection or opt out date is 11/17.

Also, all information to object or opt out is included in the Preliminary Approval Order on the settlement website.

Please let me know if there is a specific issue you need assistance with so I can determine how best to help you.

Sincerely,

Evan Janush

On Oct 16, 2025, at 1:50 PM, wrote:

I just reread and saw the typos in my email and my apologies. I will try to follow up here shortly with a phone call.unfortunately,I can't currently rely on my messages being sent or received.

Regards,

Cari Ford

832-396-7567

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

On Oct 16, 2025, at 9:37 AM, wrote:

Hi Evan,

I think I might be understanding this process a little bit more and wanted to be sure that I had correct understanding as mentioned before was trying to figure out what the right steps were for me and about hiring your attorney or not, etc. does the extension date to November 17,2025 require any previous action ?

Example, since I don't feel like I can really opt out object in the correct manner with the information requested and was trying to figure out how to proceed what I still need to do something by the November 16, 2025 date?

As when rereading settlement information, it mentioned that class council could submit for fee/payment as well as discovery based on objections. Which made it seem like submitting email to class council, addressing my instrument heart and signs or objections would actually or could shoot myself in the foot depending if at time I was or wasn't a member and had I or had not objected, opted out, etc?!

I would appreciate a response as soon as possible, considering I am merely an individual who who does not necessarily feel represented by class, but doesn't feel have ability to actually know if or what my issues could be affected by being part of the class and had a friend that is an attorney called as a favor to me not for a fee as he doesn't deal with class action lawsuits,but because now that I am rereading we're trying to just figure out the best course of action for myself, preferably without having to hire an attorney, but obviously if I need to or have one submit their information or my objections to the settlement prior or in some sort of timely fashion to have the November 17 date apply to the previous October 16 date

Regards,

Cari Ford

832-396-7567

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

On Oct 6, 2025, at 6:04 PM, wrote:

Thank you!!! I greatly appreciate and an amazed at your quick reply! I agree, but as I previously stated, I honestly don't feel that I would have any resolve attempting to pursue these matters by attempting to pursue these matters with my own legal representation. Given the amount of time, energy and effort that I've spent on this alone is not only exhausting.... It's downright embarrassing!!! In reality,I don't have the time, energy or the resources to go down that road; therefore, I would greatly appreciate you sending my account access issues concerns with AT&T's council in hopes that they will address and assist in helping me get resolved.

Regards,

Cari Ford

832-396-7567

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

On Oct 6, 2025, at 5:31 PM, Evan M. Janush < > wrote:

Dear Ms. Ford,

Thank you for your email. I understand your frustration with the account access issues you've described, and your concerns are valid.

**Clarifying My Role**

As I explained on the call that we had, I am part of the class counsel team representing all plaintiffs participating in the proposed AT&T settlement. Because of this role, I cannot provide individual legal representation to you or any class member. This is not a reflection on you—it's an ethical limitation that applies to my position as class counsel. I cannot represent you individually regarding your personal damages and claims.

**What I Can and Cannot Do**

What I **can** do is forward your account access concerns to AT&T's counsel, including:

1. Your inability to control or access your account properly
2. The unexplained changes to your contact information
3. The "unavailable" number issue
4. The multiple user ID problems
5. Your difficulty obtaining comprehensive account records

What I **cannot** do is represent you regarding your individual damages or advise you on whether to opt out, object, or pursue individual litigation. That requires your own personal attorney.

**Regarding Your Questions**

Questions about subpoenaing records or obtaining breach-specific data fall under individual legal strategy. If you opt out and pursue your own case, a personal attorney could help with that discovery.

**Your Question About Fair Treatment**

If you were my sister, mother, or daughter, I would give the same advice: when your claimed damages significantly exceed what a class settlement offers, and you are not comfortable to proceed as a claimant within the class settlement (which you expressed), it may be prudent for you to discuss your damages and claims with your own attorney for focused, individualized advocacy.

**Moving Forward**

Based on all that you have addressed with me:

1. **Consider consulting with a personal attorney** who handles consumer litigation or data breach cases to evaluate whether opting out makes sense for you.
2. **If you send me an email concerning the issues that you are having issues with your account management, I will forward your account access issues** to AT&T's counsel (with your permission), emphasizing that these problems prevent you from properly controlling your account.

You clearly are seeking dedicated representation focused on your specific facts and your specific interests, which I and my firm cannot provide as class counsel.

Please let me know if you'd like to send a brief email listing your account access issues following the breach, including your concerns about your claimant status to AT&T's counsel.

Respectfully,

Evan Janush

**From:** < >
**Sent:** Monday, October 6, 2025 6:04 PM
**To:** Evan M. Janush < >
**Subject:** Re: AT&T Attorney Call-Back and Email

Happy Monday Mr. Janush!!

Just touching base wanted to let you know that i have been working on getting you a letter outlining more details regarding my personal experience and frustrations in getting any resolve with my AT&T account; however, due to the the magnitude of time that I have spent on calls with tech-support and reading terms of service when I am not an attorney has left me feeling pretty uneasy as to how I can clearly articulate all this information and what has pretty much left me paralyzed, and unfortunately for preventing me from moving forward in my own life and been absolute hell! The issues discussed and agreed per the settlement, Don't even come close to to addressing or actually representing my experience... with that being said, I do greatly appreciate you offering to attempt and help me,with what feels like a never ending battle that is determined to try and get me to give up with all the formalities and "legalize";however, I refuse to quit or give up now. I just wanted to give you an update and respectfully ask that if I am not pursuing in the best manner for myself or there's some conflict of interest that you would just let me know... I apologize if this comes off accusatory, rude however I'm not an attorney. I'm just merely trying to get help in regaining confidence in any security or privacy that allowed. I only am asking to be treated like you would want to be treated....If I were your sister, mother or daughter would you give or advise them the same? Unfortunately, I am a little jaded and since I'm not an attorney and feel as if no chance of having a voice (if hired my own personal attorney and opted out) i'm kind of putting all my eggs in one basket and believe that with your expertise and connections can actually be the one that can help me out!! I apologize in advance for the informal approach, but as I mentioned before,I am not an attorney and just trying to get he help! If I need to reformat or missing certain steps or actions, please do not hesitate to let me know. I appreciate your time and assistance in advance. In the meantime, I wasn't sure if it's possible to either subpoena my full AT&T account records, history or request further information regarding the specific data elements of mine that were involved in the breach? Or a summary of information that was compromised and any details that may have (that way I could better address or focus on the clearest way to communicate my concerns)? I hope this makes sense,but in case it is unclear.... The simplest way I can try to explain is the fact or my frustration with AT&T having multiple user IDs that are linked to an account I get a letter from AT&T saying my primary phone number address and email have been changed since I did not agree to electronic communication and wanted everything mailed to me because lots of times things change or slipped in in my past experience that you're unaware of so I wanted to actually get a hard copy and when I call about these changes that were made I told that unable to find or see what these changes were in the system. After multiple calls, trying to find or figure out how my account information was changed I was forced to give up on... when my phone number is able to communicate using an"unavailable number" that is not my primary phone number that was given to me through AT&T. I was told that had to do with the phone or was an Apple issue. I called Apple and Apple said that no that's seems that a carrier issue. It's as if you have two SIM cards activated,which AT&T said I did not have two sims... so once again just left with each pointing the finger at the other.... so when I'm having to submit a claim form and have to have my email address or phone number that's associated with my AT&T account. I'm at a loss for what the unavailable number would even be or maybe it's tied to a different user ID which I'm unable to see, and they are unable to look up or share as I have to give them each user ID for them to look up individually... therefore the possible way of trying to object opt out get any resolve has me concerned as maybe I'm not the account owner. I'm just a in-line user which I'm not even fully sure what that means. if I could get my full account records from AT&T, at least I would know or have the ability to see and figure out. As I literally feel like I'm being exploited, and for whatever reason not giving the full information or picture because they aren't required to per the terms of service, if an" investigation",etc.

I do realize that the above is confusing and feel like it makes me sound crazy, which I am happy to elaborate with a phone call, but at the end of the day I I am not crazy. I am letters and emails from AT&T stating changes made to my "primary phone number" as well as "primary address" and My phone

communicates with an"unavailable"phone number,but whether that is an Apple or AT&T's issue, neither able to help me out.

Regards,

Cari Ford

832-396-7567

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

On Sep 30, 2025, at 3:36 PM, Evan M. Janush < > wrote:

Hi Ms. Ford,

I will be leaving the office soon today to attend a meeting. But I will be calling you tomorrow. Coincidentally, we had to take our dog to the vet within the past hour. My thoughts are with you.

Best,

Evan

Evan M. Janush - Managing Attorney - New York p: 212-421-2800 w:

**From:** < >
**Sent:** Tuesday, September 30, 2025 4:34 PM
**To:** Evan M. Janush < >
**Subject:** Re: AT&T Attorney Call-Back and Email

Hi Mr. Janiah!!!

I'm not sure if we'll get this email; hopefully, you will...I'm taking my dog to vet. I got your voicemail and I will be calling you, just as soon as I get a second!! Hopefully I'll be able to catch you!!!

Regards,

Cari Ford

832-396-7567

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

On Sep 30, 2025, at 2:32 PM, Evan M. Janush < > wrote:

Dear Ms. Ford,

I just left you a message. My name is Evan Janush. I am an attorney with the Lanier Law Firm and I works on the AT&T class action matter. I want to aid you in any way possible. My number is: 917-546-0480

I look forward to speaking with you.

Sincerely,

Evan Janush

<mime-attachment.jpg>

**Evan M. Janush**
**Managing Attorney - New York**
p: 212-421-2800
535 Madison Ave

CARI FORD
5512 ROSSLYN ROAD
HOUSTON, TEXAS 77091

HOUSTON TX
17 OCT 2025

Retail

UNITED STATES POSTAL SERVICE

75242

RDC 99

U.S. POSTAGE PAI
FCM LETTER
HOUSTON, TX 770
OCT 17, 2025

$1.07

S2324P506177-25

RECEIVED

OCT 27 2025

MAILROOM

United States District Court
1100 Commerce St. Room 1452
Dallas, TX 75242

X-RAY

75242-131052

# Exhibit 17(P)

## Re: Objection to Proposed Settlement – In re: AT&T Inc. Breach Litigation

**MDL Docket No. 3:24-md-03114-E**

---

Dear Judge Ada E. Brown,

I am a member of the AT&T 2 Settlement Class, Class Member ID [redacted]. I am writing to formally object to the proposed settlement because the relief offered is inadequate given the significant and ongoing harm I suffered due to the AT&T 2 Data Breach.

Following the breach, my phone number and related call records appear to have been accessed and sold or distributed. I began receiving **20 to 30 scam or robocalls per day**, every day, including calls:

- Between **7:00 a.m. and 10:30 p.m.**
- While I was working, interrupting my job duties and drawing negative attention from supervisors.
- During important calls regarding my autistic son's school and medical needs.

Many of these calls were "dead air" calls where the line went silent and disconnected, or spoofed numbers that could not be called back. This harassment disrupted my work, personal life, and my ability to respond quickly to emergency matters concerning my son.

Because I could not simply change my number during the school year without disrupting emergency contact systems for my son, I endured this harassment for an extended period. I eventually had to:

- Pay **Optery** for **8 months** to remove my personal information from **over 500 online databases and calling lists**.
- Despite this removal, the scam/robocalls continued at the same high rate.
- Cancel my AT&T service entirely, purchase a new phone, and move to a new carrier (Mint Mobile) to escape the harassment.
- Spend additional money addressing the ongoing harassment, totaling over **$2,000–$3,000 in out-of-pocket expenses** (not counting lost productivity or emotional distress).

This breach has caused **substantial financial loss, emotional stress, and disruption of daily life**. The proposed settlement amount is insufficient to cover these harms, especially for class members like me with documented expenses and specific, measurable damages caused by the breach.

I respectfully request that the Court:

1. Increase the maximum recovery for documented losses beyond $2,500 to reflect real-world costs.
2. Include an additional category for harassment-related damages when the breach results in sustained, verifiable robocall or scam call activity.

Attached are descriptions of my expenses, confirmation of FTC/FCC complaints I filed, and proof of my Optery subscription, carrier change, and payments.

Sincerely,

Ollie N. Talbott Jr.

[redacted]

Retail

UNITED STATES POSTAL SERVICE

10150

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
BLUE ISLAND, IL 60406
SEP 04, 2025

$1.39

S2324Y500637-56

In re Evolve Bank & Trust Data Breach
Settlement
C/o Kroll Settlement Administration
P.O. Box 225391
New York, NY 10150-5391

# Exhibit 17(Q)

# Letter Objecting to Settlement Amount (Social Security Number Leak)

Jacob Ihara-[redacted]

**Date:** 11.3.2025

3:24-cv-757

**Case Name and Number:** Kroll Settlement- Unique ID: [redacted]

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 13 2025
CLERK, U.S. DISTRICT COURT
By ______ Deputy

**To:** Kroll Settlement AT&T Data Incident Settlement

c/o Kroll Settlement Administration LLC

P.O. Box 5324

New York, NY 10150-5324

**Subject: Objection to Proposed Settlement and Claim for Increased Compensation Due to Direct Damages**

Dear Clerk of the Court:

I am writing to formally **object** to the proposed settlement amount in the above-referenced case. I am a class member and received notice of the data breach that exposed my **Social Security Number (SSN)** and other personal information. I believe the settlement is **not fair, reasonable, or adequate** in light of the specific and demonstrable harm I have already suffered as a direct result of this data breach.

The settlement fails to appropriately account for the severe and ongoing risk and the actual financial and time-related losses I have incurred due to the exposure of my SSN.

## Specific Evidence of Harm and Damages

Unlike many class members who may have only suffered potential future risk, my information has already been **actively exploited** by criminals, creating a proven, long-term threat to my financial security.

- **Actual Attempted Fraud:** My stolen Social Security Number was used to attempt to purchase **two (2) separate vehicles** on two distinct occasions. My bank contacted me directly regarding these fraudulent attempts, which clearly demonstrates that the leaked data is in active use by identity thieves.
- **Forced Credit Monitoring and Protection:** Due to these attempted vehicle purchases and the confirmed misuse of my SSN, I was forced to immediately purchase and/or implement a **credit monitoring and identity theft protection**

**service**. I am now locked into a mandatory, long-term commitment to monitor my credit and financial accounts, which is a direct, ongoing financial and time-based burden caused by the defendant's data security failure.

- **Time and Stress:** I have spent, and will continue to spend, significant time and emotional energy addressing the immediate fraud attempts, placing alerts and freezes on my credit, and continually monitoring my financial profile to prevent future identity theft.

The unauthorized use of a Social Security Number poses a **permanent risk** to a person's identity and financial life, as an SSN cannot be changed. The risk of future tax fraud, medical identity theft, and loan fraud remains exceptionally high. The current settlement amount does not adequately compensate me for the confirmed misuse of my SSN, the resulting direct financial and time costs, or the severe, lifelong risk I now face.

Therefore, I request that the settlement terms be reconsidered to provide me with **increased financial compensation** to cover the full extent of my demonstrable damages, including documented time spent and the long-term costs of necessary credit monitoring services.

I reserve all my rights as a class member and request that this objection be considered at the final approval hearing.

Sincerely,

Jacob Ihara **Class Member ID (if provided):** [redacted]

[redacted]

ATLANTA GA RPDC 302
8 NOV 2025 AM 3 L




RECEIVED - 5
NOV 1 _ 2025
ROOM

TRAY

UNITED STATES DISTRICT COURT
1100 COMMERCE ST. ROOM 1452
DALLAS, TX 75242

75242-131052

# Exhibit 7(R)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Document Relates to All Cases* | Case No. 3:24-cv-00757-E<br><br>MDL DOCKET No. 3:24-md- 03114-E |

**OBJECTIONS OF MICHAEL VON LUNEN AND SUSAN BARROW TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

COME NOW, Objecting Class Members Michael Von Lunen and Susan Barrow (the "Objectors") and submit their objections to the Motion for Final Approval of Class Action Settlement filed by Plaintiffs in this action, and in support thereof state as follows:

**TABLE OF CONTENTS**


TABLE OF CONTENTS ........ ii

TABLE OF AUTHORITIES ........ iii

I. INFORMATION ABOUT OBJECTORS REQUIRED BY CLASS ACTION NOTICE ...... 1

II. INTRODUCTION: ........ 3

III. LEGAL STANDARD: ........ 6

IV. ARGUMENT: ........ 8

A. The Settlement Fails Predominance ........ 9

1. The Settlement Proponents Failed to Provide a Damage Model "Establishing that Damages are Capable of Measurement on a Class Wide Basis" ........ 10

2. Variations in State Law Defeat Predominance ........ 13

B. The Settlement is Unfair, Unreasonable and Inadequate, and Rule 23(e) Mandates and Independent Judicial Review to Determine Whether the Record Affirmative Establishes that the Settlement is "Fair, Adequate and Reasonable" to Absent Class Members ........ 16

1. AT&T Colluded with Plaintiffs and Conducted a Reverse Auction ........ 18

3. The Proposed Settlement Relief is Inadequate ........ 24

4. The Releases Should Only Be Effective Against Class Members Whose Claims are Paid ........ 25

5. The Cumbersome Claims Procedures and Opt-Out Requirements Made It More Likely that Consumers Would Not Claim Benefits or Opt-Out ........ 26

6. The Releases are Impermissibly Broad ........ 27

7. The Releases Lack Consideration ........ 29

8. Plaintiffs and Their Counsel Put Their Interests Above the Interests of the Class ....... 30

V. CONCLUSION ........ 31

Case 3:24-cv-00757-E Document 168 Filed 09/11/25 Page 412 of 892 PageID 5683

**TABLE OF AUTHORITIES**

**CASES**

*Abernathy v. DoorDash, Inc.*, 438 F. Supp. 3d 1062 (N.D. Cal. 2020) ........................................ 23

*Bell Atl. Corp. v. AT&T Corp.*, 339 F.3d 294 (5th Cir. 2003) ...................................................... 10

*Casa Orlando Apartments, Ltd. v. Fed. Nat. Mortg. Ass'n*, 624 F.3d. 185 (5th Cir. 2010) .... 12, 14

*City of Detroit v. Grinnell Corp.*, 495 F.2d 448 (2d Cir. 1974)..................................................... 17

*Comcast Corp. v. Behrend*, 569 U.S. 27 (2013)............................................................................. 10

*Crutchfield v. Sewerage & Water Bd. of New Orleans*, 829 F.3d 370 (5th Cir. 2016).................... 7

*Eubank v. Pella Corp.*, 753 F.3d 718 (7th Cir. 2014).................................................................. 25

*Frego v. Settlement Class Counsel (In re Chinese-Manufactured Drywall Prods. Litig.),* 16 F.4th 1181 (5th Cir. 2021) ................................................................................................. 23

*Gene & Gene LLC v. BioPay LLC,* 541 F.3d 318 (5th Cir. 2008) ................................................. 7

*Grady v. RCM Techs, Inc.*, 671 F. Supp. 3d 1065 (C.D. Cal. 2023) ............................................. 21

*Hansberry v. Lee,* 311 U.S. 32 (1940)............................................................................................ 30

*In re Bluetooth Headsets Prods. Liability Litig.*, 654 F.3d 935 (9th Cir. 2011)........................... 16

*In re Cmty. Bank of N. Virginia*, 418 F.3d 277, 307-308 (3d Cir. 2005) ...................................... 18

*In re Corrugated Container Antitrust Litig.*, 643 F.2d 195 (5th Cir. 1981) ................................... 6

*In re Ephedra Prods. Liab. Litig.*, 231 F.R.D. 167 (S.D.N.Y. 2005) ............................................. 8

*In re Vitamins Antitrust, Litig.*, 209 F.R.D. 251 (D.D.C. 2002) ..................................................... 9

*Katrina Canal Breaches Litig. v. Bd. O Comm'rs*, 628 F.3d 185 (5th Cir. 2010).................... 23, 24

*Lane v. Facebook, Inc.*, 696 F.3d 811 (9th Cir. 2012)................................................................. 16

*Litty v. Merrill Lynch & Co.*, 2015 WL 4698475 (C.D. Cal. 2015)............................................. 17

*O'Sullivan v. Countrywide Home Loans, Inc.*, 319 F.3d 732 (5th Cir. 2003)................................ 9

*Ortiz v. Fibreboard,* 527 U.S. 815 (1999)........................................................................................ 30

Case 3:24-cv-00757-E Document 5-68 Filed 01/10/25 Page 413 of 892 PageID 4784

*Phillips Petroleum Co. v. Shutts,* 472 U.S. 797 (1985) ........................................................... 30

*Ponzio v. Pinon*, 87 F.4th 487 (11th Cir. 2023) ....................................................................... 7

*Reynolds v. Ben. Nat'l Bank,* 288 F.3d 277 (7th Cir. 2002) ............................................... 18, 29

*Rodriguez v. West Publ'g Corp*., 563 F.3d 948 (9th Cir. 2009) ................................................ 21

*Sacred Heart Health Sys., Inc. v. Humana Military Healthcare Servs. Inc*. 601 F.3d 1159 (11th Cir. 2010) ........................................................................................................................ 14

*Susman v. Lincoln American Corp.,* 561 F.2d 86 (7th Cir. 1977) .............................................. 30

*Tech. Training Assocs. v. Buccaneers Ltd. P'ship,* 874 F.3d 692 (11th Cir. 2017)........... 18, 19, 20

*Tech. Training Assocs. v. Buccaneers*, 2019 U.S.Dist. LEXIS 169334 (M.D. Fla. Sept. 30, 2019) ........................................................................................................................ 19

*Unger v. Amedisys Inc*., 401 F.3d 316 (5th Cir. 2005) ................................................................ 6

*Wilson v. J.B. Hunt Logistics, Inc*., 2020 U.S. Dist. LEXIS 259007 (C.D. Cal. Nov. 13, 2020 ... 21

**STATUTES**

11 TXBC 521.151 ........................................................................................................ 13

241 CTGS 13a-267 ...................................................................................................... 13

35 VC 59.1-442........................................................................................................... 13

44 UTC 13-44-101, *et seq*............................................................................................ 13

501 FLC 171 ............................................................................................................... 13

61 IAC 2.14................................................................................................................. 13

815 ILCS 505/1, *et seq*........................................................................................... 13, 14

815 ILCS 530/1, *et seq*........................................................................................... 13, 14

CIV. 1798.3 ................................................................................................................ 13

CRS 6-1-713.5 ............................................................................................................ 13

IC 35-43-5-1 .......... 13

MC 2-17-552 .......... 13

ORS 192.377 .......... 13

TC 47-18-2107 .......... 13

**RULES**

Fed. R. Civ. P. 23 .......... 7, 15, 30

**TREATISES**

4 Newberg and Rubenstein on Class Actions §13:60 (6th ed.) .......... 18, 23

## I. INFORMATION ABOUT OBJECTORS REQUIRED BY CLASS ACTION NOTICE

**A. The objector's full name, mailing address, all AT&T telephone number(s), current telephone number; and for former AT&T customers all AT&T account number(s), and email address (if any) or an attestation that the former customer is unable to obtain their AT&T account number(s) or email address (if any)**;

1. Michael Von Lunen

[redacted]

2. Susan Dee Barrow

[redacted]

**B. All grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel**;

The Objector's grounds for objection and legal support are contained in this Objection and accompanying affidavit(s) or declaration(s).

**C. The number of times the objector has objected to a class action settlement within the 5 years preceding the date that the objector files the objection, the caption of each case in which the objector has made such objection, and a copy of any orders related to or ruling upon the objector's prior objections that were issued by the trial and appellate courts in each listed case**;

1. Michael Von Lunen – None.

2. Susan Dee Barron – None.

**D. The identity of all counsel who represent the objector, including (1) any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement and/or Application for Attorneys' Fees, Costs, and Service Awards; (2) a description of the counsel's legal background and prior experience in connection with class action litigation; (3) a statement regarding whether fees to be sought will be calculated on the basis of a lodestar, contingency, or other method; (4) an estimate of the amount of fees to be sought; (5) the factual and legal justification for any fees to be sought; (6) the number of hours already spent by the counsel; and (7) an estimate of the hours to be spent in the future; and the attorney's hourly rate**.

Both Objectors are represented by Harrer Law, P.C. Seth McCormick is a partner at Harrer Law, P.C. His qualifications and legal background, and other requirements of this section are set forth in the Declaration of Seth McCormick filed contemporaneously with this Objection.

**E. The number of times in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the five years preceding the date of the filed objection, the caption of each case in which counsel or the firm has made such objection and a copy of any orders related to or ruling upon counsel's or the counsel's law firm's prior objections that were issued by the trial and appellate courts in each listed case in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the preceding five years**;

1. Harrer Law, P.C. – None.
2. Seth McCormick – None.

**F. The identity of all counsel (if any) representing the objector who will appear at the Final Approval Hearing**;

Seth McCormick

**G. Four dates between the deadline for objections and a date two weeks before the Final Approval Hearing, during which the objector is available to be deposed by counsel for the Parties**;

Any proposed deposition can be set at a mutually agreeable time and date through consultation with Objectors' counsel. Tentatively, Objectors are available November 19, 2025; November 20, 2025, December 15, 2025 and December 16, 2025.

**H. A list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any)**;

Objectors have not yet determined who they will call to testify at the Final Approval Hearing. Objectors will provide notice when such determination is made.

**I. A statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing; and**

Objectors do not currently intend to personally appear and/or testify at the Final Approval Hearing, but may change that determination based on the conduct of the parties and the necessity of testimony to forward their objections.

**J. The objector's signature (an attorney's signature is not sufficient).**

See the signature block following this Objection.

## II. INTRODUCTION:

As evidenced by the Kroll Affidavit, this Settlement is an unmitigated disaster. Indeed, at least 794,955 AT&T 2 Settlement Class Members **who filed Valid Claims** for Tier 3 Cash Payments will receive $0 in the settlement. Kroll does not disclose the breakout of Tier 1 and Tier 2 AT&T 1 Settlement Class Members who filed Valid Claims, so it is impossible to know how much, if anything, of the estimated $68,410,284.65 left for Tier 1 and Tier 2 AT&T 1 Settlement Class Members will receive after administrative costs, exorbitant attorneys' fees, service awards, Documented Loss Payments, and taxes.[1]

The $42,727,382.50 in Documented Loss Payments claimed by AT&T 2 Settlement Class Members juxtaposed by the $28,000,000 settlement payment for the AT&T 2 Settlement Class (before being diluted by 43% vis-à-vis the administrative costs, attorneys' fees and service awards) alone demonstrates the inadequacy of the settlement and Class Counsel who did not investigate their clients' claims, perform due diligence, or negotiate a deal that made any economic sense to the Class. The fact that nearly 1 million AT&T 2 Settlement Class Members who actually filed

[1] The remaining 91 million AT&T customers affected by the Data Breaches will receive nothing.

claims will get $0 is absurd. The failures of Class Counsel to secure a settlement that would be even remotely just demonstrates their inadequacy without much additional evidence necessary.

But there is additional evidence: both circumstantial and direct evidence demonstrate that this settlement was reached through collusion. Indeed, AT&T knew it had a complete defense to the class claims in the form of the airtight class waiver and mandatory arbitration provision contained in its Terms and Conditions. AT&T also knew that with 79 million consumers affected by AT&T 1 Data Breach and 109 million customers affected by the AT&T 2 Data Breach, and the sensitivity of the information accessed, potential arbitration claims could be in the tens, if not hundreds, of thousands. Consequently, AT&T bided its time, allowed the MDL to form, and monitored the "solicitation activity" of known plaintiff's firms who were engaging clients to file individual arbitration claims. When it became clear that the administrative fees associated with mounting individual arbitration claims would become more expensive than a class settlement, AT&T decided a class settlement would be more economically advantageous. AT&T then settled this case with the Plaintiffs at gun point offering *plato o plomo* (silver or lead). Class Counsel could either accept a deal that grossly undervalued the class claims and receive a handsome attorneys' fee award, or face a motion to compel arbitration.

Once AT&T decided that it was in its best economic interest to reach a class settlement, AT&T commenced a "dog and pony show" of a mediation with an ineffective mediator and invited Class Counsel and all of the arbitration claimants' attorneys. AT&T then proceeded to cancel the first day and half of the three-day mediation for the arbitration claimants and only negotiated this settlement with Class Counsel. After settling with the class, which settlement created unprecedented and unnecessary hurdles for arbitration claimants to opt-out, AT&T offered the arbitration claimants many multiples (for some Tiers more than [redacted] times) what its stated target was

for the separate Tiers here, while at the same time leveraging the onerous "wet ink" opt-out and objection requirements contained in the Settlement forecasting, fully expecting that the arbitration claimant's attorneys would not incur the cost and expense of complying with the opt-out requirements.

Though the arbitration settlements are still undervalued, the settlements AT&T offered arbitration claimants' counsel far exceed the amounts AT&T negotiated to pay to the Class. When those efforts failed, AT&T offered to sweeten the pot to the arbitration claimant's attorneys by offering [redacted]. In doing so, AT&T limited the risk of having to arbitrate those claims, which due to the administrative costs alone would have eclipsed the combined settlement payment here.

This is the type of settlement that courts and commentators frequently warn about. It promises large attorneys' fees to Class Counsel but will provide very little to the Class. Most class members – even the class members who filed Valid Claims – will receive nothing. Yet, AT&T and the Released Parties – who unquestionably made hundreds of millions of dollars from the Class Members – will be absolved from liability if the Court approves this proposed Settlement. The Court should not do so on this limited record.

The Parties do a lot of hand waiving around other settlements and repeating the refrain that this settlement is fair and equitable but have offered no proof. The Parties hope that this Court will blindly approve the settlement and fee request without meeting the requirements of Rule 23 or the *Reed* Factors. The Parties have not submitted a damage model to support their predominance argument. The Parties have not submitted an opinion letter from Robert Meyer – the Puppet Mediator – who did no such thing. The Parties have not explained why they created such barriers

for opt-outs or objectors. The Parties have not explained why there are parties receiving releases without providing any form of consideration for those releases. The Parties have not explained what work they did for $60 million in attorneys' fees for a case that settled pre-answer, pre-discovery, and demonstratively before Class Counsel had done any actual investigation.

Until the parties come forward with proof demonstrating the adequacy and fairness of the Settlement, the requested attorneys' fees, or explain the ruse of a reverse auction, the Court should deny the Motion.

## III. LEGAL STANDARD:

A class action settlement requires court approval, Fed. R. Civ. P. 23(e), "to protect the rights of the many absent class members who were not involved in the negotiations leading to settlement," *In re Corrugated Container Antitrust Litig.*, 643 F.2d 195, 225 (5th Cir. 1981). This Court must exercise "careful scrutiny" in its "role as a fiduciary serving as a guardian" of the rights of absent class members.; *see also United States v. Miami,* 614 F.2d 1322, 1331 (5th Cir. 1980) Indeed, "[w]here, as here, a settlement is negotiated prior to formal class certification," the "agreement[] must withstand an even higher level of scrutiny for evidence of collusion or other conflicts of interest than is ordinarily required under Rule 23(e) before securing the court's approval as fair." *Drazen v. Pinto*, 106 F.4th 1302, 1328 (11th Cir. 2024) (cleaned up) (cleaned up) (collecting cases). This is because there is a "greater potential for a breach of fiduciary duty owed the class" in such circumstances. *Id.*

In fulfilling its roles as a guardian and fiduciary of the Class, this Court must make two findings: (1) "that it will likely be able to approve the proposal [the settlement] under Rule 23(e)(2)" and (2) that "it will likely be able to … certify the class for purposes of judgment on the proposal." *Drazen*, 106 F.4th at 1328 (cleaned up); *see also Amchem Prods. v. Windsor*, 521 U.S.

591, 621 (1997) Plaintiffs "bear the burden" of demonstrating that approval should be given. *Unger v. Amedisys Inc*., 401 F.3d 316, 320 (5th Cir. 2005). For the first inquiry, the Court must consider whether the settlement is "fair, reasonable and adequate" under Rule 23(e)(2). *Amchem,* 521 U.S. at 607; *Miami*, 614 F.2d at 1330. Rule 23(e)(2) requires the Court to consider whether:

> (A) the class representatives and class counsel have adequately represented the class;
>
> (B) the proposal was negotiated at arm's length;
>
> (C) the relief provided for the class is adequate, …; and
>
> (D) the proposal treats class members equitably relative to each other.

Fed. R. Civ. P. 23(e)(2); *accord Crutchfield v. Sewerage & Water Bd. of New Orleans*, 829 F.3d 370, 375 (5th Cir. 2016); *Jones v. Singing River Health Servs. Found*., 865 F.3d 285, 293 (5th Cir. 2017).

Appellate Courts have described these as the "core concerns" of Rule 23(e) and the "primary considerations in evaluating proposed agreements." *Ponzio v. Pinon*, 87 F.4th 487, 495 (11th Cir. 2023) (cleaned up). But the Fifth Circuit has also prescribed a six-factor test "the *Reed* factors" to complement the core concerns, and instructed courts to continue to apply the *Reed* factors. "to determine the appropriateness of a proposed settlement." *Jones,* 865 F.3d 293. The *Reed* factors are: (1) the existence of fraud or collusion behind the settlement; (2) the complexity, expense, and likely duration of the litigation; (3) the stage of the proceedings and the amount of discovery completed; (4) the probability of plaintiffs' success on the merits; (5) the range of possible recovery; and (6) the opinions of the class counsel, class representatives, and absent class members. *Reed v. Gen. Motors Corp*., 703 F.2d 170. 172 (5th Cir. 1983).

As for the second inquiry, class certification is proper only when the proposed class satifies "Rule 23(a)'s four threshold requirements (numerosity, commonality, typicality, and adequacy of representation), as well as the requirements of Rule 23(b)(1), (2) or (3)" *Gene & Gene LLC v.*

*BioPay LLC,* 541 F.3d 318, 325 (5th Cir. 2008). "[P]roposed settlement classes sometimes warrant more, not less, caution on the question of certification." *In re Ephedra Prods. Liab. Litig*., 231 F.R.D. 167, 170 (S.D.N.Y. 2005) (quoting *Amchem*, 521 U.S. at 620 n.16). Though settlement may moot trial-management issues, the "other specifications of [Rule 23]—those designed to protect absentees by blocking unwarranted or overbroad class definitions—demand undiluted, even heightened, attention in the settlement context." *Id*.

## IV. ARGUMENT:

The Court should decline to certify the class or give final approval of the settlement for three main reasons: *First*, individual issues, not common issues, predominate the Classes, including that certification of a nationwide class of AT&T customers who were victims of AT&T's failure to protect the consumer's PPI and subsequent delay in notifying the consumers of the breach, without appropriately separating the Class(es) into sub-classes, fails to recognize the wildly disparate state law claims held by the consumers, which are specifically related to the handling and disclosure requirements in data breaches. These state statutes have different definitions of PII, classify levels of PII separately, have different mechanisms for enforcement, and differ in the damages that a consumer may recover when a company, such as AT&T, violates the statute. Plaintiffs' failure to recognize or address this in structuring the settlement, renders the settlement inferior to other available methods for the fair and efficient adjudication of consumer's claims. Plaintiffs have also failed to offer a damages model adequate to support its class treatment and have failed to establish that damages are capable of measurement on a class-wide basis.

*Second*, the settlement is unfair, unreasonable, and inadequate under Rule 23(e)(2), particularly because the settlement (a) resulted from an improper reverse auction, (b) the relief is inadequate, (c) the releases are impermissible broad, (d) certain released parties are providing no

consideration for the releases they are set to receive, and (e) Plaintiffs and their counsel have failed to adequately represent the Class(es). Finally, the settlement cannot be approved because, according to Plaintiffs and AT&T, the Snowflake claimants lack Article III standing.

**A. The Settlement Fails Predominance**

Critical to the Court's duty to scrutinize class certification is Rule 23(b)(3)'s predominance requirement. The predominance requirement is two-fold.

> Before certifying a class under Rule 23(b)(3), a court must determine that "questions of law or fact common to the members of the class predominate over any questions affecting only individual members and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy."

*Madison v. Chalmette Ref., L.L.C.*, 637 F3d 551, 555 (5th Cir. 2011). Evaluating predominance requires a court to "inquire how the case will be tried." *O'Sullivan v. Countrywide Home Loans, Inc*., 319 F.3d 732, 738 (5th Cir. 2003). The question is what substantive issues will control the outcome, which issues will predominate, and whether those issues are common. *Id*. In general, predominance requires "generalized evidence which proves or disproves an element on a simultaneous class-wide basis" and which "obviates the need to examine each class members' individual position. *In re Vitamins Antitrust, Litig*., 209 F.R.D. 251, 262 (D.D.C. 2002).

Here, there may be common questions of fact in that AT&T consumers' data was compromised. However, that is where the commonality ends, and the Plaintiffs do not address the issues of law that unravel this commonality, or address the second prong of the predominance test. Plaintiffs failure to address superiority is a thinly veiled attempt to avoid crucial discussion regarding the disparate treatment of damages under state law across the country, the insufficiency of proposed settlement funds to each class, and their attempt to secure a wholly prejudicial and insufficient settlement to force absent members to be silenced while handsomely rewarding pliant attorneys who sold out their clients in exchange for a hefty fee. The Fifth Circuit emphasized that

crucial to the determination of predominance is the requirement that "district courts . . . consider 'how a trial on the merits would be conducted if a class were certified." *Madison*, 637 F.3d at 555. Furthermore, the Fifth Circuit has been quick to overturn the lower courts' decisions where they "fail[ed] to afford [their] predominance determination the 'rigorous analysis' that Rule 23 requires." *Id.* at 556.

### 1. The Settlement Proponents Failed to Provide a Damage Model "Establishing that Damages are Capable of Measurement on a Class Wide Basis"

Even if Plaintiffs can overcome the hurdle posed by the variations in state law that, as discussed below defeat predominance, and demonstrate that common issues predominate on questions of liability, Plaintiffs have failed to support the proposed settlement with a damage model. Failure to submit a damage model in support of confirmation of the classes and final approval of the settlement is fatal to the proposed settlement.

The Fifth Circuit requires that "[e]ven where plaintiffs seeking class certification show that common issues predominate on questions of liability, they must also present a damages model 'establishing that damages are capable of measurement on a classwide basis.'" *Cruson v. Jackson Nat'l Life Ins. Co.*, 954 F.3d 240, 258 (5th Cir. 2020) (*quoting Comcast Corp. v. Behrend*, 569 U.S. 27, 34 (2013)). "The issue of damages may defeat predominance 'where the calculation of damages is not susceptible to a mathematical or formulaic calculation.'" *Id*. (quoting *Bell Atl. Corp. v. AT&T Corp.*, 339 F.3d 294, 307 (5th Cir. 2003).

Here, Plaintiffs submit no damage model, and even though Class Counsel claims to have "engaged experts," they have not identified or offered an affidavit from an expert to support their proposed treatment of the classes. Plaintiffs separate the Classes into Tiers – offering a Documented Loss Cash Payment, a Tier 1 Cash Payment (for AT&T 1 Class Members whose SSNs were accessed, which payment shall be five times payments from lower tiers), a Tier 2 Cash

Payment (for AT&T 1 Class Members whose SSNs were not accessed), and Tier 3 Cash Payments (for AT&T 2 Settlement Class Members who had information involved in the AT&T 2 Data Incident). Class Action Settlement Agreement and Release at ¶¶ 30, 34, 37, 43, 50, 53, 68, 111-16. For the Documented Loss Cash Payments, AT&T 1 Class Members can receive "up to" $5,000 in documented losses so long as the total amount of AT&T 1 Data Breach Documented Loss claims do not exceed $25 million, in which case the AT&T Class Members Documented Loss Cash Payments will be distributed *pro rata* of the $25 million. AT&T 2 Data Breach Documented Loss Cash Payments are capped at $2,500 per class member, but there is no cap on the total amount of AT&T 2 Data Breach Documented Loss payment claims.

Plaintiffs do not explain this complicated structure except to explain that the Tiered Cash Payments "are structured so as to provide greater relief for those Settlement Class Members who had more sensitive personal information exposes in the Data" Breaches. Motion, p. 32. This theory is unsupported by any evidence, any model, or any expert opinion. The theory is also belied by the $42,772,382.50 of Documented Loss claims already submitted by AT&T 2 Data Breach Class Members who are to share $28,000,000 (less $2.8 million administrative costs, $9.3 million in attorneys' fees, $10,500 in Service Awards). The massive number of Documented Loss claims for AT&T 2 Data Breach Claims entirely depletes the pool of money allocated for Tier 3 – meaning that the ***794,955 Class Members who submitted Valid Claims for a Tier 3 Cash Payment will receive $0,*** and the Class Members submitting Documented Loss Cash Payment claims for AT&T 2 Data Breach Incident will have received approximately 1/3 of their documented Claims after the administrative costs eat up 43% of the $28,000,000 settlement.

[see chart on following page]

| | AT&T 2 Class Members | |
|---|---|---|
| *Total Class Members* | 36,478,631 | Motion, p. 9 |
| *Participating Class Members* | 808,927 | Kroll Aff, ¶25 |
| *Documented Loss Claims* | 17,926 | Kroll Aff, ¶26 |
| *Tier 3 Cash Claims* | 794,955 | Kroll Aff, ¶26 |

| | AT&T Class Settlement | |
|---|---|---|
| *Payment* | $28,000,000.00 | SA, ¶52 |
| *Administrative Costs* | ($2,800,000.00) | Kroll Aff, ¶30 |
| *Attorneys' Fees* | ($9,333,333.33) | Fee Aff, ¶9 |
| *Service Awards* | ($10,500.00) | SA, ¶179 |
| *Documented Loss Pmt.* | ($42,772,382.50) | Kroll Aff, ¶26 |
| *Taxes* | $0.00 | Assumed |
| ***Total:*** | ($26,916,215.83) | |

Plaintiff's theory that the exposure of "more sensitive personal information" creates an entitlement to "five times" the damages of any other class member is not borne out in the evidence, and is not supported by any expert opinion. Plaintiffs have failed to provide the "relevant mathematical calculations appropriately applied," and have not even offered the "preliminary overview of how [these] damages might be calculated," which the Fifth Circuit found insufficient for class certification and settlement approval in *Cruson*. *Cruson v. Jackson Nat'l Life Ins. Co.*, 954 F.3d at 258-259. Plaintiffs' failure to support the class treatment with a damage model or an expert report – especially when its proposed treatment has *in reality* devastated the recoveries for the class apparently most harmed – renders the settlement unapprovable, and the Motion must be denied.

### 2. Variations in State Law Defeat Predominance

Not only have Plaintiffs failed to support class treatment with a damage model, Plaintiffs also failed to address at all how variations in state law might affect predominance; and the Court cannot certify a class or approve a nationwide settlement involving multiple jurisdictions where consideration of "variations in state law" have not been addressed. Plaintiffs failed to carry their burden to prove that variations in state law do not preclude certification. *See Casa Orlando Apartments, Ltd. v. Fed. Nat. Mortg. Ass'n*, 624 F.3d. 185, 195 (5th Cir. 2010).

"A district court's duty to determine whether the plaintiff has borne its burden on class certification requires that a court consider variations in state law when a class action involves multiple jurisdictions." *Castano v. Am. Tobacco Co*. 84 F.3d 734, 741 (5th Cir. 1996), The failure to consider how variations in state law affect predominance and superiority "mandates reversal." *Id*.

In seeking provisional certification for purposes of settlement, Plaintiffs do not even acknowledge that certifying a nationwide class requires considering variations in state law. They do not survey state law claims or state law principles, and the Plaintiffs provide no information to the District Court concerning state variations. These variations are particularly important here, where – although they are cagey about it – AT&T took the position that no PII was exposed in the AT&T 2 Data Incident and Class Counsel have been hand waiving around those damages ever since.

Variations in state law, however, could have strengthened that litigation position if Class Counsel weren't so busy negotiating $9 million in attorneys' fees that they forgot to investigate their clients' claims. Specifically, at least 13 states have adopted discrete and comprehensive data privacy laws, including: Illinois (815 ILCS 530/1 *et seq*.), Texas (11 TXBC 521.151), California

(CIV. 1798.3), Virginia (35 VC 59.1-442) , Colorado (CRS 6-1-713.5), Connecticut (241 CTGS 13a-267), Utah (44 UTC 13-44-101 *et seq*.), Iowa (61 IAC 2.14), Indiana (IC 35-43-5-1), Tennessee (TC 47-18-2107), Montana (MC 2-17-552), Florida (501 FLC 171), and Oregon (ORS 192.377). Each state's act has differing enforcement mechanisms, separate standards of the definition of PII, and varying levels of PII, separate liability standards, and separate relief, including damages awardable for a corporation's violation of the state act.

To highlight these differences, a comparison of the Illinois Personal Information Protection Act, 815 ILCS 530/1 *et seq.* ("IL PIPA") and the Texas Identity Theft Enforcement and Protection Act ("TITEPA") demonstrates the variable features applicable to this case. For example, a violation under TITEPA can only be enforced by the Texas Attorney General, who may levy civil penalties of ranging from $2,000 to $50,000 per violation and seek injunctive relief. Tex. Bus. & Com. Code Ann. § 521.151 (West 2025). There is no private right of action afforced to consumers for violations of the TITEPA or "any other law."

In sharp contrast, under IL PIPA, the primary enforcement mechanism is a private right of action under the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, *et seq*. ("ICFA"). *See*, 815 ILCS 530/2 ("A violation of [IL PIPA] constitutes an unlawful practice under the Consumer Fraud and Deceptive Business Practices Act"). IL PIPA is strict liability, contingent only on damages, and under ICFA, a consumer is entitled to recover actual damages and attorneys' fees, and punitive damages are also available under certain circumstances. *See*, 815 ILCS 505/10a.

The two state statutes differ in other ways as well. For example, TITEPA differentiates between "Personal identifying information" and "Sensitive personal information," while IL PIPA broadly defines all protected information as "Personal information," and includes "user name or

email address, in combination with a password or security question and answer that would permit access to an online account," which concept is not included in TITEPA.

Plaintiffs fail to provide any serious consideration of any variations in state law applicable to these statutes. *Sacred Heart Health Sys., Inc. v. Humana Military Healthcare Servs. Inc*. 601 F.3d 1159, 1180-83 (11th Cir. 2010) (noting significant state variations in the law of waiver in reversing class certification). Plaintiffs have the responsibility to demonstrate that state law variations do not preclude the certification of a nationwide class. *Casa Orlando Apartments, Ltd. v. Fed. Nat. Mortg. Ass'n*, 624 F.3d. at 195.[2]

Adjudicating the variations in state law and the effect those laws have on the information accessed as compared to the definitions provided in the state statute, whether a private right of action exists, the liability standard, and the damages allowed require a complicated series of individual mini-trials under varying state laws. At a minimum, the variation in state laws will have a material effect on the appropriate Tier classification that Plaintiffs have simply lumped into three buckets based on their perceived sensitivity without support. The Documented Loss claims from Tier 3 demonstrate the fallacy of that logic, and Plaintiffs' failure to consider the manner in which variations in state law impact predominance requires denial of the provisional certification of the class and approval of the settlement.

---

[2] Plaintiffs may argue that they didn't bring statutory claims, but that argument is unavailing as named plaintiffs live in states where these claims are available and should have been brought. Compl., ¶¶ 17-60. Moreover, pursuant to the extraordinarily broad Releases, the Class Members release these claims whether Plaintiffs asserted them or not. Settlement Agreement,¶¶ 49-52.

**B. The Settlement is Unfair, Unreasonable and Inadequate, and Rule 23(e) Mandates and Independent Judicial Review to Determine Whether the Record Affirmative Establishes that the Settlement is "Fair, Adequate and Reasonable" to Absent Class Members**

Under Rule 23, the Court may approve a class action settlement "only after a hearing and on finding that the settlement... is fair, reasonable, and adequate." Fed. R. Civ. P. 23(e)(1)(c). Under this standard, the bottom line consideration is "whether the interests of the class are better served by the settlement than by further litigation." Complex Litig. Manual (Fourth) § 21.61.

In conducting this inquiry, the court must be cognizant that there is "typically not [a] client with the motivation, knowledge, and resources to protect its own interests." *Id*. As a result, "the judge must adopt the role of a skeptical client" by "critically examin[ing] the class certification elements, the proposed settlement terms, and procedures for implementation." *Id*. Judicial scrutiny must be applied all the more vigorously where settlement is attempted before an adversarial class certification motion. At this stage "there is an even greater potential for a breach of fiduciary duty owed the class during settlement." *In re Bluetooth Headsets Prods. Liability Litig*., 654 F.3d 935, 946 (9th Cir. 2011). Thus, when "the settlement takes place before formal class certification, settlement approval requires a higher standard of fairness." *Lane v. Facebook, Inc*., 696 F.3d 811, 819 (9th Cir. 2012); *see also Amchem,* 521 U.S. at 620 and *Miami*, 614 F.2d at 1331.

Further "Class actions certified solely for settlement, particularly early in the case, sometimes make meaningful judicial review more difficult and more important." Complex Litig. Manual (Fourth) § 21.612 (2004). Such "settlement class actions" require "closer judicial scrutiny than approval of settlements reached only after class certification has been litigated through the adversary process." *Id*. Moreover, there are "a number of recurring potential abuses in class action litigation that judges should be wary of as they review proposed settlements." *Id*. They include, among other things, conducting a "reverse auction," in which a defendant, seeing competing class

cases, cherry-picks the attorneys willing to accept the lowest class recovery, in exchange for enhanced fees; the voluntary dismissal of class claims for "strategic purposes," such as forum shopping or to obtain more favorable settlement terms; cumbersome claims procedures that make it likely that many members will not claim benefits, particularly if the settlement provides that the unclaimed portions of the fund will revert to the defendants; and releasing claims against parties who did not contribute to the class settlement. *Id*. (describing a "reverse auction" settlement as one in which a defendant seeks to settle with counsel willing to accept the lowest offer); *Cullan & Cullan v. M-Qube, Inc.,* 2014 U.S. Dist. LEXIS 11524, *24-25 (D. Neb. Jan. 30, 2014).

Indeed, unfair "sweetheart deals" are most likely where, as here, the Defendant is attempting to use the settlement with one plaintiff as a vehicle to release the claims pending in other actions. Under the circumstances, if the plaintiff agrees to a broad release despite a "weak negotiating position" and lack of discovery, and the Defendant agrees to not oppose a substantial attorney fee in award in return, the court may properly draw a strong circumstantial inference that the resulting settlement is unfair and inadequate for the absent class members. *Litty v. Merrill Lynch & Co.*, 2015 WL 4698475, *10 (C.D. Cal. 2015).

A further mandatory safeguard requires the court to determine that the proposed settlement class actually meets each of the requirements for class certification under Rule 23. And, the "[t]he proposed settlement cannot be judged without reference to the strength of plaintiffs' claims" and that "the most important factor is the strength of the case for plaintiff on the merits, balanced against the amount offered in settlement." *City of Detroit v. Grinnell Corp*., 495 F.2d 448, 455 (2d Cir. 1974).

Here, as discussed below, all of the hallmarks of an unfair settlement are present. This Court cannot approve a settlement where the sufficiency of the consideration is unsupported or

supported by vague assurances that counsel and the class representatives believe the value of the settlement outweighs the potential risks of litigation, and there is both circumstantial evidence of collusion and actual evidence of AT&T conducting a "reverse auction."

**1. AT&T Colluded with Plaintiffs and Conducted a Reverse Auction**

Faced with hundreds of thousands of individual arbitrations, AT&T conducted a "reverse auction" to drive down its potential liability from the estimated 250,000 individual claimants who had already hired attorneys to pursue those individual arbitrations on their behalf.

Any reverse auction class action settlement requires heightened scrutiny. A "reverse auction" occurs when a defendant, seeing competing proceedings, cherry-picks the attorneys willing to accept the lowest class recovery in exchange for enhanced fees. See Complex Litig. Manual, § 21.61 and 21.71 (describing a "reverse auction" settlement as one in which a defendant seeks to settle with counsel willing to accept the lowest offer); *see also Cullan & Cullan v. M-Qube, Inc*., 2014 U.S. Dist. LEXIS 11524, *24-25 (D. Neb. Jan. 30, 2014). "The problem in the reverse auction situation is that the class' interests have been sold out, and class members get less than the full value of their claims." 4 Newberg and Rubenstein on Class Actions §13:60 (6th ed.). Factors that raise suspicions include a quick settlement with "a plaintiff with weaker claims and weaker counsel in an effort to negotiate a more favorable settlement" and class counsel that "underbids… in an effort to collect attorney's fees." *Tech. Training Assocs. v. Buccaneers Ltd. P'ship,* 874 F.3d 692, 695-697 (11th Cir. 2017). The circumstances here reek of an improper reverse auction, and there is direct and circumstantial evidence to support a finding of a reverse auction.

Settlements that result from reverse auctions do not satisfy the requirements of Rule 23(e). *E.g., In re Cmty. Bank of N. Virginia*, 418 F.3d 277, 307-308, 318 (3d Cir. 2005) (reversing approval of a proposed settlement where the settlement had indicia of a "reverse auction," including (i) "no

formal discovery" and (ii) the release of claims beyond those at issue in the case); *Reynolds v. Ben. Nat'l Bank,* 288 F.3d 277, 283-85 (7th Cir. 2002) (reversing approval of a settlement because the district court failed to assess whether the proposed settlement was "actually collusive in the reverse-auction sense").

In *Buccaneers*, the plaintiffs (Technology Training Associates and Back to Basics Family Chiropractic) sued the defendant under the Telephone Consumer Protection Act (the "TCPA") after they received unsolicited faxes offering Tampa Bay Buccaneers tickets. *Tech. Training Assocs. v. Buccaneers Ltd. P'ship,* 874 F.3d at 695. The Technology Training plaintiffs filed their suit after the statute of limitations for a TCPA claim expired. *Id*. Shortly after filing suit, the parties filed their motion for preliminary approval. *Id*.

A different plaintiff (Cin-Q Automobiles) had already filed a nearly identical lawsuit against Bucanneers over the same faxes and filed within the statute of limitations period. *Id*. After the preliminary approval motion was filed in the Technology Training case, the Cin-Q court stayed consideration of Cin-Q's class certification motion and the Cin-Q plaintiffs attempted to intervene in the Technology Training matter arguing that the settlement was inadequate and the result of a reverse auction. The District Court denied the motion to intervene, and Cin-Q appealed. *Id*.

Upon review, the Eleventh Circuit reversed, holding that the Technology Training "plaintiffs have a greater incentive to settle because their claims may be barred by the statute of limitations… while the movants have no statute of limitations issue." *Id*. More broadly, the appellate court found that "plaintiffs' counsel… deliberately underbid the movants in an effort to collect attorney's fees" and if plaintiff's counsel was "indeed motivated by a desire to grab attorneys' fees instead of a desire to secure the best settlement possible for the class, it violated its ethical duty to the class." *Id*. Finally, the court observed that "it is plain from the record that during

the negotiations the interests of named plaintiffs and of [plaintiff's attorneys] were aligned with those of Bucaneers and adverse to the" Cin-Q plaintiffs' interests. *Id*. at 697-98.

On remand, the Cin-Q plaintiffs were permitted to intervene. They promptly moved to decertify the class, and the district court granted the motion based on the "reverse auction" conducted by the Technology Training plaintiffs. *Tech. Training Assocs. v. Buccaneers*, 2019 U.S.Dist. LEXIS 169334, *63-64 (M.D. Fla. Sept. 30, 2019).

This case is on all fours with *Buccaneers*. The only difference lies in the facts of the "weaker claim" discussed by the Eleventh Circuit. In *Buccaneers*, the weaker claim was the statute of limitations defense, and, here, the weaker claim is the class action waiver and mandatory - individual arbitration provision. *Tech. Training Assocs. v. Buccaneers Ltd. P'ship,* 874 F.3d at 697-98. Both weaknesses lead to the same result – dismissal of the class action claim. AT&T and Class Counsel knew this. So, they conspired to settle this matter for a fraction of the value of the claims to the Class Members. As a condition to the settlement, AT&T demanded that Class Counsel include onerous opt-out, objection, and claims submission provisions and agreed to fork out $60 million in attorneys' fees for the favor. The "wet ink" opt-out provisions were designed to discourage actual opt-outs, and the objection and claims provisions were designed to discourage any participation by Class Members.[3]

Once the deal was struck, AT&T turned around and offered all of the 250,000+ arbitration claimants many multiples of the amount intended for the class settlement. Indeed, at the mediation AT&T's counsel stated that it had settled with the class for the following amounts: [redacted] for

[3] Plaintiffs and AT&T may argue that the Objectors' view of the Settlement is skewed and that the Objectors' attorney is striking out because the arbitration claimants were out maneuvered. This is simply not true. As the Eleventh Circuit observed: Attorneys who earlier rejected poor settlements based on the same claims should file objections if the settlement is indeed objectionable—not because of "sour grapes" but because the settlement is, in fact, inadequate and unfair. *See, e.g., Tech. Training Assoc., Inc. v. Buccaneers L.P.*, 874 F.3d 692, 694 (11th Cir. 2017).

customers whose SSN was accessed in the AT&T 1 Data Breach (Tier 1); [redacted] for customers whose PIII (but not their SSN) was accessed in the AT&T I Data Breach (Tier 2); and “less than [redacted]” for customers who were affected by Snowflake (Tier 3).[4] *Id.*, ¶31. After the deal with the class was secure, AT&T offered [redacted] for Tier 1; [redacted] for Tier 2; and [redacted] for Tier 3. The offer was take it or leave it and AT&T insisted that “We are not deviating from these terms.” *Id.*, ¶35.

AT&T thus knew that the true value of the claims was at least: [redacted] times the amount it agreed to pay the Class for Tier 1; [redacted] times the amount it agreed to pay the Class for Tier 2; and [redacted] times the amount it agreed to pay the Class for Tier 3. *Id.*, ¶36. After the mediation concluded without a sufficient number of arbitration claimants agreeing to the deal, AT&T followed up and agreed to (a) [redacted]” *Id.*, ¶42-43. AT&T thus appealed to attorney greed – just as it had done with Class Counsel.

Plaintiffs may argue that used a mediator to settle the class and arbitration claims. As set forth in the McCormick Declaration, Robert Meyer, the mediator, did no mediating at all. ¶¶27-44. Instead, he followed AT&T's counsel around the halls of JAMS echoing AT&T's counsel's puffing and refusing to engage in any form of discussion. He was more of herder of cats than a *bona fide* mediator. *Id*. Despite the ruse of a mediation, “[a]n experienced and impartial mediator's supervision is not a guarantee of settlement fairness and adequacy.” *Grady v. RCM Techs, Inc.*, 671

[4] Submitted concurrently herewith is the Declaration of Seth McCormick (the “McCormick Declaration”). Mr. McCormick attended the “mediation” and testifies regarding the events leading up to and the mediation and the settlement offers made to Harrer Law's clients at the mediation, which settlement offers far exceeded that amounts offered to all of the Class Members here. The Objectors are also filing a motion for in camera inspection by the Court to review the details of the settlement discussions between AT&T and the arbitration claimants at the mediation and after. The in camera motion is necessary due to the confidentiality provisions in the agreement to mediate.

F. Supp. 3d 1065, 1077 (C.D. Cal. 2023); *see also, Wilson v. J.B. Hunt Logistics, Inc*., 2020 U.S. Dist. LEXIS 259007, *6 (C.D. Cal. Nov. 13, 2020 ("While courts often look to participation in mediation as evidence that negotiations were non-collusive, a mediated settlement is not guaranteed to serve the best interests of class members") (citing *Rodriguez v. West Publ'g Corp*., 563 F.3d 948, 965 (9th Cir. 2009)). This is one of those cases.

AT&T capitalized on the weak litigating position of the Plaintiffs and the prospect of Class Counsel not receiving fees to leverage a "sweetheart" settlement with Plaintiffs and their counsel. AT&T then leveraged the arbitration claimants by including ridiculous opt-out provisions in the Settlement stating "the class has negotiated 'no exclusion' for claimant's asserting arbitration, and a wet signature opt-out requirement for both classes" and stating "we are confident these terms will be confirmed." *Id*., ¶33. After gaining leverage on the arbitration claimants, AT&T offered each arbitration claimant amounts that eclipsed in all respects the amount any Class Member might receive, and offered to add attorneys' fees on top. *Id*., ¶¶42-43. AT&T colluded to leverage weak negotiating positions of the class to protect itself, and Plaintiffs and Class Counsel permitted it. In fact, they embraced it.[5]

All of the other hallmarks of a reverse auction are present. The Settlement occurred prior to any litigation or discovery taking place. The Settlement occurred prior to the parties truly understanding the strength or weaknesses of the plaintiff's claims, and the risk posed to the defendant. Class Counsel boast that they "hired experts" and "interviewed hundreds of claimants." This representation is not borne in the evidence. Class Counsel did not present any expert report in support of its class treatment, and did not prepare a damages model. It also apparently interview

[5] Further circumstantial evidence of this collusion and AT&T's requirement that the Settlement be economically advantageous to AT&T is the "secret" blow up provision that provides for AT&T to withdraw from the settlement if an undisclosed number of customers Opt-Out. Settlement Agreement at 52, ¶190.

enough claimants to understand that the Documented Loss Cash Payments claims for Tier 3 would double the amount of of the settlement for Tier 3 claims, and that more than a million Class Members would file claims and receive $0.

Class Counsel also boasts that it did "informal" and "confirmatory" discovery with AT&T, but it is more likely that AT&T sold them a bill of goods and Class Counsel didn't even kick the tires. Class Counsel knew that if it didn't get in line, its $60 million would go up in smoke. The result of the collusion between Plaintiffs, Plaintiffs' Counsel and AT&T resulted in a Settlement that is inadequate, unfair and unreasonable. The Court should permit the Objectors to conduct discovery into the collusion if the Court is not satisfied by the evidence presented in the McCormick Declaration to determine the scope of the collusion. In the alternative, the Court should reject the settlement as unfair. *See Frego v. Settlement Class Counsel (In re Chinese-Manufactured Drywall Prods. Litig.),* 16 F.4th 1181, 1185-86 (5th Cir. 2021).

**2. The Settlement Contained an Unlawful Injunction Against Parallel Proceedings**

Based on incomplete and deceptive information provided by Class Counsel and AT&T Counsel, this Court issued the preliminary approval order containing an extraordinary injunction that bars Class Members from "asserting any claims or initiating or continuing in any litigation or arbitration against AT&T and/or the Released Parties arising out of, relating to, or in connection with the Releases Claims prior to the Court's decision as to whether to grant Final Approval of the Settlement" Preliminary Approval Order, at ¶22. This injunction purports to bar Opt-Out Claimants from pursuing their right to arbitrate and continuing down the arduous path required by AT&T's Terms and Conditions. Moreover, a court may not stay the mass arbitration pending a class action settlement. *Abernathy v. DoorDash, Inc.*, 438 F. Supp. 3d 1062 (N.D. Cal. 2020).

### 3. The Proposed Settlement Relief is Inadequate

The reverse auction led to the intended result: the proposed settlement relief falls well below what is fair, reasonable, and adequate in view of AT&T and the Release Parties' liability and ability to pay. This is an independent, albeit related, ground for rejecting the proposed settlement.

Class settlement approval in the Fifth Circuit requires that parties and courts consider the "range of possible recovery." *Reed*, 703 F.2d at 172. "The court must be assured that the settlement secures an adequate advantage for the class in return for the surrender of litigation rights against the defendants." *Katrina Canal Breaches Litig. v. Bd. O Comm'rs*, 628 F.3d 185, 195 (5th Cir. 2010) (quoting 4 Newberg §11:46 at 133) (reversing approval of settlement "because there has been no demonstration on the record below that the settlement will benefit the class in any way, either through the disbursement of individual checks or through a cy pres distribution"). In *Katrina Can Breaches Litig.*, the Fifth Circuit reversed the final approval of the settlement because "the district court erred by approving a settlement without any assurance that attorneys' costs and administrative costs will not cannibalize" the settlement, and "we are unable to definitively state, based on the record, below, that the class will receive any benefit from the settlement." *Id*. at 196-97.

Here, the Court has certainty – Class Counsel and Kroll have assured the Court that at least 794,955 Tier 3 Settlement Class Members who filed Valid Claims for Tier 3 Cash Payments **will receive $0** for the release of their claims. Indeed, Kroll initially estimated $1.08 million for administrative costs related to AT&T 2 Class. Mot. for Prelim. Approval at ¶20. In its affidavit attached to the Motion, it states it has accrued $2.8 million in administrative costs, which are "subject to change based on factors…." Declaration of Jeanne C. Finegan of Kroll Settlement Administration LLC in Connection with Plaintiffs' Unopposed Motion for Final Approval of

Settlement (the "Kroll Affidavit"), ¶30. The Kroll Affidavit also discloses that Kroll has received **<u>$42,772,382.30</u>** in valid Documented Loss Cash Payments claims for the AT&T 2 Settlement Class, which payments are paid ahead of Tier 3 Cash Payments from the $28,000,000 AT&T 2 Settlement Fund (but after administrative claims). *Id.* at ¶115.

Then, Class Counsel notified the Court that it was requesting 33.33% of the $28,000,000. Motion, p. 48. All in, the AT&T 2 Net Settlement Fund is ostensibly $26,916,216.83 **<u>in the hole before</u>** any payment is to be paid to a Tier 3 Settlement Class Member filing a Valid Claim for a Tier 3 Cash Payment; and of the AT&T 2 Settlement Class Members who filed a Valid Claim for a Documented Loss Cash Payment, each will receive less than 50% of their documented claim.

**4. The Releases Should Only Be Effective Against Class Members Whose Claims are Paid**

Judge Posner, in an opinion penned for the Seventh Circuit, explained that "[o]pting out of a class action is very rare. Virtually no one who receives notice that he is a member of a class in a class action suit opts out. He doesn't know what he could do as an opt-out. He'd unlikely to hire a lawyer to litigate over a window [the case involved defective windows]." *Eubank v. Pella Corp.*, 753 F.3d 718, 728 (7th Cir. 2014). AT&T, therefore, has an incentive to push through a claims-made settlement that will result in a small number of claims, very few opt-outs and a broad release. In *Pella*, the appellate court rejected that approach and reversed the district court's order approving the settlement. *Id.* This Court should deny final approval of this settlement until the parties provide additional information to support the fairness of Settlement, including how much, if any, money will be distributed to each claimant, and then provide the Class Members sufficient opportunity to opt out if they will not receive or will receive a *de minimus* settlement payment.

Alternatively, if the Court approves the Settlement, the release should only be effective against Settlement Class members who have been paid the settlement proceeds. Approving the

release only against class members who have been paid protects the Classes from overreaching by Defendants.

**5. The Cumbersome Claims Procedures and Opt-Out Requirements Made It More Likely that Consumers Would Not Claim Benefits or Opt-Out**

The Settlement Agreement contains cumbersome claims, opt-out and objection processes that are designed to discourage filing claims, and minimize opt-outs and objectors. Unless a proof of claims process is essential to distribution of a class settlement, the negative aspects of the process militate against requiring class members to go to additional time and trouble to obtain redress. This is both pragmatic – a recognition that a small percentage of class members will likely file claims – and principled – based on the concept that class members should not have to expend additional time and effort to obtain money that was wrongfully taken from them by Defendants. The purported need for requiring a claims process in this case is the assertion by Defendants that they can't calculate the amounts of late fees they collected from their own customers. Leaving aside the problematic nature of this assertion by a member of a regulated industry that has consistently alleged that it is thoroughly regulated, the claims process should not be any more onerous on Class Members than necessary to overcome Defendants' alleged inability to access their own records. The lion's share of Class Members – at least in Tier 1 and Tier 2 – are current AT&T customers, and AT&T has their current contact information.

Moreover, the Opt-Out procedures and Objection procedures are absurd. The lion's share of opt-outs will be consumers who have already initiated the arbitration process because they have chosen – even before this settlement was reached – to pursue their claims in arbitration. The have hired counsel who has vetted them, and substantially all of those claimants participated in mediation through counsel. Prior to participating in the mediation, arbitration counsel provided claimant lists, which AT&T vetted and identified prior to the mediation. The "wet ink" signature

requirement, together with the laundry list of information required to opt-out, only serves to permit AT&T and the Administrator to foot-fault opt-outs for failing to strictly comply with the opt-out procedures and unwittingly be bound by a class settlement they do not wish to be a party to.

Similarly, Kroll pointed out, and Plaintiff's argue in their Motion, that the Court "should overrule all objections" because the "objections received to date largely fail to comply with the Court's requirements for consideration." Motion, at 33. These cumbersome objection, claims and opt-out requirements are only intended to chill participation in the class and to prevent opposition to the settlement. Complex Litig. Manual (Fourth) § 21.612 (2004); *see also, Cullan & Cullan v. M-Qube, Inc.,* 2014 U.S. Dist. LEXIS at *24-25.

**6. The Releases are Impermissibly Broad**

Putting all these other defects aside, the language detailing the scope of the Release of claims by Class Members in this case is unfairly overbroad. It encompasses all claims, including those that were *not* asserted in the action. As pointed out above, a number of claims could have been asserted on behalf of the residents of the thirteen states whose legislatures have passed data breach legislation, including claims under the IL PIPA and similar statutes. The remedial scheme under those statutes authorizes an award of punitive damages, emotional distress damages, injunctive relief, attorneys fees and other damages that are not pled by the Plaintiffs and are not prayed for in the Complaint. *See, e.g., See*, 815 ILCS 505/10a. There is simply no justification for a release of this magnitude, especially in light of the paltry relief that is being provided to the class.

Moreover, there is ambiguity surrounding the separate treatment and definition of the "Release Claims" for participating Class Members and the "claims" a Class Member who opts out actually retains. The Settlement Agreement defines the term "Released Claims" broadly to encompass:

> all ***claims***, defenses, demands, causes of action, rights, offsets, setoffs, suits, remedies, damages, lawsuits, costs, relief for contempt, losses, attorneys' fees, expense or liabilities of any kind whatsoever, in law or in equity, for any relief whatsoever, including monetary sanctions or damage for contempt, injunctive or declaratory relief, recission, general compensatory, special, liquidated, indirect, incidental, consequential, or punitive damages, ***as well as any and all claims for treble damages, penalties, interest, attorneys' fees, costs or expenses, whether a known or unknown claim, suspected or unsuspected, existing or potential, asserted or unasserted, contingent or vested, accrued or not accrued, liquidated or unliquidated, matured or unmatured, that in any way concern, arise out of or related to the Data Incidents***, including any theories of recovery that were, or could have been, raised at any point in the Actions

Settlement Agreement, ¶183 (emphasis added). Bucking the rhetorical statement "why use one word when fifteen will do" used to mock the verbosity of lawyers, this robust definition of "Released Claims" is necessary as the lion's share of the words aside from "claims" have separate and distinct meanings from the word "claim" and failure to include those variations of a claim could lead settling Class Members to belief they could pursue individual claims absent the robust release.

In sharp contrast to the fulsome definition of Release Claims, the Settlement Agreement provides that "Individuals in the Settlement Classes who timely and validly opt out of the Settlement do not release their ***individual claims*** and will not obtain any benefits under the Settlement." *Id*., ¶157 (emphasis added). The use of the phrase "individual claims" rather than the use of a defined term or a robust recitation of rights released in the definition of "Release Claims" leaves one to wonder whether gamesmanship is afoot or whether AT&T intends to suppress the rights of the Opt-Outs pursuing individual claims by arguing the only thing not released was the claims, but the remaining laundry list of rights were released.

For clarity's sake, the Settlement Agreement should be far more clear by including language using the same defined terms used throughout the agreement, or including statement that

after exercising the right to opt-out, nothing contained in the Settlement Agreement is enforceable in any respect to a Class Member who opts out of the agreement.

**7. The Releases Lack Consideration**

Not only are the Releases overly broad, but the Class Members are releasing claims against parties that are not party to this case, and for which the Released Parties are providing and the Class Members are receiving no consideration. Indeed, the Released Parties include the "Defendants" and "Snowflake, Inc.," and its "agents… consultants representatives, partners, joint venturers, licensees, licensors, independent contractors, subrogees, trustees, executors, administrators, clients, customers, data owners, associated third Parties, predecessors, successors and assigns." Settlement Agreement at ¶99. Snowflake, Inc. ("Snowflake") is not a party to the Settlement Agreement, and none of its agents, consultants, joint venturers, independent contractors, clients, customers, data owners or associated third parties are identified sufficiently to determine if they warrant a Release. Further, the Settlement Funds are being funded solely by "AT&T" or "Defendants," not Snowflake. Neither Plaintiffs nor Defendants offer any support or consideration that Snowflake provided to receive the Releases from the Released Parties.

The Seventh Circuit reversed the final approval of a settlement release for this precise reason in *Reynolds v. Ben. Nat'l Bank,* 288 F.3d at 283-84 . In that case, an Illinois court approved a class action settlement between Beneficial National Bank regarding its deceptive tax refund loan program with H&R Block. *Id*. at 282. H&R Block was not a party to the class action but agreed to foot the bill for half class settlement in exchange for releases. *Id*. at 281. At preliminary approval, the Illinois court enjoined a class action pending in Texas where H&R Block was a defendant, and the Texas case was set for trial. *Id*. at 283. The appellate court reversed the district court, finding that for the release "of potentially substantial claims against H&R Block the settlement class

received no consideration. In fact, the settlement class received no consideration for the release of any claims against Block." *Id.* at 283-84.

At least in *Reynolds*, H&R Block footed half the bill. Here, neither Snowflake nor its agents, consultants, joint venturers, independent contractors, clients, customers, data owners or associated third parties are funding the settlement to the Classes, but yet are receiving Third Party Beneficiary status in exchange. This lack of consideration prevents approval of the Releases.

**8. Plaintiffs and Their Counsel Put Their Interests Above the Interests of the Class**

Absent class members can be bound by a class action settlement if "they are in fact adequately represented." *Hansberry v. Lee,* 311 U.S. 32, 42–43 (1940). That representation must exist at "all times." *Phillips Petroleum Co. v. Shutts,* 472 U.S. 797, 812 (1985); *see also Ortiz v. Fibreboard,* 527 U.S. 815, 848, n. 24 (1999); *Susman v. Lincoln American Corp.,* 561 F.2d 86, 89–90 (7th Cir. 1977) (courts are required to undertake a stringent and continuing examination of representation . . . at all stages of litigation). *Sine qua non* is adequacy of representation of absent class members by the named plaintiffs and their counsel. *See* Fed. R. Civ. P. 23(a), (b); *Amchem* 521 U.S. at 622–26. Class counsel who collude with defendants' counsel are *per se* inadequate.

Taken together, it would be highly prejudicial, against public policy, and directly contrary to persuasive and controlling case law for this Court to authorize the Settlement Agreement as written. This Court should find that not only did Plaintiffs' Counsel fail to adhere to their duties to the class but also that the hurried attempt to push a settlement through is indicative of a reverse auction, which will undoubtedly prejudice the millions of absent class members by denying them further recourse and denying them any damages for their compensable harm.

## V. CONCLUSION

For all the foregoing reasons, the Court must reject the proposed settlement. Objectors, Michael Von Lunen and Susan Barrow request that the Court issue an order (1) denying Final Approval of the Settlement; (2) decertifying the Settlement Classes; (3) finding the Class Representatives inadequate; (4) finding Class Counsel inadequate; (5) denying Class Counsels' attorneys' fees request; (6) denying the Class Representatives' service awards; and (7) sustaining this Objection in all respects; and (8) for such further relief as the Court deems just.

Dated: November 17, 2025

Respectfully submitted,

By: s/ Seth McCormick
One of Plaintiff's Attorneys

Seth McCormick
Harrer Law, P.C. (Firm ID 102120)
650 Warrenville Road, Suite 100
Lisle, Illinois 60532
Tel: (312) 858-3240
seth@harrerlaw.com

**Attestation:**

By my signature below, I attest that I am represented by Harrer Law, P.C. related to this Objection, and that I adopt this Objection as my own in all respects. To the extent any information I provided which is required by Section XI of the Settlement Agreement, including without limitation my AT&T Account Number or the email address associated with my account, I attest that after a diligent search I was unable to obtain the account number or recall which email address was associated with the account.

Michael Von Loesen          Susan Barrow

**Attestation**:

By my signature below, I attest that I am represented by Harrer Law, P.C. related to this Objection, and that I adopt this Objection as my own in all respects. To the extent any information I provided which is required by Section XI of the Settlement Agreement, including without limitation my AT&T Account Number or the email address associated with my account, I attest that after a diligent search I was unable to obtain the account number or recall which email address was associated with the account.

Susan Barrow

________________________ ________________________
Michael Von Lunen Susan Barrow

# Exhibit 17(S)

Case 3:24-cv-00757-D Document 137 Filed 01/17/25 Page 4 of 84 PageID 3620

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | § § § | CASE NO. 3:24-cv-00757-E |
| | § | |
| This Document Relates to All Cases | § § § | MDL DOCKET NO. 3:24-md-03114-E |

**APPENDIX IN SUPPORT OF OBJECTION TO CLASS CERTIFICATION AND CLASS SETTLEMENT**

Respectfully submitted,

**BEIGHLEY, MYRICK, UDELL & ZEICHMAN PA**

Maury L. Udell, Esq.
Fla. Bar No. 121673
mudell@bmulaw.com
2601 S. Bayshore Drive, Suite 770
Miami, Florida 33133
Tele: (305) 349-3930
Fax: (305) 349-3931

**BUTLER SNOW LLP**

By: *<u>/s/ Amanda G. Taylor</u>*
Amanda G. Taylor
Texas Bar No. 24045921
Amanda.taylor@butlersnow.com
1400 Lavaca St., Suite 1000
Austin, Texas 78701
Tele: (737) 802-1800
Fax: (737) 802-1801

Kyle Miller
MS Bar No. 102227
Kyle.miller@butlersnow.com
1020 Highland Colony Pkwy, Ste. 1400
Ridgeland, Mississippi 39157
Tele: (601) 948-5711
Fax: (601) 985-4500

**ATTORNEYS FOR OBJECTORS SCOTT GHERMAN, BRADLEY JOHNSON, BRITTANI KAYE, ROB CARUSO, AND BRITTANY BONNER**

# INDEX



| **Tab** | **Document** | **Pages** |
|---|---|---|
| 1 | AT&T Customer Service Agreement (“CSA”) | 4-50 |
| 2 | AT&T Notice of Data Breach | 51-55 |
| 3 | Statement of Objector, Scott Gherman | 56-59 |
| 4 | Statement of Objector, Bradley Johnson | 60-63 |
| 5 | Statement of Objector, Brittani Kaye | 64-67 |
| 6 | Statement of Objector, Rob Caruso | 68-71 |
| 7 | Statement of Objector, Brittany Bonner | 72-74 |
| 8 | Affidavit of Maury L. Udell | 75-77 |
| 9 | Affidavit of Amanda G. Taylor | 78-84 |

# Appendix 1:

AT&T Customer Service Agreement ("CSA")

# AT&T Consumer Service Agreement

Print

## 1.0
## General Terms

Welcome to AT&T!

By activating, using, or paying for any AT&T products or services ("AT&T Service(s)" or "Service(s)"), you agree to be bound by this Consumer Service Agreement ("Agreement"). If you don't agree, please contact us immediately to cancel your order and/or service and return any products. For AT&T Services, visit att.com/contactus, and for FirstNet, visit firstnet.com.

**Please read this Agreement carefully. It requires you and AT&T to resolve disputes through arbitration on an individual basis rather than jury trials or class actions. It also governs how we handle your information, including information related to your AT&T Account and your location.**

### 1.1 Our Agreement

In this Agreement, unless otherwise specified, "AT&T" and "we" mean the AT&T affiliated companies and their successors and assigns.

AT&T offers many products and services. This Agreement includes a set of universal terms ("General Terms") and specific Service terms ("Service Terms"). You're bound by the General Terms and the Service Terms for each AT&T Service you purchase or use. In addition, your Agreement incorporates AT&T's Privacy Notice (at att.com/privacy), Acceptable Use Policy (at att.com/legal/terms.aup.html), any Customer Service Summary provided to you, and any other documents or terms specifically referenced in the applicable General Terms and Service Terms. In the event of a conflict between the General Terms and the applicable Service Terms, the Service Terms will govern our relationship with you.

Please use these links to view the Service Terms for each specific Service:

- **If you have postpaid AT&T Wireless service** (including FirstNet Subscriber Paid User service), your Wireless Service Terms are in Section 2.
- **If you have prepaid AT&T Wireless service**, you're subject to the Prepaid Wireless Service Terms in Section 3 as well as the Wireless Service Terms in Section 2.
- **If you have a DataConnect/Session-based Wireless plan**, you're subject to the Service Terms in Section 4, in addition to the Wireless Service Terms in Section 2 and (if your data plan is prepaid) the Prepaid Wireless Service Terms in Section 3.
- **If you're an AT&T Phone or AT&T Phone – Advanced customer**, your Service Terms are in Section 5.
- **If you have home internet from AT&T, including AT&T Fiber, AT&T Internet, AT&T Internet Air, AT&T Fixed Wireless, or AT&T DSL service**, your Service Terms are in Section 6. If your home internet service is provided via the AT&T Wireless Network, you will also be subject to the applicable sections of the Wireless Services Terms in Section 2.
- **If you have Business Internet service** (for small business), you're subject to the Business Internet Service Terms in Section 7 as well as the Internet Service Terms in Section 6.

### 1.2 Your AT&T Account and Account Access

You may need to set up one or more accounts ("AT&T Account(s)" or "Account(s)") in order to purchase or use AT&T Services. You must ensure that any information you provide us in connection with your AT&T Accounts and AT&T Services, including contact information and billing information, is accurate and current.

You're responsible for any activity that occurs on or through your AT&T Accounts. We do not guarantee the security of your AT&T Accounts. You must ensure that your Account information and password(s) for accessing your Accounts and personal information are secure. If you learn of any unauthorized use of any AT&T Account, please contact us immediately.

**You agree that all users of your AT&T Services (including minors), are subject to the limitations and obligations of this Agreement, including its arbitration provision and Privacy Notice.** It's your duty to inform them of their limitations and obligations and to provide this Agreement to them.

You may designate individuals (such as family members) to act on your behalf ("Authorized Users"). Authorized Users can manage your AT&T Accounts, including changing or adding Services. You're responsible for all actions, changes, and additions made by any Authorized Users, and any other persons accessing or using your Account or device(s). This includes, but is not limited to, purchases of apps and other add-on products and additional AT&T Services.

If you are not present or do not identify yourself when an AT&T Service is installed, you authorize any adult (the minimum age may differ by state or territory) present to act on your behalf, regardless of whether you designated that adult as an Authorized User. You also authorize this adult to accept any related terms and conditions, agreements, and charges,. Further, you authorize us to provide information about and make changes to your AT&T Accounts (as well as to perform any credit checks on you that we deem appropriate to implement the changes or respond to questions) at the direction of this adult. AT&T reserves the right to refuse to

allow an adult to authorize installation, take any action regarding your AT&T Accounts, or receive any information if we decide in our sole discretion that the adult has failed to provide sufficient identifying information or cannot answer questions about you or your AT&T Accounts to our satisfaction.

You may have previously been given the option to combine credentials to log onto multiple AT&T Accounts and/or third-party accounts. In AT&T's sole discretion, we may end this option and require separate credentials for different accounts.

## 1.3 Dispute Resolution

**Please read this carefully. It affects your rights.**

### 1.3.1 Summary:

This part of the Agreement outlines how disputes between you and AT&T will be resolved through our informal dispute resolution process, individual arbitration, or small claims court. The informal dispute resolution process gives you the opportunity to explain what happened to someone in, or working with, our legal department. Under the terms of this Agreement, AT&T is encouraged to resolve issues early, without going any further.

An "arbitration" is a less formal alternative to a lawsuit or jury trial in court. A neutral third party, called an arbitrator, decides the dispute. The arbitrator applies the same law and can award the same individualized remedies that a court could award, but uses streamlined procedures and limits discovery to simplify the process and reduce costs. The arbitrator's decision is legally binding, and it is subject to very limited review by courts. **You and AT&T agree that arbitration will take place on an individual basis. Class arbitrations, class actions, and representative actions are not permitted. This means that you and AT&T will neither file a lawsuit (in any court other than a small claims court), nor pursue or participate in an action seeking relief on behalf of others.**

**While subsection 1.3.2 lays out the specifics, here are the steps you would take to resolve a dispute:**

**Contact customer service.** We encourage you to give customer service a call first. A phone call, chat session, or email with us is usually the quickest way to resolve an issue. Check out att.com/contactus to find the right service or product team for your issue.

**You choose.** If you aren't satisfied after talking to customer service, you can choose to file your individual claim in small claims court or send us a Notice of Dispute, which is required before starting arbitration.

**Let's work it out.** If you decide not to go to small claims court, start the informal dispute resolution process by sending a Notice of Dispute to our legal department, which you can complete and send online. You and AT&T agree to give each other at least 60 days to share information and try to reach an agreement. (We'll use the same process if we have a dispute with you.) At your or our request, we'll schedule an Informal Settlement Conference to try to reach an agreement by phone or videoconference.

**Pursue an arbitration.** If the dispute still isn't resolved, you can pursue an individual arbitration. The nation's largest non-profit arbitration provider, the American Arbitration Association (AAA), will administer the arbitration and select the neutral arbitrator, with input from both you and AT&T. Some things to keep in mind:

- AT&T will usually pay all of the arbitration fees (with some exceptions).
- Any hearings will be in the same county as your billing address, or they might be held by phone or videoconference.
- In some cases, if you win, we will pay double attorney's fees (if any) and a minimum of $10,000.

There are special rules for coordinated (or mass) arbitrations, where the same lawyers or a group of coordinated lawyers seek to file 25 or more similar arbitrations. If you choose to be part of those proceedings, the cases will proceed in stages, so it might take longer to arbitrate your dispute than it would otherwise.

### 1.3.2 Arbitration Agreement

#### 1.3.2.1 Claims Subject to Arbitration:

To the greatest extent permitted by law, AT&T and you agree to arbitrate all disputes and claims between you and AT&T, except for claims arising from bodily injury or death. This arbitration provision is intended to be broadly interpreted. It includes, but is not limited to:

- claims arising out of or relating to any aspect of the relationship between us, whether based in contract, tort, fraud, misrepresentation, or any other statutory or common-law legal theory;
- claims that arose before the existence of this or any prior Agreement (including, but not limited to, claims relating to advertising);
- claims for mental or emotional distress or injury not arising out of bodily injury;
- claims that are currently the subject of purported class action litigation in which you are not a member of a certified class; and
- claims that may arise after the termination of this Agreement.

References in Section 1.3 to "AT&T" or "we" include our past, present, and future parents, subsidiaries, affiliates, and related entities, as well as AT&T's and all of those entities' officers, agents, employees, licensors, predecessors in interest, successors, and assigns. References in Section 1.3 to "you" include your past, present, and future parents, subsidiaries, affiliates, related entities, agents, employees, predecessors in interest, successors, and assigns; and all authorized or unauthorized users or beneficiaries of AT&T Services or products under past, present, or future Agreements between you and AT&T.

**Small Claims Option.** Despite this arbitration provision, either you or AT&T may bring an action seeking only individualized relief in the small claims court for the county (or parish) of your billing address, so long as the action is not removed or appealed to a court of general jurisdiction.

This arbitration provision does not preclude you from bringing issues to the attention of federal, state, or local agencies, including, for example, the Federal Communications Commission. Those agencies can, if the law allows, seek relief against us on your behalf. **By entering into this Agreement, you and AT&T are each waiving the right to a trial by jury or to participate in a class action.** This Agreement evidences a transaction in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this arbitration provision. This arbitration provision will survive termination of this Agreement.

#### 1.3.2.2 Pre-Arbitration Informal Dispute Resolution Process:

Customer service is available to help and usually can resolve any concerns you may have. If that does not work, the first step in the dispute resolution process is to send a written Notice of Dispute ("Notice"). (We'll also send you a Notice to your billing address if we have a dispute with you.) You may download the Notice form at

6

att.com/arbitration-forms. The Notice to AT&T may be sent by U.S. mail or professional courier service to Legal Department - Notice of Dispute, AT&T, 208 S. Akard, Office #2900.13, Dallas, Texas 75202 (the "Notice Address"), or, alternatively, submitted electronically by following the instructions at att.com/noticeofdispute. The Notice must include all of the information requested on the Notice form, including: (a) the claimant's name, address, and phone number; (b) the Account number at issue; (c) the services (if any) to which the claim pertains; (d) a description of the nature and basis of the claim or dispute; and (e) an explanation of the specific relief sought and the basis for the calculations. The Notice must be personally signed by you (if you are the claimant) or by an AT&T representative (if we are the claimant). To safeguard your Account, you might be required to provide both your authentication and consent for us to discuss your Account or share your Account information with anyone but you, including an attorney ("Authentication and Consent").

Whoever sends the Notice must give the other party 60 days after receipt of a complete Notice (including your Authentication and Consent, if required) to investigate the claim. During that period, either you or AT&T may request an individualized discussion (by phone call or videoconference) regarding settlement ("Informal Settlement Conference"). You and AT&T must work together in good faith to select a mutually agreeable time for the Informal Settlement Conference (which can be after the 60-day period). You and an AT&T representative must personally participate, unless otherwise agreed in writing. Your and AT&T's lawyers (if any) also can participate.

**Any applicable statute of limitations or contractual limitations period will be tolled** for the claims and requested relief in the Notice during the "Informal Resolution Period." The Informal Resolution Period is the number of days between the date that the complete Notice (and Authentication and Consent, if required) is received by the other party, and the later of (1) 60 days later or (2) the date the Informal Settlement Conference is completed, if timely requested.

Any arbitration proceeding cannot be commenced until after the Informal Resolution Period has ended. (Subsection 1.3.2.7 contains additional requirements for commencing certain coordinated arbitrations.) All of the pre-arbitration dispute resolution requirements are essential so that you and AT&T have a meaningful chance to resolve disputes informally. If any aspect of these requirements has not been met, a court can enjoin the filing or prosecution of an arbitration. In addition, unless prohibited by law, the AAA may not accept, administer, assess, or demand fees in connection with such an arbitration. If the arbitration already is pending, it must be dismissed.

#### 1.3.2.3 Arbitration Procedure:

You may download a form to initiate arbitration at att.com/arbitration-forms. In addition, information on how to commence an arbitration proceeding, including how to file a consumer arbitration online, is at adr.org/support. A copy of the arbitration demand must be sent to AAA and the Notice Address, and a copy of the Notice must be attached to your arbitration demand.

The arbitration will be governed by the then-current Consumer Arbitration Rules ("AAA Rules") of the AAA, as modified by this arbitration provision, and will be administered by AAA. (If AAA refuses to enforce any part of this arbitration provision, you and AT&T will select another arbitration provider. If there is no agreement, the court will do so.) The AAA Rules are available online at adr.org or may be requested by writing to the Notice Address. (You may obtain information that is designed for non-lawyers about the arbitration process at att.com/arbitration-information.)

As in court, you and AT&T agree that any counsel representing someone in arbitration certifies that they're complying with the requirements of Federal Rule of Civil Procedure 11(b), including a certification that the claim or the relief sought is neither frivolous nor brought for an improper purpose. The arbitrator is authorized to impose any sanctions available under AAA Rules, Federal Rule of Civil Procedure 11, or applicable federal or state law against all appropriate represented parties and counsel.

All issues are for the arbitrator to decide, except only a court can decide the following:

- issues relating to the scope and enforceability of the arbitration provision,
- whether a dispute can or must be brought in arbitration,
- whether the AAA cannot or will not administer the arbitration in accordance with this arbitration provision,
- whether subsection 1.3.2.2 has been complied with or violated for purposes of awarding relief under that subsection that a court can award, and
- whether subsections 1.3.2.6, 1.3.2.7, or 1.3.2.8 have been complied with or violated.

The arbitrator may consider rulings in other arbitrations involving different customers, but an arbitrator's ruling will not be binding in proceedings involving different customers.

Unless you and AT&T agree otherwise, any arbitration hearings will take place in the county (or parish) of your billing address. If your claim is valued at $10,000 or less, you may choose whether the arbitration will be conducted solely based on documents submitted to the arbitrator or through a telephonic, videoconference, or in-person hearing under AAA Rules. If your claim exceeds $10,000, the right to a hearing will be determined by AAA Rules. During the arbitration, the amount of any settlement offers must not be disclosed to the arbitrator until after the arbitrator determines the relief, if any, to which you or AT&T is entitled. Regardless of how the arbitration is conducted, the arbitrator must issue a reasoned written decision sufficient to explain the essential findings and conclusions on which his or her decision is based. Except as provided in subsection 1.3.2.6 below, the arbitrator can award the same damages and relief that a court can award under applicable law.

#### 1.3.2.4 Arbitration Fees:

We will pay all AAA filing, administration, case-management, hearing, and arbitrator fees if we initiate an arbitration. If you initiate arbitration of claims valued at $75,000 or less, we will pay those fees, so long as you have fully complied with the requirements in subsection 1.3.2.2. In such cases, we will pay the filing fee directly to AAA upon receiving a written request from you at the Notice Address or, if AAA requires you to pay the filing fee to commence arbitration, we will send that amount to AAA and request that AAA reimburse you. If, however, the arbitrator finds that either the substance of your claim or the relief sought is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the allocation and payment of all such fees will be governed by AAA Rules.

#### 1.3.2.5 Alternative Payment and Attorney Premium:

If you fully complied with the requirements above in subsection 1.3.2.2 and the arbitrator issues an award in your favor that is greater than the value of our last written settlement offer made before the arbitrator was selected, then we will:

- pay you the amount of the award or $10,000 (the "Alternative Payment"), whichever is greater; and
- pay the attorney you retained, if any, twice the amount of attorneys' fees and reimburse any expenses (including expert witness fees and costs) that your attorney reasonably incurs for investigating, preparing, and pursuing your claim in arbitration (the "Attorney Premium").

Case 3:24-cv-00757-E Document 155 Filed 11/17/25 Page 456 of 892 PageID 5397

If we did not make a written offer to settle the dispute before the arbitrator was selected, and the arbitrator awards you any relief on the merits, you and your attorney will be entitled to receive the Alternative Payment and the Attorney Premium, respectively.

Disputes regarding the payment and reimbursement of attorneys' fees, expenses, the Alternative Payment, and the Attorney Premium may be resolved by the arbitrator upon request from either party made within 14 days of the arbitrator's ruling on the merits. In assessing whether an award that includes attorneys' fees and expenses is greater than the value of our last written settlement offer, the calculation will include only the reasonable attorneys' fees and expenses you incurred pursuing this arbitration through the date of our settlement offer.

The right to the Attorney Premium supplements any right to attorneys' fees and expenses you may have under applicable law. Thus, if you would be entitled to a larger amount under the applicable law, this arbitration provision does not preclude the arbitrator from awarding you that amount. However, you may not recover both the Attorney Premium and a duplicative award of attorneys' fees or expenses.

**1.3.2.6 Requirement of Individual Arbitration:**
The arbitrator may award relief (including, but not limited to, damages, restitution, declaratory relief, and injunctive relief) only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. YOU AND AT&T AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL PROCEEDING. Further, unless both you and AT&T agree otherwise, the arbitrator may not consolidate more than one person's or entity's claims and may not otherwise preside over any form of a representative, class, private attorney general, or public injunction proceeding.

If a court (after exhaustion of all appeals) declares unenforceable any of these prohibitions on consolidation or non-individualized relief (such as class, representative, private attorney general, or public injunctive relief), then all other aspects of the case must be arbitrated first. After completing arbitration, the remaining (non-arbitrable) aspects of the case will then be decided by a court.

**1.3.2.7 Administration of Coordinated Arbitrations:**
If 25 or more claimants submit Notices or seek to file arbitrations raising similar claims and are represented by the same or coordinated counsel (whether such cases are pursued simultaneously or not), all the cases must be resolved in staged proceedings. **You agree to this process even though it may delay the arbitration of your claim.** In the first stage, claimants' counsel and AT&T will each select 25 cases (50 cases total) to be filed in arbitration and resolved individually by different arbitrators. If feasible, the arbitrators will be from the respective claimants' home states. If there are fewer than 50 cases, all will be filed in arbitration. In the meantime, no other cases may be filed or proceed in arbitration, and the AAA must not assess or demand payment of fees for the remaining cases or administer or accept them.

The arbitrators are encouraged to resolve the cases within 120 days of appointment or as swiftly as possible thereafter, consistent with fairness to the parties. After the first stage is completed, the parties must engage in a single mediation of all remaining cases, and AT&T will pay the mediation fee. If the parties cannot agree how to resolve the remaining cases after mediation, they will repeat the process of selecting and filing 50 cases to be resolved individually by different arbitrators, followed by mediation.

If any claims remain after the second stage, the process will be repeated until all claims are resolved, with four differences. First, a total of 100 cases may be filed in the third and later stages. Second, the cases will be randomly selected. Third, arbitrators who decided cases in the first two stages may be appointed in later stages if different arbitrators are not available. Fourth, mediation is optional at the election of counsel for the claimants.

Between stages, counsel will meet and confer regarding ways to improve the efficiency of the staged proceedings, including whether to increase the number of cases filed in each stage. Either party may also negotiate with AAA regarding the amount or timing of AAA fees.

If this subsection applies to a Notice, the Informal Resolution Period for the claims and relief set forth in that Notice will be extended (including the tolling of any applicable statute of limitations or contractual limitations period for the claims and requested relief) until that Notice is selected for a staged proceeding, withdrawn, or otherwise resolved. A court will have the authority to enforce this subsection, including by enjoining the mass filing, the prosecution or administration of arbitrations, or the assessment or collection of AAA fees.

This subsection and each of its requirements are intended to be severable from the rest of this arbitration provision. If, after exhaustion of all appeals, a court decides that the staging process in this subsection is not enforceable, then the cases may be filed in arbitration and the payment of AAA filing, administration, case-management, hearing, and arbitrator fees will be assessed as the arbitrations advance and arbitrators are appointed rather than when the arbitrations are initiated.

**1.3.2.8 Future Changes to Arbitration Provision:**
Notwithstanding any provision in this Agreement to the contrary, if AT&T makes any future change to this arbitration provision (other than a change to the Notice Address), you may reject any such change by sending us written notice via U.S. Mail within 30 days of the first notice of the change to Legal Department – Revised Arbitration Opt-Out, AT&T, 208 S. Akard, Office #2900.13, Dallas, Texas 75202. Include your name, address, phone number, account number, and a statement personally signed by you that you wish to reject the change to the arbitration provision. By rejecting any future change, you are agreeing that you will arbitrate any dispute between you and AT&T in accordance with the language of this version of the arbitration provision.

**1.3.2.9 Puerto Rico Customers:**
For Puerto Rico customers, all references to "small claims court" in this arbitration provision should be understood to mean the Puerto Rico Telecommunications Regulatory Board.

### 1.3.3 Forum Selection:

Unless you and AT&T agree otherwise, to the greatest extent permitted by law, the state and federal courts in Dallas, Texas will have exclusive jurisdiction over any disputes (except for disputes brought in small claims court) that are not subject to arbitration or over any action involving the applicability or enforceability of the arbitration provision or any of its parts. You and AT&T consent to the jurisdiction of those courts and waive any objections as to personal jurisdiction or as to the laying of venue in such courts due to inconvenient forum or any other basis or any right to seek to transfer or change venue of any such action to another court.

## 1.4 How We May Contact You

You agree that AT&T and its current and future affiliates, assignees, successors, employees, agents, and others acting or purporting to act on our behalf (for example, outside collection agencies), can contact you regarding your Accounts, your AT&T Services, and additional products and services that we or third parties may offer, using any means or method (including by phone, mail, email, text message (such as SMS/MMS), chat (such as RCS), push notifications, or other medium), as well as by including messages on or inserts with bills for your AT&T Services.

You agree that notices provided to you using any of these methods are considered received by you. You agree to provide accurate, current contact information about yourself, that you have authority to consent to communications to any phone numbers or email addresses you provide, and that you will promptly notify us if your contact information has changed.

You also agree that AT&T and its current and future affiliates, assignees, successors, employees, agents, and others acting or purporting to act on our behalf (for example, outside collection agencies) can at any time send you email or other electronic messages to any phone number or email address associated with your AT&T Services by any means, including an automated system that sends preset messages.

You further agree that any calls or messages sent to numbers or email addresses you provide to AT&T or its current and future affiliates, assignees, successors, employees, agents, and others acting or purporting to act on our behalf (for example, outside collection agencies), or to numbers or email addresses associated with your AT&T Services, may be sent using an automatic telephone dialing system, artificial or prerecorded voices, or other automated dialing equipment such as a predictive dialer, and that you cannot revoke your consent to be contacted in this manner.

**Please review your bill for messages and inserts.** We will send important messages to you through bill messages and/or bill inserts. If you have electronic billing, you are considered to have received these notices once your electronic bill is available for viewing. If you get a paper bill, you are considered to have received these notices three days after we mail the bill to you.

Communications to you may include, but are not limited to, emergency alerts, updates to this Agreement, communications regarding payments or past-due balances, and information concerning promotions regarding any AT&T Services or products or services offered by our third-party partners. You are not required to agree to receive promotional communications to purchase any AT&T Services. **You can unsubscribe from promotional emails, calls, or messages by following the unsubscribe options** in the promotional communication itself or in the AT&T Privacy Notice. For more information about your rights and choices regarding how we communicate with you, visit about.att.com/privacy/privacy-notice.html#privacy-choices.

## 1.5 Termination or Suspension of AT&T Services

You may cancel or terminate any of your AT&T Services at any time. If you cancel an AT&T Service:

- you might lose any discounts you obtained from bundling AT&T Services together;
- if you have an active installment plan for devices or accessories associated with the cancelled AT&T Services, your agreement for that installment plan might specify that your termination of AT&T Service is a default that triggers acceleration of the remaining installment plan payments; and
- some AT&T Services may not work (or work the same way) after the cancellation of a bundled service.

AT&T reserves the right to modify, suspend, or discontinue any function or feature of any AT&T Service, including your rates or charges, or to terminate your AT&T Service entirely, for any reason, including but not limited to:

- compliance with an order by a state or federal agency, court, or arbitrator;
- any interruption or loss of either your or AT&T's rights to access any part of the network facilities required to provide your services, including rights to access the land or buildings where the facilities are located; or
- any Misconduct by you or any user of your AT&T. "Misconduct" includes but is not limited to:
  - any conduct that we believe violates this Agreement or AT&T's Acceptable Use Policy;
  - any conduct that involves the use of abusive, threatening, or unreasonable conduct toward any of our employees or representatives, whether in person, over the phone, or in writing;
  - any abusive, fraudulent, or unlawful use of any AT&T Services;
  - providing us with false or misleading information about you, users of your AT&T Services, or use of AT&T Services, including inaccurate information related to your creditworthiness;
  - any use of AT&T Services in a manner that negatively affects our or other entities' networks, customers, or operations, or that infringes anyone's intellectual property rights, violates others' privacy, generates spam or abusive messaging or calling, or results in the publication of threatening, offensive, or illegal materials;
  - any reselling of AT&T Services (including selling of use of or access to AT&T Services); or
  - any failure to make all required payments when due or to maintain sufficient amounts on deposit or pay another form of credit security, as well as any change that we determine creates a risk of non-payment (such as a deterioration in your creditworthiness).

Regardless of the reason or whether you or we terminate your AT&T Services:

- unless required by applicable law, there is no proration of charges and you are still responsible for the full month's payment even if your AT&T Services are terminated before the end of a billing cycle;
- any Account balance or unused portion for the terminated AT&T Service (such as a prepaid service) will not be refunded or credited back;
- your licenses to use any associated software are terminated;
- you are obligated to return any Equipment associated with the terminated AT&T Service (if required by the applicable Service Terms or other agreement); and
- we reserve the right to delete any data, files, or other information associated with you or your AT&T Account or terminated AT&T Services.

In addition, if a term commitment to maintain service or programming for a particular length of time is not met, and either you cancel an AT&T Service or we terminate it for misconduct, you will be subject to any applicable early-termination fee(s) under subsection 1.9.6.

If any of your AT&T Services are suspended, you are still responsible for paying any applicable charges for that AT&T Service.

## 1.6 Disclaimer of Warranties

**You're using AT&T Services at your own risk. Unless expressly set out in this Agreement, AT&T Services are provided on an "as is" and "as available" basis, without warranties or guaranties of any kind. To the greatest extent permitted by law, AT&T (including our past, present, and future parents, subsidiaries, affiliates, related entities, as well as AT&T's and all of those entities' officers, agents, employees, licensors, predecessors in interest, successors, and assigns) expressly disclaims all warranties of any kind, whether oral, express, implied, or statutory, including but not limited to the implied warranties of title, merchantability, fitness for a particular purpose, non-infringement, and any warranties implied by a course of performance, course of dealing, or usage of trade.** No one is authorized to make warranties on our behalf. We do not guarantee that AT&T Services will meet your requirements, be of a particular quality or speed, or will be uninterrupted, accurate, secure, maintained, and kept free from viruses or other harmful components. There is no security or protection guarantee against unauthorized access to your AT&T Services, personal information, or AT&T Account. We do not guarantee that AT&T Services are suitable for use in situations in which absolutely accurate data transmission or security is required or that could result in personal injury, property damage, or financial loss. We also do not guarantee that AT&T Services will be interoperable with your hardware or software and that incompatibility won't lead to damage or loss of data.

## 1.7 Limitations of Liability

You agree that:

- AT&T is not an insurer of AT&T Services, nor can it insure the accuracy of your information or the privacy or security of your AT&T Accounts;
- AT&T has no control over the acts and conduct of third parties;
- AT&T is not responsible for losses incurred as a result of your or a third-party's use of your AT&T wireless number or other AT&T Service as a source of authentication or verification in connection with any social media, email, financial, cryptocurrency or other account;

**To the greatest extent permitted by law, AT&T is not liable for any reason to you, or any user or beneficiary of AT&T Services, for any indirect, incidental, special, consequential, treble, punitive, or exemplary damages**, including but not limited to damages for personal injury; property damage; or loss of revenue, profits, business, goodwill, use, data, or other tangible or intangible losses (even if we've been told of the possibility of those damages) resulting from, for example:

- use of AT&T Services (which includes equipment, software, and inside or outside wiring);
- the performance or nonperformance of AT&T Services;
- the actions or inaction of AT&T or its agents with respect to the provision or delivery of any AT&T Services or that relate to your AT&T Account or our relationship with you;
- any action of a third-party, such as unauthorized access to your AT&T Accounts or AT&T Services (including the use of your AT&T Accounts or AT&T Services to access a third-party account); or
- any alleged actions or representations, statements, promises, or agreements by AT&T that are not expressly set forth in this Agreement regarding the use, performance, suitability, safety, reliability, security, or any other aspect or attribute of AT&T Services;

To the greatest extent permitted by law, **AT&T is not liable to you for any damages of any kind** resulting in any way from:

- the installation, maintenance, removal, or technical support of AT&T Services, **even if the damage results from the ordinary negligence of our installer or other representative**;
- any unauthorized access to your AT&T Accounts or AT&T Services (including the use of your AT&T Accounts or AT&T Services to access a third-party account), **even if the unauthorized access was the result of ordinary negligence by an AT&T employee, representative, agent, or any person or entity purporting to act on AT&T's behalf**;
- any inability to reach 911 or other emergency services, any alleged interference with alarm or medical monitoring signals, or any failure of alarm or medical monitoring signals to reach their intended monitoring stations;
- the use, inability to use, or the lack of interoperability between AT&T Services and any third-party hardware, software, or service, even if charges for the third-party hardware, software, or service appear on your AT&T bill;
- the loss of your information, such as missed or deleted voicemails, text messages, emails, pictures, or files; or
- any interruption, error, limitation, delay in any AT&T Service, or any other problem caused, in whole or in part, by you or something outside of our control, including, but not limited to, environmental conditions, emergency conditions, power or network outages, transmission errors, equipment damage or repairs, limits in system capacity, unavailability of radio frequency channels, governmental actions, labor disputes, riots, terrorism, or the acts of third parties.

To the greatest extent permitted by law, **our total liability to you (under any legal theory) is a credit or refund that must not exceed the total amount of charges you paid us for the applicable AT&T Service during the shorter of (i) the preceding 24-month period or (ii) the period in which you experienced the issue giving rise to your claims.** If you are disputing a charge on your bill, Section 1.10 requires you either to notify customer service or submit a Notice of Dispute within 180 days of the bill date.

To the greatest extent permitted by law, **you must commence any legal action, whether by filing a lawsuit in small claims court or by filing a demand for arbitration, within two years of the date of the event or facts giving rise to the dispute or you waive the right to pursue that claim** (this contractual limitations period is tolled by the submission of a valid Notice of Dispute under subsection 1.3 of this Agreement).

Each of the limitations of liability in this Agreement will apply to claims you bring against third parties to the extent that we would be required to indemnify that third-party. If applicable law prohibits a limitation in this Agreement, all other limitations will apply to the greatest extent permitted by law. References in Section 1.7 to "AT&T" and "we" include our past, present, and future parents, subsidiaries, affiliates, and related entities, as well as AT&T's and all of those entities' officers, agents, employees, licensors, predecessors in interest, successors, and assigns.

### 1.8 Indemnification

To the fullest extent allowed by applicable law, you agree to release, hold harmless, indemnify, and defend AT&T (including our past, present, and future parents, subsidiaries, affiliates, and related entities, as well as AT&T's and all of those entities' officers, agents, employees, licensors, predecessors in interest, successors, and assigns) from any and all claims of any person or entity for damages, fines, penalties, or expenses of any nature arising out of or relating to, directly or indirectly:

- your or your Authorized Users' access to, use of, or inability to access or use any AT&T Service;
- any violation by you or your Authorized Users of this Agreement;
- your or your Authorized Users' violation of law (including negligence, willful misconduct, and infringement of anyone's intellectual property rights); or
- any other claim, demand, action, or complaint by any person or entity claiming by or through you or your Authorized Users that in any way arises out of or relates to this Agreement or any AT&T Service.

## 1.9 Charges and Payments

### 1.9.1 Credit Check:

By applying for or using AT&T Services, you're giving us permission to obtain your credit information from consumer credit reporting agencies at any time and for any reason. We also may share information about your credit with AT&T's current and future affiliates, assignees, successors, employees, agents, and others acting or purporting to act on our behalf at any time and for any reason. We may refuse to provide AT&T Services or require an advance payment, a nonrefundable payment, or other form of credit requirement if we determine that you may be a credit risk due to (1) your credit rating; (2) insufficient credit history; (3) previous late payments, suspension, disconnection or restoral of service; or (4) fraudulent or abusive use of any AT&T Services within the last five years. We will not pay interest on advance payments or deposits unless required by law. We may, however, require special payment terms, such as additional advance payments or deposits, if we determine that the initial payment was inadequate. We may establish limits and restrict AT&T Services or features as we deem appropriate. And we may immediately interrupt or suspend AT&T Services until your balance is brought below the limit we set for you. Any charges you incur in excess of your limit become immediately due. Upon determination solely by us of satisfactory payment history or as required by law, we may begin refunding deposits through bill credits or cash payments or as otherwise determined solely by us. If you are delinquent in any payment to us, you also authorize us to report any late payment or nonpayment to credit reporting agencies.

### 1.9.2 Billing:

**Different AT&T Services bill in different ways.** Please see the Service Terms for each AT&T Service for details and applicable fees and charges. In addition, you agree to pay your amounts due in full each billing cycle (usually once every 30 days): (1) the then-current monthly charges for your AT&T Services; (2) any applicable charges for equipment required for AT&T Services; (3) activation fees, connection, or installation charges, if any; (4) late fees and AT&T Service restoral fees, if any; (5) AT&T fees and other AT&T charges disclosed in the Service Terms; (6) charges for third-party content or services purchased or ordered using your AT&T Services or equipment; and (7) any applicable taxes and fees that AT&T pays to municipalities and other governmental entities and may pass on to you, regardless of whether applicable law assesses them on you or us. You are responsible for paying all charges specified in this Agreement, including charges incurred by any person who gains access to your AT&T Services or equipment, even if you did not authorize the charges. Please note that billing will begin as soon as your AT&T Service is provisioned or activated for you, even if you have not used it or installed it.

### 1.9.3 Late-Payment Charge and Dishonored Check Fee:

You agree that, for each bill not paid in full by the payment due date, we may assess a late-payment charge (subject to applicable law and except as expressly agreed in writing). Our acceptance of late or partial payments (even if marked "Paid in Full") won't waive any of our rights to demand payment of the full amount due. You will also be charged a fee for each and any check or other forms of payment made (including credit card charge-backs) that are returned unpaid for any reason (subject to applicable law and except as expressly agreed in writing).

### 1.9.4 Collections:

If you don't pay your bill in full and on time, you agree that you may be subject to collections either by us or a third-party collections agency. To the extent permitted by law, you must pay us any costs and fees, including attorneys' fees, we reasonably incur to collect amounts you owe us. Subject to applicable law, you agree that we're not responsible or liable for any negative consequences that may arise as a result of our reporting your Account, payment information, or history to any third-party credit reporting or collections agency.

### 1.9.5 Autopay:

If you enroll in an automatic credit card billing, automatic payment, or electronic funds transfer plan, you authorize us or our agent to charge or place holds on the credit or debit card or financial institution account number you provide to us, without requiring a signed receipt. You certify you are the owner of the payment method, authorize us to store this information, and authorize us to automatically charge the amount of your monthly bill(s) each month on the date indicated on your monthly bill, and to charge any amounts outstanding if you cancel AT&T Service. If you were required to provide a credit card when you started an AT&T Service, you also authorize us to charge that card (in lieu of your autopay card, if different) for any amounts outstanding if you cancel AT&T Service. You agree to provide us with updated credit or debit card or bank account information when needed by calling the customer care number on your bill or online at att.com/myatt. You acknowledge that, if your card-issuing bank participates in a card updater program and unless you opt out of this service, your bank may provide us with updated card numbers and expiration dates, and we will update our files with this information and continue to charge your card. You agree that we're not responsible for any insufficient funds or other charges you might incur as a result of any attempts to charge or place holds on your credit or debit card or to transfer funds. When payment is made by credit or debit card, payment will also be subject to the terms and conditions established by the credit or debit card issuer. If charges cannot be processed through your credit or debit card, or if your bank draft or electronic funds transfer is returned for insufficient funds, we may charge you an additional fee.

Case 3:24-cv-00757-E Document 53-5 Filed 01/07/25 Page 460 of 892 PageID 5931

**You can cancel your authorization for automatic credit card billing, automatic payment, or electronic funds transfer by calling the customer care number on your bill or online at att.com/myatt.** If you do so, you may lose certain promotions or discounts. You also should contact your card issuer or financial institution to advise that you have cancelled your enrollment.

### 1.9.6 Early Termination Fee:

Your Customer Service Summary, order confirmation, or applicable fee schedule for your AT&T Service may include a minimum period in which you must maintain service on an eligible plan (“Service Commitment”) or maintain certain programming (“Programming Commitment”). If you do not meet that commitment, you agree to pay an early termination fee. That fee is not a penalty, but rather is an alternative means for you to perform your obligations under the Agreement that partially compensates us for the fact that the Service Commitment or Programming Commitment on which your monthly rate is based was not completed.

### 1.9.7 Application of Credits:

Any amounts refunded in the form of bill credits, cash payments, or any other form will include all applicable taxes, fees and surcharges that were originally paid on such amounts. Credit amounts, such as customer loyalty rewards, that do not represent a refund of, or a discount to, the price paid for any good or AT&T Service will not result in the refund of any tax, fee, or surcharge you previously paid.

### 1.9.8 Business or Government Benefits:

You may receive or be eligible for certain discounts, credits, promotions, and other benefits (“Benefits”) through a business or government customer’s agreement with us (“Business Agreement”) or if you are otherwise eligible to participate in our military/government discount or benefit programs. All such Benefits are provided to you solely as a result of the corresponding Business Agreement or at our discretion and may be modified or terminated without notice. You may also be eligible for certain additional rate plans and/or other Services. For Wireless Services, please see att.com/iru-additional-terms for additional terms.

If a business or government entity pays your charges or is otherwise liable for the charges, you authorize us to share your Account information with it or its authorized agents. If you use Service(s) and/or receive certain Benefits pursuant to or arising from a Business Agreement with us, but you’re liable for your own charges, then you authorize us to share enough Account information with your business or government entity, or its authorized agents, to verify your continuing eligibility for those Services or Benefits. You also agree we may contact you to confirm your continued eligibility for the Services and/or Benefits.

You may receive Benefits because of your agreement to have the charges for your Services, billed by a company affiliated with AT&T (“Joint Billing”) or because you subscribe to certain services provided by an affiliate. If you cancel Joint Billing or the service from the affiliate, your rates will be adjusted without notice to a rate plan for which you qualify.

Benefits may vary and are subject to the corresponding Business Agreement and ongoing eligibility/enrollment criteria, which we may verify or audit in our discretion. FirstNet individual users must also satisfy the eligibility criteria for FirstNet service and will be subject to re-verification of eligibility from time-to-time.

## 1.10 Questions or Disputes Regarding Charges

If you believe that there’s something wrong with your bill, please contact customer service as soon as possible. If you’re not satisfied with customer service’s resolution, you may send us a Notice of Dispute pursuant to subsection 1.3.

**If you have a billing dispute, you have 180 days from the date of the bill either to notify customer service or submit a Notice of Dispute. Otherwise, you’ll have waived your rights to dispute the bill and to participate in any legal action raising that dispute. This limitations period does not apply in any state in which this contractual notice provision is prohibited.**

## 1.11 Privacy

### 1.11.1 Privacy Notice:

We take your privacy seriously. For more information about how we collect, use, and protect your personal information, including your location information, please see the AT&T Privacy Notice located at att.com/privacy. FirstNet individual users should review the FirstNet Privacy Notice at firstnet.com.

### 1.11.2 Use by Children:

Children under the age of 13 should not be permitted to access AT&T Services unless allowed by an Account holder who is their legal guardian. By permitting a child to access an AT&T Service, you are giving your child access to all features (such as email, texts, and device applications), the internet, and a broad range of third-party content. It is your sole responsibility to determine whether the features are appropriate for a minor.

AT&T is not responsible for any content accessed by you or minors. In addition, AT&T does not guarantee the accuracy of any access controls available from AT&T, and you agree that you will not hold us liable for any loss or damage of any kind incurred as a result of the use of any such access controls.

## 1.12 Governing Law

The law of the state in which we currently provide you with AT&T Services (or, for wireless service, the state of your current billing address or current address of record) governs this Agreement, except to the extent that law is preempted by or inconsistent with applicable federal law.

## 1.13 End User Licensing Terms

If you connect to AT&T Services by using, downloading, or installing an application or other Software that we make available, whether directly or indirectly through vendors, your use of the Software is subject to this Agreement and any End User License Agreement ("EULA") for the Software.

### 1.13.1 Definition of Software:

The term "Software" means the following: (a) any application related to the Services or this Agreement, including, without limitation, any software code, scripts, interfaces, graphics, displays, text, documentation, and other components; (b) any updates, modifications, or enhancements to it; and (c) any specific AT&T or vendor web site to which the Software directs you via any browser.

### 1.13.2 License Grant:

We (or for vendors' Software, the vendor) remain the owner of the Software, which isn't being sold to you. So long as you comply with the terms of this Agreement and any EULA provided with the Software, AT&T grants you a revocable, nonexclusive, nontransferable, limited right to install and use the Software on a single computer or device that you own and control and to access and use the Software on such device. We're not responsible for any material or content that you transmit, store, delete, record, or play using the Software.

### 1.13.3 Restrictions on Use:

You may use the Software only in strict adherence to the terms of this Agreement, the EULA, and the terms of any other agreements associated with your device. You may not: (a) decompile, reverse engineer, disassemble, attempt to derive the source code of or decrypt the Software; (b) make any modification, adaptation, improvement, enhancement, translation, or derivative work from the Software; (c) violate any applicable laws, rules, or regulations in connection with your access or use of the Software; (d) remove, alter, or obscure any proprietary notice (including any notice of copyright or trademark) of AT&T, its suppliers, or the licensors of the Software; (e) other than resale by an AT&T-authorized reseller, use the Software for any revenue-generating endeavor or commercial enterprise other than the use of this Software to participate in our Services; (f) use the Software for creating a product, Service, or software that is, directly or indirectly, competitive with or in any way a substitute for any Services, product, or software offered by us; (g) use the Software to send automated queries to any web site or to send any unsolicited commercial email; or (h) use any proprietary information or interfaces of AT&T or other intellectual property of AT&T in the design, development, manufacture, licensing, or distribution of any applications, accessories, or devices for use with the Software.

### 1.13.4 Export Limits:

None of the Software or underlying information or technology may be downloaded or otherwise exported or re-exported: (a) into (or to a national or resident of) any country to which the United States has embargoed goods; or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Deny Orders. The Software and any underlying technology may not be exported outside the United States or to any foreign entity or "foreign person" as defined by U.S. government regulations, including without limitation, anyone who is not a citizen, national, or lawful permanent resident of the United States.

## 1.14 Intellectual Property Rights

### 1.14.1 AT&T IP:

You agree that Software, AT&T Services, and AT&T equipment ("AT&T IP") are protected by trademark, copyright, patent and intellectual property laws, and/or international treaty provisions. You also agree that the source and object code of AT&T IP and the format, directories, queries, algorithms, structure, and organization of AT&T IP are the intellectual property and proprietary and confidential information of AT&T, its suppliers, and its licensors. Except as expressly stated in this Agreement, you are not granted any intellectual property rights in or to AT&T IP by implication, estoppel, or other legal theory, and all rights in and to AT&T IP not expressly granted in this Agreement are hereby reserved and retained by us. Nor do you have any intellectual or other property rights in any information that we provide or use to deliver AT&T Services, such as any Account or phone numbers or email addresses assigned to you.

### 1.14.2 Third-Party Software:

AT&T IP may utilize or include third-party software that is subject to open source and third-party license terms ("Third-Party Software"). You acknowledge and agree that your right to use such Third-Party Software as part of the Services is subject to and is governed by the terms and conditions of the open source or third-party license applicable to such Third-Party Software, including, without limitation, any applicable acknowledgements, license terms, and disclaimers contained therein ("Third-Party Software Notices") and including all posted changes to Third-Party Software Notices. In the event of a conflict between the terms of this Agreement and the terms of those licenses, the terms of those licenses will control your use of the relevant Third-Party Software. In no event will the Application or components thereof be deemed to be "open source" or "publicly available" software. You agree that your use of AT&T IP is subject to the terms of all Third-Party Software Notices.

### 1.14.3 AT&T Marks:

You agree that the AT&T names and their related logos and all related product and service names, design marks, and slogans are trademarks and service marks owned by and used under license from AT&T (the "AT&T Marks"). You are not authorized to use the AT&T Marks in any advertising, publicity, or in any other commercial manner without the prior written consent of AT&T, which may be withheld for any or no reason.

### 1.14.4 Copyright Infringement and Digital Millennium Copyright Act:

AT&T respects the intellectual property rights of others. If you believe that your work has been copied and has been posted, stored, or transmitted in connection with AT&T Services in a way that constitutes copyright infringement, in accordance with the Digital Millennium Copyright Act ("DMCA"), please tell us by providing the information listed at att.com/legal/terms.dmca.html to our Copyright Agent for notice of claims of copyright infringement to copyright@att.com. For more information about AT&T's copyright protection practices under the DMCA and for information on how to contact our DMCA agent, please refer to att.com/legal/terms.dmca.html.

### 1.14.5 Copyright Infringement Program:

Case 3:24-cv-00757-E Document 53-5 Filed 09/10/25 Page 462 of 892 PageID 5893

The AT&T Copyright Infringement Program (AT&T CIP) allows copyright holders to notify us of claimed infringements occurring on our transitory digital network communications services pursuant to 17 U.S.C. § 512(a). For more information on the AT&T CIP, please visit copyright.att.net.
Under the AT&T CIP, content owners may submit notifications to us of alleged copyright infringement. If a content owner or its authorized agent submits an infringement notice identifying an IP address that we can, with reasonable efforts, trace to a particular and identifiable AT&T subscriber as of the date and time identified in the notice, we will forward a copyright alert to the contact information on file for the subscriber Account, advising the Account holder of the allegation and providing information about online copyright infringement.
If you receive a copyright alert, it is your responsibility to take immediate action to check your internet connected devices and your local network to ensure that you don't generate additional copyright infringement notices. If we continue to receive copyright infringement notices that are traceable to an IP address associated with your Account, we may take further action consistent with 17 U.S.C. § 512(i), which may ultimately result in termination of your AT&T Services.
The Account holders' personally identifiable information is protected throughout this process. We will not provide such information to content owners unless required to do so by court order. For more information about AT&T's Copyright Infringement Program, please go to: copyright.att.net.
Our policies may be periodically revised. By using the AT&T Services, you agree that we have the right, but not the obligation, to challenge on your behalf the legitimacy of any notification of copyright infringement which we receive, and you agree to grant us such limited authority as may be necessary to allow for such a challenge.

## 1.15 Information, Content, Services, And Applications Provided By Third Parties

WE ARE NOT A PUBLISHER OF THIRD-PARTY INFORMATION, APPLICATIONS, SERVICES, OR OTHER CONTENT AND WE ARE NOT RESPONSIBLE FOR ANY OPINIONS, ADVICE, STATEMENTS, OTHER INFORMATION, SERVICES, OR GOODS PROVIDED BY THIRD PARTIES. AT&T, its service providers, and its suppliers—in providing information, services, applications, content, or products—do not underwrite, or assume your risk in any manner whatsoever. You agree that your use of third-party information, applications, services, content, or products is at your own risk, for which we're neither responsible nor warrant their safety, quality, or appropriateness and we do not provide customer service, repairs, or other support.

Third-party content or service providers may impose additional charges. Any information you provide to third parties is governed by their policies or terms.

Some services give you the ability to access, view, listen to, interact with, record, and/or store third-party audio and visual content ("Third-Party Content"). You understand that we don't guarantee the access to or availability of any particular Third-Party Content, or the length of time any particular Third-Party Content may remain available. You also understand that Third-Party Content is the copyrighted material of the third-party that supplies it, is protected by copyright and other applicable laws, and may not be reproduced, published, broadcast, rewritten, or redistributed without the written permission of the third-party that supplied it, except to the extent allowed under the "fair use" provisions of the U.S. copyright laws or comparable provisions of foreign laws. You agree that we will have no liability to you, or to anyone else who uses your AT&T Account or your AT&T services, with regard to any Third-Party Content.

We reserve the right in our sole discretion to restrict or deny access to any Third-Party Content or other third-party information, application, services, or products.

## 1.16 Assignment and Third Parties

### 1.16.1 Assignment:

We may assign this Agreement or parts of this Agreement to any third party without your consent and without notice to you, but you cannot assign the Agreement or any rights or legal claims arising from it without our prior written permission. Upon any assignment of this Agreement by AT&T, all references in this Agreement to "AT&T" "we," "us," or "our" shall refer solely to the assignee of this Agreement and shall no longer refer to AT&T or its affiliates. From the date of an assignment by AT&T, we will no longer be your service provider and the assignee shall be responsible for providing your services. You acknowledge and agree that AT&T will have no liability or obligation to you if this Agreement is assigned by AT&T, and your recourse for any liabilities or obligations will be solely limited to the assignee of this Agreement.

### 1.16.2 Third parties:

Except as stated in this Agreement, anyone who uses or benefits from your AT&T Services is not a third-party beneficiary who can enforce this Agreement against you, us, or anyone else.

## 1.17 About this Agreement

### 1.17.1 Your Ability to Contract:

By agreeing, acknowledging, or signing any agreement or terms and conditions or otherwise activating, using, or paying for any AT&T Service – which constitutes acceptance of this Agreement – you're confirming that you're over the age of majority and have the capacity to enter into binding contracts. In addition, if you're using AT&T Services on behalf of any entity, such as a corporation or other organization, you're accepting this Agreement on that entity's behalf. If that entity has separately entered into a business agreement with us, those business terms control.

### 1.17.2 Changes to Agreement:

We may add, modify, or delete any terms, conditions, rates, or fees for any AT&T Service at any time. We will provide you with notice of changes that are materially adverse to you (this does not include changes in fees or surcharges imposed by the government and passed onto you or changes to rates, fees, or surcharges within limits set forth in this Agreement or any incorporated documents) by email, bill insert or message, text or other message, posting on the website for your AT&T Service, mail, or other method we deem practicable. We also may provide you with notice of non-material changes in our sole discretion. Your continued use or payment for AT&T Services after the effective date of the change means you have accepted the change. If we notify you of a materially adverse change concerning an AT&T Service during your Service or Programming Commitment, and if you don't accept the change, you must cancel the AT&T Service within 14 days of the notice to avoid an early termination fee, if applicable. Continued use of the AT&T Service is your acceptance of any changes.

Case 3:24-cv-00757-E Document 61-6 Filed 11/17/25 Page 15 of 80 PageID 5903

### 1.17.3 Conflicting Terms:

This Agreement supersedes any prior agreement between us regarding your AT&T Services. In the event of a conflict between this Agreement and an applicable EULA, this Agreement controls unless the EULA specifically states otherwise. The English version of this Agreement is the original one. If there is a conflict between it and any translated version, the English version controls.

### 1.17.4 Severability:

If any provision of this Agreement is found to be unenforceable, **the remaining provisions will remain in full force and effect.**

### 1.17.5 Survival:

Although you or we can terminate this Agreement, some terms will continue to apply after termination. These terms include, but are not limited to, the provisions regarding dispute resolution (subsection 1.3), disclaimer of warranties (subsection 1.6), limitations of liability (subsection 1.7), indemnification (subsection 1.8), and governing law (subsection 1.12).

### 1.17.6 Entire Agreement:

This Agreement constitutes our entire agreement and supersedes any prior or contemporaneous agreements or understandings between us, either written or oral. This integration clause means that, to the greatest extent permitted by applicable law, you cannot rely on marketing materials or statements or promises by our employees or agents to modify the terms of this Agreement.

### 1.17.7 Operational Limits/Force Majeure:

Our ability to provide AT&T Services to you is subject to the availability and the operational limitations of the equipment and associated facilities, including third-party networks that AT&T does not control. You understand and agree that temporary interruptions or delays of AT&T Services may occur, and that AT&T is not liable for them. In addition, we aren't responsible for interruptions or delays caused by events outside our control, such as war, acts or threats of terrorism, civil disorder, labor strikes or disruptions, natural disasters (including fires, floods, earthquakes, and severe weather), medical epidemics, pandemics or outbreaks, destruction of network facilities or transportation infrastructure, or any other events beyond our reasonable control.

### 1.17.8 Non-Waiver of Rights:

We may decide not to enforce rights or remedies under this Agreement in specific instances. That decision is not a waiver of any of our rights or remedies.

### 1.17.9 AT&T Guarantee:

Notwithstanding the disclaimers or limitations set forth in Sections 1.6 or 1.7, AT&T may elect to grant Customer benefits for AT&T Service as outlined in the AT&T Guarantee program, which may be updated from time to time: See att.com/guarantee and att.com/businessguarantee for additional details.

# 2.0
# AT&T Wireless Service Terms

AT&T wireless service, including FirstNet individual users' wireless service ("Wireless Service"), is provided by AT&T Mobility LLC, acting on behalf of its FCC-licensed affiliates or AT&T's assignee or successor ("AT&T" or "us" in these Wireless Service Terms).

Section 2 contains terms applicable to all AT&T Wireless Services. Section 3 contains supplemental terms for AT&T PREPAID Wireless Service and Section 4 contains supplemental terms for DataConnect/Session-based Wireless plans. If terms in Section 2 conflict with terms in either Section 3 or 4, the terms in Section 3 or 4 will control.

For questions about Wireless Service, please call 800.331.0500 for postpaid service and 800.901.9878 for prepaid service.

## 2.1 Wireless Service Agreement

Your Wireless Service Agreement includes the following:

- Your Customer Service Summary;
- Your Wireless Service terms and conditions found in the brochures that are available in the retail store and online at att.com/plans/wireless at the time of your purchase; and
- Additional terms and conditions that apply to your use of AT&T apps, features and services, which are available in the app, on your Device and online at att.com/appterms or the associated service page at att.com.

AT&T's wireless network may provide broadband access to the internet. For more information about how AT&T helps transmit information to points on the internet and how we manage our network, please see att.com/broadbandinfo. The information provided on the broadband information page is not part of your Agreement.

## 2.2 Wireless Service Description

Your Wireless Service includes:

- Services included in your rate plan, which sets forth your monthly usage allotment and charges for voice, messaging and/or data services; overage rates when you exceed your rate plan's monthly usage allotment; pay-per-use rates; and your coverage area. Unless specified otherwise in your rate plan terms, any unused allotment of voice, messaging and data services, from one billing cycle will not carry over to any other billing cycle.
- Any optional features and services you add to any line on your Account, which may be subject to additional charges and terms and conditions.

Unless otherwise specified in your rate plan, your Wireless Service does not include—and additional charges may apply for use of—other carriers' networks in the U.S. or while traveling internationally.

AT&T Wireless Service may be used with: (a) a mobile device that contains a SIM that is assigned to your Account or (b) a device that is designed and purchased for use exclusively on AT&T's network (referred to in the Wireless Service Terms interchangeably as "Device" or "Equipment").

### 2.2.1 Voice Service:

If your rate plan includes voice service, subject to the limitations in this Agreement, you can make and receive calls within your rate plan's coverage area ("Voice Service"). Additional charges may apply for Voice Service used outside your rate plan's coverage area.

### 2.2.2 Messaging Service:

If your rate plan includes the ability to send and receive AT&T text (SMS), pictures or video (MMS), and/or Advanced Messaging (RCS) chat messages (collectively "Messages"), subject to the limitations in this Agreement, you will be able to receive and send such messages ("Messaging Service"). Apps that use other messaging protocols and over the top third-party messaging apps may incur data charges. Messages sent from or received on tablets, laptops, smart watches, or other connected devices are treated as data usage, not messages. AT&T does not guarantee delivery of messages. Messages, including downloaded content, not delivered within 72 hours will be deleted and no longer available. AT&T reserves the right to change this delivery period as needed without notification.

Advanced Messaging will not work if messaging or data has been blocked on your line. For more information on Advanced Messaging, visit att.com/advancedmessaging. Maximum limits on group message size apply depending on device mix and capabilities. MMS and SMS Messaging Service and data plan may need to be provisioned on an account in order to use Messaging. Some elements of Messages may not be accessible, viewable, or heard due to limitations on certain wireless devices. AT&T reserves the right to change the Message size limit at any time without notification. Text message notifications may be sent to non-Picture/Video Messaging subscribers if they subscribe to Text Messaging. You may receive unsolicited messages from third parties as a result of visiting internet sites.

### 2.2.3 Data Service:

If your rate plan includes data, subject to the limitations in this Agreement, you will be able to browse the internet and access wireless services, content and apps, including those that enable sending and receiving of emails, use of GPS navigation, streaming of video, and other customary mobile internet-enabled capabilities ("Data Service"). Services provided via the Data Service may be provided by AT&T or its affiliates, assignees, successors, or by third parties subject to service-specific terms and conditions.

### 2.2.4 AT&T Wi-Fi Service:

If you have a qualified rate plan and a Wi-Fi capable device, AT&T W-Fi Service in the U.S. may be available to you at no additional charge and your device may auto-authenticate at AT&T Wi-Fi Service locations. Use of AT&T Wi-Fi Service in the U.S. is subject to the Wi-Fi Terms of Service ("Wi-Fi Terms") found at att.com/legal/terms.wiFiServices.html. If you auto-authenticate at our Wi-Fi Service locations, your use may be subject to the Wi-Fi Terms and the URL filtering choices of the location owner or operator. Auto-authentication can be disabled on your device, e.g., by turning off Wi-Fi. Certain information about you or your Device may be collected when you use AT&T's Wi-Fi Service. (Note that AT&T Wi-Fi Service is for Wireless customers; home networking Wi-Fi for Internet Service customers is subject instead to the terms in subsection 6.2.4.)

### 2.2.5 Caller ID:

Your caller identification ("Caller ID") information (such as your name and phone number) may be displayed on the Device or bill of the person receiving your call; technical limitations may, in some circumstances, prevent you from blocking the transmission of Caller ID information. Contact customer service for information on blocking the display of your name and number. Caller ID blocking may not be available when using Data Services. If applicable to your rate plan and Device, an in-coming call identification feature may apply that will notify of in-coming calls and that may apply generic labels such as telemarketing, suspected spam, and/or suspected fraud to some of those calls.

## 2.3 Where can I use my Wireless Service?

To activate and maintain your Wireless Service you must have a U.S. mailing address and live within AT&T's, its assignee's or its successor's owned and operated network coverage area. Our coverage maps can be found at att.com/coverageviewer. There are gaps in coverage maps, which, by their nature, are only approximations of actual coverage. Please be aware that even within your coverage area many things can affect the availability and quality of your Wireless Service, including, but not limited to, network capacity, your Device, your rate plan, terrain, buildings, foliage and weather. Wireless Service or particular wireless technologies (such as 5G) will not be available in all areas at all times.

We utilize different network technologies in our wireless network and not all Devices work on all wireless technologies. We do not guarantee that you will receive any specific network capability at any given time, including any particular network speed. Actual network speeds depend upon device characteristics, network technology, availability, coverage, tasks, file characteristics, applications and other factors.

Wireless Service may be interrupted, delayed, or otherwise limited for a variety of reasons, including environmental conditions, unavailability of radio frequency channels, system capacity, network management, priority access by National Security and Emergency Preparedness personnel in the event of a disaster or emergency, coordination with other systems, equipment modifications and repairs, and problems with the facilities of interconnecting carriers.

## 2.4 Service Activation and Term Commitment

### 2.4.1 Establishing Service and Service Term:

To establish Wireless Service, you may have been required to provide a credit card. You may use this or another credit or debit card to establish recurring payments. See Section 2.35 regarding payment upon cancellation. These Wireless Service Terms begin on the day we activate your Wireless Service and continue through termination of your Wireless Service for any reason.

### 2.4.2 Term Commitment:

If you have agreed to a Service Commitment, you are required to maintain Wireless Service on an eligible plan for the Service Commitment period. Once you complete your Service Commitment, your contract for Wireless Service will continue on a month-to-month basis and automatically renews unless you cancel it or your Wireless Service is otherwise terminated. If you do not have a Service Commitment (for example, you purchase your Device from us at full retail price, under an installment plan, or bring your own Device), your Service is provided on a month-to-month basis and automatically renews unless cancelled or terminated. See att.com/howtocancel for details on how to cancel.

### 2.4.3 Device Activation:

You agree to activate Wireless Service on the Device within seven (7) days of the purchase or shipment date, whichever is later. If your Device is not activated by you, for post-paid Wireless Service, we may activate the Device for you within a month of shipping and your monthly recurring charges, and any applicable Service Commitment, will begin.

### 2.4.4 Early Termination Fee ("ETF"):

If you terminate your Agreement before completion of your Service Commitment, you agree to pay an ETF unless the ETF is waived by subsection 2.4.5. The ETF amount will be an amount up to your purchase price and will reduce each full month of your Service Commitment that you complete. For details, see att.com/equipmentETF.

### 2.4.5 Your Termination Rights and Ability to Change Wireless Service:

You can cancel any individual line of Wireless Service on your Account or your whole Account at any time. You must pay all amounts owed for Wireless Service used prior to cancellation including applicable taxes, surcharges, AT&T fees, and other fees. Authorized agents may charge additional fees. If you cancel your Wireless Service within the first 3 days of activation, we will refund your activation fee, if applicable. If you have a Service Commitment, you can cancel Wireless Service within 14 days of activation by returning the Device you purchased, and you will not be required to pay an ETF. Your Device must be in like-new condition with original packaging to be eligible for return. See att.com/returns for details. AT&T also may charge you a restocking fee for any returns. If you cancel prior to end of your billing period, your monthly Wireless Service charges are not refunded or prorated.

You also can change your Wireless Service at any time, but the Wireless Service available to you depends on your Device. Your Device may require certain Wireless Service, for example, smartphone users must have a rate plan that includes both voice and data.

## 2.5 Prohibited Uses of Wireless Services

Our wireless network is a shared resource, which we manage for the benefit of all of our customers. To ensure the activities of some users do not impair the ability of all our customers to have access to reliable services provided at reasonable costs, we forbid certain activities and uses ("Prohibited Network Uses"). We may take any and all reasonable actions necessary to prevent and stop Prohibited Network Uses or any other violation of AT&T's Acceptable Use Policy. Prohibited Network Uses include use of AT&T Wireless Service that, in AT&T's sole determination:

- hinders other customers' access to the wireless network;
- involves a mechanism that is used to originate, amplify, enhance, retransmit or generate a radio frequency signal without our permission;
- negatively affects our network or compromises network security or capacity;
- excessively and disproportionately contributes to network congestion;
- adversely impacts network service levels or legitimate data flows;
- degrades network performance;
- causes harm to other customers;
- tethers a wireless Device to a computing or internet of things ("IOT") device if you have not subscribed to a rate plan with a tethering feature;
- tethers a wireless Device to a home gateway or router as an Internet backup unless the home gateway or router allows AT&T to actively manage wireless traffic volumes originating at the gateway or router to prevent network congestion;
- uses any Device for Wireless Service with an ineligible rate plan;
- constitutes the reselling of any Wireless Service; or
- is excessive or unreasonable.

### 2.5.1 Examples of Prohibited Network Uses of Voice Service:

Our unlimited Voice Service is provided primarily for live dialogue between individuals. If your use of unlimited Voice Service for call forwarding, conference calling or purposes other than live dialogue between individuals exceeds 1,000 minutes per month, AT&T may terminate your Service or change you to a rate plan with no unlimited voice usage components. Our unlimited Voice Service may not be used for any other commercial purposes, including, but not limited to: (1) maintaining an

Case 3:24-cv-00757-E Document 53-5 Filed 11/07/25 Page 466 of 892 PageID 5937

open line to provide dispatch or monitoring services; (2) accessing or remote call forwarding to multi-party chat line services; (3) transmitting broadcasts or pre-recorded materials; or (4) telemarketing.

### 2.5.2 Examples of Prohibited Network Uses of Messaging Service:

Our Messaging Services are provided solely for communication between, and/or initiated by, individuals for personal use. You may not use Messaging Services for commercial purposes, including, but not limited to: (1) sending unsolicited, unauthorized, spam, or other unwanted messages (whether SMS, MMS, RCS, or other); (2) sending or receiving unusually high numbers of messages or messages not originated on your Device; or (3) reselling or transferring messaging capabilities. See the Acceptable Use Policy (located at att.com/legal/terms.aup.html) for more information. We may terminate or restrict your Messaging Service for tethered messaging, excessive use, or misuse.

### 2.5.3 Examples of Prohibited Network Uses of Data Service:

Unless otherwise permitted by AT&T in this Agreement, Data Service may not be used in any manner that: defeats, obstructs, penetrates, or attempts to defeat, obstruct, or penetrate, the security measures of AT&T's wireless network or systems, or another entity's network or systems; accesses, or attempts to access without authority, the accounts of others; or adversely affects the ability of other people or systems to use either AT&T's Wireless Services or other parties' internet-based resources. For example, this prohibition includes, but is not limited to: malicious software or "malware" that is designed, intentionally or unintentionally, to infiltrate a network or computer system such as spyware, worms, Trojan horses, rootkits, and/or crimeware; "denial of service" attacks against a network host or individual user; and "spam" or unsolicited commercial or bulk email (or activities that have the effect of facilitating unsolicited commercial or bulk email).

Unless otherwise permitted by AT&T in this Agreement, Data Service may not be used in any manner that has the effect of excessively contributing to network congestion, hindering other customers' access to the network, or degrading network performance. For example, this includes, but is not limited to: server devices or host computer applications such as continuous Web camera posts or broadcasts, automatic data feeds, or automated machine-to-machine connections; "auto-responders," "cancel bots," or similar automated or manual routines that generate excessive amounts of traffic or that disrupt user groups or email use by others; use of the Wireless Service as a substitute or backup for private lines or full-time or dedicated data connections; peer-to-peer (P2P) file sharing services; and software or other devices that maintain continuous active internet connections when a connection would otherwise be idle or any "keep alive" functions.

Data Service also may not be used with high bandwidth applications, services and content that are not optimized to work with Data Service and, therefore disproportionately and excessively contribute to network congestion. This includes, but is not limited to, redirecting television signals for viewing on computing devices; web broadcasting; and/or the operation of servers, telemetry devices, or supervisory control and data acquisition devices.

## 2.6 Unlimited Data Service

If you are subscribed to an AT&T unlimited data plan, you agree that "unlimited" means you pay a single monthly flat rate for wireless Data Service regardless of how much data you use. You further agree that "unlimited" does not mean that wireless data will be transmitted at any particular speed or that you can use AT&T's wireless Data Service in any way that you choose or for any Prohibited Network Uses. If you use your unlimited data plan in any manner that is prohibited, AT&T can limit, restrict, suspend or terminate your Data Service. We may also migrate you from the unlimited data plan to a tiered data plan and charge you the appropriate monthly fees. We will provide you with notice of this change at least one billing period in advance either by a bill message, email, text message, or other appropriate means.

Except for FirstNet individual users, AT&T may also reduce your data throughput speeds at any time based on the terms of your data plan, which may include times when your usage exceeds an applicable, identified data usage threshold during any billing period. Reduced data throughput speeds mean you may experience reduced data speeds and increased latency, which may cause websites to load more slowly and affect the performance of data-heavy activities such as video streaming.

Reduced data throughput speeds apply when using Data Services at times and in areas experiencing network congestion compared to other customers using the same cell site. Standard speeds will resume once the cell site is no longer congested or when your data session moves to an uncongested cell site, and speeds will no longer be reduced during periods of network congestion at the start of your next billing period, unless your usage again exceeds an applicable, identified data usage threshold for that next billing period.

There are no mobile network-related speed reductions if you use Wi-Fi, and Wi-Fi data usage does not count against a monthly data usage threshold for wireless Data service. For more information, go to att.com/broadbandinfo and att.com/datainfo.

## 2.7 AT&T's Rights to Change, Reduce, Cancel, Suspend, Interrupt or Terminate Wireless Service or the Agreement

AT&T can take any and all actions necessary to protect the AT&T wireless network, ensure compliance with this Agreement and prevent and/or stop Prohibited Network Uses. AT&T may also change, reduce, interrupt, suspend, limit or cancel your Wireless Service or terminate your Agreement without advance notice for any reason, including, but not limited to the following actions by you or any user of your Device or on your Account:

- misconduct described by subsection 1.5;
- living or predominantly using Wireless Service outside of the AT&T owned and operated domestic network coverage area;
- exceeding our off-net roaming usage allowances; and
- engaging or attempting to engage in Prohibited Network Uses.

If you lose your eligibility for a particular Wireless Service, we may modify, remove, or change your Wireless Service to one for which you qualify. **If we determine that you are using your Device without the correct rate plan, we reserve the right to switch you to the required rate plan and charge you the appropriate monthly charges and fees.** If we change your rate plan, you may change to another eligible rate plan. We may engage in any reasonable network management practice to enhance customer service, to reduce network congestion, to adapt to advances and changes in technology, and/or to respond to the limited availability of wireless bandwidth and spectrum. We may reduce your data throughput speeds at any time or place according to your rate plan.

18

**If we cancel your Wireless Service for misconduct or violations of this Agreement and you have a Service Commitment, we may charge you an ETF in addition to interrupting, suspending, modifying, or terminating your Wireless Service and Agreement.**

## 2.8 Use of Wireless Service on Other Wireless Carrier Networks

AT&T has agreements with other wireless carriers that allow you to use Wireless Service outside of AT&T's owned and operated wireless network. Within the U.S. and certain U.S. territories, the use of other carrier networks is referred to as domestic off-net usage. Use of other carrier networks while traveling internationally is called international roaming or international off-net usage. Both off-net usage and international roaming are dependent upon the agreements we have at any given time with other wireless carriers, and the network technology, frequencies, and functionality of those networks. Availability, quality of coverage, and speed for Wireless Service for off-net usage and international roaming are not guaranteed and may be changed without notice. AT&T may also reduce speeds (to 2G or other speeds) or suspend wireless Data Service for off-net and international roaming at any time without notice and without regard to the amount of data you have consumed during the billing period.

### 2.8.1 Limits on Use of Other Wireless Carrier Networks in the U.S.:

In most cases you are not charged separately for domestic off-net usage. Please check your rate plan terms to determine whether any extra charges apply for domestic roaming. However, if your rate plan provides for off-net usage, you still must use your Device predominantly within the AT&T owned and operated wireless network. Thus, if we provide you with off-net usage, we may suspend, limit or cancel your continued use of other carriers' networks if you exceed the following off-net thresholds:

- **Voice:** If you use more than 750 minutes during any month.
- **Data:** If you use more than 100 megabytes of data during any month.
- **Messaging:** If you use more than 3,000 messages during any month.

We will provide you with notice if we take action because you exceed any of these thresholds.

For current information about our coverage, please visit att.com/coverageviewer. Please be aware that your Device may connect to another wireless carrier's network even when you are located within the AT&T owned and operated network coverage area.

### 2.8.2 Use of Wireless Service while Outside the U.S.:

Your rate plan may include the capability to send and receive calls and text messages and use data for international roaming. Certain eligibility restrictions may apply to international roaming, which may be based on Wireless Service tenure, payment history and/or credit. We may in our sole discretion block or remove your ability to use international roaming until our eligibility criteria is met.

International roaming rates apply to any calls made or received, messages sent, and data used while outside the U.S. International roaming rates are subject to change without notice and vary by country.

If you travel internationally anywhere AT&T offers the AT&T International Day Pass® (IDP) feature (excluding FirstNet Subscriber Paid plans), AT&T will attempt to add the IDP feature automatically to your line. You will receive a text message notification when the feature is successfully added, or if your line already has the feature, informing you of applicable daily fees for voice, messaging and data services. You may decline the IDP feature by replying to the text message, contacting AT&T customer service, or by managing your account on-line at att.com/myatt. However, AT&T cannot guarantee you will receive these text messages, nor that the technology of AT&T and its off-net partner carriers will identify you as roaming internationally without the feature or successfully add it to your line. When using talk, text, or data under IDP, you will be charged the applicable daily fees. For full terms and conditions, visit www.att.com/idpterms.

**If you do not subscribe to an international roaming package or plan, or if an international roaming package or plan does not automatically apply to your wireless plan, you will be charged pay-per-use rates that may be substantially higher on a per unit basis than international package rates.** Coverage within other countries and territories may vary depending on your Device type, plan and package and may be changed by us at any time without notice. For rates, coverage, countries and details, see att.com/global. We may send courtesy "alert" messages when your Device connects to a wireless network in another country to notify you of international roaming data use. There is no guarantee you will receive these alerts and they are not a guarantee of a particular bill limit.

You may be charged international roaming voice airtime usage rates when incoming calls are routed to voicemail, even if no message is left, for both the incoming call and the call forward to voicemail. You may also incur those roaming charges for unanswered calls if your Device is powered off if you previously had turned it on and allowed it to register on a foreign carrier's network; there may be a lag time between when you power off your Device and when you are no longer registered on the foreign carrier's network. You will be charged for all data usage, including without limitation your use of messaging apps, visual voicemail and access to cloud-based services. You may also be charged taxes on international roaming rates. Billing for international roaming usage may be delayed up to three billing cycles due to the time it takes for wireless carriers to report international roaming usage.

**Please note that substantial charges may be incurred if your Device is taken out of the U.S. even if international roaming is not intentionally used.** Many Devices have preloaded and downloaded apps that transmit and receive data without user intervention and can generate unexpected charges when your Device is powered on outside the U.S. **If you want to block international roaming services, please call 314.925.6925 (at no charge from your AT&T wireless phone).**

## 2.9 Use of Wireless Service for Calls or Messages to International Phone Numbers

International long distance includes calls or messages made from the U.S. to any other country. **Unless you subscribe to a package or rate plan that includes international long distance, you will be charged pay-per-use rates for calls or messages initiated from the U.S. to any other country.** International long distance calling rates are charged on a per-minute basis and are subject to change without notice. **Unless a foreign country is included as a calling destination within your rate plan's coverage area, international long distance rates are charged for each call in addition to usage of your rate plan voice airtime minutes.** Calling or messaging to some countries may not be available. Calls to international wireless numbers may cost more than calls to wireline numbers. If a

call is placed to an international wireline number and the call is forwarded to a wireless number, you will be charged for a call terminated to a wireless number. Additional charges apply to numbers for premium rated services. For rates and details visit att.com/global.

## 2.10 Wi-Fi Calling for AT&T Wireless Customers

**Important Information about Wi-Fi Calling for AT&T Wireless Service Customers**

**TTY Devices are not compatible with Wi-Fi Calling:** Wi-Fi Calling lets you call and text over Wi-Fi when cellular coverage is limited or unavailable. Your Device must be set to AT&T HD voice and have internet access. Loss of your internet connection during voice Wi-Fi Calling will disconnect your call, including 911 calls. In the U.S. or internationally, you can use Wi-Fi Calling to call numbers in the U.S. at no additional charge (excluding 411 calls and other premium numbers). International long distance rates/plans apply when calling international numbers from within the U.S. International roaming rates apply when calling international numbers while traveling outside the U.S. Certain countries restrict Wi-Fi calling. No Wi-Fi Calling to 211, 311, 511, and 811. See att.com/wificalling for more.

**911 Calling with TTY & Real-time Text:** Due to technical limitations, **Wi-Fi Calling cannot be used with TTY devices and will not support TTY 911 calls**. Persons with communications disabilities can use Real Time Text (att.com/RTT) as an alternative to TTY. 911 services can be reached by either (1) calling 911 using Real Time Text, (2) calling 911 directly using a TTY device over the cellular network or from a landline telephone, (3) sending a text message to 911 directly, (4) using relay services to place a TTY or captioned telephone services (CTS) call from a wireless phone or from a landline telephone, or (5) using relay services to place a IP Relay or IP CTS call over a cellular or IP network.

**911 Call Routing:** 911 calls using Wi-Fi Calling will first attempt to route to the appropriate emergency response center using automatic location information from your Device or, if that fails, the Emergency Address (no P.O. Boxes) entered in your Wi-Fi Calling settings. To set up Wi-Fi Calling you will need to enter a US address. You can change your Emergency Address at any time by selecting “Update Emergency Address” in your Wi-Fi Calling menu. To ensure proper routing of 911 calls update your Emergency Address as needed. 911 service may be delayed or unavailable if automatic location information is unavailable or if using Wi-Fi Calling from a location different from the Emergency Address you entered.

**You acknowledge that you received and understand the foregoing information about 911 calls using Wi-Fi Calling as an AT&T Wireless Service customer, and you further agree that if you dial 911 on a Device using Wi-Fi Calling, AT&T may treat the automatic location information transmitted by your Device as your temporarily updated Wi-Fi Calling Emergency Address.**

## 2.11 Your Device

A voice plan is required on all voice-capable Devices, unless specifically noted otherwise in the terms governing your rate plan. An eligible rate plan is required for certain types of Devices, including smartphones. A tethering plan may be required to enable tethering on a compatible Device, depending on the terms of your rate plan.

### 2.11.1 Terms Applicable to Use of Your Device with Wireless Service:

We may periodically change your Device’s preloaded software, apps or programing remotely, without notice (e.g., to update Device software or direct your Device to use network services most appropriate for your typical usage). We may also remotely program or reconfigure your Device upon activation on the AT&T network and at other times, as well as install additional software and apps.

You cannot (nor can you allow anyone else to) make any modifications to any Device purchased from AT&T or its programming to enable it to operate on any other system, except in accordance with the AT&T Device Unlock Policy found at att.com/deviceunlock. We may, at our sole discretion, modify the programming of your Device to enable operation on other systems. You may not tamper with, replace, or modify your Device operating system from its original equipment manufacturer specifications and capabilities.

You are solely responsible for complying with United States Export Control laws and regulations and the import laws and regulations of foreign countries when traveling internationally with your Device.

### 2.11.2 Stolen or Lost Device:

Contact us immediately to report your Device as lost or stolen so we can suspend your Wireless Service. If you receive your bill and there are charges for unauthorized usage after you reported your Device as lost or stolen, you must notify us of the unauthorized charges within 30 days. While your phone is suspended you will remain responsible for complying with all other obligations under this Agreement, including, but not limited to paying your monthly Service charges. You can report your Device as lost or stolen by contacting us at 800.331.0500 if you are in the United States, or (+1)916.843.4685 if you are abroad. FirstNet individual users should contact us at 800.574.7000. If you have not received a courtesy suspension of monthly Service charges during the previous year, you may request a courtesy suspension until you replace or recover your Device (up to 30 days).

### 2.11.3 Unlocking a Device:

Your Device may have been programmed with a SIM lock which prevents it from operating with other wireless carriers’ networks. If you wish to use your Device with another wireless carrier, you must enter an unlock code to unlock the phone. You can find out whether you meet the eligibility criteria in our Device Unlock Policy and, if eligible, obtain unlock instructions by visiting att.com/deviceunlock.

## 2.12 AT&T Use of Location Information

AT&T collects information about the location of your Device from our network and from your Device. We monitor, collect, and use this location information, together with other information we get from our network and your Device, to provide Wireless Service to you. We also use it to maintain and improve our network and the quality of your wireless experience.

**For more information about the how we may collect and use information, including location, please refer to the AT&T Privacy Notice at att.com/privacy. FirstNet individual users should review the FirstNet Privacy Notice at firstnet.com.**

## 2.13 NOTICE REGARDING TRANSMISSION OF WIRELESS EMERGENCY ALERTS (Commercial Mobile Alert Service)

AT&T has chosen to offer, at no additional charge, wireless emergency alerts, including enhanced geo-targeting (where selected by the alert originator and supported by the handset), within portions of its service area, as defined by this Agreement, on wireless emergency alert capable Devices.

Wireless emergency alerts, including enhanced geo-targeting (where selected by the alert originator and supported by the handset), may not be available on all Devices or in the entire service area, or if a subscriber is outside of the AT&T service area. In areas in which the emergency alerts are transmitted, such alerts may not be received even though a Device is capable of receiving them. For details on the availability of this service and wireless emergency alert capable devices, including the availability and benefits of enhanced geo-targeting (where selected by the alert originator and supported by the handset), please ask a sales representative, or go to att.com/support/article/wireless/KM1009041. This notice is required by FCC Rule 47 C.F.R. § 10.240 (Commercial Mobile Alert Service).

In transmitting emergency alerts pursuant to federal law, AT&T, including its officers, directors, employees, vendors, assignees, successors and agents, shall not be liable to any subscriber to, or user of, AT&T's Wireless Service or Equipment for any act or omission related to or any harm resulting from the transmission of, or the failure to transmit, an emergency alert; or the release to a government entity or agency, public safety, fire service, law enforcement official, emergency medical service, or emergency facility of subscriber information used in connection with delivering an emergency alert.

## 2.14 Mobile Content

You understand that Devices can be used to acquire or purchase goods, content, and services (including subscription plans), such as ring tones, graphics, games, applications and news alerts from AT&T or other companies ("Content").

You have full-time access to your Content purchase transaction history on our website. You may contest and seek refunds for unauthorized purchases and purchases with which you are not satisfied, but such refunds are not guaranteed. AT&T reserves the right to restrict Content purchases or terminate the Account of anyone who seeks refunds on improper grounds or otherwise abuses this Service.

Actual Content may vary based on the Device capabilities. Content may be delivered in multiple messages. Content charges are incurred at the stated one-time download rate or subscription rate, plus a per kilobyte or per megabyte default pay per use charge for the Content transport when delivered, unless you have a data or rate plan and such charges appear separately on your bill. You may be charged each time you download Content. Data Service charges may apply in addition to Content charges.

## 2.15 Charges, Fees, Billing, and Payment

### 2.15.1 Charges:

You are responsible for all charges incurred on your Account. We bill most Wireless Service one month in advance. In addition to charges authorized elsewhere in this Agreement (including subsection 1.9), your bill may include:

- the monthly cost of the rate plan you have selected;
- Device and other installment plan payments, if you purchased your Device or other services under an AT&T installment plan;
- optional services, charges for Content, Third Party Charges, and other purchases billed to your Account;
- pay-per-use and overage charges;
- other charges and AT&T fees described below; and
- occasional fees for special Account assistance as discussed below.

Some usage charges, such as those that depend on information from a third party, may be billed in subsequent bill cycles after the charges have been incurred.

Additional charges may include, but are not limited to:

**Third Party Charges.** You can make donations and purchase goods, Content, apps, and services (including subscriptions) from certain other companies ("Third Party Charges") or us by billing those charges to your wireless Account. You are responsible for all authorized third party charges which will appear in a separate section of your bill. **You can prevent third party purchases by adding Purchase Blocker to your Account through your myAT&T app or call Customer Service at 800.331.0500.** Also, usage by others can be restricted by use of parental controls or similar features, visit att.com/securefamily to learn more.

**AT&T Monthly Fees** include, but are not limited to, the AT&T Administrative & Regulatory Cost Recovery Fee charged to help AT&T recover: (a) certain expenses AT&T incurs, including, but not limited to, charges AT&T or its agents pay to interconnect with other carriers to deliver calls from AT&T customers to their customers and charges associated with cell site rents and maintenance; and (b) payments of certain government fees imposed on AT&T and costs of compliance with government-imposed regulatory requirements. This and other AT&T Fees are not taxes or charges which the government requires AT&T to collect from its customers. The amounts we charge may change. See att.com/mobilityfees for more info.

**Online Fee Schedule.** For additional information on fees that may appear on your bill and that you agree to pay, please visit att.com/mobilityfees.

### 2.15.2 Billing:

Unless agreed to otherwise when you subscribe, you may receive an electronic (paperless) bill at AT&T's online account management site (att.com/myatt or the myAT&T app, collectively "myAT&T") unless you tell us you want a paper bill. If you have electronic billing, each month we will send you an email notice to your

official email address on file with AT&T when your electronic bill is available online. You may review your monthly bill or switch back to a paper bill by changing your billing preferences at myAT&T. FirstNet individual users can manage their billing through FirstNet Central at firstnetcentral.firstnet.com/.

### 2.15.3 Primary Place of Use:

To determine your primary place of use ("PPU") and which jurisdiction's taxes and assessments to collect, you're required to provide us with your street address. If you don't provide us with such address, or if it falls outside our licensed Services area, we may either reasonably designate a PPU within the licensed Services area for you or discontinue service. You must live and have a mailing address within AT&T's owned network coverage area or its assignee's or successor's.

### 2.15.4 Calculation of Charges:

Usage and monthly fees will be billed as specified in your rate plan terms of service. Your Customer Service Summary also provides an estimate of your total monthly bill.

If you select a rate plan that includes a predetermined allotment of Services (for example, a predetermined amount of airtime, messages, or data), unless otherwise specifically provided as a part of such rate plan, any unused allotment of Services from one billing cycle will not carry over to any other billing cycle.

Usage on networks not owned by AT&T is limited as provided in your rate plan. Charges will be based on the location of the site receiving and transmitting service and not the location of the subscriber.

#### 2.15.4.1 Voice Service/Calls:

Voice calls on our network will incur per-minute voice airtime charges unless specified otherwise in your rate plan. We round any fraction of a minute up to the next full minute. For outgoing calls, billable time may start either when you first press Send or when the call connects to a network, and for incoming calls, it starts when the call connects to a network (which may be before it rings). Usage time may end several seconds after you press End or after the call disconnects. For calls made on our network, we charge only for calls that are answered, including by machines.

#### 2.15.4.2 Messaging Service/Text, Picture, Video, and Rich Communication Messages:

If your rate plan does not include unlimited or an allotment of messaging, standard pay-per-use rates apply when a message is sent or received, whether read or unread, viewed or unviewed, solicited or unsolicited. Generally, one text message equals 160 characters; however, text messages that include special characters, like emojis or non-Latin alphabet characters may be limited to 70 characters. Text messages that exceed the character limit will be charged as multiple individual messages according to your rate plan. Messaging Service can deliver video and pictures messages (MMS) up to only 1MB in size, or up to 100MB in size with RCS. AT&T reserves the right to change the message size limit at any time. Messages sent to tablets, laptops, or other connected Devices are excluded from unlimited messaging plans or plans including unlimited messaging. You are charged for each part of messages that you send or receive in multiple parts. Message rates apply whether the message is read, unread, solicited, or unsolicited. Messages sent through applications may incur data usage charges.

Plans that do not provide for unlimited messaging are subject to the following provisions:

SMS and MMS messages are rated at 160 characters per message. Messages larger than 160 characters will be rated as an additional message. You are charged for each part of messages that are delivered to you in multiple parts. Premium SMS and MMS messages are charged at their stated rates. Standard rates apply to all incoming messages when in the U.S. Different, non-standard per message charges apply to international messages sent from the U.S. or while outside the U.S. Messaging pricing is for domestic messages only. When a single message is sent to multiple recipients, the sender is charged for one message for each recipient and each recipient is charged for the message received. Text, Picture, and Video messages are charged when sent or received, whether read or unread, solicited or unsolicited.

With Advanced Messaging (RCS) chat, your wireless rate plan's SMS and MMS rates apply. Each text/file attachment counts and is charged as a separate SMS/MMS. If you do not enroll in a monthly recurring plan for messaging or data, you may still have access to messaging and data and be charged on a pay-per-use basis if you use those Services.

#### 2.15.4.3 Data Service:

Data Service usage is calculated and billed in full KB or MB increments, as applicable, based on your rate plan. Actual data usage is rounded up to the next full KB or MB at the end of each data session for billing purposes. AT&T calculates a full KB or MB usage for every fraction of the last KB or MB of data usage occurring in each session. The full KBs or MBs calculated for each data session during a billing period are added together to determine billing. Network overhead, software update requests, email notifications, and resend requests caused by network errors can increase measured KBs or MBs. A data session started on our network will continue until the session ends, even when you connect to a Wi-Fi network after the session starts. For example, if you start to download an audio file using cellular data and then connect to a Wi-Fi network while the audio file is still downloading, your audio file will continue to finish downloading over the cellular network. Your bill may not separately identify the data usage attributable to your use of specific sites, sessions or services used.

Data use occurs whenever your Device is connected to our network and is engaged in any data transmission, including those you initiate, or those running automatically in the background without your knowledge and whether the data transmission successful or not. Some applications, content, programs and software on your Device (including both downloads and preloads) automatically and regularly send and receive data transmission in order to function properly, without you affirmatively initiating the request and without your knowledge.

Your rate plan data allowance is limited to usage in the United States, unless service in other locations is included in your rate plan or international roaming is included as part of your rate plan or package.

**Data Overage: Once you exceed your monthly data allowance (including any available data, such as Bonus Data or Rollover Data), during your billing period, you may automatically be provided with additional increments of data and charged as specified in your rate plan. Data overage can be used only in the bill period for which it was provided and does not rollover.**

### 2.15.5 Delayed Billing:

Billing of usage for calls, messages, data or other Wireless Services (such as usage when roaming on other carriers' networks, including internationally) may occasionally be delayed. Such usage charges may appear in a later billing cycle and will be deducted from any applicable allotments for that month, regardless of

Case 3:24-cv-00757-E Document 53-5 Filed 01/10/25 Page 471 of 892 PageID 5982

which the usage actually occurred, even if this results in additional charges for that month.

## 2.16 Miscellaneous Services

### 2.16.1 AT&T Roadside Assistance:

AT&T Roadside Assistance ("RA") is an optional feature that may be purchased separately and automatically billed to the wireless Account. RA service is provided by American Traveler Motor Club, Inc., a licensed motor club. For complete RA Terms and Conditions, refer to your RA Welcome Kit or go to att.com/roadside.

### 2.16.2 Optional AT&T Mobile Insurance, AT&T Protect Advantage for 1, and AT&T Protect Advantage for 4:

If eligible, you have 30 days from activation or upgrade to enroll in optional AT&T Protect Advantage for 1 or AT&T Protect Advantage for 4. For details visit att.com/protectadvantage. AT&T Mobile Insurance and the insurance component of AT&T Protect Advantage for 1 and AT&T Protect Advantage for 4 are underwritten by Continental Casualty Company, a CNA company (CNA) and administered by Asurion Protection Services, LLC (in California, Asurion Protection Services Insurance Agency, LLC, CA Lic. #OD63161, in Puerto Rico, Asurion Protection Services of Puerto Rico, Inc.), licensed agent of CNA. Protect Extended Service Contract for 1 and 4 are provided by Asurion Warranty Protection Services, LLC, or one of its affiliates.

AT&T may change the insurer, service contract obligor and/or administrator for the AT&T device protection program at any time with advance notice. You will have the right to opt out by cancelling your enrollment in the program. However, if you continue to pay the charges for the program after we inform you of such a change, you will be presumed to have consented to be enrolled under the new insurer's group insurance policy and service contract, although you have the right to cancel at any time.

### 2.16.3 Lifeline Services:

As part of a federal government program, AT&T offers discounted wireless service to qualified low-income residents in selected states. For questions or to apply for Lifeline service, call 800.377.9450. For tips on how to protect against fraud, please visit the CPUC's website at, calphoneinfo.com.

### 2.16.4 AT&T Wireless Internet Service:

AT&T Wireless Internet service (formerly Wireless Home Phone and Internet service or WHPI) uses mobile wireless gateway equipment called an AT&T Wireless Internet device ("WI Device"). With AT&T Wireless Internet service, the WI Device allows you to connect a landline phone to place and receive calls, and to connect up to eleven internet-capable devices (one via Ethernet and ten via Wi-Fi) to have mobile broadband internet access over the AT&T wireless network. See Section 2 for more information about how AT&T Wireless Service works.

AT&T Wireless Internet service requires that you subscribe to an eligible wireless rate plan to take advantage of one or both capabilities. Tiered shared rate plan options allow you to share a monthly allotment of domestic wireless talk, text, and/or data usage among your connected internet-capable devices. If your usage exceeds the monthly allotment of the plan you select during a billing period, you automatically will be charged for overages or your data may be slowed as specified in your plan. If you do not use all of the monthly allotment(s) of the plan you select during a billing period (or Rollover period, as applicable), you forfeit that usage.

If your WI Device is used to roam on other carrier networks, AT&T's off-net usage restrictions apply. Messaging services and international roaming are not supported by AT&T Wireless Internet service. If you use a wireless rate plan not designed for AT&T Wireless Internet service with your WI Device, AT&T reserves the right to switch you to an appropriate plan and bill you the associated charges for such plan.

**911 calls are routed based on the wireless network's automatic location technology. You should expect to provide your location address to the emergency response center responsible for sending first responders (e.g., police, medical assistance, or fire) to your location. The WI Device has battery backup power and will work in the event of a power outage. However, if you connect a landline phone to the WI Device that itself requires external electric power to operate (e.g., a cordless phone), you will not be able to place and receive calls over that phone during a power outage.**

Please note that AT&T Wireless Internet service is different from AT&T Fixed Wireless Internet, which is discussed in subsection 6.14.2.

## 2.17 Disclaimer of Warranties and Limitations of Liability for Wireless Service

### 2.17.1 Disclaimer of Warranties:

Unless prohibited by law, the following limitations of liability apply in addition to the disclaimers in Section 1.6. We and our predecessors in interest, successors, and assigns, as well as our past, present and future subsidiaries, affiliates, related entities, and each of those entities' officers, agents, employees, and licensors make no warranty, express or implied, of merchantability or fitness for a particular purpose, suitability, accuracy, security, or performance regarding any Device, Wireless Service, Software or applications. Because of inherent limitations in wireless communications, and because we cannot control your choice or use of wireless Devices, to the maximum extent permitted by law, in no event will AT&T be liable, for any:

- act or omission of a third party we do not control;
- damage or injury caused by third party information, applications or content (e.g. apps, games, etc.) preloaded, accessible, or used through your Device;
- damage or injury caused by interruptions, failures to transmit, or delays in the Wireless Service provided by or through us;
- damage or injury caused by your use of Wireless Service provided by us while you are operating a vehicle;
- claims against you by third parties;
- unauthorized access to your Device, Wireless Service, or AT&T Account;
- damage or injury caused by a suspension or termination of Wireless Service by AT&T; or
- damage or injury caused by failure or delay in connecting a call to 911 or any other emergency service.

### 2.17.2 Limitations of Liability for Wireless Service:

In addition to the limitations of liability set forth in Section 1.7, your Wireless Service is also subject to the following additional limitations of liability.

Not all plans or Wireless Services are available for purchase or use in all sales channels, in all areas or with all Devices. AT&T is not responsible for loss or disclosure of any information you transmit or provide to us. AT&T's Wireless Services are not equivalent to wireline internet. AT&T is not responsible for nonproprietary services or their effects on Devices.

We may, but does not have the obligation to, refuse to transmit any information through the Wireless Services and may screen and delete information prior to delivery of that information to you. There are gaps in service within the Wireless Services areas shown on coverage maps, which, by their nature, are only approximations of actual coverage.

Notwithstanding the foregoing, if your Wireless Service is interrupted for 24 or more continuous hours by a cause within our control, we will issue you, upon request, a credit equal to a pro-rata adjustment of the monthly Service fee for the time period your Service was unavailable, not to exceed the monthly Service fee. Our liability to you for Service failures is limited solely to the credit set forth above. AT&T is not liable to you for changes in operation or technology that cause or render your Device and/or software to be obsolete or require modification.

References in this Section 2.17.2 to "AT&T" and "we" include our past, present and future parents, subsidiaries, affiliates, and related entities, as well as AT&T's and all of those entities' officers, agents, employees, licensors, predecessors in interest, successors, and assigns.

## 2.18 Terms That Apply Only To Specific States

### 2.18.1 California: Unauthorized Charges:

You are not liable for charges you did not authorize, but the fact that a call was placed from your Device is evidence that the call was authorized. Unauthorized charges may include calls made to or from your phone or other Device after it was lost or stolen. Once you report to us that the Device is lost or stolen, and your Device is suspended, you will not be responsible for subsequent charges incurred by that Device. You can report your Device as lost or stolen and suspend Services without a charge by contacting us at the phone number listed on your bill or at att.com/my/#/suspendrestore.

If you notify us of any charges on your bill you claim are unauthorized, we will investigate. If there are charges on your bill for calls made after the Device was lost or stolen, but before you reported it to us, notify us of the disputed charges and we will investigate. You may submit documents, statements and other information to show any charges were not authorized. We will advise you of the result of our investigation within 30 days. If you do not agree with the outcome, you may file a complaint with the California Public Utilities Commission and you may have other legal rights. While an investigation is underway, you do not have to pay any charges you dispute or associated late charges, and we will not send the disputed amount to collection or file an adverse credit report about it. While your phone is suspended you will remain responsible for complying with all other obligations under this Agreement, including but not limited to, your monthly fee. We both have a duty to act in good faith and in a reasonable and responsible manner including in connection with the loss or theft of your Device.

### 2.18.2 Connecticut: Questions About Your Service:

If you have any questions or concerns about your AT&T Service, please call Customer Care at 800.331.0500, dial 611 from your wireless phone, or visit att.com/wireless. If you have questions about the Unlimited Local or Unlimited Long Distance Service, please call 800.288.2020 or visit att.com. If you are a Connecticut customer and we cannot resolve your issue, you have the option of contacting the Public Utilities Regulatory Authority (PURA). Online: ct.gov/pura; Phone: 800.382.4586; Mail: Connecticut DPUC, 10 Franklin Square, New Britain, CT 06051.

### 2.18.3 Puerto Rico:

If you are a Puerto Rico customer and we cannot resolve your issue, you may notify the Telecommunications Regulatory Board of Puerto Rico of your grievance. Mail: 500 Ave Roberto H. Todd, (Parada 18), San Juan, Puerto Rico 00907-3941; Phone: 787.756.0804 or 866.578.5500; Online: jrtpr.pr.gov, in addition to having available arbitration, as provided in Section 1.3.

# 3.0
# Terms that Apply Only to AT&T PREPAID Customers

## 3.1 Applicability of this Section

This Section 3 pertains only to AT&T PREPAID customers, including AT&T PREPAID Multi-Line customers.

## 3.2 Charges

AT&T will not provide you with monthly bills. You may access your Account on our website, via the myAT&T app, by calling customer service, or by visiting an AT&T store. You are responsible for paying all charges for Services provided under this Agreement (such as subsection 1.9), including charges made by any person you permit to have direct or indirect access to your Device even if you did not authorize its use. These include but are not limited to (a) access charges; (b) usage charges; (c) charges for features and/or add-ons; (d) taxes, fees and other assessments imposed by the government that we are required to collect and remit to the government; (e) other fees and charges as set forth at att.com/mobilityfees; and (f) surcharges that we collect and retain from our customers that include, but are not limited to, Federal or State Universal Service fees, regulatory charges, and government taxes or fees imposed on gross receipts, sales and/or property that we incur in providing services to our customers. In some jurisdictions, certain recurring fees or taxes are included in the rate plan charge each month pursuant to applicable state or local law. For more info, see att.com/prepaidE911.

### 3.3 Payment and Cancellation

You must make a payment to your Account within 26 days of activation or your Account will be canceled. Active service requires Account payment in full for monthly plans and minimum $25 Account payment for per minute and daily plans. If required, AT&T will refund the applicable activation fee if you cancel your service within the first 3 days of activation. **AT&T PREPAID cards and other account payments are nontransferable and nonrefundable.** The *888* command for payment only works with PINS/Cards purchased from AT&T-owned retail stores and select authorized retail locations and may not work on all Device types. Amounts deposited into your Account expire in accordance with the stated payment denomination expiration period ($10-$24 payments expire in 30 days, $25 to $99 in 90 days, $100 or more in 365 days). Unused Account balance forfeited upon expiration. If you are on a monthly plan, including one that requires one payment for multiple months of service, the applicable plan charge will automatically be deducted from your Account balance at the end of the day (11:59pm Central Time) on your plan's payment due date. **Applicable plan charge for any AT&T PREPAID plan is not refundable and not exchangeable, and any unused services of your plan are forfeited if you change to another plan during your plan's period.** If your Account balance is insufficient to pay the applicable plan charge, you will not be able to use your plan services, data services, or any pay-per-use services until you make a payment to your AT&T PREPAID account with the applicable amount or your plan is renewed. AT&T PREPAID accounts for phone plans will be canceled 60 days after expiration. AT&T PREPAID Accounts for data plans will be canceled 365 days after expiration. A new wireless phone number is required to reactivate service once Account is canceled.

### 3.4 Devices

Devices sold under the AT&T PREPAID brand are sold exclusively for use with AT&T PREPAID service, are designed for use only on the AT&T network and may not function on other wireless networks. By purchasing a Device designed for use with AT&T PREPAID service, you agree to activate and use it with AT&T PREPAID service. You also agree that you will not make, nor will you assist others to make, any modifications to any Device or programming to enable it to operate on any other system or network except in accordance with the Device Unlock Policy found at att.com/prepaiddeviceunlock. AT&T may, at its sole and absolute discretion, modify the programming to enable the operation of the Device on other systems. You understand and acknowledge that Devices designed for use with AT&T PREPAID service are sold solely for use with the AT&T network and that AT&T will be significantly damaged if you use or assist others to use our Devices for any other purpose. You also agree not to take any action to circumvent limits on the quantity of Devices that may be purchased. You will be liable to AT&T for any damages resulting from conduct prohibited in this section.

### 3.5 Monthly Plans

Monthly plans are good for 30 days at applicable charge. Monthly plans expire at 11:59 p.m. C.S.T. on the 30th day. When you first activate a plan, the day that the plan is activated counts as the first full day and counts toward the first 30 days, so your plan may be less than a full thirty days during the first month, depending on the time of plan activation.

### 3.6 Voice, Data & Messaging Services for Mobile Phones

Nationwide voice minutes included in plans are intended for domestic use only unless on a Monthly plan that includes in-country calls while in Mexico & Canada. Calling from the U.S. includes calling from the United States. Additional charges apply to all other calls. For information on per-minute rates and Add-Ons for international long distance calls, visit att.com/prepaidintl. Wi-Fi Calling requires Wi-Fi Calling-capable smartphone, AT&T PREPAID Account provisioned with HD Voice, Wi-Fi network, and eligible rate plan (excludes pay per use plans). Unlimited messaging includes unlimited text, picture and video messages within the U.S. (and in Mexico and Canada on plans that include usage in Mexico & Canada) and to select countries. For a list of countries, go to att.com/prepaidIntlText.

#### 3.6.1 Pay-Per-Minute Plans:

In a Pay-Per-Minute plan, Voice calls, text messages and data usage are charged at then prevailing per minute/per message/per usage rates. Pay-per-use data service is available only on basic and messaging phones.

#### 3.6.2 Daily Plans:

Daily plans include unlimited nationwide calling and unlimited messaging for a rate charge assessed and paid each day phone is used to make or receive voice calls, including a call to voice mailbox, or send a text or picture/video/sound message. The day for purposes of Daily plan rate charge starts when you make a call, accept an incoming call, or send a message and ends 24 hours later. If you move in or out of Wi-Fi coverage during a Wi-Fi call when your 24 hours expires, a new 24-hour period will begin and the daily plan charge will apply. A minimum Account balance sufficient to pay Daily plan rate charge required to place or receive first call of the day or send a message. Pay-per-use data service is automatically available for basic and messaging phones at then prevailing pay-per-use data rate. A Data Add-On is available for an additional charge for all Device types. Once Data Add-On is depleted, basic/messaging phone users will automatically revert to pay-per-use data. To continue using data on a smartphone, customer must purchase another Data Add-On or be restricted to Wi-Fi.

#### 3.6.3 Monthly Plans:

Monthly plans include unlimited nationwide calling and unlimited messaging. Certain Monthly plans may include data service. Data availability and allotments vary by plan. Certain Monthly plans for smartphones include a high-speed data allowance and, thereafter, unlimited data usage at reduced data speeds of up to 128 Kbps for the rest of the 30-day plan term. Certain Monthly plans have 5G Access. 5G service requires a compatible 5G device. 5G service is not available everywhere. See att.com/5Gforyou for details. Actual speeds vary by Device and location. For specific data allowance and speeds on these plans and other details, see att.com/prepaidplans. Data Add-On available on certain Monthly plans for an additional cost. Pay-per-use data not available on Monthly plans.

### 3.7 Add-ons

Add-ons are good for 30 days, except the International Travel and BridgePay Add-Ons, which are good for 7 days. Add-Ons expire at 11:59 p.m. C.S.T. on the last day of the term, except for Daily Data Add-Ons, which expire 24 hours after you purchase the Add-On. When you first activate an Add-On, the day that the plan is

activated counts as the first full day and counts toward the number of days in the term. You must have an active (not expired) plan to purchase, use or renew an Add-On, with the exception of the BridgePay Add-On. If your Account balance expires before the last day of the Add-On term, Add-On cannot be used and the remaining time on Add-On will continue to run unless you add money to your Account during the Add-On period. Renew an Add-On before its expiration date and any unused allotment will roll over to your renewed Add-On time period. Unlimited Add-Ons and the East Asia/India and Latin America/Caribbean Add-Ons do not roll over. Standard rates apply if Add-On not renewed.

### 3.7.1 Monthly Data Add-Ons:

When you add a data Add-On to a Monthly or Multi-Month plan that includes a data allotment, the use of data will be counted first against your data Add-On and then against the data allotment of your plan. If you renew your plan during the term of your data Add-On, any data remaining in your data Add-On will continue to be used until the data Add-On expires or is depleted.

### 3.7.2 Daily Data Add-Ons:

The Data Day Pass Add-On for the Daily plan begins at the time you purchase the Add-On and ends 24 hours later. After data Add-On expires or is depleted, usage will be charged according to your underlying plan.

### 3.7.3 Hotspot Data Add-Ons:

When you add a hotspot data Add-On to a Monthly or Multi-Month plan that includes a hotspot data allotment, the use of data will be counted first against your hotspot data Add-On and then against the hotspot data allotment in your plan. If a Monthly plan includes a hotspot data allotment, the unused portion of the hotspot data allotment in your plan will remain available for use until the last day of your monthly plan term, provided you deplete your hotspot data Add-On. If you renew your plan during the term of your hotspot data Add-On, any data remaining in your hotspot data Add-On will continue to be used until the hotspot data Add-On expires or is depleted.

### 3.7.4 Monthly Messaging Add-Ons:

A Monthly Messaging Add-On may be added only to the Pay-Per-Minute plan.

### 3.7.5 Monthly International Calling Add-Ons:

Countries and/or call destinations not included in International Calling Add-Ons are charged at standard pay-per-use rates for international long distance. For details on pay-per-use charges and International Calling Add-Ons, go to att.com/prepaidintl. International Calling Add-Ons with an allotment of minutes may not be purchased more than twice within any 30 day period, or AT&T reserves the right to block international calling and/or suspend or terminate your AT&T PREPAID service.

### 3.7.6 International Travel Add-On:

Requires an HD Voice capable device and an active monthly plan. For a list of countries, see att.com/prepaidintl.

### 3.7.7 AT&T PREPAID WHS International Long Distance Add-On:

The AT&T PREPAID WHS International Long Distance Add-On contains an allotment of minutes from the U.S. to specific countries. This Add-On can only be added to AT&T PREPAID Wireless Home Phone or Wireless Home Phone & Internet Monthly plans. For a list of countries and details, see att.com/prepaidwirelesshome.

## 3.8 Pay-Per-Use Text/Picture/Video Messaging

There is a charge per message sent or received, whether read or unread, delivered or undelivered, solicited or unsolicited.

## 3.9 Data

International data roaming is not available on AT&T PREPAID plans (except plans that include use of plan data in Mexico and Canada).

### 3.9.1 Data Only Plans:

Data only plans are available for use on eligible smartphones, tablets, and stand-alone mobile hotspot devices only.

## 3.10 Conference Calling and Call Forwarding

If your use of conference calling, including any variation thereof, or call forwarding exceeds 750 minutes per month, AT&T may, at its option, impose a per minute usage charge for all calling over 750 minutes using one or more of these features, terminate your service or change your plan to one with no unlimited usage components. AT&T will provide notice that it intends to take any of the above actions

## 3.11 Off-net Usage

For a listing of available off-net and international roaming locations, where per-minute usage or roaming rates apply, go to att.com/prepaid/static-pages/ild-add-ons-ppu/. For additional terms and limitations applicable to Off-net Usage, please refer to Sections 2.8 and 2.8.1.

### 3.12 AT&T PREPAID Wireless Home Internet Services

AT&T Wireless Home Internet ("AWHI") for AT&T PREPAID customers requires an eligible device and an AT&T PREPAID AWHI monthly data plan. Plan good for 30 days. See sections 2.16.4 and 7.14.1 for additional terms.

### 3.13 AT&T PREPAID Multi-Line

**Activation, acceptance of an invitation to join, and/or use of an AT&T PREPAID Multi-Line Account constitutes acceptance of these Service Terms.** In the event of a conflict between the terms and conditions in this subsection [3.13.1 through 3.13.5] and other terms, these terms in this subsection will control.

#### 3.13.1 AT&T PREPAID Multi-Line Account:

For details on eligible phone plans, go to att.com/multiline. AT&T reserves the right to change the number of allowable lines on Multi-Line Accounts without notice. One payment due date is established for all lines on the Multi-Line Account. Limit one rate plan change per line, per plan term.

#### 3.13.2 Plan Data Proration:

When a line ("Member") is added to the Multi-Line Account during the plan term, the high-speed data allowance for the Member's plan is pro-rated based on the number of days remaining in the Multi-Line Account term. The high-speed data allowance is also pro-rated any time the Account Owner changes the monthly plan for any line, including the Account Owner's line, after establishing the Multi-Line Account.

#### 3.13.3 Consent To Disclose Customer Proprietary Network Information (CPNI), Including Plan And Other Account Information To Account Owner:

**BY ACCEPTING AN INVITATION TO JOIN AN ACCOUNT OWNER'S MULTI-LINE ACCOUNT OR BY USING AT&T PREPAID SERVICES WHILE PART OF A MULTI-LINE ACCOUNT, THE MEMBER CONSENTS TO DISCLOSURE OF CPNI AS DISCUSSED IN THIS SUBSECTION.**

CPNI is information that relates to the type of telecommunications services you currently purchase, how you use them, and the billing information related to those services, including plan, calling details, type of wireless services and other items relating to your wireless telecommunications services. Once a Member joins a Multi-Line Account, the Member's AT&T PREPAID Account information, including account history, plan information, call detail records, billing information, and voice and data usage information, will be shared with and accessible by the Account Owner of the Multi-Line Account. The Member has the right to restrict the disclosure of the Member's CPNI and other account information to the Account Owner. Restricting disclosure of the Member's CPNI will not affect any other service(s) to which the Member currently subscribes from AT&T, however, it will prevent the Member from being able to join an AT&T PREPAID Multi-Line Account, since this information (CPNI) is necessary for the Account Owner to manage the Multi-Line Account. The Member's CPNI authorization is effective until the Member revokes it by removing the Member's line(s) from a Multi-Line Account.

#### 3.13.4 Payment and Balance:

Account Owner is responsible for paying monthly plan charges for all lines on Multi-Line Account. Members continue to select and pay for optional Add-Ons or pay-per-use services out of their own AT&T PREPAID Account balance. Upon adding a Member line to the Multi-Line Account, full monthly payment will be due to activate Member's service but a pro-rated credit will be issued to the Account Owner's account for the Member's unused plan term, if applicable. A prorated credit may also be issued to the Account Owner for unused days of the Member's prior monthly plan (prior to joining the Multi-Line Account), if applicable. Applicable plan charge for each line on the Multi-Line Account for each renewal period will be automatically deducted from the Account Owner's Account balance at the end of the day (11:59pm Central Time) on the plan renewal date. The total payment due for all lines must be paid in order to renew service. **Applicable plan charge for any AT&T PREPAID plan is not refundable and not exchangeable, and any unused services of the plan are forfeited if the Account Owner changes to another plan during the plan term.** If Account Owner's Account balance is insufficient to pay the applicable plan charges for all lines on the Multi-Line Account, plan services, data services, or any pay-per-use services will be unavailable until Account Owner renews all lines. Unused Account balance is forfeited upon expiration.

#### 3.13.5 Account Access:

You authorize us to provide CPNI and other account information to the Account Owner, and to allow the Account Owner to make changes to the Multi-Line Account, including new or extended service commitments and the purchase of products and/or services, upon the direction of any person able to provide information we deem sufficient to identify the person as the Account Owner. Such access will include, but is not limited to, the ability to view Multi-Line Account information, make changes to the plans under the Multi-Line Account, perform upgrades, and view payment information.

## 4.0
## Terms that Apply Only to DataConnect Pass Plan / Session-Based Wireless Data Services

### 4.1 Applicability of this Section

This Section 4 pertains only to session-based data services provided to you with access to AT&T's wireless data services, including but not limited to, features that may be used with Data Services and are offered pursuant to the Plans below. Data Services are only provided for prescribed purposes.

### 4.2 AT&T Data Plans ("Plans")

Plans can only be used on AT&T's wireless network and with select roaming carriers, depending on the Plan selected. Plans require a Device capable of working on AT&T's wireless network. You acknowledge that when your allotment of data usage expires, any downloads of products or services will cease and AT&T is not responsible for any fees you must pay to download the product or service again. AT&T may send alerts to your Device and/or email to notify you of any data usage and/or days remaining on your Plan. These are courtesy alerts. There is no guarantee you will receive such alerts and, by the time you receive them, your actual data usage and/or the days remaining on your Plan may already have expired, or be different than what is described in the alert. All sales are final and discounts are not available for these Plans. Payments are non-refundable. There is no separate charge to change a Plan or to cancel. Customers are responsible for provisioning and managing their Plans. AT&T reserves the right to change these terms and Plans, and to suspend your Account if Devices other than the registered Device are used with the Plans. Plans include access to available public AT&T Wi-Fi Hot Spots. Availability and quality of coverage, and access to Data Services while roaming are not guaranteed.

#### 4.2.1 Domestic Plans:

Domestic Plans may be purchased with a data usage allotment measured in MBs or GBs, for a specified period of time, as defined in the Plan. The specified period of time begins to expire immediately upon plan activation, whether or not you are using the service. If you purchase a Domestic Plan with a data usage allotment and you use all of your allotment prior to the expiration of the specified period, your access to our Data Services will cease for the remainder of the specified period. If you want to continue using our Data Services during the remaining specified period, you will need to purchase an additional Plan. If a purchase is made prior to the completion of your current Plan, data usage will continue under your current Plan until expired. Note: If an additional Plan is purchased, the specified period for the additional Plan and, if applicable, the auto renew period, starts when your current Plan expires, or at the time you purchase the additional Plan if your prior Plan has already expired. If the additional Plan purchased has an automatic renewal, prior Plans with automatic renewal will not automatically renew. Domestic Plans include the U.S.

#### 4.2.2 International Plans:

International Plans may be purchased with a data usage allotment measured in MBs or GBs for a specified period utilizing an approved payment method. International Plans should be purchased before traveling outside the U.S. You must be currently subscribed to a Domestic Plan at the time of purchase. If the Domestic Plan expires prior to the completion of the International Plan, all usage following the expiration of the Domestic Plan, whether domestic or international, will be deducted from the International Plan until such time as that Plan expires or another Domestic Plan becomes active (i.e. if you cancel your Domestic Plan after ordering an International Plan, U.S. domestic data usage will be counted against your International Plan, until you order another Domestic Plan). You can select the date on which the International Plan starts, which can be future dated up to 60 days after purchase. All future-dated International Plans become active at midnight Eastern Time of the date selected. Unless future-dated, the International Plan will start immediately upon purchase. Once your specified period expires or you use all of your allotment of data usage prior to the expiration of the specified period, whichever occurs first, your access to our Data Services will cease. If you want to continue using our Data Services, you will need to purchase an additional Plan. International Plans do not automatically renew.

#### 4.2.3 Worldwide Plans:

Worldwide Plans may be purchased with a data usage allotment measured in MBs or GBs for a specified period utilizing an approved payment method. Worldwide Plans may be purchased as a standalone plan or along with a Domestic Plan, and should be purchased before traveling outside the U.S. If you do not have a separate Domestic Plan, all data usage occurring in the U.S. and countries listed at att.com/globalcountries will be deducted from the available data allotment in your Worldwide Plan. If you have data usage available in a separate Domestic Plan, then your domestic data usage will be deducted from your Domestic Plan and your international data usage will be deducted from the data available in your Worldwide Plan. However, if the Domestic Plan expires prior to the completion of the Worldwide Plan, all usage, whether domestic or international, will be deducted from the Worldwide Plan until such time as that Plan expires or another Domestic Plan becomes active (i.e. if you cancel your Domestic Plan after ordering a Worldwide Plan, U.S. domestic data usage will be counted against your Worldwide Plan until you order another Domestic Plan). You can select the date on which the Worldwide Plan starts, which can be future-dated up to 60 days after purchase. All future-dated Worldwide Plans become active at midnight Eastern Time of the date selected. Unless future-dated, the Worldwide Plan will start immediately upon purchase. Once your specified period expires or you use all of your allotment of data usage prior to the expiration of the specified period, whichever occurs first, your access to our Data Services will cease. If you want to continue using our Data Services, you will need to purchase an additional Plan. Worldwide Plans do not automatically renew.

#### 4.2.4 Tax-Exempt Certification:

If you certify that your Account is tax-exempt, you agree to indemnify, defend, and hold harmless AT&T from any and all taxes, claims, lawsuits, damages, losses, liabilities, costs, fines, penalties, and expenses (including reasonable attorney fees) that arise from your certifying that your Account is tax exempt.

### 4.3 Term

Your Agreement begins on the day your Plan for Data Services are activated and continues until your Plan expires as set forth in Section 4.2.

### 4.4 Prepayment and no proration

You agree to pay in advance for your Plan and there is no proration of charges if your Plan is terminated. You may make payments by credit card or debit card or other payment methods accepted by AT&T. In order to process your automatic renewal in a timely fashion and ensure your continued use of the service, AT&T will, depending on your plan, charge your payment method for the automatic renewal: (1) within seven days before your new plan specified period is set to begin, or (2) any time after 75% of your usage based plan has been consumed. You may cancel the automatic renewal of your service at any time and your cancellation shall take effect after we have had a reasonable opportunity to act on your notice.

# 5.0 AT&T Phone and AT&T Phone – Advanced Service Terms

## 5.1 AT&T Phone Service Terms

AT&T Phone Service is provided by one of the following AT&T affiliates, depending upon your service address: Southwestern Bell Telephone Company, LLC; Pacific Bell Telephone Company; Illinois Bell Telephone Company, LLC; Indiana Bell Telephone Company, LLC; Michigan Bell Telephone Company, LLC; Nevada Bell Telephone Company, LLC; The Ohio Bell Telephone Company, LLC; Wisconsin Bell, LLC; or BellSouth Telecommunications, LLC (each individually and collectively referred to in the AT&T Phone Service Terms as "AT&T"). Your AT&T Phone Services are governed by this Agreement, including these AT&T Phone Service Terms and the AT&T Phone Fee Schedule available at https://www.att.com/legal/terms.attPhoneFeeSchedule.html ("AT&T Phone Fee Schedule").

You might be receiving AT&T Phone Service through an arrangement with your property owner or manager. If so, you are still subject to this Agreement, except that AT&T may not directly charge you for AT&T Phone Service (including equipment) provided to you as part of that arrangement, and the equipment-return provisions in Section 5.4.3 may not apply to you even though equipment remains AT&T-owned. You will be responsible for fees and charges associated with additional AT&T Phone Service orders. You may have an additional contract with your property owner or manager, but AT&T is neither responsible for nor bound by the terms of that contract between you and your property owner or manager. If the arrangement with your property owner or manager terminates, you will continue receiving AT&T Phone Services under standard billing terms and this Agreement unless you notify AT&T.

If you have any questions about your AT&T Phone Services, please call us at 800.288.2020.

### 5.1.1 Term Commitment

#### 5.1.1.1 Term of Service:

If you accepted a Service Commitment for your AT&T Phone Service, these AT&T Phone Service Terms will automatically continue on a month-to-month basis at the conclusion of your Service Commitment, and AT&T will automatically begin charging the applicable month-to-month fee. If you have no Service Commitment, these AT&T Phone Service Terms are a month-to-month agreement.

#### 5.1.1.2 Early Termination Fee ("ETF"):

If you terminate your AT&T Phone Service before completion of your Service Commitment, you agree to pay an ETF. The ETF amount reduces each full month of your Service Commitment that you complete.

#### 5.1.1.3 Your Termination Rights:

Within the first 14 days after we activate your AT&T Phone Service, you may terminate it for any reason without incurring an ETF (unless you would owe an ETF for a prior Service Commitment that you had ended early by entering into the new, now-terminated Service Commitment). However, you agree to pay AT&T for all fees, charges, and other amounts incurred and owed under your Agreement, and you agree to comply with Section 5.4.3 regarding equipment return. If you fail to return AT&T equipment, you will be charged an equipment non-return fee of up to $150. Some dealers may impose additional fees.

### 5.1.2 Installation and Repair

To install or repair your AT&T Phone Service, you acknowledge that AT&T may use existing wiring, including altering the wiring and removing accessories, located within your unit ("Inside Wiring"), and that AT&T and its agents may drill, cut, and otherwise alter improvements on the premises (including walls, flooring, and/or other surfaces) in order to install, maintain, or repair AT&T Phone Service or equipment. You warrant that you own or control the Inside Wiring and premises and give AT&T and its agents permission to use, alter, and remove equipment from them. If you do not own your premises or your unit is part of a multi-tenant environment (e.g., an apartment building, condominium, or private subdivision), you warrant that you have obtained permission from any necessary party, including, but not limited to, the owner, landlord, or building manager, to allow AT&T and its agents reasonable access to install, maintain, and repair your AT&T Phone Service and equipment and to make any alterations that we deem appropriate for the work to be performed. You agree to indemnify AT&T and its agents from and against all claims by an owner, landlord, building manager, or other party in connection with installation, maintenance, repair, or provision of AT&T Phone Service.

You will provide AT&T and its agents with reasonable access to your premises in order to install, maintain, and repair AT&T Phone Service and equipment. If you are not at the premises at the time of installation or repair, you authorize any other adult resident or guest at your residence to grant access to your premises for these purposes. You understand and agree that by authorizing an adult resident or guest to grant access to your premises, you authorize that adult to act on your behalf, including accepting this Agreement and any related agreements required in connection with the completion of the installation, activation, or repair of AT&T Phone Service and approving any changes to them.

You will be responsible for payment of service charges for visits by AT&T or its agents to your premises when a service request results from causes not attributable to AT&T or its agents, including, but not limited to, when you are unwilling to complete troubleshooting steps requested by AT&T. In addition to any applicable Dispatch Fee (as described in the AT&T Phone Fee Schedule), you are responsible for damage to and the entire cost of any necessary service, repair, or replacement of any equipment that is attributable to your improper installation, abuse, negligence, or misuse of the equipment, as determined by AT&T. We also reserve the right to charge reasonable shipping and handling fees in connection with replacement of any equipment. You understand that repair or replacement of AT&T Phone Service or equipment may (i) cause stored content to be deleted, (ii) reset personal settings, or (iii) otherwise alter the equipment.

### 5.1.3 Fees and Charges

In return for receiving our AT&T Phone Service, you promise to pay—and agree that we may charge your credit or debit card on file with us—the charges described in subsection 1.9, the AT&T Phone Fee Schedule, and the following charges:

#### 5.1.3.1 Monthly Service Charges:

Billing for the AT&T Phone Service commences when AT&T has provisioned the AT&T Phone Service. Recurring charges for each month's AT&T Phone Service will be billed one month in advance. Billing is based on a 30-day cycle. Non-recurring and usage-based charges for the AT&T Phone Service generally will be billed in the billing cycle following the transaction. Your first bill for AT&T Phone Service may include pro-rated charges for a partial monthly period prior to the beginning of

your first monthly billing cycle. Upon termination, subject to applicable law, your effective date of cancellation will be the last day of your current billing cycle and you will receive AT&T Phone Service until the end of your billing cycle (exceptions may apply to certain promotional periods and must be in writing). You will not receive a prorated credit or refund for any remaining days of AT&T Phone Service in your billing cycle after termination. Your AT&T Phone Service will continue until the end of the bill cycle. A downgrade fee may apply if you make changes to your AT&T Phone Service within thirty (30) days of AT&T Phone Service provisioning or later programming orders.

**5.1.3.2 Usage Charges:**
Non-recurring and usage-based charges for AT&T Phone Service generally will be billed in the billing cycle following the transaction. For a list of additional charges and fees that could apply to the AT&T Phone Service, please see the AT&T Phone Fee Schedule (at https://www.att.com/legal/terms.attPhoneFeeSchedule.html). The Fee Schedule is incorporated into this AT&T Phone Service Terms by this reference.

### 5.1.4 Equipment

Equipment that AT&T provides may be new or refurbished. Any equipment or software that was not provided to you by AT&T, including batteries, is not AT&T's responsibility, and AT&T will not provide support or maintenance of it. Depending on your service address, your AT&T Phone Service will include one of the following Equipment configurations:

- A Wi-Fi® Gateway ("WG") located inside your premises, and certain service-specific equipment set forth in Sections 5.6.4 that is required for AT&T Phone Service to function (in the AT&T Phone Services Terms, the term "Equipment" is used to refer to all service-specific equipment, including the WG). If you do not purchase the Equipment from AT&T, you agree to pay a monthly equipment fee for the Equipment as part of your purchase of AT&T Phone Service for the duration of your receipt of AT&T Phone Service. Equipment fees may be included in your monthly charge for AT&T Phone Service or be charged separately (different taxes and surcharges may apply to the equipment fees, AT&T Phone Service fees, and/or the equipment fee portion of AT&T Phone Service fees). Equipment fee/purchase options depend on the Services you order and installation options you choose. The Equipment requires electrical power from your premises to operate, which you are responsible for providing.
- If you have a WG inside your premises, you may also have an Optical Network Terminal ("ONT"), which is a box that may be located inside your premises, on the outside of your premises, in a central location in a multi-tenant building, or in your garage, where AT&T's fiber network terminates. The ONT also requires electrical power from your home to operate, which you are responsible for providing. AT&T will install your ONT device. The ONT power supply box converts the AC power in your home to the DC power required by the ONT.
- If you do not have a WG located inside your premises, your service is provided by an Intelligent Network Interface Device ("iNID") and certain service specific equipment set forth in Sections 5.6.4 that is required for AT&T Phone Service to function (the iNID is among the service-specific equipment collectively referred to in the AT&T Phone Services Terms as "Equipment"). If you do not purchase the Equipment from AT&T, you agree to pay a monthly equipment fee for the Equipment as part of your purchase of AT&T Phone Service for the duration of your receipt of AT&T Phone Service. Equipment fees may be included in your monthly charge for AT&T Phone Service or be charged separately. Equipment fee/purchase options depend on the AT&T Phone Services you order and the installation options you choose. The iNID includes three components: (1) a unit typically located on the outside of your premises or in your garage where the AT&T network terminates (the outside unit); (2) a home networking hub, which provides wireless networking capability and is located inside your premises, (the inside unit); and (3) a power supply unit, typically located in a sheltered area either inside your premises or in an attached structure. You are responsible for providing the electrical power for the iNID.

**5.1.4.1 Battery Backups for AT&T-provided Equipment:**
It is your responsibility to provide your own battery backup for your WG, or ONT. If there is an iNID at your premises, AT&T provides the initial battery backup, but all subsequent battery backups are your responsibility. For more information and minimum specifications regarding battery backups from third parties, see att.com/batterybackup. AT&T will not provide battery backups for customer-owned equipment.

**5.1.4.2 Management and Maintenance of AT&T Equipment:**
AT&T reserves the right to manage the AT&T Equipment during the time you are an AT&T customer and retains exclusive rights to data the Equipment generates. Neither you nor a third party may change, interfere with, or block access to the Equipment data or settings. You agree that you will use the Equipment only for its intended residential use, and not for any other purpose (such as on another AT&T network, or on another provider's (non-AT&T) network). You agree to use appropriate and reasonable care in using any and all Equipment. As explained in Section 5.2, AT&T will repair or replace damaged Equipment as AT&T deems necessary. AT&T will not provide support for, or be responsible for, ongoing maintenance or management of, customer-owned equipment.

**5.1.4.3 Return of Equipment:**
Upon termination of AT&T Phone Service for any reason, you must return the Equipment, undamaged, within 21 calendar days to AT&T. If the Equipment is not returned within 21 calendar days, or is returned damaged, you will be charged for the value of the Equipment. We may retain any advance payment or deposit, or portion thereof that previously had not been refunded, if you fail to return the Equipment within this time period. If the Equipment is returned within 90 days of termination, any fees charged for the Equipment will be refunded (other than fees for damages). No refunds will be made for any Equipment returned more than 90 days after termination.

In addition to termination of service, this subsection appliesif your existing Equipment is replaced or upgraded for any reason.

### 5.1.5 Theft Of AT&T Equipment Or AT&T Phone Service

You agree to notify AT&T immediately, in writing or by calling us at 800.288.2020, if the Equipment is stolen or if you become aware at any time that AT&T Phone Services are being stolen or fraudulently used. When you call or write, you must provide your AT&T Account number and a detailed description of the circumstances of the Equipment theft, including documentation of theft (e.g., a copy of a police report) or stolen or fraudulent use of AT&T Phone Service. You will be responsible for all charges incurred on your AT&T Account until you report the theft or fraudulent use of AT&T Phone Service. You will be responsible for stolen Equipment, but AT&T may in its sole discretion waive or reduce charges for stolen Equipment upon submission of documentation of theft or other circumstances. Failure to provide notice to AT&T of theft in a timely manner may result in the termination of your AT&T Services and additional charges to you. Unless notified otherwise by AT&T, after you report the theft or fraudulent use of the AT&T Phone Service, you will remain responsible for paying your monthly fees for AT&T Services not stolen or fraudulently used.

### 5.1.6 Service

#### 5.1.6.1 Service Description:

AT&T Phone is an enhanced voice communication service that converts voice communications into Internet Protocol (IP) packets that are carried over AT&T's IP network—i.e., "voice over IP" or "VoIP." AT&T Phone Service includes direct-dialed calling and certain calling and call management features, as well as additional or advanced features that may be offered at additional costs, all of which AT&T, in its sole discretion, may add, modify, or delete from time to time. AT&T Phone Service also includes a telephone number or numbers that will be included in printed directories and/or directory assistance databases, and options, available at additional costs, to have numbers withheld from printed directories and/or directory assistance databases. It is not mobile or nomadic and will function only where installed.

#### 5.1.6.2 AT&T Phone Accounts and Subaccounts:

When you accept the AT&T Service terms, you become the main Account holder for each telephone number assigned to the AT&T Phone Service and all plans, features, and functionalities associated with each telephone number, whether those telephone numbers, plans, features, and functionalities are purchased initially or are added subsequently. You will be asked to choose a unique name for the main Account (your main Account ID). You may create up to ten subaccounts under your main Account, for others in your household. Each subaccount will have a separate password and ID. Main Account holders are responsible for all activity on their main Account and on any and all subaccounts. Violations of this Agreement in a main Account or in a subaccount can result in suspension or termination of the main Account and all subaccounts. Call histories (call logs for outgoing, answered, and missed calls) for each telephone number are accessible in the main Account and in each subaccount created under the telephone number. Main Account holders, as well as anyone provides information we deem sufficient to identify the main Account holder, can reset subaccount passwords and IDs by contacting Customer Service and can delete and recreate subaccounts. You agree to advise all subaccount holders that the main Account holder can have access to all aspects of their subaccount, including, but not limited to, feature settings, voicemail messages, and address books. All subaccount holders can therefore have no expectation of privacy vis-à-vis the main Account holder with regard to any aspect of the subaccount.

#### 5.1.6.3 Billing And Payments:

For AT&T Phone service, nonrecurring and usage-based charges generally billed in the billing cycle following the transaction include, but are not limited to, international calling (including surcharges for international termination to a wireless phone number), call trace, and overage minutes associated with defined minutes-of-use plans (e.g. Phone 200 plan). Partial minutes are rounded up for per-minute usage charges.

#### 5.1.6.4 AT&T Phone Equipment:

AT&T Phone Service requires a regular touchtone landline telephone, which you must supply and which must be connected to the WG or iNID, either directly or through your home's Inside Wiring. (Rotary and pulse phones will not work). The WG or iNID will support up to two AT&T Phone lines (telephone numbers used for inbound and outbound calling). You agree that neither you nor a third party will move Equipment used for AT&T Phone Service within your premises or to any other physical location outside of the premises where it was installed. AT&T Phone Service is not designed to be nomadic and will not function properly if the WG is moved or altered. If you require the WG to be moved, you must contact AT&T. Failure to do so may result in a failure of AT&T Phone Service and/or in AT&T's suspension, modification, or termination of your Service.

#### 5.1.6.5 Interruptions, Limitations, And Modifications To Service:

Since voice over IP is dependent on the IP network, the availability of an adequate power source, and correct Equipment configuration, AT&T does not guarantee that AT&T Phone Service will be continuous or error-free. You acknowledge and understand that AT&T cannot guarantee that voice over IP communication is secure.

You also acknowledge that AT&T may establish general practices and limits concerning use of AT&T Phone Service, AT&T Phone Service cannot be used to make operator-assisted collect or third-party billing calls (unless the third-party Collect Call company separately handles and bills for the call), nor can AT&T Phone Service be used to make 900/976 calls; area code 500, 700, and 710 calls; 10-10-XXX dial-around calls; or international operator or directory assistance calls. Also, the ability to call certain N11 services (211, 311, 511) may not be available.

AT&T also limits the maximum number of days that messages will be retained; the maximum number messages that will be retained by the Service; the maximum size of any message; and the maximum disk space that will be allotted on AT&T's servers on your behalf. You agree that AT&T will have no responsibility or liability for the deletion, for failure to store or to deliver any messages and other communications, for the modification or malformation of communications, or for other content maintained or transmitted by AT&T Phone Service. You acknowledge that AT&T reserves the right to log off Accounts or disconnect sessions that are inactive for an extended period of time. You further acknowledge that AT&T reserves the right to change these general practices and limits at any time without advance notice.

#### 5.1.6.6 Limitations of 911 Service:

AT&T Phone Service, which is provided via voice over IP, is not the same as traditional wireline telephone service, and **911 service doesn't work the same as with traditional wirelines telephones**. You agree to tell anyone who may use your AT&T Phone Service of the limitations of 911 service. **AT&T makes no warranty that access to 911 will be uninterrupted, timely, secure, or error-free.** 911 service is available only at your service address, while connected to a properly powered and configured iNID or WG (and a properly powered and configured ONT, if applicable) and after AT&T Phone Service has been properly activated. 911 service will not function if your AT&T Phone Service isn't functioning or if there is a power or network outage, broadband connection failure, or if your service has been disconnected or suspended. Following an outage, you may be required to reset or reconfigure your Equipment before 911 service will work. AT&T strongly recommends that you maintain an alternative means of accessing 911 services, such as a cellular phone, at all times. AT&T is not responsible for any losses incurred because of an inability to dial 911 or to access emergency service personnel for any reason. And you agree to defend, indemnify, and hold harmless AT&T and its subsidiaries, affiliates, officers, agents, directors, employees, and service providers for any claim by you or anyone else relating in any way to 911 service.

#### 5.1.6.7 Premise Alarm and Other Device Compatibility:

AT&T makes no warranty that AT&T Phone Service is appropriate for or capable of use with monitored burglar or fire alarms or medical monitoring systems or devices. Use of such systems is at your own risk. Not only may AT&T Phone Service be interrupted, delayed, or insecure, it may be incompatible with such systems or devices, and will not work in the event of a power or network outage, and may not work for other reasons. You agree to notify AT&T if you purchase a monitored burglar or fire alarm system before that system is installed, as installation may require re-writing of AT&T Phone Services at your expense. AT&T does not provide support for, or re-wiring of AT&T Phone Service in support of, medical monitoring systems or devices. Once AT&T Phone Service has been installed for use with a monitored burglar or fire alarm system, you agree that you will not modify the Inside Wiring of your home, move or reconfigure your WG in any way, or plug any telephone equipment into the back of your WG without contacting AT&T and your alarm service provider. Taking any of those actions could cause a failure of your

AT&T Phone Service or alarm system. You agree to waive any claim against AT&T relating to interference with or disruption of a monitored burglar or fire alarm, medical monitoring device, or other similar systems or devices.

#### 5.1.6.8 Local Number Portability:

In the event you are transferring an existing phone number for your AT&T Phone Service (i.e., porting a number to AT&T), you hereby authorize AT&T to process your order for AT&T Phone Services and to notify your existing provider of your decision to switch your local, local toll, and long distance services to AT&T Phone Service, and you represent that you are authorized to take this action. Not all telephone numbers are eligible for porting to AT&T Phone Service.

#### 5.1.6.9 Voicemail:

AT&T Phone Service includes Voicemail, a full-featured voicemail service. AT&T does not guarantee that voicemail messages will be saved or be able to be retrieved. If you access your Voicemail voice mailbox from outside your local calling area, you may incur applicable local toll or long distance charges.

In addition, the Voicemail service allows you the option to integrate your AT&T wireless service voice mailbox with your AT&T Phone Voicemail mailbox. (Wireless service from AT&T must be purchased separately.) Calls forwarded to your Voicemail voice mailbox from your wireless phone will not incur airtime charges. However, airtime charges may apply when using your wireless handset to retrieve messages. Pager notification allows your pager to notify you when a message is received in your Voicemail voice mailbox. Your pager can have either an email address or your pager can have a telephone number associated with it and must be set up through the Voicemail mailbox. Paging service and equipment must be purchased separately. Other restrictions may apply.

Voicemail may include a Voicemail-to-Text (“VMTT”) feature that provides automated transcription of your voicemail. AT&T is not responsible nor liable for: 1) errors in the conversion of or its inability to transcribe voicemail messages to text/email; 2) lost or misdirected messages; or 3) content that is unlawful, harmful, threatening, abusive, obscene, tortious, or otherwise objectionable. We do not filter, edit or control voice, text, or email messages, or guarantee the security of messages. We can interrupt, restrict or terminate VMTT without notice if your use of VMTT adversely impacts AT&T’s network (e.g., by abnormal calling patterns or an unusually large number of repeated calls and messages) or if your use is otherwise abusive, fraudulent, or does not comply with the law.

You are solely responsible for and will comply with all applicable laws as to the content of any text messages or emails you receive from VMTT that you forward or include in a reply to any other person. You authorize AT&T or a third party working on AT&T’s behalf to listen to, and transcribe all or part of a voicemail message and to convert such voicemail message into text/email, and to use voicemail messages and transcriptions to enhance, train and improve AT&T’s speech recognition and transcription services, software and equipment. You agree that the results of benchmarking VMTT against competing products or services is AT&T confidential information requiring AT&T’s written consent to disclose. Additional charges may apply to receiving email on your wireless device from VMTT, as well as, replying to or forwarding VMTT messages via SMS (text) or email, depending on your plan. Transcription times cannot be guaranteed. You are responsible for providing a correct email address and updating the email address when changes to the email account are made.

#### 5.1.6.10 Prohibited Uses of AT&T Phone Service:

You agree that you will NOT use AT&T Phone Service:

- To engage in auto-dialing, continuous or extensive call forwarding, telemarketing, fax broadcasting or fax blasting, or for uses that result in excessive usage inconsistent with normal residential usage patterns. In addition, connection of your AT&T Phone Service to a device which converts use of AT&T Service to an outbound trunk line by more than one individual is prohibited. If AT&T determines, in its sole discretion, that you are reselling or transferring AT&T Phone service or that you are using it for any of these activities, AT&T reserves the right, without advance notice, immediately to terminate or modify your AT&T Service, or to change your call plan to a different offer on a prospective basis, and, in addition, to assess additional charges for each month in which excessive usage occurred. If you subscribe to a calling plan which includes unlimited calling of any type, unless otherwise specified by your specific plan in marketing materials associated herewith, consistent monthly use in excess of 5,000 aggregate minutes per month, taking into account all types of calling in your plan which are provided on an unlimited basis, shall be presumed to be inconsistent with these restrictions and shall be subject to the conditions above.
- As an announcement service, particularly with regard to Voicemail. Use of Voicemail service as an announcement service and/or other improper or excessive use may impair AT&T’s ability to provide reasonable service to other customers. AT&T reserves the right to cancel your AT&T Phone Service at any time, with or without notice, if as determined solely by AT&T based on its network/service design and usage experience, your messaging service is (1) being used in an improper manner including, but not limited to, using it as an announcement service or for unlawful purposes, (2) consistently generating excessive usage, (3) affecting AT&T’s ability to provide reasonable service to other customers, or (4) being used to interfere with another’s use of the voicemail system.

#### 5.1.6.11 Special Terms for North Carolina Customers:

If you reside in Durham or Concord, your AT&T Service may not include a telephone number or numbers in printed directories and/or directory assistance databases, and you may not have the option to have numbers withheld from printed directories and/or directory assistance databases.

#### 5.1.6.12 AT&T Phone for Business.

##### 5.1.6.12.1 AT&T Phone for Business Equipment:

AT&T Phone for Business service requires a regular touchtone landline telephone, which you must supply and which must be connected to the WG, FBG, IAD or iNID, either directly or through your premise’s inside wiring. (Rotary and pulse phones will not work.) The WG, FBG or iNID will support up to two AT&T Phone for Business lines (telephone numbers used for inbound and outbound calling), additional AT&T Phone for Business lines will be supported by an Integrated Access Device (IAD) which, when necessary, will be installed in a tethered arrangement with the WG or the FBG.

**You agree that neither you nor a third party will move AT&T Phone for Business Equipment used for AT&T Phone for Business Service within your premises or to any other physical location outside of the premises where it was installed by AT&T. AT&T Phone for Business Service is not designed to be nomadic and will not function property if the WG, FBG or the IAD is moved or altered by a non-AT&T employee. If you require the WG, FBG or IAD to be moved, you must contact AT&T. Failure to do so may result in a failure of the service and/or in AT&T’s termination of your service.**

##### 5.1.6.12.2 Interruptions, Limitations, and Modifications to Service:

Telephone Line assignment on the WG or FBG. You acknowledge and agree that under certain service configurations, there may be a need for AT&T to keep a telephone line connected to port one of the WG or FBG. Under these circumstances, if the telephone line connected to port one (of the WG or FBG) is disconnected, AT&T will proceed to move one of the remaining lines, if existent, to populate the otherwise vacant port one to provide proper functioning of the service. You acknowledge and agree that this action will require a technician dispatch and will be billed at the associated prices prevailing for the service.

5.1.2.3 Arbitration Agreement –

If you are an AT&T Phone for Business customer, all disputes between us will be resolved through binding arbitration as prescribed by Section 1.3, except that (1) the AAA will apply its Commercial Arbitration Rules, as modified by this section and Section 1.3, unless the claims are valued at $25,000 or less; (2) AT&T will pay all AAA fees listed in Section 1.3.2.4 for arbitrations you initiate after fully complying with Section 1.3.2.2 only if your claims are valued at $25,000 or less; (3) you are eligible for the Alternative Payment and Attorney Premium in arbitrations you initiate after fully complying with Section 1.3.2.2 only if your claims are valued at $25,000 or less; and (4) the arbitrator will issue a reasoned decision only if you or AT&T requests it.

## 5.2 AT&T Phone – Advanced

AT&T Phone – Advanced Service is provided by one of the following AT&T affiliates, depending upon your service address: Southwestern Bell Telephone Company, LLC; Pacific Bell Telephone Company; Illinois Bell Telephone Company, LLC; Indiana Bell Telephone Company, LLC; Michigan Bell Telephone Company, LLC; Nevada Bell Telephone Company, LLC; The Ohio Bell Telephone Company, LLC; Wisconsin Bell, LLC; or BellSouth Telecommunications, LLC (each individually and collectively referred to in the AT&T Phone – Advanced Service Terms as “AT&T”). Your use of AT&T Phone – Advanced Services are governed by this Agreement, including these AT&T Phone – Advanced Service Terms and the AT&T Phone – Advanced Fee Schedule available at www.att.com/legal/terms.attPhoneFeeSchedule.html (“AT&T Phone – Advanced Fee Schedule”). In the event of a conflict between these terms and other terms contained elsewhere in this Agreement, these Service Terms will apply with respect to use of AT&T Phone – Advanced Service.

### 5.2.1 Service Description:

AT&T Phone – Advanced is a fixed location enhanced voice communication service which may be delivered either over an existing broadband connection and/or through AT&T Wireless Service (cellular). AT&T Phone – Advanced Service includes direct-dialed calling and certain calling and call management features, as well as additional or advanced features that may be offered at additional costs, all of which AT&T, in its sole discretion, may add, modify, or delete from time to time. AT&T Phone – Advanced Service also includes a telephone number or numbers which may be included in printed/digital directories and/or directory assistance databases, and options, which may be available at additional costs, to have numbers withheld from such directories/databases.

### 5.2.2 Accounts, Billing and Termination Right:

#### 5.2.2.1 Accounts:

When you purchase AT&T Phone – Advanced, you become the Account holder for each telephone number assigned to the AT&T Phone – Advanced Service and all plans, features, and functionalities associated with each telephone number, whether those telephone numbers, plans, features, and functionalities are purchased initially or are added subsequently. Account holders are responsible for all activity on their Account. Violations of these Service Terms or the Agreement can result in suspension and/or termination of the Account and/or AT&T Phone – Advanced Service.

#### 5.2.2.2 Billing:

Billing begins when AT&T Phone – Advanced Service is activated on the network or 21 days following the shipment of equipment, whichever is sooner. Recurring charges for each month’s AT&T Phone – Advanced Service will be billed one month in advance. Billing is based on a 30-day cycle. Non-recurring and usage-based charges for the AT&T Phone – Advanced Service generally will be billed in the billing cycle following the transaction. Your first bill for AT&T Phone – Advanced Service may include pro-rated charges for a partial monthly period prior to the beginning of your first monthly billing cycle. Upon termination, subject to applicable law, your effective date of cancellation will be the last day of your current billing cycle and you will receive AT&T Phone – Advanced Service until the end of your billing cycle (exceptions may apply to certain promotional periods and must be in writing). You will not receive a prorated credit or refund for any remaining days of AT&T Phone – Advanced Service in your billing cycle after termination. Your AT&T Phone – Advanced Service will continue until the end of the billing cycle. A fee may apply if you make changes to your AT&T Phone – Advanced Service within thirty (30) days of activation or through other change orders. For a list of additional charges and fees that could apply to the AT&T Phone – Advanced Service, please see the AT&T Phone – Advanced Fee Schedule. The Fee Schedule is incorporated into these Service Terms by this reference.

#### 5.2.2.3 Termination Right:

Within the first 14 days after we activate your AT&T Phone – Advanced Service, you may terminate it for any reason without incurring termination charges.

### 5.2.3 Equipment, Premise Alarm and Other Device Compatibility, Power and Battery Backup and Management, Maintenance, and Modification of Equipment:

#### 5.2.3.1 Equipment:

Your AT&T Phone – Advanced Service requires an AT&T Phone – Advanced device (“Equipment”) located inside your premises for the AT&T Phone – Advanced Service to function. You will own the Equipment and will purchase the Equipment from AT&T by paying a one-time charge, or, if the option is made available by AT&T, pay for the Equipment over an extended period of time through a recurring monthly charge on your bill. Equipment fees may be included in your monthly bill for AT&T Phone – Advanced Service or charged separately (different taxes and surcharges may apply to AT&T Phone – Advanced Service fees, and/or the Equipment fee).

Equipment that AT&T provides may be new or refurbished. Any equipment or software that was not provided to you by AT&T, including batteries, is not AT&T’s responsibility, and AT&T will not provide support or maintenance of it. The Equipment requires electrical power from your premises to operate, which you are responsible for providing. The Equipment must be installed and activated by following the set-up guide and associated tools provided for that purpose. In order to achieve the best possible signal strength when using the cellular network, it may be necessary to install the Equipment near a window facing the direction of the nearest wireless tower. Not following the set-up guide or electing to install the Equipment in a location that is not recommended by the set-up guide and/or the associated tools may result in degradation of AT&T Phone – Advanced Service quality and/or reliability. Similarly, once the Equipment has been installed and activated, relocating the Equipment within your address may result in interruption or degradation of your AT&T Phone – Advanced Service. AT&T is not responsible for any interruption or degradation of AT&T Phone – Advanced Service as a result of the Equipment being installed in a less than optimal location.

AT&T reserves the right to charge reasonable shipping and handling fees in connection with replacement of the Equipment. You understand that repair, replacement, or updates to the AT&T Phone – Advanced Service or the Equipment may (i) cause stored content to be deleted, (ii) reset personal settings, or (iii) otherwise alter the Equipment.

A standard touchtone landline telephone, which you must supply, and which must be connected to the Equipment (rotary and pulse phones will not work), is required for AT&T Phone – Advanced Service to provide calling functionality.

#### 5.2.3.2 Premise Alarm and Other Device Compatibility:

AT&T makes no warranty that AT&T Phone – Advanced Service is appropriate for use with all monitored burglar or fire alarms or medical monitoring systems or similar systems or devices. Use of such systems with AT&T Phone – Advanced Service is at your own risk. Not only may AT&T Phone – Advanced Service be interrupted, delayed, or insecure, it may be incompatible with such systems or devices, and may not work in the event of a power or network outage, and may not work for other reasons. You agree to notify AT&T if you purchase a monitored burglar or fire alarm system, or medical monitoring system or device after installation, as support for these devices may require professional installation and re-wiring of Inside Wiring to the Equipment at your expense. Once AT&T Phone – Advanced Service has been installed for use with a monitored burglar, fire alarm system, or medical monitoring device, you agree that you will not modify the Inside Wiring of your home, move or reconfigure your Equipment in any way, or plug any new telephone equipment into the back of your Equipment without first contacting AT&T and your alarm/device service provider. Taking any of those actions could cause a failure of your AT&T Phone – Advanced Service and/or alarm or medical monitoring system. You agree to waive any claim against AT&T relating to interference with, disruption to, or failure of a monitored burglar or fire alarm, medical monitoring device, or other similar systems or devices used with your AT&T Phone – Advanced Service.

#### 5.2.3.3 Power and Battery Backup:

The Equipment requires electrical power from your premises to operate, which you are responsible for providing, and contains an integrated battery backup capable of powering the Equipment for a period of time up to 24 hours. You may choose to purchase a separate battery backup for the Equipment or other connected equipment from third party manufacturers or retailers. For more information visit att.com/batterybackup. You also agree to be solely responsible for determining when backup batteries for the Equipment require replacement and for replacing and recycling used batteries. You agree to read and follow all directions for the replacement and recycling of backup batteries. For more information and minimum specifications visit att.com/batterybackup. Devices connected to the Equipment without a separate battery backup may not function in the event of a loss of power. AT&T will have no liability for loss of any AT&T Phone – Advanced Service in the event of interruption of power, with or without battery backup present in the Equipment.

#### 5.2.3.4 Management, Maintenance, and Modification of Equipment:

AT&T reserves the right to manage, maintain, and modify the Equipment during the time you are an AT&T Phone – Advanced customer and retains exclusive rights to use data which the Equipment generates. You agree that you will use the Equipment only for its intended use. You agree to use appropriate and reasonable care in using the Equipment.

### 5.2.4 Installation by AT&T, Self-Installation and Relocation of Equipment:

#### 5.2.4.1 Installation by AT&T:

If AT&T installs your AT&T Phone – Advanced Service, you acknowledge that, if necessary, AT&T may use existing wiring, including altering the wiring and removing accessories, located within your unit ("Inside Wiring"), and that AT&T and its agents may drill, cut, and otherwise alter improvements on the premises (including walls, flooring, and/or other surfaces) in order to install, maintain, or repair AT&T Phone – Advanced Service or Equipment. You warrant that you own or control the Inside Wiring and premises and give AT&T and its agents permission to use, alter, and remove equipment from them. If you do not own your premises or your unit is part of a multi-tenant environment (e.g., an apartment building, condominium, or private subdivision), you warrant that you have obtained permission from any necessary party, including, but not limited to, the owner, landlord, or building manager, to allow AT&T and its agents reasonable access to install, maintain, and repair your AT&T Phone – Advanced Service and Equipment and to make any alterations that we deem appropriate for the work to be performed. You agree to indemnify AT&T and its agents from and against all claims by an owner, landlord, building manager, or other party in connection with installation, maintenance, repair, or provisioning of AT&T Phone – Advanced Service. You will provide AT&T and its agents with reasonable access to your premises in order to install, and repair AT&T Phone – Advanced Service and Equipment. If you are not at the premises at the time of installation or repair, you authorize any other adult resident or adult guest at your residence to grant access to your premises for these purposes. You understand and agree that by authorizing an adult resident or adult guest to grant access to your premises, you authorize that adult to act on your behalf, including accepting this Agreement and any related agreements required in connection with the completion of the installation, activation, or repair of AT&T Phone – Advanced Service and approving any changes to them. You will be responsible for payment of service charges for visits by AT&T or its agents to your premises when a service request results from causes not attributable to AT&T or its agents, including, but not limited to, when you are unwilling to complete troubleshooting steps requested by AT&T.

#### 5.2.4.2 Self-Installation:

If you are self-installing AT&T Phone – Advanced, you agree that the Equipment will not be connected to any Inside Wiring at your service location. Improperly connecting the Equipment to Inside Wiring can result in an electrical short or AT&T Phone – Advanced Service failure. You agree to defend, indemnify, and hold harmless AT&T and its subsidiaries, affiliates, officers, agents, directors, employees, and service or Equipment providers for any claim related in any way to improper connection of the Equipment to your Inside Wiring.

#### 5.2.4.3 Relocation of Equipment:

While you continue to receive the AT&T Phone – Advanced Service, neither you nor a third party will move the Equipment to any other physical location outside of your registered service location. AT&T Phone – Advanced Service is not designed to be nomadic and may not function properly if Equipment is moved to a location outside of your registered service location. If you require Equipment to be moved to another location, you must notify AT&T first, and obtain a move order from AT&T. Failure to do so may result in a failure of the AT&T Phone – Advanced Service and/or AT&T's suspension and/or termination of your AT&T Phone – Advanced Service. Service charges will continue to apply.

### 5.2.5 Interruptions Limitations and Modifications to Service, Limitations of 911 Service and Local Number Portability:

#### 5.2.5.1 Interruptions Limitations and Modifications to Service:

Voice service is dependent on the network, the availability of an adequate power source, and correct Equipment configuration, AT&T does not guarantee that AT&T Phone – Advanced Service will be continuous or error-free. You acknowledge and understand that AT&T cannot guarantee that voice communication is secure. You also acknowledge that AT&T may establish general practices and limits concerning use of AT&T Phone – Advanced Service. AT&T Phone – Advanced Service cannot be used to make operator-assisted collect or third-party billing calls (unless the third-party Collect Call company separately handles and bills for the call), nor can AT&T Phone – Advanced Service be used to make 900/976 calls; area code 500, 700, and 710 calls; 10-10-XXX dial-around calls; or international operator or directory assistance calls. Also, the ability to call certain N11 services (211, 311, 511) may not be available. You agree that AT&T will have no responsibility or liability

for the deletion, for failure to store or to deliver any messages and other communications, for the modification or alteration of communications, or for other content maintained or transmitted by AT&T Phone – Advanced Service. You acknowledge that AT&T reserves the right to log off Accounts or disconnect sessions that are inactive for an extended period of time. You further acknowledge that AT&T reserves the right to change these general practices and limits at any time without advance notice.

#### 5.2.5.2 Limitations of 911 Service:

AT&T Phone – Advanced Service is not the same as traditional wireline telephone service, and 911 service doesn't work the same as with traditional wireline telephones. You agree to tell anyone who may use your AT&T Phone – Advanced Service of the limitations of 911 service. AT&T makes no warranty that access to 911 will be uninterrupted, timely, secure, or error-free. 911 service is available only at your registered service address, while connected to properly powered Equipment and after AT&T Phone – Advanced Service has been properly activated and configured. 911 service will not function if your AT&T Phone – Advanced Service isn't functioning or if there is an Equipment failure, power, or network outage, cellular or broadband connection failure, if the Equipment has been moved without AT&T's prior consent, or if your AT&T Phone – Advanced Service has been disconnected or suspended. Following an outage, you may be required to reset or reconfigure the Equipment before 911 service will work. AT&T strongly recommends that you maintain an alternative means of accessing 911 services, such as a cellular phone, at all times. AT&T is not responsible for any losses incurred because of an inability to dial 911 or to access emergency service personnel for any reason. And, you agree to defend, indemnify, and hold harmless AT&T and its subsidiaries, affiliates, officers, agents, directors, employees, and service providers for any claim by you or anyone else relating in any way to your AT&T Phone – Advanced Service and 911 service.

#### 5.2.5.3 Local Number Portability:

In the event you are transferring an existing phone number to your AT&T Phone – Advanced Service (i.e., porting a number), you hereby authorize AT&T to process your order for AT&T Phone – Advanced Service and to notify your existing provider of your decision to switch your local, local toll, and long distance services to AT&T Phone – Advanced Service, and you represent that you are authorized to take this action. Not all telephone numbers are eligible for porting to AT&T Phone – Advanced Service.

### 5.2.6 Voicemail:

AT&T Phone – Advanced Service includes Voicemail, a full-featured voicemail service. AT&T does not guarantee that voicemail messages will be saved or be able to be retrieved. If your Voicemail voice mailbox is accessed from outside the local calling area, you may incur applicable local toll or long distance charges.

Voicemail service may allow you the option to integrate your AT&T wireless service voice mailbox with your AT&T Phone – Advanced Voicemail mailbox. (Wireless service from AT&T must be purchased separately.) Calls forwarded to your Voicemail voice mailbox from your wireless phone will not incur airtime charges. However, airtime charges may apply when using your wireless handset to retrieve messages.

Voicemail may include a Voicemail-to-Text ("VMTT") feature that provides automated transcription of your voicemail. AT&T is not responsible nor liable for: 1) errors in the conversion of or its inability to transcribe voicemail messages to text/email; 2) lost or misdirected messages; or 3) content that is unlawful, harmful, threatening, abusive, obscene, tortious, or otherwise objectionable. AT&T does not filter, edit or control voice, text, or email messages, or guarantee the security of messages. AT&T can interrupt, restrict or terminate VMTT without notice if your use of VMTT adversely impacts AT&T's network (e.g., by abnormal calling patterns or an unusually large number of repeated calls and messages) or if your use is otherwise abusive, fraudulent, or does not comply with the law.

You are solely responsible for and will comply with all applicable laws as to the content of any text messages or emails you receive from VMTT that you forward or include in a reply to any other person. You authorize AT&T or a third party working on AT&T's behalf to listen to, and transcribe all or part of a voicemail message and to convert such voicemail message into text/email, and to use voicemail messages and transcriptions to enhance, train and improve AT&T's speech recognition and transcription services, software and equipment. You agree that the results of benchmarking VMTT against competing products or services is AT&T confidential information requiring AT&T's written consent to disclose. Additional charges may apply to receiving email on your wireless device from VMTT, as well as, replying to or forwarding VMTT messages via SMS (text) or email, depending on your plan. Transcription times cannot be guaranteed. You are responsible for providing a correct email address and updating the email address when changes to the email account are made.

### 5.2.7 Theft of Equipment or Service, Prohibited Uses and Special Terms:

#### 5.2.7.1 Theft of Equipment or Service:

You agree to notify AT&T immediately, in writing or by calling us at 800.288.2020, if the Equipment is stolen or if you become aware at any time that AT&T Phone – Advanced Services are being stolen or fraudulently used. When you call or write, you must provide your AT&T Account number and a detailed description of the circumstances of the Equipment theft, including documentation of theft (e.g., a copy of a police report) or stolen or fraudulent use of AT&T Phone – Advanced Service. You will be responsible for all charges incurred on your AT&T Account until you report the theft or fraudulent use of AT&T Phone – Advanced Service. Failure to provide notice to AT&T of theft in a timely manner may result in the termination of your AT&T Phone – Advanced Service and additional charges to you.

#### 5.2.7.2 Prohibited Uses:

You agree that you will NOT use AT&T Phone – Advanced Service to engage in auto-dialing, continuous or extensive call forwarding, telemarketing, fax broadcasting or fax blasting, or for uses that result in excessive usage inconsistent with normal residential usage patterns. In addition, connection of your AT&T Phone – Advanced Service or Equipment to a device which converts use of AT&T Phone – Advanced Service to an outbound trunk line by more than one individual is prohibited. If AT&T determines, in its sole discretion, that you are reselling or transferring AT&T Phone – Advanced Service or that you are using it for any of these activities, AT&T reserves the right, without advance notice, immediately to terminate or suspend your AT&T Phone – Advanced Service, and, in addition, to assess additional charges for each month in which excessive usage occurred. If you subscribe to a calling plan which includes unlimited calling of any type, unless otherwise specified by your specific plan in marketing materials associated herewith, consistent monthly use in excess of 5,000 aggregate minutes per month, taking into account all types of calling in your plan which are provided on an unlimited basis, shall be presumed to be inconsistent with these restrictions and shall be subject to the conditions above.

#### 5.2.7.3 Special Terms for North Carolina Customers:

If you reside in Durham or Concord, your AT&T Phone – Advanced Service may not include a telephone number or numbers in printed/digital directories and/or directory assistance databases, and/or you may not have the option to have numbers withheld from printed/digital directories or directory assistance databases.

# 6.0
# AT&T Internet Service Terms

These Internet Service Terms govern the Internet access services provisioned by AT&T described in Section 6.1 below, including Internet Protocol (IP) based services provisioned over copper, copper-fiber hybrid, fiber or wireless networks as well as legacy digital subscriber line (DSL) services (collectively “Internet Service”). The Internet Services are currently marketed under the names AT&T Internet, AT&T Fixed Wireless, and AT&T DSL, but see Section 6.1. below for a partial list of other names under which these services have been marketed in the past.

Your use of AT&T Internet Services is governed by these AT&T Internet Service Terms, as well as your Customer Service Summary or Order Confirmation letter, AT&T’s Access ID Terms and Conditions (at att.com/accessidterms), the att.net Terms of Use (at att.com/legal/terms.attNetTermsOfUse.html), AT&T’s Policies for Considering Copyright Infringement Claims (at att.com/legal/terms.dmca.html), the Internet Fee Schedule (available at att.com/ConsumerInternetFees for consumer customers and att.com/BusinessInternetFees for business customers) (“Internet Fee Schedule”), along with the applicable policies and additional terms which AT&T makes you aware of, and if you have been notified of temporary changes to your Internet Service, the terms and conditions for that temporary service posted at att.com/temporaryterms. To the extent that your AT&T Internet Service is delivered over some portion of the AT&T wireless network, your service will also be subject the AT&T Wireless Service Terms in Section 2. The current fixed internet access speed tiers AT&T offers may be found on AT&T’s Speed Tier page at att.net/speedtiers.

In these AT&T Internet Service Terms, “AT&T” or “we” refers to the AT&T affiliate for your service and location identified in section 6.1 and “you” refers to the Account holder, Sub-Account holder, and any Authorized User(s), as those terms are defined in Sections 6.3.1 and 6.3.2.

These AT&T Internet Service Terms are based on four general principles.

(1) We support our customers’ right to free expression.

(2) We will give our customers clear notice of any meaningful limitations on the Services.

(3) We will give our customers clear information about the experience they can expect when using the Services.

(4) We will provide consumer internet access service in discrete, non-overlapping speed tiers.

For more information about how AT&T helps transmit your information to points on the Internet, how AT&T manages the network, internet options such as different service capability and expected and actual speed ranges, device attachment rules, activities which may impair or degrade your internet experience, and for additional information regarding network practices with respect to monthly data usage allowances related to AT&T Internet Service, please visit att.com/broadbandinfo.

If the location to which your Internet Service is provisioned is in a multi-tenant environment (e.g., an apartment building or condominium, sometimes referred to herein as a “MTU”), provision of your Internet Service may be subject to other terms and conditions imposed by the owner and/or manager of the MTU (e.g., a landlord or home owners’ association). You will need to refer to the owner/manager of your particular MTU for more information regarding any MTU specific terms which may apply.

## 6.1 Trade Names, and Your AT&T Internet Service Provider

AT&T Internet Service is marketed under various trade names. In these Service Terms, AT&T Wired Internet Services, which are discussed below in Section 6.15, include those services which have been marketed as AT&T Fiber, AT&T Internet, AT&T Internet Basic, AT&T High Speed Internet (including Max and Max Plus), and U-verse Internet. DSL Internet Services, which are discussed below in Section 6.17, include those services which have been marketed as AT&T High Speed Internet (including Lite, Ultra, Xtreme, XtremePro, Basic, Express, Pro, and Elite), AT&T High Speed Internet Direct (including Lite, Ultra, Xtreme, XtremePro, Basic, Express, Pro, and Elite), DSL Direct (including Express, Pro, and Elite), and FastAccess DSL and/or FastAccess DSL Direct (including Lite, Ultra, Xtreme, and XtremePro), Wireless Home Internet, which is discussed in Section 6.14.2, include those services that have been marketed as AT&T Fixed Wireless Internet and AT&T Wireless Home Internet. Business Internet Services, which are discussed below in Section 7, include AT&T Business Fiber, AT&T Internet for Business, AT&T High Speed Internet Business Edition, AT&T High Speed Internet Business Edition Direct, FastAccess Business DSL, FastAccess Business DSL Direct, and AT&T Internet for Business On Demand.

Except as specified otherwise in writing, your AT&T Wired Internet Services are provided by your local AT&T telephone company as set forth below:

- BellSouth Telecommunications, LLC in AL, GA, FL, KY, LA, MS, NC, SC, and TN;
- Southwestern Bell Telephone Company. LLC in AR, KS, MO, OK, and TX;
- Pacific Bell Telephone Company in CA;
- Illinois Bell Telephone Company. LLC in IL;
- Indiana Bell Telephone Company. LLC in IN;
- Michigan Bell Telephone Company. LLC in MI;
- Nevada Bell Telephone Company. LLC in NV;
- The Ohio Bell Telephone Company. LLC in OH; and
- Wisconsin Bell. LLC in WI.

Outside of the local AT&T telephone company franchise areas in these states, as well as in all states not listed above, AT&T Internet Services are generally provided by Teleport Communications America, LLC and/or one or more of its subsidiaries. In New York, AT&T Internet Services are generally provided by TC Systems, Inc. Wireless Home Internet Services are provided in all states by AT&T Mobility LLC, acting on behalf of its FCC-licensed affiliates doing business as AT&T.

## 6.2 Internet Service Description

6.2.1 Service Description:

AT&T Internet Service offers you a capability for acquiring or retrieving information from; generating, storing, transforming, processing, or utilizing information on; or making available information to other internet end points connected directly or indirectly to AT&T's network. Unless otherwise specified, AT&T Internet Services include the following:

**6.2.1.1 Site Access / E-Mail Services:**
Access to att.net and related services, including an e-mail account for the Account holder and any Sub Accounts, is generally included with your Internet Service. Such access will be subject to the att.net Terms of Use found at att.com/legal/terms.attNetTermsOfUse.html. By utilizing such access, including accessing the included e-mail account(s), you are agreeing to be bound by the terms thereof.

**6.2.1.2 DNS Services / DNS Error Assist:**
Domain Name System (or DNS) services translate domain names into the numerical IP addresses needed for locating and identifying computer services and devices within the underlying network protocols commonly used to organize the internet. The DNS Services include DNS Error Assist, which upon entry of an incomplete or inaccurate Web address will automatically search for similar or related terms and present you with suggested sites you may want to reach instead of providing only an error message. If you prefer to opt out of DNS Error Assist, you may do so by visiting att.com/privacychoices from your desktop or from your mobile Web browser.

**6.2.1.3 IP Addresses:**
Unless otherwise specified, AT&T Internet Service is provided with a dynamic Internet Protocol ("IP") address, a static IP address, a multiple static IP address service (as applicable), or a privately managed IP address utilizing CGNat (Carrier Gateway NAT or Carrier Gateway Network Address Translator) technology, at the sole discretion of AT&T. Static IP addresses are not available with all AT&T Internet Services or all tiers within certain AT&T Internet Services. Unless otherwise specified, a dynamic IP address is a single internet address intended for use with a single Account, served by a single modem or gateway, and a static IP address or multiple static IP address is intended for use with a single computer or a network of devices, computers and/or servers. You may not use the Service in a manner that is inconsistent with these intended uses. Unless otherwise specified, AT&T Internet Services will support both IPv6 and IPv4 Internet addresses; however, to reach IPv6-exclusive internet content, some of your equipment may require upgrades or replacement. For more information about IPv6 and how it affects you, visit att.com/help/internet/ipv6/. The manner by which AT&T will elect to support IPv6 or IPv4 and the technology used to do so shall be at AT&T's sole discretion and AT&T cannot guarantee that every third party service will be fully compatible with the technology that AT&T elects to employ for a particular purpose. For more information about AT&T's Network Management Practice, please visit AT&T's Broadband Information page at att.com/broadbandinfo.

**6.2.1.4 Interconnection:**
Because the internet consists of multiple interconnected networks and most internet end points (e.g., websites and other content providers) are not directly connected to AT&T's network, AT&T must connect to and exchange traffic with other networks to provide its subscribers the capability of uploading data to or downloading data from internet end points that are connected to those networks. To that end, AT&T has entered into commercially negotiated agreements to exchange traffic with such networks on mutually agreeable terms. Consistent with its longstanding practice, AT&T does not warrant that it will establish or expand the connections between its network and other networks except on such mutually agreeable terms. To the extent AT&T is unable to reach agreement on terms of interconnection or network expansion with these other networks it could affect your service. These impacts on your service performance are described in more detail in AT&T's Open Internet notice. AT&T therefore makes no promise express or implied that you will be able to upload data to or download data from internet end points connected to other networks at any particular speed.

Like the other networks that make up the internet, AT&T's is a shared network, which means that the transmission links and other network resources used to provide the Service are shared among AT&T's subscribers. AT&T manages this network for the benefit of all users based on a variety of factors, and our technical expertise.

### 6.2.2 "Speed" of Internet Services, Technology and Data Usage:

AT&T offers many internet access service options, each of which has a specific service capability speed range. The term "speed" is commonly used as a shorthand way to describe the capacity at which a particular internet access service can transmit data. This capacity is typically measured in the number of kilobits, megabits or gigabits that can be transmitted in one second (Kbps, Mbps or Gbps). Some applications like a short email without attachments or basic web browsing do not require high service capability speeds to function optimally, while other activities like transferring large data files can be performed faster with higher-speed services. Your service capability speed may not be suitable for some applications, particularly those involving real-time or near real-time, high-bandwidth uses such as streaming video or video conferencing.

**6.2.2.1 AT&T Speed Tiers Page:**
The current speed ranges AT&T offers may be found on AT&T's Speed Tier page at att.net/speedtiers, which identifies the downstream and upstream rates at which your "Connection" (as that term is defined below) transfers internet access data between the network interface device at your home, office, or apartment building to the point you connect to the AT&T network..

**6.2.2.2 Connection:**
Because service performance varies on an end-to-end basis, the service capability speeds of AT&T are limited to, and measured between, the equipment utilized to provision your Internet Service at the fixed address or location you identified when ordering the Internet Service and a point on the AT&T network, sometimes referred to as the "Connection" or your "internet connection." The Connection constitutes only one segment of the end-to-end transmission path connecting the end user to internet web sites or content providers.

**6.2.2.3 Expected Speeds:**
Because there are many factors which may impact the speed experienced by any particular internet user at any particular time (as described in more detail below), the "Expected Speed" represents an anticipated, theoretical speed of the Connection, based on network design and engineering, measured over time. At any moment in time, a particular observed speed will vary from the Expected Speed. However, AT&T manages its wired internet network toward an overall median speed consistent with the Expected Speed. Wireless networks are generally subject to greater variability as a result of environmental factors beyond AT&T's control, so it may not be possible to provide Expected Speeds for services which are delivered over a wireless network.

**6.2.2.4 Technology:**

Unless otherwise expressly agreed to the contrary, AT&T makes no warranty with regard to the technology used to provision any particular Internet Service. Notwithstanding any description that may be furnished for a particular Internet Service, AT&T reserves the right, in its sole and absolute discretion, to make changes to the technology used to provision all or any portion of any Internet Service. So long as the essential functionality of the Internet Service from a user perspective is not negatively impacted in a material way by any change in technology, AT&T has no obligation to notify you of any changes in technology and changes in technology will not affect your rights or obligations with respect to the Internet Service you have purchased.

For any particular Internet Service, the technology utilized to provision different portions of the Service may vary significantly. In those circumstances, and unless otherwise expressly agreed to the contrary, AT&T shall only be responsible for the technology utilized to provision the Connection. As discussed in further detail below, AT&T has no control over, and makes no warranties with respect to, the technology within the premises to which the internet Service is provisioned (e.g. the inside wiring, local Wi-Fi, home network and/or local access network). AT&T further has no control over and makes no warranties with respect to the technology utilized by content providers for purposes of operating the servers which an end user must access in order to receive access to the content.

#### 6.2.2.5 Other Factors that Impact Speed:

In addition to issues presented by the various technologies over which an internet access may operate on an end-to end basis, end-to-end performance of your Internet Service will also depend on a variety of other factors, including (but not limited to): the number of subscribers simultaneously using the network; specific characteristics of the location from which you are accessing the internet; specific characteristics of your intended destination on the internet; overall traffic on the internet; Wi-Fi connectivity; interference with high frequency spectrum on your telephone line; wiring inside your premises, office or apartment complex; the capacity or performance of your network devices, routers, gateways or modems; the servers with which you must communicate with in order to reach your intended destination and/or access the content you are trying to access; internal and external network management factors (including Overhead, which refers to the various control and signaling data required to achieve the reliable transmission of internet access data); and the networks you and others are using when communicating. In addition, your use of other AT&T services (such as U-verse TV, AT&T Phone, Unified Messaging, and other services) that may share the capacity of your broadband connection with the Service may impact the amount of capacity available for your use of the Service at that particular time and thus affect the performance of the Service.

In addition, Internet Service delivered over wireless networks may be interrupted, delayed, or otherwise limited for a variety of reasons, including environmental conditions, unavailability of radio frequency channels, congestion from other users, system capacity, network management, power outages, priority access by National Security and Emergency Preparedness personnel in the event of a disaster or emergency, coordination with other systems, equipment or infrastructure damages or modifications and repairs, proximity of antennas and/or cell towers, the location and rotation of antennas, cell tower outage or site outage, maintenance work at a cell tower or antennae site, blockage of or interference with the signal between the end user premises and the cell tower or antennae, problems with the facilities of interconnecting carriers and/or power outages.

Consequently, AT&T does not guarantee the performance of your service on an end- to-end basis. This is also why third party speed tests which include other portions of the overall internet connection beyond the Connection itself may yield results which are outside the expected speed range for your particular service plan on the Speed Tier page. AT&T expressly disclaims any warranty with respect to the outcome of these third party speed tests.

#### 6.2.2.6 Download vs Upload Speeds:

The term “download” generally refers to the process of a user utilizing their local device or computer to access information stored on a remote device, computer or server connected to the internet and includes activities ranging from “surfing” the internet to downloading a file to streaming video. The term “upload” generally refers to the process of a user sending information from their device or computer to a remote device, computer or server connected to the internet. Unless otherwise specified, references to the “speed” of an Internet Service will solely be with respect to the download speed of that Service. Similarly, unless otherwise specified, AT&T makes no guarantee that the upload speed of a particular Internet Service will be the same as the download speed, either in terms of the applicable speed range or in terms of actual performance at any given moment. In fact, as set forth on the Speed Tier Page, many Internet Services have expected upload speeds which are lower than the comparable expected download speeds. As a result, and as a result of the many other factors that might affect speed at any given moment, the actual upload and download speed of any Internet Service will vary greatly from time to time and day to day.

#### 6.2.2.7 Data Usage on Residential Internet Services:

The residential Internet Service you purchased includes either an unlimited data allowance or a monthly data usage allowance with overage charges for usage in excess of your allowance. More details regarding the applicable data allowance, is set forth in the Customer Service Summary or Order Confirmation Letter you received. Use of certain services, including but not limited to digital TV features and apps, AT&T Digital Life, home security, home automation and medical alarm systems, whether provided by AT&T or a third party, may count towards your Internet data usage allowance. For additional information about the use of your residential AT&T Internet Service, including management of your data usage, as well as information about other data plans that you might consider, please refer to att.com/internet-usage. (This paragraph is not applicable to Business Internet Services.)

### 6.2.3 Availability and Service Changes:

#### 6.2.3.1 Availability:

AT&T Internet Services are not available in all areas, and may not be available at certain speed tiers (or at all) at your location, even if our initial testing, an AT&T website and/or any sales representative or other personnel associated with AT&T indicated that your location qualified for a particular speed tier or Service. If your location is situated in an MTU, availability of any particular Internet Service may depend upon the owner and/or manager of the MTU agreeing to grant AT&T access to the MTU and/or to your particular location.

The availability of any Internet Service may also be subject to various limitations upon the capacity of the various technologies utilized in AT&T’s network to support a given number of customers on any particular Internet Service and/or speed tier in a given area (“Capacity Limitations”). Some AT&T Internet Services are more likely to be subject to Capacity Limitations. When a particular part of AT&T’s network is approaching a Capacity Limitation, it can be very difficult for AT&T to predict exactly when or how that Capacity Limitation will impact upon the availability of a particular Internet Service to a particular location. This may mean that, although a certain location may be theoretically capable of receiving the Internet Service in question, Capacity Limitations at the time a particular order is placed may mean that a particular Service is not available to a particular location. This can even occur between the time that a Service is ordered and the time that the Services is installed / fulfilled, resulting in a Service that was shown as being available to a particular location at the time an order was placed no longer being available at the time of installation. As discussed in Section in more detail with respect to particular Services below, Capacity Limitations may also mean that if a Service is terminated at any location for any reason whatsoever, it may not be possible to restore or renew that Service at that location.

AT&T also reserves the right, in its sole discretion, to stop offering some or all AT&T Internet Services at a particular location, whether because AT&T has or expects to lose necessary access rights to the equipment required to deliver a particular service to that location or AT&T has otherwise determined that it is no longer in AT&T's best interests to offer a particular service or services to that location. AT&T may do this either by terminating current service(s) to the location, pursuant to Section 6.5 below, or by removing the location from eligibility for the purchase of new service(s) ("Grandfathered"). If a service to a particular location has been Grandfathered, current service(s) may not be interrupted but if service is suspended or terminated at that location for any reason AT&T will not be able to guarantee that service will be renewed or restored at that location. New service at that location may not be available for purchase from AT&T or the service available may be substantially different from the service that has been Grandfathered.

For all those reasons, AT&T makes absolutely no guarantee as to the availability of any Internet Service at any location.

#### 6.2.3.2 Service Changes and Technology Conversions:

AT&T may modify or discontinue any Internet Service, temporarily or permanently, and will publish the terms and conditions for temporary changes (which are incorporated into this Agreement) at att.com/temporaryterms. AT&T also will endeavor to provide you with reasonable notice of material changes to your Internet Service. Your continued use or subscription to Internet Service after the effective date of the change constitutes acceptance of the change and any associated terms and conditions. In addition, if AT&T determines to provision Internet Service at your location utilizing a different technology, we will evaluate whether the conversion can occur without noticeable interruptions during normal business hours and no single interruption outside of normal business hours of more than one (1) hour in length. If so, we may elect to proceed with the conversion without prior notice to you. Otherwise, we will endeavor to provide you with up to thirty (30) days' advance notice of the conversion. Following that period, we may at our sole discretion, either disconnect your service or temporarily suspend your service for up to fifteen (15) days to facilitate the conversion process.

As part of any conversion, we may, in our discretion, discontinue the particular Internet Service you are currently receiving and make available to you an alternate Internet Service of comparable or better Speed at the then applicable rates, terms, and conditions, which may differ from your previous Internet Service rates, terms, and conditions (including Bundle Discounts). If you are on a Term Plan and your overall price will increase as a result of this conversion, taking into account all applicable credits and discounts, you will not have to pay any applicable Early Termination Fee if you elect to cancel your Internet Service within the period specified for doing so on your updated Customer Service Summary or Confirmation Letter.

Your new Internet Service may require different or additional equipment in order to fully utilize. If so, we will endeavor to either provide you with the required equipment or notify you of any equipment you will be required to provide on your own. You may also be required to review and accept new or additional terms and conditions related to the new Internet Service and/or new equipment.

### 6.2.4 Home Networking / Home Wi-Fi:

#### 6.2.4.1 Inside Wiring:

When ordering AT&T Internet Service, you will be responsible for providing any copper wire or fiber optic cable required for local networking purposes within your premises ("Inside Wiring" or "IW"), including any copper wire or fiber optic cable between the AT&T network termination interface at your location and the internet gateway (WG) equipment that will be located at your premises as well as any wiring or cabling you may choose to use to connect internet enabled devices to the internet gateway (WG). In most cases, the IW will already be present in your existing locations, however you will be responsible for providing any additional IW which may be required. If additional IW is required, you may have the option of ordering IW from AT&T or installing your own IW. If you elect to install your own IW, the IW must be installed and available for use by AT&T Technicians before you order AT&T Internet Service. If IW service is ordered from AT&T, it is your sole responsibility to obtain landlord permission or approvals for such IW.

#### 6.2.4.2 Disclaimer of Warranties:

The condition of the IW over which your Internet Service is transmitted within your premises will impact the performance of the Internet Service, including with respect to speed, reliability, and latency. You are solely responsible for the condition of any IW and AT&T expressly disclaims any responsibility for it. If IW is provided by AT&T, upon completion of installation you will have full ownership and responsibility for that IW. **Regardless of whether you or AT&T provides or installs IW, to the greatest extent permitted by applicable law, AT&T makes no warranty to you or any other party for any work or materials constituting or associated with IW. AT&T expressly disclaims any warranty of merchantability or fitness for a particular use, and AT&T has no responsibility to maintain, update, repair, replace, de-install, or remove any installed IW.**

#### 6.2.4.3 Home Wi-Fi / Local Wi-Fi:

Depending upon the Internet Service you purchase, your Internet Service may include Wi-Fi enabled home networking equipment ("Wi-Fi Equipment") in order to help you allow Wi-Fi enabled devices to wirelessly connect to your Internet Service ("Home Wi-Fi," or for business customers, "Local Wifi"). AT&T may also make available additional, optional internet related equipment for sale or lease in connection with your Service, such as various types of home networking equipment (ex: Wi-Fi Extenders). Unless otherwise expressly specified to the contrary, any amounts for the purchase or lease of this additional equipment will be separate from and in addition to amounts payable for your Service. Use of such additional equipment may be subject to additional terms and conditions as specified in connection therewith.

In order to use Home Wi-Fi or Local Wi-Fi, you must have Wi-Fi enabled devices that (a) meet U.S. and WiFi Alliance standards; (b) are compatible with the Wi-Fi network being generated by the applicable Wi-Fi Equipment; and (c) are capable of running IP and related protocols. The Wi-Fi enabled device you are utilizing must be in close enough proximity to the Wi-Fi Equipment to achieve connectivity with the Home Wi-Fi or Local Wi-Fi. Actual Home Wi-Fi or Local Wi-Fi coverage and quality may vary depending upon the location of the Wi-Fi Equipment, the location of the applicable Wi-Fi enabled device and conditions in and around the premises in which both the Equipment and the Wi-Fi enabled device operate.

Home Wi-Fi or Local Wi-Fi is designed to provide you with the highest speed available from your home network at any given point in time, subject to the many different factors that can affect network performance. AT&T's most recent generation of Wi-Fi Equipment generally supports the Wi-Fi 6 (IEEE 802.11ax) standard and is compatible with older Wi-Fi (IEEE 802.11 a/b/g/n/ac) standards, although older Home Wi-Fi Equipment may only support older standards. The theoretical maximum speed you may be capable of achieving from your Home Wi-Fi will depend heavily on which Wi-Fi (IEEE 802.11) standard is supported by the Wi-Fi Equipment you have as well as which Wi-Fi (IEEE 802.11) standard is supported by the particular device you are utilizing. (By way of example only, Wi-Fi 1 (IEEE 802.11b) offers a theoretical maximum of 11 Mbps while Wi-Fi 6 (IEEE 802.11ax) offers a theoretical maximum of over 1 Gbps. Even if the Wi-Fi Equipment at your location is capable of supporting Wi-Fi 6 (IEEE 802.11ax), if you are utilizing an older device that is only capable of supporting the older Wi-Fi 1 (IEEE 802.11b) standard, your theoretical maximum speed will be limited to 11 Mbps.)

Although the Wi-Fi 6 (IEEE 802.11 a/b/g/n/ac/ax) standards have theoretical maximum speeds ranging from over ten Mbps to over a gigabit per second, depending on which standard applies, actual Wi-Fi speeds will be substantially lower than the theoretical maximum speeds which describe the physical throughput rate including Wi-Fi protocol communications. The result is that the maximum you can receive may not exceed 40%-50% of the theoretical maximum Wi-Fi standard speed and may be significantly lower depending on other applicable factors. In addition to the factors discussed above, the actual speed you experience over Wi-Fi will depend in part on the speed of the connection between the Wi-Fi network you are accessing and the destination you want to reach on the Internet, which may be significantly below the theoretical maximum speed of the service. (By way of example only, if you order AT&T Internet 100, with a download Expected Speed of 100 Mbps according to the AT&T Speed Tier page, even if the Wi-Fi Equipment at your location and the device you are utilizing are both capable of supporting the Wi-Fi 6 (IEEE 802.11ax) standard with a theoretical maximum speed of over 1 Gbps, the theoretical maximum internet download speed with your device connected to your Home Wi-Fi would not be expected to exceed 100 Mbps.)

#### 6.2.4.4 Home Network Management and Security:

AT&T reserves the right to manage remotely any equipment used to access any Internet Service, whether that equipment is connected via a wired or wireless connection. That may include facilitating the connection of that equipment, monitoring traffic for potential issues, managing applicable settings and/or remotely updating software or firmware. Nonetheless, you remain ultimately responsible for all security measures over your in-home network, including any Inside Wiring, local area network(s) and/or Wi-Fi Equipment. That includes, but is not limited to, access to authorization codes or passwords, as well as any encryption you deem necessary or required.

AT&T may provide you with tools or software to assist you in managing one or more aspects of your home network (including apps like AT&T's Smart Home Manager and network based services like AT&T Smart Security, which software would then be included in the term "Software" as used herein below). AT&T may also make available additional, optional security or network management applications for sale or subscription in connection with your Service. Unless otherwise expressly specified to the contrary, any amounts for the purchase or subscription of these additional services will be separate from and in addition to amounts payable for your Internet Service. Use of such additional services may be subject to additional terms and conditions as specified in connection therewith.

Your use of tools, features and/or software made available to you by AT&T is at your own discretion and you remain ultimately responsible for all aspects of your home network, including any activity by children or other guests that you may allow (either intentionally or unintentionally, through lack of adequate security measures) to access your AT&T Internet Services via your home network and/or Home Wi-Fi and any devices or equipment you may elect to connect to your home network and/or Home Wi-Fi.. For that reason, AT&T recommends that you take all necessary measures to ensure adequate network security and to closely monitor use of your AT&T Internet Services and your home network by anyone accessing your home network, especially children.

### 6.2.5 Nationwide Wi-Fi Hot Spots (For Internet):

Access to AT&T's nationwide network of Wi-Fi Hot Spots may be available to you as part of the Service, and the AT&T Wi-Fi Hot Spots will provide you with access to the internet via certain AT&T Internet access points (Locations). Primarily, this access is provided via a Wi-Fi network using a Wi-Fi Alliance (IEEE 802.11) standard. To access the Wi-Fi Hot Spots, you must have a device that is compatible with the specific Wi-Fi equipment deployed at a Location. Access to the Hot Spots is intended for the limited purposes of assisting with access to the public internet for e-mail and web browsing or other purposes consistent with the AT&T Wi-Fi Terms of Service, which may be found at att.com/legal/terms.wiFiServices.html. In order to gain access to the Internet at a Location, you may need your Account information, including your Member ID. If you are also an AT&T Mobility customer, you may auto-authenticate at certain Locations without the use of your Member ID. The AT&T Wi-Fi Terms of Service will govern your use of AT&T Wi-Fi Hot Spots.

## 6.3 Registration and Membership

### 6.3.1 Account Holder:

When you complete the registration process for the Service, you become the Account holder. To be an Account holder, you must either be: (i) 18 years or older, if an individual, or (ii) be a corporation, partnership, or other legal entity duly formed (and incorporated if applicable) in good standing where required to do business with all legal authority and power to accept this Agreement and acting through your duly authorized representative. You will be asked to choose a unique "Member ID" for your account.

### 6.3.2 Sub Accounts:

Account holders may also create up to ten accounts with separate login credentials that are linked to the Account holder's account (each a "Sub Account"). Each Sub Account may also be required to accept this Agreement and complete the Sub Account registration.

### 6.3.3 Account Holder Responsibility:

The Account holder is responsible for all activity associated with the Account and any of its Sub Accounts, including all fees and charges, whether the charges are incurred by the Account or the Sub Accounts. Use of Member ID subjects you to the AT&T Access ID Terms and Conditions (available at att.com/accessidterms), which are incorporated herein by reference.

### 6.3.4 Registration Data:

All information that you provide to AT&T must be accurate, including your name, address, credit or charge card numbers and expiration dates, and any payment information ("Registration Data"). You are responsible for keeping all Registration Data accurate and must provide changes promptly to the AT&T Member Center by going to att.com/myatt.

### 6.3.5 Password Protections:

Your Account password or passcode (as applicable) must be provided to engage in most online or telephonically enabled account management functions. You agree to immediately notify AT&T if your password or passcode has been compromised and/or you wish to remove an authorized user from your Account.

## 6.4 Pricing

In return for receiving AT&T Internet Service, you promise to pay—and agree that we may charge your credit or debit card on file with us—the charges described in subsection 1.9, the Internet Fee Schedule, and the following charges:

### 6.4.1 Monthly Service Charges, Term Plans, and Bundle Discounts:

Billing commences when AT&T has provisioned your Internet Service. During each monthly billing cycle, you will be billed in advance, at our rates in effect at the time, for all AT&T Internet Services you order. When you purchased the AT&T Internet Service, you agreed to a specific monthly price and plan, which may have included a term for the Service of one or more years ("Term Plan"). Some plans may offer a discount on the Service if you sign up for other AT&T services ("Bundle Discount"). You agree to maintain your Service and any bundled services for the applicable term of the Term Plan or Bundle Discount, as applicable. If you signed up for a Term Plan or a Bundle Discount, the price under the applicable plans is valid until one of the following events occurs, at which time the price of your Service may revert to the then-current price for such Service: (1) the term of your plan expires; (2) you change your current Service address to another Service address; (3) you drop one of the AT&T services that you were required to purchase to receive the special rate; or (4) AT&T exercises a right under this Agreement to terminate your Account's (or any associated Sub Account's or Authorized User's) use of the Service.

### 6.4.2 Early Termination Fees:

If before the end of any applicable term, either you cancel your Internet Service or we terminate it for misconduct pursuant to subsection 1.5, you will be subject to any early termination fee specified in your Customer Service Summary, Order Confirmation Letter, or applicable fee schedule.

## 6.5 Termination or Cancellation of Service

### 6.5.1 Suspension and/or Termination upon Loss of Access:

Upon any interruption or loss of either your or AT&T's rights to access any part of the network facilities required to provide your Internet Service, including the interruption or loss of any rights to access the land or buildings in which the facilities are located, AT&T may, in its sole discretion, suspend or terminate all or any portion of your Internet Service. In general and where applicable, AT&T will utilize available public rights of way to access network facilities utilized for providing Services. However, if you are the owner of the location to which your Services are provisioned, it is ultimately your responsibility to secure any necessary rights of access outside of the public rights of way. If you lease or rent the location at which you wish to receive Services, or if the location is located in a MTU type of arrangement, receipt of Services is expressly conditioned on the owner, landlord, and/or building manager providing all customary, reasonable, and necessary rights and permissions to allow AT&T access to the network facilities necessary to provide your Internet Service. AT&T makes no representation and can't guarantee that the owner, landlord and/or building manager has or will provide the applicable rights and permissions necessary for you to receive Internet Service or any particular grade of Internet Service, and explicitly disclaims any such representation or guarantee. In the event of any interruption or loss of access, AT&T will endeavor to provide you with reasonable advanced notice of any suspension or termination of Internet Service. However the timing of any suspension or termination, as well as the timing of any resumption of AT&T Internet Services, are entirely at AT&T's reasonable discretion. In general, and unless otherwise specified, billing will continue for your monthly charges while your Service is suspended due to a loss of access.

### 6.5.2 Suspension and/or Termination due to Capacity Limitations:

Where a service is subject to Capacity Limitations, events may occur which are outside of AT&T's control which may restrict network capacity to the point where AT&T is unable to continue to provide a particular Internet service to certain locations where particular Capacity Limitations apply or which may result in a degradation of the capacity or speed of Internet service provided to certain locations (each a "Capacity Limitation Event"). AT&T will utilize available network management practices in order to mitigate against the occurrence of a Capacity Limitation Event and to continue to provide Internet service to any locations impacted by a Capacity Limitation Event. However, restrictions on AT&T's ability to apply network management practices may mean that a Capacity Limitation Event is unavoidable. Upon the occurrence of a Capacity Limitation Event impacting your location, AT&T may, in its sole discretion, suspend or terminate all or any portion of your Internet Service or may continue to provide Internet service at a reduced capacity or a lower speed. In the event of any anticipated interruption, loss of access, or degradation of service due to a Capacity Limitation Event, AT&T will endeavor to provide you with reasonable advanced notice of any suspension, termination, or degradation of Internet service and may also offer alternative forms of Internet service where available. However, the timing of any suspension, termination, or degradation, as well as the timing of any resumption of AT&T Internet Services, are entirely at AT&T's reasonable discretion. In general, and unless otherwise specified, billing will be suspended for your monthly charges while your Service is suspended due to a Capacity Limitation Event.

### 6.5.3 Suspension and/or Termination as part of Technology Conversion:

When and/or if you are selected for conversion to a more updated Internet technology, we will evaluate whether the conversion can occur without noticeable interruptions during normal business hours. If we determine that interruptions are likely or unavoidable, we will provide at least thirty days' notice of the discontinuation or suspension of your Service via email, direct mail, bill page message, or bill insert. Thirty days after such notice, we may at our sole discretion, either disconnect your current service or temporarily suspend your service for up to fifteen days. Refusal to reasonably facilitate conversion, including by refusing to schedule an appointment to allow our technicians to complete necessary updates to AT&T Equipment and/or network facilities at your location, may result in the termination of your service.

### 6.5.4 Restoral Fee and Payment of Past Due Amounts:

If either you or AT&T suspends a Service for any reason set forth herein (other than due to AT&T's loss of access, a Capacity Limitation Event, or a conversion from older Internet Technology), you must make satisfactory arrangements to pay all past due amounts in order to have that Service restored. You will also be required to pay a Service Restoral Fee of no more than $50 per incident of suspension or termination of a particular Service (subject to applicable law and except as may otherwise have been expressly agreed in writing). Please see the applicable Fee Schedules at att.com/ConsumerInternetFees and/or att.com/BusinessInternetFees to determine the Restoral Fee amount applicable to your particular Service(s). The Restoral Fee will be assessed on the next monthly bill you receive following the resumption of Service.

Case 3:24-cv-00757-E Document 53-6 Filed 09/10/25 Page 42 of 84 PageID 4671

## 6.6 Payment

### 6.6.1 Method of Payment:

Your monthly charges may be billed via a monthly AT&T bill or to a credit card. Credit card billing is not available for AT&T High Speed Internet Direct. AT&T Internet customers will automatically receive an online bill unless you specifically notify us that you want to receive a paper bill by calling 800.288.2020.

### 6.6.2 Online Billing:

You must register online to establish a personal myAT&T account and provide a billing email address. You will then be able to view and pay your bill online by logging on to your personal myAT&T account (username and password required).

## 6.7 Equipment & Software

### 6.7.1 Customer Equipment:

Other than the equipment and/or software provided to you by AT&T for use with the Service (collectively, the "AT&T Equipment"), you must provide all equipment, devices, and software necessary to receive the Service. Any equipment or software that was not provided to you by AT&T, including batteries, is not the responsibility of AT&T, and AT&T will not provide support for, or be responsible for ongoing maintenance of such equipment.

Regardless of whether the equipment used to access your Service (modem, gateway, etc.) is owned by you or AT&T, AT&T reserves the right to manage such equipment for the duration of your Service, and retains exclusive rights to data generated by the equipment. Neither you nor a third party may change, interfere with, or block access to equipment, the data, or settings while you continue to receive the Service.

### 6.7.2 AT&T Equipment:

Any AT&T Equipment, including modems, routers, antennas, or gateways, will be either a new or a fully inspected and tested refurbished unit.

AT&T will repair or replace damaged AT&T Equipment as AT&T deems necessary and may charge you a fee for repair or replacement of the equipment. You understand that repair or replacement of equipment may delete stored content, reset personal settings, or otherwise alter the functionality of such equipment. You will be responsible for payment of service charges for visits by AT&T or its subcontractors to your premises when a service request results from causes not attributable to AT&T or its subcontractors, including, but not limited to, when you are unwilling to complete troubleshooting steps requested by AT&T. If you own the equipment or if the equipment is damaged due to your intentional acts or negligence as determined by AT&T, you will be responsible for the price of repair or replacement.

If the AT&T Equipment was damaged due to your intentional acts, negligence, or use inconsistent with this Agreement, as determined by AT&T, you will be responsible for the price of repair or replacement. Any tampering with the AT&T Equipment, including, for example, opening and attempting to modify the Equipment will be treated as damage due to your intentional acts or negligence. You agree that you will use the equipment only for its intended use and not for any other purpose (such as on another AT&T network, or on another provider's (non-AT&T) network). You agree to use appropriate and reasonable care in using all AT&T Equipment.

### 6.7.3 Access and Installation of Equipment:

You will provide AT&T and its subcontractors with reasonable access to your premises in order to install, maintain, repair, and/or update the Internet Service, and you authorize any other Adult resident or guest at your residence (each, an Authorized User for purposes of this Agreement) to grant access to your premises for these purposes. You understand and agree that AT&T may drill, cut, and otherwise alter improvements on the premises (including walls, flooring, and/or other surfaces) in order to install, maintain, repair, and/or update the Internet Service. If you do not own your premises or your unit is part of a MTU, you warrant that you have obtained permission from any necessary party, including but not limited to the owner, landlord, or building manager, to allow AT&T and its subcontractors reasonable access to install, maintain, repair, and/or update the Internet Service and to make any alterations AT&T deems appropriate for the work to be performed.

You acknowledge that AT&T may use existing wiring, including altering the wiring and removing accessories, located within your unit. You warrant that you own or control the Inside Wiring, and give AT&T permission to use, alter, and remove equipment from, such wiring. Without limiting any other provisions of this TOS, you agree to indemnify AT&T from and against all claims by an owner, landlord, building manager, or other party in connection with installation, maintenance, repair, or provision of the Services.

### 6.7.4 Power and Battery Backup:

The AT&T Equipment may require electrical power from your premises to operate, which you are responsible for providing. If there is a gateway at your premises, AT&T will not provide an initial gateway battery backup unit or an initial backup battery. Any backup battery solution is your responsibility. You may choose to purchase battery backup for your AT&T Equipment from third party manufacturers or retailers. For more information and minimum specifications visit att.com/batterybackup.

You also agree to be solely responsible for determining when backup batteries for any AT&T Equipment require replacement and for replacing and recycling used batteries. You agree to read and follow all manufacturer or vendor directions for the replacement and recycling of backup batteries. For more information and minimum specifications visit att.com/batterybackup.

**Note that AT&T Equipment without battery backup will not function in the event of a loss of customer-supplied power. This will disrupt your Internet Service as well as any additional services that use the AT&T Connection for transport (e.g. Voice over IP including e911) or require an internet connection to operate properly. AT&T will have no liability for loss of any service(s), whether provisioned by AT&T or a third party, in the event of interruption of customer-supplied power, with or without battery backup present in the AT&T equipment.**

### 6.7.5 Theft or Misuse:

You agree to notify AT&T immediately, in writing or by calling the AT&T customer support line, if the AT&T Equipment is stolen or if you become aware at any time that Services are being stolen or fraudulently used. When you call or write, you must provide a detailed description of the circumstances of the theft, including documentation of theft or fraudulent use of the AT&T Equipment or Services (such as a copy of a police report). You will be responsible for all charges incurred until you report the theft or fraudulent use. You will also be responsible for stolen AT&T Equipment not owned by you, however, AT&T may in its sole discretion waive or reduce charges upon submission of documentation of theft or other circumstances. Failure to provide notice to AT&T of theft in a timely manner may result in the termination of your Services and additional charges to you. Unless notified otherwise by AT&T, after you report the theft or fraudulent use of the Services, you will remain responsible for paying your monthly fees for Services not stolen or fraudulently used.

#### 6.7.6 Return of AT&T Equipment:

Except as otherwise provided, AT&T Equipment must be returned to AT&T undamaged, within twenty-one (21) calendar days after your Service is terminated for any reason. If Equipment is not returned within twenty-one (21) calendar days, or is returned damaged, you will be charged a Non-Return Equipment Fee. We may retain any advance payment or deposit, or portion thereof that previously had not been refunded, if you fail to return the AT&T Equipment within this time period. If all AT&T Equipment is returned within six (6) months of termination, any fees charged for such AT&T Equipment will be refunded (other than fees for damages). No refunds will be made for AT&T Equipment returned more than six (6) months after termination. This subsection also applies if your existing Equipment is replaced or upgraded for any reason.

### 6.8 Account Security

You will receive a password associated with your Member ID upon completing the Service registration process. You agree to keep confidential all passwords, IP addresses, and computer names and are solely responsible for any liability or damages resulting from your failure to maintain that confidentiality. You are also solely and fully responsible and liable for all activities that occur under your password, Member ID or IP address. You agree to change your password periodically, ensure that you exist from your Account at the end of each session, and immediately notify AT&T if you suspect any breach of security such as loss, theft, Public Use or unauthorized disclosure or use of your Account or any Sub Account, password, Member ID, or any credit or charge card number provided to AT&T by calling:

- 800.288.2020 for AT&T Internet and AT&T Fiber consumer subscribers and Fixed Wireless subscribers;
- 855.220.5211 for Access from AT&T in English (855.220.5225 for Access from AT&T in Spanish);
- 877.722.3755 for AT&T High Speed Internet subscribers, and AT&T High Speed Internet Direct (Business and Consumer); and
- 888.321.2375 for FastAccess DSL.

There is a risk that other users may attempt to access your computer through the Internet or connected networks. You acknowledge this risk as inherent to the shared nature of the Service and you agree to take full responsibility for taking adequate security precautions and safeguarding your data from loss.

In addition, you agree not to use any other user’s account, Member ID, or password at any time without the express permission and consent of the holder of that account, Member ID, or password. You may not transfer or assign your Account and have no right to a particular Member ID, IP address, or other information or identifier we assign to you.

### 6.9 Restrictions on Use

#### 6.9.1 No Resale:

The Service is provided for your use only (unless otherwise specifically stated) and you agree not to, whether for a fee or without charge, reproduce, duplicate, copy, sell, transfer, trade, resell, re-provision, redistribute, or rent the Service, your membership in the Service, any portion of the Service, use of the Service, or access to the Service, including, but not limited to, reselling capabilities enabled or used by a specific application (including, without limitation, Voice Over Internet Protocol (VOIP) via wired, wireless, or other means. For example, you agree that the Service is not to be used to trunk or facilitate public internet access ("hotspots") or any other public use of the Service, or for any high-volume purpose. All aspects of the Service, except that portion provided by third party providers, is copyrighted and property of AT&T.

#### 6.9.2 Network Management:

AT&T reserves the right to engage in reasonable network management practices, to protect its broadband network from harm, compromised capacity, degradation in network performance or service levels, or uses of the Service which may adversely impact access to or the use of the Service by other customers. Reasonable network management practices that AT&T may adopt include, but are not limited to, the following: (i) a cap on data usage; (ii) a modification of a customer’s serving facility or service technology; and/or (iii) a modification of or a limitation on a customer’s data throughput speed or data consumption.

A very small percentage of customers use the Service in a way which creates harm to the network, compromised capacity, degradation in network performance or service levels, or which may adversely impact access to or the use of the Service by other customers. In the event that AT&T adopts a network management practice which will apply to your Service, we will provide you with a notice, by web posting, bill insert, email, letter and/or other appropriate means, which describes the network management practice, explains how it will work, and explains how it could impact your Service.

### 6.10 Data Management / Content

#### 6.10.1 Data Management:

You are responsible for management of your information including but not limited to back-up and restoration of data, erasing data from disk space you control and changing data on or settings for your modem and/or router. AT&T is not responsible for the loss of your data or for the back-up or restoration of your data regardless of whether this data is maintained on our servers or your computer server.

#### 6.10.2 Content:

You, and not AT&T, are entirely responsible for all content that you upload, download, post, email, transmit or otherwise make available by use of the Service ("User Content").

AT&T does not claim ownership of User Content. However, with respect to User Content you submit or otherwise make available via your Internet Service, you grant AT&T a nonexclusive, unrestricted, irrevocable, worldwide, sublicenseable, transferable, perpetual, unlimited, assignable, fully paid up and royalty-free right to copy, display, edit, publish, prepare derivative works of, distribute, process, analyze, use and commercialize, in any media known or hereinafter developed, to such User Content.

AT&T may preserve User Content and may also disclose User Content if required to do so by law or in the good faith belief that such preservation or disclosure is reasonably necessary to: (a) comply with legal process; (b) enforce this Agreement; (c) respond to claims that any Content violates the rights of third parties; or, (d) protect the rights, property, or personal safety of AT&T, other end users, and the public.

## 6.11 Customer Service Support

AT&T provides free basic customer care for Service purchased from AT&T and covered under this Agreement. Although AT&T reserves certain rights related to equipment necessary to receive the Service and will repair or replace damaged equipment as AT&T deems necessary (in each case, as described in, and subject to the terms and conditions (including fees and other charges) set forth in, Section 6.7.2 above), AT&T does not provide support for devices that access the Service under this Agreement.

## 6.12 Contact Information

Unless otherwise specified in this Agreement, notices by Members to AT&T must be given by calling: for AT&T Dial subscribers (866.722.3425), for AT&T High Speed Internet subscribers (Business and Consumer) (877.722.3755), for AT&T Internet and AT&T Fiber subscribers (Consumer Only) (800.288.2020), for FastAccess DSL and BellSouth Dial Internet subscribers (Business and Consumer) (888.321.2375), for Fixed Wireless Internet (Business and Consumer) (800.288.2020), and for AT&T Internet for Business and AT&T Business Fiber (800.321.2000).

## 6.13 AT&T Wired Internet Service

### 6.13.1 AT&T Wired Internet Service:

"AT&T Wired Internet Service" refers to any internet service provided entirely through a terrestrial, wired Internet Protocol technology, whether copper based or optical fiber based, and generally encompasses those services marketed as "AT&T Internet," "AT&T Fiber," AT&T High Speed Internet (including Max and Max Plus), and U-verse Internet. AT&T Wired Internet Service does not include services which use Asynchronous Transfer Mode technology instead of Internet Protocol technology, such as AT&T DSL. The terms in this Section 6.13 apply to customers purchasing and/or receiving AT&T Wired Internet Services and supersede any conflicting terms contained in the rest of these Internet Access Service Terms with respect to your AT&T Wired Internet Services.

### 6.13.2 Additional Equipment for AT&T Wired Internet Customers:

AT&T will make available to you certain equipment, which may include one or more of the following:

- a Wi-Fi Gateway ("WG") located inside your premises;
- an Optical Network Terminal ("ONT") where AT&T's fiber network terminates, which may be located inside your premises, on the outside of your premises, in your garage, or in a central location in a MTU environment; and
- an Intelligent Network Interface Device ("iNID") (which provide your services if you do not have a gateway),

all of which are herein collectively referred to as "Internet Equipment," required for your Service. If you have not purchased Internet Equipment from AT&T or if previously purchased Internet Equipment is beyond the one-year (1-year) warranty period (from date of installation) and requires replacement, then you agree to pay a monthly equipment fee for the Internet Equipment, as part of your purchase of or continued use of the Service and/or other AT&T services. Equipment fees and purchase options depend on the AT&T Services and/or rate plans you order and the installation options you choose.

The WG is installed inside your premises and is required for the Service to function. A WG allows multiple devices to connect and communicate to the internet wirelessly. Smartphones, tablets and laptops are common devices that access the internet through a WG. A WG resides indoors and has a power cord that plugs into a common electrical outlet. A battery backup is recommended in case of a power outage. Some WGs have an external battery backup while others have an internal battery backup. AT&T will install the WG. Once the WG has been installed by AT&T, you may not move the WG to a different location or reposition at your address or any other address. Our latest WGs combine the WG and the ONT into a single device, but many older WGs still require a separate ONT to operate.

AT&T may also make available additional, optional internet related equipment for sale or lease in connection with your Service, such as various types of home networking equipment (ex: Wi-Fi Extenders). Unless otherwise expressly specified to the contrary, any amounts for the purchase or lease of this additional equipment will be separate from and in addition to amounts payable for your Service. Use of such additional equipment may be subject to additional terms and conditions as specified in connection therewith.

### 6.13.3 Return of Equipment:

If your Internet Service is provided by an iNID, you should not return the iNID home networking hub, (Model# j38HG) or the ONT. AT&T is the owner of the WG and any other AT&T Equipment. Upon termination of your Internet Service for any reason, AT&T shall remain the owner of the WG and any other AT&T Equipment. Unless we tell you otherwise in writing, you must return the WG and any other AT&T Equipment, undamaged, within 21 calendar days to AT&T. If the WG or any other AT&T Equipment is not returned within 21 calendar days, or is returned damaged, you may be charged for the replacement value of the WG or other AT&T Internet Equipment and/or the applicable Equipment Non-return Fee. Return of any additional and/or optional equipment may be subject to different rules or requirements than the Internet Equipment which will be communicated to you at the time of purchase and/or return.

#### 6.13.4 Capacity Limitations/Grandfathering:

Certain types of AT&T Wired Internet Services are subject to limits upon availability due to Capacity Limitations. Similarly, certain types of AT&T Wired Internet Services are subject to limits upon availability due to Grandfathering. Where this applies, if AT&T Wired Internet Services are suspended or terminated at your location for any reason, AT&T cannot guarantee that you will be able subsequently to renew or restore Internet Service at that location.

## 6.14 Wireless Home Internet Services

### 6.14.1 Wireless Home Internet Services Description:

Wireless Home Internet Services are designed to deliver internet access to a fixed location using wireless networks and include those services currently marketed by AT&T as AT&T Internet Air, AT&T Fixed Wireless Internet and AT&T Wireless Home Internet. Wireless Home Internet Services can be physically fixed to a location by means of externally mounted antennas or can be mobile services limited to operation in a certain location by network based restrictions. See the description, plan details and related terms for your particular Wireless Home Internet Service for more details.

To the extent that your Wireless Home Internet Service is delivered over some portion of the AT&T wireless network, your service will be subject to the AT&T's Wireless Service Terms in Section 2 in addition to the terms which apply to AT&T Internet Services more generally. To the extent that your Wireless Home Internet Service is served via an AT&T PREPAID wireless service plan, your service will be subject to the AT&T PREPAID Service Terms in Section 3 in addition to the terms which apply to AT&T Internet Services and/or AT&T Wireless Services more generally.

#### 6.14.1.1 Service Availability and Limitations:

Wireless Home Internet Services will not be available in all areas at all times and availability may vary by specific service. Many factors can affect the availability and quality of Wireless Home Internet Services, including, but not limited to, Capacity Limitations and service limitations, such as network capacity, terrain, buildings, foliage, and weather. Unless otherwise specified, Wireless Home Internet Services are delivered via cell sites in AT&T's wireless network. Each cell site can support only a limited number of Wireless Home Internet Service subscribers. These Capacity Limitations may mean that a Wireless Home Internet Service may be identified as available to your location at the time of ordering but may not prove to be available at the time scheduled for installation. Wireless Home Internet Services may also be subject to limits upon availability due to Grandfathering. Where Capacity Limitations or Grandfathering apply, if a Wireless Home Internet service is suspended or terminated at your location for any reason, AT&T cannot guarantee that you will be able subsequently to renew or restore the same or any Wireless Home Internet service at that location.

Unless otherwise specified, Wireless Home Internet Services are not generally compatible with analog services, including, but not limited to, wireless messaging services, alarm and security systems, fax machines, medical alert and monitoring services, credit card machines, IP/PBX Phone systems, or Dial Up Internet. Wireless Home Internet Services may not be compatible with DVR/Satellite systems; check with your provider. Public IP addresses are generally not used or available through Wireless Home Internet Services. Services like Web hosting, or hosted services, such as cameras, gaming systems, peer-to-peer file sharing, etc., that require a public IP address may not be supported.

#### 6.14.1.2 Prohibited Network Uses:

As explained in subsection 2.5, AT&T may take any and all reasonable actions necessary to restrict any Prohibited Network Uses or any other violation of AT&T's Acceptable Use Policy, up to and including termination of service.

#### 6.14.1.3 AT&T's Network Management:

With respect to your Wireless Home Internet Services, you agree that AT&T has the right to do the following:

- AT&T may modify, without advance notice, the permitted and prohibited activities by this Agreement;
- AT&T may engage in any reasonable network management practice to enhance customer service, to reduce network congestion, to adapt to advances and changes in technology, and/or to respond to the availability of wireless bandwidth and spectrum, including by taking any actions authorized by subsections 2.7 and 6.9;
- AT&T will provide you with advance notice of the usage threshold applicable to your data plan, or any changes to the applicable usage threshold either by a bill insert, email, text message or other appropriate means; and
- AT&T may use reasonable methods to monitor and collect customer usage information to better optimize the operation of the network. Details concerning the information that AT&T collects about its customers, and how it uses and protects that information are addressed in the AT&T Privacy Notice (see att.com/privacy).

### 6.14.2 Fixed Wireless Internet Service

#### 6.14.2.1 Fixed Wireless Internet Service or Fixed Wireless Internet:

"Fixed Wireless Internet Service" or "Fixed Wireless Internet" refers to a wireless high-speed internet access service that offers you a capability for acquiring or retrieving information from; generating, storing, transforming, processing, or utilizing information on; or making available information to other internet end points connected directly or indirectly via a fixed wireless connection to the AT&T network.

The terms in this Section 6.14 apply to customers purchasing and/or receiving Fixed Wireless Internet Service and supersede any conflicting terms contained in the rest of these AT&T Internet Service Terms with respect to your Fixed Wireless Internet Service.

#### 6.14.2.2 Speed:

As set forth on the Speed Tier Page, Fixed Wireless Internet customers should expect to see service capability speeds of 10Mbps or over downstream and 1Mbps upstream. However, due to the variability of wireless networks caused by environmental factors which are beyond AT&T's control, AT&T does not guarantee you any particular speed.

#### 6.14.2.3 IP Addresses:

Static IP addresses are not used or available as part of the Fixed Wireless Internet Service. Services such as Web hosting, or hosted services such as camera, gaming server, etc. that require static IP address are not supported by Fixed Wireless Internet. See Section 6.14.8 for more information on service limitations.

#### 6.14.2.4 Service Requirements:

To qualify for Fixed Wireless Internet Service, you must reside in an area where we provide Fixed Wireless Internet service. Fixed Wireless Internet requires an outdoor antenna that is professionally mounted on or near the exterior of your service location. Unless otherwise noted in the terms governing your plan, an eligible Fixed Wireless Internet plan is required.

Customers obtaining internet services under the Connect America Fund (CAF) program may be randomly subjected to performance testing to comply with FCC CAFII certification requirements. Performance testing will be conducted for a duration of four weeks and should have minimal impact on customer's internet access experience. This testing will conducted by AT&T and should not require any customer intervention.

#### 6.14.2.5 Changing Service Location:

You may not use the Fixed Wireless Internet Service at any address other than your Service address or move any of the AT&T Equipment to another address while you remain an AT&T Fixed Wireless customer. If you are moving to a new residence at which Fixed Wireless Internet Service is available, and you wish to continue using the Service, you may request that AT&T install the Service and the AT&T Equipment at, and change your Service address to, your new residence, although we may require a contract extension for any such installation and change. If Fixed Wireless Internet Service is not available at your new residence or if we cannot perform installation at such residence for any reason, and if you also have a Term Plan, you will be charged any applicable ETF. If you change your service location but fail to call us at 800.288.2020 to give us prior notice, your Service will not be cancelled, and your Service charges will continue to apply.

#### 6.14.2.6 Fixed Wireless Equipment:

Depending on your Service address, your Fixed Wireless Internet Service will include some or all of the following AT&T Equipment:

**(1) Outdoor Antenna:** The Outdoor Antenna provides an interface to AT&T's network. The Outdoor Antenna and the APS (described below) require electrical power from your service location to operate, which you are responsible for providing. AT&T will install your Outdoor Antenna. Once the Outdoor Antenna has been installed by AT&T, you may not move the Outdoor Antenna to a different location or reposition at your address or any other address while you continue to receive the Service.

**(2) Antenna Power Supply ("APS"):** The APS provides power supply and data connectivity for the Outdoor Antenna; your unit has integrated lightning surge protection and two LED Indicators: Power and Outdoor Antenna connectivity. AT&T will install your APS. Once the APS has been installed by AT&T, you may not move the APS to a different location or reposition at your address or any other address while you continue to receive the Service.

**(3) Wi-Fi Gateway ("WG"):** The WG is installed inside your premises and is required for the Service to function. A WG allows multiple devices to connect and communicate to the internet wirelessly. Smartphones, tablets and laptops are common devices that access the internet through a WG. A WG resides indoors and has a power cord that plugs into a common electrical outlet. A battery backup is recommended in case of a power outage. Some WGs have an external battery backup while others have an internal battery backup. AT&T will install the WG. Once the WG has been installed by AT&T, you may not move the WG to a different location or reposition at your address or any other address.

You agree that, while you continue to receive the Service, neither you nor a third party will move the AT&T Equipment within your premises or to any other physical location outside of the premises where it was installed by AT&T. AT&T Fixed Wireless Internet Service is not designed to be nomadic and may not function properly if the AT&T Equipment is moved or altered by a non-AT&T employee. If you require the AT&T Equipment to be moved while you continue to receive the Service, you must contact AT&T. Failure to do so may result in a failure of the Service and/or in AT&T's termination of your Service.

#### 6.14.2.7 Responsibility for and Return of AT&T Equipment:

Upon termination of your Service for any reason, AT&T shall remain the owner of the WG, and you must return the WG, undamaged, within 21 calendar days to AT&T. If the WG is not returned within 21 calendar days, or is returned damaged, you will be charged for the replacement value of the WG.

Although the Outdoor Antenna and APS will constitute AT&T Equipment during the term of any Fixed Wireless Internet Service, you will be considered the owner of the Outdoor Antenna and APS for all other purposes and you will not need to return the Outdoor Antenna and APS to AT&T upon termination of your Fixed Wireless Internet Service. Upon termination of your Service for any reason, the Outdoor Antenna and APS will remain where installed at your location and you will be solely responsible for any and all future service, care, maintenance and removal of the Outdoor Antenna and APS. Service, care, maintenance and removal of the Outdoor Antenna and APS should be performed only by an experienced professional; you should not attempt to perform such activities yourself. AT&T shall have no ongoing duty, obligation, or responsibility to perform any service, care, or maintenance on the Outdoor Antenna and/or APS or to uninstall or remove the Outdoor Antenna and/or APS after termination of the Service. AT&T shall have no liability to you or any other person or entity related to or arising out of the Outdoor Antenna and/or APS. You agree to indemnify and hold AT&T and its subsidiaries, affiliates, officers, agents, licensors, employees, sub-contractors, and partners harmless from any claim or demand, made after termination of Service, arising out of or related to the Outdoor Antenna and/or APS, including, but not limited to, claims for personal injury, property damage, wear and tear, or equipment degradation.

#### 6.14.2.8 Service Availability and Limitations:

In addition to the standard service availability and limitations faced by all Wireless Home Internet Services, Fixed Wireless Internet Service is subject to the following additional service limitations and/or Capacity Limitations:

- use of capacity due to high number of users simultaneously using data intensive applications;
- damage to the Outdoor Antenna or cables;
- rotation of Outdoor Antenna from the optimum bearing;
- blockage of the signal between premise antenna and the cell tower (caused by artificial objects – building, barn, etc.); and
- improper installation or tampering with Outdoor Antenna.

### 6.14.3 AT&T Wireless Home Internet Service:

AT&T Wireless Home Internet service uses mobile wireless gateway equipment called an AT&T Wireless Home Internet device ("WI Device") to provide Internet access via the AT&T wireless networks. With AT&T Wireless Home Internet service, the WI Device allows you to connect internet-capable devices via an included Ethernet port and via a Home Wi-Fi network generated from the WI Device. All devices connected to the WI Device will share the same connection to the wireless network.

AT&T Wireless Home Internet service requires that you subscribe to an eligible wireless rate plan, which may include an AT&T PREPAID rate plan. See Section 2 for more information about how AT&T Wireless Service and wireless rate plans work. See Section 3 for more information about how AT&T PREPAID service and rate plans work.

**AT&T Wireless Home Internet Service does not support voice calling. However, a landline phone plugged into the available RJ11 jack on the back of the WI Device may be able to make Emergency 911 calls. 911 calls made via the AT&T Wireless Home Internet Service would be routed based on the wireless network's automatic location technology. You will need to provide your location address to the emergency response center responsible for sending first responders (e.g., police, medical assistance, or fire) to your location. The WI Device has battery backup power and, if charged, will work in the event of a power outage. However, a landline phone connected to the WI Device would require external electric power to operate (e.g., a cordless phone) in the event of a power outage.**

### 6.14.4 AT&T Internet Air

**6.14.4.1 "AT&T Internet Air" or "AT&T Internet Air Service"** refers to a wireless high-speed internet access service that offers you a capability for acquiring or retrieving information from; generating, storing, transforming, processing, or utilizing information on; or making available information to other internet end points connected directly or indirectly via a fixed wireless connection to the AT&T network.

**6.14.4.2 Speed / Network Management:** The speed of AT&T Internet Air service is very dependent upon the connection the Wi-Fi Gateway can achieve with the AT&T Mobile network. Availability of 5G connectivity may depend upon your location and/or the position of the AT&T Equipment within your location. Unless otherwise specified in your plan terms or order confirmation, AT&T makes absolutely no commitment with respect to the speeds AT&T Internet Air will be able to achieve in a particular location. To maximize performance, every effort should be made to position the AT&T Equipment in the optimal position for your location. See att.com/broadbandinfo for information on the performance characteristics of different generations of the AT&T Mobile network and for network management practices applicable to AT&T Internet Air specifically and the AT&T Mobile network generally.

**6.14.4.3 IP Addresses:** Static IP addresses are not a standard part of the AT&T Internet Air Service. Services such as Web hosting, or hosted services such as camera, gaming server, etc. that require static IP address may not be supported by AT&T Internet Air. See Section 6.14.4.8 for more information on service limitations.

**6.14.4.4 Service Requirements:** To qualify for AT&T Internet Air Service, you must reside in an area eligible for AT&T Internet Air service at the time you seek to purchase Service. Service areas for AT&T Internet Air are determined by coverage and capacity availability on the local mobile network; because network capacity fluctuates, service areas for AT&T Internet Air are subject change over time. If your AT&T Internet Air service is cancelled or terminated, you may not qualify to reactivate the Service if your location is deemed no longer eligible. AT&T Internet Air requires a wireless enabled Wi-Fi Gateway with an activated AT&T SIM card to facilitate the wireless connection to the AT&T Mobile network.

**6.14.4.5 Changing Service Location:** You may not use the AT&T Internet Air Service at any address other than your designated Service address or move any of the AT&T Equipment to another address while you remain an AT&T Internet Air customer. If you are moving to a new residence, you must cancel your AT&T Internet Air service and return the AT&T Equipment. If you move the AT&T Equipment to a location outside your designated Service address but fail to call us at 800.288.2020 to cancel your AT&T Internet Air service your Service will not automatically be cancelled and your Service charges will continue to apply. Additionally, if you move the AT&T Equipment to a location outside your designated Service address without the express written consent of AT&T:

A. the service may not operate as intended; and

B. we have the right, in our sole discretion, to terminate your AT&T Internet Air service without notice.

You will remain responsible for any Service charges until your Service is cancelled or terminated. You will also remain responsible for returning the AT&T Equipment.

**6.14.4.6 AT&T Internet Air Equipment:** Your AT&T Internet Air Service will include the following AT&T Equipment:

**(1) Wi-Fi Gateway ("WG"):** The WG is designed to be installed inside your premises and is required for the Service to function. A WG allows multiple devices to connect and communicate to the internet wirelessly. Smartphones, tablets, and laptops are common devices that access the internet through a WG. A WG is designed exclusively for use indoors and has a power cord that plugs into a common electrical outlet. A battery backup is recommended in case of a power outage. Some WGs may have an external battery backup while others may have an internal battery backup.

The AT&T Equipment should be installed and activated by following the set-up guide and associated tools (including the Smart Home Manager app) provided for that purpose. In order to achieve the best possible signal strength, it may be necessary to install the AT&T Equipment near a window facing the direction of the nearest wireless tower. Not following the set-up guide or electing to install the AT&T Equipment in a location that is not recommended by the set-up guide and/or the associated tools may result in degradation of Service quality, in terms of speed, bandwidth, latency and/or reliability. Similarly, once the AT&T Equipment has been installed and activated, relocating the WG within your address may result in interruption or degradation of your Service. AT&T is not responsible for any interruption or degradation of Service as a result of the AT&T Equipment being installed in a less than optimal location.

You agree that, while you continue to receive the Service, neither you nor a third party will move the AT&T Equipment to any other physical location outside of your registered service location. AT&T Internet Air Service is not designed to be nomadic and may not function properly if the AT&T Equipment is moved to a location outside of your registered service location. If you require the AT&T Equipment to be moved while you continue to receive the Service, you must contact AT&T. Failure to do so may result in a failure of the Service and/or in AT&T's termination of your Service. You will remain responsible for any Service charges until your Service has been cancelled or terminated.

**6.14.4.7 Responsibility for and Return of AT&T Equipment:** Upon termination of your Service for any reason, AT&T shall remain the owner of the WG, and you must return the WG, undamaged, within 21 calendar days to AT&T. If the WG is not returned within 21 calendar days, or is returned damaged, you will be charged

air equipment non-return fee. (See the Internet Fee Schedule for details.)

**6.14.4.8 Service Availability and Limitations:** In addition to the standard service availability and limitations faced by all Wireless Home Internet Services, AT&T Internet Air Service is subject to the following additional service limitations and/or Capacity Limitations:

- Local congestion caused by the use of network capacity by high numbers of users simultaneously using data intensive applications in the vicinity of the cell tower serving the Service address;
- blockage of the signal between the Service address and the cell tower (caused by artificial objects – building, barn, etc.);

In order to ensure the best quality of service for all customers using the mobility network, during times of heavy network congestion AT&T may:

- temporarily prioritize services that may be most severely impacted by congestion; and/or
- temporarily de-prioritize and/or throttle services deemed likely to contribute to heavy congestion.

## 6.15 DSL Internet Service

### 6.15.1 DSL Service:

"DSL Service" or "DSL Internet Service" refers to any Internet Service provided through traditional Digital Subscriber Line technology, which may include Services sold under the names AT&T High Speed Internet (including Lite, Ultra, Xtreme, XtremePro, Basic, Express, Pro, and Elite), AT&T High Speed Internet Direct (including Lite, Ultra, Xtreme, XtremePro, Basic, Express, Pro, and Elite), and FastAccess DSL (including Lite, Ultra, Xtreme, and XtremePro). (Note: Internet Services sold under the name AT&T High Speed Internet included both DSL Services and AT&T Wired Internet Services. If you are unsure which applies to your Internet Service, please contact us for more information.)

The terms in this Section 6.15 apply to customers purchasing and/or receiving DSL Internet Service and supersede any conflicting terms contained in the rest of these Internet Service Terms with respect to your DSL Internet Service.

### 6.15.2 Termination of Local Wireline Voice Service:

If you change or terminate your AT&T local wireline voice service, we may in our discretion either terminate your DSL Service or continue to provide it at the then-current rates, terms, and conditions. You agree to pay any new or higher monthly fees that may apply to your new DSL Service after termination of the wireline voice service. If AT&T elects to terminate your DSL Service, we reserve the right to charge any applicable early termination fees.

### 6.15.3 Capacity Limitations/Grandfathering:

DSL Internet Services are particularly subject to limits upon availability due to Capacity Limitations. Similarly, certain types of AT&T Internet Services are subject to limits upon availability due to Grandfathering. If DSL Internet Services are suspended or terminated at your locations for any reason, AT&T cannot guarantee that you will be able to subsequently renew or restore DSL Internet Service at that location.

### 6.15.4 Conversion from DSL Service to AT&T Wired Internet Service:

When AT&T is able to provision AT&T Wired Internet Service at your location, we may, in our discretion, discontinue your DSL Service and make available to you AT&T Wired Internet Service at the then applicable rates, terms, and conditions, which may differ from your previous DSL Service rates, terms, and conditions (including Bundle Discounts). See Section 6.2 for additional terms governing conversion of your Internet Service. In the event that you elect to receive AT&T Wired Internet Service, your new Internet Service may require different AT&T Equipment. When you are selected for conversion, we will provide at least thirty days' notice of the discontinuation or suspension of your Service via email, direct mail, bill page message, or bill insert. Thirty days after such notice, we may at our sole discretion, either disconnect your service or temporarily suspend your service for up to fifteen days.

### 6.15.5 Billing:

Credit card billing may not be available for AT&T High Speed Internet Direct.

## 6.16 Dial Up Internet

As of December 2020. AT&T has discontinued the provision of Dial Up Internet service.

## 6.17 Access from AT&T

### 6.17.1 Access from AT&T

"Access from AT&T" refers to AT&T's program designed to make low cost wireline home internet service exclusively available to Qualifying Households using certain Qualifying Home Internet Services (as those terms are defined below). The terms in this Section 6.17 apply to customers participating in the Access from AT&T program and supersede any conflicting terms contained in the rest of these Internet Service Terms with respect to your participation in the Access from AT&T program.

### 6.17.2 Qualifying Households:

Access from AT&T is available only to Qualifying Households. A Qualifying Household refers to any individual or household with:

- at least one resident who participates in a "Qualifying Program," as that term is defined below;

- with an eligible address in AT&T's wired home internet service area, at which AT&T offers "Qualifying Home Internet Service," as that term is defined below; and
- no outstanding debt for AT&T Internet Service of any kind within the last six (6) months and no outstanding debt incurred under the Access from AT&T program.

AT&T reserves the right, in its sole and absolute discretion, to make changes to the required qualifications for participation in the Access from AT&T program. Changes to program qualification requirements will not impact existing program participants unless we send you specific prior to any change taking effect with respect to your Account.

#### 6.17.3 Limited Availability:

Access from AT&T is only available to Qualifying Households. If your residence is not a Qualifying Household, you are not eligible for Access from AT&T.

#### 6.17.4 Qualifying Programs:

Participation in the Access from AT&T program is open to participants in the following "Qualifying Programs":

- the Federal Communication Commission's Affordable Connectivity Program (ACP)
- the U.S. Supplemental Nutrition Assistance Program (SNAP); and
- the Supplemental Security Income (SSI) program in the State of California (California residents only).
- the National School Lunch Program.

AT&T may, in its sole discretion. expand the scope of "Qualifying Programs" for the Access from AT&T program. Access from AT&T is also available to households with income below 200% of federal poverty guidelines.

Visit att.com/internet/access/ for more details on additional Qualifying Programs, if any, and for more details about qualifying based on income.

#### 6.17.5 Qualifying Home Internet Services:

Depending upon the facilities at a particular location within AT&T's wired home internet service area, Access from AT&T can be provided via either DSL Service or AT&T Wired Internet Service. Either DSL Service or AT&T Wired Internet Service will be "Qualifying Home Internet Service" to the extent that it is available for purchase at a particular address. (To check for service availability, visit att.com/internet/access/.) Qualifying Households will be provisioned, at AT&T's sole discretion, with the highest Qualifying Speed Tier available based on the facilities at the applicable residence. If Qualifying Home Internet Service is not available for purchase at your address, you will not be able to participate in the Access from AT&T program.

#### 6.17.6 Qualifying Speed Tier:

"Qualifying Speed Tiers" and prices for the Access from AT&T program are subject to change. **Customers should call 855.220.5211 or visit att.com/internet/access/ for current Qualifying Speed Tiers and associated prices.**

Service availability and speed may vary by address. Unless otherwise specified on your CSS, AT&T will assign you the fastest speed tier available where you live, up to 100 Mbps download speed, which shall be at AT&T's sole discretion.

#### 6.17.7 Qualifying Home Internet Service Terms:

Other terms applicable to your Access for AT&T program will depend on the Qualifying Home Internet Service you receive. In general, you will be subject to all the terms applicable to the Service Type into which your Qualifying Home Internet Service falls. However, you will not be required to:

- make any annual or monthly term commitments;
- provide a deposit in order to initiate installation or activation of the Qualifying Home Internet Service; or
- pay an installation fee associated with the installation of the Qualifying Home Internet Service.

#### 6.17.8 Equipment for Access from AT&T Customers:

AT&T will make available to you certain equipment for use in connection with your Access from AT&T Service, depending on the Qualifying Home Internet Service you receive. For more information about Equipment, see the relevant terms above for the Qualifying Home Internet Service.

## 7.0 Business Internet Service

The following additional terms apply to customers purchasing and/or receiving Business Internet Services, including AT&T Business Fiber, AT&T Internet for Business, AT&T High Speed Internet Business Edition, AT&T High Speed Internet Business Edition Direct, FastAccess Business DSL, FastAccess Business DSL Direct, and AT&T Internet for Business On Demand. In the event of a conflict between these terms and terms elsewhere in Sections 1 or 6 of this Agreement, the following terms will apply solely with respect to Business Internet Services.

### 7.1 Inside Wire

In addition to the terms above in Section 6.2.4 (including the disclaimer of warranties), for AT&T Internet for Business (fiber-based only), any determination of whether IW work will be provided by you or AT&T will be made at the time the installation technician is dispatched and surveys the job.

### 7.2 Service Guides

If you are an AT&T FastAccess Business DSL or an AT&T High Speed Internet Business Edition customer, you are also subject to the terms set forth in the service guides for these services, which are incorporated herein by reference and may be found at:

- https://serviceguidenew.att.com/sg_flashPlayerPage/FADSL (Fast Access® Business DSL)
- https://serviceguidenew.att.com/sg_flashPlayerPage/HSI (AT&T High Speed Internet Business Edition)

### 7.3 Reimbursement for Time, Materials and Expenses

If, before the service commencement date, either you cancel an order for or terminates any Business Internet Service or service component (other than as permitted for default by AT&T) or AT&T cancels an order for or terminates any such Service or service component for cause, you will reimburse AT&T for time, materials, and expenses incurred before the effective date of such cancellation or termination, plus any third-party charges resulting from the cancellation or termination.

### 7.4 Arbitration Agreement

If you are a Business Internet Service customer, all disputes between us will be resolved through binding arbitration as prescribed by Section 1.3, except that (1) the AAA will apply its Commercial Arbitration Rules, as modified by this section and Section 1.3, unless the claims are valued at $25,000 or less; (2) AT&T will pay all AAA fees listed in Section 1.3.2.4 for arbitrations you initiate after fully complying with Section 1.3.2.2 only if your claims are valued at $25,000 or less; (3) you are eligible for the Alternative Payment and Attorney Premium in arbitrations you initiate after fully complying with Section 1.3.2.2 only if your claims are valued at $25,000 or less; and (4) the arbitrator will issue a reasoned decision only if you or AT&T requests it.

# Appendix 2:

AT&T Notice of Data Breach

AT&T

Carol Surowiec
[redacted] 0024
Miami, FL 33125-2104

# NOTICE OF DATA BREACH

April 25, 2024

Dear Carol,

At AT&T, we take the security of your data very seriously. We're writing to inform you that AT&T has determined that some of your personal information was compromised. To help protect your identity, we're offering you one year of complimentary credit monitoring, identity theft detection and resolution services provided by Experian's® IdentityWorks℠. **While this service is free, you must follow the enclosed instructions to enroll if you haven't already taken action based on our previous communication.**

**What happened?** On March 26, 2024, we determined that AT&T customer information was included in a dataset released on the dark web on March 17, 2024.

**What information was involved?** The information varied by individual and account, but may have included full name, email address, mailing address, phone number, social security number, date of birth, AT&T account number and AT&T passcode. To the best of our knowledge, personal financial information and call history were not included. Based on our investigation to date, the data appears to be from June 2019 or earlier.

**What is AT&T doing to help?** We're offering you the complimentary credit monitoring, identity theft detection and resolution services described above. We've also taken precautionary measures and reset your passcode. A passcode is a numerical PIN, usually four digits, used in addition to your password as an extra layer of protection for your account. And out of caution, we launched a robust investigation supported by internal and external cybersecurity experts, and we are regularly reviewing and updating these measures to protect your information.

**What can you do?**

1. **Stay vigilant.** We recommend that you review the enclosed information about identity theft protection and encourage you to remain vigilant by monitoring your personal account and credit reports for any suspicious activity. If you want to personalize your passcode we reset for you, you can do so online at [illegible] app, or call customer care at 800.331.0500.
2. **Watch out for suspicious calls or emails.** We also recommend that you remain alert for unsolicited communications seeking your personal information. You should be cautious about entering your username and password on links provided through emails, even if it looks like the company's website. The safest route is to go directly to the company's website to log in.

We apologize this has happened. We're committed to keeping your information secure. Please do not hesitate to call us at 800.924.0962 Monday through Friday, 8 a.m. to 7 p.m. CST, or visit if you have questions regarding this matter.

Sincerely,

AT&T

**Experian's® IdentityWorks℠**

AT&T is providing you with an IdentityWorks℠ membership at no charge. After you complete registration, you'll have increased visibility into any possible fraudulent activity. You will also have an insurance policy of up to $1 million in coverage should you experience identity theft and an Identity Restoration team to guide you through the recovery process.

To activate your membership and start monitoring your personal information, please follow the steps below:

- **Enroll by August 30, 2024** (Your code will not work after this date.)
- **Go to** and select 'Get Started'
- **Enter** your activation code: [redacted]

If you have questions about the product, need assistance with identity restoration, or would like an alternative to enrolling in Experian's® IdentityWorks℠ online, please contact Experian's customer care team at 833.931.4853 by **August 30, 2024**. Be prepared to provide engagement number **(**[redacted]**)** as proof of eligibility for the identity restoration services provided by Experian.

**<u>IdentityWorks℠ Includes:</u>**

- **Experian Credit Report at Signup:** See what information is associated with your credit file. Daily credit reports are available for online members only.
- **Credit Monitoring:** Actively monitors Experian file for indicators of fraud.
- **Internet Surveillance:** Technology searches the web, chat rooms, and bulletin boards 24/7 to identify trading or selling of your personal information on the dark web.
- **Identity Restoration:** Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Credit Lock / Unlock:** This key feature provides you the ability to lock / unlock your Experian credit file.
- **Experian IdentityWorks ExtendCARE™:** You receive the same high-level of Identity Restoration support even after your Experian® IdentityWorks℠ membership has expired.
- **Up to $1 Million Identity Theft Insurance:** Provides coverage for certain costs and unauthorized electronic fund transfers.

Please note that Identity Restoration support is available to you for one year from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at . You will also find self-help tips and information about identity protection at this site.

©2024 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo, all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

## Information About Identity Theft Protection

**Monitor Your Accounts**

**Credit Freeze**

**Fraud Alerts**

# Appendix 3:

Statement of Objector, Scott Gherman

**IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION CASE NO. 3:24-cv- 00757E**
**Northern District of Texas**

**OBJECTION TO CLASS ACTION SETTLEMENT**

My full name is Scott Gherman. My mailing address is [redacted]. All AT&T telephone number(s) held in my name, either individually or as part of a joint account are: [redacted] My current, primary telephone number is [redacted] I remain a current customer of AT&T.

I object to the proposed class action Settlement in the above-referenced matter. All grounds for my objection, accompanied by legal support for the objection known to me or my counsel, are set forth in the Objection to Class Action Settlement to which this Statement of Objector is provided as an exhibit. I fully and expressly adopt by reference those grounds and legal authorities in support.

I have never objected to a class action settlement within the five years preceding the date of this objection (i.e., between November 17, 2020, and November 17, 2025). Because I have not filed any such objections, I do not have any case captions, orders, or related rulings to provide the Court.

I am primarily represented by Mr. Maury L. Udell at the law firm of Beighley, Myrick, Udell & Zeichman ("BMU Law"), 2601 S. Bayshore Drive, Suite 770, Miami, Florida 33133. Based on the objections filed to the proposed settlement, BMU Law is not currently seeking any compensation related to the objections.

Case 3:24-cv-00757-E Document 53-5 Filed 09/10/24 Page 58 of 92 PageID 943

The Affidavit of Maury L. Udell (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes Mr. Udell's legal background and prior experience in connection with class action litigation; (2) provides information regarding any objections to a class action settlement filed by BMU Law in the preceding five years.

I am also represented by Ms. Amanda G. Taylor and Mr. Kyle V. Miller, in addition to other attorneys at the law firm of Butler Snow LLP, 1400 Lavaca St., Suite 1400, Austin, Texas 78701 ("Butler Snow"). Butler Snow has an hourly-fee agreement with BMU Law and, as such, will not be entitled to any compensation from the Settlement, if approved. Butler Snow will be entitled to compensation from BMU Law for its work related to the objections.

The Affidavit of Amanda G. Taylor (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes the legal background and prior experience in connection with class action litigation of Ms. Taylor, Mr. Miller, and other Butler Snow attorneys working on this matter; (2) sets forth the amount and calculation of attorney's fees and costs that Butler Snow will be entitled to for its work on the objections, including the factual and legal justification for any fees to be sought, the number of hours already spent by these counsel, an estimate of the hours to be spent by these counsel in the future, and the current hourly rates of the relevant Butler Snow attorneys; and (3) provides information regarding any objections to a class action settlement filed by these counsel or Butler Snow in the preceding five years.

I am available to be deposed by counsel for the Parties on the following four days before the Final Approval Hearing (January 16, 2026): November 24, 25 or December 22, 23 of 2025 or another date that is acceptable to all counsel involved:

The Affidavit of Maury L. Udell provides a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any).

I, as an Objector, do not intend to personally appear and/or testify at the Final Approval Hearing on January 15, 2026. I will be represented at this hearing by my counsel, Mr. Udell, Ms. Taylor, and Mr. Miller.

[signature]

Scott Gherman

# Appendix 4:

Statement of Objector, Bradley Johnson

**IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION CASE NO. 3:24-cv- 00757E**

**Northern District of Texas**

**<u>OBJECTION TO CLASS ACTION SETTLEMENT</u>**

My full name is Bradley Johnson. My mailing address is [redacted] All AT&T telephone number(s) held in my name, either individually or as part of a joint account were: [redacted] My current, primary telephone number is [redacted]. I am no longer customer of AT&T and attest that I am unable to locate my prior account number.

I object to the proposed class action Settlement in the above-referenced matter. All grounds for my objection, accompanied by legal support for the objection known to me or my counsel, are set forth in the Objection to Class Action Settlement to which this Statement of Objector is provided as an exhibit. I fully and expressly adopt by reference those grounds and legal authorities in support.

I have never objected to a class action settlement within the five years preceding the date of this objection (i.e., between November 17, 2020, and November 17, 2025). Because I have not filed any such objections, I do not have any case captions, orders, or related rulings to provide the Court.

I am primarily represented by Mr. Maury L. Udell at the law firm of Beighley, Myrick, Udell & Zeichman ("BMU Law"), 2601 S. Bayshore Drive, Suite 770, Miami, Florida 33133. Based on the objections filed to the proposed settlement,

BMU Law is not currently seeking any compensation related to the objections.

The Affidavit of Maury L. Udell (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes Mr. Udell's legal background and prior experience in connection with class action litigation; (2) provides information regarding any objections to a class action settlement filed by BMU Law in the preceding five years.

I am also represented by Ms. Amanda G. Taylor and Mr. Kyle V. Miller, in addition to other attorneys at the law firm of Butler Snow LLP, 1400 Lavaca St., Suite 1400, Austin, Texas 78701 ("Butler Snow"). Butler Snow has an hourly-fee agreement with BMU Law and, as such, will not be entitled to any compensation from the Settlement, if approved. Butler Snow will be entitled to compensation from BMU Law for its work related to the objections.

The Affidavit of Amanda G. Taylor (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes the legal background and prior experience in connection with class action litigation of Ms. Taylor, Mr. Miller, and other Butler Snow attorneys working on this matter; (2) sets forth the amount and calculation of attorney's fees and costs that Butler Snow will be entitled to for its work on the objections, including the factual and legal justification for any fees to be sought, the number of hours already spent by these counsel, an estimate of the hours to be spent by these counsel in the future, and the current hourly rates of the relevant Butler Snow attorneys; and (3) provides information regarding any objections to a class

be sought, the number of hours already spent by these counsel, an estimate of the hours to be spent by these counsel in the future, and the current hourly rates of the relevant Butler Snow attorneys; and (3) provides information regarding any objections to a class action settlement filed by these counsel or Butler Snow in the preceding five years.

I am available to be deposed by counsel for the Parties on the following four days before the Final Approval Hearing (January 16, 2026): December 3-5, 2025; or Dec. 7, 2025 or another date that is acceptable to all counsel involved:

The Affidavit of Maury L. Udell provides a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any).

I, as an Objector, do not intend to personally appear and/or testify at the Final Approval Hearing on January 15, 2026. I will be represented at this hearing by my counsel, Mr. Udell, Ms. Taylor, and Mr. Miller.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Bradley Johnson dated

# Appendix 5:

Statement of Objector, Brittani Kaye

**IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION CASE NO. 3:24-cv- 00757E**
**Northern District of Texas**

## <u>OBJECTION TO CLASS ACTION SETTLEMENT</u>

My full name is Brittani Kaye. My mailing address is [redacted]. All AT&T telephone number(s) held in my name, either individually or as part of a joint account are: [redacted]. My current, primary telephone number is [redacted]. I remain a current customer of AT&T.

I object to the proposed class action Settlement in the above-referenced matter. All grounds for my objection, accompanied by legal support for the objection known to me or my counsel, are set forth in the Objection to Class Action Settlement to which this Statement of Objector is provided as an exhibit. I fully and expressly adopt by reference those grounds and legal authorities in support.

I have never objected to a class action settlement within the five years preceding the date of this objection (i.e., between November 17, 2020, and November 17, 2025). Because I have not filed any such objections, I do not have any case captions, orders, or related rulings to provide the Court.

I am primarily represented by Mr. Maury L. Udell at the law firm of Beighley, Myrick, Udell & Zeichman ("BMU Law"), 2601 S. Bayshore Drive, Suite 770, Miami, Florida 33133. Based on the objections filed to the proposed settlement, BMU Law is not currently seeking any compensation related to the objections.

The Affidavit of Maury L. Udell (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes Mr. Udell's legal background and prior experience in connection with class action litigation, (2) provides information regarding any objections to a class action settlement filed by BMU Law in the preceding five years.

I am also represented by Ms. Amanda G. Taylor and Mr. Kyle V. Miller, in addition to other attorneys at the law firm of Butler Snow LLP, 1400 Lavaca St., Suite 1400, Austin, Texas 78701 ("Butler Snow"). Butler Snow has an hourly-fee agreement with BMU Law and, as such, will not be entitled to any compensation from the Settlement, if approved. Butler Snow will be entitled to compensation from BMU Law for its work related to the objections.

The Affidavit of Amanda G. Taylor (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes the legal background and prior experience in connection with class action litigation of Ms. Taylor, Mr. Miller, and other Butler Snow attorneys working on this matter; (2) sets forth the amount and calculation of attorney's fees and costs that Butler Snow will be entitled to for its work on the objections, including the factual and legal justification for any fees to be sought, the number of hours already spent by these counsel, an estimate of the hours to be spent by these counsel in the future, and the current hourly rates of the relevant Butler Snow attorneys; and (3) provides information regarding any objections to a class action settlement filed by these counsel or Butler Snow in the preceding five years.

I am available to be deposed by counsel for the Parties on the following four days before the Final Approval Hearing (January 16, 2026): 11-21, 12-5, 12-12, 12-19 of 2025 ________ or another date that is acceptable to all counsel involved:

The Affidavit of Maury L. Udell provides a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any).

I, as an Objector, do not intend to personally appear and/or testify at the Final Approval Hearing on January 15, 2026. I will be represented at this hearing by my counsel, Mr. Udell, Ms. Taylor, and Mr. Miller.

11-16-25

________

Case 3:24-cv-00757-E Document 317 Filed 01/07/25 Page 68 of 94 PageID 4463

# Appendix 6:

Statement of Objector, Rob Caruso

**IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION CASE NO. 3:24-cv- 00757E**
**Northern District of Texas**

**OBJECTION TO CLASS ACTION SETTLEMENT**

My full name is Rob Caruso. My mailing address is [redacted], [redacted]. All AT&T telephone number(s) held in my name, either individually or as part of a joint account are: [redacted]. My current, primary telephone number is [redacted] I remain a current customer of AT&T.

I object to the proposed class action Settlement in the above-referenced matter. All grounds for my objection, accompanied by legal support for the objection known to me or my counsel, are set forth in the Objection to Class Action Settlement to which this Statement of Objector is provided as an exhibit. I fully and expressly adopt by reference those grounds and legal authorities in support.

I have never objected to a class action settlement within the five years preceding the date of this objection (i.e., between November 17, 2020, and November 17, 2025). Because I have not filed any such objections, I do not have any case captions, orders, or related rulings to provide the Court.

I am primarily represented by Mr. Maury L. Udell at the law firm of Beighley, Myrick, Udell & Zeichman ("BMU Law"), 2601 S. Bayshore Drive,

Suite 770, Miami, Florida 33133. Based on the objections filed to the proposed settlement, BMU Law is not currently seeking any compensation related to the objections.

The Affidavit of Maury L. Udell (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes Mr. Udell's legal background and prior experience in connection with class action litigation, (2) provides information regarding any objections to a class action settlement filed by BMU Law in the preceding five years.

I am also represented by Ms. Amanda G. Taylor and Mr. Kyle V. Miller, in addition to other attorneys at the law firm of Butler Snow LLP, 1400 Lavaca St., Suite 1400, Austin, Texas 78701 ("Butler Snow"). Butler Snow has an hourly-fee agreement with BMU Law and, as such, will not be entitled to any compensation from the Settlement, if approved. Butler Snow will be entitled to compensation from BMU Law for its work related to the objections.

The Affidavit of Amanda G. Taylor (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes the legal background and prior experience in connection with class action litigation of Ms. Taylor, Mr. Miller, and other Butler Snow attorneys working on this matter; (2) sets forth the amount and calculation of attorney's fees and costs that Butler Snow will be entitled to for its work on the objections, including the factual and legal justification for any fees to

be sought, the number of hours already spent by these counsel, an estimate of the hours to be spent by these counsel in the future, and the current hourly rates of the relevant Butler Snow attorneys; and (3) provides information regarding any objections to a class action settlement filed by these counsel or Butler Snow in the preceding five years.

I am available to be deposed by counsel for the Parties on the following four days before the Final Approval Hearing (January 16, 2026): 12/1, 12/8, 12/9, 12/10 or another date that is acceptable to all counsel involved:

The Affidavit of Maury L. Udell provides a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any).

I, as an Objector, do not intend to personally appear and/or testify at the Final Approval Hearing on January 15, 2026. I will be represented at this hearing by my counsel, Mr. Udell, Ms. Taylor, and Mr. Miller.

Rob Caruso

# Appendix 7:

Statement of Objector, Brittany Bonner

**IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION CASE NO. 3:24-cv- 00757E**
**Northern District of Texas**

-

**OBJECTION TO CLASS ACTION SETTLEMENT**

My full name is Brittany Bonner. My mailing address is [redacted] All AT&T telephone number(s) held in my name, either individually or as part of a joint account are: [redacted]. My current, primary telephone number is [redacted]. I remain a current customer of AT&T.

I object to the proposed class action Settlement in the above-referenced matter. All grounds for my objection, accompanied by legal support for the objection known to me or my counsel, are set forth in the Objection to Class Action Settlement to which this Statement of Objector is provided as an exhibit. I fully and expressly adopt by reference those grounds and legal authorities in support.

I have never objected to a class action settlement within the five years preceding the date of this objection (i.e., between November 17, 2020, and November 17, 2025). Because I have not filed any such objections, I do not have any case captions, orders, or related rulings to provide the Court.

I am primarily represented by Mr. Maury L. Udell at the law firm of Beighley, Myrick, Udell & Zeichman ("BMU Law"), 2601 S. Bayshore Drive, Suite 770, Miami, Florida 33133. Based on the objections filed to the proposed settlement, BMU Law is not currently seeking any compensation related to the objections.

The Affidavit of Maury L. Udell (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes Mr. Udell's legal background and prior experience in connection with class action litigation; (2) provides information regarding any objections to a class action settlement filed by BMU Law in the preceding five years.

I am also represented by Ms. Amanda G. Taylor and Mr. Kyle V. Miller, in addition to other attorneys at the law firm of Butler Snow LLP, 1400 Lavaca St., Suite 1400, Austin, Texas 78701 ("Butler Snow"). Butler Snow has an hourly-fee agreement with BMU Law and, as such, will not be entitled to any compensation from the Settlement, if approved. Butler Snow will be entitled to compensation from BMU Law for its work related to the objections.

The Affidavit of Amanda G. Taylor (filed as an Exhibit to the Objection to Class Action Settlement) (1) describes the legal background and prior experience in connection with class action litigation of Ms. Taylor, Mr. Miller, and other Butler Snow attorneys working on this matter; (2) sets forth the amount and calculation of attorney's fees and costs that Butler Snow will be entitled to for its work on the objections, including the factual and legal justification for any fees to be sought, the number of hours already spent by these counsel, an estimate of the hours to be spent by these counsel in the future, and the current hourly rates of the relevant Butler Snow attorneys; and (3) provides information regarding any objections to a class action settlement filed by these counsel or Butler Snow in the preceding five years.

I am available to be deposed by counsel for the Parties on the following four days before the Final Approval Hearing (January 16, 2026): 12/16, 12/18, 12/19, 12/30 or another date that is acceptable to all counsel involved.

The Affidavit of Maury L. Udell provides a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any).

I, as an Objector, do not intend to personally appear and/or testify at the Final Approval Hearing on January 15, 2026. I will be represented at this hearing by my counsel, Mr. Udell, Ms. Taylor, and Mr. Miller.

Brittany Bonner

# Appendix 8:

Affidavit of Maury L. Udell

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
CASE NO.: 3:24-cv-00757-E

In Re: AT&T INC. CUSTOMER
DATA SECURITY BREACH
LITIGATION

**AFFIDAVIT OF MAURY L. UDELL, ESQ.**

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, personally appeared Maury L. Udell, Esq., who after being duly sworn, deposes and says:

1. My name is Maury L. Udell, Esq. I am over 18 years old and have personal knowledge regarding the facts in this affidavit.
2. I am an AV rated attorney licensed to practice law in the State of Florida and have been practicing in Florida continuously since 1997. Since then, I have practiced exclusively in the area of litigation at the trial and appellate levels. I am also licensed to practice and regularly practice in the United States District Court for the Southern and Middle Districts of Florida, the Northern District of Texas, the Ninth Circuit Court of Appeals, and Eleventh Circuit Court of Appeals.
3. Since 1997, I have represented plaintiffs, defendants, and nonparties in litigation involving first and third-party insurance claims, breach of contract, business torts, fraud, unfair and deceptive trade practices, construction litigation, probate litigation, and personal injury. I have appeared in the First,

Second, Third and Fourth District Courts of Appeal of Florida, the Florida Supreme Court, Nevada District Court, the Eastern District of Pennsylvania, the Ninth Circuit Court of Appeals, and the Eleventh Circuit Court of Appeals.

4. I have represented Plaintiffs is class action litigation in the Southern District of Florida in consumer protection and insurance claims.

5. Neither I nor BMUL is seeking compensation related to the objections filed in this case.

6. I have never served as an objector or counsel for an objector in class action litigation in the last five (5) years.

7. No one at BMUL has served as an objector or counsel for an objector in the last five (5) years.

8. I will appear as counsel on behalf of Objectors at the January 15, 2026, hearing. I do not anticipate calling any witnesses to testify in support of the Objections because they can be granted based on the pleadings, legal authorities, and other evidence presented to the Court.

**FURTHER AFFIANT SAYETH NOT.**

Maury L. Udell, Esq.

**THE FOREGOING** Affidavit was acknowledged before me by means of [X] physical presence or [ ] online notarization, this 17th day of November 2025 by Maury L. Udell, Esq. <u>who is personally known to me</u> or who has produced identification, and who executed the within document and who acknowledged that the within document was freely and voluntarily executed for the purposes therein recited.

Notary Public State of Florida
Betty Lopez
My Commission HH 617510
Expires 1/21/2029

Notary Public

# Appendix 9:

Affidavit of Amanda G. Taylor

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | §<br>§<br>§ | CASE NO. 3:24-cv-00757-E |
| | §<br>§ | MDL DOCKET NO. 3:24-md-03114-E |
| This Document Relates to All Cases | §<br>§ | |

**AFFIDAVIT OF AMANDA G. TAYLOR**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

On the 17th day of November 2025, Amanda G. Taylor, a person whose identity is known to me, appeared before me. After I administered an oath to Amanda G. Taylor, she testified as follows:

1. My name is Amanda G. Taylor, and I have been engaged as counsel in this lawsuit to represent a group of putative class members who object to the certification of the class and the approval of the proposed class settlement, specifically Objectors Scott Gherman, Bradley Johnson, Brittani Kaye, Rob Cheung and Brittany Bonner.

2. I am over 18 years of age and fully competent to make this affidavit. All of the facts [illegible] set forth in this affidavit are based on my personal knowledge and are true and correct.

3. Butler Snow LLP ("Butler Snow") is a private law firm with over [illegible] lawyers operating in [illegible] offices throughout the United States and London.

4. I am a Partner and the Specialized Appellate Practice Group Leader at Butler Snow. I have been licensed to practice law since [illegible], and I have been board certified by the Texas Board of Legal Specialization in Civil Appellate Law since 2015. My primary office location is in Austin, Texas.

5. Additional Butler Snow attorneys working on this matter (identified by name, title, and primary office location) include Kyle V. Miller (Partner, Ridgeland, Mississippi); Melody McAnally (Partner and Data Security and Privacy Team Leader, Memphis, Tennessee); Caroline B. Smith (Of Counsel, Ridgeland, Mississippi); Diane Miller (Senior Counsel, Richmond, Virginia); Harrison [illegible] (Associate, Ridgeland, Mississippi); and Anthony Calvin "Bo" Manning III (Associate, Ridgeland, Mississippi).

6. As a firm, Butler Snow has decades of experience in a wide variety of class action matters across the United States. The firm's prior class action experience generally includes cases regarding consumer and pharmaceutical matters, antitrust and RICO claims, financial services institutions, health insurance

and constitutional law/civil rights. As just one of many prime examples, Butler Snow served as lead counsel in defense of class claims regarding the [illegible] Act and whistleblower claims arising out of Hurricane Katrina in *U.S. ex rel. Rigsby v. State Farm Fire & Cas. Co.*, 794 F.3d 457, 475 (5th Cir. 2015), *aff'd on other grounds*, *State Farm Fire & Cas. Co. v. U.S. ex rel. Rigsby*, 580 U.S. 26 (2016). As just one of many recent examples, Butler Snow serves as defense counsel in a pending [illegible] class action, [illegible] Co., No. 4:21-CV-40-TWT (N.D. Ga.).

7. Mr. Miller and I are both members of Butler Snow's class action team. Mr. Miller also serves as the Chair of Butler Snow's Energy and Environmental Litigation Task Force, regularly represents clients in class actions, environmental torts and consumer protection litigation. Mr. Miller has played a significant role in the [illegible] putative class action matter, in which I was also involved in briefing to the United States Supreme Court. *Rutledge et al. v. Country Mutual Insurance Co., et al.*, No. [illegible]-LA-0970 (Circuit Court, Twentieth Judicial Circuit, St. Clair County, Illinois). Mr. Miller is also currently engaged as counsel in defense of a class action regarding alleged groundwater contamination (*Pearson v. Port of Morrow*, Case [illegible] (D. Or.)) and alleged violations of the [illegible] Consumer protection Act (*Manuel v. Austin Fitness Group, LLC*, No. CV-[illegible]-RM (D. Ariz.)). He has previously served as defense counsel in insurance coverage *Hansen v. Country Mutual Insurance Co.*, Case [illegible]0210

I

(N.D. Ill.)); Telephone Consumer Protection Act ([illegible] v. [illegible], [illegible] No. 7:24-cv-1159 [illegible] (D.S.C.)); RICO and consumer [illegible] ([illegible] Law [illegible] (M.D. [illegible])); and [illegible] ([illegible] v. Edwards, Case 3:20-cv-00203 [illegible] (M.D. La.); [illegible] v. Edwards, No. CV [illegible] (M.D. La.)) class actions.

9. Additional information about the legal background and experience of [illegible] attorneys working on this matter is available on the firm's website, and the following pages of biographical information are incorporated herein by reference:

a. Amanda [illegible]:
https://www.[illegible]

b. [illegible] Miller:
https://www.[illegible]

c. Mallory McAnally:
https://www.[illegible]

d. [illegible]:
https://www.[illegible]

e. [illegible]:
https://www.[illegible]

f. [illegible]:
https://www.[illegible]/professionals/[illegible]

g. [illegible]:
https://www.[illegible]/professionals/[illegible]

[illegible]

11. None of the Butler Snow attorneys working on this matter (as identified above) nor any other Butler Snow attorney that I am aware of has filed any objections to a class action settlement in the preceding five years. The firm conducted an electronic survey of all attorneys to collect this information.

FURTHER AFFIANT SAYETH NOT.

Amanda G. Taylor

SUBSCRIBED AND SWORN TO before me, the undersigned Notary Public, on this 17th day of November, 2025.

Notary Public

ALEJANDRA CALDERON
NOTARY PUBLIC
STATE OF TEXAS
ID 13301699-1
EXP. 02-29-2028

# Exhibit 17(T)

[redacted]

**From:** Julia Diaz <[redacted]>
**Sent:** Monday, November 17, 2025 9:27 PM
**To:** mark.lanier@lanierlawfirm.com; Shauna Itri <sitri@seegerweiss.com>; ostrow@kolawyers.com; jrathod@classlawdc.com
**Subject:** Objection to Proposed Class Action Settlement – AT&T Data Breach Litigation

Julia Diaz
Class Member ID: [redacted]
[redacted]
AT&T associated phone number: [redacted]
AT&T associated email addresses: [redacted]

Emailed to:
mark.lanier@lanierlawfirm.com
sitri@seegerweiss.com
ostrow@kolawyers.com
jrathod@classlawdc.com

I attest that, after reasonable effort, I am unable to locate my prior AT&T account number(s).

I was unable to submit this via mail as I did not become aware of the mailing requirement until tonight but wanted to try anyway with this email.

I, Julia Diaz, am a AT&T 1 Settlement Class Member, and I submit this written objection to the proposed settlement in the AT&T Data Breach Litigation. I object because the proposed relief is inadequate and does not reflect the severity and permanence of the exposure of my most sensitive personal information, including my **full Social Security Number**, which AT&T confirmed was **posted on the dark web**.

My grounds for objection are that the compensation is inadequate for how serious and permanent the harm that has occurred is. A social security number cannot be changed easily, if ever. **The risk for identity theft associated with my social security number will continue for the rest of my life.** This lifelong heightened risk of identity theft leads to a lifelong commitment to monitoring identity and the emotional distress of always having to worry. In addition, future financial harm is immeasurable, as my identity can be used at any time in the future, only increased by what is now required lifelong monitoring services, fraud alerts, and potential credit freezes. This irrevocable disclosure diminishes my privacy without anything I can do about it aside from monitor and hope. My social security number was taken from AT&T by criminals and leaked online on the dark web, an exponentially great and permanent harm. As such, I request compensation of no less than $10,000.00

When you go to AT&T's website, they say, "We've got your back. Guaranteed." in big white letters. If they had my back, they would have implemented proper cybersecurity measures to protect their customers. Because they did not have my back, they allowed my sensitive personal information including name, date of birth, and social security number to be taken from them and published on the dark web.

I have not objected to any class action settlement in the past five years.

I am **not** represented by counsel for purposes of this objection, and no attorney will seek fees related to this objection.

I am a flight attendant and the schedule varies greatly and would just require two weeks' notice to give to my job.

I declare that what I state in this email is true.

Thank you,
Julia Diaz
[redacted]

# Exhibit 17(U)

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISIONS**

| | | |
|---|---|---|
| IN RES: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION | ] ] ] ] ] ] | CASE NO. 3:24-CV-00757-E<br><br>MDL DOCKET NO. 3:24-MD-03114-E |

**OBJECTION TO THE CLASS SETTLEMENT**

## A. IDENTITY OF THE OBJECTOR

The undersigned counsel represents over four thousand (4000) AT&T members, that have neither filed a claim nor opted out (see attachment A). The undersigned counsel hereby lodges this objection to the Class settlement in the above titled action on behalf of these members. The below grounds apply to all listed members.

## B. GROUNDS FOR OBJECTION

1. The Settlement Amount Is Too Low, and Does Not Adequately Compensate Members Who Experienced Multiple Breaches.

The total settlement amount, and individual compensation available to settlement class members is excessively low and disproportionate to the scale and duration of the harm. In this case, AT&T members were subjected to two Data breach incidents where customers' personal and sensitive information was compromised. Most individual members had their compromised information ended up for sale or trade on the dark web. Many members experienced both data breach incidents and had their information compromised multiple times. The settlement amount and distribution scheme does not adequately compensate members for original breach and does not further compensate those members who experienced multiple breaches.

2. Settlement Does Not Adequately Compensate For Actual Harms Caused.

The total settlement amount and individual compensation available to settling class members does not adequately compensate for individual members for actual harm caused. As stated above. AT&T members experienced multiple data breaches which lead to their sensitive personal information, including date of birth and social security numbers, being posted on the dark web. Once their information was on the dark web, members experienced identity theft, impact to their credit report and credit score, and an impermissible invasion of privacy. Further, the personal information released on the dark web was not removed and could potentially still be available to individuals with nefarious purposes. This settlement does not adequately address the harm suffered by AT&T members, nor does it adequately address the risk of ongoing harms including identity theft, and adverse credit implications.

3. Settlement Opt-out process was burdensome and disproportionate to the process to file a claim.

The opt-out process was burdensome and disproportionately so, compared to the process to file a claim. To file a claim the person only needs to visit the claim website and submit an electronic form. To opt-out the member had to mail in an opt-out notice that included a "wet" handwritten signature (see paragraph 15 of the final order). This meant for a member to opt out they had to send notice they had to draft an opt out notification on paper, sign the paper, then mail the notice through the US mail, where as those filing a claim need only fill out an online form.

4. The settlement opt-out process denied members the right to counsel.

Additionally, opt-outs had to be submitted individually with the above mentioned "wet" signature, and any group opt-outs or opt-outs signed by counsel are not permitted or effective. Represented AT&T members who were opting out, had to submit their opt out individually with a “wet” signature, and could not rely on counsel, whom they had contracted to represent them in the matter, to submit the opt-out on their behalf. Therefore, these members were denied their constitutionally protected right to counsel.

**C. OBJECTORS’ COUNSEL**

Objector's Counsel is: Potter Handy, LLP, 100 Pine St. Ste 1250. San Francisco, CA 94111. Counsel appearing at Final Order Hearing will be Krista R. Hemming, SBN 304213. Potter Handy, LLP's class action division has been operating with expertise since 2019. Potter Handy has worked on class litigation that includes wage and hours, misclassification, and consumer class actions such as privacy and data breaches. Potter Handy, LLP contingency fee agreement provide for reimbursement of costs, and a contingency fee of 40% (forty percent) of any recovery. To date, counsel has invested over 20 hours on the AT&T data breach incidents, and over 5 (five) hours on this individual case.

**D. SUGGESTED DATES**

Objector is available at AT&T's request. Objector requests defense counsel meet and confer with Objector's counsel regarding dates for a remote deposition.

Date: November 17, 2025

Krista R. Hemming
Potter Handy, LLP

# Exhibit A

Case 3:24-cv-00757-E Document 33-7 Filed 01/02/25 Page 51 of 189 PageID 5971

| First Name | Last Name |
|---|---|
| Bonnie | (Hahn) Mattox |
| Sharlet | A Snider |
| John | Aaenson |
| Conswayla | Aaron |
| Autumn | Aaron |
| Asheed | Abark |
| Mark | Abermoske |
| Michael | Ables |
| David | Abney |
| Brittany | Abraham |
| DAVID | Abramowitz |
| Juan | Abreu |
| Miguel | Abreu |
| Raul | Abreu |
| Elonda | Abshier |
| Jesse | Acevedo |
| Felipe | Acosta |
| Kelly | Acuahuitl |
| Lynx | Adamah |
| Robert | Adamiszyn |
| Jarrett | Adams |
| Shemeka | Adams |
| Theresa | Adams |
| Michael | Adams |
| Malcolm | Adams |
| Carl | Adams |
| Jeffery | Adams |
| Marquee | Adams |
| Kevin | Adams |
| Alan | Addie |
| Adedayo | Adeyemi |
| Saran | Adkinson |
| Kalman | Adorjan |
| Michael | Aegbuniwe |
| Sara | Agajanian |
| Christina | Agapito |
| Holly | Agocs |
| Obianife | Agu |
| Shannon | Aguero Jones |
| Karolina | Aguilar |
| Kelly | Aguilar |
| Steve | Aguilar |
| Victor | Aguilera |
| Michael | Aguirre |
| Jeffrey | Ahern |
| Jennifer | Ahmed |

| | |
|---|---|
| Alexis | Ahyo |
| Paula | Akins |
| Abdulrahman | Alamoudi |
| Theodore | Alberts |
| Matthew | Albright |
| Hubert | Albright |
| Marilupe | Alcaide |
| Raget | Alceus |
| Nalani | Alcuran |
| Linda and Jerry | Aldridge |
| Elizabeth | Alesse |
| Jamie | Alexander |
| Vincent | Alexander |
| Alexis | Alexander |
| Christopher | Alexander |
| Randell | Alexander jr |
| Shannon | Alexander-Phifer |
| Carlette | Alford |
| Sarah | Allen |
| Ronnesha | Allen |
| Kristen | Allen |
| Laura | Allen |
| Amber | Allen |
| Andrea | Allen |
| Jeffrey | Allen |
| Peter | Allen |
| Tiffany | Allen |
| Troy | Allen |
| Sarah | Allen |
| Richard | Allen |
| Joseph | Allen |
| Jessica | Alley |
| Colleen | Almeida |
| Patricia | Alnaser |
| Robert | Alonso |
| Ellioud | Alonso |
| James | Alston |
| Stacey | Alston |
| Ned | Altali |
| Michele | Altepeter |
| susan | altman |
| Juan | Alvarado |
| Daniel | Alvarado |
| Erik | Alvares |
| Elizabeth | Alvarez |
| Arreanna | Alvarez |
| Carina | Alvarez |

| | |
|---|---|
| Tina | Alvarez |
| Ellen | Alvarez |
| Mario | Alvarez |
| Bryant | Alverson |
| Cynthia | Amador |
| Chukwunedum | Amajioyi |
| Bambi | Amant |
| Anthony | Amato |
| Yesenia | Ambriz |
| John | Ambrose |
| Marina | Aminova |
| David | Ammenheuser |
| Lindsay | Amon |
| Laura | Amos |
| Tamr | Andary |
| Joseph | Andersen |
| Keyuna | Anderson |
| Eric | Anderson |
| Matthew | Anderson |
| William | Anderson |
| John | Anderson |
| Luke | Anderson |
| Vincent | Anderson |
| Maurice | Anderson |
| Jacob | Anderson |
| Mia | Anderson |
| Thomas | Anderson |
| Kiarra | Anderson |
| Lucreatia | Anderson |
| David | Andino |
| Jorge | Andreani |
| Tiara | Andress |
| Kem | Andrew |
| Michael | Andrews |
| Ivan | Andrews |
| Thomas | Andrews |
| Michelle | Angell |
| Mario | Anguiano |
| Ajmal | Anoosh |
| Jason | Appleby |
| maxine | appleby |
| Justin | Applegate |
| Leviticus | Appleton |
| Jennifer | Appleyard |
| teresa | arasheben |
| Gloria | Araujo |
| Kevin | Arbo |

| | |
|---|---|
| Marietta | Archer |
| Randy | Archer |
| Antonio | Arevalo |
| Danilo | Arevalo |
| Lori | Argo |
| Stacie | Arigbamu |
| Maguel | Armfield |
| JaMaiyah | Armstead |
| LaToya | Armstrong |
| Steve | Arndell |
| Elizabeth | Arnett |
| Christopher | Arnold |
| Tina | Arnold |
| Danielle | Aronson |
| Rodney | Arredondo |
| Roberto | Arredondo |
| Mariano | Arriaga |
| Angela | Arrington |
| Alvin | Arter |
| Sai Avinash | Aruru |
| Louanna | Arvie |
| Dennis | Aschenbrenner |
| Hannah | Ash |
| Heather | Ashby |
| Zaquarria | Askew |
| Ann | Askey |
| Anna | Astanina |
| Elaine | Atchison |
| Chris | Athens |
| Brittney | Athwal |
| Tamanicia | Atkins |
| Omar | Attarabeen |
| LaTanya | Atterberry |
| Jaclyn | Aucker |
| Michelle | Audi |
| Thomas | Austin |
| Jasmine | Austin |
| Brigette | Austin |
| Kathleen | Austin Blanck |
| Janelle | Autry |
| Olivia | Avery |
| Thomas | Avery |
| David | Avery |
| Jacob | Avila |
| Yonatan | Aviv |
| Lisa | Axelrod |
| Emily | Axtell |

| | |
|---|---|
| Trish | Aycock |
| Gregory | Aydt |
| Lashawn | Ayres |
| Rose | Ayres |
| Yasmin | Azam |
| Jeffrey | Azar |
| Kathleen | Azar |
| Sara | Aziz |
| Matthew | Azzarito |
| Ashley | Baadsgaard |
| Kelly | Backman |
| Michelle | Bacon |
| Sheala | Bacon |
| SreeHarika | Badrisetty |
| Mindy | Bagby |
| Margarita | Bailey |
| Mary | Bailey |
| Jamese | Bailey |
| Dina | Bailey |
| Terry | Bailey |
| Leah | Bailey |
| John | Bailey |
| Willie | Bailey |
| Chanel | Bailey |
| Kathryn | Bailey |
| Gary | Bairski |
| Catherine | Baker |
| Mary-stuart | Baker |
| Susan | Baker |
| Sean | Baker |
| Dustin | Baker |
| Judah | Baker |
| Patrick | Baker |
| Jon | Baker |
| Carlotta | Baker |
| Jennifer | Baker |
| Ruth | Bakosh |
| Annalia | Balcunas |
| Stephanie | Balderson |
| Chris | Baldwin |
| Joseph | Balestrino |
| Terrance | Ball |
| Eston | Ball |
| Tatiana | Ballion |
| Jared | Balzano |
| Terry | Banks |
| Jerason | Banks |

| | |
|---|---|
| Martha | Banks |
| Jason | Banks |
| Blanca | Barajas |
| Katherine | Barajas |
| Octavio | Barajas |
| Jose | Barajas |
| Johnathan | Baraks |
| Aaron | Barba |
| Gary | Barber |
| Doris | Barber |
| Bridget | Barber |
| Jason | Barber |
| Jinaye | Barbic |
| Simina | Barbieru |
| Erica | Barbour |
| Jimmie | Barbour |
| Danica | Barboza |
| Michael | Barbu |
| Rob | Barea |
| Jeffery | Bargewell |
| Bryan | Barker |
| Devin | Barker |
| Rohana | Barker |
| Raymond | Barker |
| Camille | Barksdale |
| Andrew | Barlow |
| Steve | Barnes |
| Ashley | Barnett |
| Ralph | Barnett |
| Deneen | Barnett |
| Russ | Barnett |
| Matthew | Barnhart |
| DOMENIC | BARONE |
| Joshua | Barr |
| Walter | Barr |
| Jason | Barr |
| Terence | Barrera |
| ADAM | BARRERA |
| Steven | Barreto |
| Richard | Barrett |
| Kenisha | Barringer |
| Vanessa | Barron |
| Donald | Barrow |
| Pamela | Barry |
| Jacoby | Barry |
| Gene | Barry |
| Bryan | Bartell |

| | |
|---|---|
| Michael | Bartelme |
| Roger | Bartholomew |
| Paul | Bartlett |
| Zoe | Barton |
| Ivan | Basco |
| Jolen | Bascomb |
| Alexander | Baskerville |
| Joy | Baskins |
| Justin | Basnight |
| Jackie | Basquette |
| Zsaneika | Bass |
| Jasmine | Bass |
| Susan | Baston |
| Angelo | Basurto |
| Kamil | Batalvi |
| Shawn | Batchelor |
| Jarrell David | Bates |
| Markeasha | Bates |
| Jemond | Battee |
| Korina | Battye |
| Christopher | Baum |
| Valerie | Baytosh |
| Christine | Beaderstadt |
| Giovanna | Beal |
| Rahshadda | Bearden |
| Mark | Bearden |
| Catherine | Beasley |
| Marissa | Beatty |
| Tommy | Beatty |
| Bradley | Beauchaine |
| Carla | Beauchamp |
| Scott | Beaulieu |
| David | Beaver |
| Joshua | Beck |
| Mathew | Becker |
| Stephanie | Beckless |
| Tiana | Bedoya |
| David | Bedway |
| Misty | Beebe |
| Edward | Beebe |
| Melanie Christina | Bega |
| Vincent | Begay |
| JoJo | Begay |
| Curt | Behrens |
| Jacqueline | Beilfuss |
| Lydia | Bell |
| Roshanda | Bell |

| | |
|---|---|
| June | Bell |
| Kyle | Bell |
| Alonza | Bellamy |
| Jeffrey | Bello |
| Denise | Belmonte |
| Alex | Beltran |
| Matthew | Belville |
| Scott | Benamati |
| Sarah | Benefield |
| Christopher | Bengert |
| Deborah | Benjamin |
| Charissa | Benn |
| Cynthia | Bennett |
| Brandon | Bennett |
| Persephone | Bennett |
| Tanner | Bennett |
| Tabbatha | Bennett |
| Raymond | Benning |
| Eva | Benthall |
| Aaron | Bentley |
| Rhea | Bentley |
| Timothy | Bentley |
| Bianca | Bentley |
| Adrianna | Bento |
| Eli | Benveniste |
| Donna L. | Beran |
| Deborah | Berard |
| Vittoria | Berardi |
| Michael | Berens |
| Robert | Berg |
| Philip | Berg |
| Seth | Berger |
| Mark | Bergman |
| Todd | Berman |
| Gustavus | Bernal |
| Richard | Bernard |
| Joanna | Beroy |
| April | Berra |
| Laurice | Berry |
| Kenneth | Berry |
| Melanie | Bertram |
| Mindy | Berube |
| James | Berzley |
| Parker | Berzley |
| Andrew | Beshwate |
| Aimee | Bessada |
| Brandon | Best |

| | |
|---|---|
| Kellie | Best |
| Kimberlisa | Best |
| Erin | Bethel |
| Krista | Betts |
| Alissa | Beuerlein |
| Jessica | Bianco |
| Stacie | Bias |
| Austin | Biaselli |
| Sarah | Bickell |
| Evan | Biddulph |
| Betty | Bidgood |
| Justin | Biermann |
| Matthew | Bilancia |
| Michael | Bilbrey |
| Ashley | Billie |
| Melanie | Bilodeau |
| Johnnie | Binion |
| Kyle | Birch |
| Gary | Bivins |
| Christian | Bjelle |
| Matthew | Black |
| Angela | Blackburn |
| Mark | Blackburn |
| Paulina | Blackman |
| Amy | Blackmer |
| Eric | Blackmon |
| Billy | Blackmon |
| Marquez | Blacks |
| Ryan | Bladzik |
| Shalane | Blagg |
| Michael | Blain |
| Brandy | Blaine |
| Domonic | Blair |
| Jonathan | Blake |
| Crystal | Blankenship |
| Kelly | Blankenship |
| Richard | Blanquicet |
| Charlette | Blanton |
| Charlette | Blassingame |
| Tyler | Bledsoe |
| Tristan | Bleicher Otto |
| Simon | Blint |
| KATHARINE | BLOODGOOD |
| Rachel | Bloom |
| ilona | bludov |
| Deborah | Blue |
| Timothy | Blunk |

| | |
|---|---|
| Erik | Boehm |
| Ashley | Boger |
| Kedma | Boisrond |
| Mark | Bolczak |
| Brenda | Bollinger |
| Sara | Bollinger |
| Margaux | Bolona |
| Devon | Bolton |
| Stephanie | Bond |
| Marquita | Bonds |
| Durelle | Bonds |
| Viviana | Bonilla |
| Julian | Bonnet Lopez |
| Darrell | Booker |
| Tamara | Booker |
| Jason | Bookman |
| Joshua | Boone |
| Daryl | Bordelon |
| Deshon | Borders |
| Margaret | Borneman |
| Breanna | Borth |
| Lisa | Boseman |
| Willietta | Bostick |
| Kristiana | Boswell |
| Matthew | Botts |
| Heather | Botz |
| Alexandrea | Boulden |
| Hamza | Boumahta |
| Matthew | Bourchier |
| Nathan | Bourg |
| Eric | Bourland |
| Crystal | Bourque |
| Michael R | Bousquet |
| Kevin | Bova |
| Alecia | Bowens |
| Robert | Bower |
| Monica | Bowers |
| Janice | Bowers Mahoney |
| Kristin | Bowling |
| Brigit | Bowman |
| Robert | Bows |
| Kristy | Boyd |
| Sandra | Boyd |
| Connie | Boyd |
| Danyle | Boyd |
| Lisa | Boyd-Holmes |
| Robin | Boydstun |

| | |
|---|---|
| Anne | Boylan |
| Nicholas | Boyle |
| Thomasine | Brace |
| Damien | Bracy |
| Dan | Bradbury |
| Brandi | Bradden |
| Katrina | Bradford |
| Jennifer | Bradford |
| Lisa | BRADLEY |
| Samuel | Brady |
| Dawna Michelle | Brady |
| Erik | Bragan |
| Kerry | Braggs |
| Kerry | Braggs II |
| Paul | Brain |
| Jerry | Brainard |
| Lori | Brakhage |
| Kathy | Branam |
| Torion | Branscomb |
| John | Brantner |
| Aaron | Brassea |
| Kristine | Brasseaux |
| Sylvester | Brathwaite |
| Kathryn | Brault |
| Michael | Brennan |
| David | Bressoud |
| Jamie | Brewer |
| Tyler | Brewer |
| Daniel | Brewerton |
| Whitney | Brials |
| Brian | Brickhaus |
| Thomas | Bridges |
| Uniquea | Bridges |
| John F | Bright |
| Mindy | Brightman |
| Jacqueline | Brignac |
| Jessica | Brister |
| Claudia | Brito |
| Daejon | Broadus |
| Angela | Brock |
| Cory | Brock |
| Austin | Brockman |
| Quinn | Broda |
| Sabrina | Brokaw |
| Kimberly | Bronander |
| Zachary | Bronzo |
| Jannie | Brooks |

| | |
|---|---|
| Adam | Brooks |
| Jaisean | Brooks |
| Ryan | Brooks |
| Lee | Brooks |
| Kelliann | Brooks |
| Starr | Brooks |
| William | Brooks |
| Amber | Brooks-Falk |
| Kenya | Broomfield |
| Shawn | Brotherton |
| Susan | Brotsch (Mistler) |
| Kevin | Brotzman |
| Marc | Brouillard |
| Brian | Browder |
| Carie | Brown |
| Chervone | Brown |
| Kevin | Brown |
| Kenneth | Brown |
| Jacob | Brown |
| Jerlene | Brown |
| Latoya | Brown |
| Ryan | Brown |
| Dominique | Brown |
| Tracy | Brown |
| Jenette | Brown |
| Domenica | Brown |
| Vestee | Brown |
| Esther | Brown |
| David | Brown |
| Clarence | Brown |
| Donald | Brown |
| Cynthia | Brown |
| Ashley | Brown |
| Frank | Brown |
| Daryl | Brown |
| Kiana | Brown |
| Patrick | Brownbill |
| Esther | Bruce |
| deanna | Brueggemann |
| PAMELA | Brueggemann |
| Eric | Bruggemeier |
| Dalton | Brumfield |
| Evelyn | Brumfield |
| Joshua | Brumm |
| Felicia | Brumm |
| Cheryl | Bruns |
| Britton | Bryant |

| | |
|---|---|
| Tyler | Bryant |
| Brittanie | Bryant |
| Christy | Bryant |
| FEDIRRA | BRYANT |
| Kq | Bryles |
| Sharon | Bucci |
| David | Buchanan |
| Mark | Buchanan |
| Aaron | Buchert |
| Ariane | Buck |
| Kevin | Buckhouse |
| Wendy | Budnicki-Jones |
| Randolph | Buffington |
| Tiera | Bugara |
| Marcel | Buggs |
| Kenneth | Buhle |
| Martin | Bujno |
| Alexis | Bulda |
| Mark | Bulleri |
| Bill | Bulloch |
| Carla | bullock |
| Mark | Bundy |
| Roger | Bunkley |
| Ben | Bunte |
| Bruce | Bunten |
| Gretchen | Burch |
| Helena | Burch |
| Jennifer | Burchett |
| Steve | Burchett |
| Pamela | Burdak |
| Stephen | Burgess |
| Laura | Burgess |
| Jeanne | Burian |
| Crystal | Burleigh |
| Kelly | Burns |
| Marsvenus | Burns |
| Jacklyn | Burns |
| Cheryl | Burns |
| Larry | Burns |
| Nicole | Burns |
| Kathren | Burran |
| Jess | Burrow |
| Renee | Burton |
| Matthew | Burton |
| Brian | Burton |
| Betty | Burton |
| Roshun | Burton |

| | |
|---|---|
| Heather | Busby |
| Corey | Busey |
| Christopher | Bush |
| Margaret | Bushe |
| Mark | Bussaglia |
| Terica | Butler |
| Nathaniel | Butler |
| David | Butler jr |
| Kira | Buzick |
| DANIEL | BYARD |
| David | Byers |
| Bertie | Bynum |
| Clarinda | Byrd |
| Robert | Byrd |
| Cory | Byrne |
| Felix | Caban |
| Raul | Cabrialez |
| Renee | Caggiano |
| Misty | Cagle |
| Janette | Caguiat |
| Henggao | Cai |
| Michael | Cain |
| Daysha | Caldwell |
| Regina | Caldwell |
| Douglas | Caldwell |
| Derrell | Calhoun |
| SEAN | CALL |
| Connor | Callaghan |
| Angelina | Callahan |
| Nicholas | Callahan |
| Adam | Callender |
| Lindsay | Calvario |
| Rich | Calvario |
| Christie Marie | Camacho |
| David | Camacho |
| April | Cameron |
| Levon | Camp |
| Stephon | Camp |
| Joseph | Campbell |
| Roy | Campbell |
| Timothy | Campbell |
| Darice | Campbell |
| Renee | Campbell |
| Teala | Campbell |
| James | Campbell |
| Richie | Campbell Jr. |
| Stephanie | Campigotto |

| | |
|---|---|
| Liliana | Campos |
| Tomas | Campos |
| Jacob | Campshure |
| Beatriz | Canales |
| Angelina | Canelli |
| Ann Marie | Cannell |
| Candie | Cannon |
| Matthew | Cannon |
| Lanika | Cannon |
| Allison | Canpos |
| George | Canterberry |
| Beth | Cantor |
| Valerie | Cantu |
| Rosario | Cantu |
| Jennie | Cantu |
| Alison | Canty |
| Eric | Capel |
| D'Angelo | Capell |
| Maria | Caraballo |
| Manuel | Caravaca |
| Aaron | Carbajal |
| Valeria | Carballo |
| Alex & Anna | Carbonell |
| Corey | Carcisse |
| Agustin | Cardenas |
| Andrew | Cardinal |
| Jennifer | Carey |
| Felicia | Carlisle |
| Sharon | Carlisle |
| Rachel | Carlowicz Lee |
| Colin | Carlsen |
| Christy | Carlson |
| karin | carlson |
| Christopher | Carmichael |
| Kristi | Carney |
| Carrie | Carone |
| Michael | Carothers |
| Jason | Carpenter |
| Chris | Carpenter |
| Sabrina | Carpenter |
| Thomas | Carpenter |
| Camille | Carr |
| Robert | Carr |
| Michael | CARR |
| Alvin | Carr Jr |
| Froncell | Carradine |
| Quirino | Carranza |

| | |
|---|---|
| Freedom | Carrasco |
| Anthony | Carroll |
| Angela | Carroll |
| Ashley | Carter |
| Amecia | Carter |
| Ryan | Carter |
| Jazmyne | Carter |
| Jennifer | Carter |
| Sherrie | Carter |
| David | Carter |
| Kyrisha | Carter |
| Randy | Carter |
| Corey | Carter |
| Eric | Carter |
| susan | carter |
| Janet | Carter |
| Richard | Carter |
| Ronald | Casalins |
| Christopher | Casey |
| Jesus | Casillas |
| Jorge | Casique |
| Micajah | Caskey IV |
| Jennifer | Casner |
| Richard | Cassano |
| Joao | Cassimiro |
| Courtney | Cassoni |
| Zulisadai | Castaneda |
| Tracy | Castillo |
| Zachary | Castillo |
| Paul | Castillo |
| Juan | Casto |
| Denvil | Casto II |
| Demitrius | Castro |
| Lawrence | Castro |
| Adam | Cathey |
| Brett | Cavalli |
| Michael | Cavin |
| Cody | Cavness |
| Christin | Caza |
| Aydin | Celebi |
| Maria | Celeste |
| Robert | Centeno |
| Dominick | Centineo |
| Elizabeth | Cepeda |
| Angela | Cerney |
| Helen | Cervantes |
| Esther | Cervantes |

| | |
|---|---|
| Sarah | Cervini |
| Brodie | Chaboya |
| Jessica | Chambers |
| Antoinette | Chambers |
| Michael | Chambless |
| Camden | Chancellor |
| Stephanie | Chandiwala |
| Joseph | Chandler |
| Andrew | Chane |
| Jeffrey | Chang |
| Peter | Chang |
| Flora | Chang |
| Frank | Chang |
| Rebecca | Chapman |
| Michael | Chappell |
| Rosalie Sakkara | Charles |
| Sharon | Chase |
| Danielle | Chassen |
| Kevin | Chastain |
| Justin | Chatman |
| Amitabho | Chattopadhyay |
| Eric | Chavez |
| Daniel | Chavez |
| Chantell | Chavez |
| Santos | Chavez |
| Daniel | Chavez |
| Benjamin | Chazen |
| Jhosie | Cheeks |
| Lulu | Cheng |
| Shirley | Cherry |
| Kasey | Chesnutt |
| Johnathan | Cheung |
| Stanley and Keren | Childers |
| DENNIS | CHILDS |
| Tanjanickia | Childs |
| Nicole | Chillon |
| Daniel | Choi |
| Jaimie | Choi |
| Edward | Choi |
| Shakeen | Cholera |
| Ali | Chowdhury |
| John | Christensen |
| Skylar | Christensen |
| Phillip | Christensen |
| Antoinette | Christian |
| Nicholas | Christopher |
| Matthew | Christopher |

| | |
|---|---|
| Brian | Ciaccio |
| Erika | Ciminski |
| Angelina | Cinquegrani |
| Paul | Ciochetto |
| Michael | Circo |
| Scott | Circosta |
| Tristan | Clancy |
| Zachary | Clapp |
| Joshua | Clark |
| Bobbie | Clark |
| Megan | Clark |
| Kendra | Clark |
| Shanetta | Clark |
| Natrice | Clark |
| Jason | Clark |
| Nathaniel | Clark |
| Jennifer | Clark |
| Dewade | Clark |
| Casey | Clark |
| Evan | Clark |
| Kevin | Clark |
| Julie | Clark |
| Michael | Clark |
| Michael | Clark |
| Mark | Clark |
| Charles | Clawson |
| Anthony | Clay |
| Margaret | Clayton |
| Jason | Clem |
| Cherelle | Clements |
| William | Clements |
| Elizabeth | Clemons |
| Stephanie | Clemons |
| Christianne | Clemons |
| Mark | Clerge |
| Jennifer | Clifton Riggins |
| Kristin | Cline |
| Shannon marie | Cline |
| Sandra | Cline |
| Faron | Cline |
| Michael | Clonch |
| Catlyn | cloud |
| Austin | Clouse |
| Christopher | Clymer |
| Kerrie | Cobb |
| Michael | Coch |
| Joshua | Coco |

| | |
|---|---|
| Jerron | Cody |
| Heather | Cody Gonzalez |
| Desteny | Coe |
| Janet | Coffee |
| Yolanda | Coffey |
| Karri | Coffman Whisenhunt |
| Rebekka | Cogburn |
| Daniel | Cohen |
| Saul | Cohen |
| Samantha | Cohen |
| Tyler | Coldwell |
| Brian | Cole |
| Marion | Cole |
| Terry | Cole |
| Martha | Cole |
| Juanita | Coleman |
| Connie | Coleman |
| Marchetta | Coleman |
| Adolph | Coleman |
| Dale | Coleman |
| Timithy | Coleman |
| Edward | Coleman |
| Ashley | Coleman |
| Lila | Coleman |
| Jason | Coletta |
| Jason | Coletti |
| Melany | Colin |
| Bernitta | Colley |
| Derrick | Collie |
| Casey | Collier |
| Johnny | Collier |
| Wanda | Collins |
| Teresa | Collins |
| Tara | Collins |
| Terri | Collins |
| Amika | Collins |
| Kevin | Collins |
| Brian | Collums |
| Toriano | Colson |
| Markita | Colter |
| Joseph | Colter |
| Marisha | Colter |
| William | Combs |
| Clayton | Comeaux |
| Matthew | conard |
| Dagoberto Jr | Conde |
| Clay | Conkle |

| | |
|---|---|
| Rebecca | Conley |
| Ryan | Conley |
| Kari | Connelly |
| Michael | Connelly |
| CHRISTOPHER | CONNER |
| Jenine | Conners |
| Peter | Conrad |
| Angelina | Contreras |
| Joseph | Contreras |
| Jeri | Conway |
| Ann | Conway |
| Raisel | Conway |
| Melissa | Conway |
| Clyve | Cook |
| Jason | Cook |
| Austin | Cook |
| Tabatha | Cook |
| Krista | Cook |
| Brsndon | Cooks |
| Monique | Cooks |
| Dequonte | Cooper |
| Demetrius | Cooper |
| William | Cooper |
| Jeffery | Cooper |
| Jennifer | Cooper |
| Samantha | Cooper |
| Daniel | Cooper |
| Zachary | Cooper |
| Jackie | Cooper |
| Kirsten | Coppinger |
| Donald | Corbert |
| Jamel | Corbitt |
| Adrien | Cordero |
| Lashea | Cordova |
| Benjamin | Cormier |
| Porsha | Cornelio |
| Jay | Cornell |
| Nichole | Cornell |
| Laura | Corner |
| Jerry | Cornwell |
| Federico | Correa Jaramillo |
| Carey | Correia |
| Tracy | Corson |
| Brett | Corter |
| Mario | Cortes |
| Ruben | Cortez |
| Luz | Cosme |

| | |
|---|---|
| Audrey | Costar |
| Allen | Cote |
| Robin | Cottrell |
| Donald | Couch |
| Cornelius | Coughlin |
| Chris | Coughlin |
| Debbie | Coulter |
| Lucy | Couture |
| Brad | Covey |
| Joshua | Cowlin |
| Lydia | Cox |
| Earlita | Cox |
| Robert | Cox |
| Tracy | Cox |
| Terri | Cox |
| Jonas | Crabtree |
| Kyle | Craddock |
| Michaela | Crader |
| Eddie | Craig |
| Quinton | Crain |
| Latricia | Crane |
| Troy | crawford |
| Robyn | Craycraft |
| Edward | Creel |
| Dietrich | Criss |
| Stephanie | Crockett |
| David | Croft |
| John | Crook |
| Zachary | Crook |
| Grady | Crosby III |
| Holly | Cross |
| Alma | Cross |
| Denesha | Cross |
| Janell | Cross |
| Nikolaus | Cross-Exom |
| Christopher | Crotte |
| Leigh | Crouch |
| Lyle | Crowley |
| Lucero | Cruz |
| Francisco | Cruz |
| Melissa | Cruz |
| Daniel | Cruz |
| Maurizio | Cruz |
| Jesse | Cruz |
| Lexus | Cruz |
| Damien | Cruz |
| Erica | Cummings |

| | |
|---|---|
| Tommy | Cummings |
| Kimberly | Cummings |
| Christopher | Cummins |
| Margarita | Cunningham |
| Ashante | Cunningham |
| Walter | Cunningham |
| Katrina | Curato |
| Jason | Curella |
| Benjamin | Curley |
| Jeff | Curran |
| Keri Lynne | Curtis |
| Edan | Curtis |
| Jesse | Custer |
| Kentra | Custis |
| John | Cutler |
| Marcus | Cuyler |
| Filip | Cvetkovic |
| Brad | Daak |
| Alexander | Dabney |
| Delores | Dacosta |
| Jason | Dady |
| Kiana | DaGraca |
| Debra | Dahl |
| Shani | Daigle |
| Qimmah | Dailey |
| Alia | Dailey Willis |
| Murad | Dajani |
| Michelle | Dallefeld |
| Janna | Dancey |
| Gabrielle | Danh |
| Jonathan | Daniel |
| Josephine | Daniell |
| Avery | Daniels |
| Tarica | Daniels |
| Latasha | Daniels |
| Melissa | Daniels |
| Barbara | Daniels |
| Joe | Daniels |
| Denise | Dardarian |
| Lamar | Darden |
| Kion | Darkshani |
| Patrick | Darling |
| Mark | Darragh |
| Jimmy | Dart |
| Juanita | Daulton |
| Jace | Dauster |
| Cheresse | Davenport |

| | |
|---|---|
| Brandi | Davenport |
| Michael | Davidoff |
| Brandon | Davidson |
| Grace | Davidson |
| Jeff | Davidson |
| Evan | Davidson |
| Jeremy | Davis |
| Feliciano | Davis |
| Julie | Davis |
| Kellie | Davis |
| Brandi | Davis |
| Aldarion | Davis |
| Gary | Davis |
| Peggy | Davis |
| Jordan | Davis |
| Micah | Davis |
| Zachary | Davis |
| Shamin | Davis |
| Niticon | Davis |
| Sabrina | Davis |
| Rosie | Davis |
| Brittany | Davis |
| CARY | DAVIS |
| Donna R. | Davis |
| Hajjelah | Davis |
| Loretta | Davis |
| Joe F | Davis II |
| Bryan | Dawkins |
| Rhonda | Day |
| Carl | Day |
| DEREK | DAY |
| Matthew | Day |
| Shantel | Daye |
| Martin | Dean |
| Anthony | Dean II |
| Jason | DeAngelo |
| Holly | Dearborn |
| John | Deatherage |
| Carolyn | Debouse |
| Kelly | Deegan |
| Marissa | Deem |
| Matt | Defeo |
| Bryan | Deily |
| Andre | Dejohnson |
| Justin | Dekrechewo |
| Dylan | Del Rio |
| Cheryll | Del Rosario |

| | |
|---|---|
| Susan | Del Toro |
| Janelle | Delacruz |
| Dave | Delain |
| Estella | Delgadillo |
| Ignacio | Delgado |
| Christopher | Deluigi |
| Tammy | Demars |
| Mari | Demeritt |
| Steven | Demonbreun |
| Carl | Demonbrun |
| John | Demont |
| Ariana | Demson |
| Susan | Demus |
| Tristan | Denizard |
| Jack | Dennerline |
| Renee | Dennis |
| Julia | Dennis |
| Eleanor | Dennison |
| Savannah | Dennison |
| Jennifer | Dennison |
| Dillon | Denson |
| Kirkland | Dent |
| Chris | DePetro |
| Janice | Deringer |
| Patricia | DeRussy |
| Stefanie | DeSantis |
| Brandon | Desantos |
| Irving | DeShields III |
| Jordan | Deshotels |
| Robin | Devitt |
| Gregory | Dews |
| Tyson | Dewsnup |
| Alene | Deyein |
| Mario | Di Lorenzo |
| Omri | Diamond |
| Daniel | Diaz |
| Noel | Diaz |
| Sergio | Diaz |
| Timothy | Diaz |
| Jeffrey | Diaz |
| Jovita | Diaz McNair |
| Katie | Dibble |
| Tiffany | Dickens |
| Yolanda | Dickerson |
| Joshua | Dickerson |
| Antony | DiDonato |
| Tammie | Diehl |

| | |
|---|---|
| Sean | Diesburg |
| Z | DIETERICH |
| Joseph | DiFilippo |
| Earl (Butch) | Digregory |
| Michael | Dilks |
| Tyrell | Dillard |
| Tara | Dilley-wilkinson |
| Latoria | Dillon |
| Elizabeth | Dillon |
| Charles | Dillon |
| Heaven | Dillow |
| John | Dinicolas |
| Latonya | Dinkins |
| Carla | Dipietro |
| Joseph | Dispenza |
| Dona | Ditrio |
| Richard | Dix |
| Shermon | Dixon |
| Rashida | Dixon |
| DeAngela | Dixon |
| Dennis | Dixon |
| Kristin | Dixon |
| Casie | Dobbins |
| Dina | Dobbs |
| Winfield | Dobruck |
| Michelle | Dodd |
| Ronald | Dodd |
| Steven | Dolgin |
| Melissa | Dolson |
| Juan | Dominguez |
| Gema M | Dominguez |
| Richard | Dominic |
| Jeffery | Dominic |
| Eric | Dones |
| Richard | Donin |
| James | Donnelly |
| William | Donnelly |
| Christopher | Dooley |
| Matthew | Doolin |
| Max | Dorelus |
| Santana | Dorsey |
| Ann | Dorsey |
| Damon | Dotson |
| Nieasha | Dotson |
| Deontae | Douglas |
| Alice | Douglas |
| April | Douglas |

| | |
|---|---|
| Darryl | Douglas |
| Joshua | Douyette |
| Holly | Dowd |
| David | Dowding |
| James | Dowling |
| Ken | Downey |
| Patrice | Downie |
| Harrison | Downing |
| Jillian | Drake |
| Ebrima | Drammeh |
| Darren | Driggers |
| Maureen | Drobitsky |
| Joshua | Drum |
| Mary | Drumgold |
| James | Drywater |
| Linwood | DuBose |
| David | Ducharme |
| angela | Duckworth |
| Kendrea | Dudley |
| Christopher | Duett |
| Jesse | Duffie |
| Johnnise | Dugar |
| Nicholas | Dugas |
| Kimberly | Dugger |
| Natalie | Duke |
| Michael | Dukes |
| Antoinette | Dukes |
| Mike | Dumont |
| Timothy | Dunaway |
| Mark A | Duncan |
| Robert | Duncan |
| Keith | Duncan |
| Chris | Dunfee |
| Christine | Dunkin |
| Marcy | Dunlop |
| Paris | Dunmars |
| Carri | Dunn |
| Albert | Dunnam |
| Shakandra | Dunning |
| Terry | Dunning jr |
| Amberly | Dunnivan |
| Danielle K | Dunphy |
| Kathryn | Dupree |
| Justin | Duque |
| Armando V. | Duran |
| Jacob | Duran |
| Duane | Durham |

| | |
|---|---|
| Jon | Durham |
| Kyle | Durham |
| Jodi | Durre |
| Leanna | Durrua |
| Phyllis | Duson |
| Desteny | Dutton |
| Vicki | Duvall |
| Emily | Duvernay |
| Carl | Dyas |
| Carl | Dykes |
| Robert | Eakin |
| Eugene | Early |
| Ny-keisha | Easley |
| Emad | Eassa |
| Travis | Eaton |
| Devon | Eaton |
| Darryl | Eatontaylor |
| Katherine | Eaves |
| Curtis | Echevarria |
| Jenna | Eckhardt |
| Joseph | Eddings |
| Ernest | Eddins |
| Christopher | Eddy |
| Phillip | Edel |
| Joel | Edenfield |
| Adrian | Edmonston |
| Natalie | Edwards |
| Cecil | Edwards |
| Brenna Danielle | Edwards |
| Melissa | Edwards |
| Karley | Edwards |
| Allison | Egan |
| Kailah | Egan |
| Corrina | Eggleston |
| Thomas | Eggleston |
| Mark | Eilrich |
| Rachael | Einsele |
| Chanvuthty | El |
| Candace | Elaine |
| Howard | Elder |
| Chad | Elefante |
| Siegal | Eli-Gers |
| Frank | Elizarraras |
| Amanda | Elizondo |
| Robert | Elledge |
| Sylvia | Elliott |
| Samuel | Elliott |

| | |
|---|---|
| Cynthia | Elliott |
| Dylan | Elliott |
| William | Elliott |
| Angelena | Ellis |
| Sally | Ellis |
| geoffrey | ellis |
| LeMarkus | Ellis |
| Kevin | Ellmann |
| Sterling | Ellsworth |
| Lou | Elmore |
| Mohamed | Elmouhandisse |
| Lisa | Elshentenawy |
| Kashiri | Elston |
| Breeanna | Elwood |
| Leah | Ely |
| Noel | Emanuel |
| Julie | Embring |
| Jesse | Emery |
| David | Emig |
| Alberto | Enrique |
| Jason | Epps |
| Whitney | Ervin |
| Luis Alejandro | Escobar Gomez |
| Namiko | Eshima |
| David | Espinoza |
| Deanna | Esposito |
| Sean | Esque |
| Lawrence | Estep |
| Jonathan | Estes |
| Donald | Estes |
| Michael | Estoy |
| Rachel | Estrada |
| Adrian | Estrada |
| Melissa | Ethan |
| Melissa | Eusebio |
| Giovanni | Eustor |
| Melisha | Evans |
| Jevon-Lamar | Evans |
| Carl | Evans |
| Leesha | Evans |
| Desiree | Evans |
| Breana | Evans |
| Rosalind | EVANS |
| Genna | Evanson |
| Toni | Everson-Eubanks |
| Richard | Ewald |
| Levi | Ewing |

| | |
|---|---|
| Breanna | Ewing |
| Jennifer | Ewing |
| David | Eyde |
| Henry | Ezell |
| Michael | Faas |
| Demetrius | Fagg |
| Stephen | Fahlenkamp |
| Matthew | Faille |
| Scott | Fairchild |
| Thomason | Fairley |
| Adam | Fajge |
| Jarethia | Falkner |
| Oyewunmi | Falode |
| Oye | Falode |
| John | Fanning |
| Lizbeth | Farias |
| Konrad | Faries |
| Angel | Farley |
| Eric | Farrar |
| Debra | Farrell |
| James | Farris |
| Robert | Farris |
| Farzan | Fatemi |
| Marc | Faubert |
| Tes | Faulk |
| Arcadia | Faulkenbery-Prescott |
| Keith | Fax |
| Leticia | Featherstone |
| Kevin | Featherstone |
| William | Feetham |
| Curtis | Felder |
| Miriam | Feliciano-rivera |
| Ogrhajeal | Felix |
| Mark | Felton |
| Richard | Fenlock |
| kristine | fergason |
| Louis | Ferguson |
| Cameron | Ferguson |
| Jamaria | Fernandez |
| Steven | Ferrandino |
| Anthony | Ferrara |
| Cristy | Ferraro |
| Josef | Ferreira |
| Ian | Feuerborn |
| Thomas | Feuerhelm |
| Hannah | Fidler |
| Matthew | Field |

| | |
|---|---|
| Hannah | Field |
| Angela | Fields |
| Andres | Fiello |
| Jessica | Figueroa |
| Travis | Finch |
| Ronald | Findeis |
| Harold | Finger III |
| Ruth | Fink |
| Jason | Finn |
| Manny | Fiori |
| Maria | Fischer |
| Bryce | Fisher |
| Dawn | Fisher |
| Scott | Fisher |
| John | Fitch |
| Daryl | Fitzgerald |
| Malorie | Fitzgerald |
| Elisa | Fitzgerald |
| Marina | Fitzinger |
| Kevin | Fitzpatrick |
| Lisa | Fitzpatrick |
| JENNIFER | FITZPATRICK |
| Jolyn | Fladland |
| Elizabeth | Flaherty |
| Paula | Flamini |
| Terry | Flanagan |
| Joseph | Flanagan |
| Elizabeth | Flatow |
| Ryan | Flaugh |
| Melissa | Fleetwood |
| Amber | Fleming |
| Katelynn | Fleming |
| Corrina | Fletcher |
| Denise | Flint |
| Joshua | Flippo |
| Rosa | Flores |
| Alexis | Flores |
| Mari | Flores |
| ross | Flores |
| Shawn | Flores |
| Alexis | Flores |
| Victoria | Flores |
| Senon | Flores |
| Roberto | Flores |
| Jeremy | Flores |
| Edmond | Flournoy |
| Amina | Flowers |

| | |
|---|---|
| Joseph | Flowers |
| Theresa | Flynn |
| Victoria | Flynn |
| Mary | Flynn Cruz |
| Christopher | Fobbe |
| Amy | Foley |
| Ashley | Folk |
| Sarah | Folkner |
| Kenneth | Foltz |
| Jose | Fonseca |
| Alain | Fontaine |
| Gavin | Fontenot |
| Shannon | Foor |
| Kevin | Ford |
| Michael | Ford |
| Diamond | Ford |
| Latoya | Ford |
| Dustin | Ford |
| casey | Foreman |
| Julie | Forgach |
| daniela | forman |
| Michael | Formisano |
| Chris | Forrest |
| Ty | Foster |
| Dora | Foster |
| Timothy | Foster |
| Michaela | Foster |
| Sherry | Foster |
| Christina | Foster |
| Jacqueline | Founds |
| Jacob | Fountain |
| Douglas | Fournet |
| Kevin | Fouts |
| Teri | Fowler |
| Michael | Fowler |
| Michael | Fowler |
| Nathan | Fox |
| Michael | Fox |
| Allison | Fox |
| West | Fox |
| Sherman | Fox |
| Mary Beth | Fox |
| Andrew | Foxworth jr |
| Meaghan | Foy |
| Paul | Fraiser |
| Jansen | Francis |
| Patrick | Francis |

| | |
|---|---|
| Marcos | Franco |
| Jaelle | Francois |
| Isaac | Frank |
| Ashby | Frank |
| Anthony | Frank |
| Caleb | Frank |
| Tisha | Franklin |
| Alexi | Franklin |
| Waverlynn | Franklin |
| Amber | Franklin |
| Jeffrey | Franklin |
| Samantha | Franklin |
| Steven | Franz |
| Christopher | Frasier |
| Ibrahim | Frawan |
| Fiona | Frazier |
| Brett | Frederic |
| Debra | Frederick |
| Thomas | Frederick |
| Shawntayne | Frederick |
| Shannon | Freeman |
| Brandon | Freeman |
| Gay | Freeman |
| Juan | Fregoso |
| Jamerai | French |
| David | Frenson |
| Donald | Fricks |
| William | Fricks |
| Jonathan | Fried |
| Paul | Friedline |
| Brian | Friedrich |
| Robert | Frierdich |
| Dustin | Friesen |
| William | Frisbee |
| Alexander | Fritz |
| Julianna | Frome |
| Chase | Fry |
| David | Fryar |
| Tim | Fua |
| Rori | Fudge |
| Demetrius | Fugate |
| Alexis | Fuglio |
| Duke | Fuhrmann |
| Michael | Fuller |
| Terrell | Fulton |
| Sheri | Fultz |
| Shannon | Fultz |

| | |
|---|---|
| Rachel | Funes |
| Bess | Fung |
| Nicole | Fuoco |
| Katherine | Furlong |
| Colby | Furniss |
| Lauren | Fusco |
| Michael | Fusco |
| Rose | Fusco |
| Marshall | Fussell |
| Anita | Fussell |
| Brooke | Gabriel |
| Sumith Kumar | Gaddam |
| Brandi | Gaddis carter |
| Matthew | Gadient |
| James | Gage |
| Lana | Gailani |
| Torri | Gaines |
| Tiya | Gaines |
| Heather | Gaines |
| Andrea | Galbavy |
| Taryn | Gallagher |
| John | Gallagher |
| Allison | Gallagher |
| Timothy | Gallant |
| Steven | Gallion |
| Nicole | Galloway |
| Marvin | Galloway |
| Arturo | Galvan |
| Defaria | Gamble |
| Tamara | Gamble |
| Ashley | Gamino |
| Rajeshwar | Gande |
| Jessica | Gandolfo |
| Diena | Ganesh |
| Michelle | Ganley |
| Alfonso | Gaona |
| James | Garcelon |
| Jessyka | Garcia |
| Santiago | Garcia |
| Brenda | Garcia |
| Kaighlie | Garcia |
| Maritza | garcia |
| Sherri | Garcia |
| Jacqueline | Garcia |
| James | Garcia |
| Albert | Garcia |
| Lucas | Garcia |

| | |
|---|---|
| Luis | Garcia |
| Ariana | Garcia |
| Danny | Garcia |
| Vicky | Garcia |
| Richard | Garcia |
| Jose | Garcia |
| Holly | Garcia |
| Matthew | Garcia |
| Sonia | Garcia |
| Daniel | Garcia Ortiz |
| Michael | Gardenier |
| Caden | Gardner |
| Shaila | Gardner |
| Andre | Gardner |
| Jonathan | Gardner |
| William | Gardner |
| Allan | Garlock |
| Julie | Garner |
| Kattura | Garner |
| Regina | Garner |
| Carol | Garner |
| Thomas | Garnett |
| Kyle | Garnett |
| Merchelle | Garrett |
| Eric | Garrison |
| Melissa | Garza |
| Saul | Garza |
| Justin | Garza |
| Nancy | Garza |
| Heather | Gaston |
| Stefanie | Gaston- Hoffman |
| Timothy | Gates |
| Virginia | Gates |
| Chatara | Gathings |
| James | Gatley |
| Jacqulene | Gattuso |
| Maurice | Gavin |
| Sara | Gaylord |
| Eric | Geiger |
| Mark | Geis |
| Anatolij | Gelimson |
| Manuel | Genao |
| Bobbie Jo | Gentry |
| Andrea | George |
| Alisa | George |
| Christine | George |
| Ebony | Georgie-Tapia |

| | |
|---|---|
| Tracey | Geracia |
| Danni | Germano |
| Danielle | Gershzon |
| Kayla | Gerst |
| Stacey | Geyer |
| Soumitree | Ghose |
| Samarpita | Ghosh |
| Sara | Giamarusti |
| John | Giamarusti |
| Nikoleta | Giannopoulos |
| Jennifer | Gibbs |
| Zadoc Rb | Gibbs |
| Lashonda | Gibbs |
| Danny | Gibbs |
| Christian | Gibson |
| Shameka | Gibson |
| Alicia | Gibson |
| Christopher | Giddings |
| Jeri | Gideon |
| Kristopher | Giffin |
| Carlos | Gil |
| Laura | Gil |
| Porchea | Gilbert |
| Hunter | Gilbert |
| Kenneth | Gilbert |
| Tierra | Gilbreath |
| William | Gilchrist |
| Mark | Giles |
| Lutoria | Gill |
| Javona | Gill |
| Edwin | Gilleand |
| Sean | Gilligan |
| Jon | Gillum |
| Richard | Gilmore |
| Eric | Gilson |
| Courtney | Gilson |
| Ryan | Gilson |
| Fatima | Gindeel |
| Lance | Giroir |
| Rachel | Girty |
| Michele | Giuliani |
| Caitlin | Giuliano |
| Mario | Givens |
| Christine | Glasko |
| Jenna | Glasper |
| Chloe | Glass |
| Saul | Glist |

| | |
|---|---|
| Rhondi | Glomb |
| Andrew | Glosemeyer |
| Rhennevor | Gloster |
| Savannah | Glover |
| Jonathan | Glover |
| William | Glover |
| Spencer | Glubay |
| Mike | Glugla |
| Sasha | Go |
| James | Gober |
| Jerome | Goddard |
| Jeffrey | Gode |
| Felipe | Godoy Aguirre |
| Jonathan | Goecker |
| Crystal | Goerlitz |
| Cheryl | Goforth |
| Carolina | Goicolea |
| Tasmin | Goins |
| Angelo | Goldsmith |
| Justin | Gomez |
| Pete | Gomez |
| Melissa | Gomez |
| MICHAEL | GOMEZ |
| Elizabeth | Gomez |
| Joanne | Gomez |
| Justin | Goncz |
| Summer | Gonzales |
| Roberto | Gonzales |
| Speedy | Gonzales |
| Larissa | Gonzales |
| James | Gonzales |
| Mirka | Gonzalez |
| Patsy | Gonzalez |
| David | Gonzalez |
| Elizabeth | Gonzalez |
| Eric | Gonzalez |
| David | Gonzalez |
| Veronica | Gonzalez |
| Saul | Gonzalez |
| Jesus | Gonzalez |
| Joseph | Gonzalez |
| Frank | Gonzalez |
| Daniel | Good |
| Cidney | Goodall |
| Phillip | Goodberry |
| Adam | Goodman |
| Amanda | Goodman |

| | |
|---|---|
| LaToya | Goodwin |
| Michelle | Goodwin |
| Andre | Goodwin |
| Sean | Goodwin |
| April | Gordon |
| William | Gordon |
| Garrett | Gordon |
| Jacob | Gorham |
| Stacey | Gorman |
| Andrew | Gorney |
| James R. | Gorrell |
| Jordan | Gottesman |
| Rebekah | Goutremout |
| Shaniqua | Gowens |
| Michael | Grabowski |
| Rebecca | Grace |
| Hilliary | Grace |
| Tabitha | Grady |
| Paul | Graham |
| David | Graham |
| Larry | Gramps |
| Precious | Granger |
| Desirae | Granillo |
| Shalon | Grant |
| Michael | Grant |
| Keyona | Grant |
| Michael | Grap |
| Jane | Gratzianna |
| Andrew | Gray |
| Jonathan | Gray |
| Terry | Gray |
| Steven | Gray |
| Carla | Gray |
| Ursula | Gray |
| Jamahl | Gray |
| Chamaine | Grays |
| Young | Greathouse |
| Joseph | Greco |
| Chanett | Green |
| Marsha | Green |
| Beverly | Green |
| Joshua | Green |
| Lawrence | Green |
| George | Green |
| Theophilus | Green |
| Leroy | Green |
| Raymond | Green |

| | |
|---|---|
| Ronda | Green |
| Jolen | Green |
| Shelica | Green |
| Dorrisha | Green |
| Lauren | Green |
| Bailey | Green |
| Paul | Greenberg |
| Josh | Greenberg |
| Vernard B | Greene |
| Sharika | Greene |
| Priya | Greer |
| Jason | Gregg |
| Michelle | Gregory |
| JUSTIN | Gregory |
| Wendy | Gregory |
| adam | gregory |
| Sarah | Greybeck |
| Lawrence | Gribble |
| Dan | Griego |
| Paul | Griffin |
| Kenry | Griffin |
| Maurice | Griffin |
| Michael | Griffin |
| Tyrina | Griffin |
| Kimberly | Griffin |
| Jeffrey | Griffith |
| Robert | Griffith |
| Steven | Griggs |
| Juan | Grimaldi |
| Vanessa | Grimes |
| Gage | Grishaw |
| Billy | Grissom |
| Correen | Grob |
| Rachel | Groesch |
| Chris | Gros |
| Seth | Gross |
| Eugenia | Gross |
| Frederick | Gross |
| Jordan | Grove |
| Stephanie | Grove |
| Peter | Groves |
| Jeffrey | Grow |
| Karl | Grubaugh |
| Michael | Gruen |
| William | Gubrud |
| David | Gudermuth |
| Sara | Guerrero |

| | |
|---|---|
| Tomas | Guerrero |
| Armando | Guerrero |
| Javier | Guerrero |
| David | Guevara |
| Gianna | Guevara |
| Jonel | Guevara |
| Melanee | Guevara-Barnhart |
| Tim | Guiden |
| Heidi | Guidry |
| Scott | Gulick |
| Connie | Gulley |
| John | Gumbs |
| Ricky | Gundrum |
| Darold | Gunion |
| Shawna | Gusa |
| Mckinzie | Gusky |
| Gregg | Gusta |
| Michael | Gustafson |
| Robert | guthrie |
| Amanda | Guthrie |
| Derek | Gutierrez |
| Nicole | Gutierrez |
| Elmer | Gutierrez |
| James | Gutierrez |
| Kia | Gyant |
| Rheanna | Haeg |
| Jared | Haemmerle |
| Aaron | Hafliger |
| Jennifer | Hagen |
| Oleta | Haggin |
| Malika | Haggins |
| Dion | Hague |
| Jossie | Haines |
| Carolyn | Hairston |
| Carolyn | Hairston |
| Eunice | Haith |
| Musa | Hajdini |
| Amy | Hakala |
| Chris | Halbert |
| Jon | Hale |
| Kimberly | Haley |
| Cheryl | Haley |
| Randall | Haley |
| Sharon | Hall |
| Austin | Hall |
| Talor | Hall |
| Paul | HALL |

| | |
|---|---|
| Joanne | Hall |
| Justin | Hall |
| Trevor | Hall |
| Liz | Hall |
| Jasimin | Hall |
| Stephen | Hall |
| Kathryn | Hall |
| Jaylene | Hall |
| Terrence | Hall |
| Brennan | Halliday |
| Jacob | Hallman |
| Ashley | Hallman |
| Angela | Hallmark |
| Andrea | Halsell |
| Jennifer | Hamblin |
| Mohammed | Hamdan |
| Lee | Hamer |
| Joe | Hamill |
| Donald | Hamilton |
| Adham | Hammad |
| Stephanie | Hammersley |
| Paul | Hammock |
| Tekela | Hammond |
| Samuel | Hampton |
| Merlin | Hampton |
| Lenae | Hampton |
| Glendle | Hampton |
| Shavoker | Hampton |
| steven | Hampton |
| Jacqueline | Hampton |
| T.Collin | Hampton-Kelley |
| Jonathan | Hanasab |
| Shawn | Hance |
| Jeff | Hancock |
| Ryan | Hand |
| Billy | Hand |
| Robert | Hanks |
| Nicholas | Hanna |
| Michelle | Hannah |
| Anthony | Hannah |
| Daniel | Hannah |
| James | Hannon |
| Janie | Hansen |
| Terrance | Hansen |
| Thomas | Hanson |
| Luqman | Haqq |
| Alicia | Haqq |

| | |
|---|---|
| Kristina M | Haraway |
| Michael | Harbin |
| Fred | Harbison jr |
| Latisha | Hardin |
| Chanteau | Hardin |
| Bryson | Harding |
| Kelly | Harding |
| Darren | Hardwell |
| Dominque | Hardwick |
| Carl | Hardy |
| Steven | Hardy |
| Tomeka | Hardy |
| Samantha | Hardy |
| Jon | Hardy |
| Kisa | Hargett |
| Sarah | Harig |
| Hailey | Harlan Bennion |
| Deloris | Harmon |
| Macy | Harmon |
| Jody | Harper |
| Adam | Harper |
| Charlene | Harrell |
| Margaret | Harrell Perkins |
| Michelle | Harrelson |
| Latoya | Harrington |
| Britanny | Harrington |
| Reshemiah | Harris |
| Tracey | Harris |
| Sheila | Harris |
| Zac | Harris |
| Trenteka | Harris |
| Tony | Harris |
| Melanie | Harris |
| David | Harris |
| Mary | Harris |
| Chakundala | Harris |
| Mindy | Harris |
| Shereva | Harris |
| Chandra | Harris |
| Fredia | Harris |
| Tiffany | Harris |
| Yukeia | Harris |
| Kendric | Harrison |
| Rico | Harrison |
| Aaron | Harrison |
| Susan | Hart |
| Heavan | Hart |

| | |
|---|---|
| Alex | Hart |
| Matt | Hartsfield |
| Arthur | Hartzell |
| Daryl | Harvey |
| Brent | Harvey |
| Jamal | Harvey |
| Dallin | Harvill |
| Alexander | Harvin |
| Reem | Hashim |
| Samantha | Hasler |
| Wynn | Hasler |
| Mayra | Hass |
| Victoria | Hastings |
| Keli | Hatcher |
| Julian | Hatchett |
| Stephen | Hatfield |
| Jon | Hatten |
| Jon | Hatzis |
| Terry | Haus |
| James | Hausmann |
| Kristen | Haut |
| Nicole | Hawkins |
| Laci | Hay |
| Mason | Haycock |
| Thomas | Hayden |
| Michael | Hayes |
| Carol | Hayes |
| Mack | Hayes |
| Emilee | Hayford |
| Daphne | Hayman |
| Sharise | Haynes |
| Michael | Haynes |
| Misty | Haynes |
| Christopher | Haynes |
| Terry | Haynes |
| Alexandria | Hays |
| Teresa | Hays |
| Bianca | Haywood |
| Elliott | Hazen |
| Michael | Hazen |
| Tony | Hazis |
| Sarah | Healy |
| Demi | Hearin |
| Jason | Hedgepeth |
| Scott | Hegstad |
| Dawn | Heibler |
| William | Heinatz |

| | |
|---|---|
| Jody | Heinle |
| Brian | Heisler |
| Kathleen | Heisserer |
| Alexander | Hejazi |
| Charles | Helmick |
| Mary | Helper |
| Bryan | Helvey |
| Natalia | Hemley |
| Mark | Henderson |
| Patricia | Henderson |
| Robert | Henderson |
| Michael | Henderson |
| Lauren | Henderson |
| Anthony | Hendley |
| Brandy | Henley |
| Mike | Henningsen |
| mark | henry |
| David | Henry |
| Patrick | Henry |
| Tyler | Henry |
| Regina | Henry |
| Shawn | Henry |
| Tiffany | Henry |
| Trevor | Henson |
| Teresa | Henson |
| Anna | Hercule |
| Adrian | Heredia |
| Asia | Hernandez |
| Rene | Hernandez |
| Sherry | Hernandez |
| Sandra | Hernandez |
| Christine | Hernandez |
| Yesenia | Hernandez |
| Isaias | Hernandez |
| Roy | Hernandez |
| Jonathan | Hernandez |
| Victor | Hernandez |
| Jaime | Hernandez |
| John | Hernandez |
| Anthony | Hernandez |
| Chantel | Hernandez |
| Carmen | Hernandez |
| Renee | Hernandez |
| Veronica | Hernandez Zapata |
| William | Herren jr |
| Lisa | Herrera |
| Brayan | Herrera |

| | |
|---|---|
| Marlon | Herrera |
| Greg | Herrmann |
| Matt | Hersh |
| Ashley | Hertzog |
| Nora | Herzog |
| David | Hester |
| Matthew | Hetrick |
| Lisa | Heuberger |
| Candyce | Hevener |
| Larry | Heward |
| Lamar | Hewitt |
| Jason | Hickey |
| Beth | Hicks |
| Esther | Hicks |
| Tahjanique | Hicks |
| Kamisha | Hicks |
| Rekia | Hicks |
| Lee | Hide |
| Logan | Hidey |
| Windy | Higginbotham |
| David | Higgins |
| Andrew | Higgins |
| Ashley | Higgins |
| Jacob | High |
| Kelton | Hight |
| Keith | Hilbert |
| Jeffery | Hill |
| Cassandra | Hill |
| Dwayne | Hill |
| Scott | Hill |
| Delone | Hill |
| Jacques | Hill |
| Tom | Hill |
| Dionne | Hill |
| Elizabeth | Hill |
| Sierra | Hill |
| Keonquil | Hill |
| Tia | Hillary |
| David | Hillger |
| Andrew | Hillis |
| Jessica | Hill-Rogers |
| Kirby | Hilyard |
| Robert | Himes |
| Nika | Hines |
| Brandon | Hinkle |
| Eric | Hinkle |
| Shelby | Hinshaw |

| | |
|---|---|
| Arkeeya | Hinton |
| Anthony | Hinton |
| Christian | Hipkins |
| Duane | Hirsch |
| Peterallen | Hirschoff |
| David | Hiser |
| Mary | Hitcho |
| Ruth | Hlad |
| Tyler | Hochberg |
| Keith | Hodapp II |
| Kevin | Hodge |
| Jady | Hodge |
| Douglas | Hodges |
| Jimmy | Hodges |
| Shain | Hodges |
| Randy | Hodges |
| Anita | Hodges |
| David | Hodges |
| Julia | Hodges |
| Holly | Hodges |
| Troy | Hodges |
| Mark | Hoffman |
| Joshua | Hoffman |
| DonnaMarie | Hoffman |
| Marc | Hogan |
| John | Hogg |
| Ronnie | Holbert |
| Niles | Holder |
| Michael | Holder |
| Alicia | Holdren |
| Alexandra | Holle |
| Carolyn | Hollingsworth |
| Anthony | Hollinsworth |
| Mark | Hollister |
| Mark | Hollister |
| Teresa | Holloway |
| Anthony | Holman |
| Daladia | Holmes |
| Kanitra | Holmes |
| Caren | Holmes |
| Kirsten | Holmes |
| Charles | Holt |
| Cassandra | Holt |
| David | Honeycutt |
| Alan | Hong |
| Cris | Honrada Jr |
| Jim | Honsberger |

| | |
|---|---|
| Tannya | Hood |
| Charmonica | Hood |
| Adriana | Hooker |
| Joshua | Hooper |
| Vonda | Hoover |
| Calen | Hopings |
| Martin | Hopkins |
| Anthony | Hopkins |
| Liam | Hopkins |
| Vanessa | Horn |
| Sara | Horn |
| Amber | Horne |
| Joshua | Horne |
| Eugene | Horne Sr. |
| Heather | Horned Eagle |
| Arturo | Horton |
| Varian | Horton |
| Latasha | Horton |
| John | Hoschouer |
| Charles | Hosey |
| Martin | Hotten |
| Cynthia | Houck |
| Sherri | Hough |
| Katina | House |
| Rebecca | Houston |
| Daniel | Houston |
| Kadeydra | Houston |
| Bobbie | Howard |
| Scott | Howard |
| Gonyea | Howard |
| Mikenin | Howard |
| Tamoiya | Howard |
| Michael | Howard |
| Roger | Howard |
| Jamie | Howe |
| Rachel | Howell |
| Diane | Howell |
| Darrenique | Howell |
| Mary | Howkins |
| Emily | Hribal |
| Chester | Hubble |
| Tammy | Hudson |
| Wesley | Hudson |
| Jennifer | Hudspeth |
| Selena | Huerta-Marquez |
| Lissa | Huff |
| Constance | Huff |

| | |
|---|---|
| Brittney | Hughes |
| Elizabeth | Hughes |
| Sultana | Hughes |
| Justin | Hughes |
| Denny | Hughes |
| Yulanda | Hughes |
| Robert | Humphrey |
| Linda | Humphrey |
| John | Humphries |
| Alton | Hunnicutt |
| Robert | Hunt |
| Graham | Hunt |
| Taylor | Hunter |
| John | Hunter |
| Leah | Hunter |
| John | Hunter |
| Erick | Hurley |
| Chet | Hurley |
| Altaf | Hussain |
| Ayesha | Hussain |
| Megan | Hussakowski |
| Sarah | Huston |
| Crystal | Hutchins |
| Ashakii | Hutchinson |
| Cathy | Hutchinson |
| Katrina | Hutchinson |
| Ryan | Hutchinson |
| Jasmine | Hutson |
| Blake | Hutson |
| Cindy | Hutton |
| Traci | Hylton |
| Mayrilenny | Igoe |
| Vinny | Ilaria |
| Curtis | Ingalls |
| Cassandra | Inman |
| John | Insco |
| Odell | Irby |
| Gary | Irish |
| Tewanna | Irvin |
| Paulette | Isaac napper |
| Andrei | Isari |
| Mira | Israel |
| Mark | Ivanyo |
| Luis | Ives |
| Anthony | Ivy |
| Derrick | Jabara |
| James | Jackson |

| | |
|---|---|
| Merilyn | Jackson |
| Marcus | Jackson |
| Courtney | Jackson |
| Kim | Jackson |
| Kiana | Jackson |
| Aaron | Jackson |
| Meridith | Jackson |
| Todd | Jackson |
| Valerie | Jackson |
| Nicole | Jackson |
| Peyton | Jackson |
| Bryford | Jackson |
| Toshiya | Jackson |
| Sherry | Jackson |
| Chateau | Jackson |
| Kenyon | Jackson |
| Alberto | Jackson |
| Andrew | Jacobs |
| Marsha | Jacobs |
| Donald | Jacobs |
| Barry | Jacobs |
| Kevin | Jacobsen |
| Nancy | Jacobson |
| Bernardino | Jaime |
| Graciela | Jaimes |
| Shailesh | Jain |
| Malcolm | Jamal |
| Cassandra | James |
| Kimberly | James |
| Kelly | James |
| Emir | James |
| Erana | James |
| Janee | James |
| Ariana | James |
| Guillermina | Janiec |
| Roberta | Jansen |
| Carly | Jaret |
| Jasim | Jarral |
| Jason | Jarrar |
| Robert | Jarrell |
| Jeffrey | Jarrell |
| Kyle | Jarrett |
| Iliana | Jasso |
| Sunny | Jean pierre |
| Christopher | Jeboda |
| Rita | Jefferson |
| Denise | Jefferson |

| | |
|---|---|
| Carey | Jefferson Sr. |
| Dezahrea | Jeffrie |
| Milljan | Jemmott |
| Nicole | Jenkins |
| Marquis | Jenkins |
| Laina | Jenkins |
| LaQuicia | Jenkins |
| Rochelle | Jenkins |
| Nikki | Jennings |
| John | Jennings |
| Eric | Jensen |
| Dana | Jeske |
| Beth | Jesse |
| Patricia | Jester |
| Carlos | Jett Mmartinez |
| Candy | Jewell |
| Jorge | Jimenez |
| Daniel | Jimenez jr |
| Kenneth | Jimenez-Smith |
| Karin | Jinbo |
| Nikita | Joe |
| Kenneth | Johansen |
| Kimberly | John |
| Melissa | Johns |
| Branon | Johns |
| Casey | Johnson |
| Stan | Johnson |
| Erica | Johnson |
| Stephen | Johnson |
| Dorothy | Johnson |
| Nina | Johnson |
| Celeste | Johnson |
| Revelation | Johnson |
| Deanna | Johnson |
| Derrick | Johnson |
| Chardavion | Johnson |
| Linda | Johnson |
| Nicole | Johnson |
| Chris | Johnson |
| Christopher | Johnson |
| Shelton | Johnson |
| Jamal | Johnson |
| Danny | Johnson |
| Meredith | Johnson |
| Hayley | Johnson |
| Alana | Johnson |
| Jan-Maxwell | Johnson |

| | |
|---|---|
| Kurt | Johnson |
| Starina | Johnson |
| Daniel | Johnson |
| Patricia | Johnson |
| Kenyahn | Johnson |
| Shanda | Johnson |
| Marquita | Johnson |
| Demetries | Johnson |
| David | Johnson |
| Suzanne | Johnson |
| Denisha | Johnson |
| Lauri | Johnson |
| Michael | JOHNSON |
| Lawatha | Johnson |
| John | Johnson |
| Wynton | Johnson |
| Dorian | Johnson |
| Lonny | Johnson, Jr |
| Bianca | Johnston |
| Mark | Johnston |
| Terry | Johnston |
| Jeffery | Johnston |
| Clinton | Jolliffe |
| Amy | Joned |
| Lloyd | Jones |
| Sharon | Jones |
| Destin | Jones |
| Judith | Jones |
| Chasity | Jones |
| Richard | Jones |
| Melissa | Jones |
| Terry | Jones |
| Silver | Jones |
| Raven | Jones |
| Russell | Jones |
| Demetrice | Jones |
| Maeshell | Jones |
| Demarcus | Jones |
| Zachary | Jones |
| Dominique | Jones |
| Diane | Jones |
| Paris | Jones |
| Heather | Jones |
| Heather | Jones |
| Brenda | Jones |
| Lola | Jones |
| Dante | Jones |

| | |
|---|---|
| Rasheed | Jones |
| Jo | Jones |
| Tamara | Jones |
| John | Jones |
| Shakedia | Jones |
| Katrina | Jones |
| Mary | Jones |
| Verdelski | Jones |
| Ryan | Jones |
| Sonia | Jones |
| Sheena | Jones |
| Jane | Jones |
| Kenny | Jones |
| Racheal | Jones |
| Amanda | Jones |
| Samantha | Jones |
| Troy | Jones jr |
| Rachael | Jongema |
| Chasity | Jordan |
| Christopher | Jordan |
| Trenis | Jordan |
| Wade | Jordan |
| Benjamin | Jorgens |
| John | Joseph |
| Lijomma | Joseph |
| Julie | Joseph-Ganaway |
| Linda | Josey |
| Cortney | Jotte |
| Cortney | Jotte |
| Annette | Journett |
| Thomas | Joyce |
| Whitley | Jozwiak |
| John | Juarez |
| Paige | Juettner |
| Vanessa | Jules |
| Christopher | Julian |
| Krystal | Julian |
| Tyler | Julius |
| Tod | Julius |
| Patrick | Jura |
| Hunter | Justice |
| James | Justice |
| Elizabeth | Kable |
| mallory | kadake |
| Tracey | Kalista |
| Joseph | Kane |
| Sean | Kane |

| | |
|---|---|
| David | Kane |
| Logan | Kane |
| Christopher | Kaneff |
| Hye Mi | Kang |
| Troy | Kangas |
| Elisabeth | Kannel |
| Patrice | Kantz |
| Jordan | Kaplan |
| Ilias | Karahalios |
| Darlene | Kareem |
| Dr. Kevin | Karlson |
| Alexander | Kasendorf |
| Mark | Kasparoff |
| Gregorios | Katechis |
| Jared | Kay |
| Nicole | Keane |
| Maenina | Kearney |
| Brian | Keating |
| Dan & beth | Keating |
| Tyler | Keefer |
| William | Keefer |
| Qonshicka | Keels |
| Pamela | Keen |
| Thomas | Keenan |
| Rachel | Keiter |
| Donald | Keller |
| Jessica | Kelley |
| Jabraylan | Kelley |
| Will | Kelley |
| Jason | Kellman |
| Kendrick | Kelly |
| Vincent | Kelly |
| Nicholas | Kelly |
| Brittney | Kelly |
| Joseph | Kelsey |
| Nicole | Kemp |
| Shannon | Kemp |
| Lisa | Kendall |
| Bryan | Kennedy |
| Patrick | Kennerson |
| Kevin | Kenny |
| Sherrey | Kent |
| Heather | Kenville |
| Tanya | Kern |
| Peter | Kessler |
| Jill | Kesti |
| Brian | Ketterer |

| | |
|---|---|
| Shalena | Keyes |
| Melba | Keyes |
| Mikhail | Keygen |
| Isiash | Keys |
| hrant | khachatryan |
| Araf | Khalil |
| Yasmine | Khalil |
| Noor | Khan |
| Amina | Khan |
| Robert | Kidd |
| Beth | Kidd |
| Jeffrey | Killam |
| Kristi | Killam |
| Laura | Killam |
| Jerimy | Killam |
| Jenna | Killis |
| Jessica | Killmer |
| Jason | Kim |
| Marcus | Kim |
| Jonathan | Kimball |
| Amanda | Kimble |
| Tesha | Kimbrough |
| Michael | Kinahan |
| Peter | Kincaid |
| Kimberly | Kindred |
| Kim | Kindred |
| Cheyenne | King |
| Patricia | King |
| Chris | King |
| Imani | King |
| Sheila | King |
| Geneva | Kingston |
| Ashleigh | Kinna |
| Nicholas | Kinnear |
| Mel | Kinnee |
| James | Kinyanjui |
| Brad | Kippenbrock |
| Marva | Kirby |
| Sherah | Kirby |
| Justin | Kirby |
| Mark | Kirby |
| James | Kirkland |
| Mary | Kirkland |
| Laurie | Kirkpatrick |
| Margaret | Kirsh |
| Cory | Kiser-Davis |
| Tafline | Kiss |

| | |
|---|---|
| Daniel | Kissick |
| Mark | Kithcart |
| Chad | Klafter |
| Kathy | Klimpel |
| Gordon | Kling |
| Matthew | Klotunowitch |
| Catherine | Knapp |
| Trina | Knerr |
| Stephanie | Knight |
| Conrad | Knight |
| Christina | Knight |
| Jeremy | Knochel |
| James | Knox |
| Elizabeth | Knox |
| Matthew | Knuth |
| Michael | Kobaia |
| Kyle | Kochergen |
| Randall | Kocinski |
| Lara | Kohl-Johnson |
| Catherine | Kohn |
| Emily | Kohring |
| Bryan | Kollar |
| Bryan | Kollar |
| Gregory | Kommel |
| Ann | Konarski |
| Michael | Kopesec |
| Nickolas | Kordalis |
| Jennifer | Kosmas |
| Vicki | Kossow |
| Lori | Kostopolus |
| Sherry | Kotenski |
| Alyssa | Kovin |
| Lindsay | Kovski |
| Jacqueline | Kowal |
| Rodney | Kozlek |
| David | Kraft |
| Anna | Kriger |
| Vanessa | Krikes |
| Bj | Krikorian |
| Carol | Kriss |
| Samantha | Kritner |
| Kent | Krizik |
| Shelby | Kromer |
| Christopher | Kruger |
| Kelly | Kruse |
| Lisa | Krzywicki |
| Cody | Kuchan |

| | |
|---|---|
| Leigha | Kuehl |
| Julianna | Kufeldt |
| Gina | Kuhl |
| Brendan | Kuhns |
| Abhilash | Kulkarni |
| Kierra | Kurtyka |
| Nathan | Kushner |
| Jacob | Kuska |
| Jamie | Kussman |
| Claudia | Kutnink |
| Daphne | Kuver |
| Cody | Kuykendall |
| Cedar | Kuzma |
| Berttila | Kyovi |
| Wesley | Kyrish |
| Salvatore | La Barbera |
| Tyler | Laa |
| Patricia Lynn | Laas |
| Amin | Laboriel |
| John | Lacanilao |
| Joseph | Lacayo |
| Latiyah | Lacey |
| Maurice | Lacey |
| Morgan | Lackey |
| Katrina | Lackey |
| Nicole | Lackie |
| Barton | LaCour |
| Kayla | Lacy |
| Gregory | Ladd |
| Lindsay | Ladner Kohnken |
| Edie | LaFrance |
| Melissa | Lakey |
| Helena | Lamb |
| Natacha | Lambert |
| Christy | Lambert |
| Courtney | Lambert |
| Suzan | Landeen |
| Susana | Landin |
| Nancy | Landon |
| Laterra | Lane |
| Reneau | Laney |
| Randall | Lang |
| Brian | Lang |
| Charlene | Langley |
| Gwen | Lanier |
| Antoinette | Lanus |
| Matt | LaPorte |

| | |
|---|---|
| Joel | Lara |
| Joseph | Larry |
| Gary | Larson |
| Patricia | Larson |
| Lucas | Larson |
| James | Larson |
| Lynn | Larson |
| Diana | LaRussa |
| Tiffany | Lary |
| Monique | Lascelles |
| Jodi | Lasseigne |
| Rhonda | Laster |
| Jackie | Latch |
| Herbert | Latham |
| Debra | Lauckarn |
| Shannon | Laughlin |
| Michelle | Lauletta |
| Carlos | Laureano |
| Caryn | Lavka |
| Shane | Law |
| Michael | Lawlor |
| JERRY | LAWRENCE |
| Joshua | Lawrence |
| Joseph | Lawrence |
| Robert | Lawrence II |
| Chase | Laws |
| Robin | Lawshe |
| Brooke | Lawson |
| Grace | Lawton |
| Morris | Layton |
| Dennis | Lazinek |
| Regina | Le |
| Gary | Leach |
| Leann | Leach |
| Kurtis | Leader |
| Tammy | Leal |
| William | Leblanc |
| Robert | Leblanc |
| Josh | Lec |
| Jeffery | LeCompte |
| Lyric | Lee |
| RONALD | LEE |
| Kathie | Lee |
| Latesha | Lee |
| Nicholas | Lee |
| Jakorian | Lee |
| Kathy | Lee |

| | |
|---|---|
| Kukjin | Lee |
| Cheryl | lee |
| Joseph | Lee |
| Robert | Lee Jr. |
| Robert | Lefkowitz |
| Prince | Leftridge |
| Francine | Leggett |
| Zach | Lehnherr |
| Rebecca | Lehr |
| Sierra | Leland |
| David | Leleaux |
| Leonard H | LeMaire |
| Janice | Lemon |
| Karen | Lenhart |
| Sandra | Lenholt |
| Marcos | Leon |
| Heather | Leonard |
| Sean | Leonard |
| Hau Xiang | Leong |
| Brittany | Leonhardt |
| Victor | Lepkowicz |
| Michael | Lesosky |
| Carey | Lester |
| Mark | Letoski |
| Tom | LeTourneau |
| Dave | Leval |
| Jaime | Leverington |
| Lior | Levy |
| Michelle | Levy |
| Akira | Lewis |
| Nattalie | Lewis |
| Kevin | Lewis |
| Marinda | Lewis |
| Ashleigh | Lewis |
| Tina | Lewis |
| Nadia | Lewis |
| Amber | Lewis |
| Debra | LEWIS |
| Tyffany | Lewis |
| Mary | Lewis |
| Kayla | Lewis |
| Aletha | Lewis |
| Leanne | Lewis |
| Nakisha | Lewis |
| Christal | Lewis Alsanders |
| Alex | Lewis Valverde |
| Adele | Lewitz |

| | |
|---|---|
| Xavier | Leyva |
| Hsing-Hung | Li |
| Vera | Lige |
| Lucinda | Light |
| Deborah | Liles |
| Sam | Lim |
| Lucas | Lima |
| Michael O | Lindberg |
| jeanna | lindgren |
| Adam | Lindner |
| Tom | Lindquist |
| Bejay | Lindseth |
| Tamara | Lindsey |
| Stephen | Lindsey |
| Christopher | Lindsey |
| Destiny | Lindsey |
| Abraham | Liou |
| Francesca | Liscidini |
| Joel | Lissy |
| Tracy | Litavec |
| Cherlyn | Litnauwista |
| Spencer | Little |
| Markeith | Little |
| Kristen | Little |
| Richard | Littlefield |
| Adrienne | Littlejohn |
| Stacey | Littlepage |
| Dehlia | Litton |
| Richard | Littrell |
| Danean | Livingston |
| Lorraine | Lizardo |
| Cristian | Llano |
| Shanda | Lloyd |
| Heather | Lockard |
| Jennifer | Lockenvitz |
| Tako | Lockett |
| Kimberly | Locklear |
| Marchelle | Logan |
| Mary | Loggins |
| Amanda | Logue |
| Alvin | Loh |
| Gerardo | Londono-Granger |
| Darisha | Londow-Knightshed |
| Chelsea | Long |
| Joshua | Long |
| Shelbie | Long |
| Jeffery | Long |

| | |
|---|---|
| Freemon | Longmire |
| Daniel | Longnecker |
| Alexander | Loosen-Scholer |
| Corey | Lopes |
| Cymechia | Lopez |
| Miguel | Lopez |
| Marisela | Lopez |
| Krystal | Lopez |
| Marlene | Lopez |
| Irving | Lopez |
| Christine | Lopez |
| Danny | Lopez |
| Eligio | Lopez |
| Manuel m | Lopez jr |
| Patricia | Lopez-Pullman |
| Jorge | Loredo |
| Daniel | Lorenz |
| Jill | Lorenzo |
| Paul | Loris |
| Michael | Lorton |
| Jennifer | Loudin |
| Amanda | Louise Nash (Brown) |
| Sabrina | Love |
| Farrah | Love |
| Zachary | Lovegrove |
| Montaveis | Lovings |
| Karen | Lowder |
| Cheryl | Lowe |
| Brian | Lowe |
| Jamarlin | Lowe |
| Vontrice | Lowe |
| Courtney | Lowman |
| Jamie | Lowrance |
| Mark | Lowry |
| Joseph | Loy |
| Edgar | Lozano |
| Janice | Lozner |
| David | Lucas |
| Brandy | Luce |
| Brandon | Luczek |
| Adam | Lukowicz |
| Melanie | Luna |
| Adriana | Luna |
| Josiah | Lund |
| Christopher | Lungo |
| Ashley | Luther |
| Thomas | Luzik |

| | |
|---|---|
| Michael | Lyman |
| Jennifer | Lynch |
| Morgan | Lyndall |
| Darren | Lyons |
| Michele | Lyons |
| Samuel | Lytle |
| Gene | M Jones |
| Nhung | Mach |
| Laura | Machals |
| Michael | Machanska |
| Elvis | Machuca |
| Marisa | Macias |
| Jessica | Macias |
| Jennifer | Mack |
| Kielah | Mack |
| Danielle | Mackey |
| Ragna | Macnack |
| Melinda | Madden |
| Tyler | Maddox |
| Terry | Madison |
| Madison | Madlock |
| Sevan | Madoyan |
| Jacqueline | Madrid |
| Michael | Madrid |
| Alicia | Maerki |
| Michael | Maffei |
| Patrick | Magistro |
| Angela | Magnaghi |
| Jeff | Magno |
| Donna | Magnus |
| Brian | Magtoto |
| Teresa | Maguire |
| Eladj | Mahamat |
| Heidi | Maier |
| Robert | Main |
| Jonathan | Majus |
| Calvin | Makupson |
| Fabricio | Malaguez Webber |
| Sandrine | Malary |
| Noel | Maldonado |
| Hector | Maldonado |
| Amaryllis | Maldonado |
| Gayla | Malek |
| Wasim | Malik |
| Steven | Maller |
| Meredith | Mallett |
| Maegan | Maloney |

| | |
|---|---|
| Channing | Malubay |
| Brook | Mancinelli |
| Chelsea | Mandeville |
| Christopher | Manfred |
| Michael | Mangual |
| Richard | Manjarres |
| Bravitt | Manley |
| Ina | Manning |
| Jerry | Mansfield |
| Brianna | Mansouri |
| Gary | Mantovani |
| Vanessa | Manuel |
| Casey | Manuel |
| Ryan Patrick | Mapile |
| Charlene | Maponga |
| Valeri | Marcantel |
| Jacob | Marcet |
| Joan | Marchiano |
| Peter | Marchitello |
| Christina | Marcus |
| Michael | Marich |
| Brian | Marin |
| Danielle | Marke |
| David | Markel |
| Harold | Marker |
| Cortney | Marks |
| Trista | Marler |
| Kelly | Marley |
| Paul | Marotta |
| Chirstian | Marquez |
| Azura | Marr |
| Ryan | Marr |
| Madeline | Marsh |
| Christine | Marshall |
| Olivia | Marshall |
| Misty | Martel |
| Brian | Martin |
| Treesa | Martin |
| Phillip | Martin |
| Khyell | Martin |
| Daniel | Martin |
| Christina | Martin |
| Sean | Martin |
| Justin | Martin |
| Tim | Martin |
| Natasha | Martin |
| Jason | Martin |

| | |
|---|---|
| Jonathan | Martin |
| Meghan | martin |
| Brittany | Martin |
| Yolanda | Martin |
| Albert | Martindale |
| Jeff | Martinez |
| Aldo | Martinez |
| Justin | Martinez |
| Tamara | Martinez |
| Ivan | Martinez |
| Guillermo | Martinez |
| Edgar | Martinez |
| Rene | Martinez |
| Diane | Martinez |
| Jennifer | Martinez |
| Sabrina | Martinez |
| Alejandra | Martinez |
| Izhar | Martinez |
| Adrian | Martinez |
| Marcos | Martinez |
| Sefra | Martinez |
| Alfredo | Martinez |
| Breana | Martinez |
| Tamee | Martini |
| Zedrik | Marves |
| Shanna | Mason |
| Tamara | Mason |
| Charles | Mason |
| Randy | Mason |
| Robert | Mason |
| David | Masoncup |
| Ahmar | Masood |
| Tracey | Massey |
| Vicki | Massie |
| Scott | Mastrionni |
| Alyssa | Mata |
| Leeangel | Mathews |
| William | Mathews |
| Courtney | Mathis |
| Kurosh | Matin |
| Andrew | Matos |
| Emmarie | Matos |
| Hisakata | Matsuki |
| Maddox | Matthews |
| Thomas | Matthews |
| Andrew | Mattis |
| Brittany | Maul |

| | |
|---|---|
| Michael | Maura |
| Andria | Maxwell |
| Nicole | Maxwell |
| marissa | may |
| Jacob | May |
| John | May |
| Jeff | Mayer |
| Jason | Mayer |
| LaMarcus | Mayes |
| Larry | Mayes Jr |
| Terese | Mayfield |
| JONATHAN | MAYNOR |
| Ivory or Myra | Maynor |
| Kristen | Mayo |
| Kolton | Mays |
| Everardo | Mazadiego |
| Matthew | Mazzoni |
| Brad | Mcadams |
| Bradley | McAlester |
| Melissa | McAvoy |
| Tammy | Mccabe |
| Casandra | McCalip |
| Sharon | McCall |
| deede | mccallister |
| Laura | Mccanless |
| Bruce | McCarl |
| Margie | Mccarter |
| Dustin | McCarty |
| Andrew | McCatty |
| Linda | Mccladdie |
| Leander | Mcclain |
| Robert | McClain |
| Thomas | Mcclain |
| Ryan | McClelland |
| Ira | McClimans |
| Dontavius | McClure |
| Jeff | McConnell |
| Daniel | McCoy |
| SATARIA | Mccoy |
| Lisa Nesia | Mccrary Foote |
| Randy | Mccray |
| Lacreshia | Mccree |
| Stephen | Mccue |
| James | McCurley |
| Walter | Mcdaniel |
| Charyse | McDaniel |
| Ryan | McDermott |

| | |
|---|---|
| Michael | Mcdonald |
| Awame | Mcdonald |
| Josette | McDonald |
| Brandon | McDonald |
| Elizabeth | McDowell |
| Shawan | McElveen |
| Carrie | Mcentire |
| Stacy | McFarland |
| Patrick | Mcfarren |
| Scott | McGary |
| Bobbi | Mcgee |
| Mark | McGee |
| Chris | Mcghee |
| Preston | McGinnis |
| Steven | McGonigle |
| Maximilian | Mcgowan |
| Jason | McGrath |
| Michael | McGuinness |
| Melissa | McGuire |
| Nicholias | McGuire |
| Tom | McGuire |
| Zachary | McGuirk |
| Ken | McHone |
| Erin | Mchugh |
| Michael | McIntosh |
| James | Mckay |
| Kimberly | McKeehan |
| Willie | Mckeller |
| Debra | McKenzie |
| Robert | McKey |
| Jillian | Mckie |
| Joseph | McKinney |
| Patricia | Mckinney |
| Michael | McKinnie |
| Brittany | McLain |
| Sheila | McLain |
| Linford | Mclarty |
| Eliott | McLaughlin |
| Dusty | Mclaughlin |
| Kevin | McLeod |
| Mary | Mcleroy |
| Lesa | Mcmillan |
| Amanda | McMillan |
| Daniel | McMullen |
| Karen | MCMURTRY |
| Brandy | Mcnabb |
| Mark | McNaught |

| | |
|---|---|
| Steve | Mcnaught |
| Dustin | McNeeley |
| Betty | McNew |
| Tyler | McPheeters |
| Thadd | McQuade |
| Ethan | McRae |
| William | McSweeney |
| Timothy | McSweeney |
| Mark | McTeague |
| Julie | Meade |
| RAYMOND | MEAGHER |
| Marie | Meagher |
| MERRY | MEANS |
| Shaena | Mecenas |
| Scot | Medford |
| Maria | Medina |
| Madeline | Medina |
| Veronica | Medina |
| Amy Marie | Medina |
| Saulo | Medina |
| Noe | Medina |
| Jacob | Medley |
| Zev | Mednick |
| Jessicia | Meeks |
| Lynner | Meeks |
| Mia | Mehmedbasic |
| Saman | Mehryar |
| Crystal | Meineke |
| Zachary | Meitzenheimer |
| Ramses | Mejias |
| Nicholas | Mele |
| Lydia | Melendez |
| Michael | Melton |
| Cedric | Melton |
| Michael | Mendez |
| Nora | Mendez |
| Santiago | Mendez |
| Yahdaeh | Mendoza |
| Jeanette | Mercado |
| Michael | Mercado |
| Julie | Merchant |
| Bradley | Meredith |
| Sonji | Meredith |
| Suzanne | Mergucz |
| Michela | Merlo |
| Daniel | Mero |
| Monteith | Merrick |

| | |
|---|---|
| Jennifer | Merritt |
| Michcal | Mesch-listo |
| Nicole | Messina |
| Kristoffer | Metcalf |
| Carl | Metellus |
| Monica | Meyerhoff |
| Jeff | Meyers |
| Javier | Micarelli |
| Stefano | Middei |
| Claude | Middleton |
| Janice | Middleton |
| Marjorie | Mierzwak |
| Joseph | Mifsud |
| Paris | Mihaj |
| Markila | Milam |
| James | Miles |
| Jessie | Miles |
| Shay | Millard |
| adam | millard |
| Danetra | Miller |
| Shawn | Miller |
| Jessica | Miller |
| Ella | Miller |
| nicholas | Miller |
| Jason | Miller |
| David | Miller |
| AMY | MILLER |
| Paul | Miller |
| Gloria | Miller |
| Diane | Miller |
| Mary | Miller |
| Melissa | Miller |
| Dianna | Miller |
| Spencer | Miller |
| Thomas | Miller |
| Krissy | Miller |
| Lisa | Miller |
| Stephan | Miller |
| Latosha | Milliner |
| Maryhelen | Million |
| Morena | Mills |
| Ryan | Mills |
| Lesley | Mills |
| Genoveva | Milton |
| Tarsha | Milton |
| Steven | Minardi |
| Erica | Minder |

| | |
|---|---|
| Andrew | Miner |
| Claudette | Minnotte |
| Ivan | Mino |
| India | Minor |
| Cynthia | Miracle |
| Norma | Miranda |
| Matthew | Mirelez |
| Ajmal | Mirzai |
| George | Miserendino |
| Terry | Mishler |
| Donna | Mistek |
| Amanda | Mistretta |
| Jason | Mitchell |
| Sanchasaty | Mitchell |
| Chionita | Mitchell |
| Randolph | Mitchell |
| Thomas | Mitchell |
| Libbie | Mitchem |
| Ann | Mittelsteadt-Corman |
| Ashley | Mize |
| Melody | Moberg |
| Christopher | Mobley |
| John | Mobley |
| Jonathan | Mock |
| Marion | Modesitt |
| Karen | Moffit |
| Indra | Mohabir |
| Simon | Molina |
| Estevan | Molina |
| Ruben | Molina |
| Christian | Molloy |
| Alexander | Molnar |
| Mike | Moncrief |
| Linda | Moncrief |
| Ross | Moncrief |
| Larry | Monden |
| William | Money |
| Selena | Mongeon |
| Brandi | Mongold |
| Tonya | Mongold |
| Chase | Monjarez |
| Christopher | Monroe |
| Jackie | Monroy Reyes |
| Jennifer | Monteiro Costa |
| Daniel | Montero |
| Maria | Montez |
| Theodore | Monthey |

| | |
|---|---|
| Antulio | Montiel |
| Marcos | Montoya |
| Joe | Montoya |
| Kelly | Mooneyham |
| Richard | Moore |
| Catrice | Moore |
| Adrian | Moore |
| Melodie | Moore |
| Michele | Moore |
| Vankeita | Moore |
| Brandon | Moore |
| Apryl | Moore |
| Thomas | Moore |
| Holly | Moore |
| Neil | Moore |
| James | Moore |
| Jeffery | Moore |
| Leslie | Moore |
| Charles | Moore |
| Chyna | Moore |
| William | Moore |
| Sarah | Moore |
| Baisha | Moore |
| Lindsey | Moore |
| David | Moore |
| Patricia | Moore |
| Nicole | Moore |
| Edward | Moorman |
| Jose Luis | Mora |
| Mehran | Moradi |
| Juan | Morales |
| Edward | Morales |
| Thomas | Moran |
| Christina | Moran |
| Alyson | Moran |
| Kerry | Morath |
| Michelle | Morel |
| Juliette | Morell |
| Patricia | Moreno |
| Francisco | Moreno |
| Raymond | Morgan |
| Douglass | Morgan |
| Jessica | Morgan |
| Jonathan | Morgan |
| Elisa | Morin |
| Gavin | Morita |
| Natalie | Moroyoqui |

| | |
|---|---|
| William | Morris |
| Linda | Morris |
| Cory | Morris |
| Roger | Morris |
| James | Morris |
| Harold | Morris |
| Tierra | Morris |
| Jaquetta | Morris |
| Gregory | Morris |
| Kevin | Morrison |
| Teresa | Morrison |
| Jaci | Morrison |
| Sarah | Morse |
| Lynn | Morski |
| Tim | Mortensen |
| Richard | Morton |
| Jarad | Morton |
| Ahmed | Mosa |
| Joseph | Mosby |
| Christopher | Mosely |
| Emily | Moses |
| Joshua | Moss |
| James | Motley |
| Carlos | Mott |
| Hayley | Mousley |
| Peter Charles | Mouton |
| Cole | Mower |
| Gloria | Mowrer |
| Fabiano | Moya |
| Bayardo | Moya |
| Julieann | Moyer |
| Brian | Mozingo |
| Timothy | Mudd II |
| Kevin | Muehleman |
| Carolyn | Mueller |
| Patrick | Muhammad |
| Henry | Muhindu |
| Selene | Mujica |
| Mujahid | Mukhtar |
| Joseph | Mularky |
| William | Mulder |
| Tammy | Mullen |
| Kelly Lynn | Mulvey |
| Adam | Mumford |
| Cheryl | Munoz |
| Frank | Munroe |
| Trevor | Munsterman |

| | |
|---|---|
| Francisco | Murillo |
| Sarah | Murillo |
| Beatriz | Muro |
| Tyler | Murphy |
| Billy | Murphy |
| Brian | Murphy |
| Shawn | Murphy |
| Penny | Murphy |
| Patrick | Murphy |
| Tracy | Murray |
| Heather | Murray |
| Jadica | Murray |
| Jermaine | Murray |
| Tegan | Murrell |
| Chris | Musembei |
| Brooke | Music |
| John | Musselman |
| Andrew | Musselman |
| Sharia | Mustin |
| Raph | Mwanza |
| Barbara L | Myatt |
| Cody | Myer |
| Kelley Michele | Myers |
| April | Myers |
| Joseph | Myers |
| Justin | Myers |
| Laurel | Myers |
| Robin | Myers |
| Leah | Myers |
| Mocha | Myers |
| Tamera | Myers |
| Edward | Myles |
| Jessie | Myrick |
| Suzanne | Myrie |
| Sampath | Nadella |
| Andrew | Nagl |
| Eric | Nail |
| Calvin | Nailor |
| AnneMarie | Nalley |
| Renita | Nalls |
| Melissa | Nanez |
| Christina | Nappi |
| Leah | Nard |
| Fernando | Nascimento |
| Carlos | Nassar |
| Chad | Nations |
| John | Natividad |

| | |
|---|---|
| Dan | Nativio |
| Daniel | Naucke jr |
| Ralph | Navarre |
| Stephanie | Navarro |
| Ashlee | Navas |
| Tosco | Nazarov |
| Michael | Nee |
| Chad | Needham |
| Lindsay | Neely |
| Mark | Neidl |
| Donald | Nelms |
| Patti | Nelson |
| Ryan | Nelson |
| Lawrence | Nelson |
| Kamilah | Nelson |
| Jasmine | Nelson |
| Tawanna | Nelson |
| Christopher | Nelson |
| Katherine | Nelson |
| Duane | Nelson |
| Tanya | Nelson |
| Shirley | Nelson |
| Ronald | Nerad |
| Felicia | Neria |
| Stephanie | Nettles |
| Jennifer | New |
| Thomas | Newby |
| Latarus | Newell |
| Megan | Newman |
| Rolanda | Newton |
| Zach | Newton |
| David | Newton |
| Larry | Neyland |
| Chantea | Ngalawa/ peterson |
| Michael | Nguyen |
| Ogbonnaya | Ngwu |
| Ismael | Nichelson |
| James | Nicholas |
| Charles | Nicholas |
| Amy | Nichols |
| Claudette | Nichols |
| Brian | Nichols |
| William | Nichols |
| Teaire | Nichols |
| Stephanie | Nichols |
| Frances | Nichols |
| Jason | Nicholson |

| | |
|---|---|
| Jayme | Nickeson |
| Dustin | Niedo |
| Miguel | Nieto |
| Nelson | Nieves |
| Odinn | Nightraven |
| Kayla | Niles |
| Wintress | Nimmons |
| Laureen | Nitz |
| Adam | Nix |
| Debra | Nixon |
| Gloria | Nixon |
| Chinedum | Nnodum |
| Roberto | Nodhal |
| Cameron | Noe |
| Todd | Noggler |
| Lauri | Noland |
| Sabrina | Noland |
| Jessica | Noll |
| TERRIE R | NORDNESS |
| Trasa | Noriega |
| Kristen | Norman |
| David | Norman |
| Zachary | Norman |
| Brandon | Normann |
| Corlando | Norment |
| Erin | Norris |
| Nicholas | North |
| Gary | Norton |
| Jacqueline | Novak |
| Angela | Numamaker |
| Jose | Nunez |
| Robert | Nunez |
| David | Nunez |
| Robert | Nutt |
| AnnMarie | Nutt |
| don | nuttall |
| Franklin | Nwachukwu |
| Sonja | Nyman |
| Kimberly | O’Neil |
| Daniel | O’Neil |
| Sarah | Oates |
| Jennifer | Oathout |
| Tyler | O'Banion |
| Jacob | Oberhansly |
| Louis | Obi |
| Isabelle | Ocampo |
| AMBER | OCCHIPINTI |

| | |
|---|---|
| Johnathan | Occiano Nilsen |
| Guadalupe | Ochoa |
| Vicente | Ochoa |
| Eric | Oconnell |
| Heather | OConnor |
| Eric | O'Connor |
| Earl | ODell |
| Christopher | Odezulu |
| Kevin | Odom |
| Miles | O'Donnell |
| Guillermo | Oeding palafox |
| Russell | Ogden |
| Melvin | Ogletree |
| Debra | Ohland |
| Sidirow | Ohlson |
| James | Ojala |
| Ogechi | Okeke |
| Rosemary | OKelly (formerly Hirsch) |
| Olayinka | Oladiran |
| Andreia | Oliveira |
| Diane | Oliver |
| Loletia | Oliver |
| August | Oliveri |
| Tracy | Olson |
| Jeffrey | Olson |
| Nicky | Olson |
| David | Olszewski |
| Flora | On |
| Robert | Ondike |
| Amy | Oneal |
| John | Oneil |
| Alexander | Onieal |
| Brandon | Ornoski |
| Brennan | Orr |
| Robert | Ortaleza |
| Juan | Ortega |
| Rachel | Ortega |
| Miguel | Ortiz |
| Maryori | Ortiz |
| Ann | Ortiz |
| Fabian | Ortiz |
| Wanda | Ortiz Hernandez |
| Michael | Ortiz-Medina |
| Michelle | Osborne |
| Joseph | Osborne |
| Jacqueline | Ostfeld |
| Bridgette | Ostler-Boring |

| | |
|---|---|
| Kristen | Ostrowski |
| Timothy | OSullivan |
| Heather | Otis |
| John | Ott |
| Tammy | Ott |
| Lilya | Ouksel |
| Nichole | Overly |
| Christina | Owens |
| Michelle | Owens |
| Edrick | Owens |
| Jonathan | Owens |
| Apryl | Owens |
| Angel | Pacheco |
| Michael | Packan |
| Cesar | Padilla |
| Cynthia | Paffen |
| Tammy | Page |
| Meliqua | Page |
| Scott | Pagnani |
| Jeffrey | Paine |
| YONG | PAK |
| YEON | PAK |
| Daniel | Paliokaitis |
| Margareta | Palmer |
| John | Palmer |
| Denny | Palomino |
| Melissa | Palonis |
| CHRISTINE | PALULIS |
| John | Papiez |
| Maria | Papp |
| Alex | Papp |
| Erin | Pappas |
| Charles | Paraiso |
| Michael | Pare |
| Joseph | Paredes |
| Marie | Pares |
| Yong | Park |
| Patrick | Parker |
| Destry J | Parker |
| Brian | Parker |
| Eva | Parker |
| Samantha | Parker |
| Daniel | Parker |
| Jamie | Parker |
| Kaylee | Parkos |
| Brigitte | Parks |
| Kateria | Parks |

| | |
|---|---|
| Aakashkumar | Parmar |
| Lance | Parmer |
| Linda | Parnes |
| Jonathan | Parrish |
| Angela | Parrish |
| Richard | Parrish |
| Samuel | Parrish |
| Jay | Parrish |
| Meghan | Parrish |
| Jamie | Parrish |
| Lashell | Parrish |
| Hollin | Parrott |
| John | Parry |
| Kamyar | Pashaie |
| Rebecca | Pastor |
| Earl | Pastor |
| Logan | Pate |
| Rupa | Patel |
| Alpeshkumar | Patel |
| Beena | Patel |
| sanjay | patel |
| Jason | Patilla |
| Monique | Patino |
| Isaac | Patrick |
| Walter | Patrick |
| Kevin | Patrick |
| Eula | Patterson |
| Jonathan | Paul |
| Christy | Pavese Lynch |
| Sharon | Paxton |
| Dwight | Payne |
| Calvin | Payne |
| Regina | Payton |
| Ciera | Peace |
| Kimberly | Peacock |
| Kimberly | Peacock |
| Maurice | Peake |
| Tiffany | Pearce |
| Joe | Pearce |
| marlina | pearce |
| Tarasha | Pearson |
| Kiddada | Peavy |
| Vincent | Pedersoli |
| Richard | Pederson |
| Sarah | Peet |
| Terence | Peete |
| jose | peguero |

| | |
|---|---|
| Michael | Pelaccio |
| Shanna | Pellegrin |
| Brian | Pelrine |
| Brendan | Pelto |
| Albert | Pena |
| Rodolfo | Pena |
| Kelvin | Pena |
| Jacob | Pena |
| Sergio | Pena |
| Lajette | Pendergrass |
| Qunett | Penn |
| Toni | Penn |
| Patricia | Penrod |
| Laurence | Peppler |
| Dustin | Perdue |
| Mark | Pereira |
| Anthony | Pereira |
| Nilan | Perera |
| Jose Sinai | Perez |
| Zoe | Perez |
| Diana | Perez |
| Jonathan | Perez |
| Vairon | Perez |
| Leslie | Perez |
| Daniel | Perez |
| Wynona | Perkins |
| Cheryl | Perkins |
| Megann | Perkins |
| Rebecca | Perkins |
| Meredith | Perkins |
| Jason | Perkins |
| Daniel | Perlia |
| Kenny | Perlotte |
| Christina | Perrigen |
| Danyasha | Perry |
| Judy | Perry |
| Andrew | Perry |
| David | Perry |
| Michael | Perry |
| Nicholas | Perry |
| Kenneth | Perry |
| Matt | Peterson |
| Robert | Peterson |
| Ashley | Petralia |
| Rich | Petrone |
| Emily | Petroschuk |
| Clifford | Petry |

| | |
|---|---|
| Vicente | Pettit |
| Jeffrey | Petty |
| Johna | Petty |
| Tommy | Pewitt |
| Fredrick | Pezza |
| Bryan | Pfalzgraf |
| Chris | Pfannkuch |
| Joseph | Pfeil |
| Charles | Phalo |
| Daniel | Phelps |
| Mccai | Phelps |
| Milo | Phifer |
| Tara | Phillips |
| XAVIER | PHILLIPS |
| Carissa | Phillips |
| David | Phillips |
| Yolando | Phillips |
| Courtney | Phillips |
| Carlyn | Phillips |
| Dominic | Phillips |
| Morgan | Philpot |
| Lorilyn | Pickard |
| Dean | Pickens |
| Christina | Pickens |
| Mary | Pickering |
| Rita | Picou |
| Meilia | Picquet |
| Joshua | Pictou |
| Adam | Pieknik |
| John | Pieplow |
| Sandra | Pierce |
| David | Pierce |
| Moise | Pierre-louis |
| Dominika | Pikula |
| Alexander | Pileggi |
| Caitlin | Pilisuk |
| Jose | Pimentel |
| Chelsea Michele | Pina |
| Alic | Pindell |
| Arys | Pineda Vazquez |
| Edgar | Pineros |
| Daniel | Pinnell |
| Eli | Pino |
| Amie | Pinsenschaum |
| Brandon | Pintler |
| Lena | Pinzon |
| Zachary | Piper |

| | |
|---|---|
| Barbara | Piper |
| Deborah | Pippen Stewart |
| Sarah | Pippin |
| Andrew | Pirie |
| Justin | Pitman |
| Kailan | Pitre |
| Jamel | Pittman |
| Louis | Pittman |
| Shontaye | Pittman |
| Stephen | Pitts |
| Joel | Pitzele |
| Rhiannon | Planz |
| Laterrica | Pledger |
| Anthony | Pledger |
| Larissa | Plett |
| Brenda | Plott |
| Joseph | Plumeri |
| Dave | Poindexter |
| Jeffrey | Politzer |
| Jamison | Pollack |
| Barbara | Pollard |
| Micah | Polston |
| Amanda | Popovich |
| Clyde | Porter |
| Daran | Poulin |
| Christina | Pouliot |
| ricky | pouncey |
| Miranda | Pourner |
| Hannah | Powell |
| James | Powell |
| Jason | Powell |
| Brett | Powell |
| Christopher | Powell |
| Kelley | Powell |
| Evan | Powell |
| John | Powers |
| Jennifer | Powers |
| Christopher | Pranger |
| Anson | Prater |
| Angelina | Prater |
| Cassandra | Pratt |
| Tayler | Prestidge |
| Jesse | Prestidge |
| Christelle | Preston |
| BRENDA | PRESTON |
| Logan | Prewitt |
| Ruby | Price |

| | |
|---|---|
| Sharon | Price |
| Lydia | Price |
| Geri | Price |
| Tiffany | Price |
| Jeanna | Price |
| Ann Marie | Price |
| Thomas | price |
| Shawn | Price |
| Lauren | Price |
| Ezra | Price |
| Felicia | Price901 |
| Carlisa | Pridgen |
| Emily | Priestley |
| Richard | Prince |
| Thomas | Prince |
| Lori | Prince |
| Derrick | Prince |
| Paul | Prince |
| Marjorie | Principe |
| Antonio | Prisco |
| Malcolm | Pritchard |
| Marvin | PRITCHARD |
| Troy | PRIVOTT |
| Robert | Proctor |
| Slaven | Prodanovich |
| Destinee | Prout |
| Davey | Prout |
| Christopher | Provan |
| Salvatore | Provenzano |
| Sierra | Prue |
| sandra | pruitt |
| Susann | Pucci |
| Beverlee | Puckett |
| Mark | Pudelski |
| Jim | Puetz |
| Terronce | Pugh |
| Joseph | Pulliam Jr |
| Lauren | Purser |
| Sammy | Purvis |
| Anthony | Pushruk |
| Logan | Putnam |
| Rafael | Putnam |
| Jiawen | Qi |
| Maureen | Quaid |
| Amanda | Quam |
| Conor | Quam |
| Eunice | Queener |

| | |
|---|---|
| Emmanuelle | Quenum |
| Andrea | Quesada |
| Jessica | Quesinberry |
| Jose | Quevedo |
| Elsa | Quijano |
| Tara | Quillen |
| Shiniqua | Quinn |
| Jacob | Quinn |
| ADDARYL | Quinns |
| Ethan | Quinones |
| Johnny | Quintana |
| Pilar | Quintana odria |
| Joseph | Quintanar |
| Mercedes | Quintero |
| Elizabeth | Quintilliani |
| Rachel | Quirk |
| Ross | Quirke |
| Christopher | Raborn |
| Julie | Rack Omeara |
| Connie | Rackstraw |
| Rafal | Radkowski |
| David | Rafacz |
| Jordan | Rager |
| Jahbari | Raggette |
| Anvesh | Ragi |
| Jared | Rahming |
| Ed | Raiford |
| Daniel | Raimer |
| C William | Raimondo |
| Divya | Raina |
| Tina | Raines |
| Kenneth | Rainwater |
| Ricky | Rainwater |
| Frank | Raio |
| Alex | Rajjoub |
| Aaron | Rakowski |
| Breanna | Ramey |
| Maryann | Ramirez |
| Michael | Ramirez |
| Andrews | Ramirez |
| Yamiletth | Ramirez |
| Fernando | Ramirez |
| Rosenda | Ramirez |
| Dillon | Ramkissoon |
| Michelle | Rammell |
| Elisa | Ramos |
| Mario | Ramos |

| | |
|---|---|
| Aleksei | Ramos diaz |
| Jacob | Ramsey |
| Angela | Ramsey |
| Dawud | Ramsey |
| Angela | Randall |
| Greg | Rankin |
| Richard | Ransopher |
| Mike | Rapatski |
| Bill | Rapp |
| Zackery | Rasberry |
| Michael | Rash |
| Michael Aaron | Rash |
| Hamza | Rashid |
| Schemique | Rasper |
| Carl | Ratcliffe |
| Noah | Rathburn |
| Christopher | Rathunde |
| Michael | Rauch |
| Sonya | Rawlins |
| Anthony | Ray |
| Shere | Ray |
| Todd | Ray |
| Taryn | Ray |
| Clifford | Rayburn |
| Shenna | Rayford |
| Steven | Raykis |
| Richard | Raykowski |
| William | Raymond |
| Christie | Raysor |
| Hamid | Raza |
| Jawad | Raza |
| Brad | Reasoner |
| Jesse | Reczek |
| Echo | Redden |
| Dilan | Redrick |
| Joseph | Reece |
| Tammy | Reed |
| Jeffrey | Reed |
| Marie | Reed |
| Hazel | Reed |
| Marlin | Reed |
| Malcolm | Reed |
| John | Reed |
| Ronald | Reese |
| Erik | Reichertz |
| Nikia | Reid |
| Collin | Reid |

| | |
|---|---|
| Jesse | Reid |
| Dawn | Reid |
| Mark | Reidel |
| Tasha | Reider |
| Katie | Reilly |
| James | Rembert |
| Noreese | Rendon |
| Joseph | Renner |
| Sarah | Reno |
| Frank | Renouf |
| Robert | Renshaw |
| Sheryl | Renshaw |
| Benjamin | Renzulli |
| Melissa | Repking |
| Emilio | Rescalvo |
| Freddie | Resendez |
| Jonathan | Resnick |
| Carlina | Reyes |
| Christina | Reyes |
| Juan | Reyes |
| Carol | Reyes |
| Marcos | Reyna |
| Colin | Reynolds |
| Christie | Reynolds |
| James | Reynolds |
| James | Reynolds |
| Matthew | Reynolds |
| Christie | Reynolds |
| Jose | Reynoso |
| Harmon | Rhea |
| Maya | Rhode |
| Cleveland | Rhodes |
| Stephanie | Rhodes |
| Shameka | Rhodes |
| Melissa | Rhymes |
| Robert | Ricafort |
| Millicent | Rice |
| Patricia | Rice |
| Joseph | Rice |
| Gina | Rich |
| Ann | Rich |
| Doroba | Richard |
| Joel | Richards |
| Leslie | Richards |
| Tiffany | Richards |
| Susan | Richards |
| Mark | Richards |

| | |
|---|---|
| Daimeon | Richardson |
| Bryan | Richardson |
| Christopher | Richardson |
| James | Richardson |
| Ryan | Richardson |
| Monica | Richardson |
| Alexander | Richardson |
| Benjamin | Richter |
| Jordan | Rick |
| GAYLA | Ricks |
| Joseph | Ridler |
| Jeffrey | Rieta |
| Jennifer | Riggs |
| Michael | Rihn |
| Sandra | Rilea |
| Macey | Rilea |
| Veronica | Riles |
| Lynda | Riley |
| Brian | Rimkus |
| Sofia | Rinvil |
| David | Rios |
| Lauren | Rios |
| Zachary | Ritzel |
| Oscar | Rivas |
| Kevin | Rivera |
| Martha | Rivera |
| Ginny | Rivera |
| Richard | Rivera |
| Dayra | Rivera |
| Lissette | Rivera |
| Yomara | Rivera |
| David | Rivera JR |
| Frank | Rivers |
| Sean | Rivers |
| Kierra | Rivers-Hudson |
| John | Rixse |
| Jeffrey | Roach |
| Ashley | Roach |
| Nancy | Roach |
| AMY | ROATON |
| Chevonne | Roberson |
| Jeremy | Roberts |
| Michael | Roberts |
| Joann | Roberts |
| Ronald | Roberts |
| Carla | Roberts |
| Joshua | Roberts |

| | |
|---|---|
| Rebecca | Roberts |
| Ivin | Roberts |
| Steven | Roberts |
| Cassie | Roberts |
| Anthony | Roberts |
| Chris | Robertson |
| Andrea | Robertson |
| Jacqualyn | Robinson |
| Sharesia | Robinson |
| Frank | Robinson |
| Isaiah | Robinson |
| Addie | Robinson |
| Adrian | Robinson |
| Gregory | Robinson |
| John | Robinson |
| Crishele | Robinson |
| Charles | Robinson |
| Teresa | Robison |
| January | Robles |
| Sandra | Robles |
| Chris | Roche |
| CHAD | ROCK |
| Tiffany | Rodak |
| Rloa | Rodgers |
| Bernadette | Rodgers |
| Jay | Rodgers |
| Terri | Rodgers |
| Luis | Rodriguez |
| Salomon | Rodriguez |
| Alvaro | Rodriguez |
| Frankie | Rodriguez |
| Adrien | Rodriguez |
| Daniel | Rodriguez |
| Christian | Rodriguez |
| Virginia | Rodriguez |
| Christian | Rodriguez |
| Isaiah | Rodriguez |
| Nicholas | Rodriguez |
| Alejandro | Rodriguez |
| Jesse | Rodriguez |
| Jose | Rodriguez |
| Candy | Rodriguez |
| Antonio | Rodriguez |
| James | Roethle |
| Carla | Rogers |
| Frederick | Rogers |
| J'Naire | Rogers |

| | |
|---|---|
| Cortney | Rogers |
| Sonya | Rogers |
| Serena | Rogers |
| Joanna | Roguska |
| Brenda | Roithner |
| Gabriel | Rojas |
| Brian | Rojo |
| Tiwana | Roland |
| Tyler | Roman |
| Jaclyn | Romanow |
| David | Rome |
| Michael | Romero |
| Anthony | Romero |
| Jason | Ronnel |
| Ryan | Roper |
| Ronald | Roper |
| Ashley | Rosa |
| Sydonna | Rose |
| Rebecca | Rose |
| Brian | Rose |
| Cyril | Rose |
| James | Rose |
| Wendy | Rosell |
| Joel | Rosen |
| Eric | Rosenberg |
| Brian | Rosenfeld |
| Walter | Rosenthal |
| Evan | Rosenthall |
| Jeanette | Roshto |
| Nicole | Rosoto |
| Benjamin | Ross |
| Dustin | Ross |
| Michelle | Ross |
| Hania | Rouhani |
| Cerise | Roundtree |
| Rechelle | Roush |
| Jonathan | Rowe |
| Sandra | Rowland |
| Daniel | Rowles |
| Michael | roy |
| Leonard | Rozan |
| Carlos | Rubert |
| Nathan | Rubin |
| Joshua | Rudd |
| Brandon | Ruff |
| Lecretia | Ruffin |
| Aleczander | Ruggles |

| | |
|---|---|
| Thomas | Ruiz |
| Jason | Ruiz |
| George | Ruiz |
| Deborah | Rumbaugh |
| Alyssa | Runge |
| Roger | Runyon |
| Carrie | Ruschman |
| Eric | Rush |
| Chris | Rushlow |
| Kevin | Ruskusky |
| Louis | Russ |
| Timothy | Russell |
| Shequitha | Russell |
| Brandy | Rutherford |
| Mike | Rutherford |
| Tammie | Rutledge |
| Shakira | Rutledge |
| Cecilie | Ryan |
| David | Ryker |
| Tatiana | Ryland |
| Alyssa | Sabaj |
| Janine | Sabella |
| Bah | Sacko |
| Stephen | Sadler |
| Max | Sadtler |
| Jason | Saenz |
| tracy | saetern |
| Luke | Saha |
| Jeffrey | Saia |
| Ekta | Saini |
| Marklyse | Saintelus |
| Nasar | Sakha |
| John | Saldana |
| Mariam | Saleh |
| Joshua | Salisbury |
| Etienne Tenn | Salle |
| Marcie | Salmon |
| Acamie | Salter |
| Charles | Salvatore |
| David | Salvi |
| Cristian | Salvo |
| Francine | Sam |
| Ebrima | Samasa |
| Stephen | Samples |
| Angela | Sampson |
| Tara | Sampson |
| Terri | Sams |

| | |
|---|---|
| Lexa | Samuel |
| Ana | Sanchez |
| Hector | Sanchez |
| Anthony | Sanchez |
| Gabriela | Sanchez |
| Dennis | Sanchez |
| Paul | Sanchez |
| Oscar | Sanchez |
| Luis | Sanchez |
| Jose | Sanchez III |
| Michael | Sandefur |
| Shannon | Sanders |
| Nina | Sanders |
| Sean | Sanders |
| Cynthia | Sanders |
| John | Sandoval |
| Anthony | Sanlino |
| Joel | Santana |
| Lupe | Santiesteban |
| Christie | Santoro |
| Rowena Wendy | Santos |
| Joel | Santos |
| Michael | Sanzone |
| Danielle | Sapien |
| Roger | Sapp |
| Daniel | Sardinas |
| Alvie | Sargent |
| Serita | Sasa |
| Steve | Satorius |
| Tishma | Saucier |
| Patrick | Sauerland |
| Lashandra | Saulter |
| Tyler | Savage |
| Nicholas | Savoy |
| Wendy | Sawyer |
| Jessica | Sawyer |
| Burak | Say |
| Tim | Scaman |
| Lorri | Scanlon |
| Tim | Scanlon |
| Danisha | Scarfpin |
| Suzanne | Scatena |
| Brandon | Schaffner |
| James | Schaffner |
| Thomas | Schanzer |
| Amanda | Schaum |
| Gabrielle | Scheiber |

| | |
|---|---|
| Renee | Schell |
| Mason | Schettig |
| Phil | Schiffman |
| Joshua | Schildroth |
| Anton | Schirmang |
| Joseph | Schloeder |
| Ryan | Schlueter |
| Mark | Schmale |
| Angela | Schmidt |
| Chad | Schmidt |
| Nicholas | Schmidt |
| Krista | Schmitz |
| James | Schnell |
| Kelly | Schnell |
| Bentley | Schoening |
| Donna | Schon |
| Robert | Schrader |
| Adam | Schroeder |
| Sarah | Schropshire |
| Dale Stephen | Schue |
| David | Schuetz |
| Tracy | Schuhwerk |
| Mark | Schusteff |
| Francine | Schuyleman |
| Jeff | Schwarm |
| Mark | Schwartz |
| Eli | Schwartz |
| Alecia | Schwartz |
| Randy | Schwarz |
| Jessica | Schwarz |
| Benjamin | Schwerdtfeger |
| Jenifur | Schwoyer |
| David | Scibetta |
| Wandra | Scott |
| Everett | Scott |
| Vernice | Scott |
| Denise | Scott |
| Lester | Scott |
| Robert | Scott |
| Gary | Scott |
| Evan | Scott |
| Joshua allen | Scott |
| Larry | Scott |
| Toshona | Scott-Gary |
| Wayne | Scott-Williams |
| Tyler | Scuffy |
| Amanda | Scullion |

| | |
|---|---|
| Kaytee | Seabury |
| Shandre | Seals |
| Ranesa | Seaward |
| Donovan | Sebastian |
| Daneil | Secrest |
| Scott | Sedick |
| Lauree | Sedine |
| Sean | Seifer |
| Christine | Seignon |
| Eniola | Sekoni |
| Sharon | Self |
| Donald | Self |
| Ruth | Sellers |
| Sharon | Sellers |
| Wendy | Selman |
| Andrei | Semenov |
| Sharon | Senkiew |
| Francisco | Sepulveda |
| Britny | Seratt |
| Vinson | Seremet |
| Arthur | Serino |
| Shelby | Serrano |
| Victoria | Serratos |
| Ricky | Sertain |
| Ebonie | Sessoms |
| Tyler | Severns |
| Johnathan | Severs |
| Chad | Severson |
| Jason | Sevilla |
| Hector | Sevilla |
| Sheena | Sewell |
| Rebecca | Shaak |
| Qiyamah | Shabazz |
| Melanie | Shaffer |
| Hrishikesh | Shah |
| Sahil | Shaikh |
| Fanol | Shaini |
| Ishonda | Shakespeare |
| Brenda | Shaley |
| Laurie | Shamsie |
| Nathan | Shank |
| Casandra | Shanteau |
| Jennifer | Shao |
| Ronald | Sharbono |
| Tsheba | Shareef |
| Sanjay | Sharma |

| | |
|---|---|
| Margaret | Sharon as Sharon Associates, LLC |
| Michael | Sharp |
| Cordia | Shaw |
| Daniel | Shaw |
| Karen | Shaw |
| Bob | Shaw |
| Ron | Shaw |
| Cassandra | Shaw |
| Paul | Shaw |
| Christine | Shawley |
| Charles | Shealey |
| James | Sheets |
| Peggy | Shelley |
| Kristopher | Shelton |
| Kevin | Shelton |
| LaBritney | Shepherd |
| Kyle | Shepherd |
| Kristina | Shepherd |
| Terry | Sheppard |
| Jim | Sher |
| Lanell | Shetley |
| Cass | Shewbart |
| Tammie | Shewmake |
| Mason | Shifflett |
| Will | Shilling |
| Kurt | Shimada |
| Luke | Shinault |
| Kempton | Shine |
| Stephanie | Shinn |
| Noah | Shirley |
| Lajoi | Shivers |
| Treasure | Shockey |
| Nnamdi | Shockley-Okeke |
| Michael | Shoop |
| Deanna | Shoop |
| Thomas | Shores |
| Kerri | Short |
| David | Short |
| Nathan | Short |
| Andrew | Shultz |
| Heather | Shuman |
| Valerie | Sias |
| Amanda | Sibert |
| Deborah | Sickler |
| Kerry | Siddhartha |
| Christina | Sieger |

| | |
|---|---|
| Aaron | Siegman |
| Heather | Sieks |
| Edward | Silha |
| Amanda | Sillik |
| Humberto | Silva |
| Chadwick | Silva |
| Fernando | Silva |
| Amanda | Silveira |
| Alex | Simcic |
| Dawatha | Simmons |
| Kari | Simmons |
| Matthew | Simmons |
| James | Simmons |
| Misty | Simmons |
| Brad | Simmons |
| Tony | Simmons |
| Renee | Simms |
| Terrence | Simon |
| Anthony | Simon |
| Samuel | Simon |
| Thomas | Simon |
| Robert | Simons |
| Lori | Simonson |
| Lisa | Simpson |
| Phillip | Simpson |
| Joseph | Simpson |
| Jason | Simpson |
| Samira | Simpson |
| Troy | Simpson |
| Ethan | Simpson-Champion |
| Christie | Simrak |
| Janice | Sims |
| Brian | Singer |
| Chris | Singer |
| Irvinder | Singh |
| Dante | Singleton |
| Kevin | Sirbaugh |
| Scott | Sirianni |
| Branden | Sisler |
| Art | Sisneroz |
| James | Sisson |
| Josh | Sittler |
| Charles | Sitzer |
| Lorrie | Skaats |
| Maryann | Skarbowski |
| Daniel | Skaruppa |
| Robert | Skelley |

| | |
|---|---|
| Steven | Skurnicki |
| Ashley | Slack |
| Andre | Slack |
| Tearra | Slade |
| Christopher | Slagg |
| Ethan | Slaght |
| Eitan | Slawotsky |
| Gwendolyn | Sledge |
| Laure | Slezak |
| Charlene | Sluder |
| Julienne | Small |
| Tyrone | Smalls |
| Jonathan | Smart |
| Marlon | Smikle |
| Leonard | Smiley |
| Cora | Smit |
| Michael | Smith |
| Christopher | Smith |
| Irene | Smith |
| Christy | Smith |
| Robert | Smith |
| Sydney | Smith |
| Cora | Smith |
| Iesha | Smith |
| Sharon | Smith |
| Amanda | Smith |
| Brandi | Smith |
| Danielle | Smith |
| Keera | Smith |
| Ann | Smith |
| Kelly | Smith |
| Natasha | Smith |
| Keegan | Smith |
| Kennedy | Smith |
| Lori | Smith |
| Christopher | Smith |
| Shanna | Smith |
| William | Smith |
| Karl | Smith |
| Vernon | Smith |
| Kyle | Smith |
| Katrena | Smith |
| Aloha | Smith |
| Zachariah | Smith |
| Kameron | Smith |
| Angela | Smith |
| Zijazo | Smith |

| | |
|---|---|
| Josh | Smith |
| Elatia | Smith |
| Darryl | Smith |
| Dale | Smith |
| Sean | Smith |
| Aimee | Smith |
| Michael | Smith |
| Matthew | Smith |
| Kelly | Smith |
| Amber | Smith |
| Lisa | Smith |
| Sierra | Smith |
| Wendolyn | Smith |
| Holly | Smith |
| Trumaine | Smith |
| Charlese | Smith |
| Jerry | Smith |
| Glenda | Smith |
| Scott | Smith |
| Dalton | Smith |
| Michael | Smith |
| Danielle | Smithson |
| Valentina | Smolcic |
| Christina | Smothers |
| Savely | Snegireff |
| Curtis | Snider |
| Andrew | Snover |
| Scott | Snow |
| Geoff | Snyder |
| Barry | Snyder |
| John | Snyder |
| Giordana | Sobel |
| Halle | Sobral |
| Stephanie | Sok |
| Mara | Soldinger |
| Krystal | Solis |
| Mychael | Solis-Wheeler |
| William | Solowski |
| Sarah | Sommer |
| Minsang | Song |
| Somayeh | Songhorabadi |
| Robert | Soprych |
| Michele | Sorrell |
| Jose | Sorto |
| Giovanni | Sosa |
| Dilaila | Sosa |
| Anthony | Soto |

| | |
|---|---|
| Amber | Soto |
| Cristian | Soto |
| Roger D. | Souders Jr. |
| Felicia | Southern |
| Louis | Spagnuolo |
| Nikole | Spann |
| Gerald | Sparks |
| Casey | Sparks |
| Felix | Spates |
| Toddreck | Spears |
| Richard | Speer |
| John | Speidel |
| Kevin | Spencer |
| Shereas | Spencer |
| Christina | Sprague |
| Melody | Srader |
| Keosamuntha | Srey |
| Ravi | Srivastava |
| Debbie | Sroka |
| Spencer | Ssenyama |
| Scott | St Pierre |
| Jarod | Stadelman |
| De’Roman | Stafford |
| Jessica | Stage-gehr |
| Linda | Stall Alcantara |
| Dustin | Stamey |
| Misha | Stange |
| Albert | Stanley |
| Sean | Stanley |
| Rex | Stark |
| Richard | Starks |
| James | Stary |
| Anastasia | Stathis |
| Jennifer | Staton |
| Josh | Stebbins |
| Russell | Steed |
| Jeffery | Steele |
| Daniel | Steibler |
| Kelley | Steimle |
| Tiffany | Steiner |
| Jennifer | Steinert |
| Wayne | Steinkamp |
| Eric | Steinmetz |
| Alexandria | Sten |
| Elizabeth | Stenholt |
| Henry | Stephens |
| Brandy | Stephens |

| | |
|---|---|
| Carlos | Stephens |
| Kirk | Stephenson |
| Shelley | Stephenson |
| PAULA | STEPLOWSKI |
| Erica | Stepp |
| Heather | Sterling |
| Billi | Stetson |
| Rich | Stevens |
| JoAnna | Stevens |
| Jack | Stevens |
| Timothy | Stevenson |
| CURT | STEVENSON |
| Isaiah | Stewart |
| Crystal | Stewart |
| Casey | Stewart |
| Darrion | Stewart |
| Adrianne | Stewart |
| Brian | Stewart |
| Rebecca | Stewart |
| Shadeia | Stewart |
| Dave | Stewart |
| Davonte | Stewart |
| Marcus | Stewart |
| Susan | Stib |
| Heather | Stickel |
| Vincent | Stigler |
| Nicholas | Stillwell |
| Don | Stinson |
| Tonya | Stinson |
| Kristi | Stockdale |
| THERESA | Stoker |
| Brenda | Stokes |
| Marcus | Stokes |
| Kevin | Stone |
| Sarah | Stone |
| Dustin | Stoner |
| Haley | Stooksbury |
| Jalen | Storey |
| Joe | Stornello |
| Kelly | Story |
| Jeffrey | Stott |
| Anna | Stottlemyer |
| Danny | Stough |
| Stephen | Stough |
| DaNiece | Stradford |
| Michael | Strann |
| Cardet | Straughter |

| | |
|---|---|
| Jordan | Strawn |
| Tyler | Streater |
| Robert | Streitmatter |
| Constantina | Strickland |
| Sherry | Stricko |
| Judea | Strong |
| Marquis | Stroud |
| Erika | Strouse |
| Thomas | Struif |
| Franchester | Stuart |
| Steven | Stubbs |
| Princess | Sturdivant |
| Amy | Styler |
| Tahisha | Styron |
| Chumayel | Suarez |
| Phillip | Suarez |
| Tharun | Subbaiah |
| Darin | Sublett |
| Serena | Sucarato |
| Rhonda | Sudderth |
| Kathy | Sukenik |
| Zulaikah | Sulaiman |
| Timothy | Sullivan |
| Karin | Sullivan |
| Michael Scott | Sullivan |
| Jana | Sullivan |
| Barry | Sullivan |
| Shirley | Sullivan-charley |
| Mitch | Sultana |
| William | Summers |
| Keyonus | Summers |
| William | Summers |
| James | Summersill |
| Sandra | Summons |
| Sharon | Sumner |
| Robert | Sumner |
| A Hunter | Sunrise |
| Christopher | Surovec |
| Melissa | Suttles |
| Dave | Sutton |
| LaVern | Sutton |
| Justin | Sutton |
| Ieva | Svabaitiene |
| Kevin | Svidlow |
| Carrie | Swafford |
| Lydia | Swaney |
| Nicholas | Swanson |

| | |
|---|---|
| Christopher | Sweeney |
| Haley | Sweet |
| Regine | Sweet |
| Quincy | Swenders |
| Shawn | Swett |
| Andrea | Swick |
| John | Swimmer |
| Jodi | Swisher |
| Erica | Switzer |
| Ernie | Swope |
| Billy | Sybert |
| Steve | Sykes |
| Sarah | Sylve |
| David | Sylvester |
| Joseph | Szabo |
| Andrew | Szorc |
| Tiana | Tabarez |
| Tanzania | Tabb-cureaux |
| Stephanie | Tadlock |
| Jennifer | Taggart |
| Gabriel | Tagnani |
| Latanya | Tait |
| Kristy | Talavera |
| Leigh | Tallant |
| Josh | Tallant |
| Caroline | Talley |
| Jaclyn | Tamboa |
| Joseph | Tamburello |
| Eileen | Tamez |
| Fanny | Tan |
| Duangkamon | Tangkitthammakun |
| Vladislav | Tanichev |
| Anthony | Tanios |
| Michael | Tankus |
| Justin | Tanner |
| Amy | Tant |
| Jacob | Tanumihardjo |
| Tamara | Taplin |
| Shanon | Tarrants/Bastan |
| LA TONIA | TARVE LOPEZ |
| Sabrina | Tate |
| Randy | Tatum |
| Jacob | Tauer |
| Maxwell | Taul |
| Sami | Taweel |
| Mina | Taylor |
| Reginald | Taylor |

| | |
|---|---|
| Shanetta | Taylor |
| Ana | Taylor |
| James | Taylor |
| Ashley | Taylor |
| Kelsey | Taylor |
| Bradley | Taylor |
| Darron | Taylor |
| Ross | Taylor |
| Whitney | Taylor |
| Kristin | Taylor |
| Kyra | Taylor |
| Alfred | Taylor |
| Chasity | Taylor |
| John | Taylor |
| Katy | Taylor |
| Amanda | Teach |
| Joseph | Teague |
| Joseph | Teague |
| Daniel | Teaque |
| Dana | Tedder |
| Tiffany | Teer |
| David | Teller |
| Angel | Tellez |
| Holly | Temple |
| Michael | Ternes |
| Jeff | Terranova |
| Vergie | Terrell |
| Robert | Terry |
| Gregory | Terry |
| Shannon | Tewell |
| Bryan | Tews |
| Cortney | Thayne |
| Sean | Theis |
| Robert | Theisen |
| Raymond | Theriot |
| Alfred | Therrien |
| Michelle | Thevenot |
| Audrey | Thibeau |
| Stephanie | Thiel |
| Joseph | Tholen |
| Janson | Thomas |
| Daria | Thomas |
| Shawana | Thomas |
| Tammy | Thomas |
| Trene'e | Thomas |
| Jessica | Thomas |
| Icue | Thomas |

| | |
|---|---|
| DAVID | THOMAS |
| Cerrone | Thomas |
| Jaidev | Thomas |
| JeVaughn | Thomas |
| jme | Thomas |
| Price | Thomas |
| Marven-Lee | Thomas |
| Ariana | Thomas |
| Trigg | Thomas |
| Curry | Thomas |
| Shanae | Thomas |
| Kathi | Thomas |
| Aaron | Thomley |
| Maria | Thompkins |
| Carl | Thompkins |
| Swaine | Thompson |
| JoVaughn | Thompson |
| Brittany | Thompson |
| Benjamin | Thompson |
| Carice | Thompson |
| Terrance | Thompson |
| Terrance | Thompson |
| Kacia | Thompson |
| Amy | Thompson |
| Anthony | Thompson |
| Kevin | Thompson |
| Kyshia | Thompson |
| Josh | Thompson |
| Raymond | Thompson |
| Kelly | Thompson |
| Michael | Thorn |
| Austin | Thornsbury |
| Amy | Thornton |
| Sandy | ThorntonCooper |
| Bobby | Thorpe |
| Aaron | Thrasher |
| Samantha | Threatt |
| Stephen | Throndsen |
| Esther | Tierrablanca |
| Georgeann | Tighe |
| Brenda | Tilley |
| Jennifer | Tillman |
| Michelle | Tilson |
| Michael | Timmer |
| Pierre | Tindal |
| Jason | Tinker |
| Ivan | Tisdale |

| | |
|---|---|
| Kurt | Tlustos |
| Terrie | Tobar |
| Danielle | Tobias |
| Kierra | Todhunter-Mitchell |
| Antwon | Tolbert |
| Marlon | Toles |
| Yolanda | Tomasello Stoutmire |
| David | Tomassi |
| Mike | Tomaszewski |
| Ricardo | Tomlinson |
| Jaime | Tonas |
| Thomas | Tonic |
| Brad | Toothman |
| Michael | Torguson |
| Kortni | Torralba |
| Karin | Torrence |
| Anthony | Torres |
| Crystal | Torres |
| Christina | Torres |
| Miguel | Torres |
| Orlando | Torres |
| DAVID | TORRES JR |
| michael | tosti |
| Nadia | Tovar |
| Heather | Townsend |
| Lashondria | Trader |
| Michael | Trahey |
| Patty | Tramble |
| NGUYEN QUOC HUY | TRAN |
| Vulgamore | Travys |
| Reginald | Traynham |
| Charles | Trekur |
| Thomas | Trent |
| Anna | Trevarthen |
| Thomas | Trevino |
| Rosa | Trevino |
| Karolina | Triana |
| Michael | Tribble |
| Leslie | Trice |
| Thomas | Tricozzi |
| John | Tricozzi |
| Cameron | Triggs |
| Samantha | Trimble |
| Jessica | Trimm |
| Lonnie | Trinidad |
| Mary | Triplett |
| Sidney tritt | Tritt |

| | |
|---|---|
| KELSEY | TROTTA |
| Cassandra | Trotter |
| Erica | Troutman |
| Gisselle | Truiett |
| Magdalena (Maggie) | Trzuskot |
| Nikolay | Tsachev |
| Laverne | TSCHAPPAT |
| Vanessa | Tsong |
| Kelsey | Tsonton |
| Evan | Tsutsumida |
| Devonte | Tucker |
| Iesha | Tucker |
| Richard | Tucker |
| Christine | Tuma |
| Vanessa | Turbay |
| Mike | Turian |
| Brianna | Turner |
| Thomas | Turner |
| Lakeisha | Turner |
| Cheryl | Turner |
| Lindsay | Turner |
| Bernard L | Turner |
| Tabitha | Turner |
| Maurissa | Turner |
| Steven | Turner |
| Jennifer | Turner |
| Jeanne | Turner |
| Christopher | Turner |
| Krista | Turpin |
| Tasha | Turso |
| Cristian | Turull-Arocho |
| Dalindyebo | Tutani |
| Diane | Tutt (Bond) |
| Robert | Tweedell |
| Demetrius | Tyson |
| Angela | Tyszka |
| Anthony | Ubides |
| Asad | Uddin |
| Benjamin | Uke |
| Virginia | Underwood |
| Michael | Underwood |
| Howard | Union |
| Raushanah | Uqdah |
| Karen | Urbanik |
| Victor | Urie |
| Vincent | Utley |
| Phil | Vaclavik |

| | |
|---|---|
| Rohitha | Vaddi |
| Victoria | Valderrama |
| Ellie | Valdez |
| Denise | Valenti |
| Carlos | Valle |
| Shanelle | Vallente |
| Martin | Van Der Harst |
| Lucy | Van Hof |
| JaHon | Vance |
| Jordan | Vance |
| Kasey | Vance |
| April | Vance |
| Joshua | Vandergrift |
| Stephen | Vandiver |
| Moselle | Vanduker |
| Flower | Vannarath |
| Renato | Vanzella |
| Francisco | Vargas |
| AVIRAN | Vargas |
| Vinu | Varghese |
| Gary | Vartanian |
| Gheorghe | Vasile |
| Rick | Vasquez |
| Daniela | Vasquez |
| Jason | Vasquez |
| Dariush | Vassal |
| Katlyn | Vassalla |
| Rose | Vaughan |
| Brian | Vaughan |
| Sherry | Vaughn |
| Anel | Vazquez |
| Brittney | Vazquez |
| Milton | Vazquez |
| Ericka | Veals |
| Calicia | Veazy |
| Shamya | Veazy |
| Justin | Vedrode |
| Mary | Veeneman |
| Sharath | Velagapudi |
| Jesus | Velasquez |
| Ariel | Velazco |
| James | Velazquez |
| Juan | Velazquez |
| Philip | Velez |
| Mildred | Velez |
| Ashley | Veljko |
| Ivan | Veljkovic |

| | |
|---|---|
| Salvatore | Veltre |
| Daniel | Vera |
| Jesus | Verdin |
| Andrew | Vergolina |
| Tyler | Vermillion |
| Cassandra | Vesh |
| Finnick | Vest |
| Sergey | Veys |
| Kaylee | Vickers |
| Jesse | Vigil |
| Amanda | Vihnanek |
| Juan | Vila |
| Dachi | Vilbon |
| Emmanuel | Villa-acero |
| Cleber | Villalobos |
| Maria | Villapudua |
| Chris | Vincentini |
| Daveny | Vinson |
| Damien | Vivas |
| Keith | Vocke |
| Tiame | Vogel |
| John | Vogelsang |
| Coquette Heather | Volk |
| Victoria | VonWald |
| Christine | Vu |
| Jerry | Waddell |
| Brian | Waddle |
| Kristopher | Wade |
| Dearius | Wade |
| Monica | Wade-Barker |
| Julie | Wadkins |
| William | Waggoner |
| Taiisha | Wagner |
| Caren | Wagner |
| Patrick | Wagoner |
| Kecia | Wahl |
| Deborah | Waldon |
| Omar | Wali |
| Gigi | Walker |
| Valerie | Walker |
| Christopher | Walker |
| Zikia | Walker |
| Boedy | Walker |
| Tracy | Walker |
| robert | walker |
| Kristie | Walker |
| Bret | Walker |

| | |
|---|---|
| Celeste | Walker |
| Flecia | Walker |
| Carolneshia | Wall |
| Yolonda | Wallace |
| Ashley | Wallace |
| Austin | Wallace |
| Patrick | Wallace |
| Donald | Wallace |
| Adriana | Wallace |
| Sharron | Waller |
| stuart | walley |
| Tawanda | Walls |
| David | Walter |
| Laporish | Walton |
| Aberiel | Walton |
| Alexander | Walton |
| Kyla | Walton |
| Delores | Walton |
| Lynn | Wang |
| Nicholas | Wantroba |
| Cory | Warchola |
| Davin | Ward |
| Melissa | Ward |
| Jamie | Ward |
| Denise | Ward |
| Sydney | Ward |
| Darryl | Ward |
| Ida | Ward |
| Melissa | Ward |
| Jessica | Ward |
| Dominique | Ward |
| Ebony | Ward |
| Diane | Ward |
| Christopher | Warden |
| David | WARDSWORTH |
| Valerie | Ware |
| Ashton | Ware |
| Tara | Ware |
| Josh | Warner |
| Vickie | Warren |
| Demetries | Warren |
| Chantel | Warren |
| Anna | Warren |
| Ashley | Warren |
| Josephine | Warriner |
| MARCUS | WASHINGTON |
| Michael | Washington |

| | |
|---|---|
| Shenece | Washington |
| Arlene | Washington |
| TARA | Washington |
| Rayvone | Washington |
| Celeste | Washington |
| Ricky | Washington |
| Michael | Watd |
| Jess | Waterdown |
| Jaclyn | Waters |
| Matthew | Watkins |
| Christa | Watson |
| Stephanie | Watson |
| Bo | Watson |
| Kisha | Watson |
| Robert | Watson |
| Adam | Watson-Hurthig |
| Tammy "Storm" | Watters |
| Jennifer | Watts |
| Sarah | Watts |
| Paul | Wearmouth |
| Eric | Weathers |
| Shanta | Weatherspoon |
| Richard | Weaver |
| Gina | Weaver |
| John | Weaver |
| Charles | Weaver |
| Jennifer | Weaver |
| Joshua | Weaver |
| Lori | Webb |
| Dalton | Webb |
| Mark | Weber |
| Christopher | Webster |
| Shawn | Weil |
| Shelia | Welch |
| Syeth | Weldon |
| Tammy | Wellcome |
| Jennifer | Wells |
| Nathon | Wells |
| Alejandrina | Wells |
| Christopher | Wells |
| Jay | Wells |
| Daniel | Welsch |
| Eva | Wendorf |
| Sydney | Wentz |
| Deborah | Wessel |
| Rebecca | West |
| Habib | West |

| | |
|---|---|
| Julia | Westland |
| Dwaina | Weston |
| Rahsheeda | Weston |
| James | Whalen |
| Wilbert | Wheaton |
| Laura | Wheeler |
| Amber | Wheeler |
| Ken | Wheeley |
| Chivas | Whipple |
| Joy | Whitaker |
| Destiny | White |
| Patrick | White |
| Jennifer | White |
| Tommy | White |
| Winston | White |
| Rachael | White |
| Clarence | White |
| Justin | White |
| Jesse | White |
| Sandra | White |
| Aenayus | White |
| Tiffany | White |
| Joshua | White |
| Larry | White |
| Shawn | White |
| Sean | White |
| Ja-Myaia | White |
| Richard | Whitehouse |
| Barry | Whitewater |
| Wilbert | Whitfield |
| Kimberly | Whitfield |
| Rachel | Whitman |
| Blaine | Whitney |
| Michelle | Whitt |
| James | Whitt |
| Jamie | Whitten |
| Thomas | Whittington |
| Theresa | Whittlesey |
| Paula | Widner |
| Jeremy | Wiedenroth |
| Zachary | Wiener |
| Kristi | Wiese |
| James | Wigler |
| Antowaine | Wilburn |
| Joshua | Wilcox |
| Alice | Wilder |
| benjamin | wiley |

| | |
|---|---|
| Seth | Wiley |
| Khaydorn | Wiley |
| Rodrequis | Wilkes |
| April | Wilkes-Martin |
| Deanna | Wilkins |
| Christopher | Wilkins |
| Henrietta | Wilkins |
| Pedro | Wilks |
| Valerie | Williams |
| Jesse | Williams |
| Shelia | Williams |
| Alicia | Williams |
| Annetta | Williams |
| MICHAEL | WILLIAMS |
| Lindsay | Williams |
| Crystal | Williams |
| Kizzy | Williams |
| Chevonda | Williams |
| Paul | Williams |
| Kendra | Williams |
| Shammua | Williams |
| Rakeim | Williams |
| Latrice | Williams |
| Kyle | Williams |
| Domonique | Williams |
| Jason | Williams |
| Katherin | Williams |
| Ricky | Williams |
| Conell | Williams |
| Linda | Williams |
| Courtney | Williams |
| Adam | Williams |
| Jeremy | Williams |
| Keisha | Williams |
| Ashlea | Williams |
| David | Williams |
| Benjamin | Williams |
| Taggart | Williams |
| Roger | Williams |
| Syneria | Williams |
| Tanner | Williams |
| Derrick | Williams |
| Deveron | Williams |
| Elizabeth | Williams |
| Gregory | Williams |
| Kathy | Williams |
| Shaquayla | Williams |

| | |
|---|---|
| Audrianna | Williams |
| Demetria | Williams |
| Jennifer | Willingham |
| Timothy | Willis |
| Janell | Willis |
| Corey | Willis |
| Julius | Willis |
| Sakina | Willis |
| Steven | Willms |
| Mark | Wills |
| Benjamin | Wilsin |
| Sherrie | Wilson |
| Maxine | Wilson |
| Pamela | Wilson |
| Curfew | Wilson |
| Brandon | Wilson |
| Krista | Wilson |
| Richard | Wilson |
| Lateshia | Wilson |
| Kimberly | Wilson |
| Samantha | Wilson |
| Steven | Wilson |
| Fancy | Wilson |
| Demond | Wilson |
| Hank | Wilson |
| Dahlia | Wilson |
| Rachel | Wilson |
| Jimmy | Wilson |
| Jeremy | Wilson |
| Timothy | Wilson |
| Shatisha | Wilson |
| Cody | Wilson |
| Kara | Wilson |
| Yolanda | Wilson |
| Benjamen | Wilson |
| Ashley | Wilson Adelaja |
| Jessica | Wilson Riles |
| Brittaney | Winbush |
| Roxane | Windbigler |
| Christina | Winn |
| Alexandria | Winslow |
| Cory | Winston |
| James | Winter |
| Jessica | Winters |
| Donna | Wisdom |
| Quindale | Wise |
| Rebecca | Wise |

| | |
|---|---|
| Sabrina | Wiseman |
| George | Woehlke |
| Jill | Wohl |
| Monica | Wohl-Schneider |
| Patrick | Wolf |
| Cynthia | Wolf |
| Timothy | Wolf |
| Latasha | Wolfchild |
| Chris | Wolfe |
| Theresa | Wolle |
| Ezra | Wolverton |
| Joseph | Wommack |
| Marcella | Wood |
| Marcus | Wood |
| Jennifer | Wood |
| Benjamin | Wood |
| Cassandra | Wood |
| Jamie | Wood |
| Jason | Wood |
| Jamie | Woodcock |
| Leah | Woodie |
| Alycia | Woodley |
| Theodore | Woodman |
| Christy | Woods |
| Chrishana | Woods |
| Nicole | Woods |
| Tiffany | Woods |
| Jo Ann | Woods |
| David | Woodward |
| Tina | Word |
| Jared | Workman |
| John | Workman |
| Amanda | Worley |
| James | Worthey |
| Alissha | Worthy |
| Audrey | Wright |
| Antonio | Wright |
| Terry | Wright |
| Heather | Wright |
| Richard | Wright |
| Joshua | Wright |
| Cecynthia | Wright |
| Rayonti | Wright |
| Doug | Wright |
| Amber | Wright |
| Lisa | Wright |
| Paul | Wrysinski |

| | |
|---|---|
| Anne | Wunneburger |
| Robert | Wurzel |
| Michelle | Wyatt |
| Donald | Wyatt |
| Sheryl | Wylie |
| Justin | Wylie |
| Bailey | Wynne |
| Ryan | Wyrosdick |
| Ramona | Xavier |
| Kristin | Yakel |
| Jason | Yale |
| Nina | Yan |
| Sinoun | Yang |
| Lukas | Yant |
| Sameer | Yaqoob |
| Eric | Yazzie |
| Danielle | Yeaton |
| Tyson | Yee |
| Jeff | Yen |
| Francis | Yergatian |
| Glendon | Yerger |
| Akim | Yessoufou |
| Samantha | York |
| Amy | Yost |
| Virginia | Yost |
| Dionne | Young |
| Janea | Young |
| Christopher | Young |
| Jia | Yu |
| Sarah | Yue |
| Travis | Zaborski |
| Kalia | Zachary |
| Jorge | Zapata |
| Benjamin | Zebroski |
| Rob | Zechernitz |
| Richard | Zeff |
| Diane | Zeller |
| Justin | Zetty |
| Martin | Zielinski |
| Daniel | Zielinski |
| Lawrence | Zielinski |
| Katheryn | Zielinski |
| Ashley | Zielinski-Schloegel |
| Jon | Zimmerman |
| Kim | Ziolkowski |
| Bennett | Zmuda |
| Angel | Zuniga |

David Zwolinski

# Exhibit 17(V)

FILED-USDC-NDTX-DA
'25 NOV 17 PM2:37
CN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

1. **Estella Wakat-Aikins,**

**Objector,**

v.

2. ATT Inc., Customer Data Security Breach Litigation, et al.,

**Defendants.**

**Case No. 3:24-md-03114-E**

3:24-~~cm~~ CV-757

## ENTRY OF APPEARANCE AND OBJECTION

3. Under **28 U.S.C. § 1654**, the undersigned Petitioners appear **pro se** in this action:

4. Estella Wakat-Aikins, [redacted]

Email: [redacted]

## I. INTRODUCTION AND RELIEF

5. I hereby appear on behalf of myself and Poeboys Salvage Inc., as Vice President, Auto Salvage Inc. located at address [redacted] Phone: [redacted].

6. I enter in this appearance of Objection and request Investigation regarding the missing business phone numbers in the ATT Data Breach account number [redacted] and [redacted] described as phone numbers [redacted], [redacted], and [redacted] this instant.

## CERTIFICATE OF SERVICE

I, certify that on this 17th day of November, 2025, I placed a true and correct copy of the correspondence titled **ENTRY OF APPEARANCE AND OBJECTION** in the **U.S. Mail**, first-class postage prepaid, and also served the same via **electronic mail**, to the following individuals and offices involved in the matter:

7. **Clerk of Court,** U.S. District Court – Northern District of Texas
1100 Commerce St., Room 1452, Dallas, TX 75242

Respectfully Submitted,

Estella Wakat-Aikins

**Estella Wakat-Aikins, Plaintiff**

[redacted]

Total pages including exhibits_____.

# Exhibit 17(W)

Terran Hardy
[redacted]

S. DISTRICT COURT
ERN DISTRICT OF TEXAS
FILED
NOV 18 2025
RK, U.S. DISTRICT COURT
Deputy

November 13, 2025

Clerk of the court

United States District Court
1100 Commerce St. Room 1452
Dallas, TX 75242

Letter of Objection, class member ID # [redacted]

Dear, Clerk of the court

I'm writing this letter to object to the settlement on the grounds that I do not agree with the proposed document loss cash payment amount or any class member benefit stated in the settlement for AT&T settlement class members. Within the past few months I have had my phone hacked into and received calls and texts from numbers I do not recognize. While utilizing Google maps to travel I have experienced strange events or occurrences with people in proximity to my physical location that caused me to question if I was being watched or stalked. These experiences spanned different locations and of course these experiences are frightening and have affected my mental health.

It states in the email I received on August 20, 2025 that certain call records had been unlawfully downloaded from a third party cloud platform. AT&T has not disclosed which call records of mine were downloaded. I'm well aware that hackers can use call records that contain metadata that can be used to track a person's whereabouts and routines by analyzing their call history. This information can be used for stalking as well as location tracking and so many other things that negatively impact my privacy.

Since my data was already breached at some point, which AT&T is not disclosing to me when, even after I received my email on August 20, 2025 I still continued to have my phone hacked into and my data compromised even after switching phone lines. Therefore, I do not agree with the proposed benefit amount. I do not think it will suffice considering everything I have experienced and should be reconsidered for a higher amount. I'm not using any legal support for this objection. I have objected to a class

settlement 0 times within 5 years. I do not intend to personally appear at the final approval hearing.

Sincerely,

Terran hardy

[redacted]

Clerk of the Court
United States District Court
1100 Commerce St. Room 1452
Dallas, TX 75242

RECEIVED - 2

NOV 18 2025

MAILROOM

# Exhibit 17(X)

Step By Step Health, Inc.
Providing Professional Home Health to Our Communities

83231 COR0003717
COR0003717

Phyllis Green and Breon Harmon
[redacted]

Date: 11/03/2025

Via Certified Mail

Honorable Judge Ada E. Brown
United States District Court
Northern District of Texas

Re: *Objection to Proposed Settlement, Attorney Fees, Costs, and Service Awards [Docket No 3:24-md-03114-E} AT&T Inc. Customer Data Security Breach Litigation*

Dear Judge Brown, Class Counsel (Kroll), Defendants' Counsel (AT&T Counsel), and Settlement Administrator,

I am writing to formally **object to the proposed Settlement, Attorney Fees, Costs, and Service Awards** in the above-referenced case.

As an affected AT&T customer and a member of the Settlement Class, I have suffered significant and ongoing harm as a result of the data breach and subsequent fraud. I have attached **proof of fraudulent activity and bank statements** showing unauthorized use of my accounts.

Because of these events, I have been **unable to meet critical business financial obligations**, resulting in severe damage to my company's operations and reputation within the community. My **multi-million dollar business has been jeopardized** due to the misuse of my information that originated from this breach.

I submitted a **Fraud Alert with the credit bureaus** and continue to suffer financial, emotional, and professional losses. The proposed settlement terms and awards do not come close to compensating for the magnitude of the damage I have sustained.

**Phyllis Green R.N., Administrator**
[redacted]

Step By Step Health, Inc.
Providing Professional Home Health to Our Communities

I strongly object to the current settlement structure and the allocation of excessive attorney fees and service awards while victims like myself remain uncompensated for devastating, long-term impacts.

I respectfully request that the Court reconsider or reject the proposed Settlement, Attorney Fees, Costs, and Service Awards as currently presented.

Thank you for your time and attention to my objection. Please confirm receipt of this letter.

Sincerely,
Phyllis Green [redacted]

Breon Harmon [redacted]

Enclosures:

- Proof of Fraudulent Activity
- Bank Statements
- Copy of Fraud Alert Submission

**Phyllis Green R.N., Administrator**
[redacted]

KROLL

# In Re: AT&T Inc. Customer Data Security Breach Litigation MDL Docket No. 3:24-md-03114-E - United States District Court for the Northern District of Texas

**Please note that certain deadlines related to the Settlement, including the Claim Deadline, Opt-Out Deadline, and Objection Deadline have been updated based on Court's October 3, 2025 Order.**

**IF YOU ARE A PERSON IN THE UNITED STATES WHOSE DATA ELEMENTS WERE INCLUDED IN THE AT&T 1 DATA INCIDENT THAT WAS ANNOUNCED ON MARCH 30, 2024, AND/OR ARE AN ACCOUNT OWNER OR LINE OR END USER WHOSE DATA ELEMENTS WERE INVOLVED IN THE AT&T 2 DATA INCIDENT THAT WAS ANNOUNCED ON JULY 12, 2024, YOU MAY BE ELIGIBLE TO RECEIVE SETTLEMENT CLASS MEMBER BENEFITS FROM A CLASS ACTION SETTLEMENT.**

On March 30, 2024, AT&T announced that AT&T-specific fields were contained in a data set released on the dark web ("AT&T 1 Data Incident"). Following AT&T's announcement of the AT&T 1 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. The lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 and captioned, *In re AT&T Inc. Customer Data Sec. Breach Litigation*, MDL Docket No. 3:24-md-03114-E.

Then, on July 12, 2024, AT&T announced a second data incident where certain limited data had been illegally downloaded from an AT&T workspace on a third-party cloud platform hosted by Snowflake, Inc. ("AT&T 2 Data Incident"). Following AT&T's announcement of the AT&T 2 Data Incident, lawsuits were filed against various entities including AT&T entities. The lawsuits were consolidated before Judge Brian Morris in the District of Montana in October 2024 and captioned *In Re Snowflake, Inc. Data Breach Litigation*, MDL Docket No. 3:24-md-3126.

The Parties in the lawsuits concerning both the AT&T 1 Data Incident and the AT&T 2 Data Incident (together, "Actions") agreed in March 2025 to settle the Actions together in the Northern District of Texas before Judge Ada E. Brown. On May 30, 2025, the AT&T 1 Plaintiffs and AT&T 2 Plaintiffs filed the

Consolidated Class Action Complaint against AT&T, asserting claims that arose out of the Data Incidents.

The Parties have settled the Actions in their entirety without any admission of liability or wrongdoing.

**Who is a Settlement Class Member?** There are two Settlement Classes.

1. **AT&T 1 Settlement Class**: All living persons in the United States whose Data Elements (which include some combination of names, addresses, telephone numbers, email addresses, dates of birth, account passcodes, billing account numbers, and Social Security numbers) were included in the AT&T 1 Data Incident, announced on March 30, 2024; AND
2. **AT&T 2 Settlement Class**: AT&T Account Owners or Line or End Users whose AT&T 2 Data Elements were involved in the AT&T 2 Data Incident. AT&T 2 Data Elements means telephone numbers of current and former AT&T customers, including, but not limited to, Account Owners or Line Users, which may have been accessible in the AT&T 2 Data Incident, along with the telephone numbers with which those customers interacted, counts of those interactions, aggregate call durations for a day or month, and for a small subset of individuals, one or more cell site identification numbers associated with the interactions.

Settlement Class Members will be eligible to receive Settlement Class Member Benefits based on the Settlement Class(es) they are in:

- **AT&T 1 Settlement Class:** All AT&T 1 Settlement Class Members are eligible for either a **Documented Loss Cash Payment** or a **Tier 1 or Tier 2 Cash Payment** as follows:
  - **Documented Loss Cash Payment** – Each AT&T 1 Settlement Class Member may submit a Claim for a Documented Loss Cash Payment of **up to $5,000** for losses that occurred in 2019 or later, upon presentation of documentation that the losses are fairly traceable to the AT&T 1 Data Incident; **OR**
  - **Tier Cash Payment** – As an alternative to a Documented Loss Cash Payment, each AT&T 1 Settlement Class Member may submit a Claim for a Tier Cash Payment. A Tier Cash Payment is a *pro rata* share of the AT&T 1 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). There are two types of Tier Cash Payments (Tier 1 Cash Payment and Tier 2 Cash Payment) nd your eligibility for one or the other is based on whether you are a Tier 1 Settlement Class Member or a Tier 2 Settlement Class Member.
    - **Tier 1 Cash Payment** – An AT&T 1 Settlement Class Member who had their Social Security Number ("SSN") included in the AT&T 1 Data Incident (also known as a "Tier 1

Settlement Class Member"), is eligible to make a Claim for a Tier 1 Cash Payment. Tier 1 Cash Payments shall be five (5) times the amount of a Tier 2 Cash Payment.

- **Tier 2 Cash Payment** – An AT&T 1 Settlement Class Member who had their Data Elements included in the AT&T 1 Data Incident, but not their SSN, is eligible to make a Claim for a Tier 2 Cash Payment.

The amount of money that will be available for Settlement Class Member Cash Payments is unknown at this time and will be based upon the total value of all Valid Claims received, the Settlement Administration Costs, and the amount of Court-awarded attorneys' fees, costs, and Service Awards.

- **AT&T 2 Settlement Class:** All AT&T 2 Settlement Class Members are eligible for a **Documented Loss Cash Payment**, and some Settlement Class Members may alternatively choose a **Tier 3 Cash Payment**.
  - **Documented Loss Cash Payment** – Each AT&T 2 Settlement Class Member may submit a Claim for a Documented Loss Cash Payment of **up to $2,500** per AT&T 2 Settlement Class Member for losses that occurred on or after April 14, 2024, upon presentation of documentation that the losses are fairly traceable to the AT&T 2 Data Incident. Account Owners may submit Claims for themselves and on behalf of their End or Line Users.
  - **Tier 3 Cash Payment** – As an alternative to a Documented Loss Cash Payment, Account Owners may submit a Claim for a Tier 3 Cash Payment. A Tier 3 Cash Payment is a *pro rata* share of the AT&T 2 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). The Amount of the Net Settlement available for Settlement Class Member distribution is unknown at this time and will be based upon the amount of the Settlement Administration Costs, the amount of attorneys' fees, costs, and Service Awards, and the number of Valid Claims received from Settlement Class Members.

- **Overlap Settlement Class Member:** An Overlap Settlement Class Member is eligible for Settlement Class Member Benefits as both an AT&T 1 Settlement Class Member and an AT&T 2 Settlement Class Member. If claiming for a Documented Loss Cash Payment for the AT&T 1 Data Incident and a Documented Loss Cash Payment for the AT&T 2 Data Incident, **the documentation for each Documented Loss Cash Payment must be unique**, meaning a Settlement Class Member may only use the information supporting a Documented Loss Cash Payment once.

usbank.

# RESOLUTION OF CORPORATION

Authority to open accounts, make deposits, and withdraw funds

Account Number: [redacted]

**I, BREON L HARMON, HEREBY CERTIFY:**

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *STEP-BY-STEP SENIOR CARE INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.
- As of 10/03/2014 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.
- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

## AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION

Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
|---|---|
| PHYLLIS L GREEN, CONSULTANT | E-SIGNed 10/03/2014 by PHYLLIS L GREEN<br>Phyllis Green |



U.S. Bank
Customer Confidential

# RESOLUTION OF CORPORATION (CONTINUED)

Authority to open accounts, make deposits, and withdraw funds

**IT IS RESOLVED THAT:**

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.
- The authorized agents of the Corporation shall have the authority to:
  - **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.
  - **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.
  - **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.
  - **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.
- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 10/03/2014 (date).

E-SIGNed 10/03/2014 by BREON L HARMON

BREON L HARMON
Secretary / Authorized Officer

Date



U.S. Bank
Customer Confidential

usbank.

# SIGNATURE CARD - BUSINESS

| ACCOUNT TITLE: STEP-BY-STEP SENIOR CARE INC | |
|---|---|
| ADDRESS: [redacted] CITY: [redacted] STATE: [redacted] ZIP: [redacted] | TIN: [redacted] PHONE: |
| TYPE OF BUSINESS: Corporation - S Corp | |
| TYPE OF ACCOUNT: Silver Business Checking | |
| OWNERSHIP: Corporation | |
| Account Holder Name(s) BREON L HARMON, JOO | Account Number [redacted] |

DATE OPENED: 10/03/2014 TIME OPENED: 11:40 AM OPENED BY: Cynthia R Townsend OFFICE: 08977

**Certification:** Under penalties of perjury, I certify that:

(1) [redacted]) is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2) I am a U.S. Citizen or other U.S. person, and
(3) I am not subject to backup withholding because (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (b) the IRS has notified me that I am no longer subject to backup withholding.
(4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 3 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 3 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 10/03/2014 by BREON L HARMON

BREON L HARMON Date:

**Terms And Conditions:** The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 10/03/2014 by BREON L HARMON

BREON L HARMON Date:



U.S. Bank
Customer Confidential

# RESOLUTION OF CORPORATION

Authority to open accounts, make deposits, and withdraw funds

Account Number: [redacted]

**I, BREON L HARMON, HEREBY CERTIFY:**

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *STEP-BY-STEP SENIOR CARE INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.
- As of 10/03/2014 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.
- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

## AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION

Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
|---|---|
| BREON L HARMON, PRESIDENT | E-SIGNed 10/03/2014 by BREON L HARMON |



U.S. Bank Customer Confidential

## RESOLUTION OF CORPORATION (CONTINUED)

Authority to open accounts, make deposits, and withdraw funds

**IT IS RESOLVED THAT:**

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.
- The authorized agents of the Corporation shall have the authority to:
  - **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.
  - **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.
  - **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.
  - **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.
- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 10/03/2014 (date).

E-SIGNED 10/03/2014 BY BREON E HARMON

BREON E HARMON
(Secretary / Authorized Officer) Date

usbank.

# Business Signature Card Addendum – Add Signer(s)

Account Number : [redacted]

Account Type : Silver Business Checking
Account Title : STEP-BY-STEP SENIOR CARE INC

Newly Added Signer(s) and Corresponding Relationship Code :
PHYLLIS L GREEN, JOO

The Bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the Bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon the request of the Bank, any customer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the Bank. Refer to resolution file for the authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 10/03/2014 by BREON L HARMON E-SIGNed 10/03/2014 by PHYLLIS L GREEN

BREON L HARMON Date PHYLLIS L GREEN Date

| Date | Time | Banker name/user ID | Branch Number |
|---|---|---|---|
| 10/03/2014 | 5:00 PM | Cynthia R Townsend | [redacted] |



U.S. Bank
Customer Confidential

# RESOLUTION OF CORPORATION (CONTINUED)

Authority to open accounts, make deposits, and withdraw funds

**IT IS RESOLVED THAT:**

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.
- The authorized agents of the Corporation shall have the authority to:
  - **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.
  - **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.
  - **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.
  - **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.
- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 11/22/2016 (date).

E-SIGNed 11/22/2016 by PHYLLIS L GREEN

PHYLLIS L GREEN
(Secretary / Authorized Officer)

Date:



U.S. Bank
Customer Confidential

usbank.

# RESOLUTION OF CORPORATION

Authority to open accounts, make deposits, and withdraw funds

Account Number: [redacted]

**I, PHYLLIS L GREEN, HEREBY CERTIFY:**

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *STEP-BY-STEP SENIOR CARE INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.
- As of 11/22/2016 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.
- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

## AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION

Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
|---|---|
| HARRY BASSETT JR, SIGNER | E-SIGNed 11/22/2016 by HARRY BASSETT JR |





U.S. Bank
Customer Confidential

usbank.

# Business Signature Card Addendum – Add Signer(s)

Account Number : [redacted]

Account Type : Silver Business Checking
Account Title : STEP-BY-STEP SENIOR CARE INC

Newly Added Signer(s) and Corresponding Relationship Code :

HARRY BASSETT JR, SWL

The Bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the Bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon the request of the Bank, any customer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the Bank. Refer to resolution file for the authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 11/22/2016 by PHYLLIS L GREEN E-SIGNed 11/22/2016 by HARRY BASSETT JR

PHYLLIS L GREEN Date HARRY BASSETT JR Date

| Date | Time | Banker name/user ID | Branch Number |
|---|---|---|---|
| 11/22/2016 | 10:51 AM | Matthew A Haynes | [redacted] |



151803046029 335 Form BSIGAS 08/2013

U.S. Bank
Customer Confidential

usbank.

## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted], and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/01/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ______________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

usbank.

## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted], and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/02/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________________

Daytime Phone Number: ___________________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

# Claim Form for ACH Entries and Electronic Checks

**ACH Case # [redacted]**

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted], and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/01/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

usbank.

## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/02/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Teresa M Maxwell

Date: 03/29/2024

Employee Phone: [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/28/2024 | 750.00 | [redacted] | CAPITAL ONE |

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/29/2024

Breon L Harmon
[redacted]

RE: Claim Reference # [redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank

## Required Notification of Written Confirmation

We have received your claim dated 03/29/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted], and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/28/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ______________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone: [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]
Street Address:
City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 02/06/2024 | 350.00 | [redacted] | CAPITAL ONE |

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference [redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank.

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 02/06/2024 | 350.00 | | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 01/26/2024 | 500.00 | [redacted] | CAPITAL ONE |

usbank.

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference #[redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted], and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 01/26/2024 | 500.00 | | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien | Date: 03/28/2024

Employee Phone: [redacted] | Employee Mail Station: [redacted]

Customer Name: Breon L Harmon | Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 12/19/2023 | 200.00 | [redacted] | CAPITAL ONE |

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference # [redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

us bank.

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank.

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 12/19/2023 | 200.00 | | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone: [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/11/2024 | 750.00 | [redacted] | CAPITAL ONE |



U.S. Bank Customer Confidential

usbank

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference #[redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank.

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted], and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/11/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ______________________ Signature: ______________________________________

Daytime Phone Number: ______________________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien | Date: 03/28/2024

Employee Phone: [redacted] | Employee Mail Station: [redacted]

Customer Name: Breon L Harmon | Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/11/2024 | 750.00 | [redacted] | CAPITAL ONE |

usbank

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference # [redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

# Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted], and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/11/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ______________________ Signature: ________________________________________________

Daytime Phone Number: ______________________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone: [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]
Street Address:
City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/12/2024 | 168.09 | [redacted] | CENARKANSASWATER |

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference #[redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #**[redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/12/2024 | 168.09 | D | CENARKANSASWATER |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone: [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/12/2024 | 168.09 | [redacted] | CENARKANSASWATER |

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference # [redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank.

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

us bank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted], and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/12/2024 | 168.09 | D | CENARKANSASWATER |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien | Date: 03/28/2024

Employee Phone: [redacted] | Employee Mail Station: [redacted]

Customer Name: Breon L Harmon | Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/20/2024 | 750.00 | [redacted] | CAPITAL ONE |

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference # [redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank.

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #**[redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/20/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ______________________ Signature: ________________________________

Daytime Phone Number: ______________________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone: [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/19/2024 | 750.00 | [redacted] | CAPITAL ONE |

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference #[redacted]on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank.

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #**[redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted], and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/19/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ______________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone: [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/19/2024 | 750.00 | [redacted] | CAPITAL ONE |

usbank.

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference # [redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

# Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/19/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ________________________________

Daytime Phone Number: ____________________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

**Your legal rights will be affected, and you have a choice to make at this time.**

| | Summary of Legal Rights | Deadline(s) |
|---|---|---|
| **Submit a Claim Form** | The only way to receive a Settlement Class Member Benefit from the Settlement. | Submitted or postmarked on or before **December 18, 2025.** |
| **Exclude Yourself by Opting-Out of the Class** | Receive no Settlement Class Member Benefit from the Settlement. This is the only option that allows you to keep your right to bring any other lawsuit against Defendants relating to the Actions. | Mailed and postmarked on or before **November 17, 2025.** |
| **Object to the Settlement and/or Attend the Final Approval Hearing** | You can write the Court about why you agree or disagree with the Settlement and/or the Application/s for Attorneys' Fees, Costs, and Service Awards. You can also ask to speak at the Final Approval Hearing on **January 15, 2026 at 9:00 a.m. CT** about the fairness of the Settlement, with or without your own attorney. | Mailed and postmarked on or before **November 17, 2025.** |
| **Do Nothing** | You will not receive any Settlement Class Member Benefits from this class action Settlement. If the Settlement becomes final, you will give up your rights to sue Defendants (or any Released Parties) separately for claims relating to the Actions or to continue to pursue any such claims you have already filed. | N/A |

- Your rights and options as a Settlement Class Member – **and the deadlines to exercise your rights** – are explained on this website.

- The Court will still have to decide whether to approve the Settlement. Settlement Class Member Benefits to Settlement Class Members will be made only if the Court approves the Settlement and after any possible appeals are resolved.

This website is authorized by the Court, supervised by counsel to the Parties, and controlled by the Settlement Administrator approved by the Court. This is the only authorized website for this case.

**Call:** (833) 890-4930
**Mail:** AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

Submit Claim

Resend Class Member ID

Contact Us

**Important Dates**

**Claim Deadline**
**Thursday, December 18, 2025**

You must submit your Claim Form online at the Settlement Website or by mail with a postmark by December 18, 2025.

---

**Opt-Out Deadline**
**Mo [illegible] ovember 17, 2025**

You must mail your request for exclusion to the Settlement Administrator postmarked on or before November 17, 2025.

---

**ion Deadline**

**ay, November 17, 2025**

bjections must be mailed to the Clerk of the Court, to the Class Counsel, Defendants' Counsel, and the Settlement administrator with a postmark on or before November 17, 2025.

---

**Final Approval Hearing**

**Thursday, January 15, 2026**

The Court will hold a Final Approval Hearing on January 15, 2026, at 9:00 a.m. CT.

---

This website is authorized by the Court, supervised by counsel to the Parties, and controlled by the Settlement Administrator approved by the Court. This is the only authorized website for this case.

**Call:** (833) 890-4930
**Mail:** AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

**Important Dates**

**Claim Deadline**

**Thursday, December 18, 2025**

You must submit your Claim Form online at the Settlement Website or by mail with a postmark by December 18, 2025.

---

**Opt-Out Deadline**

**Mo' 'ovember 17, 2025**

You must mail your request for exclusion to the Settlement Administrator postmarked on or before November 17, 2025.

---

**…tion Deadline**

**…day, November 17, 2025**

…bjections must be mailed to the Clerk of the Court, to the Class Counsel, Defendants' Counsel, and the Settlement administrator with a postmark on or before November 17, 2025.

---

**Final Approval Hearing**

**Thursday, January 15, 2026**

The Court will hold a Final Approval Hearing on January 15, 2026, at 9:00 a.m. CT.

---

Copyright © 2025 Kroll Settlement Administration LLC - All Rights Reserved. This site is designed and developed by Kroll Settlement Administration LLC - Privacy Polic

9589 0710 5270 3399 1468 13

Retail

10150

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
LITTLE ROCK, AR 72205
NOV 04, 2025

$10.34

S2324Y502247-85

[redacted]

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

# Exhibit 17(Y)

Step By Step Health, Inc.
Providing Professional Home Health to Our Communities

83231 COR0003718

COR0003718

Phyllis Green and Breon Harmon
[redacted]

Date: 11/03/2025

Via Certified Mail

Honorable Judge Ada E. Brown
United States District Court
Northern District of Texas

Re: *Objection to Proposed Settlement, Attorney Fees, Costs, and Service Awards [Docket No 3:24-md-03114-E} AT&T Inc. Customer Data Security Breach Litigation*

Dear Judge Brown, Class Counsel (Kroll), Defendants' Counsel (AT&T Counsel), and Settlement Administrator,

I am writing to formally **object to the proposed Settlement, Attorney Fees, Costs, and Service Awards** in the above-referenced case.

As an affected AT&T customer and a member of the Settlement Class, I have suffered significant and ongoing harm as a result of the data breach and subsequent fraud. I have attached **proof of fraudulent activity and bank statements** showing unauthorized use of my accounts.

Because of these events, I have been **unable to meet critical business financial obligations**, resulting in severe damage to my company's operations and reputation within the community. My **multi-million dollar business has been jeopardized** due to the misuse of my information that originated from this breach.

I submitted a **Fraud Alert with the credit bureaus** and continue to suffer financial, emotional, and professional losses. The proposed settlement terms and awards do not come close to compensating for the magnitude of the damage I have sustained.

**Phyllis Green R.N., Administrator**
[redacted]

Step By Step Health, Inc.
Providing Professional Home Health to Our Communities

I strongly object to the current settlement structure and the allocation of excessive attorney fees and service awards while victims like myself remain uncompensated for devastating, long-term impacts.

I respectfully request that the Court reconsider or reject the proposed Settlement, Attorney Fees, Costs, and Service Awards as currently presented.

Thank you for your time and attention to my objection. Please confirm receipt of this letter.

Sincerely,
Phyllis Green [redacted]

Breon Harmon [redacted]

Enclosures:

- Proof of Fraudulent Activity
- Bank Statements
- Copy of Fraud Alert Submission

**Phyllis Green R.N., Administrator**
[redacted]

KROLL

# In Re: AT&T Inc. Customer Data Security Breach Litigation MDL Docket No. 3:24-md-03114-E - United States District Court for the Northern District of Texas

**Please note that certain deadlines related to the Settlement, including the Claim Deadline, Opt-Out Deadline, and Objection Deadline have been updated based on Court's October 3, 2025 Order.**

**IF YOU ARE A PERSON IN THE UNITED STATES WHOSE DATA ELEMENTS WERE INCLUDED IN THE AT&T 1 DATA INCIDENT THAT WAS ANNOUNCED ON MARCH 30, 2024, AND/OR ARE AN ACCOUNT OWNER OR LINE OR END USER WHOSE DATA ELEMENTS WERE INVOLVED IN THE AT&T 2 DATA INCIDENT THAT WAS ANNOUNCED ON JULY 12, 2024, YOU MAY BE ELIGIBLE TO RECEIVE SETTLEMENT CLASS MEMBER BENEFITS FROM A CLASS ACTION SETTLEMENT.**

On March 30, 2024, AT&T announced that AT&T-specific fields were contained in a data set released on the dark web ("AT&T 1 Data Incident"). Following AT&T's announcement of the AT&T 1 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. The lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 and captioned, *In re AT&T Inc. Customer Data Sec. Breach Litigation*, MDL Docket No. 3:24-md-03114-E.

Then, on July 12, 2024, AT&T announced a second data incident where certain limited data had been illegally downloaded from an AT&T workspace on a third-party cloud platform hosted by Snowflake, Inc. ("AT&T 2 Data Incident"). Following AT&T's announcement of the AT&T 2 Data Incident, lawsuits were filed against various entities including AT&T entities. The lawsuits were consolidated before Judge Brian Morris in the District of Montana in October 2024 and captioned *In Re Snowflake, Inc. Data Breach Litigation*, MDL Docket No. 3:24-md-3126.

The Parties in the lawsuits concerning both the AT&T 1 Data Incident and the AT&T 2 Data Incident (together, "Actions") agreed in March 2025 to settle the Actions together in the Northern District of Texas before Judge Ada E. Brown. On May 30, 2025, the AT&T 1 Plaintiffs and AT&T 2 Plaintiffs filed the

Consolidated Class Action Complaint against AT&T asserting claims that arose out of the Incidents.

The Parties have settled the Actions in their entirety without any admission of liability or wrongdoing.

**Who is a Settlement Class Member?** There are two Settlement Classes:

1. **<u>AT&T 1 Settlement Class</u>**: All living persons in the United States whose Data Elements (which include some combination of names, addresses, telephone numbers, email addresses, dates of birth, account passcodes, billing account numbers, and Social Security numbers) were included in the AT&T 1 Data Incident, announced on March 30, 2024; AND
2. **<u>AT&T 2 Settlement Class</u>**: AT&T Account Owners or Line or End Users whose AT&T 2 Data Elements were involved in the AT&T 2 Data Incident. AT&T 2 Data Elements means telephone numbers of current and former AT&T customers, including, but not limited to, Account Owners or Line Users, which may have been accessible in the AT&T 2 Data Incident, along with the telephone numbers with which those customers interacted, counts of those interactions, aggregate call durations for a day or month, and for a small subset of individuals, one or more cell site identification numbers associated with the interactions.

Settlement Class Members will be eligible to receive Settlement Class Member Benefits based on the Settlement Class(es) they are in:

- **AT&T 1 Settlement Class:** All AT&T 1 Settlement Class Members are eligible for either a **Documented Loss Cash Payment** or a **Tier 1 or Tier 2 Cash Payment** as follows:
    - **Documented Loss Cash Payment** – Each AT&T 1 Settlement Class Member may submit a Claim for a Documented Loss Cash Payment of **up to $5,000** for losses that occurred in 2019 or later, <u>upon presentation of documentation that the losses are</u> fairly traceable to the AT&T 1 Data Incident; **OR**
    - **Tier Cash Payment** – As an alternative to a Documented Loss Cash Payment, each AT&T 1 Settlement Class Member may submit a Claim for a Tier Cash Payment. A Tier Cash Payment is a *pro rata* share of the AT&T 1 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). There are two types of Tier Cash Payments (Tier 1 Cash Payment and Tier 2 Cash Payment) and your eligibility for one or the other is based on whether you are a Tier 1 Settlement Class Member or a Tier 2 Settlement Class Member.
        - **Tier 1 Cash Payment** – An AT&T 1 Settlement Class Member <u>who had their Social Security Number ("SSN") included in the AT&T 1 Data Incident (also known as a "Tier 1</u>

Settlement Class Member"), is eligible to make a Claim for a Tier 1 Cash Payment. Tier 1 Cash Payments shall be five (5) times the amount of a Tier 2 Cash Payment;

- **Tier 2 Cash Payment** – An AT&T 1 Settlement Class Member who had their Data Elements included in the AT&T 1 Data Incident, but not their SSN, is eligible to make a Claim for a Tier 2 Cash Payment.

The amount of money that will be available for Settlement Class Member Cash Payments is unknown at this time and will be based upon the total value of all Valid Claims received, the Settlement Administration Costs, and the amount of Court-awarded attorneys' fees, costs, and Service Awards.

- **AT&T 2 Settlement Class:** All AT&T 2 Settlement Class Members are eligible for a **Documented Loss Cash Payment,** and some Settlement Class Members may alternatively choose a **Tier 3 Cash Payment.**
  - **Documented Loss Cash Payment –** Each AT&T 2 Settlement Class Member may submit a Claim for a Documented Loss Cash Payment of **up to $2,500** per AT&T 2 Settlement Class Member for losses that occurred on or after April 14, 2024, upon presentation of documentation that the losses are fairly traceable to the AT&T 2 Data Incident. Account Owners may submit Claims for themselves and on behalf of their End or Line Users.
  - **Tier 3 Cash Payment –** As an alternative to a Documented Loss Cash Payment, Account Owners may submit a Claim for a Tier 3 Cash Payment. A Tier 3 Cash Payment is a *pro rata* share of the AT&T 2 Net Settlement Fund cash (the funds left after payment of Settlement Administration Costs, Attorneys' Fees, Costs, and Service Awards). The Amount of the Net Settlement available for Settlement Class Member distribution is unknown at this time and will be based upon the amount of the Settlement Administration Costs, the amount of attorneys' fees, costs, and Service Awards, and the number of Valid Claims received from Settlement Class Members.

- **Overlap Settlement Class Member:** An Overlap Settlement Class Member is eligible for Settlement Class Member Benefits as both an AT&T 1 Settlement Class Member and an AT&T 2 Settlement Class Member. If claiming for a Documented Loss Cash Payment for the AT&T 1 Data Incident and a Documented Loss Cash Payment for the AT&T 2 Data Incident, **the documentation for each Documented Loss Cash Payment must be unique**, meaning a Settlement Class Member may only use the information supporting a Documented Loss Cash Payment once.

usbank

# RESOLUTION OF CORPORATION

Authority to open accounts, make deposits, and withdraw funds

Account Number: [redacted]

**I, BREON L HARMON, HEREBY CERTIFY:**

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *STEP-BY-STEP SENIOR CARE INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.
- As of 10/03/2014 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.
- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

## AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION

Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
| --- | --- |
| PHYLLIS L GREEN, CONSULTANT | E-SIGNed 10/03/2014 by PHYLLIS L GREEN |



U.S. Bank
Customer Confidential

# RESOLUTION OF CORPORATION (CONTINUED)

Authority to open accounts, make deposits, and withdraw funds

**IT IS RESOLVED THAT:**

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.
- The authorized agents of the Corporation shall have the authority to:
  - **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.
  - **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.
  - **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.
  - **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.
- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 10/03/2014 (date).

E-SIGNed 10/03/2014 by BREON L HARMON

BREON L HARMON
(Secretary / Authorized Officer) Date



U.S. Bank
Customer Confidential

usbank.

# SIGNATURE CARD - BUSINESS

| ACCOUNT TITLE: STEP-BY-STEP SENIOR CARE INC | |
|---|---|
| ADDRESS: [redacted]<br>CITY: [redacted] STATE: [redacted] ZIP: [redacted] | TIN: [redacted]<br>PHONE: |
| TYPE OF BUSINESS: Corporation - S Corp | |
| TYPE OF ACCOUNT: Silver Business Checking | |
| OWNERSHIP: Corporation | |
| Account Holder Name(s)<br>BREON L HARMON, JOO | Account Number<br>[redacted] |

DATE OPENED: 10/03/2014 TIME OPENED: 11:40 AM OPENED BY: Cynthia R Townsend OFFICE: 08977

**Certification:** Under penalties of perjury, I certify that:

(1) [redacted] is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and

(2) I am a U.S. Citizen or other U.S. person, and

(3) I am not subject to backup withholding because (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (b) the IRS has notified me that I am no longer subject to backup withholding.

(4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 3 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 3 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 10/03/2014 by BREON L HARMON

BREON L HARMON Date:

**Terms And Conditions:** The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 10/03/2014 by BREON L HARMON

BREON L HARMON Date:

usbank.

# RESOLUTION OF CORPORATION

Authority to open accounts, make deposits, and withdraw funds

Account Number: [redacted]

**I, BREON L HARMON, HEREBY CERTIFY:**

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *STEP-BY-STEP SENIOR CARE INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.
- As of 10/03/2014 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.
- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

## AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION

Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
|---|---|
| BREON L HARMON, PRESIDENT | E-SIGNed 10/03/2014 by BREON L HARMON |

# RESOLUTION OF CORPORATION (CONTINUED)

Authority to open accounts, make deposits, and withdraw funds

**IT IS RESOLVED THAT:**

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.
- The authorized agents of the Corporation shall have the authority to:
  - **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.
  - **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.
  - **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.
  - **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.
- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 10/03/2014 (date).

E-Signed 10/03/2014 by BREGIN L HARMON

BREGIN L HARMON
(Secretary / Authorized Officer) Date



U.S. Bank
Customer Confidential

usbank.

# Business Signature Card Addendum – Add Signer(s)

Account Number : [redacted]

Account Type : Silver Business Checking
Account Title : STEP-BY-STEP SENIOR CARE INC

Newly Added Signer(s) and Corresponding Relationship Code :

PHYLLIS L GREEN, JOO

The Bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the Bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon the request of the Bank, any customer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the Bank. Refer to resolution file for the authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 10/03/2014 by BREON L HARMON E-SIGNed 10/03/2014 by PHYLLIS L GREEN

| BREON L HARMON | Date | PHYLLIS L GREEN | Date |
|---|---|---|---|

| Date | Time | Banker name/user ID | Branch Number |
|---|---|---|---|
| 10/03/2014 | 5:00 PM | Cynthia R Townsend | [redacted] |

# RESOLUTION OF CORPORATION (CONTINUED)

Authority to open accounts, make deposits, and withdraw funds

**IT IS RESOLVED THAT:**

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.
- The authorized agents of the Corporation shall have the authority to:
  - **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.
  - **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.
  - **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.
  - **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.
- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 11/22/2016 (date).

SIGNED ON 11/22/2016 BY PHYLLIS L GREEN

PHYLLIS L GREEN (Secretary / Authorized Officer) Date



U.S. Bank
Customer Confidential

usbank.

# RESOLUTION OF CORPORATION

Authority to open accounts, make deposits, and withdraw funds

Account Number: [redacted]

**I, PHYLLIS L GREEN, HEREBY CERTIFY:**

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *STEP-BY-STEP SENIOR CARE INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.
- As of 11/22/2016 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.
- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

## AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION

Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
|---|---|
| HARRY BASSETT JR, SIGNER | E-SIGNed 11/22/2016 by HARRY BASSETT JR Harry Bassett Jr |



151803046029 277 Form BRESCOR 092012

U.S. Bank
Customer Confidential

usbank.

# Business Signature Card Addendum – Add Signer(s)

Account Number : [redacted]

Account Type : Silver Business Checking
Account Title : STEP-BY-STEP SENIOR CARE INC

Newly Added Signer(s) and Corresponding Relationship Code :

HARRY BASSETT JR, SWL

The Bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the Bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon the request of the Bank, any customer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the Bank. Refer to resolution file for the authorization of signatures where authorization is required.

By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 11/22/2016 by PHYLLIS L GREEN E-SIGNed 11/22/2016 by HARRY BASSETT JR

PHYLLIS L GREEN Date HARRY BASSETT JR Date

| Date | Time | Banker name/user ID | Branch Number |
|---|---|---|---|
| 11/22/2016 | 10:51 AM | Matthew A Haynes | [redacted] |



151803046029 335 Form BSIGAS 08/2013

U.S. Bank
Customer Confidential

usbank.

## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #[redacted]**

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/01/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/02/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ______________________ Signature: ______________________________________

Daytime Phone Number: ______________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

usbank

## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

# Claim Form for ACH Entries and Electronic Checks

**ACH Case #**[redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/01/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

usbank

## Required Notification of Written Confirmation

We have received your claim dated 04/04/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 04/02/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Teresa M Maxwell

Date: 03/29/2024

Employee Phone: [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/28/2024 | 750.00 | [redacted] | CAPITAL ONE |

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/29/2024

Breon L Harmon
[redacted]

RE: Claim Reference #[redacted]n Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank

## Required Notification of Written Confirmation

We have received your claim dated 03/29/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #**[redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted], and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/28/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone: [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 02/06/2024 | 350.00 | [redacted] | CAPITAL ONE |

usbank

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference #[redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

# Claim Form for ACH Entries and Electronic Checks

**ACH Case #[redacted]**

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 02/06/2024 | 350.00 | | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone: [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 01/26/2024 | 500.00 | [redacted] | CAPITAL ONE |

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference # [redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 01/26/2024 | 500.00 | | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 12/19/2023 | 200.00 | [redacted] | CAPITAL ONE |

usbank

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference #[redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)

☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)

☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)

☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)

☐ I authorized a payment but ultimately paid the merchant by a different payment method.

☐ A transaction I authorized (described in the table below) is missing from my statement.

☐ I authorized a transaction which debited my account but the recipient has not received it.

☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 12/19/2023 | 200.00 | | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien | Date: 03/28/2024

Employee Phon[redacted] | Employee Mail Station: [redacted]

Customer Name: Breon L Harmon | Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/11/2024 | 750.00 | [redacted] | CAPITAL ONE |

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference # [redacted]n Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank.

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/11/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone: [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/11/2024 | 750.00 | [redacted] | CAPITAL ONE |

usbank

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference #[redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #**[redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/11/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien    Date: 03/28/2024

Employee Phone: [redacted]    Employee Mail Station: [redacted]

Customer Name: Breon L Harmon    Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/12/2024 | 168.09 | [redacted] | CENARKANSASWATER |

usbank

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference #[redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank.

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank.

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/12/2024 | 168.09 | D | CENARKANSASWATER |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ______________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone: [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/12/2024 | 168.09 | [redacted] | CENARKANSASWATER |

usbank

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference # [redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/12/2024 | 168.09 | D | CENARKANSASWATER |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ______________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address: [redacted]

City, State Zip: [redacted]

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/20/2024 | 750.00 | [redacted] | CAPITAL ONE |

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference # [redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

# Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted] and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/20/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ________________________________

Daytime Phone Number: ____________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address: [redacted]

City, State Zip: [redacted]

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/19/2024 | 750.00 | [redacted] | CAPITAL ONE |

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference # [redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

usbank

## Required Notification of Written Confirmation

We have received your claim dated 03/28/2024 regarding an electronic fund transfer that you believe to be in error or otherwise unauthorized.

For you to be eligible to receive provisional credit (use of the funds that are in question) during our investigation, we must receive your claim in writing within 10 business days from your initial claim. The accompanying claim form may be used as your written confirmation. Provisional credit is only granted if we are unable to complete our investigation within 10 business days of the date of your original notice of claim to us and we have received your claim in writing.

Further, under the payment system rules that govern the processing of your electronic fund transfers, if we receive a properly completed and signed claim form, and the information is true and correct, it will permit us to attempt to recover the funds that are in question from the originator of the transaction.

You may fax the claim form to **866.210.6199**, or mail it to:

**U.S. Bank ACH Claim Services**
**60 Livingston Avenue**
**EP-MN-WN1A**
**St Paul, MN 55107-1419**

usbank

## Claim Form for ACH Entries and Electronic Checks

**ACH Case #** [redacted]

I, Breon L Harmon, have examined the following electronic fund transfer (ACH) transaction which posted to account number [redacted], and have determined the transaction error to be:

**(Check Only One Box)**

**A. Unauthorized:**

- ☐ I have never authorized this payee to initiate payments from my account. (R10, R05, R51, R23)
- ☐ The below-named company reinitiated the listed debits(s) without authorization. (R10, R51,R23)
- ☐ Previously, I had authorized the transaction, but on (month/day/year), I revoked my authorization by notifying the originator. (R05, R07, R52, R23)

**B. Improper:**

- ☐ I authorized this payee to initiate payments out of my account for a specified amount, and this payment is for an amount different than I authorized. (R11, R51, R23)
- ☐ I authorized this payee to initiate payments out of my account on a specified date, and this payment was deducted on a different date than I authorized. (R11, R51, R23)
- ☐ I authorized a payment but ultimately paid the merchant by a different payment method.
- ☐ A transaction I authorized (described in the table below) is missing from my statement.
- ☐ I authorized a transaction which debited my account but the recipient has not received it.
- ☐ I authorized a purchase of goods or services that I never received.

| TRANSACTION POST DATE | AMOUNT | DEBIT/CREDIT (D/C) | NAME OF ORIGINATING COMPANY (One originator per claim) |
|---|---|---|---|
| 03/19/2024 | 750.00 | D | CAPITAL ONE |

For unauthorized electronic fund transfer transactions, I certify that, after review of the transaction and to the best of my knowledge, I did not initiate the transaction, authorize another individual to initiate the transaction or use the account, and I have not benefited from the transaction. I further state that the transaction was not originated with fraudulent intent by me or any person acting in concert with me and the signature below is my own proper signature.

If at any time I recognize that I did initiate the transaction, I agree to notify the bank and return any funds that I may have received.

I certify that the foregoing is true and correct.

Date: ____________________ Signature: ________________________________

Daytime Phone Number: ________________________

To qualify for provisional credit, your claim must be received in writing within 10 business days from your initial claim. This claim form may be used, or you may submit a different form of written notification if you choose. Fax it to: **866.210.6199** or mail it to:

U.S. Bank ACH Claim Services, 60 Livingston Avenue, EP-MN-WN1A, St Paul MN 55107-1419

# Email Affidavit Packet Request ACH

Employee Name: Millicent Essien

Date: 03/28/2024

Employee Phone: [redacted]

Employee Mail Station: [redacted]

Customer Name: Breon L Harmon

Account Number: [redacted]

Customer Phone: [redacted]

Street Address:

City, State Zip:

**Email Request**

Email Address: [redacted]

Email the affidavit packet listed below to the customer at the email address above.

**ACH Affidavit Packet**

**Transaction Information**

| Posting Date | Amount | Claim Reference # | Name of Originating Company |
|---|---|---|---|
| 03/19/2024 | 750.00 | [redacted] | CAPITAL ONE |

usbank

Fraud Liaison Center
PD-OR-C1PB
PO Box 5190
Portland, OR 97208-5190

03/28/2024

Breon L Harmon
[redacted]

RE: Claim Reference # [redacted] on Account Number [redacted]

Dear Breon L Harmon:

You notified us about unauthorized or improper ACH entries on your U.S. Bank account. To better assist us with your claim, we ask that one set of claim forms be completed for each originator/merchant and returned to us.

Enclosed are one or more claim forms for you to complete and sign. The claim form does not need to be notarized. Please return the completed claim form(s) within  days of the date the debit entry posted to your account or we may not be able to return the unauthorized/improper entry to the originator/payee.

You may send the completed and signed claim form to us by

Fax: 866.210.6199 or

Mail: EP-MN-WN1A
U.S. BANK
60 Livingston Avenue
St Paul, MN 55107-1419

If you have any questions, please call our Fraud Liaison Center toll-free at 877.595.6256 where bankers are available to assist you 24-hours a day, seven days a week.

Thank you for your prompt response and for choosing U.S. Bank.

Sincerely,

U.S. Bank Fraud Liaison Center

9589 0710 5270 3399 1467 90

Retail

10150

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
LITTLE ROCK, AR 72205
NOV 04, 2025

$10.04

S2324Y502247-85

Phyllis Green and Breon Harmon

[redacted]

SETTLMENT ADMINISTRATOR

AT&T Data Incident Settlement

c/o Kroll Settlement Administration LLC

P.O. Box 5324

New York, NY 10150-5324

Handle with Care / Fragile

MOISTURE RESISTANT

USA ONLY

Recycle if Clean & Dry

Store Drop-off

Remove From Pouch

how2recycle

# Exhibit 17(Z)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
By ____ Deputy

**Brenda Kee**
[redacted]

11/12/2025]

**Clerk of the Court** United States District Court for the Northern District of Texas 1100 Commerce Street, Room 1452 Dallas, TX 75242

**Re: Objection to Settlement in AT&T Data Breach Class Action Case No. 3:24-cv-01248-N**

Dear Judge,

I am writing to formally object to the proposed settlement in the AT&T Data Breach Class Action. I am a member of the Overlap Settlement Class and was affected by both the AT&T 1 and AT&T 2 data incidents.

I strongly believe this settlement is unfair for the following reasons:

1. **Attorney Compensation vs. Victim Compensation**: The attorneys involved in this case are set to receive millions of dollars, while those of us whose personal information was exposed are being offered far less. Our identities are out there—we are the ones dealing with the consequences, not the attorneys. It is unjust that they benefit more than the actual victims.
2. **Inadequate Credit Monitoring**: The settlement offers only one year of free credit monitoring. This is not enough. Identity theft and misuse of personal data can continue for many years. Victims should be offered at least ten years of protection to reflect the long-term risks we face.
3. **Real-World Impact**: Because of this breach, people are using our identities. It has made it harder for us to get the credit we deserve. We are dealing with damaged credit reports, fraudulent accounts, and emotional stress. The settlement does not reflect the seriousness of this harm.

I respectfully ask the Court to reconsider the fairness of this settlement and ensure that victims receive meaningful compensation and long-term protection.

Sincerely,
Brenda Kee

Brenda Kee
[redacted]

CLEVELAND OH 440
12 NOV 2025 PM 6 L



RECEIVED
NOV 18 2025
MAILROOM

Clerk of Court United States District Court for Northern District of Texas
1100 Commerce Street Rm. 1452
Dallas TX 75242

75242-131052

# Exhibit 17(AA)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
By
Deputy

Ms. Bagby is a resident of the state of Virginia, was a customer of AT&T June 2022 - October 2025 and is writing to the court to express her disagreement and to object to the AT&T data breach settlement and asks for the opportunity to speak before the court. The scope of her exposure is of imminent risk of harm and continuous tracking of herself, as well as friends and family data and accounts. Ms. Bagby is reserving her human rights to supplement the allegations. Her AT&T account numbers are [redacted] and [redacted]. Ms. Bagby's Class Member ID is [redacted]

She is recognized as an AT&T Class 2 Settlement Member and does not agree to the Class Action Settlement as her data was breached and compromised apart of the AT&T Direct Settlement Class 1, in which all of her personal information, including her name, address, social security number was used to steal her identity. Her AT&T password was compromised on June 6th 2022, the day she moved from Virginia to North Carolina and became an AT&T Mobile and Internet user. This was not confirmed to Ms. Bagby until October 2025. She believes that her data was breached through unauthorized vendor tracking through a Direct TV Stream App, originally installed on her iPhone 13 Pro Max. She used her significant others Direct TV account and has never had Direct TV through an account of her own. Mr. Simms settlement member number is [redacted]. In October 2025 Ms. Bagby noticed that even though she had not logged in to the Direct TV App on her phone in years, though the TV Provider was still logged in under Class Member [redacted] account on her device. She had to manually search the TV Provider section on her iPhone 16, scroll down to opt out even though she was not logged in and believes this is the relationship that caused the data breach. Ms. Bagby alleges that the unknown parties used Mr. Simms AT&T and Direct TV account to gain access to her account. Ms. Bagby allege that her and Mr. Simms Google Gmail accounts were breached on March 17th, 2024.

In Sept 2025, Ms. Bagby began to suspect that she was being spied on through her devices and that her devices were compromised after a pattern of frequent text and spam calls. On Sept 10th, 2025 after a 1:1 onboarding 1PM meet an greet lunch with Sales Manager at Marriott International, Ms Bagby received a spam text message from an RCS business account stating "Want to go camping together next time"? Ms. Bagby did not suspect that the Manager sent the text message, but that someone was listening through her devices harassing, intimidating, and stalking her. She is no longer employed at Marriott due the affect that the stalking, intimidation, and data breach has had on her wellbeing.

In or around July 2024, Ms. Bagby received a call from a private investigator. He claimed that he was calling to investigate Amazon and a product called Active Listening. This was a product that she was familiar during her time at CMG Cox Media Group. He stated that there was a Class Action Lawsuit against Amazon and that the devices were listening to people without there consent. Ms. Bagby asked how the investigator acquired her phone number and he stated he found it on Linkedin. Ms. Bagby let the investigator know that there were four members of the Programmatic team at the time and she did not work with the Active Listening product directly to

confirm any information. She advised that he could reach out to other members of the team who worked with the product during the time, specifically LN and ST. Ms. Bagby believes that all her and Mr. Simms phone logs from June 6th 2022 - September 30th 2022 were accessed unlawfully to gain access to this information.

On October 6th 2025, AT&T Global Fraud Department closed Ms. Bagby AT&T accounts due to her inquiring about an unlocked device that was connected and tracking calls on her phone and mobile account. AT&T stated they cancelled her accounts on Oct 6th due to fraud, and they ran her credit to create a new account. These actions were made without her consent. When questioning AT&T customer service about the data breach, the AT&T associate confirmed and assured that "her data was safe and had not been breached", but Ms. Bagby knew this was not truthful due to the discovery of her personal information being found on the dark web. Ms. Bagby had two account numbers with AT&T and the plan that was being billed every month was AT&T Internet, Home Phone, and TV. Ms. Bagby AT&T also discovered that all AT&T bill statements month over month include North Carolina State taxes and fees. Ms. Bagby cancelled her AT&T Internet in Sept 2023 and should have not have any accounts associated with Internet, UVerse, or Direct TV. On Oct 13th Ms. Bagby called and made a police report due to stalking and her safety being compromised. She purposely turned off the location settings on her iPhone and put her device in Lockdown Mode but the unknown parties were actively attempting to use iCloud addresses to gain access to her physical location and to her iPhone settings. On Oct 18th after multiple attempts from unknown parties attempting to access her physical location and confirmation from an AT&T Manager advisor confirming the fraud, Ms. Bagby cancelled her AT&T account. AT&T let Ms. Bagby know that she would still be responsible for the iPhone and Apple Watch device installment payments.

On Nov 19th, 2025 Ms. Bagby turned on the AT&T device to confirm information about her Progressive account. After using the AT&T device Ms. Bagby turned the AT&T device off. About 20 minutes later, when driving in her vehicle, Ms Bagby received a notification that "Brianna's iPhone was attempting to connect to the Bluetooth" on her car. She hit disconnect immediately. When Ms. Bagby checked the device, named "Brianna's iPhone", she confirmed the iPhone was off and alleges that someone was trying to remotely connect the phone to her vehicle. When she turned the phone back on she confirmed that it was in Airplane mode, signed out of iCloud, and with the line being turned off she unsure how the phone was able to connect to her car. Ms. Bagby alleges the unknown parties are actively attempting to access her location.

In or around Aug 2022 Ms Bagby opened a Wells Fargo Checking and Savings account. During the time Wells Fargo could not verify her identity or phone number and she was unable to send confirmation texts to her phone and link her bank accounts, including her breached Navy Federal account. She reached out to Wells Fargo to try to resolve the issue to no resolve and ultimately did not know the severity of the problem at the time. Ms. Bagby alleges that the unknown parties used her Wells Fargo checking account to gain unauthorized access her PayPal account to create a Progressive Insurance policy in her name, used Best Buy Credit to send a personal ASUS device with Spyware pre installed, and to breach her iCloud Apple Pay to bill month over month to a address

where she has no association, and that Wells Fargo does not recognize. Even after updating Apple Pay with a different Wells Fargo debit cards, Ms. Bagby discovered that the incorrect billing address remained the same in Apple Pay. Ms. Bagby alleges that she is not the true owner of the Apple Pay account.

On Jan 2nd, 2023 Ms. Bagby received an oil change on her vehicle and used her AT&T phone number [redacted] and her email [redacted] In October 2025 Ms Bagby learned that her Microsoft email, also associated with her AT&T billing account had been compromised. Ms. Bagby does not believe that she is the owner of the Progressive account and that in stealing her identity, alleges they have been tracking her through Progressive SnapShot. Month over month the Progressive statement from Wells Fargo were addressed to 'Briaana Bagby' when she was a resident of North Carolina and and 'Brian Brianna Bagby' in the state of Virginia. On Feb 2nd, 2023, the day Ms. Bagby became a Progressive Auto member, someone tried to create a PayPal Credit pay in 4 account her name. When changing her Progressive Policy on April 29th, 2024 Ms. Bagby alleges, the unknown parties cancelled the wrong state insurance plan and was unaware until the state of Virginia reached out to confirm a non lapse of coverage. When investigating and contacting Wells Fargo in Oct 2025 to dispute the Progressive charges, they acknowledged that they only saw Progressive on one monthly statement even though Ms. Bagby has been a member for years. She is working with the fraud dept to have the PayPal and Progressive account closed and opted out of Snapshot in Oct 2025.

In late September 2025, after suspecting her devices may have been compromised Ms. Bagby purchased McAfee to secure her accounts and discovered more fraud. They signed her up for a free trial of up to 5 devices for 5 days. Ms. Bagby did not authorize the free trial with her purchase. The devices that were attached to her personal iCloud included her corporate work device from Merkle and Dentsu and her LG TV devices. Ms. Bagby never authorized the corporate device to be attached to her iCloud and alleges that the unknown parties attached a C Drive on her personal laptop to connect the. Ms. Bagby began her employment with Merkle in November 2023 and alleges her identity was used incorrectly when hired. She believes the hiring was engineered. Ms. Bagby purchased a personal laptop using Best Buy credit around the same time and the device came pre-installed with the Reincarnate app. Early Dec 2023, a screen mirroring app was downloaded to Ms. Bagby AT&T iPhone with her Apple ID. She did not authorize this purchase and was not aware of it until October 2025. Ms Bagby believes they used these purchases to screen mirror her devices and has all of her information in the iCloud, including her 66,000 personal photos and videos, and that the unknown parties have been spying on her since June 2022. On Oct 6th, 2025, the same day AT&T cancelled Ms. Bagby's Mobile and Internet accounts, GlideX,GlideX Service Installer, and ScreenXpert apps were downloaded to her personal device. She noticed numerous apps that should not have been installed on her device including a Remote Desktop connection on 2/27/2025. This was 15 months after the Microsoft Office 365 purchase in 2023 and Ms. Bagby alleges that she was never the owner of her Microsoft email account.

Ms. Bagby was advised to destroy the personal ASUS laptop logged in with her Microsoft email, as when technical support tried to reset it, they made her aware that her email was used but she was not the system administrator. Ms. Bagby alleges that someone gained administrator authority to her Outlook email address and to breach her Gmail email address. When Ms. Bagby updated her AT&T iPhone to the new IOS update in or around Sept 2025, the confirmation welcome message was sent to her Gmail. Ms. Bagby's Gmail email should have no relation to her iCloud. When she reached out to Apple about the issue, the case was escalated to the engineers due to the circumstances. Ms. Bagby has not received confirmation from Apple about the iCloud/ Gmail relationship due to the breached AT&T phone.

Ms. Bagby did confirm with Apple Pay customer service that Apple Pay accounts should not be able to billed if the billing address is incorrect and alleges the owner of the Apple Pay account has access to all of her PII, CPNI, and Private Heath Information. When AT&T closed her accounts on the 6th, she was able to opt out of CPNI tracking and alleges her personal information was still being tracked. When Ms. Bagby transitioned from Cox Media Group to Merkle in 2023, she was unable to update her Health account username. Ms. Bagby was told she would have to use the CMG login information. On Aug 4th, 2025 Ms. Bagbys healthsafe-id United Health Care password was compromised in a Data Breach. On Sept 3rd, 2025 her Apple ID name was changed without authorization from Brianna Bagby to Brianna N. Bagby. Working in advertising operations, Ms. Bagby has been made aware of the dangers of others having her sensitive health information and all of her doctors appointments and health data since 2022 have been accessed without her authorization. In late October 2025 Ms Bagby received a call from Walgreens for a prescription being ready and alleges these were spam calls to access her new device.

In early Oct 2025, Ms. Bagby became of aware of notification from her apartment complex stating that a security company would be coming on site to do inspections. In mid Oct 2025 Ms. Bagby noticed a LG network and LG Bluetooth device attached to her devices and network settings at her apartment. She suspected that these devices were planted. On Nov 14th, 2025 Ms. Bagby inquired about the inspections with the leasing office and questioned if the 3rd party security had physical access to the apartments. The office stated they did not believe so even though the notification placed around the property stated that they would. Ms. Bagby inquired if the inspection was pre planned months or weeks in advance. The leasing team confirmed that they were made aware of the inspection on Oct 6th 2025, the same day AT&T closed Ms. Bagby's mobile and internet accounts. They confirmed the 3rd party security came onsite on Oct 14th, 2025 and that Maintenance was scheduled for Preventative Maintenance on the 11th floor on Oct 22, 2025. Ms. Bagby alleges that her LG device that used her breached iCloud ID have a relationship with the LG Network and that unknown parties are using bluetooth to spy on her. She is working to cancel the lease because she does not feel safe on the property. She alleges that the unknown parties have taken ownership of her Verizon Wifi that she shares with a roommate, after multiple notifications stating that the network is not secure. The Verizon Wifi account is associated with Ms. Bagbys Microsoft Outlook email [redacted] Ms Bagby received multiple notifications

on her devices saying that the Wifi network is not secure, even when trying to access her Vanguard account in the Vanguard app.

Ms. Bagby cancelled her gym membership on Nov 13th due to a 3rd party security company vehicle reader, reading her license plate and denying her access to the gym location on Oct 27th, 2025 the same day she submitted her fraud documentation to AT&T. The 3rd party security company asked Ms. Bagby for her name. Ms. Bagby alleges that her Progressive vehicle information has been compromised to unknown parties.

Ms. Bagby places significant value on her privacy, her dignity, as well as her health and location information. She believes her Human Rights have been violated and are continuing to be violated as a result of the AT&T Data Breach. Ms. Bagby entrusted AT&T to employ reasonable security measures and has spent endless hours investigating, speaking with her banks, personal account customer service, and cancelling credit and bank accounts. In Dec 2023 the unknown parties opened an American Express bank account in her name and attempted to connect to her Wells Fargo account. When AT&T cancelled mobile and internet accounts on Oct 6th, 2025 Ms. Bagby later received notification that Bitcoin had been withdrawn from the account associated with her AT&T phone number. Ms. Bagby does not have Bit Coin. All Credit freezes have been implemented and Ms. Bagby believes that her TransUnion, Experian, and Credit Karma accounts have been breached.

Ms. Bagby continues to experience severe emotional distress and well founded fear due to her PII, CPNI, and Personal Health Information being in the hands of the unknown on the dark web and her physical location actively being stalked. Ms. Bagby has filed multiple police reports due to the actions of the data breach and believes that she is the victim of an orchestrated engineering privacy breach. Ms. Bagby alleges that the March 2024 Data Breach announcement has everything to do with the July 2024 Data Breach announcement. Ms. Bagby has been severely injured as affect of the actions of the parties involved and the damage and loss is immeasurable. She objects to the AT&T Data Breach Settlement.

Bina Lee Bagby
November 17, 2025

**Extremely Urgent**

This envelope is for use with the following services: UPS Next Day Air® UPS Worldwide Express℠ UPS 2nd Day Air®

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Notes

BRIANNA N BAGBY
[redacted]

1 LBS 1 OF 1
SHP WT: 1 LBS
DATE: 17 NOV 2025

SHIP TO: CLERK OF DIST COURT AND ADA BROWN
US DIST COURT FOR N DIST OF TEXAS
RE AT&T LITIGATION
1100 COMMERCE STREET

DALLAS TX 75242-1001

TX 752 9-40

UPS NEXT DAY AIR 1

TRACKING #: 1Z E22 966 A2 8877 9066

BILLING: P/P
ADULT SIGNATURE REQUIRED - MIN 21

REF #1: ji
REF #2: iDCs

MMN1E2WGWJV2R ISH 13.00C BDXOLON 5.42.5V 10/2025

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground®**
**UPS Standard®**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

RECEIVED
NOV 18 2025

100% Recycled fiber
80% Post-Consumer

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Serving you for more than 100 years
United Parcel Service.

01880250709 08/21 United Parcel Service

# Exhibit 17(BB)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 21 2025

CLERK, U.S. DISTRICT COURT
By Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISIONS

IN RES: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION ] CASE NO. 3:24-CV-00757-E

] MDL DOCKET NO. 3:24-MD-03114-E

**OBJECTION TO THE CLASS SETTLEMENT**

**A. IDENTITY OF THE OBJECTOR**

Objector's Name: Lisa Axelrod

Objector's Address: [redacted]

Objector's Email:

AT&T Phone No.

**B. GROUNDS FOR OBJECTION**

1. The Settlement Amount Is Too Low

The total settlement amount, and individual compensation available to settlement class members is excessively low and disproportionate to the scale and duration of the harm. In this case, AT&T members were subjected to two Data breach incidents where customers' personal and sensitive information was compromised. Most individual members had their compromised information ended up for sale or trade on the dark web. Many members experienced both data breach incidents and had their information compromised multiple times. The settlement amount and distribution scheme does not adequately compensate members for original breach and does not further compensate those members who experienced multiple breaches.

2. Settlement Does Not Adequately Compensate For Actual Harms Caused.

The total settlement amount and individual compensation available to settling class members does not adequately compensate for individual members for actual harm caused. As stated above. AT&T members experienced multiple data breaches which lead to their sensitive personal information, including date of birth and social security numbers, being posted on the dark web. Once their information was on the dark web, members experienced identity theft, impact to their credit report and credit score, and an impermissible invasion of privacy. Further, the personal information released on the dark web was not removed and could potentially still be available to individuals with nefarious purposes. This settlement does not adequately address the harm suffered by AT&T members, nor does it adequately address the risk of ongoing harms including identity theft, and adverse credit implications.

**C. OBJECTOR'S OBJECTION HISTORY**

The undersigned objector has not filed an objection on any class action and/or class settlement within the last five years.

**D. OBJECTORS' COUNSEL**

Objector's Counsel is: Potter Handy, LLP, 100 Pine St. Ste 1250. San Francisco, CA 94111. Counsel appearing at Final Order Hearing will be Krista R. Hemming, SBN 304213. Potter Handy, LLP's class action division has been operating with expertise since 2019. Potter Handy has worked on class litigation that includes wage and hours, misclassification, and consumer class actions such as privacy and data breaches. Potter Handy, LLP contingency fee agreement provide for reimbursement of costs, and a contingency fee of 40% (forty percent) of any recovery. To date, counsel has invested over 20 hours on the AT&T data breach incidents, and over 5 (five) hours on this individual case.

**E. SUGGESTED DATES**

Objector is available at AT&T's request. Objector requests defense counsel meet and confer with Objector's counsel regarding dates for a remote deposition.

**F. POTENTIAL WITNESSES**

The undersigned objector will appear on her own behalf at the final approval hearing. However, due to Objector's location being outside of Texas, she cannot appear in person. Objector would, therefore, appear remotely via zoom or other virtual meeting platform.

Date: **11/17/2025**

Lisa Axelrod
C039DA4006DE64CDDDD244D544F910D8

Objector: Lisa Axelrod

**SERVICE LIST**

ATTN: clerk of the court
1100 Commerce St. room 1452
Dallas Tx 75242

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY 10150-5324

W. Mark Lanier
The Lanier Law Firm, P.C.
10940 W. Sam Houston Pkwy N. Suite 100
Houston, Texas 77064

Jeff Ostrow
Kopelowitz Ostrow P.A.
1 West Law Olas Bld. Suite 500
Fort Lauderdale, FL 33301

Shauna Itri
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, NJ 07660

J. Devlan Geddes
GOETZ, GEDDES & GARDNER P.C.
35 N. Grand Avenue
Bozeman, MT 59715

James E. Cecchi
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068

Raph Graybill
GRAYBILL LAW FIRM, PC
300 4th Street North
Great Falls, MT 59401

Jean Sutton Martin
MORGAN & MORGAN
201 N Franklin Street 7th Floor
Tampa, Florida 33602

John Heenan
HEENAN & COOK, PLLC
1631 Zimmerman Trail
Billings, MT59102

Jason S, Rathod
MIGLIACCIO & RATHOD LLP
412 H Street NE, Suite 302
Washington, DC 20002

Sean S. Modjarrad
MODJARRAD ABUSAAD & SAID
212 w. Spring Valley Road.
Richardson, Texas 75081

C. Shawn Cleveland
Tamara D. Baggett
BAKER HOSTETLER LLP
2850 N. Harwood Street, Suite 1100
Dallas, TX 75201

Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Ave., NW, Suite 1100
Washington, DC 20036

Michael W. McTigue, Jr.
Meredith C. Slawe
Skadden Arps Slate Meagher & Flom LLP
One Manhattan West New York, NY 10001

Gregg J. Costa
GIBSON DUNN
811 Main St., Suite 3000
Houston, TX 77002

Potter Handy LLP
1410 E. Winding Way. Suite B
Friendswood, Texas 77546

HOUSTON TX RPDC 773
17 NOV 2025 PM 3 L

$0.99 0
US POSTAGE IMI
FIRST-CLASS
063S0014950512
FROM 77546

ATTN: Clerk of The Court
1100 Commerce St. Room 1452
Dallas, TX 75242

75242-131052

# Exhibit 17(CC)

Nydia Quezada

[redacted]

AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION MDL DOCKET NO. 3:24-md-03114-E- UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

11-17-2025

Dear Jeff Ostrow,

As an approximate ten-year loyal customer to AT&T, I am my objection in regard to the settlement and the Application for Attorney's fees, cost and ServiceAwards offered for two data security breaches, which occurred in 2021 and 2024. This settlement offer does not begin to cover the damages it has caused. The breach caused identity theft, financial instability, and homelessness. I have repeatedly tried to repair the severe damage done by the security breach and have been unsuccessful. Under the circumstances I could not afford to retain an expert or professional to repair the damage caused by this breach.

The breach at hand created such a severe effect to my identity, it has made it difficult to live and survive. My identity was used to purchase health insurance online through Health Market, through multiple devices I bought from AT&T, and were linked together, my social media was hacked and gained control, bank accounts were compromised, my Uber account was hacked and almost gained control, and my Uber and Door Dash accounts were compromised. Uber had to do an internal investigation on my identity so I could continue driving. Door Dash and Uber are the most recent income I have.

At this time, I would like to ask the court if I could be present at the Final Approval hearing so I may present my case to the court on January 15, 2026.

I look forward to speaking at the hearing and how we can resolve this matter.

Sincerely,

Nydia Quezada

[redacted]

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
17 NOV 2025 PM 2 L

US POSTAL SERVICE
NOV 17 2025
GMF WINDOW SERVICE




Kopelowitz Ostrow P.A.
Jeff Ostrow
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301

33301-192825

# Exhibit 17(DD)

# COVER PAGE

**AT&T DATA INCIDENT SETTLEMENT**
**OBJECTION & OPT-OUT SUBMISSION**

**MDL Nos. 3:24-md-03114-E & 3:24-md-3126**
United States District Court
Northern District of Texas

---

## Submitted By:

**AISHA WRIGHT**
[redacted]

---

## Documents Included:

1. **Objection to Proposed Settlement**
2. **Notarization Page – Objection**
3. **Opt-Out Request (Request for Exclusion)**
4. **Notarization Page – Opt-Out**
5. **Declaration of Aisha Wright**

**Date Submitted:** ______________________

**Final Approval Hearing:** January 15, 2026 – 9:00 a.m. CT
Before the Honorable **Ada E. Brown**, U.S. District Judge

**November 14, 2025**

**Clerk of the Court**
United States District Court for the Northern District of Texas
Attn: Judge Ada E. Brown
1100 Commerce Street
Dallas, TX 75242

**and**

**AT&T Data Incident Settlement**
c/o Kroll Settlement Administration, LLC
P.O. Box 5324
New York, NY 10150-5324

**and**

**Class Action Counsel:**
**Jeff Ostrow**
Kopelowitz Ostrow P.A.
1 West Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301-1928

**and**

**Defendant Counsel:**
**Lisa Ghannoum**
1050 Connecticut Ave. NW
Washington, DC 20036

Re: **Objection to Class Settlement**
**In re AT&T Inc. Customer Data Security Breach Litigation**
MDL No. **3:24-md-03114-E** (N.D. Tex.)
and
**In re Snowflake, Inc. Data Breach Litigation**
MDL No. **3:24-md-3126**

# OBJECTION OF AISHA WRIGHT TO PROPOSED CLASS ACTION SETTLEMENT

I, **Aisha Wright**, submit this written objection to the proposed class action settlement involving the AT&T 1 and AT&T 2 Data Incidents.

## 1. Personal Information

- Name: **Aisha Wright**
- Address[redacted]
- Phone: [redacted]
- Email: [redacted]
- I am a member of both Settlement Classes.

## 2. Individual Lawsuit Pending

I have an independent lawsuit already filed:

**Wright v. AT&T Inc.**,
Case No. **4:24-cv-03703**,
U.S. District Court for the Southern District of Texas, Houston Division.

This settlement should **not** extinguish or release my individual claims.

## 3. Grounds for Objection

I object because:

1. **The compensation is inadequate** for the severity of harm.
2. **Damage caps** ($2,500–$5,000) and Tier payments are insufficient.
3. AT&T experienced **two breaches**, showing repeated failure to protect customer data.
4. Punitive damages are appropriate under case law such as:
   - *BMW v. Gore*, 517 U.S. 559 (1996)
   - *State Farm v. Campbell*, 538 U.S. 408 (2003)
   - *In re Equifax Data Breach*, 362 F. Supp. 3d 1295 (N.D. Ga. 2019)
5. The settlement includes an **overbroad release** that would unfairly impact my pending lawsuit.

## 4. Request for Relief

I request the following:

- My individual claims **must not be released**, extinguished, or affected by the settlement.
- I request damages of **$800,000** separate from the class settlement.
- I reserve my right to appear at the **Final Approval Hearing on January 15, 2026**.

**Respectfully Submitted,**

Aisha Wright

Date: 11/14/2025

## NOTARIZATION

**State of** TX

**County of** Harris

Subscribed and sworn to before me on this 14th day of November, 2025, by **Aisha Wright**, who personally appeared before me, proved her identity, and affirmed that the above Objection Letter is truthful and submitted by her.

Notary Public Signature

(Seal)

Notary Public, State of Texas
Comm. Expires 10-06-2028
Notary ID 132712117

My Commission Expires: 10/06/2028

# 2. SEPARATE OPT-OUT LETTER

*Send this separately to ensure you protect your individual lawsuit.*

**November 14, 2025**

**AT&T Data Incident Settlement**
c/o Kroll Settlement Administration, LLC
P.O. Box 5324
New York, NY 10150-5324

Re: **Request for Exclusion (Opt-Out)**
**In re AT&T Inc. Customer Data Security Breach Litigation**,
MDL No. **3:24-md-03114-E**

and

**In re Snowflake, Inc. Data Breach Litigation**,
MDL No. **3:24-md-3126**

# FORMAL REQUEST FOR EXCLUSION FROM THE CLASS SETTLEMENT

I, **Aisha Wright**, hereby request to **OPT OUT** of the proposed class action settlement for the AT&T 1 and AT&T 2 Data Incidents.

## Personal Information

- Name: **Aisha Wright**
- Address: [redacted]
- Phone: [redacted]
- Email: [redacted]

## Reason for Opt-Out

I have filed an **individual lawsuit**, which I intend to continue litigating:

**Wright v. AT&T Inc.**,
Case No. **4:24-cv-03703**,
U.S. District Court for the Southern District of Texas.

I do **not** want to be bound by the class settlement or its release of claims.
I want to **preserve all of my legal rights** to pursue individual relief.

## Affirmation

Please accept this letter as my **full and complete request to be excluded** from the Settlement Class.

## Respectfully Submitted,

Aisha Wright
Date: 11/14/2025

# DECLARATION OF AISHA WRIGHT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION**

Case No.: **4:24-cv-03703**

**I, Aisha Wright, declare as follows:**

1. I am the Plaintiff in the above-captioned action, **Wright v. AT&T Inc.**, Case No. 4:24-cv-03703, and I make this declaration based on my personal knowledge.

2. I have been an AT&T customer since 2018. My personal and account information was compromised in both the **AT&T 1 Data Incident (March 30, 2024)** and the **AT&T 2 Data Incident (July 12, 2024)**.

3. As a result of these breaches, I have suffered, and continue to suffer, harm including:

   - Exposure of my private data
   - Risk of identity theft and fraud
   - Emotional distress
   - Financial and time burdens associated with mitigating these risks

4. I have submitted an **objection to the class settlement** and a **request for exclusion (opt-out)** to ensure that my individual claims are not released or extinguished by the class settlement.

5. I intend to continue pursuing my claims individually against AT&T and any other relevant parties for damages, including but not limited to **compensatory and punitive damages** for breach of contract, negligence, and data privacy violations.

6. I declare that the statements in this declaration are true and correct to the best of my knowledge and belief.

Executed this 14 day of November, 2025, at Humble, Tx Harris County

Aisha Wright, Declarant

---

**Optional Notarization (if required)**

STATE OF TX

COUNTY OF Harris

Subscribed and sworn to before me on this 14th day of November 2025 by **Aisha Wright**, who personally appeared and affirmed the truth of this declaration.

Notary Public

(Seal)

ASHLEY GUERRA
Notary Public, State of Texas
Comm. Expires 10-06-2028

My Commission Expires: 10/06/2028

A. Wright
[redacted]

Retail

UNITED STATES POSTAL SERVICE

10150

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
HUMBLE, TX 77338
NOV 14, 2025

$11.60

S2324M506417-8

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 0009 9842 78

Data Incident Supplement
C/O Kroll Settlement Admin.
P. O. Box 5324
New York, NY 10150-5324

# Exhibit 17(EE)

Case 3:24-cv-00757-E Document 158 Filed 01/02/26 Page 826 of 892 PageID 8499

***To: Clerk of the Court***

***United States District Court***

***1100 Commerce St. Room 1452***

***Dallas, Texas 75242*** ***November 10, 2025***

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 20 2025
CLERK, U.S. DISTRICT COURT
By
Deputy

***I am Claudia H. Wright, Class Member*** [redacted]

***The reason I am writing to the United States District Court 1100 Commerce St. Room 1452, Dallas Texas 75242 is because I do not agree with the Settlement Award that I would receive for this ATT breach.***
***I am attaching proof that the Dark Web has access to my credit report that was brought to my attention from my bank,*** JPMorgan Chase Bank, N.A.

***You can see how many times the Dark Web has entered my Credit Report from reading the documents I have included.***
***The Dark Web has all my personal information.***
***You can read the documents where the Dark Web has accessed my Credit Report and my Social Security account.***
***This breach will affect me for the rest of my life.***

***We do not know all the ways the Dark Web will use my personal information.***
***I am sure there will be other intrusions by the Dark Web on my credit reporting; it looks like they hit it every month.***
***I don't think this intrusion can be repaired. I do not know how to protect myself in the future from the Dark Web using my personal information.***

***Since the Dark Web has my Social Security number and other personal information, I feel they could***

- ***Attach my payments I receive from Social Security***
- ***Attach my yearly Tax Refunds***

- ***Effect my credit score, which I feel they already have done because my husband's credit score is 70 points higher than mine with the exact same accounts.***
- ***I feel all the hits from the Dark Web on my credit score have brought down my credit score which is affecting me now. I have been denied credit since last year because of my low score.***
- ***I have received numerous emails from phony PayPal address that says I have purchased thousands of dollars of items I have not. PayPal is having me send these phony addressed emails to them to investigate.***
- ***I have had charges on my Lowes account billed to me that I did not purchase. Lowes investigation has stated they did not send me those emails and fixed the charges. All of this has just happened since last year.***

***I would like the Judge to hear and review all my damages to my Life evident through the documentation on Credit Report and Social Security account from the ATT breach.***

***Sincerely,***
***Claudia H. Wright*** Claudia Wright
[redacted]

CHASE

# Deposit Account Balance Summary

11/14/2025

Requestor information:
CLAUDIA H WRIGHT
[redacted]

JPMorgan Chase Bank, N.A.
Cohasset Rd and East Ave
850 East Ave
CA1-4896
Chico, CA 95926

| Summary of Deposit Account | | | | |
|---|---|---|---|---|
| **Account Number** | **Account Type** | **Open Date** | **Current Balance** | **Avg Balance (12 mos)** |
| [redacted] | Chase Premier Plus Checking | 10/19/2012 | $2,570.00 | $3,062.00 |

| Customer Information | |
|---|---|
| CLAUDIA H WRIGHT | Primary Joint Or |
| CHARLES MICHAEL WRIGHT | Secondary Joint Or |
| | |
| | |
| | |
| | |
| | |
| | |

Deposit Account Balance Summary request completed by:

JESUS CASTELLANOS
(614) 248-5800
Cohasset Rd and East Ave

**PLEASE NOTE THAT THE INFORMATION PROVIDED IN THIS LETTER WILL BE THE ONLY INFORMATION RELEASED BY JPMorgan Chase, N.A.**

This letter is written as a matter of business courtesy, without prejudice, and is intended for the confidential use of the addressee only. No consideration has been paid or received for the issuance of this letter. The sources and contents of this letter are not to be divulged and no responsibility is to attach to this bank or any of its officers, employees or agents by the issuance or contents of the letter which is provided in good faith and in reliance upon the assurances of confidentiality provided to this bank. Information and expressions of opinion of any type contained herein are obtained from the records of this bank or other sources deemed reliable, without independent investigation, but such information and expressions are subject to change without notice and no representation or warranty as to the accuracy of such information or the reliability of the sources is made or implied or vouched in any way. This letter is not to be reproduced, used in any advertisement or in any way whatsoever except as represented to this bank. This bank does not undertake to notify of any changes in the information contained in this letter. Any reliance is at the sole risk of the addressee.

CHASE

# Deposit Account Balance Summary

11/14/2025

Requestor information:
CLAUDIA H WRIGHT

[redacted]

JPMorgan Chase Bank, N.A.
Cohasset Rd and East Ave
850 East Ave
CA1-4896
Chico, CA 95926

| Summary of Deposit Account | | | | |
|---|---|---|---|---|
| **Account Number** | **Account Type** | **Open Date** | **Current Balance** | **Avg Balance (12 mos)** |
| [redacted] | Chase Secure Banking | 10/30/2013 | $0.85 | $0.00 |

| Customer Information | |
|---|---|
| CLAUDIA H WRIGHT | Sole Owner |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Deposit Account Balance Summary request completed by:

JESUS CASTELLANOS
(614) 248-5800
Cohasset Rd and East Ave

**PLEASE NOTE THAT THE INFORMATION PROVIDED IN THIS LETTER WILL BE THE ONLY INFORMATION RELEASED BY JPMorgan Chase, N.A.**

This letter is written as a matter of business courtesy, without prejudice, and is intended for the confidential use of the addressee only. No consideration has been paid or received for the issuance of this letter. The sources and contents of this letter are not to be divulged and no responsibility is to attach to this bank or any of its officers, employees or agents by the issuance or contents of the letter which is provided in good faith and in reliance upon the assurances of confidentiality provided to this bank. Information and expressions of opinion of any type contained herein are obtained from the records of this bank or other sources deemed reliable, without independent investigation, but such information and expressions are subject to change without notice and no representation or warranty as to the accuracy of such information or the reliability of the sources is made or implied or vouched in any way. This letter is not to be reproduced, used in any advertisement or in any way whatsoever except as represented to this bank. This bank does not undertake to notify of any changes in the information contained in this letter. Any reliance is at the sole risk of the addressee.

Credit | Alerts | Offers | Insights | Support

# Alert Inbox

---

Credit limit change
COMENITYBANK/CAESARS
09/29/2025

Dark web
03/09/2025

Credit usage change
USAA FEDERAL SAVINGS B
02/23/2025

Credit usage change
USAA FEDERAL SAVINGS B
01/26/2025

New bank/credit card
USAA FEDERAL SAVINGS B
12/26/2024

Dark web
12/26/2024

Dark web
12/26/2024

Dormant account activity
SYNCB/JCP
12/16/2024

New credit inquiry
USAA SAVINGS BANK
11/23/2024

Credit limit change
SYNCB/JCP
11/14/2024

Credit limit change
ELAN FIN SVCS/FIDELITY
10/06/2024

Credit usage change
ELAN FIN SVCS/FIDELITY
10/06/2024

Credit limit change
COMENITYBANK/CAESARS
10/02/2024

| | |
|---|---|
| Credit limit change<br>SYNCB/JC PENNEY DC | 09/24/2024 |
| New credit inquiry<br>JPMCB CARD SERVICES | 09/11/2024 |
| New credit inquiry<br>DISCOVER FINANCIAL SERVICES | 09/11/2024 |
| Data breach<br>Social Security number | 08/28/2024 |
| Data breach<br>Social Security number | 08/28/2024 |
| Data breach<br>Social Security number | 08/28/2024 |
| Data breach<br>Social Security number | 08/28/2024 |
| Data breach<br>Social Security number | 08/28/2024 |
| Data breach<br>Social Security number | 08/28/2024 |
| Data breach<br>Social Security number | 08/28/2024 |
| Credit usage change<br>COMENITYBANK/CAESARS | 08/15/2024 |
| Credit usage change<br>ELAN FIN SVCS/FIDELITY | 08/11/2024 |
| Credit balance change | 08/11/2024 |

### What we monitor

Learn more about how we can monitor your credit information.

View details >

We'll store your alerts for 2 years. Any activity older than 2 years will be on your credit report.

Help and Support | Terms and Conditions | SiteMap |
Privacy Policy | Unenroll

**Additional Information**

VantageScore® 3.0, with scores ranging from 300 to 850, is a user-friendly credit score model developed by the three major nationwide credit reporting agencies, Experian®, TransUnion®, and Equifax®. VantageScore 3.0 is used by some but not all lenders. Higher scores represent a greater likelihood that you'll pay back your debts so you are viewed as being a lower credit risk to lenders. A lower score indicates to lenders that you may be a higher credit risk.

There are three different major credit reporting agencies, Experian, TransUnion and Equifax, that maintain a record of your credit history known as your credit file. Credit scores are based on the information in your credit file at the time it is requested. Your credit file information can vary from agency to agency because some lenders report your credit history to only one or two of the agencies; so your credit scores can vary if the information they have on file for you is different. Since the information in your file can change over time, your credit scores also may be different from day to day. Different credit scoring models can also give a different

assessment of the credit risk (risk of default) for the same consumer and same credit file.

There are different credit scoring models which may be used by lenders and insurers. Your lender (including Chase) may not use VantageScore 3.0, so don't be surprised if your lender gives you a score that's different from your VantageScore. (And your VantageScore 3.0 may differ from your score under other types of VantageScores). Just remember that your associated risk level is often the same even if the number is not. For some consumers, however, the risk assessment of VantageScore 3.0 could vary, sometimes substantially, from a lender's score. If the lender's score is lower than your VantageScore 3.0, it is possible this difference can lead to higher interest rates and sometimes credit denial.

The credit scores presented in Credit Journey are not so-called FICO scores, and follow the VantageScore 3.0 consumer credit scoring model, which is not affiliated with Fair, Isaac and Company. The credit scores presented in Credit Journey may not be identical in every respect to any consumer credit scores provided by any other company.

The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company under group or blanket policy(ies). The description herein is a summary and intended for informational purposes only and does not include all terms, conditions and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions. Review the Summary of Benefits.

---

Investment products and services are offered through **J.P. Morgan Securities LLC** (JPMS), a Member of FINRA and SIPC.

**INVESTMENT AND INSURANCE PRODUCTS ARE: NOT A DEPOSIT • NOT FDIC INSURED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NO BANK GUARANTEE • MAY LOSE VALUE**

Claudia Wright
[redacted]

CERTIFIED MAIL

9589 0710 5270 1794 0099 00

Retail

UNITED STATES POSTAL SERVICE

75242

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
CHICO, CA 95926
NOV 14, 2025

$7.20

S2324E503123-46

Clerk of the Court
United States District Court
1100 Commerce St. Room 1452
Dallas Texas, 75242

RECEIVED
NOV 20 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# Exhibit 17(FF)

Account#

83231 COR0004348

COR0004348

Carladrea Huey
[redacted]

Date: 11/15/2025

Clerk of the Court
United States District Court – Northern District of Texas

Re: Objection to Proposed Class Action Settlement
Case Name: In Re: AT&T; Inc. Customer Data Security Breach Litigation
Case No.: 3:24-md-03114-E

To the Honorable Court:

I, Carladrea Huey, am a Settlement Class Member in the above-referenced action. I write to formally object to the proposed settlement in this matter on the grounds that the settlement does not adequately address the harm I have suffered as a result of the data incidents described, including my personal experience with tow-truck service issues, misuse of data, and continuing exposure risk.

1. I Am a Class Member
I received notice of the settlement. My information is included in the data incidents reported and the settlement website confirms my eligibility class.

2. Basis for My Objection
- The defendants' data incidents created ongoing, real-world harm to me personally — including incorrect data appearing in systems used by tow-truck companies, service interference, personal security risk, and associated costs and stress.
- The proposed settlement compensation is insufficient to address these ongoing harms and fails to provide meaningful remedy or assurance of data correction/removal.
- There is inadequate protection for future misuse of my data and insufficient remedy for the specific harms I continue to face.

3. What I Request
I respectfully ask this Court to:
- Require additional compensation or remediation for individuals with continuing harms such as mine;
- Require the defendant(s) to correct, remove, and secure exposed data and provide documentation of those actions;
- Reject the settlement unless these protections and compensatory measures are strengthened.

4. Appearance at Hearing
I WILL / WILL NOT appear at the Final Approval Hearing on January 15, 2026 at 9:00 a.m. CT. If I attend, I request the opportunity to speak briefly regarding the fairness of the settlement and the inadequacy of its remedial provisions for class members like me.

5. Not Represented by Counsel
I am submitting this objection pro se (without counsel), although I reserve the right to seek representation in the future if necessary.

Respectfully submitted,

[signature]

PRESS FIRMLY TO SEAL

FSC MIX Board FSC™ C118916

PAPER POUCH how2recycle.info

PRESS FIRMLY TO S

Retail

UNITED STATES POSTAL SERVICE

10150

RDC 07

U.S. ...
PME
DALLAS, TX 75243
NOV 15, 2025

$33.40

S2324M502316-7

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 304 760 265 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE [redacted]

Carladrea Huey

[redacted]

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE (833) 890 4930

AT&T Data Incident Settlement LLC
c/o Kroll Settlement Administration
P.O. Box 5324

ZIP + 4® (U.S. ADDRESSES ONLY) New York, New York
10150-5324

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 75243 | Scheduled Delivery Date (MM/DD/YY): 11.18.25 | Postage: $ 33.40 | |
| Date Accepted (MM/DD/YY): 11.15.25 | Scheduled Delivery Time: ☐ 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 10:58 ☑ AM ☐ PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 33.40 | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials: CT | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

PAPER POUCH how2recycle.info

UNITED STATES POSTAL SERVICE U.S. MAIL

UNITED STATES POSTAL SERVICE®

This package is made from post-consumer waste. **Please recycle - again.**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

# Exhibit 17(GG)

3:24-cv-757

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
By
Deputy

KM

11/04/2025

Dear Clerk of Courts

Case # [redacted]

I am writing you to REJECT the current amount for the proposed Settlement amount for the Class Action Lawsuit against AT&T Data Breaches. AT&T NEVER INFORMED ME THAT I WAS A PLAINTIFF IN THIS CASE until after the Settlement was reached! I only found out that I was a part of the
Breaches until after the settlement was reached!

The proposed settlement does not begin to cover all my losses due to the Identity Theft, which exposed all my personal information and allowed others to use it numerous times! My Social Security Number, IRS account have been compromised and used by others, causing me to lose my SSI BENEFITS and Refunds owed to me by the IRS!

Fraudulent bank accounts were opened in my name and I have had to replace my credit cards due to fraudulent charges caused by the AT&T IDENTITY THEFT.

I have also had my phone hacked into and my email changed which caused me to be without a phone while Apple tried to fix the issue, which caused me to lose all the data stored on my phone.

I had to change carriers which caused more loss of money because AT&T refused to unlock my account, causing me to have to pay upfront for a new phone and instalment charges.

AT&T also gave me false information and claim numbers for my case numerous times, as well as had my information entered incorrectly, which caused them to claim I was not included in the breaches! I was able to get all their misinformation corrected after numerous phone calls to their phone number listed on the Settlement website!

I have 2 phone numbers related to both the breaches: [redacted] and [redacted]

My Total identity Theft caused by AT&T has caused me hundreds of hours turning everything in to Government Agencies, banks, credit bureaus, IRS, Social Security, phone companies, to name a few.

I cannot ever get my stolen identity back! Which cannot be put into a dollar amount!

I am asking the Courts for compensation in upwards of $15,000.00.

Respectfully yours,

Marcee A Adams

[redacted]




[redacted]




X-RAY

RECEIVED - 2

NOV 25 2025

MAILROOM

Clerk of the Court
1100 Commerce ST Room 1452
Dallas, TX 75242

# Exhibit 17(HH)

Clerk of Court
U.S. District Court – Northern District of Texas
Earle Cabell Federal Building
1100 Commerce Street, Room 1452
Dallas, TX 75242

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 21 2025
CLERK, U.S. DISTRICT COURT
By______ Deputy

3:24-cv-757

November 18, 2025

Re: In re AT&T Data Breach Litigation
MDL No. 3:24-md-03114-E (N.D. Tex.)
Pro Se Submission of Teresa Miller – Account ending 2892

Dear Clerk,

Please file this letter and the attached exhibits in the above-referenced MDL for the Court's consideration in connection with final approval and fairness of the proposed settlement.

I am a class member who suffered actual financial harm (stolen unemployment benefits in 2020) directly enabled by the data exposed in the incidents at issue.
AT&T's own counsel and paralegals repeatedly told me in writing in 2023 and 2024 that my account did not exist before 2020 and that no fraud occurred – statements that are demonstrably false (see attached 2018 Texas AG proof of service and fraud reports).

I have submitted a documented-loss claim for the maximum $5,000 and ask that the Court ensure class members with this level of proof receive full compensation.

Exhibits attached (same five documents listed above).

Respectfully submitted,
Teresa Miller

Teresa Miller

[redacted]

Current phone number [redacted] and [redacted]

Previous phone number when associated with the AT&T account in 2018 [redacted]
address of [redacted]

Pro Purposefuly deleted account and said it did not exist in letter to law firm

4/12 - Att forwarding Fraud ...

AT&T Mobility
Office of the President

Phone: 866-56...
Fax: 214-761-6...

Consumer complaints, SCC

Response to Notice of Informal Complaint (NOIC)

Date: 03/02/2018

Federal Communications Commission
Consumer & Governmental Affairs Bureau
Consumer Inquiries and Complaints Division
445 12th Street
Washington, D.C. 20554

Complainant's Name: Teresa Miller
File No.: [redacted]
Response Type: Mobility
Service Date: 03/02/2018

**INVESTIGATION SUMMARY:**

AT&T received a notice from the Federal Communications Commission on behalf of Teresa Miller regarding issues with calling interference on her device by the company.

On 03/02/2018, AT&T contacted Ms. Miller to acknowledge receipt of her complaint and to confirm any additional details pertaining to her concerns.

AT&T investigated and determined that the phone had immediate call forwarding on it to a number that Ms. Miller did not recognize. It was advised sometimes the feature can be inadvertently activated. Ms. Miller removed the number and resolved the issue. Ms. Miller was satisfied.

Ms. Miller's concerns have been addressed and AT&T provided contact information should she have any further questions or concerns. AT&T sincerely apologizes for any inconvenience caused by this matter.

Please refer any additional questions, requests, or correspondence specific to this case to Nancy Grimes at ng1182@att.com or (228) 819-6313.

Sincerely,

*Nancy Grimes*

Nancy Grimes
Office of the President
AT&T Services Inc.

Cc: Teresa Miller

9-24-18
30days for them to call back
Ticket #FCC [redacted]

Att employee ID [redacted] (Ref) [redacted]

Page 2 of 16

Communications Attorney

AT&T Mobility
Office of the President

Phone: 1 (877) 998-5160
Fax: 1 (214) 761-4600

Num #

[redacted]

**Response to Notice of Informal Complaint (NOIC)**

Date: 10/05/2018

Federal Communications Commission
Consumer & Governmental Affairs Bureau
Consumer Inquiries and Complaints Division
445 12th Street
Washington, D.C. 20554

Complainant's Name: Teresa Miller
File No.: [redacted]
Response Type: Mobility
Serve Date: 10/01/2018

**INVESTIGATION SUMMARY:**

AT&T received a notice from the Federal Communications Commission on behalf of Teresa Miller regarding device concerns.

On 10/02/2018, AT&T contacted Ms. Miller to acknowledge receipt of her complaint and to confirm any additional details pertaining to her concerns.

AT&T investigated and determined upon contact with Ms. Miller, she advised of numerous concerns that appear to be technical rather than hacking. Ms. Miller has complained of numerous technical issues with her device previously with which AT&T has been able to assist her. Upon contact with Ms. Miller, AT&T advised the Technical Support team would be engaged to further investigate her concerns. Ms. Miller was contacted by our Technical Support on 10/04/2018 and troubleshooting was performed. It was found the device memory capacity may be the cause of the issues and it was recommended that she delete or move some content to another storage method and restart the device. The technician attempted to advise that a device with limited free space available will operate very poorly. Ms. Miller declined further assistance and indicated she was satisfied.

Ms. Miller's concerns have been addressed and AT&T provided contact information should she have any further questions or concerns. AT&T sincerely apologizes for any inconvenience caused by this matter.

Please refer any additional questions, requests, or correspondence specific to this case to Nancy Grimes at ng1182@att.com or (228) 819-6313.

Sincerely,

AT&T Office of the President

[redacted]

cc: Teresa Miller

- interferance on case

[redacted]

* 12-22-2017 [redacted]

* 2-25-18 [redacted]

!ATT Apple

KEN PAXTON
ATTORNEY GENERAL OF TEXAS

October 29, 2018

TCC ENTERPRISE &. SMUTHCENTZ LLC
PO BX 111
MORGANTOWN WV 26507

Re: AT&T    Complaint No: [redacted]

Dear TCC ENTERPRISE &. SMUTHCENTZ LLC:

Thank you for your recent correspondence regarding a possible violation of consumer protection laws. Consumer complaints help monitor trends, and assist us in determining enforcement priorities as we work to protect Texans from deceptive business practices.

We will review the information that you have provided, and will contact you if we need additional information. Otherwise, you will not receive further communication from this office regarding your complaint. We do not represent individuals in personal civil matters, and thus cannot take direct action on every complaint.

In matters of statewide significance, or when substantive evidence indicates that a person or business is systemically violating Texas law, the Attorney General may take action on behalf of the collective legal interests of the people of this state. Your information will be kept in our files to be used to help us monitor trends in business practices and determine priorities in our enforcement efforts.

We appreciate your time and interest in preventing consumer law violations and in the affairs of Texas consumers. We rely on citizens like you to help us enforce the Deceptive Trade Practices Act and other consumer protection laws.

Consumer Protection Division
Office of the Attorney General

AT&T Services

Jay W. Brown
AT&T Legal Department
1025 Lenox Park Boulevard
Room 5D22
Atlanta, GA 30319-5309

***PRIVILEGED AND CONFIDENTIAL COMMUNICATION***

1/16/2024

**SENT VIA ELECTRONIC MAIL ONLY:** [redacted]

Teresa Miller
[redacted]

Re: AT&T Notice of Dispute
AT&T Reference Number: NOD[redacted]
AT&T Account Holder: Teresa Miller

Dear Teresa,

AT&T received the Notice of Dispute ("Dispute") you ("Claimant") filed, regarding AT&T Account Number [redacted] ("the account"). At the core of AT&T's culture is the desire to resolve any reasonable complaints received from our customers. Because AT&T values its relationship with you, we want to provide a fair resolution.

In your Dispute, you allege Theft of Identity to access the account. To resolve this matter, you requested $10,00.00 in compensation.

We have reviewed the Dispute and researched the pertinent information and records regarding your claims. Our records do not indicate any fraudulent activity on the account. Therefore, your request for $10,000.00 in compensation is unwarranted and is denied.

This letter is a response to the Dispute, and it should not be construed as an admission of liability or wrongdoing by AT&T.

We thank you for the opportunity to address your concerns, and we apologize for any inconvenience this matter may have caused you or your family.

Sincerely,

Jay W. Brown
Jay W. Brown
Senior Paralegal

Cc: File

KILPATRICK TOWNSEND
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

1001 West Fourth Street
Winston-Salem, NC 27101-2400
t 214 455 6846 f 336 607 7500

dvaughn@kilpatricktownsend.com

**CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY;**
**NOT ADMISSIBLE AS EVIDENCE**

December 7, 2023

**VIA ELECTRONIC MAIL:** [redacted]

Teresa Miller
[redacted]

Re: AT&T Notice of Dispute – Teresa Miller

Dear Ms. Miller,

I am a paralegal working on behalf of AT&T Services ("AT&T"). I am in receipt of the Notice of Dispute ("Dispute") regarding your AT&T Mobility Account. At the core of AT&T's culture is the desire to resolve any reasonable complaints received from its customers. Because AT&T values its relationship with its customers, we want to provide you with a fair resolution.

Accordingly, we have reviewed the Dispute including all the details provided in your Dispute. We have also reviewed the pertinent information and records regarding your Account. In the Dispute, you stated that someone accessed your unemployment benefits account via your AT&T wireless account because the account was associated with your email.

Our records show that the account was opened from January 30, 2020 to June 16, 2021. On November 28, 2020, the AT&T Fraud Department completed an investigation and found no fraud was committed on the account and the account was never compromised. Another fraud investigation was conducted on December 5, 2023 and again no fraud was committed on the account.

Again, we regret your previous dissatisfaction, but we are unable to provide any accommodations to you regarding this issue.

Page 6 of 16

Sincerely,

/s/ Demarcus Vaughn
Contract Paralegal

All work supervised by a licensed member of the North Carolina State Bar

cc: Julie Pape, Esq.

Particial repayment of fund from unemployment

FR 1379c - OMB No. 7100-0135
Approval expires February 28, 2026

# FEDERAL RESERVE CONSUMER HELP

Please print clearly below.
Mail or fax this completed form to:
Federal Reserve Consumer Help
PO Box 1200, Minneapolis, MN 55480
Fax: 877-888-2520

CONSUMER COMPLAINT FORM

*Required Fields

Questions? Call us at 888-851-1920

## YOUR INFORMATION

Prefix: ☐ Mr. ☐ Mrs. ☒ Ms. ☐ Dr. *First Name: Teresa *Last Name: Miller

*Address: [redacted]

Alternate Phone: ______ *Contact Preference: ☒ Mail ☐ E-Mail

## REPRESENTATIVE CONTACT

Do you want us to communicate with a third party, such as an attorney or other legal representative, regarding this complaint?

☐ Yes ☒ No If you checked 'No', skip to Institution Information.

By selecting 'Yes', you legally authorize the Federal Reserve System to release information to and communicate directly with the party named below and for that party to act on your behalf in the processing of this complaint.

Prefix: ☐ Mr. ☐ Mrs. ☒ Ms. ☐ Dr. *First Name: Teresa *Last Name: Miller

*Address: [redacted]

*Phone: [redacted] Alternate Phone: ______

## INSTITUTION INFORMATION

Please provide as much information as possible about the bank or financial institution.

*Institution Name: Huntington Bank / Pathward Bank through H&R Block

Account / Product Type: Checking Routing Number:

*Address: Morgantown WV 26507 US
City State Zip Code Country

If you do not have the exact address of the bank or financial institution, provide a location, such as the nearest cross streets or major intersection.

* Contact work force they said they could not give me the banks info - but it was an H&R Block account

E-mail: Workforce West Virginia Phone: 304 285 3124



Page 1 of 12

## COMPLAINT

Provide a brief description of the complaint including dates and the names of those you dealt with. Do NOT include any personal information such as account numbers or Social Security numbers.

Myra Workforce sent the same emails and information,
[illegible] Huntington Bank One to attorney Hilary Godwin/Katey Cimino
Probation Annabell Scapilio
4 Direct Deposits for 661.00 a week
Mike Edward 304-292-7803 - / Pathward - Johnathan
H&R Block says I dont. / May 31 said I have
Reported 4/25/21 - 12-31-22 / an account.
I do not have a
I have attached the / an account I
emails also / downloaded the
1/2 illegaly → application.
as did the other person,
attached to my account.

[illegible] your complaint be satisfactorily addressed?

I would like my benfits that have already been paid to me.

### Privacy Act Statement

[illegible] the Federal Reserve to respond to consumer complaints and inquiries regarding practices by banks and other [illegible] supervised by the Board. The information you provide will be stored in the system of records entitled BGFRS-18, "FRB Consumer [illegible]" and may be disclosed for the following purposes:

[illegible] complaint or inquiry;
[illegible] information that is relevant to the resolution of a complaint or inquiry;
[illegible]
[illegible]
[illegible]
[illegible] administrative body or administrative tribunal or a party in litigation;
[illegible]
[illegible] breach of the Board; and
[illegible] Federal entity in responding to a breach.

[illegible] §§ 248 and 1844, 15 U.S.C. § 57a(f), and other consumer protection laws. [illegible] complaint or inquiry and you may withdraw your complaint or inquiry at any time. [illegible] may not be able to investigate your complaint or inquiry.

### Paperwork Reduction Act Notice

[illegible] voluntary.

[illegible] estimated to average [illegible] minutes per response. Send comments regarding this burden estimate [illegible] including suggestions for reducing this burden, to Secretary, Board of Governors of the Federal Reserve [illegible] and to the Office of Management and Budget, Paperwork Reduction Project (7100-0135), Washington [illegible]

Teresa Miller

Date

Page 2 of 2
Page 2 of 2

Page 9 of 16

FEDERAL BUREAU OF INVESTIGATION

## Victim Information

| | |
|---|---|
| Name: | Teresa Miller |
| Are you reporting on behalf of a business? | |
| Business Name: | |
| Is the incident currently impacting business operations? | |
| Age: | 40 - 49 |
| Address: | [redacted] |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | |
| County: | |
| Country: | |
| State: | |
| Zip Code/Route: | |
| Phone Number: | |
| Email Address: | |
| Business IT POC, if applicable: | |
| Other Business POC, if applicable: | |

## Financial Transaction(s)

| | |
|---|---|
| Transaction Type: | Other |
| If other, please specify: | Deposit from workforce |
| Transaction Amount: | 2668.00 |
| Transaction Date: | 4/25/2021 |
| Was the money sent? | Yes |
| Victim Bank Name: | Huntington bank |
| Victim Bank Address: | 201 high street |

Before self surrendering to prison, I was signed up for and receiving unemployment due to Covid and a positive test. I was approved for the month of February and March and also April and February and March. I received my payments they were direct deposited into my bank account for the month of April, I never received them. I called the unemployment office they stated that they were deposited into my checking account and that I had gotten them in 2022 when I got out and 23 I went to the unemployment office which is workforce West Virginia, and ask them where my payments were they said that they were deposited into my account so I called the bank and got the bank online and they said that they never received them so the woman's at work for spoke with them and ask them did they know where they had went? There was something about a bank in North Dakota have received my unemployment payments they said they would investigate it. This was on December 31 of 2022.
I have a copy of the direct deposit numbers I really don't want to give you my checking account number over the Internet due to this fact,
Workforce West Virginia
Affidavit for correction of form 1099 – G
I spoke with Sherry numerous times, and with a woman from the Huntington bank in Ohio at the main office
epay numbers
Direct deposit [redacted]
Direct deposit [redacted]
Direct deposit [redacted]
Direct deposit [redacted]

I have called several times and asked to speak to the fraud department. They said it takes them a while to investigate it and they're not sure where my money is that or how it got sent to another bank supposedly in North Dakota. I had to call the state police office and report it. They said there was nothing that they could do that. Yeah I called OK, but workforce was the ones that would have to handle it. I do not know how my transactions were transferred to a bank that I have nothing to do with since I only have one account in West Virginia.

## Information About The Subject(s) Who Victimized You

| | |
|---|---|
| Name: | Huntington Bank |
| Business Name: | Huntington Bank |
| Address: | 201 High St. |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Morgantown |

Was not put in my account put in someone elses

WorkForce WEST VIRGINIA

Scott A. Adkins, Acting Commissioner

## AFFIDAVIT FOR CORRECTION OF FORM 1099-G

INSTRUCTIONS: Please provide all information requested below, review the certification, sign and date this form. Submit your completed form by email to: reportunemploymentfraud@wv.gov. Please retain a copy of this form to be able to present it upon request. WorkForce West Virginia will contact you via-email or telephone if there are questions.

First Name: Teresa Last Name: Miller Middle Initial: L

Address: [redacted]

City: [redacted] State: [redacted] Zip code: [redacted]

Claimant Identification Number or Last Four Digits of Social Security Number: [redacted]

Claimant E-mail Address: mysIf Claimant Telephone Number:

*Choose the basis for your request for a corrected 1099-G and provide any additional details in the area provided below*

- [ ] I did receive benefits in calendar year 2021; however, the amount of benefits listed is incorrect. I received benefits in the amount of: ______ .
- [ ] I did not apply for or receive unemployment insurance benefits in calendar year 2021.
- [ ] I did apply for unemployment insurance benefits, but did not receive any benefits in calendar year 2021.
- [ ] I received benefits, but the correct dates for benefits received are: ______
- [x] Other (Explain the circumstances with all relevant dates.): I did not receive the Corona virus stimulas and for the month of April I did not receive my payments. They were not Deposited in account. The information was changed and put into someone eles account even though they knew I was being incarcerate

### CERTIFICATION

I, Teresa Miller (print full name), declare under penalty of perjury that the foregoing is true and correct. Further, I certify under penalty of the identity theft and identity fraud laws of the United States and the State of West Virginia that I am the individual completing this affidavit. I understand that a decision will be made based on the information I have provided and that the law provides penalties for false statement or the withholding of facts. **Please note if after filing this affidavit it is proven that your statements are false it will be considered fraud and remedies will be pursued as allowable under the law.**

Signature: Teresa Miller Date: 12-31-22

The woman at the office said bank # changed the 3rd of April I did not do it, I self surrendered the 28 or 29


An equal opportunity employer/program. Auxiliary aids and services are available upon request to individuals with disabilities.


Page 12 of 16

Page 7 of 12

**Alex Edwards**

| | |
|---|---|
| From: | Teresa Miller [redacted] |
| Sent: | Tuesday, May 30, 2023 1:54 PM |
| To: | Alex Edwards |
| Subject: | [EXTERNAL] Fwd: Affidavit for correction of form 1099G |
| Attachments: | WFWV Idenity Theft Victim Information.pdf |

Teresa Miller

Begin forwarded message:

**From:** Teresa Miller [redacted]
**Date:** January 6, 2023 at 2:13:31 PM EST
**To:** "Report Unemployment Fraud, Workforce" <reportunemploymentfraud@wv.gov>
**Subject: Re: Affidavit for correction of form 1099G**

I spoke with trooper baker of the West Virginia state police office and he said that he would handle it

Teresa Miller

On Jan 4, 2023, at 11:03 AM, Report Unemployment Fraud, Workforce <reportunemploymentfraud@wv.gov> wrote:

Received, thank you. Forwarded to investigations. Based on conversations with others in the dept. I am sending you an info sheet and they recommend you also file a police report.

On Sat, Dec 31, 2022 at 6:25 AM Teresa Miller [redacted] wrote:

# Affidavit for correction of form 1099G

My attorneys and probation officer also knew of this because I emailed them all the information along with the easy pay and paperwork that I had submitted to them previously

I also reported it to the Attorney General of West Virginia in 2021 twice I was told there was nothing they could do to help me

Teresa Miller



Page 13 of 16

Page 8 of 12

## Alex Edwards

| | |
|---|---|
| From: | Teresa Miller [redacted] |
| Sent: | Tuesday, May 30, 2023 1:55 PM |
| To: | Alex Edwards |
| Subject: | [EXTERNAL] Fwd: COMPLAINT was also provided Covid payment |
| Attachments: | DIR DE[redacted].pdf |

Teresa Miller

Begin forwarded message:

**From:** Teresa Miller [redacted]
**Date:** December 27, 2022 at 7:15:43 PM EST
**To:** reportunemploymentfraud@wv.gov
**Subject: COMPLAINT was also provided Covid payment**

FEDERAL COMPLAINT
Teresa miller

Jenny how are you today this is the problem previously before I went to prison I emailed Hillary and Katie with my unemployment information stating that I had not received any payments for the month of April I was at the unemployment office today signing up for Man Power and went over the workforce they gave me for direct deposits that was supposed to have been deposited into my account they're going to try and check and make sure that the routing and account numbers were the same but the bank refuses to put A tracer on them so I'm at the same problem that I was two years ago either it accidentally gotten put into somebody else's account because I may have entered the wrong number were they straight up stole my money I already filed with the Attorney General I believe or maybe that was against H&R Block who paid me $200 every week and then decide to give me 600 at the end of the year while they decided how much tax money should be given to me if you could could you please give me a call back thank you

Spoke with Myra
Ticket number
Filed on the 21 of dec
Called 27 not my account added to the payment
She said a bank in South Dakota
Mira said that the routing number and bank was changed on 21 April it should've been changed to Huntington Bank the same as it was in March

Attorney general said to call Charleston governors office

Check see if it goes back to SUNCREST furniture account due to their keys to apartment and cameras

Was emailed from Mira sent to UPS or I will print

Page 14 of 16

Page 9 of 12

Case 3:24-cv-00757-E Document 51-3 Filed 01/02/25 Page 15 of 19 PageID 1892

EPAY #

DIR DEP [redacted]
DIR DEP
DIR DEP
DIR DEP

$667.00 each week

Sherri 367.00 each week 367 +41 401

Previous emails [redacted]

Trace Deposits and see where they are

Current emails [redacted] until I unlock other account

PS Form 1093, August 20..

20 MILLER, TERESA L

H&R BLOCK

Return Status : COMPLETE

CONFIDENTIAL CLIENT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| TAXPAYER | | TAX PREPARER | | BLOCK FEES | |
| MILLER TERESA | | Mohammad Malik | 783546 | RETURN PREP FEE | [illegible] |
| CELL | [redacted] | TAX PREP START DATE: | 02-10-2021 | SALES TAX | [illegible] |
| BEST TIME TO CALL | [illegible] | TAX PREP FINISH DATE: | 02-10-2021 | OTHER FEE(s): | [illegible] |
| (T)SSN | [redacted] | NEW or RETURNING: | New | TOTAL FEES | $468.30 |
| E-MAIL ADDRESS: | | RETURNS PREPARED: | | * FEES INCLUDE Fed RT [illegible] | |
| FILING STATUS | 1 Single | Federal | 1040 | | |
| ONLINE RETURN | No | State/City | AZ, WV | | |
| FED EFILE SETTLEMENT | RT - Direct Deposit | E-SIGNED DOCUMENTS: | Yes | | |
| STATE EFILE SETTLEMENT | [illegible] | E-SIGNED 8879: | Yes | | |
| | | E-SIGNED WV 8453: | Yes | | |
| | | Applied Refund Advance | NA | | |

GENERAL

| ENTITY | ADJUSTED GROSS INCOME | TAXABLE INCOME | TAX LIABILITY | TOTAL PAYMENTS | REFUND / BALANCE DUE | SETTLEMENT OPTION |
|---|---|---|---|---|---|---|
| FEDERAL | [illegible] | 0 | 0 | 1131 | 1131 | RT / Direct Deposit |
| WEST VIRGINIA | 12005 | 10305 | 302 | 443 | 443 | DOR Refund / Direct Deposit |

FORM W2 INFO: Federal

| SOURCE | EIN | C | TYPE | FEDERAL WAGES | FEDERAL WH | SS WAGES | SS WH | MEDICARE WAGES | MEDICARE WH | DEF COMP | ALLOC TIPS | DCB | EPHC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | R | 13605 | 241 | 13605 | 844 | 13605 | 197 | | | | |
| | | | | 13605 | 241 | 13605 | 844 | 13605 | 197 | 0 | 0 | 0 | 0 |

FORM W2 INFO: State

| STATE | STATE WAGES | STATE WH | LOCAL WAGES | LOCAL WH |
|---|---|---|---|---|
| WV | 13605 | 443 | 13605 | |
| | 13605 | 443 | 13605 | 0 |

SOFTWARE VERSION [illegible]

To our Knowlege Ms Miller has no Emerald card to our Records

Mike [illegible]
304-292-7803
H&R Block
Morgantown WV

X-RAY

RECEIVED

NOV 21 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TEREA MILLER 1 LBS 1 OF 1
[redacted]
SHP WT: 1 LBS
DATE: 18 NOV 2025

SHIP TO: NORTHERN DISTRICT OF TEXAS
US DISTRICT COURT
EARL CABELL FEDERAL BUILDING
ROOM 1452
1100 COMMERCE ST
DALLAS TX 75242

TX 752 9-40

UPS GROUND
TRACKING #: 1Z C6R 329 03 0860 3071

BILLING: P/P

REF #1: DRL

MMB66NF0Y3S0D ISH 13.00C ZZP 450 42.5V 10/2025

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited. RRD 1025

# Exhibit 17(II)

# Statement of Objection to Proposed Settlement and Attorney Fees

To:
Clerk of the Court
United States District Court for the Northern District of Texas, Dallas Division
1100 Commerce Street, Room 1452
Dallas, TX 75242

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
KM NOV 25 2025
CLERK, U.S. DISTRICT COURT
By ______
Deputy

From:
Roy J Lewis
[redacted]

Class Member ID: [redacted]

3:24-CV-757

Case Reference
In Re: AT&T Inc. Customer Data Security Breach Litigation, MDL Docket No. 3:24-md-03114-E

Statement of Objection
I am writing to express my disagreement with the proposed settlement amount and the attorney's fees in the above-referenced case. My primary concern is that the amount allocated to affected customers does not seem fair, particularly for those who experienced more significant impacts from the data breach. The proposed compensation appears insufficient to address the varying degrees of harm suffered by individuals.

Additionally, I believe the attorney fees for this class-action lawsuit are excessive when compared to the number of customers who must divide the remainder of the settlement. The disproportionate allocation means that attorneys will receive substantial compensation, while affected individuals receive relatively little, despite the considerable challenges they have faced.

Personal Impact of the Data Breach
The data breach allowed an unauthorized party to transfer my AT&T phone number to Verizon without my approval. This or these individuals then exploited the two-tier verification system to gain access to my bank accounts and investment accounts. Furthermore, they created a fraudulent account with SOFI bank—which I have no affiliation with—and transferred over $20,000 from my accounts, including funds held jointly with my 94-year-old mother, into the fake SOFI account. The breach also enabled them to hack my AT&T email account, preventing me from receiving notifications about these unauthorized transfers.

### Resolution and Remaining Losses

Fortunately, my financial institutions were able to recover most of my funds, except for approximately $900 lost from my WeBull investment account. While I am not claiming documented financial losses in this statement, I want to emphasize the significant amount of time, effort, and emotional distress involved in discovering the breaches, coordinating with financial institutions, and resolving these complex issues. The work and upheaval endured by affected individuals, including myself, far outweigh the extent of "discussions" held by attorneys to negotiate the settlement amount. Nevertheless, the lawyers are set to receive a substantial payout, while the compensation for those harmed remains inadequate.

### Request for Additional Consideration

I respectfully submit to the Court that I as well as individuals who suffered impacts similar to mine should receive additional consideration in the settlement.

### Attendance and Representation

As indicated in my address, I reside in Wisconsin and do not plan to attend the final approval hearing. I also do not intend to retain an attorney to share in any portion of the award. However, I sincerely hope that the Court will take my concerns and requests into account.

Sincerely,

Roy J Lewis
[redacted]
Email: [redacted]
Phone: [redacted]

Lewis

[redacted]

MILWAUKEE WI 530
14 NOV 2025 PM 7 L




X-

RECEIVED
NOV 25 2025
MAILROOM

CLERK OF COURTS
UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET, ROOM 1452
DALLAS, TEXAS 75242

75242131310 C001

# Exhibit 17(JJ)

Nathan Hebert Case# [redacted]

[redacted]

11/17/2025

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
km DEC - 1 2025
CLERK, U.S. DISTRICT COURT
By ______
Deputy

To Whom It May Concern,

Objection to Class Action Settlement in AT&T Data Breach

3:24-cv-757

Dear Clerk of court

I am writing to formally object to the proposed settlement in the class action regarding the [specific data breach, e.g., Equifax, AT&T] incident.

Over the past several years, I have endured significant hardship and financial loss due to the exposure of my personal data. Despite the severity of the breach and the well-documented consequences, the settlement offers only a minimal compensation that does not reflect the actual impact on affected individuals.

In my case, the breach has led to prolonged identity theft, financial difficulties, and considerable stress on my personal and family life. The settlement amount, in my opinion, fails to acknowledge the true extent of the damages suffered.

Furthermore, the inconsistency between the settlement terms and the actual harm caused undermines the trust of those affected and does not provide adequate justice.

I respectfully request that the settlement be revisited to ensure fair compensation that reflects the true impact of these breaches on individuals like myself.

Thank you for your attention to this matter. I look forward to a resolution that is just and equitable.

Sincerely
Nathan Hebert

Nathan Hebert
[redacted]

NEW ORLEANS LA 700
18 NOV 2025 AM 1

H[...]A, LA
1775
NOV 15 2025
70360-9998

usa forever

Clerk of Court
United States District Court
1100 Commerce St. Room 1452
Dallas, Texas 75242

[...]CEIVED [...] 6
MAILROOM

75242-131052

# Exhibit 17(KK)

[redacted]

[redacted]
Phone: [redacted] Fax: [redacted]
*Dr. Yulanda King, DNP, CRNP, AGACNP-BC, PMHNP-BC*

*Dr. Yulanda R. King DNP, CRNP, AGACNP-BC, PMHNP-BC*
[redacted]

*Date: Claims Administrator*

*AT&T Data Incident Settlement*
*c/o Kroll Settlement Administration LLC*
*P.O. Box 5324*
*New York, NY 10150-5324*

*Re: In Re: AT&T Inc. Customer Data Security Breach Litigation*
*MDL Docket No. 3:24-md-03114-E*
*Class Member ID:* [redacted]
*Name: YULANDA KING*

*To Whom It May Concern:*

*I am writing in connection with the AT&T Data Incident Settlement referenced above.*

*I recently became aware of this settlement notice, which was sent to an email address listed as "Yulanda_Norwood", an email account that I do not regularly use and do not monitor for legal or financial notices. As a result, I did not see the notice or the stated opt-out deadline of November 17, 2025 in time to respond.*

*Please accept this letter as my formal written objection to being treated as though I*

*knowingly participated in, consented to, or affirmatively remained in this settlement. I am not submitting a claim, and I do not wish to waive, release, or impair any rights or claims that I may have against AT&T, including but not limited to any individual claims or separate civil actions I have filed or may file in the future.*

*To be clear:*

1. *I did not receive timely, meaningful notice of this settlement at an active email address I use for important matters.*
2. *I have not submitted a claim and do not wish to do so.*
3. *I object to any interpretation of this settlement that would be used to argue that I knowingly released or waived my individual rights or claims against AT&T.*

*I am sending this letter via Certified Mail – Return Receipt Requested and retaining a copy for my records.*

*Please update your records to reflect that:*

- *I do not submit a claim under this settlement; and*
- *I object to being treated as if I knowingly agreed to release any of my individual claims against AT&T.*

*Sincerely,*

Yulanda R. King DNP, CRNP

*Dr. Yulanda R. King*
*Class Member ID:* [redacted]

[redacted]

[redacted]





[redacted]

Sent from Yahoo Mail for iPhone

PRESS FIRMLY TO SEAL

FSC MIX Board FSC® C118916

PAPER POUCH how2recycle.info

PRESS FIRMLY T

Retail

10150

PME
BRANDON, MS 39042
DEC 01, 2025

$33.40

S2324N505993-05

RDC 07

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

ER 241 031 878 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE [redacted]

Dr. Yulanda King

[redacted]

PAYMENT BY ACCOUNT (if applicable)

Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

☐ No Saturday Delivery (delivered next business day)

☐ Sunday/Holiday Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE (833) 890 4930

AT&T Data Incident Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 5324
New York, NY

ZIP + 4® (U.S. ADDRESSES ONLY) 10150-5324

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code 39042 | Scheduled Delivery Date (MM/DD/YY) 12.4.25 | Postage $ 33.40 | |
| Date Accepted (MM/DD/YY) 12.1.25 | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted 9:00 ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | $ 33.40 | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, NOVEMBER 2023 PSN 7690-02-000-9996

EP13F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH how2recycle.info

UNITED STATES POSTAL SERVICE®

This package is made from post-consumer waste. **Please recycle - again.**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

# Exhibit 17(LL)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE: AT&T INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Document Relates to All Cases* | Case No. 3:24-cv-00757-E<br><br>MDL DOCKET No. 3:24-md- 03114-E |

**NOTICE OF JOINDER INTO THE OBJECTIONS OF MICHAEL VONLUNEN AND SUSAN BARROW TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

COME NOW, Adriana Acosta and LaTonyia McClain (the "Joining Objectors"), through counsel, and join in, adopt and incorporate herein by reference as if it were their own, the Objections of Michael VonLunen and Susan Barrow to Plaintiff's Motion for Final Approval of Class Action Settlement (the "Objection").

## I. Information About the Joining Objectors Required by Class Action Notice

**A. The objector's full name, mailing address, all AT&T telephone number(s), current telephone number; and for former AT&T customers all AT&T account number(s), and email address (if any) or an attestation that the former customer is unable to obtain their AT&T account number(s) or email address (if any);**

1. Adriana Acosta
   [redacted]
   AT&T Phone No [redacted]
   AT&T Acct. No. [redacted]
   Email: [redacted]

2. LaTonyia McClain
   [redacted]
   AT&T Phone No(s). [redacted]
   [redacted] tablet) [redacted]
   Current Phone No. [redacted]

Email: [redacted]
AT&T 2 Settlement Class
Class Member ID: [redacted]

**B. All grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel**;

The Joining Objector's grounds for objection and legal support are contained in the Objection and accompanying affidavit(s) or declaration(s).

**C. The number of times the objector has objected to a class action settlement within the 5 years preceding the date that the objector files the objection, the caption of each case in which the objector has made such objection, and a copy of any orders related to or ruling upon the objector's prior objections that were issued by the trial and appellate courts in each listed case**;

1. Adriana Acosta – None.

2. LaTonyia McClain – None.

**D. The identity of all counsel who represent the objector, including (1) any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement and/or Application for Attorneys' Fees, Costs, and Service Awards; (2) a description of the counsel's legal background and prior experience in connection with class action litigation; (3) a statement regarding whether fees to be sought will be calculated on the basis of a lodestar, contingency, or other method; (4) an estimate of the amount of fees to be sought; (5) the factual and legal justification for any fees to be sought; (6) the number of hours already spent by the counsel; and (7) an estimate of the hours to be spent in the future; and the attorney's hourly rate**.

Both Joining Objectors are represented by Harrer Law, P.C. Seth McCormick is a partner at Harrer Law, P.C. His qualifications and legal background, and other requirements of this section are set forth in the Declaration of Seth McCormick filed contemporaneously with the Objection.

**E. The number of times in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the five years preceding the date of the filed objection, the caption of each case in which counsel or the firm has made such objection and a copy of any orders related to or ruling upon counsel's or the counsel's law firm's prior objections that were issued by the trial and appellate courts in each listed case in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the preceding five years**;

1. Harrer Law, P.C. – None.

2. Seth McCormick – None.

**F. The identity of all counsel (if any) representing the objector who will appear at the Final Approval Hearing**;

Seth McCormick

**G. Four dates between the deadline for objections and a date two weeks before the Final Approval Hearing, during which the objector is available to be deposed by counsel for the Parties**;

Any proposed deposition can be set at a mutually agreeable time and date through consultation with Joining Objectors' counsel.

**H. A list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any)**;

Joining Objectors have not yet determined who they will call to testify at the Final Approval Hearing. Joining Objectors will provide notice when such determination is made.

**I. A statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing**; **and**

Joining Objectors do not currently intend to personally appear and/or testify at the Final Approval Hearing, but may change that determination based on the conduct of the parties and the necessity of testimony to forward their objections.

**J. The objector's signature (an attorney's signature is not sufficient)**.

See the signature block following this Joinder.

## II. Notice of Joinder in the Objection and Request for Relief

For the reasons set forth in the Objection, the undersigned Class Members/Joining Objectors respectfully request that the Motion for Final Approval of Class Action Settlement be denied, and the Court reject the proposed settlement, and further request that the Court issue an order (1) denying Final Approval of the Settlement; (2) decertifying the Settlement Classes; (3)

finding the Class Representatives inadequate; (4) finding Class Counsel inadequate; (5) denying Class Counsels' attorneys' fees request; (6) denying the Class Representatives' service awards; and (7) sustaining this Objection in all respects; and (8) for such further relief as the Court deems just.

Dated: December 11, 2025

Respectfully submitted,

By: s/ Seth McCormick
One of Plaintiff's Attorneys

Seth McCormick
Harrer Law, P.C. (Firm ID 102120)
650 Warrenville Road, Suite 100
Lisle, Illinois 60532
Tel: (312) 858-3240
seth@harrerlaw.com

**CERTIFICATE OF WORD COUNT**

The undersigned, an attorney, hereby certifies that this Joinder contains 1059 words.

By: */s/ Seth McCormick*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the date indicated above, a copy of this document was filed electronically with the Clerk of the District Court, through an approved electronic filing service provider (EFSP), which will cause a copy to be sent by electronic mail through the EFSP system to all counsel of record at the time the filing is accepted, along with receipt of service pursuant to Texas Supreme Court Rule 21(d).

By: */s/ Seth McCormick*

**Attestation**:

By my signature below, I attest that I am represented by Harrer Law, P.C. related to the Objection and my Joinder in the Objection, and that I adopt the Objection as my own in all respects. To the extent any information I provided which is required by Section XI of the Settlement Agreement, including without limitation my AT&T Account Number or the email address associated with my account, I attest that after a diligent search I was unable to obtain the account number or recall which email address was associated with the account.

Adriana Acosta

____________________________

Adriana Acosta

**Attestation**:

By my signature below, I attest that I am represented by Harrer Law, P.C. related to the Objection and my Joinder in the Objection, and that I adopt the Objection as my own in all respects. To the extent any information I provided which is required by Section XI of the Settlement Agreement, including without limitation my AT&T Account Number or the email address associated with my account, I attest that after a diligent search I was unable to obtain the account number or recall which email address was associated with the account.

LaTonyia mcclain

____________________________

LaTonyia McClain

# Exhibit 17(MM)

PRIORITY® MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

Retail

UNITED STATES POSTAL SERVICE®

77064

RDC 03

0 Lb 0.60 Oz

U.S. POSTAGE PAID
PM
ADKINS, TX 78101
DEC 11, 2025

$11.90

S2324P504190-03

EXPECTED DELIVERY DAY: 12/15/25

USPS TRACKING® #

Fo

EP14H February 2024 Outer Dimension: 10 x 5

Eric De La Cruz
[redacted]

Mark Lanier
Lanier Law Firm
10940 W. Sam Houston Pkwy N.
Suite 100
Houston, Tx 77064

*In Re: AT&T Inc. Customer Data Security Breach Litigation*
MDL Docket No. 3:24-md-03114-E

**Name: ERIC DE LA CRUZ**

**Class Member ID:** [redacted]

**Member of the: AT&T 1 Settlement Class**

**To whom it may concern,**

I Eric De La Cruz have been breached of AT&T incident that was proclaimed back in **March 30, 2024,**. I have received an email on **November 30, 2025** at 7:17 pm regarding the settlement & incident. This is after the objection date that was given of November 17, 2025 to object. I am not sure why this was sent to me after the date to object, maybe there was an error somewhere but either way I did not receive any information regarding this matter. I ended up submitting a claim as I was not sure if I should do so or not and I did not want to be late in submitting. But as I read the settlement, I believe that this amount is not appropriate for the incident. I am countering for the full amount of all cash fund of $ $635,581 per incident as this is more appropriate for HIPPA violation penalty.

For further actions you can reach out to me at

Mobile: [redacted] or via

Email: [redacted]

Address: [redacted]

Thank you kindly,

Eric De La Cruz

# Exhibit 17(NN)

KATIE A. DOWS
[redacted]

EL PASO TX 798
RIO GRANDE DISTRICT
9 DEC 2025 AM 2 L




LANIER LAW FIRM
ATTN: MARK LANIER
10940 W. SAM HOUSTON PKWY N. SUITE 110
HOUSTON, TX 77064

DEC 15 2025

77064-576825

Katie Dows

[redacted]

Wednesday, December 3rd, 2025

# OBJECTION TO SETTLEMENT

My name is Katie Ann Dows, Social Security Number [redacted] and claim number [redacted]. On December 3rd, 2025, I received the Notice of Proposed Class Action Settlement via email and by 1:23 PM this day, confirmation of the claim was received. I am a legitimate class member submitting this objection in good faith to ensure fairness in the settlement process. While I appreciate the opportunity to participate, I respectfully object to the proposed settlement terms as currently presented. The settlement **does not** provide adequate or equitable compensation to claimants in proportion to the harm sustained, and the distribution method appears unfair when compared to the attorneys' fees requested. The settlement divides the money in a way that favors the attorneys over the claimants. The lawyers are set to receive a large payment, while people like me — who don't have attorneys and who are struggling financially — are left with compensation that doesn't match the harm we experienced. This feels highly inequitable and unjust in light of the circumstances.

AT&T admitted in court filings that over 73 million current and former customers were affected, with data spanning ***several years***. This is not just negligence—it is **complicity** in allowing terrorist like actors and organized hackers to weaponize our private information. The scope of this breach is massive, and the harm is ongoing. Our Social Security numbers, financial records and personal identifiers were exposed in ways that can **never be undone**. For people like me, without the resources to hire private attorneys, investigators or to pay for identity protection, the consequences are devastating. The proposed settlement does not come close to addressing the scale of damage inflicted, nor does it hold AT&T accountable for the reckless disregard of its duty to safeguard customer data.

The proposed settlement grossly undervalues the losses of ordinary people compared to the profits AT&T continues to generate and the fees attorneys are demanding. For claimants like me, living without financial safety nets or private counsel, the offered compensation is not just inadequate—it is **insulting**. AT&T is a **multibillion dollar** corporation, yet the settlement treats poor and vulnerable customers as expendable, offering pennies while lawyers walk away with millions. This imbalance makes clear that the settlement prioritizes corporate protection and attorney enrichment over true **justice** for the people most **harmed**.

The IRS Department of Treasury letter dated June 11th, 2024, states: "Someone may have attempted to impersonate you by using your name and taxpayer ID number (TIN) to file a tax return." As a direct result of this **identity theft**, I am now required to use an Identity Theft Protection PIN every year when filing my taxes. This is not a hypothetical risk — it is a lived reality. **My entire identity** was stolen, as a direct result of this massive data breach. The exposure of my personal information through AT&T's admitted breach has compounded these dangers, leaving me vulnerable to **ongoing fraud and financial instability**. For claimants like me, the settlement's proposed relief does not begin to address the seriousness of these consequences. These breaches were catastrophic failures exposing millions of customers' Social Security numbers, addresses and call records to hackers and criminal networks on **the dark web**. The damage goes far beyond receipts. Because of this breach, I became a **targeted individual**.

The financial and administrative costs I have endured because of AT&T's failure to safeguard my data are crippling. I have been forced to lock my credit, secure my accounts and purchase identity theft protection services even when I couldn't afford it, simply to defend myself against ongoing fraud. I am in a constant battle to prove my identity to every institution that I deal with, a process that is profoundly dehumanizing not to mention time consuming. Beyond these expenses, my custody case was poisoned by defamation and targeting, requiring me to spend over $50,000 in legal battles just to protect my children. These are not abstract harms—they are **direct consequences** of AT&T's **negligence** and **complicity**. The documented financial costs alone—credit locks, identity theft protection, IRS filings and custody litigation—*exceed* **tens of thousands of dollars**, and the emotional toll cannot be measured in dollars. I suffer from PTSD due to this **organized crime** and religious groups that **continue** to **harass** and follow me after my information was exposed on the dark web. The proposed settlement does not come close to addressing the scale of these losses or the severity of this harm.

The breaches AT&T disclosed in March 2024 and July 2024 were particularly egregious. In the first, hackers released a dataset containing Social Security numbers and passcodes on the dark web. In the second, call and text metadata was illegally downloaded from a thirdparty cloud platform, exposing the communication patterns of nearly all AT&T customers. These breaches created a roadmap for harassment and targeting. In my case, they opened the door for malicious actors to weaponize my private information against me. AT&T's negligence gave these attackers the tools they needed. I have endured stalking, harassment, identity theft, emotional harm **and** invasion of privacy as a direct result of AT&T's failure to safeguard my data. I'm in a constant battle to protect myself both digitally and physically, and to prove that I exist and I am who I say I am. Strangers have sent me death threats. These are not abstract harms—they are inseparable from the exposure of my personal information. When hackers and criminal organizations gain access to private records, they do not merely steal identities; they destroy entire lives. At no point did I consent to the use of my information in this manner, and no monetary figure can adequately compensate for the loss of safety or the well being of my children. AT&T's **negligence** and

**complicity** have weaponized my private information against me, and the consequences extend far beyond what can be measured in receipts or dollar amounts. AT&T has agreed to pay **$177 million** to resolve these lawsuits, with documented losses capped at $7,500 per person. My losses go far beyond that cap—both documented and undocumented. The undocumented harms I have endured, including stalking, harassment, invasion of privacy and emotional distress, cannot be measured in receipts but are **no less real and deserving of appropriate monetary compensation**. These are **severe, ongoing** harms that courts do recognize as compensable even without receipts. AT&T's repeated failures have allowed criminal and terrorist like actors to infiltrate my life, destroy my peace, steal my time, affect my family and weaponize my entire identity. The compensation owed to me is not *charity*—it is **accountability**.

The identity theft I have suffered has not only destroyed my financial stability but has poisoned every aspect of my personal life, including my ability to parent and protect my children. It feels as if you're literally being systematically erased. The constant harassment, stalking and exposure of my private information has left me with PTSD and an ongoing struggle to prove my identity to institutions, employers and even the courts. This inability to live a normal life or secure stable employment was weaponized against me in custody litigation, where defamation and targeting forced me into over **$50,000** in legal battles simply to safeguard my children. The trauma of identity theft is inseparable from the trauma of custody litigation, as both stem from AT&T's failure to protect my data and both have left lasting scars on my family's safety and stability. Duration is a factor that courts take seriously and I believe to have been with AT&T as far back as 2008, which means my personal information has been in AT&T's possession for well over a decade. That long period of exposure magnifies the risk and the harm I have endured. The breach did not just affect me in the present—it compromised **years** of records, leaving me vulnerable to ongoing identity theft, harassment and defamation that continue to this day with ripple effects in every area of my life. Given the documented financial losses exceeding tens of thousands of dollars, combined with the ongoing harms to my safety, my dignity and my family, I specifically demand compensation in the amount of **$10 million dollars**; a figure reflecting the **true scale** of my losses and the severity of the harm inflicted. Anything less would **fail** to account for both the documented expenses and the profound, continuing impact of **AT&T's negligence and complicity**. I also demand **full accountability** for the **violations** of my rights, in addition to **all other remedies** available under law, including *negligence, breach of contract, violations of consumer protection statutes and privacy protections* such as those recognized under the **Federal Trade Commission Act (15 U.S.C. § 45)** and applicable state data breach notification laws. This demand is made in good faith and with reference to the protections guaranteed under **18 U.S.C. § 241 (Conspiracy Against Rights) and 18 U.S.C. § 242 (Deprivation of Rights Under Color of Law).**

**Respectfully,**

- **Katie Ann Dows**

# Exhibit 18

| Sr No | Control No | Full Name | Represented firm | Class Membership | Confirmed class | Opt Out or Claim filed | Date Received by Kroll | On Docket | Note |
|---|---|---|---|---|---|---|---|---|---|
| 1 | COR0000019 | AUGUST WAKAT | | ATT1 | TRUE | | 8/12/2025 | Y | |
| 2 | COR0000029 | BILLIE HOWARD | | ATT1 | TRUE | Claim Filed | 8/15/2025 | N | Objection Withdrawn |
| 3 | COR0000061 | AHMED KAYYALI | | ATT1 | TRUE | | 8/20/2025 | Y | |
| 4 | COR0000062 | DAVID C NGO | | ATT1 | TRUE | Claim Filed | 8/20/2025 | Y | |
| 5 | COR0000063 | EVANGELOS DEMESTIHAS | | ATT1 | TRUE | | 8/20/2025 | Y | |
| 6 | COR0000053 | Joseph Aguinaga | | ATT2 | TRUE | Opt Out | 8/19/2025 | N | Objection Withdrawn |
| 7 | COR0000205 | KRISTAL QUARKER | | ATT2 | TRUE | Claim Filed | 8/27/2025 | Y | |
| 8 | COR0000060 | Kelvin Wells | | Overlap | TRUE | | 8/20/2025 | Y | |
| 9 | COR0000277 | ZHANG HONG | | ATT2 | TRUE | Claim Filed | 8/31/2025 | N | |
| 10 | COR0000547 | DAWN STOVER | | ATT2 | TRUE | | 9/4/2025 | N | |
| 11 | COR0001787 | JENNY MOYER MURPHY | | ATT2 | TRUE | Opt Out | 9/24/2025 | N | |
| 12 | COR0002465 | JEFFREY NADEAU | | ATT2 | TRUE | | 10/1/2025 | N | |
| 13 | COR0002731 | GRACE WILDER TEAL | | Overlap | TRUE | | 10/10/2025 | Y | |
| 14 | COR0003492 | SHANEE L JACKSON | | ATT1 | TRUE | Claim Filed | 10/27/2025 | Y | |
| 15 | COR0003598 | CARI FORD | | ATT2 | TRUE | Opt Out | 10/27/2025 | Y | |
| 16 | COR0001604 | OLLIE N TALBOTT JR | | ATT2 | TRUE | | 9/11/2025 | N | |
| 17 | COR0004278 | JACOB IHARA | | ATT1 | TRUE | | 11/14/2025 | Y | |
| 18 | COR0004353 | MICHAEL VON LUNEN | Harrer Law, P.C. | ATT1 | TRUE | Claim Filed | 11/17/2025 | Y | |
| 19 | COR0004353 | SUSAN D BARROW | Harrer Law, P.C. | ATT2 | TRUE | | 11/17/2025 | Y | |
| 20 | COR0004354 | SCOTT GHERMAN | Butler Snow LLP; Beighley Myrick Udell & Zeichman PA | Overlap | TRUE | | 11/17/2025 | Y | |
| 21 | COR0004354 | BRADLEY JOHNSON | Butler Snow LLP; Beighley Myrick Udell & Zeichman PA | ATT1 | TRUE | | 11/17/2025 | Y | |
| 22 | COR0004354 | BRITTANI KAYE | Butler Snow LLP; Beighley Myrick Udell & Zeichman PA | | FALSE | | 11/17/2025 | Y | |
| 23 | COR0004354 | ROB CARUSO | Butler Snow LLP; Beighley Myrick Udell & Zeichman PA | ATT2 | TRUE | | 11/17/2025 | Y | |
| 24 | COR0004354 | BRITTANY BONNER | Butler Snow LLP; Beighley Myrick Udell & Zeichman PA | ATT2 | TRUE | | 11/17/2025 | Y | |
| 25 | COR0004351 | JULIA DIAZ | | ATT1 | TRUE | | 11/18/2025 | N | Emailed- 11/17/2025 |
| 26 | COR0004352 | MULTIPLE (4000+) | Potter Handy LLP. | | FALSE | | 11/18/2025 | Y | **Late -** Filed 11/18/2025 |
| 27 | COR0004433 | ESTELLA WAKAT | | ATT1 | TRUE | | 11/18/2025 | Y | Filed 11/17/2025 |
| 28 | COR0004434 | TARREN HARDY | | ATT2 | TRUE | | 11/18/2025 | Y | Postmarked 11/13/2025, Filed 11/18/2025 |
| 29 | COR0003717 | PHYLLIS GREEN | | ATT2 | TRUE | | 11/11/2025 | N | Postmarked 11/4/2025 |
| 30 | COR0003718 | BREON HARMON | | ATT1 | TRUE | | 11/11/2025 | N | Postmarked 11/4/2025 |
| 31 | COR0004480 | BRENDA KEE | | OVERLAP | TRUE | | 11/19/2025 | Y | Postmarked 11/12/2025, Filed 11/18/2025 |
| 32 | COR0004481 | BRIANNA BAGBY | | ATT2 | TRUE | Claim Filed | 11/19/2025 | Y | Postmarked 11/17/2025, Filed 11/18/2025 |
| 33 | COR0004483 | LISA AXELROD | Potter Handy LLP. | ATT1 | TRUE | | 11/20/2025 | Y | Postmarked 11/17/2025, Filed 11/21/2025 |
| 34 | COR0004482 | NYDIA QUEZADA | | Overlap | TRUE | | 11/20/2025 | Y | Postmarked 11/17/2025 |
| 35 | COR0004456 | AISHA WRIGHT | | ATT2 | TRUE | Opt Out | 11/20/2025 | N | Postmarked 11/14/2025 |
| 36 | COR0004455 | CLAUDIA WRIGHT | | Overlap | TRUE | | 11/20/2025 | Y | Postmarked 11/14/2025, Filed 11/20/2025 |
| 37 | COR0004348 | CARLADREA HUEY | | ATT2 | TRUE | | 11/19/2025 | N | Postmarked 11/15/2025 |
| 38 | COR0004590 | MARCEE ADAMS | | ATT1 | TRUE | Claim Filed | 11/24/2025 | N | Postmark date is illegible, Received and Filed 11/25/2025 |
| 39 | COR0004580 | TERESA MILLER | | | FALSE | | 11/24/2025 | Y | **Late** - Postmarked 11/18/2025, Filed 11/21/2025 |
| 40 | COR0004651 | ROY LEWIS | | Overlap | TRUE | Claim Filed | 11/26/2025 | Y | Postmarked 11/14/2025, Filed 11/25/2025 |
| 41 | COR0004652 | NATHAN HEBERT | | ATT1 | TRUE | | 12/1/2025 | Y | Postmarked 11/15/2025, Filed 12/1/2025 |
| 42 | COR0005001 | YULANDA KING | | ATT1 | TRUE | Opt Out | 12/8/2025 | N | **Late**- Postmarked 12/1/2025 |
| 43 | COR0005731 | ADRIANA ACOSTA | Harrer Law, P.C. | ATT2 | TRUE | | 12/11/2025 | Y | **Late** - Filed 12/11/2025 |
| 44 | COR0005731 | LATONYIA MCCLAIN | Harrer Law, P.C. | | FALSE | | 12/11/2025 | Y | **Late** - Filed 12/11/2025 |
| 45 | COR0006016 | ERIC DELACRUZ | | ATT1 | TRUE | Claim Filed | 12/15/2025 | N | **Late** - Postmarked 12/11/2025 |
| 46 | COR0006015 | KATIE A DOWS | | ATT2 | TRUE | Claim Filed | 12/15/2025 | N | **Late** - Postmarked 12/9/2025 |