U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP = 9 2026
CLERK, U.S. DISTRICT COURT
By ______ Deputy

**Claim ID: 83231B5F7F244**
**Submitted by: Troy Norris**
*Pineville, North Carolina 28134*
Claim ID: 83231B5F7F244

**To:** Clerk of Court
U.S. District Court for the Northern District of Texas
1100 Commerce Street
Dallas, TX 75242
Room 1452

**Re:** Fairness Concern Regarding Claims Administration

**In re AT&T Inc. Customer Data Security Breach Litigation**

MDL No. 3:24-md-03114-E

Dear Clerk of Court:

Please file the attached correspondence in the docket for the above-referenced matter. This is **not** a formal objection, but a fairness-concern notice regarding the administration of the settlement.

**FAIRNESS-CONCERN NOTICE**

I am a class member who submitted a claim in reliance on the settlement notice. I am writing to inform the Court of a procedural fairness issue that arose during the claims-administration process.

I did not receive the documentation requirements for curing my deficiency until **after** the objection and opt-out deadlines had passed (November 17, 2025). The deficiency notice was *sent to me in a manner that caused it to be filtered into my email spam folder. I discovered it* only by accident, and the cure deadline provided—**September 8, 2026**—was less than 30 days from the date I first saw it.

Because the documentation requirements were not disclosed in the original settlement notice, and because I did not receive the deficiency notice until after the objection deadline, I was *unable to make an informed decision about whether to remain in the settlement class or object* to the settlement terms. This created a "locked-in then burdened" situation that raises concerns under Rule 23(e)(2) regarding:

- **adequate relief**,
- **equitable treatment of class members**,
- **clear and timely notice**, and
- **procedural fairness**.

I respectfully request that the Court consider this issue during its final approval review. I have enclosed copies of the Deficiency Notice, the certified-mail receipt showing my prompt *response to the administrator.*

Thank you for your attention to this matter.

Respectfully submitted,

Troy Norris

Claim ID: 83231B5F7F244

# Notice of Deficient Claim Form – AT&T Data Incident Settlement

From: Kroll Settlement Administration LLC <attsettlement@e.emailksa.com>
To: trynorris@aol.com
Date: Aug 17, 2026, 7:20 PM

August 17, 2026

**Your Class Member ID: 83231B5F7F244**

*In Re: AT&T Inc. Customer Data Security Breach Litigation*, MDL Docket No. 3:24-md-03114-E

## Notice of Deficient Claim Form

Dear TROY NORRIS:

We received the Claim Form you submitted in connection with the Settlement in the matter entitled *In Re: AT&T Inc. Customer Data Security Breach Litigation*, MDL Docket No. 3:24-md-03114-E. However, your Claim Form was deemed deficient because we require additional information to substantiate all of your claimed documented losses.

To cure this deficiency, you must complete the online deficiency form, which is available here. Once you have clicked on the link in the preceding sentence, you will need to enter your Class Member ID to access the form. Your Class Member ID is located at the top of this email.

You must complete the online form and submit any requested documentation to the Settlement Administrator no later than **September 8, 2026**.

**Please do not submit your documentation via email as we will not accept any documentation submitted in that manner.**

If you do not submit the requested documentation to the Settlement Administrator by **September 8, 2026**, your Claim will be rejected, and you will not receive any compensation for your Claim. If you do not substantiate all of your claimed documented losses, you will receive either a Documented Loss Cash Payment for the losses that you have substantiated or a Tiered Cash Payment, whichever amount is higher, unless you are a Line or End User, in which case you will receive a Documented Loss Cash Payment for the losses that you have substantiated, if any, as Line or End Users are not eligible for Tiered Cash Payments.

For more information, please visit the Settlement Website at www.telecomdatasettlement.com.

Sincerely,
Kroll Settlement Administration LLC

Please click here to unsubscribe.

9589 0710 5270 3213 1736 36

## U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

New York, NY 10150

Certified Mail Fee $ $5.55

Extra Services & Fees *(check box, add fee as appropriate)*

- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $ $0.82

Total Postage and Fees $ $6.37

Postmark Here

CHARLOTTE, NC 2827
SEP 3 - 2026
BALLANTYNE STATION
USPS

0016
32
/2026

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Troy Norris
13815 Darington Court
Pineville, NC 28134

CERTIFIED MAIL®

9589 0710 5270 3362 6798 81

CHARLOTTE NC LPC 281

Retail

U.S. POSTAGE PAID
FCM LETTER
PINEVILLE, NC 28134
SEP 03, 2026

75242

$5.55

RDC 99

S2324N504671-25

Freedom 250
FOREVER USA

RECEIVED
SEP 9 2026
MAILROOM

X-RAY

Clerk of Court
U.S. District Court for the Northern District of Texas
Room 1452
1100 Commerce Street
Dallas, TX 75242

75242-131052